**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| ARNOLD LEE DIXON, JR., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 2:21-cv-38 |
| v. | ) | |
| | ) | District Judge Atchley |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE, CO., | ) | Magistrate Judge Wyrick |
| | ) | |
| *Defendant*. | ) | |

## SCHEDULING ORDER

This case appears to be an action seeking benefits under the provisions of an employee benefit plan pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461 ("ERISA"). Based on that assumption, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court proposes the following scheduling order. Unless any party objects within ten days, this will constitute the scheduling order applicable to the case.

It is **ORDERED** as follows:

1. The plan administrator or fiduciary must serve a full and complete copy of the administrative record in this case on the plaintiff and file a "Notice of Service of the ERISA Record" with the Court within **45 days** of the entry of this Order.

2. The plan administrator or fiduciary must file the relevant portions of the administrative record in this case with the Court within **75 days** of the entry of this Order.

3. In the event any discovery in this case is appropriate, it will be completed within **60 days** after the plan administrator or fiduciary files its "Notice of Service of the ERISA Record." All discovery disputes are hereby referred to the United States Magistrate Judge assigned to this case, for hearing and determination, pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a).

4 All parties are deemed to have moved for judgment in their respective favor based upon the administrative record.

5. The plaintiff must file a brief stating the grounds on which benefits or other relief in this case are claimed within **90 days** after the filing of the "Notice of Service of the ERISA Record." At the same time, the plaintiff must file any objections to the authenticity of the administrative record.

6. The defendant must file a brief in response within **21 days** after service of the plaintiff's brief.

7. If the plaintiff desires, the plaintiff may file a reply brief within **7 days** following the service of the defendant's brief.

8. Oral argument will be held at **2:00 p.m. on Wednesday, January 12, 2022**, before the United States District Judge in Chattanooga, Tennessee. However, the Court may resolve the case based upon the written submissions prior to the time set for oral argument. Any request to reschedule oral argument should be made by filing a motion that states the position of each party as to the request.

9. The Court will dismiss the case if no agreed final order or judgment is submitted within **30 days** after the filing of a notice of settlement.

10. By written stipulation signed by all counsel and filed with the Court, the parties may adjust the deadlines set forth above, except the deadlines in paragraphs eight and nine, provided that no extension greater than thirty days will be permitted except by permission of the Court.

**SO ORDERED.**

**ENTER:**

**/s/ *Charles E. Atchley, Jr.***
**CHARLES E. ATCHLEY**
**UNITED STATES DISTRICT JUDGE**