UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ARNOLD LEE DIXON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-38 |
| | ) | |
| vs. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Defendant has filed a Motion for admission of Iwana Rademaekers, Esq., *pro hac vice* in this action [Doc. 9]. The Motion is **GRANTED**. Counsel ***MUST*** register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge