**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **ARNOLD LEE DIXON, JR.,** | ) | |
| | ) | CIVIL ACTION NO. 2:21-cv-00038-CEA-CRW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Charles E. Atchley, Jr. |
| | ) | |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | Chief Magistrate Judge Cynthia R. Wyrick |
| | ) | |
| Defendant. | ) | |

---

## NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD

---

Pursuant to the Scheduling Order (Document 13) entered by the Court on March 29, 2021, Notice is hereby given that on May 13, 2021, The Lincoln National Life Insurance Company served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Respectfully submitted this 13th day of May 2021.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **13th day of May 2021**, a true and correct copy of the foregoing **NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers