**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | |
|---|---|
| **ARNOLD LEE DIXON, JR.,** | ) |
| | ) CIVIL ACTION NO. 2:21-cv-00038-CEA-CRW |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Charles E. Atchley, Jr. |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) Chief Magistrate Judge Cynthia R. Wyrick |
| | ) |
| Defendant. | ) |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on March 29, 2021 (Document 13).

1. Group Disability Income Policy Certificate (Lincoln/Dixon 0001-0032);

2. January 8, 2021, correspondence containing decision on appeal (Lincoln/Dixon 0203-0208); and

3. The Administrative Record pertaining to LTD claim (Lincoln/Dixon 0033-0202 and 0209-0719 and 0721-1136).[1]

Dated this 11th day of June 2021.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252

1 The document labeled Lincoln/Dixon 0720 was produced by Defendant to Plaintiff and labeled as part of Defendant's claim file concerning this claim. However, this page has been removed from Exhibit 3 as this document pertaining to another patient was inadvertently submitted and is not part of this administrative record.

Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the **11th day of June 2021**, a true and correct copy of the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers