Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

January 8, 2021

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

We have completed our review of your Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 09/12/2019. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to SARATOGA TECHNOLOGIES INC, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

TOTAL DISABILITY or TOTALLY DISABLED means that an Insured Employee, due to an Injury or Sickness is unable:

1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.

For Insured Employees employed as pilots, co-pilots or crew of aircraft, Total Disability or Totally Disabled means that the Insured Employee due to an Injury or Sickness is unable:

1. to perform the material and substantial duties of such Insured Employee's regular occupation; and
2. after benefits have been paid for 12 months, to perform the material and substantial duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow. The loss of a pilot's license for any reason does not, by itself, constitute Total Disability.

©2021 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT
2

The policy has a 24 month Own Occupation Period which ended on 01/05/2014. In order to be considered Totally Disabled beyond this date, the medical documentation must support that you would be unable to perform each of the main duties of any occupation for which you are qualified. As such, in considering your eligibility for Long Term Disability benefits beyond 09/12/2019, we evaluated whether you would be restricted or limited from performing the main duties of any occupation for which you are qualified.

Your entire file was reviewed upon appeal. Disability must be supported from 09/12/2019 forward, and so from this date forward will be the focus of our letter.

**Summary of Initial Claim Filing**

As you know your claim was originally approved from 01/05/2012 to 09/12/2019 as we found you met the definition of Total Disability that applied during that period. Benefits were terminated as of 09/12/2019, because we determined you were not Totally Disabled from performing the main duties of any occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from an independent physician who is Board Certified in Occupational Medicine. For complete details please refer to our letter dated 09/12/2019.

**Summary of First Level of Appeal**

On 12/27/2013, you filed an appeal in response to our determination to terminate benefits. Additional information was not submitted with your appeal.

The medical documentation in the claim file failed to support ongoing restrictions and limitations that would prevent you from performing your own occupation beyond 9/12/2019. The medical information in the file indicates that you have a history of a cervical surgery in 2008 and a C5-6 anterior cervical decompression and fusion surgery in 2014. You also have a history of peripheral polyneuropathy since 2011. You have continued to report ongoing pain since the cervical surgery. Your treatment has consisted of activity modification, hydrocodone, Tramadol, and epidural injections for pain. The recent biopsy showed normal nerve fiber density. You have reported ongoing low back pain radiating to you right leg; however, the clinical evidence in the file failed to demonstrate significant pain, decreased strength, or impaired gait that would support restrictions and limitations. The medical evidence in the claim file does support that you would have ongoing restrictions and limitations as outlined previously; however, you would not be precluded from performing the main duties of your own sedentary occupation beyond 9/12/2019. Therefore, you no longer meet the policy definition of Totally Disabled.

Our review of the medical documentation which included consultation with and/or review of a written report from a health care consultant, did not support restrictions and limitations that would render you unable to perform the main duties of any gainful occupation beyond 09/12/2019. For complete details please refer to our letter dated 12/19/2019.

**Summary of Second Level of Appeal**

On 10/15/2020, you filed your second appeal in response to our determination to uphold our previous decision to terminate benefits. Additional information was submitted with your appeal,

including a copy of the Social Security decision, an abilities form from Dr. Williams, letter from Kevin Misischia, MRI results and records from Dr. Austin.

As part of our appeal review all current and new medical information was reviewed by Dr. Solomon Rojhani, an independent physician who is Board Certified in Physical Medicine and Rehabilitation. Dr. Rojhani's review noted the following restrictions and limitations, in part:

> "Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
> Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
> Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
> Lifting: Occasionally up to 10 lbs. BUE
> Carrying: Occasionally up to 10 lbs. BUE
> Pushing: Occasionally up to 10 lbs. BUE
> Pulling: Occasionally up to 10 lbs. BUE
> Stooping: Occasionally
> Kneeling: Occasionally
> Crouching: Occasionally
> Crawling: Never
> Climbing stairs: Occasionally
> Climbing ladders: Never
> Reaching: Occasionally overhead; frequently desk and waist levels BUE
> Using lower extremity for foot controls: occasionally BLE
> Fine manipulation: occasionally RUE; frequently LUE
> Simple and firm grasping: occasionally RUE; frequently LUE"
>
> "The listed R&L's apply from 9/12/19 and beyond with re-assessment on or around 2/1/21."
>
> "The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day."
>
> A clarification was requested regarding sitting and he stated:
>
> "The correct one is that the claimant is able to sit constantly up to 90 minutes at a time, up to 8 hours per day."

A copy of the full report was sent to you as well as the Transferrable Skills Analysis from our vocational team and a response was received in the form of a personal letter.

**<u>Second Level Appeal Decision</u>**

We understand that you have been diagnosed with Idiopathic Peripheral Neuropathy. However, our review of the medical documentation, which included consultation with and/or review of a written report from an independent physician who is Board Certified in Physical Medicine and Rehabilitation, did not support that you were Totally Disabled beyond 09/12/2019. We therefore find that you are no longer Totally Disabled under the terms of our policy.

Although the clinical documentation does support that you are disabled from your own occupation, it does not contain evidence of physical or functional impairment that would preclude you from sedentary occupational activity from 09/12/2019 forward. Therefore, you do not meet the definition of Total disability as defined by the policy.

**Vocational**

We reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using *The Dictionary of Occupational Titles* as a reference, we found that you would be capable of performing the following sedentary occupations:

| DOT# | Occupation | Wage (mean) |
|---|---|---|
| 1. 241.367-014 | Customer-Complaint Clerk | $2,892.50 |
| 2. 237.367-022 | Information Clerk | $2,504.17 |
| 3. 379.367-010 | Surveillance-System Monitor | $2,582.50 |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The jobs listed are found to exist within your area and are appropriate from the standpoint of adequate salary levels relative to your prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives, only that the occupations identified exists within the local labor market.

We are aware that you have qualified to receive other income benefits, such as Social Security Disability Income (SSDI). However, please understand our policy provisions and review process is independent from that of Social Security Administration (SSA). Although benefits have been approved for SSDI, this decision was based on the SSA's plan provisions and independent information received by the SSA. The claim decision made under your Lincoln Financial Group policy was based upon information we have obtained from you, your treating medical professionals, and the results of any internal and/or independent reviews of your claim.

The Social Security Administration determined that you are disabled based on your condition alone, without regard to your work capacity. However, after the end of your own occupation period, 01/05/2014, our policy requires that you be unable to perform the duties of a sedentary occupation in order to meet the definition of disability as stated above. Based on a thorough review of your file, we have determined you were capable of performing the duties of a sedentary occupation as of 09/12/2019, and we were able to locate gainful occupations as indicated previously. Therefore, no further benefits are payable.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

You have exhausted all rights of appeal, and your administrative file is now closed.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, you have the right to pursue litigation and you may request copies of the records and other information relevant to your claim free of charge.

Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 09/12/2022.

Please contact me directly at 402-361-2665 with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Jeff Booth
402-361-2665
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫįóóǫéą̨́ǫąíę́ę.