# LTD CLAIM PROFILE

**Date:** 3/18/2021 **LFG** **Claim #:** 1120006734

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 1/12/2012 | **Location:** | HOME |
| **Policy:** | 00040000300202706 - Saratoga Technologies, Inc. | **Status:** | CLOSED | **User ID:** | JXBOOTH |
| | | **Business:** | VOLUNTARY LTD | | |
| **Close Date:** | 1/8/2021 | **Close Reason:** | Not TD Any Occ | | |

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | ARNOLD DIXON | **Phone:** | | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 5/7/2004 |
| **Address:** | | **Ins Eff:** | 4/1/2011 | **Class:** | 1 |
| | USA | **Occ:** | SERVICE CLERK (clerical) a | **DOT** ate titles | 221367070 |
| | | **Salary:** | $4,229.16 | **Period:** | Monthly |

**Claim Information**

**Special Provisions:** **Min Ben:** $253.75

**Ben:** 60% / 0% **A/S:** 0% **Age:** 51 **Elim Per:** 180 day

**DLW:** 7/8/2011 **DOD:** 7/9/2011 **S/A:** S **W/R:** N **M/N:** N **Ben Amt:** $2,537.50

**Max Duration:** RBD **Res ID:** NONE

**Diagnosis Pri:** 356.8 Idiopathic Peripheral Neuropathy **Limits:**

**Sec:** 723.1 Cervicalgia; Neck Pain **Prognosis:**

**Recovery Date:** 6/26/2025

**Benefit Information**

| | | | | | |
|---|---|---|---|---|---|
| **Date Ben Begin:** | 1/5/2012 | **Months Paid:** | 93 | **Actual Age:** | 51 |
| **Modal:** | $2,537.50 | **Reins:** | $0.00 | **Reserve:** | $0.00 |

**Policy Information**

**M/N Limits:** Y **Drug Limits:** N **Pension Sup:** N **Own Occ:** 24 Mos

**SS Offset:** Primary & Family **Prex:** 12/12/24

**COLA:** NONE

**Offset Information**

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| STD | TERMINATED | 7/9/2011 | 1/14/2012 | $2,539.33 | $625.75 |
| SS EMP | PROCESSED | 1/1/2012 | | $1,658.00 | $1,658.00 |
| RET EMP | NOT QUALIFY | | | | |

**Dependent Information**

| Type | DOB | Name |
|---|---|---|
| Spouse | 6/3/1961 | Cathy |
| Child | 9/19/1987 | Lee |

**Alert Information**

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|
| T | W | PRE-X PROVISION APPLIES TO CLAIM | 1/12/2012 | 5/31/2012 |

EXHIBIT

3

| | | | | |
|---|---|---|---|---|
| T | W | INSURED LESS THAN SIX MONTHS | 1/12/2012 | 5/31/2012 |
| T | W | DOD PRECEDES COVERAGE | 1/12/2012 | 1/18/2012 |
| T | W | RETIREMENT STATUS | 9/5/2019 | 10/1/2019 |
| T | W | REHAB PROFILE | 1/12/2012 | 8/1/2012 |
| T | W | FAMILY CARE EXPENSE RIDER EXISTS | 1/12/2012 | 1/18/2012 |
| T | W | AN ANY OCCUPATION INVESTIGATION IS NECESSARY (3 MONTH) | 10/21/2013 | 3/17/2014 |
| T | W | CHECK THE "MIN BENEFIT AMOUNT" | 1/18/2012 | 1/19/2012 |
| T | W | AN ANY OCCUPATION INVESTIGATION IS NECESSARY (6 MONTH) | 7/17/2013 | 3/17/2014 |

**Action Plan**

7/11/14 MAIL -- Rec'd MED REC from EAST TN BRAIN and SPINE
DOS 6/11/14: pt reports that approx 6 w eeks ago he started to have increasing pain in right shoulder and neck; the pain sometimes extends to his arms; he now has severe discomfort is his upper right extremities and sometimes in his left. He has had conservative treatment, including steroids and anti-inflammatories; he does not feel like he can tolerate PT; MRI w as review ed completed on 5/22/14 that show ed postop changes of the c5-6 post anterior cervical discectomy and fusion; he has adjacent segment disease affecting c-3, c4-5, and c6-7; there is mild to moderate foraminal narrow ing, w orse on the right at c6-7 and a large dis osteophytle complex cause severe foraminal narrow ing; At c3-4 large central disc osteophyte causing bilateral foraminal narrow ing. Plan is for pt to undergo myelogram prior to any type of sx options. Pt is interested in sx options; pt to flup a/ Dr Fullgar after myelogram.
DOS 6/24/14: pt rtn for flup; pt cont to have right arm pain pt rtn to review myelogram results; Ct show s evidence of interbody fusion at the c5-6 level w hich appears to be solid; Large osteophytes at c6-7 and c4-5; large left-sided osteophyte at C3-4 causing foraminal stenosis' Plan: MD w ill refer pt for nerve conduction study of both upper extremities to see if it is chronic or active radiculopathy to help guide him in sx options.
DOS 7/8/14: pt w as seen for EMG, nothing in regard to results w ere given; no add'l plan w ere indicated. EMG rsults w ere given on EMG report as an acute lesion of the c6-8 nerve roots on the right w / sp attention to c7; evidence of chronic c5-6 finding bilaterally. DIRECTION: Still w aiting on med rec from Dr. Williams; Once rec'd, BS w ill review for ongoing claim management.CL5

7/10/14 Sent MEDNOT1 ltr. pa5

7/10/14 Closed Inv. Mailed mednotc1 to ee and uploaded to AWD. 15/30 day follow ups are set..CL5

07/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from EAST TN BRAIN & SPINE CENTER for 01/01/14 to present via FAX MAH.

07/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from DR TURNEY WILLIAMS for 01/01/14 to present via FAX MAH.

6/27/14 OBC to ee for status update. s/w ee. ee adv that lov w as 6/19/14 w / Dr. Williams; nothgn has changed in terms of the neuropathy; they are pretty just pmanaging his pain w / Rx at this point. NOV is 8/2014, but could be postponed if sx doesn't happen. EE had MRI done thru PCP and a flup appt as East Tennessee Brain and Spine w / Dr. Fullgar (Ph# 423-232-8301). THe MRI show ed that he has tw o bad discs; he then had a myelogram and found a third disc. Sx correction is a possibility , he is going to have an EMG of the upper body on 7/8/14 and they w ill decide from there is he w ill need sx. BS had no further questions at this time; EE adv that his payments have been coming on time lately. BS adv that she w ould order update medical from Dr. Williams and then from Dr. Fullgar after EMG; EE understood. BS thanked ee for time and call ended..CL5

6/26/14 OBc to ee for status update. left v/m w ith ph# and request for cb for status update..CL5

05/27/2014 - SETTLEMENT: PC w ith clmt, advised he w as under no obligation to accept this offer. Could decline and w e w ould continue to pay benefits. Review ed the follow ing:
Months until Recovery: 06/26/2025
100% Payout Total: $116094.00
Overpayment Amount: $0.00
Any Occ Period Settlement Offer Amount: $57100.00
Review ed numbers w ith clmt, he stated "I can't afford to take less", he said it makes his house payment, thanked him, advised to call if he

changes his mind, call ended. A2L

5/20/14 OBc to eeo for status update. EE w anted verify DD; BS adv that it is in the system and next beenfit w ill be relased via DD. EE adv that nothing in his symptoms have changed; ee is still seing Dr. Williams LOV 3/2014; at that time, his rx w as chaged to higher dosage; w hich doesn't help to much w ith the pain, but it sedates him enough at might to help him sleep. NOV is 6/19/2014; he is also having MRI done through PCP, as his neck has been in pain; after MRI he w ill be referred to neurosurgeon for further tx if needed. EE si no longer seeing Dr. McDonald; BS gave ee email address of CLaire.Kauffman@lfg.com for further contact in regard to medical updateds. EE gave alt/call number as in case he can't be reach at home #. BS adv that she w ould flup w ith him again after NOV to see if anything in tx has changed. EE understood. BS thanked ee for time and call ended..CL5

5/15/14 OBC to ee for status update. left v/m w ith ph# and request for cb. BS w ill make 2nd attempt call then order updated medical as necessary.CL5

3/19/14 CSL TRIAGE: Group is non-national account sold out of Nashville. Appeal OT assigned to ACC for distribution. TCC

3/18/14 TELE lvm for ee for overturn and to advise claim w ill be sent to a B/S for payment in 5-7 days NLG
3/18/14 Appeal OVERTURNED: New Meds-Know n NLG
3/18/14 APPEALS OVERTURN RATIONALE: Arnold Dixon is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy and degenerative disc disorder. Clmt underw ent neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. On appeal claim w as review ed by board cert Neurologist w ho concluded EE has ability to sit w ith ability to reposition as needed up to six hours per day, ability to at lift, push, pull, and carry up to 10 pounds on an occasional basis, and otherw ise ability to reach above shoulder, at the shoulder, below shoulder, and fine finger manipulate, grasp, and hold. How ever, the claimant w as only found to have ability to stand and w alk up to 10 minutes at a time up to 30 minutes each per 8-hour day at a full-time capacity, or one cumulative hour per day due to diagnosis of peripheral neuropathy w ith noted lumbar and cervical degeneration. Review er states it w ould be reasonable that the claimant be re-evaluated 90 days from the last visit dated 02/13/14. ACTIONS: 1) Letter to EE 2) Call EE 3) Close Flups 4) refer to CSL to assign to BS NLG

3/18/2014 - Agree w ith determination to overturn denial and approve benefits at this time. cdaly

3/17/14 Scheduled for 3/18 Manager review NLG

3/11/14 AWD review ing peer NLG
2/27/14 File to Med/Voc to refer to peer review NLG
2/26/14 Sent file for scan, w ill forw ard for peer w hen done NLG

2/21 Scheduled for 2/25 AD NLG

2/21/14 AWD / MEDRECS rec'd e-mail from EE w ith medical. 1/30/14 pathology / skin biopsy noting abnormal nerve density / small fiber peripheral neropathy of the right calf and foot (R. Scott Macdonald, MD Neurology 423-247-5553). Notes EE remains on hydrocodone 10/325 Note from EE: " I have attached the results from my biopsy and as you can see my readings are w ell below the abnormal levels. I w ish they had performed this test before now but I had no idea there w ere tw o types of peripheral neuropathy so I am at the doctors mercy. As a result, this test show s w hy it w ould be difficult for me to return to w ork. As stated in my letter it is difficult for me to w ear shoes and I have to keep my feet elevated, if not the pain a sw elling intensifies. Along w ith the neuropathy I have to deal w ith the degenerative discs in my back in w hich I have to recline to be able to tolerate the pain. I w ill continue to see the neurologist on a regular basis in hopes to find some relief and hopefully a cure but at this point nothing has helped. To be honest, if all I had to deal w ith is my back issues or just the neuropathy it w ould make it difficult to w ork at 100% but w ith both problems to deal w ith it is completely impossible. Along w ith the appeal letter and this test result is w hy I feel I should have my benefits reinstated and hope Lincoln feels likew ise." NLG

2/20/14 TELE / AWD ee lvm requesting I e-mail him at so he could reply w ith medical records - see AWD for the e-mail out NLG

2/12/14 TELE ee lvm stating testing w as done, show ed significantly reduced nerve ending signals synonymous w ith neropathy - has ov w ith neuro to go over tests and w ill have records sent by Monday NLG

2/10/14 AWD per 1/31 phone call, ee is sending more info - sent 45 day no-info letter w ith 30 day extension notice NLG

1/31/14 TELE ee called and w e discussed medrecs - he had testing yesterday, expects it to be back to his Dr in 7-10 days, and w ill forw ard it to me w hen done. 30 day is next w eek, so w ill close flup and call EE on 2/10 (45th day) if info isn't here prior to that NLG

1/23/14 TELE ee lvm stating he saw Dr and has more tests scheduled for 1/29, w ill send them once complete - stated he did not need a c/b NLG

1/15/14 TELE ee lvm w ith update - saw Neuro had tests, more tests tomorrow , w ill send all meds w hen complete NLG

1/7/14 TELE ee called to let us know that he is seeing neuro next w eek and w ill send more notes - w e discussed how clinical notes are review ed and used in the appeals process, w hich w ill include the info already in the file. Discussed TSA and occipations that w ere listed in denial - ee noted that the occs noted are very similar to one he had during OO - I noted that I had seen his comments in appeal letter and planned on having this evaluated if needed as w ell. NLG

1/6/14 Pending Reason: Medical Records NLG
1/6/2014 AWD ack letter / first level to EE NLG

1/6/2014 APPEAL INITIAL CALL lvm for ee for ACK - see TELE notes NLG

1/6/2014 1st LEVEL APPEALS PENDING RATIONALE:
"LEVEL OF APPEAL: FIRST
"ADDL INFO W/ APPL: YES
"SUMMARY OF APPEAL CORR: Appeal letter from claimant dated 12/27/2013 w ith new Abilities Form dated 12/5/2013 from Turney Williams, MD (PM 423-392-6690): 0-10# lift carry occasionally; Sit/Stand/Walk occasionally less than 1 hour continuous & less than 4 hours per day; Occasionally finger - difficulty w ith repetitive use of hands due to numbness; pt requires supine w ith feet elevated @ 2-3 hours due to pain and sw elling. Also an e-mail stating he has neurology apt on 1/15/14 and plans on sending another Abilities form after that ov.
"REASON FOR APPEAL: Disagrees w ith AO denial due to back pain and neuropathy, pain meds, medications cause drow siness and concentration issues. States w earing shoes / socks intensifies neuropathy pain and has to use a cane to prevent stumbling. Disagrees that he w ould be able to meet DOL definition of sedentary w ork as he cannot sit for 6 hours doe to pain in feel w hich requires him to recline and elevate feet. States that OO job w as sedentary and that he w as disabled from that and therefore should be disabled from any sed job for AO. Details disagreement w ith identified occupations mainly due to lack of training or outdated skills.

"PENDING REASON / NEXT STEPS: 1) Initial Call 2) Ack letter ATTY EE 3) PEND for medical records

Arnold Dixon is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy and degenerative disc disorder. Clmt underw ent neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. NLG

12/30/13 Assigned 1st level appeal to NLG. c1g

12/27/13 Level of Appeal: 1st Level Appeal NEW
*************FINAL PAYMENT TO 1/5/2014***************************

12/20/13 pc to clmnt per message rec'd. he is sending in a letter w ith questions about the denial and he doesn't understand as the letter w e sent him states that he can only w ork 4 hours a day. he said that isn't full time and w ith the pain he experiences in feet and back and everything he cannot w ork. told him to fax over all his questions and notes he has, including updated abilities he got. I w ill review . how ever reiterated he very w ell may have to file that appeal. clnt understood w ill fax over info. A5N

12/16/2013 rec'd pc from clmnt about w anting to send in more med recs. he is going to fax updated info in to me. told that after w e w ould review it, if claim still denied then he w ould need to file appeal. but can send those med recs to me for review of benefits beyond 1/5/14. clmnt said w ould fax those over in a couple days. w ill w atch out for them and w ill contact him if need anything. he said he also w ill send in a new abilities form his physician completed. A5N

11/20/13 released final payment to be sent to 1/5/2014. A5N

11/18/13 pc from clmnt regarding voicemail I left. told him that as of cod 1/5/14 benefits have been denied. clmnt said not sure how he is supposed to w ork as he cannot even w ear shoes for more than a few hours. let him know I have sent a letter explaining in detail how w e came to this decision and he has the option for appeal. clmnt said w ould probably file that appeal then as he doesn't know w ho w ould hire him. let him know if he has questions regarding that letter to can give me a call. he had no other questions at this time. A5N

11/15/13 pc to clmnt let him know that as of 1/5/14 benefits have been denied and no more payments w ill be made. sending detailed letter w ith explanation and option for appeal if chooses to do so. can contact me if w ould like to go over this letter once receives it. left number for clmnt to call back. A5N

11/15/13 DIRECTION: clmnt is 53 yom, service clerk (OA=sed) dx idiopathic peripheral neuroptahy. ldw 7/8/11 dod 7/9/11 cod 1/5/14. med review completed and R&L's not supported TDAO. sending denial as of 1/5/14. PATH DENIED TDAO A5N

11/12/13 med review completed R&L's not supported TDAO. Will send denial as of COD 1/5/14. A5N

11/6/13 Voc referral done. Changed occ to service clerk = sed occ. sent over for med review . A5N

11/5/13 CT w / JAJ, DZF, MNS AND A5N
review of med info supports clmnt appears to have the ability to perform main duties of ow n sedentary occ. due to ca score and ca site indicating different oa level recommend sending to voc for check of occ level and also sending for full med rev. MNS

11/1/2013 - Claim review ed for progress tow ards AO decision. COD 1/5/2014. BS has INV set for today to review available information in CT. No further review performed at this time. A6A

10/25/13 rec'd abilities form states clmnt can occasionally lift up to 10 lbs, can occasionally sit, less than 4 hurs. cant kneel, squat, climb, bend. considered unemployed? signed 10/4/13 DR WILLIAMS A5N

10/2/13 pc to clmnt per message rec'd. discussed abilities form and he said the neurologist w oudln't complete. does have ov w / DR. WILLIAMS in December so w ill email another abilities form to clmnt to have him complete. emaiiling form and clmnt w ill drop off and then pick back up at nov. clmnt still has a lot of pain in feet and back. states doesn't think he'll be ever able to w alk again. can't sit for long until tne neuropathy effects his feet and is in a lot of pain. told clmnt w ill just review claim, look over abilities once gets it back and then go from there. he had no other questions. A5N

10/2/13 DIRECTION. clmnt is 51 yom, service manager w /neuropathy. currently w aiting on abilities orm to come back for AO investigation. latest med recs from DR SCOTT MACDONALD have nov 6 months from August. w ill continue to monitor claim and f/up w /clmnt regarding abilities if don't receive. PATH TDOO A5N

10/2/2013 pc to clmnt to let know am new bs and check on status of abilities form. see other bs sent it out but has not been returned. left voicemail for clmnt to return call. need abilities form for AO investigation. A5N

10/2/13 rec'd ov note DR SCOTT MACDONALD 8/29/13 pt hx peripheral neuropathy and lumbar DJD. describes pain in feet. stopped amitriptyline as made too sedated. the 5% pathces of Lioderm have not assited. exam show s decreased pinprick in bilateral feet, decreased vibration in bilateral toes compared to ankles and fingertips compared to w rists. motor strength intact, gait normal. started n 100mg gabapentin for month #90 w /zero refills f/u gabapentin 300 mg #60 w /six refills. f/up visit 6 mos.
9/30/13 sending rep chng ltr 9-30-13

09/12/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 08/01/13 to present via FAX AYR.

9/3/13 ordered med recs from Associates Neuro from 8/1/13 to present and sent mednot1 ltr to clmt. s8b for jcn

###8/13/13 PAPER FILE SENT TO BACK END SCAN HERE. JAB ######

8/13/13-Recvd dupe ov note from Dr Turney Williams dated 6/20/13. JCN

8/22/13 PLAN - Clmt has appt w ith Associates Neuro on 8/29/13. Request med records at that time. Once rec'd continue w ith AO

investigaiton. t1h for jcn

7/31/13-MAIL RATIONALE: recvd notice that Associated Nuerologist had no recs on file for 4/1/13 to present. We did recv 6/20/13 OV note from Dr. W. Turney Williams MD. EE appeared w ith pain related complaints, notes numbness and pain fingertips bilaterally, feet bilaterally, as w ell as low back pain. EE states hands are becoming more painful than his feet. Back pain is relatively mild. EE notes significant w eakness.EE had trialed amitripyline but noted excessive sedation, EE discontinued use. Previous use of Neurotin and Lyrica w ere not w ell tolerated. EE continues to use hydrocortisone 10/500mg once per day. EE w ill not pursue any new medication trials at this time, Dr refilled EE's hydrocodone 10/325 mg. Dr discusses risks of addiction to opiates. PATH: Due to EE's continued level of pain an numbnessin both feet and hands, it's reasonable that EE is unable to perform main duties of his occ. Claim w ill remain open and supported for TDOO. Will continue to f/u w ith EE and Dr as needed. JCN

07/29/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 04/01/13 to present via FAX VLH.

07/29/13 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 04/01/13 to present via FAX VLH.

7/23/13-DIRECTION: Clmnt is a 51 year old male, Service manager, w ith neuropathy. Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport dated 7/28/2011. Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving. ER w ill not let him w ork w hile on pain meds. Med rev retd. Per med rev recommendation, requesting an Abilities Form from Dr. MacDonald to assess current R&Ls. Recd letter from Assoc Neuro stating they do not perform FCEs and, therefore, w ill not compllete the Abilities Form. Ordering recs from TMPs to update for AO. ISS states clmt has no expectation of RTW. Has pain in hands, feet, and back, numbness and burning in hands nd feet w ith peripheral neuropathy. PATH: Will aw ait recs from EE's treating providers to confirm w hat current R&Ls and deficits are. Will send rep change letter. JCN

7/22/13 - Recd auth, ISS, TMP. Ordering recs from TMPs to update for AO. ISS states clmt has no expectation of RTW. Has pain in hands, feet, and back, numbness and burning in hands nd feet w ith peripheral neuropathy. ACTION: Ordered recs from treating providers and mednotc1 sent. m2e

7/5/13 - Begin AO letter sent. m2e

3/22/13 - Recd letter from Assoc Neuro stating they do not perform FCEs and, therefore, w ill not compllete the Abilities Form. m2e

3/4/13 - Mednotc2 and DRFLUP sent for Abilities Form. clmt emailed w hile in claim requesting ackref letter for ssdi ovp. emailed back copy of letter also requesting he advise his dr that w e need abilities form. m2e

2/1/13 - Abilities form retd due to undeliverable address. Verified address of 8 Sheridan Square Ste 200 Kingsport TN 37660. Remailed form. m2e

1/15/13 - Med rev retd. Per med rev recommendation, requesting an Abilities Form from Dr. MacDonald to assess current R&Ls. Abilities form and letter sent. m2e

1.15.13 Med review completed, M2E notified. MUM

1/11/12 - med rev submitted. m2e

1/11/13 - Review ed file w ith DZF, FXC, and M2E. The claimant has been out of w ork since 7/2011 due to neuropathy. The claimant has also back complaints and w as last seen by a Neuro in December 2012. Will refer for RN review w ith follow ing question:

1.Review findings in file and provide comment on physician stated R&L's back to 12/7/2011.
2.Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide appropriate R&L's and duration of each.

Will assess RN response as part of on going review . GCR

1/9/13 - Updated direction: records recd as below indicate peripheral neuropathy w ith normal labs, strength and gait. action: clmt does not

appear to be tdoo of sed occ due to neuropathy in feet. w ill take to CT and probable nurse review for continuation of benefits. m2e

1/9/13 - Mail: Recd recs from Dr. Chris Pendola, 1 pg note dated 12/13/12. Records state pt has burning and aching pain in feet w hich is w orse at night. Lidoderm, Lyrica and neurontin w ere not of help. has tried gels on his feet and anodyne tx w /o relief. Lab on 6/2012 w as unremarkable. w as prescribed hydrocodone and acetaminophen by the pain clinic. normal pinprick in feet. normal motor strength in both legs. pedal pulses 2+ bilaterally. gait normal. placed on trial of amitriptyline w ith f/uin 1 month. m2e

12/24/2012: Open LTD QA Audit completed for M2E. bdm

12/07/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 07/01/12 to present via FAX SWR.

10/4/12 - Mail: recd med rec dated 6/13/12 from dr. scott macdonald (pendola), located in aw d 5pgs. Fu note show s clmt has chronic low back pain adn w as advised of conservative care. remains on hydrocodone/acetaminophen t.i.d. prn. decreased vibration in bilateral toes compared to ankles. normal pinprick in teh feet. normal motor strenght in low er extremities. gait is normal. return in 6 mos,. CMP show s high glucose at 113. plan: still w aiting on adidtional records. m2e

9/28/12 - mail: recd check for $7775.72 for ovp. action: ovp paid in full. sent ackref ltr. m2e

9/27/12 - mail: recd 2 pages from dr. turney w illiams stating no recs for dates requested. plan: w ait for other ordered recs. m2e

09/21/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 06/01/12 to present via FAX J5W.

09/21/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 06/01/12 to present via FAX J5W.

9/17/12 - Email: recd an email, located in aw d, from clmt stating he understood ovp and w ill be sending in check for full amt today for ovp. action: w ill set 30 day f/u for this ovp to be made. if not recd, send bens2ovp m2e

08/06/12 SSDI AWARD from EE
Removed Y from claim
SSDI aw ard letter dated 07/29/12
SSDI NOA = 01/01/12
SSDI Aw ard Amount = $1658.00/monthly
SS Dept Aw ard = $0.00
Past due benefit = $9948.00
Atty fees = $2487.00
--Note to BS: --
LTD BS w ill calculate OVP and address the change in LTD benefits w ith the claimant. LAJ

8/9/12 - mail: recd med recs, 3 pages, from Dr. Dulebohn located in AWD. O/v note dated 4/13/11 show s new pt o/v note. cc is low er back w ith probs w ith left and rt legs. low er back has sharp, shooting, dull, aching pain. w orst rated at 10/10, avg 8/10, that is w orsening. Rt and lt leg pain is sharp, shooting, aching, burning, tingling, numbness. both are w orsening. pt states pain 100% of w aking hours, 90% relieved in his most comfortable position. Pt recently experienced the follow ing serious probs: Hard to fall asleep, pain w akens him from sleep, persistent sw eating at night, unbalanced w alking. Show s prior sx and injections provided no relief. Aggravating factors are sitting, standing, w alking, lying dow n, coughing or sneezing. can w alk for 5-10 minutes, can sit for 15-30 mins. action: outdated recs do not support tdoo. w aiting on addl recs for path determination. m2e

8/6/12 - email: recd rehab survey, located in aw d. M2E

8/2/12 - mail: recd med recs from dr. dulebohn, 4 pages located in aw d. recs recd are an o/v note dated 4/18/2011 regarding and mri and new patient visit. also, recd mail from dr. MacDonald, note dated 6/13/12 show s impression of peripheral neuropathy, stable. Lab notes are included. only abnormality is high glucose. action: w ill submit for med rev to determine if clmt remains tdoo from his ow n sed occ. m2e

8/1/2012--Entered mail in error, mail should of been in medical follow -up. Completed out and re-entered in med tab.- nzh
07/31/12 - office/treatment notes,diagnostic test results requested from Dr. Robert MacDonald for 06/01/12 to present via FAX DSF.

07/25/12 - office/treatment notes,diagnostic test results requested from SCOTT DULEBOHN MD for 04/01/12 to present via FAX DMB.

7/16/12 - MAIL: OV note dated 6/13/12 show s pt is a 51 yo w ith hx of polyneuropathy, spinal djd, previous cervical disc sx in 2008. chronic low back pain. remains on pain med. has decreased vibration in bl toes compared to ankles. normal pinprick in low er feet. return in 6 months. lab note dated same show s high glucose, all other values normal. ACTION: Possible not TDOO. Will aw ait addl recs to determine. m2e

6/12/12 - Rep Change Direction: Clmt is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy and degenerative disc disorder. Clmt underw ent neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. Action: Will submit for med rev to determine R&Ls from sed as soon as records recd from dr. Pendola m2e

6/11/12 - MAIL: Recd med recs from Pain Med Assoc, 38 pages located in aw d. Records date back to 2003 regarding back pain. Most current note dated 2/22/11 only states Dr. introduced clmt to Tony Villanueva w ith PT. return appt in 3 w eeks ACTION: This mail is dated previous to the 7/1/11 dod. w aiting for dr,. pendola records. m2e

5/10/12
LM w ith Med Recs Dept for status of request w ith Dr. Williams. Asked for call back. L2K

05/02/12 - office/treatment notes,diagnostic test results requested from DR CHRISTOPHER PENDOLA for 07/01/11 to present via FAX MAH.

05/02/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 07/01/11 to present via FAX MAH.

5/1/12
Send MEDNOTC1 for recs. 30 day flup set. L2K

5/1/12
MAIL: Rec'd TMP, auth and ISS from clmt. ISS states clmt does not anticipate returning to w ork. Current symptoms are pain in hands and feet, numbness and burning in hands / feet. Peripheral neuropathy, at this point, no cure is know n. R&Ls are standing, w alking and sitting for long periods of time. When able, does some light housew ork and mow ing w hen needed. Does not require hands-on help from another person. Will order updated recs from those listed on TMP. L2K

4/30/12
Rec'd email from clmt stating he has faxed over the requested forms. Also stated that his appt w ith his neuro for today w as cancelled. Dr he had been seeing is no longer there and they didn¿t reschedule him w /someone else. Now scheduled for 6/13/12 but if cancellation, w ill fit him in sooner. Posted email in AWD. L2K

4/24/12
Clmt called back. Stated there have been no changes. Sees neuro on 4/30/12 for next steps, if anything. not sure w hat they can do. It's been rough, not doing any better. Stimulator did nothing. Injections did nothing. Can't do sx for neuropathy w hen it involves nerves. Advised sending out forms to be filled out so w e can order updated recs. Clmt asked if I could email them over to him and stated I w ould. He w ould then be able to fax them back to me. Thanked clmt for calling me back. L2K

4/24/12
LM for clmt to call back for status update. L2K

4/24/12
Send clmt REQFORMS. 30 day flup set. L2K

3/20/12
MAIL: Rec'd letter from H. Lynn Shoemaker, clmt's attorney. Letter dated 3/19/12 stating his office has been retained by clmt regarding SSDI case. The attorney w ill be requesting clmt's hearing and w ill forw ard receipt of filing to our office. Placed flup in SSA initials for their review as w ell. L2K

3/15/12 - We still need POF. SSLG has not had ctc w /clmt.
Called clmt w ho states he filed for SSDI and has ow n attny and is currently pending for a HEARING.

I gave him our fax nbr to have his attny forward SSDI POF including the date they filed for HEairng. Clmt understands offset/ovp and had no questions. Depts are in claim already. SEtting 30 day flup for POF from clmt's attny. Sending msg to SSLG to close file. SQL

1/25/12
Send Revised EE & ER Approval letters. Appears clmt was paid under wrong policy and this has been fixed in DOCS, which means benefit %, BSD, AO date and amount paid to him was incorrect. Have adjusted this in DOCS and clmt is now paid correctly and will be paid current on 2/2/12 via DD. Had DJD help with FICA adjustment as clmt was taxed and it should not have been. L2K

1/18/11-Claim appeared on LTD WOP error report because policy did not match Ardis member record. Tx claim from True LTD policy (DOCS pol #1363016/1162944) to VLTD policy (1267764/162944). DDR

1/13/12
Send EE & ER Approval Letters. L2K

1/12/12
INITIAL CALL w/ER: Whitney Strange, 423-282-4220. LDW 7/8/11. $1,951.92 bi-weekly. Clmt did not make commissions. 100% EE, post-tax. DOH 5/7/04. 401(k) plan. L2K

1/12/12
LM for Whitney (ER) for initial call. L2K

Initial Claim Template
DATE: 1/10/12
RATIONALE/DIRECTION: Approval
REASON: Clmt is a 51 yom Services Coordinator (sedentary) with a DOD of 7/9/11. Dx w/peripheral neuropathy and degenerative disc disorder.

PATH: Will approve LTD benefit. Flup w/clmt in 3 months, order updated recs and send for med review. L2K

EXPECTED RETURN TO WORK DATE: undetermined
COMMENTS:

DIAGNOSIS: peripheral neuropathy and degenerative disc disorder

SUBJECTIVE FINDING: low back / leg pain

OBJECTIVE FINDING: EMG - peripheral neuropathy; MRI - degenerative disc disorder, multi-level

MEDICAL HISTORY:

TX: Neurology pending, medication trial pending

DOCTOR: Dr. William T. Williams (pain med) signed APS on 6/29/11

MEMBER IS ELIGIBLE: Yes
COMMENTS: EE DOH is 5/7/04. EE and ER eff date 4/1/11. Clmt worked minimum hours per week.

EOI INVESTIGATION: E of I not required
COMMENTS: Group is non-contributory

POLICY INFORMATION: Verified
COMMENTS: 60% benefit, $6,000 maximum, $100 or 15% minimum, 180 day elimination period, list-billed.

PRE-X INVESTIGATION: Pre-ex does not apply - state reason in comments
COMMENTS: Completed Pre-Ex investigation as pre-ex is 12/12/24, EE eff date is 4/1/11. DOD is 7/9/11 and clmt did go out within 24 months of effective date. Located prior plan in AWD. Found differences in elim period, benefit %, minimum benefit, AO period and M&N. Completed Pre-

Ex Calculator and appears LFG plan is lesser plan so pre-ex considered satisfied. Will pay under LFG plan. All Pre-Ex investigation paperw ork copied into AWD.

PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provision
COMMENTS:

CLAIM INFORMATION: Verified
COMMENTS:

FINANCIAL OFFSETS: Further Verification Needed
COMMENTS:

INITIALS: L2K
****************************************

1/10/12
INITIAL CALL w /EE: Verified DOB, address, SSN and phone. Cell - Email - Started off w ith back problem, DDD. Had neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Dx w ith peripheral neuropathy. Couldn't feel feet after sitting at desk for 8 - 10 hours and w ould have hard time driving home, dangerous. Was told feet problem has nothing to do w ith back, not diabetic. Was seeing dr 2 x per month but has thinned out because neuro told him there is nothing really more they can do. One more thing to try, stimulator, and w as told they w ould contact him after 1st of the year to get it scheduled. Not receiving any other income, just STD. Spouse - Cathy - 6/3/61; Lee, 9/19/87. Explained w hen STD ends and LTD begins. Stated w ould email approval letter out this w eek. Final STD deposit w ould be released this w eek and 1st LTD deposit w ould be paid out about 3 w eeks into benefit period. Stated I w ould transfer over DD info from STD claim to LTD claim. Gave clmt contact information. Had no further questions. L2K

1/10/12
LM for Whitney (ER) for initial call. L2K

1/3/2012 Clmnt is a 51 year old male, Service manager (Sedentary occ), dx w ith neuropathy. 12/28/11 Med review supports R&L's to the STD max. LTD BCD is 1/5/2012. Pre-x/PIC investigation w ould need to be completed as clmt's LTD eff is 4/1/2011. Will assign claim to L2K for further handling. J2D/CSL

12/29/11 per the MED review , supported. Will get ready to Roll to LTD
** sending out STD EXT LTR to undetermined, STD MAX is 1/14/12.
** email to DDJ to release the payment. AWE

12/21/11 MAIL
** recvd the clarify letter answ er back from Dr. Williams, WIll send back for a Med review . AWE

12/7/11 Sending the clarifying letter to Dr Williams.
** emailed to the EE also. AWE

12/6/11 MAIL

11/25/11 sending out CLARIFY LTR to the DR per the med review . AWE

11/14/11 PER MME, Supervisor TRiage, this needs to go for a med review . AWE

11/3/11 MAIL
** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts
** WIll triage to MME

10/24/11 setting final payment to release to 10/27/11 and closing claim. AWE

9/28/11 MAIL
** recvd OV notes from 9/15/11 stating his primary complaint is bilateral low back pain and bilateral foot pain w ith mild shoulder discomfort. he underw ent lumbar facet radiofrequency denervation on 8/18/11 w ith not dramatic improvement. He has burning dysesthesia in both feet, Assessed w ith DDD, lumbar spine, mulitlevel, lumbar facet arthropathy, idiopathis peripheral neuropathy and chronc pain. He w ould not be a surgical candidate. he has an appt pending iw th Dr Christopher Pendola 10/26/11 and w ill consider a percutaneous stimuator trial.
** sending out STD EXT LTR to 10/27/11, day after the appt. AWE

9/22/11 MAIL
** recvd an unsupported note on a script pad dated 9/15/11. Unable to read most of the note.
** Left a vm for the EE, this note on a script pad is not enough to support an extension of benefits beyond 9/16/11. Left the fax and call back#. AWE

9/16/11 per the MED REVIEW, benefits supported to today 9/16/11.
** Placed a call to the EE, he stated he seen the Dr yesterday so w ill be faxing in addl records. Advised that the Med review support to today 9/16/11 so w ill get a check released to him. No other questions. AWE

9/14 DIRETION: Took over claim for AWE. Sent file for w alk in j2a

9/14 Claim previous apprvd to 8/8. Clmnt has sedentary occ. Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included. Exam is normal. Neuropathic pain is secondary to mild peripheral neuropathy according to his electrodiagnostic study. He has elevated B6 level.... Med recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but the benefits w ore off. Clmnt to proceed w ith RFL. j2a

9/8/11 Placed a call to the EE, advised that the medical records request has been paid. Advised that as soon as the records are recevied and review ed w e w ill be in touch w ith him. AWE

9/6/11 MAIL
** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters. The right supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy involving the R LE, clinical correlation advised.
** sendng for a Med Walk In.

09/01/11 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA MD for 08/01/11 to present via FAX J2B.

09/01/11 - office/treatment notes,diagnostic test results requested from PAIN MEDICINE ASSOCIATES for 08/01/11 to present via FAX J2B.

8/31/2011 CALL TO EE/direction WE WILL NEED MEDS From PAIN MANGAEMNT and NEURO: ee stated that he did not have the PCE- Physical capacity eval. HE w as going to get one but did not. Advised him that w e w ere holding on for that piece of information. Spoke at length w ith ee on his condition, he stated that since 2008 he has gotten progressively w orse, he is not able to feel the gas petals in his car or break. He felt it w as a danger. He had a back surgery in 08 and that's w hen this all began, he w as told that he is not a surgical candidate. That he can not have sx again, he had a radiofrequency. Advised him that I w ill order meds from Pain management as he w as seen 2x in the last month and from Neurologist as he has been seen on 8/24 w ith a med change. eE stated that the meds he is on for the neuropathy he can not function, hard to stay aw ake, the back is getting w orse. Upset about how claim handled. Advised him of my apologies going forw ard how things w ill be handled. Email to MME asking if w e could as a courtesy release a 2 w k benefit. DDJ for AWE.

8/26/11 Placed a call to Donna at the Dr's office, 423-247-5553, in the OV notes under recommendations, it refers to Dr Gupta's physical capacity evaluation. We need a copy of it and need to know if they have a copy of it or contact info to get it. Donna states , i need to talk to Vicki Spino and she w as not in the office and to call back on Monday . AWE

8/24/11 per the med review :
Need the Report that w as done by Dr Gupta.
** Placed a call to the EE, Dr Gupta did the test but he only sees Dr Williams. He stated he does not have the test resutls. Advised that I w ould call D Willaims office and see if they have the test results or if i should send a request to Dr Gupta as they are in the same office. AWE

08/18/11. File response routed to AWE. TWH
AUG 11 C/O's AWe
8/16/2011 MEDICAL ISSUE: (brief summary of condition, treatment, outcome)
Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP. Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE

8/16/2011 in error the claim w as not sent for med w alkin consultation, It is being sent over today. DDJ for AWE

8/10/2011 mail: mail rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport dated 7/28/2011. Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval. MD advised that he does not do them. Added to claim file. Sending claim for MED w alkin 8/11 DDJ for AWE.

8/1/11 releasing final payment to 8/8/11 and closing claim. AWE

**Sending out STD APPROV LTR, approving to 8/8/11.

7/6/11 OA-- Sed

7/5/11 recvd the prior plan via email. PIC w ith Principal, 1/8/26, 60% $1000 max,Pre Ex 12/12, mirrors LFG coverage.

6/30/11 ACTION
** email send to Edw in Dupree/IT team, need a copy of the Prior Plan, not finding in AWD. AWE
** sending for an OA. AWE

Initial Claim Template

DATE: 6/30/11
RATIONALE/DIRECTION: Pending
REASON: Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. APS states he w ill be off from 7/8 to 8/8/11,

EXPECTED RETURN TO WORK DATE:8/8/11
COMMENTS:
DIAGNOSIS: peripheral neuropathy
SUBJECTIVE FINDING: low back and leg pain
OBJECTIVE FINDING:EMG-peripheral neuropathy, MRI, deg disc disease lumbar multi level
MEDICAL HISTORY: April 2011
TX: Neurology pending , medication trial pending
DOCTOR: William Williams Pain, Med, signed the APS on 6/29/11

MEMBER IS ELIGIBLE: Yes
COMMENTS: Clmnt is a List Billed Member in ARDIS
POLICY INFORMATION: Verified
COMMENTS: 60%, $1000 max ben, 1/8/26, Has LTD
PRE-X INVESTIGATION: Plan has pre-ex & invest is needed
COMMENTS:group effective 4/1/11 w ith PIC, unable to find the Prior Plan w ill need to email ITeam.
PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provision
COMMENTS: N/A
CLAIM INFORMATION: Verified
COMMENTS: Recvd complete ER, EE, auth and APS

FINANCIAL OFFSETS: Verified
COMMENTS: no, just hours w orked.

INITIALS: AWE ****************************************

# Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | ARNOLD DIXON | | | **Occupation:** | SERVICE CLERK (clerical) alternate titles: | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 1/12/2012 | **Months Dis:** | 116 |
| **Claim #:** | 1120006734 | **DOD:** | 7/9/2011 | **Ben:** | $2,537.50 | **Months Pd:** | 93 |
| **Coverage:** | LTD | **Status:** | CLOSED | **Close Date:** | 1/8/2021 | **Assignee:** | JXBOOTH |
| **Policy Holder:** | Saratoga Technologies, Inc. | | | | | **Deceased:** | |
| **Case Mgr. Status:** | MED 7/30/2014 | | | **Close Code:** | Not TD Any Occ | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Action Plan

7/11/14 MAIL -- Rec'd MED REC from EAST TN BRAIN and SPINEDOS 6/11/14: pt reports that approx 6 w eeks ago he started to have increasing pain in right shoulder and neck; the pain sometimes extends to his arms; he now has severe discomfort is his upper right extremities and sometimes in his left. He has had conservative treatment, including steroids and anti-inflammatories; he does not feel like he can tolerate PT; MRI w as review ed completed on 5/22/14 that show ed postop changes of the c5-6 post anterior cervical discectomy and fusion; he has adjacent segment disease affecting c-3, c4-5, and c6-7; there is mild to moderate foraminal narrow ing, w orse on the right at c6-7 and a large dis osteophytle complex cause severe foraminal narrow ing; At c3-4 large central disc osteophyte causing bilateral foraminal narrow ing. Plan is for pt to undergo myelogram prior to any type of sx options. Pt is interested in sx options; pt to flup a/ Dr Fullgar after myelogram. DOS 6/24/14: pt rtn for flup; pt cont to have right arm pain pt rtn to review myelogram results; Ct show s evidence of interbody fusion at the c5-6 level w hich appears to be solid; Large osteophytes at c6-7 and c4-5; large left-sided osteophyte at C3-4 causing foraminal stenosis' Plan: MD w ill refer pt for nerve conduction study of both upper extremities to see if it is chronic or active radiculopathy to help guide him in sx options. DOS 7/8/14: pt w as seen for EMG, nothing in regard to results w ere given; no add'l plan w ere indicated. EMG rsults w ere given on EMG report as an acute lesion of the c6-8 nerve roots on the right w / sp attention to c7; evidence of chronic c5-6 finding bilaterally. DIRECTION: Still w aiting on med rec from Dr. Williams; Once rec'd, BS w ill review for ongoing claim management.CL57/10/14 Sent MEDNOT1 ltr. pa57/10/14 Closed Inv. Mailed mednotc1 to ee and uploaded to AWD. 15/30 day follow ups are set..CL507/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from EAST TN BRAIN & SPINE CENTER for 01/01/14 to present via FAX MAH.07/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from DR TURNEY WILLIAMS for 01/01/14 to present via FAX MAH.6/27/14 OBC to ee for status update. s/w ee. ee adv that lov w as 6/19/14 w / Dr. Williams; nothgn has changed in terms of the neuropathy; they are pretty just pmanaging his pain w / Rx at this point. NOV is 8/2014, but could be postponed if sx doesn't happen. EE had MRI done thru PCP and a flup appt as East Tennessee Brain and Spine w / Dr. Fullgar (Ph# 423-232-8301). THe MRI show ed that he has tw o bad discs; he then had a myelogram and found a third disc. Sx correction is a possibility , he is going to have an EMG of the upper body on 7/8/14 and they w ill decide from there is he w ill need sx. BS had no further questions at this time; EE adv that his payments have been coming on time lately. BS adv that she w ould order update medical from Dr. Williams and then from Dr. Fullgar after EMG; EE understood. BS thanked ee for time and call ended..CL56/26/14 OBc to ee for status update. left v/m w ith ph# and request for cb for status update..CL505/27/2014 - SETTLEMENT: PC w ith clmt, advised he w as under no obligation to accept this offer. Could decline and w e w ould continue to pay benefits. Review ed the follow ing: Months until Recovery: 06/26/2025100% Payout Total: $116094.00Overpayment Amount: $0.00Any Occ Period Settlement Offer Amount: $57100.00Review ed numbers w ith clmt, he stated "I can't afford to take less", he said it makes his house payment, thanked him, advised to call if he changes his mind, call ended. A2L5/20/14 OBc to eeo for status update. EE w anted verify DD; BS adv that it is in the system and next beenfit w ill be relased via DD. EE adv that nothing in his symptoms have changed; ee is still seing Dr. Williams LOV 3/2014; at that time, his rx w as chaged to higher dosage; w hich doesn't help to much w ith the pain, but it sedates him enough at might to help him sleep. NOV is 6/19/2014; he is also having MRI done through PCP, as his neck has been in pain; after MRI he w ill be referred to neurosurgeon for further tx ifneeded. EE si no longer seeing Dr. McDonald; BS gave ee email address of CLaire.Kauffman@lfg.com for further contact in regard to medical updateds. EE gave alt/call number as - in case he can't be reach at home #. BS adv that she w ould flup w ith him again after NOV to see if anything in tx has changed. EE understood. BS thanked ee for time and call ended..CL55/15/14 OBC to ee for status update. left v/m w ith ph# and request for cb. BS w ill make 2nd attempt call then order updated medical as necessary.CL53/19/14 CSL TRIAGE: Group is non-national account sold out of Nashville. Appeal OT assigned to ACC for distribution. TCC 3/18/14 TELE lvm for ee for overturn and to advise claim w ill be sent to a B/S for payment in 5-7 days NLG3/18/14 Appeal OVERTURNED: New Meds-Know n NLG3/18/14 APPEALS OVERTURN RATIONALE: Arnold Dixon is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy and degenerative disc disorder. Clmt underw ent neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. On appeal claim w as review ed by board cert Neurologist w ho concluded EE has ability to sit w ith ability to reposition as needed up to six hours per day, ability to at lift, push,

pull, and carry up to 10 pounds on an occasional basis, and otherwise ability to reach above shoulder, at the shoulder, below shoulder, and fine finger manipulate, grasp, and hold. However, the claimant was only found to have ability to stand and walk up to 10 minutes at a time up to 30 minutes each per 8-hour day at a full-time capacity, or one cumulative hour per day due to diagnosis of peripheral neuropathy with noted lumbar and cervical degeneration. Reviewer states it would be reasonable that the claimant be re-evaluated 90 days from the last visit dated 02/13/14. ACTIONS: 1) Letter to EE 2) Call EE 3) Close Flups 4) refer to CSL to assign to BS NLG3/18/2014 - Agree with determination to overturn denial and approve benefits at this time. cdaly3/17/14 Scheduled for 3/18 Manager review NLG3/11/14 AWD reviewing peer NLG2/27/14 File to Med/Voc to refer to peer review NLG2/26/14 Sent file for scan, will forward for peer when done NLG2/21 Scheduled for 2/25 AD NLG2/21/14 AWD / MEDRECS rec'd e-mail from EE with medical. 1/30/14 pathology / skin biopsy noting abnormal nerve density / small fiber peripheral neropathy of the right calf and foot (R. Scott Macdonald, MD Neurology 423-247-5553). Notes EE remains on hydrocodone 10/325 Note from EE: " I have attached the results from my biopsy and as you can see my readings are well below the abnormal levels. I wish they had performed this test before now but I had no idea there were two types of peripheral neuropathy so I am at the doctors mercy. As a result, this test shows why it would be difficult for me to return to work. As stated in my letter it is difficult for me to wear shoes and I have to keep my feet elevated, if not the pain a swelling intensifies. Along with the neuropathy I have to deal with the degenerative discs in my back in which I have to recline to be able to tolerate the pain. I will continue to see the neurologist on a regular basis in hopes to find some relief and hopefully a cure but at this point nothing has helped. To be honest, if all I had to deal with is my back issues or just the neuropathy it would make it difficult to work at 100% but with both problems to deal with it is completely impossible. Along with the appeal letter and this test result is why I feel I should have my benefits reinstated and hope Lincoln feels likewise." NLG2/20/14 TELE / AWD ee lvm requesting I e-mail him at so he could reply with medical records - see AWD for the e-mail out NLG2/12/14 TELE ee lvm stating testing was done, showed significantly reduced nerve ending signals synonymous with neropathy - has ov with neuro to go over tests and will have records sent by Monday NLG2/10/14 AWD per 1/31 phone call, ee is sending more info - sent 45 day no-info letter with 30 day extension notice NLG1/31/14 TELE ee called and we discussed medrecs - he had testing yesterday, expects it to be back to his Dr in 7-10 days, and will forward it to me when done. 30 day is next week, so will close flup and call EE on 2/10 (45th day) if info isn't here prior to that NLG1/23/14 TELE ee lvm stating he saw Dr and has more tests scheduled for 1/29, will send them once complete - stated he did not need a c/b NLG1/15/14 TELE ee lvm with update - saw Neuro had tests, more tests tomorrow, will send all meds when complete NLG1/7/14 TELE ee called to let us know that he is seeing neuro next week and will send more notes - we discussed how clinical notes are reviewed and used in the appeals process, which will include the info already in the file. Discussed TSA and occipations that were listed in denial - ee noted that the occs noted are very similar to one he had during OO - I noted that I had seen his comments in appeal letter and planned on having this evaluated if needed as well. NLG1/6/14 Pending Reason: Medical Records NLG1/6/2014 AWD ack letter / first level to EE NLG 1/6/2014 APPEAL INITIAL CALL lvm for ee for ACK - see TELE notes NLG 1/6/2014 1st LEVEL APPEALS PENDING RATIONALE:"LEVEL OF APPEAL: FIRST"ADDL INFO W/ APPL: YES "SUMMARY OF APPEAL CORR: Appeal letter from claimant dated 12/27/2013 with new Abilities Form dated 12/5/2013 from Turney Williams, MD (PM 423-392-6690): 0-10# lift carry occasionally; Sit/Stand/Walk occasionally less than 1 hour continuous & less than 4 hours per day; Occasionally finger - difficulty with repetitive use of hands due to numbness; pt requires supine with feet elevated @ 2-3 hours due to pain and swelling. Also an e-mail stating he has neurology apt on 1/15/14 and plans on sending another Abilities form after that ov. "REASON FOR APPEAL: Disagrees with AO denial due to back pain and neuropathy, pain meds, medications cause drowsiness and concentration issues. States wearing shoes / socks intensifies neuropathy pain and has to use a cane to prevent stumbling. Disagrees that he would be able to meet DOL definition of sedentary work as he cannot sit for 6 hours doe to pain in feel which requires him to recline and elevate feet. States that OO job was sedentary and that he was disabled from that and therefore should be disabled from any sed job for AO. Details disagreement with identified occupations mainly due to lack of training or outdated skills. "PENDING REASON / NEXT STEPS: 1) Initial Call 2) Ack letter ATTY EE 3) PEND for medical recordsArnold Dixon is a 51 yom Services Coordinator (sedentary) with a DOD of 7/9/11. Dx w/peripheral neuropathy and degenerative disc disorder. Clmt underwent neck sx in 2008 to have disc removed. Has been told sx isn't an option with back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing works. Then starting in January 2011, feet would go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. NLG12/30/13 Assigned 1st level appeal to NLG. c1g12/27/13 Level of Appeal: 1st Level Appeal NEW*************FINAL PAYMENT TO 1/5/2014***************************12/20/13 pc to clmnt per message rec'd. he is sending in a letter with questions about the denial and he doesn't understand as the letter we sent him states that he can only work 4 hours a day. he said that isn't full time and with the pain he experiences in feet and back and everything he cannot work. told him to fax over all his questions and notes he has, including updated abilities he got. I will review. however reiterated he very well may have to file that appeal. clnt understood will fax over info. A5N12/16/2013 rec'd pc from clmnt about wanting to send in more med recs. he is going to fax updated info in to me. told that after we would review it, if claim still denied then he would need to file appeal. but can send those med recs to me for review of benefits

beyond 1/5/14. clmnt said w ould fax those over in a couple days. w ill w atch out for them and w ill contact him if need anything. he said he also w ill send in a new abilities form his physician completed. A5N11/20/13 released final payment to be sent to 1/5/2014. A5N11/18/13 pc from clmnt regarding voicemail I left. told him that as of cod 1/5/14 benefits have been denied. clmnt said not sure how he is supposed to w ork as he cannot even w ear shoes for more than a few hours. let him know I have sent a letter explaining in detail how w e came to this decision and he has the option for appeal. clmnt said w ould probably file that appeal then as he doesn't know w ho w ould hire him. let him know if he has questions regarding that letter to can give me a call. he had no other questions at this time. A5N11/15/13 pc to clmnt let him know that as of 1/5/14 benefits have been denied and no more payments w ill be made. sending detailed letter w ith explanation and option for appeal if chooses to do so. can contact me if w ould like to go over this letter once receives it. left number for clmnt to call back. A5N11/15/13 DIRECTION: clmnt is 53 yom, service clerk (OA=sed) dx idiopathic peripheral neuroptahy. ldw 7/8/11 dod 7/9/11 cod 1/5/14. med review completed and R&L's not supported TDAO. sending denial as of 1/5/14. PATH DENIED TDAO A5N11/12/13 med review completed R&L's not supported TDAO. Will send denial as of COD 1/5/14. A5N11/6/13 Voc referral done. Changed occ to service clerk = sed occ. sent over for med review . A5N11/5/13 CT w / JAJ, DZF, MNS AND A5Nreview of med info supports clmnt appears to have the ability to perform main duties of ow n sedentary occ. due to ca score and ca site indicating different oa level recommend sending to voc for check of occ level and also sending for full med rev. MNS11/1/2013 - Claim review ed for progress tow ards AO decision. COD 1/5/2014. BS has INV set for today to review available information in CT. No further review performed at this time. A6A10/25/13 rec'd abilities form states clmnt can occasionally lift up to 10 lbs, can occasionally sit, less than 4 hurs. cant kneel, squat, climb, bend. considered unemployed? signed 10/4/13 DR WILLIAMS A5N10/2/13 pc to clmnt per message rec'd. discussed abilities form and he said the neurologist w oudln't complete. does have ov w / DR. WILLIAMS in December so w ill email another abilities form to clmnt to have him complete. emaiiling form and clmnt w ill drop off and then pick back up at nov. clmnt still has a lot of pain in feet and back. states doesn't think he'll be ever able to w alk again. can't sit for long until tne neuropathy effects his feet and is in a lot of pain. told clmnt w ill just review claim, look over abilities once gets it back and then go from there. he had no other questions. A5N 10/2/13 DIRECTION. clmnt is 51 yom, service manager w /neuropathy. currently w aiting on abilities orm to come back for AO investigation. latest med recs from DR SCOTT MACDONALD have nov 6 months from August. w ill continue to monitor claim and f/up w /clmnt regarding abilities if don't receive. PATH TDOO A5N10/2/2013 pc to clmnt to let know am new bs and check on status of abilities form. see other bs sent it out but has not been returned. left voicemail for clmnt to return call. need abilities form for AO investigation. A5N10/2/13 rec'd ov note DR SCOTT MACDONALD 8/29/13 pt hx peripheral neuropathy and lumbar DJD. describes pain in feet. stopped amitriptyline as made too sedated. the 5% pathces of Lioderm have not assited. exam show s decreased pinprick in bilateral feet, decreased vibration in bilateral toes compared to ankles and fingertips compared to w rists. motor strength intact, gait normal. started n 100mg gabapentin for month #90 w /zero refills f/u gabapentin 300 mg #60 w /six refills. f/up visit 6 mos. 9/30/13 sending rep chng ltr 9-30-1309/12/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 08/01/13 to present via FAX AYR.9/3/13 ordered med recs from Associates Neuro from 8/1/13 to present and sent mednot1 ltr to clmt. s8b for jcn###8/13/13 PAPER FILE SENT TO BACK END SCAN HERE. JAB ######8/13/13-Recvd dupe ov note from Dr Turney Williams dated 6/20/13. JCN8/22/13 PLAN - Clmt has appt w ith Associates Neuro on 8/29/13. Request med records at that time. Once rec'd continue w ith AO investigaiton. t1h for jcn7/31/13-MAIL RATIONALE: recvd notice that Associated Nuerologist had no recs on file for 4/1/13 to present. We did recv 6/20/13 OV note from Dr. W. Turney Williams MD. EE appeared w ith pain related complaints, notes numbness and pain fingertips bilaterally, feet bilaterally, as w ell as low back pain. EE states hands are becoming more painful than his feet. Back pain is relatively mild. EE notes significant w eakness.EE had trialed amitripyline but noted excessive sedation, EE discontinued use. Previous use of Neurotin and Lyrica w ere not w ell tolerated. EE continues to use hydrocortisone 10/500mg once per day. EE w ill not pursue any new medication trials at this time, Dr refilled EE's hydrocodone 10/325 mg. Dr discusses risks of addiction to opiates. PATH: Due to EE's continued level of pain an numbnessin both feet and hands, it's reasonable that EE is unable to perform main duties of his occ. Claim w ill remain open and supported for TDOO. Will continue to f/u w ith EE and Dr as needed. JCN 07/29/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 04/01/13 to present via FAX VLH.07/29/13 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 04/01/13 to present via FAX VLH.7/23/13-DIRECTION: Clmnt is a 51 year old male, Service manager, w ith neuropathy. Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport dated 7/28/2011. Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving. ER w ill not let him w ork w hile on pain meds. Med rev retd. Per med rev recommendation, requesting an Abilities Form from Dr. MacDonald to assess current R&Ls. Recd letter from Assoc Neuro stating they do not perform FCEs and, therefore, w ill not compllete the Abilities Form. Ordering recs from TMPs to update for AO. ISS states clmt has no expectation of RTW. Has pain in hands, feet, and back, numbness and burning in hands nd feet w ith peripheral neuropathy. PATH: Will aw ait recs from EE's treating providers to confirm w hat current R&Ls and deficits are. Will send rep change letter. JCN7/22/13 - Recd auth, ISS, TMP. Ordering recs from TMPs to update for AO. ISS states clmt has no expectation of RTW. Has pain in hands, feet, and back, numbness and burning in hands nd feet w ith peripheral neuropathy. ACTION: Ordered recs

from treating providers and mednotc1 sent. m2e7/5/13 - Begin AO letter sent. m2e3/22/13 - Recd letter from Assoc Neuro stating they do not perform FCEs and, therefore, w ill not compllete the Abilities Form. m2e3/4/13 - Mednotc2 and DRFLUP sent for Abilities Form. clmt emailed w hile in claim requesting ackref letter for ssdi ovp. emailed back copy of letter also requesting he advise his dr that w e need abilities form. m2e2/1/13 - Abilities form retd due to undeliverable address. Verified address of 8 Sheridan Square Ste 200 Kingsport TN 37660. Remailed form. m2e1/15/13 - Med rev retd. Per med rev recommendation, requesting an Abilities Form from Dr. MacDonald to assess current R&Ls. Abilities form and letter sent. m2e 1.15.13 Med review completed, M2E notified. MUM1/11/12 - med rev submitted. m2e1/11/13 - Review ed file w ith DZF, FXC, and M2E. The claimant has been out of w ork since 7/2011 due to neuropathy. The claimant has also back complaints and w as last seen by a Neuro in December 2012. Will refer for RN review w ith follow ing question:1.Review findings in file and provide comment on physician stated R&L's back to 12/7/2011.2.Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide appropriate R&L's and duration of each. Will assess RN response as part of on going review . GCR1/9/13 - Updated direction: records recd as below indicate peripheral neuropathy w ith normal labs, strength and gait. action: clmt does not appear to be tdoo of sed occ due to neuropathy in feet. w ill take to CT and probable nurse review for continuation of benefits. m2e1/9/13 - Mail: Recd recs from Dr. Chris Pendola, 1 pg note dated 12/13/12. Records state pt has burning and aching pain in feet w hich is w orse at night. Lidoderm, Lyrica and neurontin w ere not of help. has tried gels on his feet and anodyne tx w /o relief. Lab on 6/2012 w as unremarkable. w as prescribed hydrocodone and acetaminophen by the pain clinic. normal pinprick in feet. normal motor strength in both legs. pedal pulses 2+ bilaterally. gait normal. placed on trial of amitriptyline w ith f/uin 1 month. m2e12/24/2012: Open LTD QA Audit completed for M2E. bdm12/07/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 07/01/12 to present via FAX SWR.10/4/12 - Mail: recd med rec dated 6/13/12 from dr. scott macdonald (pendola), located in aw d 5pgs. Fu note show s clmt has chronic low back pain adn w as advised of conservative care. remains on hydrocodone/acetaminophen t.i.d. prn. decreased vibration in bilateral toes compared to ankles. normal pinprick in teh feet. normal motor strenght in low er extremities. gait is normal. return in 6 mos,. CMP show s high glucose at 113. plan: still w aiting on adidtional records. m2e9/28/12 - mail: recd check for $7775.72 for ovp. action: ovp paid in full. sent ackref ltr. m2e9/27/12 - mail: recd 2 pages from dr. turney w illiams stating no recs for dates requested. plan: w ait for other ordered recs. m2e09/21/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 06/01/12 to present via FAX J5W.09/21/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 06/01/12 to present via FAX J5W.9/17/12 - Email: recd an email, located in aw d, from clmt stating he understood ovp and w ill be sending in check for full amt today for ovp. action: w ill set 30 day f/u for this ovp to be made. if not recd, send bens2ovp m2e08/06/12 SSDI AWARD from EERemoved Y from claimSSDI aw ard letter dated 07/29/12SSDI NOA = 01/01/12 SSDI Aw ard Amount = $1658.00/monthly SS Dept Aw ard = $0.00Past due benefit = $9948.00Atty fees = $2487.00--Note to BS: --LTD BS w ill calculate OVP and address the change in LTD benefits w ith the claimant. LAJ8/9/12 - mail: recd med recs, 3 pages, from Dr. Dulebohn located in AWD. O/v note dated 4/13/11 show s new pt o/v note. cc is low er back w ith probs w ith left and rt legs. low er back has sharp, shooting, dull, aching pain. w orst rated at 10/10, avg 8/10, that is w orsening. Rt and lt leg pain is sharp, shooting, aching, burning, tingling, numbness. both are w orsening. pt states pain 100% of w aking hours, 90% relieved in his most comfortable position. Pt recently experienced the follow ing serious probs: Hard to fall asleep, pain w akens him from sleep, persistent sw eating at night, unbalanced w alking. Show s prior sx and injections provided no relief. Aggravating factors are sitting, standing, w alking, lying dow n, coughing or sneezing. can w alk for 5-10 minutes, can sit for 15-30 mins. action: outdated recs do not support tdoo. w aiting on addl recs for path determination. m2e8/6/12 - email: recd rehab survey, located in aw d. M2E8/2/12 - mail: recd med recs from dr. dulebohn, 4 pages located in aw d. recs recd are an o/v note dated 4/18/2011 regarding and mri and new patient visit. also, recd mail from dr. MacDonald, note dated 6/13/12 show s impression of peripheral neuropathy, stable. Lab notes are included. only abnormality is high glucose. action: w ill submit for med rev to determine if clmt remains tdoo from his ow n sed occ. m2e8/1/2012-- Entered mail in error, mail should of been in medical follow -up. Completed out and re-entered in med tab.- nzh07/31/12 - office/treatment notes,diagnostic test results requested from Dr. Robert MacDonald for 06/01/12 to present via FAX DSF.07/25/12 - office/treatment notes,diagnostic test results requested from SCOTT DULEBOHN MD for 04/01/12 to present via FAX DMB.7/16/12 - MAIL: OV note dated 6/13/12 show s pt is a 51 yo w ith hx of polyneuropathy, spinal djd, previous cervical disc sx in 2008. chronic low back pain. remains on pain med. has decreased vibration in bl toes compared to ankles. normal pinprick in low er feet. return in 6 months. lab note dated same show s high glucose, all other values normal. ACTION: Possible not TDOO. Will aw ait addl recs to determine. m2e6/12/12 - Rep Change Direction: Clmt is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy and degenerative disc disorder. Clmt underw ent neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. Action: Will submit for med rev to determine R&Ls from sed as soon as records recd from dr. Pendola m2e6/11/12 - MAIL: Recd med recs from Pain Med Assoc, 38 pages located in aw d. Records date back to 2003 regarding back pain. Most current note dated 2/22/11 only states Dr. introduced clmt to Tony Villanueva w ith PT. return appt in 3 w eeks ACTION: This mail

is dated previous to the 7/1/11 dod. waiting for dr,. pendola records. m2e5/10/12LM with Med Recs Dept for status of request with Dr. Williams. Asked for call back. L2K05/02/12 - office/treatment notes,diagnostic test results requested from DR CHRISTOPHER PENDOLA for 07/01/11 to present via FAX MAH.05/02/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 07/01/11 to present via FAX MAH.5/1/12Send MEDNOTC1 for recs. 30 day flup set. L2K5/1/12MAIL: Rec'd TMP, auth and ISS from clmt. ISS states clmt does not anticipate returning to work. Current symptoms are pain in hands and feet, numbness and burning in hands / feet. Peripheral neuropathy, at this point, no cure is known. R&Ls are standing, walking and sitting for long periods of time. When able, does some light housework and mowing when needed. Does not require hands-on help from another person. Will order updated recs from those listed on TMP. L2K4/30/12Rec'd email from clmt stating he has faxed over the requested forms. Also stated that his appt with his neuro for today was cancelled. Dr he had been seeing is no longer there and they didn¿t reschedule him w/someone else. Now scheduled for 6/13/12 but if cancellation, will fit him in sooner. Posted email in AWD. L2K4/24/12Clmt called back. Stated there have been no changes. Sees neuro on 4/30/12 for next steps, if anything. not sure what they can do. It's been rough, not doing any better. Stimulator did nothing. Injections did nothing. Can't do sx for neuropathy when it involves nerves. Advised sending out forms to be filled out so we can order updated recs. Clmt asked if I could email them over to him and stated I would. He would then be able to fax them back to me. Thanked clmt for calling me back. L2K4/24/12LM for clmt to call back for status update. L2K4/24/12Send clmt REQFORMS. 30 day flup set. L2K3/20/12MAIL: Rec'd letter from H. Lynn Shoemaker, clmt's attorney. Letter dated 3/19/12 stating his office has been retained by clmt regarding SSDI case. The attorney will be requesting clmt's hearing and will forward receipt of filing to our office. Placed flup in SSA initials for their review as well. L2K3/15/12 - We still need POF. SSLG has not had ctc w/clmt. Called clmt who states he filed for SSDI and has own attny and is currently pending for a HEARING.I gave him our fax nbr to have his attny forward SSDI POF including the date they filed for HEairng. Clmt understands offset/ovp and had no questions. Depts are in claim already. SEtting 30 day flup for POF from clmt's attny. Sending msg to SSLG to close file. SQL1/25/12Send Revised EE & ER Approval letters. Appears clmt was paid under wrong policy and this has been fixed in DOCS, which means benefit %, BSD, AO date and amount paid to him was incorrect. Have adjusted this in DOCS and clmt is now paid correctly and will be paid current on 2/2/12 via DD. Had DJD help with FICA adjustment as clmt was taxed and it should not have been. L2K1/18/11-Claim appeared on LTD WOP error report because policy did not match Ardis member record. Tx claim from True LTD policy (DOCS pol #1363016/1162944) to VLTD policy (1267764/162944). DDR1/13/12Send EE & ER Approval Letters. L2K1/12/12INITIAL CALL w/ER: Whitney Strange, 423-282-4220. LDW 7/8/11. $1,951.92 bi-weekly. Clmt did not make commissions. 100% EE, post-tax. DOH 5/7/04. 401(k) plan. L2K1/12/12LM for Whitney (ER) for initial call. L2KInitial Claim TemplateDATE: 1/10/12RATIONALE/DIRECTION: Approval REASON: Clmt is a 51 yom Services Coordinator (sedentary) with a DOD of 7/9/11. Dx w/peripheral neuropathy and degenerative disc disorder. PATH: Will approve LTD benefit. Flup w/clmt in 3 months, order updated recs and send for med review. L2KEXPECTED RETURN TO WORK DATE: undeterminedCOMMENTS: DIAGNOSIS: peripheral neuropathy and degenerative disc disorderSUBJECTIVE FINDING: low back / leg painOBJECTIVE FINDING: EMG - peripheral neuropathy; MRI - degenerative disc disorder, multi-levelMEDICAL HISTORY: TX: Neurology pending, medication trial pendingDOCTOR: Dr. William T. Williams (pain med) signed APS on 6/29/11MEMBER IS ELIGIBLE: YesCOMMENTS: EE DOH is 5/7/04. EE and ER eff date 4/1/11. Clmt worked minimum hours per week. EOI INVESTIGATION: E of I not requiredCOMMENTS: Group is non-contributoryPOLICY INFORMATION: VerifiedCOMMENTS: 60% benefit, $6,000 maximum, $100 or 15% minimum, 180 day elimination period, list-billed.PRE-X INVESTIGATION: Pre-ex does not apply - state reason in commentsCOMMENTS: Completed Pre-Ex investigation as pre-ex is 12/12/24, EE eff date is 4/1/11. DOD is 7/9/11 and clmt did go out within 24 months of effective date. Located prior plan in AWD. Found differences in elim period, benefit %, minimum benefit, AO period and M&N. Completed Pre-Ex Calculator and appears LFG plan is lesser plan so pre-ex considered satisfied. Will pay under LFG plan. All Pre-Ex investigation paperwork copied into AWD. PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provisionCOMMENTS: CLAIM INFORMATION: VerifiedCOMMENTS: FINANCIAL OFFSETS: Further Verification NeededCOMMENTS: INITIALS: L2K*****************************************1/10/12INITIAL CALL w/EE: Verified DOB, address, SSN and phone. Cell - Email - Started off with back problem, DDD. Had neck sx in 2008 to have disc removed. Has been told sx isn't an option with back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing works. Then starting in January 2011, feet would go numb / burning sensation. Dx with peripheral neuropathy. Couldn't feel feet after sitting at desk for 8 - 10 hours and would have hard time driving home, dangerous. Was told feet problem has nothing to do with back, not diabetic. Was seeing dr 2 x per month but has thinned out because neuro told him there is nothing really more they can do. One more thing to try, stimulator, and was told they would contact him after 1st of the year to get it scheduled. Not receiving any other income, just STD. Spouse - Cathy - 6/3/61; Lee, 9/19/87. Explained when STD ends and LTD begins. Stated would email approval letter out this week. Final STD deposit would be released this week and 1st LTD deposit would be paid out about 3 weeks into benefit period. Stated I would transfer over DD info from STD claim to LTD claim. Gave clmt contact information. Had no further questions. L2K1/10/12LM for Whitney (ER) for initial call. L2K1/3/2012 Clmnt is a 51 year old male, Service manager (Sedentary occ), dx with neuropathy. 12/28/11 Med review supports R&L's to the STD max. LTD BCD is 1/5/2012. Pre-x/PIC investigation would need to be completed as clmt's LTD eff is 4/1/2011. Will assign claim to L2K for

further handling. J2D/CSL 12/29/11 per the MED review , supported. Will get ready to Roll to LTD** sending out STD EXT LTR to undetermined, STD MAX is 1/14/12. ** email to DDJ to release the payment. AWE12/21/11 MAIL** recvd the clarify letter answ er back from Dr. Williams, WIll send back for a Med review . AWE12/7/11 Sending the clarifying letter to Dr Williams. ** emailed to the EE also. AWE12/6/11 MAIL11/25/11 sending out CLARIFY LTR to the DR per the med review . AWE11/14/11 PER MME, Supervisor TRiage, this needs to go for a med review . AWE11/3/11 MAIL** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts** WIll triage to MME10/24/11 setting final payment to release to 10/27/11 and closing claim. AWE9/28/11 MAIL** recvd OV notes from 9/15/11 stating his primary complaint is bilateral low back pain and bilateral foot pain w ith mild shoulder discomfort. he underw ent lumbar facet radiofrequency denervation on 8/18/11 w ith not dramatic improvement. He has burning dysesthesia in both feet, Assessed w ith DDD, lumbar spine, mulitlevel, lumbar facet arthropathy, idiopathis peripheral neuropathy and chronc pain. He w ould not be a surgical candidate. he has an appt pending iw th Dr Christopher Pendola 10/26/11 and w ill consider a percutaneous stimuator trial. ** sending out STD EXT LTR to 10/27/11, day after the appt. AWE9/22/11 MAIL** recvd an unsupported note on a script pad dated 9/15/11. Unable to read most of the note. ** Left a vm for the EE, this note on a script pad is not enough to support an extension of benefits beyond 9/16/11. Left the fax and call back#. AWE9/16/11 per the MED REVIEW, benefits supported to today 9/16/11. ** Placed a call to the EE, he stated he seen the Dr yesterday so w ill be faxing in addl records. Advised that the Med review support to today 9/16/11 so w ill get a check released to him. No other questions. AWE9/14 DIRETION: Took over claim for AWE. Sent file for w alk in j2a9/14 Claim previous apprvd to 8/8. Clmnt has sedentary occ. Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included. Exam is normal. Neuropathic pain is secondary to mild peripheral neuropathy according to his electrodiagnostic study. He has elevated B6 level.... Med recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but the benefits w ore off. Clmnt to proceed w ith RFL. j2a9/8/11 Placed a call to the EE, advised that the medical records request has been paid. Advised that as soon as the records are recevied and review ed w e w ill be in touch w ith him. AWE9/6/11 MAIL ** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters. The right supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy involving the R LE, clinical correlation advised. ** sendng for a Med Walk In. 09/01/11 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA MD for 08/01/11 to present via FAX J2B.09/01/11 - office/treatment notes,diagnostic test results requested from PAIN MEDICINE ASSOCIATES for 08/01/11 to present via FAX J2B.8/31/2011 CALL TO EE/direction WE WILL NEED MEDS From PAIN MANGAEMNT and NEURO: ee stated that he did not have the PCE- Physical capacity eval. HE w as going to get one but did not. Advised him that w e w ere holding on for that piece of information. Spoke at length w ith ee on his condition, he stated that since 2008 he has gotten progressively w orse, he is not able to feel the gas petals in his car or break. He felt it w as a danger. He had a back surgery in 08 and that's w hen this all began, he w as told that he is not a surgical candidate. That he can not have sx again, he had a radiofrequency. Advised him that I w ill order meds from Pain management as he w as seen 2x in the last month and from Neurologist as he has been seen on 8/24 w ith a med change. eE stated that the meds he is on for the neuropathy he can not function, hard to stay aw ake, the back is getting w orse. Upset about how claim handled. Advised him of my apologies going forw ard how things w ill be handled. Email to MME asking if w e could as a courtesy release a 2 w k benefit. DDJ for AWE. 8/26/11 Placed a call to Donna at the Dr's office, 423-247-5553, in the OV notes under recommendations, it refers to Dr Gupta's physical capacity evaluation. We need a copy of it and need to know if they have a copy of it or contact info to get it. Donna states , i need to talk to Vicki Spino and she w as not in the office and to call back on Monday . AWE8/24/11 per the med review :Need the Report that w as done by Dr Gupta. ** Placed a call to the EE, Dr Gupta did the test but he only sees Dr Williams. He stated he does not have the test resutls. Advised that I w ould call D Willaims office and see if they have the test results or if i should send a request to Dr Gupta as they are in the same office. AWE08/18/11. File response routed to AWE. TWHAUG 11 C/O's AWe8/16/2011 MEDICAL ISSUE: (brief summary of condition, treatment, outcome)Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP. Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE 8/16/2011 in error the claim w as not sent for med w alkin consultation, It is being sent over today. DDJ for AWE8/10/2011 mail: mail rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport dated 7/28/2011. Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical

capacity eval. MD advised that he does not do them. Added to claim file. Sending claim for MED w alkin 8/11 DDJ for AWE. 8/1/11 releasing final payment to 8/8/11 and closing claim. AWE**Sending out STD APPROV LTR, approving to 8/8/11. 7/6/11 OA-- Sed 7/5/11 recvd the prior plan via email. PIC w ith Principal, 1/8/26, 60% $1000 max,Pre Ex 12/12, mirrors LFG coverage. 6/30/11 ACTION** email send to Edw in Dupree/IT team, need a copy of the Prior Plan, not finding in AWD. AWE** sending for an OA. AWEInitial Claim TemplateDATE: 6/30/11RATIONALE/DIRECTION: Pending REASON: Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. APS states he w ill be off from 7/8 to 8/8/11, EXPECTED RETURN TO WORK DATE:8/8/11 COMMENTS: DIAGNOSIS: peripheral neuropathySUBJECTIVE FINDING: low back and leg painOBJECTIVE FINDING:EMG-peripheral neuropathy, MRI, deg disc disease lumbar multi level MEDICAL HISTORY: April 2011TX: Neurology pending , medication trial pendingDOCTOR: William Williams Pain, Med, signed the APS on 6/29/11 MEMBER IS ELIGIBLE: YesCOMMENTS: Clmnt is a List Billed Member in ARDIS POLICY INFORMATION: VerifiedCOMMENTS: 60%, $1000 max ben, 1/8/26, Has LTDPRE-X INVESTIGATION: Plan has pre-ex & invest is neededCOMMENTS:group effective 4/1/11 w ith PIC, unable to find the Prior Plan w ill need to email ITeam. PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provisionCOMMENTS: N/ACLAIM INFORMATION: VerifiedCOMMENTS: Recvd complete ER, EE, auth and APSFINANCIAL OFFSETS: VerifiedCOMMENTS: no, just hours w orked. INITIALS: AWE ****************************************

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 | Telephone (OUT) | 1 | WHITNEY | Completed | L2K |

1/12/12LM for Whitney (ER) for initial call. L2K

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 | Telephone (IN) | 2 | WHITNEY | Completed | L2K |

1/12/12INITIAL CALL w /ER: Whitney Strange, 423-282-4220. LDW 7/8/11. $1,951.92 bi-w eekly. Clmt did not make commissions. 100% EE, post-tax. DOH 5/7/04. 401(k) plan. L2K

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 | Claim Tasks | 23 | Call Employer | Completed | L2K |

DOCSQL Investigation Type: Employer Contact
Source: ER Flup
Flup w /Whitney (ER) for initial call

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 | Claim Tasks | 26 | Call Employer | Completed | L2K |

DOCSQL Investigation Type: Employer Contact
Flup w /Whitney (ER) for initial call

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 | Documents/Mail | 1 | STD VOC | Completed | L2K |

Voc REFERRAL Entered by DZF 7/5/2011 at 10:37 am7/5/5011 VOCATIONAL RESPONSE TO OWN OCCUPATION DETERMINATION: I have review ed claim documents including JD to determine this is 2 DOT occupations: #221.367-010 Service Clerk and #032.262-010 User Support Analyst. These are sedentary physical requirement by Dept of Labor standards. Summary reports prepared in for claimant file. D FRAZEE, MS ED CRC Voc REFERRAL Entered by AWE 6/30/2011 at 8:54 amClmnt is a service manager. Job description is in the file. Need an OA Thanks AWE

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 9:17:51 AM | Dependents | 1 | Cathy | Spouse | L2K |
| 1/12/2012 9:18:03 AM | Dependents | 2 | Lee | Child | L2K |
| 1/12/2012 9:21:04 AM | Claim Tasks | 24 | Update Claim Information | Requested | L2K |

DOCSQL Investigation Type: Claim Update
Source: FICA ends 2/1/12

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 9:21:22 AM | Claim Tasks | 25 | Ow n Occ - See Contract Language | Requested | L2K |

DOCSQL Investigation Type: Any Occ Investigation
Source: BEGIN AO

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 9:21:59 AM | Claim Tasks | 30 | Update Claim Information | Requested | AXNUTTE |

DOCSQL Investigation Type: Claim Update
Source: 6 months prior to MBD

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2012 3:27:30 PM | Other Income | 1 | Retirement | UNKNOWN | L2K |

401(k) - not an offset

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2012 | Claim Tasks | 25 | Ow n Occ - See Contract Language | Completed | L2K |

DOCSQL Investigation Type: Any Occ Investigation
Source: BEGIN AO

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/13/2012 | Documents/Mail | 2 | Acknow ledgement letter | Completed | AUT |
| 1/13/2012 | Documents/Mail | 3 | EE APPROVAL LETTER | Completed | L2K |

January 13, 2012ARNOLD DIXON Re: Policy Number: 00001014686700000 Claim Number: 1120006734Dear Mr. Dixon:This letter is to advise your claim for Long-Term Disability benefits has been approved. This policy has a 90 day elimination period during w hich no benefits are payable. After satisfaction of this elimination period, benefits for your claim w ould begin on 10/7/11. Your first benefit payment w ill cover the period of disability from 10/7/11 to 1/7/11. Your payment w ill be issued as a direct deposit on 1/12/12. It may take 2-3 days for the payment to be deposited into your account.YOUR BENEFIT AMOUNTThe information provided to our office reports your basic monthly earnings as $4,229.16. Your benefit w ill equal 66.67% of your basic monthly earnings, subject to a maximum benefit of $6,000.00 per month, minus other sources of income. Please see the "Other Sources of Income" portion of this letter for further explanation. Based on your reported basic monthly earnings, your benefit w ill equal $2,819.58. How ever, the initial benefit payment has been coordinated w ith your STD benefits w hich terminate on 1/14/12.Long Term Disability benefits are usually paid once per month, so you can expect to receive your disability benefits by the 7th of each month. A disability benefit w ill be released each month as long as you remain eligible by the terms of this policy.In addition to your base monthly benefit, your policy contains a "Family Care Expense Benefit." This benefit provides an additional monthly benefit as a reimbursement for any family care costs you may have incurred w hile you are out on disability. To be eligible for this additional benefit you must satisfy the guidelines as defined by the contract language and have incurred family care expenses. The information provided to our office indicates that you are not eligible and/or have not incurred family care expenses. Therefore you are not eligible for the "Family Care Expense Benefit."If you disagree w ith the information provided to our office, please submit proof of eligibility and/or incurred expenses w ithin 30 days. OTHER SOURCES OF INCOMEOther Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:"Social Security"Worker's Compensation"Short-Term Disability and/or State Disability Income"Pension or Retirement Income"Part-time earningsIf you receive other sources of income, you are required to notify our office immediately and send us copies of your aw ard letters.HOW LONG YOUR CLAIM MAY BE PAIDYour policy provides 60 months of benefits as long as you are unable to perform the main duties of your Ow n Occupation, as defined by your policy. How ever, after this period your claim w ill be re-evaluated. Benefits w ill continue if you are disabled from performing any type of w ork. Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician w ho can verify your continuing disability. Occasionally, w e w ill send you supplementary claim forms to provide us w ith continuing proof of disability, w hich w ill include requesting current medical records.PARTIAL DISABILITY and VOCATIONAL REHABILITATIONYour policy contains a partial disability monthly benefit provision. If you become capable of w orking on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and w e w ill determine your eligibility for partial disability benefits. This policy contains a vocational rehabilitation benefit for w hich you may be eligible. Vocational Rehabilitation consists of services, w hich may include:"vocational evaluation, counseling, training or job placement"job modification or special equipment"other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to w ork Either you, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. To aid in this endeavor, w e are asking that you complete the enclosed Rehabilitation Survey and return it to our office w ithin the next 30 days.FIT, FICA AND DIRECT DEPOSITAll or part of your benefits are taxable and could be subject to Federal Income Tax (FIT). You can have FIT deducted from your monthly benefits if you w ish to do so. Please complete the enclosed W-4S form to show the exact dollar amount you w ould like w ithheld each month and return it to our office. Current Internal Revenue Service regulations have established a minimum w ithholding amount of $88.00 per month. You may have more w ithheld if you w ish. Even if you indicated this election on your claim form, w e w ill not be able to begin w ithholding FIT until w e receive the completed W-4S form.Your Long Term Disability benefit is 100% taxable; therefore, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes w ill be automatically calculated and deducted from your monthly benefit payments issued during that time period.The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This w ill eliminate mail delays and ensure your benefit is deposited directly into your bank account on the date it is due each month. You w ill need to complete the enclosed form and return it to our office to initiate the direct deposit. Please make sure the account and routing numbers provided on the form are legible. If you w ish, you may also provide our office w ith a voided check to ensure the correct information is used to establish the electronic funds transfer. Alternatively, you may also sign up for direct deposit on our w ebsite, w w w .jpfic.com. If you choose to register for direct deposit via the w ebsite, please note benefits must be payable to you.PROGRESSIVE INCOME BENEFITDuring our review , w e have determined that you are not eligible for the Progressive Income Benefit. The Progressive Income Benefit is offered as an additional benefit on your LTD policy. The decision to deny the Progressive Income Benefit does not affect our decision to approve your LTD claim.To be eligible for the Progressive Income Benefit under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the follow ing:"Loss of Activities of Daily Living" means

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | that, due to an Injury or Sickness, \the Insured Employee has lost the ability to safely and completely perform two or more of the following six Activities of Daily Living without another person's active, hands-on help with all or most of the activity.The six Activities of Daily Living are:1. Bathing - washing self in a tub, in a shower or by sponge bath; with or without equipment.2. Dressing - putting on, taking off, fastening or unfastening garments, any medically necessary braces, or any artificial limbs normally worn.3. Toileting - getting to, from, on and off toilet; and performing related personal hygiene.4. Transferring - moving in and out of bed, chair or any wheelchair; with or without equipment such as canes, walkers, crutches, grab bars, other support devices, or mechanical or motorized devices.5. Continence - voluntarily maintaining control of bladder and bowel function; or performing related personal hygiene, including care of any catheter or colostomy bag, if not continent.6. Eating - once food is prepared and made available, getting nourishment into one's body by any means. This includes eating from a table, tray or container (such as a bowl or cup); or using special equipment (such as a feeding tube or intravenous tube)."Cognitive Impairment" means that due to an Injury or Sickness, the Insured Employee:1. has suffered a permanent deterioration or loss of cognitive or intellectual capacity; and2. requires another person's active, hands-on help or verbal cues to prevent harm to self or others, due to that impairment.Information reviewed and action takenAfter a thorough review of the information currently contained in your claim file, we have determined that you do not meet the requirements as defined above. Outlined below is the information reviewed which led to our determination.In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes the following:"Attending Physician Statement completed by Dr. William Williams on 6/29/11According to the information contained in your claim file, you stopped working on 7/9/11 due to a diagnosis of peripheral neuropathy.Dr. Williams completed the Attending Physician Statement on 6/29/11, on which he stated your current restrictions and limitations at that time were unable to stand or ambulate.SummaryIn summary, the medical documentation contained in your claim file does not support a loss of 2 or more Activities of Daily living as defined by this policy. The current medical documentation we have on file does not state you have lost the ability to safely and completely perform two or more of the above six Activities of Daily Living without another person's active, hands-on help with all or most of the activity.If you disagree with our decision, you may appeal this determination by following the steps outlined below.Appeal RightsIf you wish, you may request copies of the pertinent documents upon which our decision was based, prior to submitting a formal appeal.You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 180 days after you receive this denial notice. We will then provide you with a full written explanation of the decision within 45 days of receipt of your appeal. Risk Services - The Lincoln National Life Insurance CompanyPO Box 2337Omaha, NE 68103Fax: 402-361-1460Your request for an appeal needs to include the following:"A letter of appeal outlining the reason(s) for your appeal. "Please include your policy number and claim number."Medical records to support your appeal such as office and treatment notes, laboratory results, x-rays and testing results."If you have no medical records to submit, but would like for us to review your claim again with the information currently in file, please state this in your letter of appeal.You and your plan may have other voluntary alternative dispute resolution options, such as mediation, if your plan is subject to ERISA. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Lindsey KassAssociate LTD Benefit SpecialistThe Lincoln National Life Insurance Company | | | | |
| 1/13/2012 | Documents/Mail | 4 | ER APPROVAL LETTER | Completed | L2K |
| | January 13, 2012SARATOGA TECHNOLOGIES INCATTN WHITNEY STRANGE101 MED TECH PARKWAY, SUITE 307JOHNSON CITY TN 37604Re:Policy Number: 00001014686700000Claim Number: 1120006734Claimant: Arnold DixonDear Ms. Strange:This letter is to inform you of the Long Term Disability claim filed by Mr. Dixon has been approved beginning on 10/7/11.A detailed letter has been sent to Mr. Dixon explaining how the benefits are administered. Due to the confidential nature of the approval documentation, we are unable to provide you with a copy of the actual letter sent. The LTD waiver of premium is effective on 11/1/11.Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Lindsey KassAssociate LTD Benefit SpecialistThe Lincoln National Life Insurance Company | | | | |
| 1/13/2012 11:07:02 AM | Claim Tasks | 31 | Own Occ - See Contract Language | Requested | AXNUTTE |
| | DOCSQL Investigation Type: Any Occ Investigation<br>Source: CALL CLMNT<br>cALL CLAIMANT IF NO ABILITIES FORM STILL OR HASN'T RETURNED CALL. also see if CT Should be done A5N9/3/13 ordered med recs from Associates Neuro from 8/1/13 to present and sent.8/22/13 Clmt has appt with Associates Neuro on 8/29/13. Request med records. Once rec'd continue with AO investigaiton. t1h for | | | | |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

jcn7/22/13 - Recd auth, ISS, TMP. Ordering recs from TMPs to update for AO. ISS states clmt has no expectation of RTW. Has pain in hands, feet, and back, numbness and burning in hands nd feet w ith peripheral neuropathy.
ACTION: Ordered recs from treating providers and mednotc1 sent. m2e

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2012 11:18:34 AM | Claim Tasks | 27 | Update Claim Information | Requested | L2K |

DOCSQL Investigation Type: Claim Update

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2012 11:18:55 AM | Claim Tasks | 32 | Call Claimant | Requested | AXNUTTE |

DOCSQL Investigation Type: Claimant Contact
Source: CALL CLAIMANT
CALL CLAIMANT IF NO ABILITIES FORM A5N3 MONTH F/U CALL TO CLMTORDER UPDATED RECORDS********************************3/4/13 - mednotc2 sent for abilities form. m2e1/11/13 - med review submitted. m2eMED RECS?OVP RECD9/11/12 - rerun complete and emailed clmt re ovp. m2e9/6/12 - Rerun ovp numbers. m2e8/1/12 - emailed rehab survey. Recd? send for med review and set f/u out to 10/30/12 w hen recd. m2e7/30/12- called clmt for f/u call. he stated he is about the same and at this point they can't do any sx. he has the peripheral neuropathy for unknow n reasons. stated he saw the neurologist in June and gave me Dr. Robert MacDonald at Kingsport Neurology for a f/u. i advised i w ould order records. he stated he is still on pain meds, but nothing has changed healthw ise. advised he w as aw arded ssdi but doesnt know date or amt yet. said he w ould contact us asap and understood the ovp. stated he w ould pay atty and us and understood how that all w orks. i advised i w ould update records from dr. macdonald and f/u w ith him accordingly. he also advised w e could use email to communicate and gave me cell # of m2e7/25/12- submitted for med recs from new dr to get recs for med rev. w hen recd, submit for review . m2e7/24/12 - l/m for clmt. m2e

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2012 11:44:21 AM | Referrals | 12788 | UNKNOWN | Initial | L2K |
| 1/13/2012 11:44:21 AM | Referrals | 20176 | Voc Rehab | Initial | RHB |

[2256526: Entered By JLM on 11/14/2013 12:40:57 PM]
11/14/2013 VOCATIONAL RESPONSE
The file review , TSA and vocational research have demonstrated the presence of physical and mental capacity, w hich
w ould allow Arnold Dixon to perform his ow n occupation as w ell as other occupations. He is not TD for Any Occ.
JLM

[2255697: Entered By A5N on 11/13/2013 03:58:30 PM]
Need TSA done to determine if gainful occupation can be found. Thanks A5N

[2245687: Entered By DZF on 11/05/2013 11:31:06 AM]
11/5/2013 Addendum: For clarity, please unlock the DOT box and change to Service Clerk or User SUpport Analyst, either is correct.
Thanks! DZF

[2245679: Entered By DZF on 11/05/2013 11:29:54 AM]
11/5/2013 A5N - I have researched the STD claim and have verified that the ow n occupation w as a combination of 2 - Service Clerk and User
Support Analyst - both are sedentary. The discussion for the CT today w ould then be if the claim has capacity for sedentary in the any
occupation period, it w ould be OO and AO denial. D FRAZEE, MS ED CRC

[2245513: Entered By A5N on 11/05/2013 10:22:07 AM]
Did see Voc Walk-In w as done for Occupation on the STD claim 7/5/11. 110329464. Was found the occ w as sedentary.
thanks

[2245363: Entered By A5N on 11/05/2013 09:44:38 AM]
Need OA done. Job Description saved in most recent AWD File. Labled Arnold Dixon JD.
Thanks A5N

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2012 11:44:21 AM | Referrals | 20176 | Voc Rehab | Initial | RHB |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/13/2012 8:33:50 PM | Payments | | DEPOSIT 10/7/2011 - 1/7/2012 | INITIAL | L2K |
| 1/17/2012 | Referrals | 12788( | UNKNOWN | Completed | L2K |
| 1/17/2012 1:04:48 PM | Referrals | 20176: | UNKNOWN | Initial | SSA |

8/6/S12 - SS NOA letter recd and located in AWD w ith email regarding atty fees. m2e SS auth 3/6/12Dpo 2Est $1778.00Vendor ATTYLevel*******************************************H. LYNN SHOEMAKER223 BROAD STKINGSPORT TN 37660PHONE: 423 247 7171FAX 4232476294*****************************************08/06/12 SSDI AWARD from EERemoved Y from claimSSDI aw ard letter dated 07/29/12SSDI NOA = 01/01/12 SSDI Aw ard Amount = $1658.00/monthly SS Dept Aw ard = $0.00Past due benefit = $9948.00Atty fees = $2487.00--Note to BS: --LTD BS w ill calculate OVP and address the change in LTD benefits w ith the claimant. LAJ4/9/12- recvdfrom Atty Shoemaker - SS POF for request fro HEARING from on line app dated 4/5/2012 re-entry # 27238955. f/u in 12 months. bxm03/20/12 Rec'd ltr from clmt atty H. Lynn Shoemaker adv clmt has retained atty for Hearing and w ill forw w ard POF to our office. Leaving f/u as for POF for Hearing. LAJ.3/15/12 - We still need POF. SSLG has not had ctc w /clmt. Called clmt w ho states he filed for SSDI and has ow n attny and is currently pending for a HEARING.I gave him our fax nbr to have his attny forw ard SSDI POF including the date they filed for HEairng. Clmt understands offset/ovp and had no questions. Depts are in claim already. SEtting 30 day flup for POF from clmt's attny. Sending msg to SSLG to close file. SQL3/9/12 rec ss auth datd 3/6/12 and dpo 2. I called and left message for clmnt checking on POF, I also checked sslg and they have not gotten a response. SCH2/15/12 No response from clmnt checked sslg they have not gotten a response. I w ill send ss intro 2 letter. reset fu for 30 days. SCH01/17/12 SS VENDOR REFERRAL T-2 Social Security Law Group has review ed this claim review ed and indicated that the claimant should be aw arded at the appeal level. SSS w ill f/u on this claim and w ith the vendor in 30 days. If LFG forms are rec'd prior to 30 days, SSS f/u w the claimant. SQL
18-JUL-14 - converted from DOCSQL -Begin_Date: 01-JAN-12

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/25/2012 | Claim Tasks | 24 | Update Claim Information | Completed | L2K |

DOCSQL Investigation Type: Claim Update
Source: FICA ends 2/1/12

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/25/2012 | Documents/Mail | 5 | REVISED ER APPROVAL LTR | Completed | L2K |

January 25, 2012SARATOGA TECHNOLOGIES INCREVISEDATTN WHITNEY STRANGE101 MED TECH PARKWAY, SUITE 307JOHNSON CITY TN 37604Re:Policy Number: 00040000300202706Claim Number: 1120006734Claimant: Arnold DixonDear Ms. Strange:This letter is to inform you of the Long Term Disability claim filed by Mr. Dixon has been approved beginning on 1/5/12.A detailed letter has been sent to Mr. Dixon explaining how the benefits are administered. Due to the confidential nature of the approval documentation, w e are unable to provide you w ith a copy of the actual letter sent. Please notify us immediately should the employee return to w ork. The LTD w aiver of premium is effective on 2/1/12.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Lindsey KassAssociate LTD Benefit SpecialistThe Lincoln National Life Insurance Company

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/25/2012 | Documents/Mail | 6 | REVISED EE Approval letter | Completed | L2K |

January 25, 2012ARNOLD DIXONREVISED 7Re: Policy Number: 00040000300202706 Claim Number: 1120006734Dear Mr. Dixon:This letter is to advise your claim for Long-Term Disability benefits has been approved. This policy has a 180 day elimination period during w hich no benefits are payable. After satisfaction of this elimination period, benefits for your claim w ould begin on 1/5/12. Your first benefit payment w ill cover the period of disability from 1/5/12 to 2/5/12. Your payment w ill be issued as a direct deposit on 2/2/12. It may take 2-3 days for the payment to be deposited into your account.YOUR BENEFIT AMOUNTThe information provided to our office reports your basic monthly earnings as $4,229.16. Your benefit w ill equal 60% of your basic monthly earnings, subject to a maximum benefit of $6,000.00 per month, minus other sources of income. Please see the "Other Sources of Income" portion of this letter for further explanation. Based on your reported basic monthly earnings, your benefit w ill equal $2,537.50. How ever, the initial benefit payment has been coordinated w ith your STD benefits w hich terminated on 1/14/12.Long Term Disability benefits are usually paid once per month, so you can expect to receive your disability benefits by the 5th of each month. A disability benefit w ill be released each month as long as you remain eligible by the terms of this policy.OTHER SOURCES OF INCOMEOther Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:"Social Security"Worker's Compensation"Short-Term Disability and/or State Disability Income"Pension or Retirement Income"Part-time earningsIf you receive other sources of income, you are required to notify our office immediately and send us copies of your aw ard letters. HOW LONG YOUR CLAIM MAY BE PAIDYour policy provides 24 months of benefits as long as you are unable to perform the main duties of your Ow n Occupation, as defined by your policy. How ever, after this period your claim w ill be re-

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | evaluated. Benefits w ill continue if you are disabled from performing any type of w ork. Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician w ho can verify your continuing disability. Occasionally, w e w ill send you supplementary claim forms to provide us w ith continuing proof of disability, w hich w ill include requesting current medical records.PARTIAL DISABILITY and VOCATIONAL REHABILITATIONYour policy contains a partial disability monthly benefit provision. If you become capable of w orking on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and w e w ill determine your eligibility for partial disability benefits. This policy contains a vocational rehabilitation benefit for w hich you may be eligible. Vocational Rehabilitation consists of services, w hich may include:"vocational evaluation, counseling, training or job placement"job modification or special equipment"other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to w ork Either you, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals. To aid in this endeavor, w e are asking that you complete the enclosed Rehabilitation Survey and return it to our office w ithin the next 30 days.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Lindsey KassAssociate LTD Benefit SpecialistThe Lincoln National Life Insurance Company | | | | |
| 2/27/2012 | Claim Tasks | 27 | Update Claim Information | Completed | L2K |
| | DOCSQL Investigation Type: Claim Update | | | | |
| 3/8/2012 1:40:15 PM | Documents/Mail | 7 | SS AUTH,DPO | Received | SSA |
| | 3/8/12 p1w recvd 3 pgs | | | | |
| 3/9/2012 | Telephone (OUT) | 30 | ARNOLD DIXON | Completed | JESCHIE |
| | 3/9/12 rec ss auth datd 3/6/12 and dpo 2. I called and left message for clmnt checking on POF, I also checked sslg and they have not gotten a response. SCH | | | | |
| 3/9/2012 | Documents/Mail | 7 | SS AUTH,DPO | Completed | SSA |
| | 3/8/12 p1w recvd 3 pgs | | | | |
| 3/15/2012 | Telephone (OUT) | 31 | ARNOLD DIXON | Completed | SXLIMPA |
| | 3/15/12 - We still need POF. SSLG has not had ctc w /clmt. Called clmt w ho states he filed for SSDI and has ow n attny and is currently pending for a HEARING.I gave him our fax nbr to have his attny forw ard SSDI POF including the date they filed for HEairng. Clmt understands offset/ovp and had no questions. Depts are in claim already. SEtting 30 day flup for POF from clmt's attny. Sending msg to SSLG to close file. SQL | | | | |
| 3/15/2012 | Claim Tasks | 22 | Audit | Completed | L2K |
| | DOCSQL Investigation Type: Audit<br>Source: CSL AUDIT<br>3/15/12 CSL AUDIT: Claim w as recently approved in 1/2012. Per direction/path, w e are f/u in 3 mo to call clmnt and get updated meds. At this time, I agree w / direction/path. CSL/TPI | | | | |
| 3/19/2012 4:03:39 PM | Documents/Mail | 8 | LETTER FROM ATTORNEY | Received | SSA |
| | 3/19/2012 M9S RECVD 1 PGS. | | | | |
| 3/20/2012 | Documents/Mail | 8 | LETTER FROM ATTORNEY | Completed | SSA |
| | 3/19/2012 M9S RECVD 1 PGS. | | | | |
| 3/27/2012 | Referrals | 20176 | Voc Rehab | Completed | RHB |
| | [2256526: Entered By JLM on 11/14/2013 12:40:57 PM]<br>11/14/2013 VOCATIONAL RESPONSE<br>The file review , TSA and vocational research have demonstrated the presence of physical and mental capacity, w hich<br>w ould allow Arnold Dixon to perform his ow n occupation as w ell as other occupations. He is not TD for Any Occ.<br>JLM<br><br>[2255697: Entered By A5N on 11/13/2013 03:58:30 PM]<br>Need TSA done to determine if gainful occupation can be found. Thanks A5N | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | [2245687: Entered By DZF on 11/05/2013 11:31:06 AM]<br>11/5/2013 Addendum: For clarity, please unlock the DOT box and change to Service Clerk or User SUpport Analyst, either is correct.<br>Thanks! DZF<br><br>[2245679: Entered By DZF on 11/05/2013 11:29:54 AM]<br>11/5/2013 A5N - I have researched the STD claim and have verified that the ow n occupation w as a combination of 2 - Service Clerk and User<br>Support Analyst - both are sedentary. The discussion for the CT today w ould then be if the claim has capacity for sedentary in the any<br>occupation period, it w ould be OO and AO denial. D FRAZEE, MS ED CRC<br><br>[2245513: Entered By A5N on 11/05/2013 10:22:07 AM]<br>Did see Voc Walk-In w as done for Occupation on the STD claim 7/5/11. 110329464. Was found the occ w as sedentary.<br>thanks<br><br>[2245363: Entered By A5N on 11/05/2013 09:44:38 AM]<br>Need OA done. Job Description saved in most recent AWD File. Labled Arnold Dixon JD.<br>Thanks A5N | | | | |
| 3/27/2012 | Referrals | 20176: | Voc Rehab | Completed | RHB |
| 4/9/2012 | Documents/Mail<br>4/5/12 VIA AWD VXW | 9 | RECEIPT REQ FOR HEARING FILED | Completed | SSA |
| 4/24/2012 | Telephone (OUT)<br><br>4/24/12LM for clmt to call back for status update. L2K | 32 | ARNOLD DIXON | Completed | L2K |
| 4/24/2012 | Telephone (IN)<br><br>4/24/12Clmt called back. Stated there have been no changes. Sees neuro on 4/30/12 for next steps, if anything. not sure w hat they can do. It's been rough, not doing any better. Stimulator did nothing. Injections did nothing. Can't do sx for neuropathy w hen it involves nerves. Advised sending out forms to be filled out so w e can order updated recs. Clmt asked if I could email them over to him and stated I w ould. He w ould then be able to fax them back to me. Thanked clmt for calling me back. L2K | 33 | ARNOLD DIXON | Completed | L2K |
| 4/24/2012 | Documents/Mail<br>April 24, 2012ARNOLD DIXON Re:Policy Number: 00040000300202706Claim Number: 1120006734Dear Mr. Dixon:We are w riting regarding your claim for Long Term Disability benefits.As part of our ongoing review , w e need to request additional information to determine your eligibility for continued benefits. Please complete and return the follow ing form(s):"Insured Supplementary Statement "Authorization "Treating Medical Professional FormThis information must be returned to our office no later than 5/24/12 to avoid interruption of your Long Term Disability benefits.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Lindsey KassAssociate LTD Benefit Specialist The Lincoln National Life Insurance Company | 10 | REQUEST FORMS | Completed | L2K |
| 4/24/2012 11:09:33 AM | Claim Tasks<br>DOCSQL Investigation Type: Claim Update<br>4/24/12Send clmt REQFORMS. If not rec'd, send FLUP. L2K | 28 | Update Claim Information | Requested | L2K |
| 4/30/2012 2:44:26 PM | Documents/Mail<br>4/30/2012 k3m recv'd in AWD 4pgs | 11 | ISS TMP AUTH | Received | L2K |
| 5/1/2012 | Claim Tasks<br>DOCSQL Investigation Type: Claim Update<br>4/24/12Send clmt REQFORMS. If not rec'd, send FLUP. L2K | 28 | Update Claim Information | Completed | L2K |
| 5/1/2012 | Documents/Mail<br>4/30/2012 k3m recv'd in AWD 4pgs | 11 | ISS TMP AUTH | Completed | L2K |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/1/2012 | Documents/Mail | 12 | MEDNOTC1 | Completed | L2K |
| | May 1, 2012ARNOLD DIXON RE:Policy Number:00040000300202706Claim Number:1120006734Dear Mr. Dixon:We w ish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.TOTAL DISABILITY BENEFIT. The Company w ill pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:1.is Totally Disabled;2.becomes Disabled w hile insured for this benefit;3.is under the Regular Care of a Physician; and4.at his or her ow n expense, submits proof of continued Total Disability and Physician's care to the Company upon request. Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied w ithin 45 days after the Company requests it. If it is not, benefits may be denied or suspended.We have submitted requests for copies of office / treatment notes and diagnostic test results from Dr. Turney Williams for the dates of 7/1/11 to present and Dr. Christopher Pendola for the dates of 7/1/11 to present.The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, w hat specific restrictions and limitations are present as a result of the abnormal findings.As stated in your policy, benefits are payable w hen proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office w ithin 30 days.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Lindsey KassAssociate LTD Benefit SpecialistThe Lincoln National Life Insurance Company | | | | |
| 5/1/2012 8:35:46 AM | Claim Tasks | 29 | Update Claim Information | Requested | MXEGGER |
| | DOCSQL Investigation Type: Claim Update<br>5/1/12Send MEDNOTC1 for recs. If not rec'd, send MEDNOTC2. L2K | | | | |
| 5/2/2012 2:48:29 PM | Medical | 1 | | Initial | MXEGGER |
| | Rcvd Date : 07-JUN-12<br>06/08/2012, L1M, RECVD MEDRECS, 38 PGS, 06/08/2012 N2S 30 PGS AWD. MED RECS, AUTH FORM.6/6/12 - Stacy called and asked me to fax copy of auth and records are ready to go. Auth w as faxed. m2e6/4/12 - l/m w ith med recs for status of request. m2e5/10/12LM w ith Med Recs Dept for status of request. Asked for call back. L2K05/02/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 07/01/11 to present via FAX MAH. | | | | |
| 5/2/2012 2:52:57 PM | Medical | 2 | | Initial | MXEGGER |
| | Rcvd Date : 11-JUL-12<br>7/11-- Recvd med recs via aw d-nzh 16pgs7/11/12 MAH PD CC $20.00 DR PENDOLA AT SATTALITE OFFICE FOR MEDICAL RECORDS. 7/11/12 - Spoke to Patsy w ho said she can't find the request or the check or any info. I stated I w ould research a bit and w e w ould refax the request. Emailed MAH to find out if w e can verify w hen faxed and if check for inv has cleared. m2e7/3/12- Wait and call Patsy after 7/10 per Felecia. m2e6/22/12 refaxed req-MAHPLEASE REFAX THIS REQUEST. M2E6/19/12 - Spoke to Felecia w ho searched and couldn't find records. asked me to refax request and she w ould get them sent over and w ait for check. m2e6/14/12 - attempted reach Patsy for confirmation but line rang and rang. m2e6/4/12 -Spoke to Patsy in the office. they haven't recd the check yet. advised i w ould check back in 1 w eek. m2e5/14/2012---STH--INV PD CK $20.00 TO CHRISTOPHER PENDOLA FOR MED RECS05/04/2012, L1M, RECVD INVOICE, 2 PGS05/02/12 - office/treatment notes,diagnostic test results requested from DR CHRISTOPHER PENDOLA for 07/01/11 to present via FAX MAH. | | | | |
| 5/4/2012 10:25:45 AM | Documents/Mail | 13 | INVOICE | Received | SLHINES |
| | 05/04/2012, L1M, RECVD INVOICE, 2 PGS | | | | |
| 5/10/2012 | Telephone (OUT) | 40 | DR WILLIAMS | Completed | L2K |
| | DOCSQL SubCategory: MEDICAL REC STATUS<br>5/10/12LM w ith Med Recs Dept for status of request. Asked for call back. L2K | | | | |
| 5/14/2012 | Documents/Mail | 13 | INVOICE | Completed | SLHINES |
| | 05/04/2012, L1M, RECVD INVOICE, 2 PGS | | | | |
| 5/25/2012 | Documents/Mail | 14 | REPCHNG | Completed | MXEGGER |
| | May 25, 2012ARNOLD DIXON Re:Policy Number: 00040000300202706Claim Number: 1120006734Dear Mr. Dixon:We are w riting to you regarding your claim for Long Term Disability benefits.To ensure w e maintain a high level of service, w e have adjusted some of our w orkload assignments. As a result, I have been assigned to your case.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Melanie EggerBenefit SpecialistThe Lincoln National Life Insurance Company | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/4/2012 | Telephone (OUT) | 49 | DR PENDOLA'S OFFICE | Completed | MXEGGER |

6/4/12 -Spoke to Patsy in the office. they haven't recd the check yet. advised i w ould check back in 1 w eek. m2e

| | | | | | |
|---|---|---|---|---|---|
| 6/4/2012 | Telephone (OUT) | 50 | DR WILLIAMS' OFFICE | Completed | MXEGGER |

6/4/12 - l/m w ith med recs for status of request. m2e

| | | | | | |
|---|---|---|---|---|---|
| 6/4/2012 | Claim Tasks | 29 | Update Claim Information | Completed | MXEGGER |

DOCSQL Investigation Type: Claim Update
5/1/12Send MEDNOTC1 for recs. If not rec'd, send MEDNOTC2. L2K

| | | | | | |
|---|---|---|---|---|---|
| 6/4/2012 | Documents/Mail | 15 | DENIAL | Completed | MXEGGER |

June 1, 2012WAYNE ADKISON308 PINION STROCK SPRINGS WY 82901Re:Group Policy Number: 00001011005300000Group Claim Number: 1110241668Dear Mr. Adkison:We have completed our review of your Long Term Disability claim and have determined that no additional benefits are payable 5/13/2012.To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the follow ing:TOTAL DISABILITY or TOTALLY DISABLED w ill be defined as follow s:1.During the Elimination Period and Ow n Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Ow n Occupation.2.After the Ow n Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any occupation w hich his or her training, education or experience w ill reasonably allow .The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.Information Review ed And Action TakenAfter a thorough review of the information currently contained in your claim file, w e have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information review ed w hich led to our determination.In our review process, all information previously submitted as w ell as any new documentation is used to make a determination. The documentation contained in your claim file includes the follow ing:"Attending Physician Statement completed by Daniel Pedersen, PA-C."Office and treatment notes from Western Wyoming Neurology. "Office and treatment notes from Barry Erickson, FNA-C.According to the information contained in your claim file, you stopped w orking on 2/11/2011 due to a diagnosis of Trigeminal Nerve Neuralgia. Daniel Pedersen, PA-C, completed the Attending Physician Statement on 3/9/2011, on w hich he states you had symptoms of facial pain w ith burning sensation and lack of sleep due to pain. Office visit notes from Western Wyoming Neurology dated 4/1/2011 state you w ere referred by Dr. Kurt Hunter to Dr. Joseph Watkins at that office for Shingles, Post Herpetic Neuralgia, muscle spasms, gait and balance difficulty, tearing of the eyes and insomnia. You w ere prescribed Neurontin and Percocet for the pain and asked to follow up in 1 month. Follow up visit notes dated 5/8/2011 state your pain had gotten w orse but w as a little better that day. The Neurontin w as helpful. Recommendations w ere to continue the Neurontin and Percocet doses and to follow up in 2 months. A follow up note dated 11/4/11 show s that you continued to have pain in the right head/forehead and around the right eye for w hich you put Neosporin ointment in the right eye and continued Percocet. Dr. Watkins stated you w ere taking gabapentin and tablets w orked very w ell; you w ere taking more narcotic medication to cover the pain. He stated you w ere mildly fatigued, but could keep w orking; that if you sit dow n you tend to go to sleep. Physical exam w as w ithin normal limits. Dr. Watkins recommended you increase gabapentin to 900 mg every 6 hours then go up to 1200 mg 1-2 times daily to see if there w as more effect and continue Percocet for pain. he cautioned no driving if drow sy or fatigued. On 12/14/2011, Dr. Watkins referred you to Dr. Mack at Southw est Pain Management. An office visit note dated 4/9/2012, signed by Barry Erickson, FNA-C, at Southw est Pain Management, states you w ere in for follow up of pain and headaches. Review of systems show s right sided facial pain at a pain level of 2 on a scale of 1-10. The pain is made w orse by lying flat, but gets better by applying heat and taking medications. The rest of the physical exam is normal. A Physical Restrictions & Limitations form dated 5/23/2012 w as completed for Lincoln Financial Group by Barry Erickson, FNA-C. It stated your restrictions as standing for 2 hours at a time for 6 total hours, w alking 1 hour at a time for 3 total hours, sitting 3 hours at a time for 6 total hours and driving 2 hours at a time for 4 total hours. It w as also stated you could lift or carry 0-10 pounds frequently, 11-35 pounds occasionally and no lifting over 36 pounds. Additionally, you could climb, bend and reach above the shoulder occasionally. It is important to note that the policy under w hich you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. How ever, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, w ith variations, in many establishments. Consequently, there w ill be similarities betw een the main duties of your occupation and those of your job. There may also be some differences. In addition to the medical documentation submitted to our office, w e obtained your w ritten job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles (DOT). In order to be eligible for Long Term Disability benefits, you must have been unable to perform each of the main duties of your occupation, as they w ould be performed in a typical setting for an employer, beyond 5/13/2012.The contract issued to BENCHMARK

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

PERFORMANCE GROUP, INC. states, in part:MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES means those job tasks that:1.are normally required to perform the Insured Employee's Ow n Occupation; and2.could not reasonably be modified or omitted.To determine w hether a job task could reasonably be modified or omitted, the Company w ill apply the Americans w ith Disabilities Act's standards concerning reasonable accommodation. It w ill apply the Act's standards, w hether or not:1.the Employer is subject to the Act; or2.the Insured Employee has requested such a job accommodation.An Employer's failure to modify or omit other job tasks does not render the Insured Employee unable to perform the Main Duties of the job.Main Duties include those job tasks:1.as described in the U.S. Department of Labor Dictionary of Occupational Titles; and2.as performed in the general labor market and national economy.Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain w ork site.Based on information obtained from your employer and occupational information contained w ithin the Dictionary of Occupational Titles (DOT), w e have determined that your occupation as a Driver is best defined as a Tractor-Trailer Truck Driver in the national w orkforce. The material and substantial duties of a Tractor-Trailer Truck Driver include but are not limited to the follow ing:"Driving tractor-trailer combinations to transport and deliver products. "Applies know ledge of commercial driving regulations."Maneuvers vehicle in difficult situations, such as narrow passagew ays. "Inspects truck for defects and submits reports w ith truck's condition. "Maintains driver log according to ICC. We review ed the medical documentation provided in conjunction w ith the w ritten job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT) and fail to find that the medical evidence supports your inability to perform these material and substantial duties of your regular occupation.SummaryIn summary, the medical documentation contained in your claim file does not support Total Disability as defined by this policy. The medical records contained in the file fail to support ongoing restrictions and limitations that w ould prevent you from performing your occupation beyond 5/13/2012. Examinations since the onset of the shingles episode show your pain is stabilized at an average of rating of 4/10. An internal medical review of your claim show s the restrictions and limitations listed do not correlate to a diagnosis of shingles and continued restrictions and limitations are not supported from your ow n occupation as a truck driver. If you disagree w ith our decision, you may appeal this determination by follow ing the steps outlined below .Appeal RightsIf you w ish, you may request copies of the pertinent documents upon w hich our decision w as based, prior to submitting a formal appeal.You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in w riting and submitted to us at the address below w ithin 180 days after you receive this denial notice. We w ill then provide you w ith a full w ritten explanation of the decision w ithin 45 days of receipt of your appeal. Risk Services - The Lincoln National Life Insurance CompanyPO Box 2337Omaha, NE 68103Fax: 402-361-1460Your request for an appeal needs to include the follow ing:"A letter of appeal outlining the reason(s) for your appeal. "Please include your policy number and claim number."Medical records to support your appeal such as office and treatment notes, laboratory results, x-rays and testing results. If you have no medical records to submit, but w ould like for us to review your claim again w ith the information currently in file, please state this in your letter of appeal.You and your plan may have other voluntary alternative dispute resolution options, such as mediation, if your plan is subject to ERISA. One w ay to find out w hat may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required review s of your claim have been completed; you have the right to bring a civil action under applicable law .Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Melanie EggerBenefit SpecialistThe Lincoln National Life Insurance Company

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/6/2012 | Telephone (IN) | 51 | STACY | Completed | MXEGGER |

Stacy called and asked me to fax auth.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/12/2012 | Medical | 1 | | Closed | MXEGGER |

Rcvd Date : 07-JUN-12
06/08/2012, L1M, RECVD MEDRECS, 38 PGS, 06/08/2012 N2S 30 PGS AWD. MED RECS, AUTH FORM.6/6/12 - Stacy called and asked me to fax copy of auth and records are ready to go. Auth w as faxed. m2e6/4/12 - l/m w ith med recs for status of request. m2e5/10/12LM w ith Med Recs Dept for status of request. Asked for call back. L2K05/02/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 07/01/11 to present via FAX MAH.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/14/2012 | Telephone (OUT) | 52 | CHRISTOPHER PENDOLA | Completed | MXEGGER |

6/14/12 - attempted reach Patsy for confirmation but line rang and rang. m2e

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/3/2012 | Telephone (OUT) | 54 | Dr Pendola | Completed | MXEGGER |

7/3/12- Wait and call Patsy after 7/10 per Felecia. m2e

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/11/2012 | Telephone (OUT) | 55 | Patsy | Completed | MXEGGER |

7/11/12 - Spoke to Patsy w ho said she can't find the request or the check or any info. I stated I w ould research a bit and w e w ould refax the request. m2e

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/16/2012 | Medical | 2 | | Closed | MXEGGER |

Rcvd Date : 11-JUL-12
7/11-- Recvd med recs via aw d-nzh 16pgs7/11/12 MAH PD CC $20.00 DR PENDOLA AT SATTALITE OFFICE FOR MEDICAL RECORDS. 7/11/12 - Spoke to Patsy w ho said she can't find the request or the check or any info. I stated I w ould research a bit and w e w ould refax the request. Emailed MAH to find out if w e can verify w hen faxed and if check for inv has cleared. m2e7/3/12- Wait and call Patsy after 7/10 per Felecia. m2e6/22/12 refaxed req-MAHPLEASE REFAX THIS REQUEST. M2E6/19/12 - Spoke to Felecia w ho searched and couldn't find records. asked me to refax request and she w ould get them sent over and w ait for check. m2e6/14/12 - attempted reach Patsy for confirmation but line rang and rang. m2e6/4/12 -Spoke to Patsy in the office. they haven't recd the check yet. advised i w ould check back in 1 w eek. m2e5/14/2012---STH--INV PD CK $20.00 TO CHRISTOPHER PENDOLA FOR MED RECS05/04/2012, L1M, RECVD INVOICE, 2 PGS05/02/12 - office/treatment notes,diagnostic test results requested from DR CHRISTOPHER PENDOLA for 07/01/11 to present via FAX MAH.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/24/2012 | Telephone (OUT) | 56 | ARNOLD DIXON | Completed | MXEGGER |

l/m for clmt. m2e

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/24/2012 | Documents/Mail | 16 | MEDNOTC1 | Completed | MXEGGER |

July 24, 2012ARNOLD DIXON RE:Policy Number:00040000300202706Claim Number:1120006734Dear Mr. Dixon:We w ish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.TOTAL DISABILITY BENEFIT. The Company w ill pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:1.is Totally Disabled;2.becomes Disabled w hile insured for this benefit;3.is under the Regular Care of a Physician; and4.at his or her ow n expense, submits proof of continued Total Disability and Physician's care to the Company upon request. Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied w ithin 45 days after the Company requests it. If it is not, benefits may be denied or suspended.We have submitted requests for copies of your medical records from Dr. Scott Dulebohn for the dates of 4/1/2012 to present. The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, w hat specific restrictions and limitations are present as a result of the abnormal findings.As stated in your policy, benefits are payable w hen proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office w ithin 30 days.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Melanie EggerBenefit SpecialistThe Lincoln National Life Insurance Company

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/25/2012 8:53:51 AM | Medical | 3 | | Initial | MXEGGER |

Rcvd Date : 31-JUL-12
7/31/2012--Recvd med recs via aw d-nzh 4pgs07/25/12 - office/treatment notes,diagnostic test results requested from SCOTT DULEBOHN MD for 04/01/12 to present via FAX DMB.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/30/2012 | Telephone (OUT) | 57 | ARNOLD DIXON | Completed | MXEGGER |

called clmt for f/u call. he stated he is about the same and at this point they can't do any sx. he has the peripheral neuropathy for unknow n reasons. stated he saw the neurologist in June and gave me Dr. Robert MacDonald at Kingsport Neurology for a f/u. i advised i w ould order records. he stated he is still on pain meds, but nothing has changed healthw ise. advised he w as aw arded ssdi but doesnt know date or amt yet. said he w ould contact us asap and understood the ovp. stated he w ould pay atty and us and understood how that all w orks. i advised i w ould update records from dr. macdonald and f/u w ith him accordingly. he also advised w e could use email to communicate and gave me cell # of m2e

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/30/2012 | Documents/Mail | 17 | MEDNOTC1 | Completed | MXEGGER |

July 30, 2012ARNOLD DIXON RE:Policy Number:00040000300202706Claim Number:1120006734Dear Mr. Dixon:We w ish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.TOTAL DISABILITY BENEFIT. The Company w ill pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:1.is Totally Disabled;2.becomes Disabled w hile insured for this benefit;3.is under the Regular Care of a Physician; and4.at his or her ow n expense, submits proof of continued Total Disability and Physician's care to the

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Company upon request. Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied w ithin 45 days after the Company requests it. If it is not, benefits may be denied or suspended.We have submitted requests for copies of your medical records from Dr. Robert S. MacDonald for the dates of 6/1/2012 to present. The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, w hat specific restrictions and limitations are present as a result of the abnormal findings.As stated in your policy, benefits are payable w hen proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office w ithin 30 days.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Melanie EggerBenefit SpecialistThe Lincoln National Life Insurance Company | | | | |
| 7/31/2012 8:31:05 AM | Medical | 4 | | Initial | MXEGGER |
| | Rcvd Date : 31-JUL-12<br>8/1/12 GAG,MED RECS,5PG07/31/12 - office/treatment notes,diagnostic test results requested from Dr. Robert MacDonald for 06/01/12 to present via FAX DSF. | | | | |
| 8/1/2012 | Documents/Mail | 18 | MED RECS | Completed | MXEGGER |
| | 8/1- VIA AWD-4PGS | | | | |
| 8/2/2012 | Medical | 4 | | Closed | MXEGGER |
| | Rcvd Date : 31-JUL-12<br>8/1/12 GAG,MED RECS,5PG07/31/12 - office/treatment notes,diagnostic test results requested from Dr. Robert MacDonald for 06/01/12 to present via FAX DSF. | | | | |
| 8/2/2012 | Medical | 3 | | Closed | MXEGGER |
| | Rcvd Date : 31-JUL-12<br>7/31/2012--Recvd med recs via aw d-nzh 4pgs07/25/12 - office/treatment notes,diagnostic test results requested from SCOTT DULEBOHN MD for 04/01/12 to present via FAX DMB. | | | | |
| 8/7/2012 | Referrals | 20176 | UNKNOWN | Completed | SSA |
| | 8/6/S12 - SS NOA letter recd and located in AWD w ith email regarding atty fees. m2e SS auth 3/6/12Dpo 2Est $1778.00Vendor ATTYLevel*****************************************H. LYNN SHOEMAKER223 BROAD STKINGSPORT TN 37660PHONE: 423 247 7171FAX 4232476294****************************************08/06/12 SSDI AWARD from EERemoved Y from claimSSDI aw ard letter dated 07/29/12SSDI NOA = 01/01/12 SSDI Aw ard Amount = $1658.00/monthly SS Dept Aw ard = $0.00Past due benefit = $9948.00Atty fees = $2487.00--Note to BS: --LTD BS w ill calculate OVP and address the change in LTD benefits w ith the claimant. LAJ4/9/12- recvdfrom Atty Shoemaker - SS POF for request fro HEARING from on line app dated 4/5/2012 re-entry # 27238955. f/u in 12 months. bxm03/20/12 Rec'd ltr from clmt atty H. Lynn Shoemaker adv clmt has retained atty for Hearing and w ill forw w ard POF to our office. Leaving f/u as for POF for Hearing. LAJ.3/15/12 - We still need POF. SSLG has not had ctc w /clmt. Called clmt w ho states he filed for SSDI and has ow n attny and is currently pending for a HEARING.I gave him our fax nbr to have his attny forw ard SSDI POF including the date they filed for HEairng. Clmt understands offset/ovp and had no questions. Depts are in claim already. SEtting 30 day flup for POF from clmt's attny. Sending msg to SSLG to close file. SQL3/9/12 rec ss auth datd 3/6/12 and dpo 2. I called and left message for clmnt checking on POF, I also checked sslg and they have not gotten a response. SCH2/15/12 No response from clmnt checked sslg they have not gotten a response. I w ill send ss intro 2 letter. reset fu for 30 days. SCH01/17/12 SS VENDOR REFERRAL T-2 Social Security Law Group has review ed this claim review ed and indicated that the claimant should be aw arded at the appeal level. SSS w ill f/u on this claim and w ith the vendor in 30 days. If LFG forms are rec'd prior to 30 days, SSS f/u w the claimant. SQL<br>18-JUL-14 - converted from DOCSQL -Begin_Date: 01-JAN-12 | | | | |
| 8/7/2012 3:47:50 PM | Claim Tasks | 12 | Open Review | Requested | MXEGGER |
| | DOCSQL Investigation Type: Other<br>Source: SSDI AWARD<br>8/9/12 - Ltr to dln for review . m2e8/8/12 - emailed LAJ to adjust STD claim as w ell. Recd email back that there is no offset for ssdi on this std claim. w ill calculate for ltd only. m2e08/07/12 SSDI AWARD from EERemoved Y from claimSSDI aw ard letter dated 07/29/12SSDI NOA = 01/01/12 SSDI Aw ard Amount = $1658.00/monthly SS Dept Aw ard = $0.00Past due benefit = $9948.00Atty fees = $2487.00 - LFG w ill only cover atty fees approved by SSA. --Note to BS: --LTD BS w ill calculate OVP and address the change in LTD benefits w ith the claimant. LAJ | | | | |
| 8/9/2012 10:53:23 AM | Documents/Mail | 19 | MED RE S | Received | MXEGGER |
| | 8/9/12 l1c rcvd | | | | |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/13/2012 | Claim Tasks | 12 | Open Review | Completed | MXEGGER |
| | DOCSQL Investigation Type: Other<br>Source: SSDI AWARD<br>8/9/12 - Ltr to dln for review . m2e8/8/12 - emailed LAJ to adjust STD claim as w ell. Recd email back that there is no offset for ssdi on this std claim. w ill calculate for ltd only. m2e08/07/12 SSDI AWARD from EERemoved Y from claimSSDI aw ard letter dated 07/29/12SSDI NOA = 01/01/12 SSDI Aw ard Amount = $1658.00/monthly SS Dept Aw ard = $0.00Past due benefit = $9948.00Atty fees = $2487.00 - LFG w ill only cover atty fees approved by SSA. --Note to BS: --LTD BS w ill calculate OVP and address the change in LTD benefits w ith the claimant. LAJ | | | | |
| 8/13/2012 | Documents/Mail | 19 | MED RE S | Completed | MXEGGER |
| | 8/9/12 l1c rcvd | | | | |
| 8/13/2012 | Documents/Mail | 20 | OVP | Completed | MXEGGER |
| | August 9, 2012ARNOLD DIXON 7Re:Policy Number: 00040000300202706Claim Number: 1120006734Dear Mr. Dixon:We have received notification of your aw ard of Social Security Disability Income (SSDI) benefits. Due to this aw ard, your Long Term Disability claim has been overpaid by $7,775.72Your policy indicates your monthly disability benefit w ill be reduced by any amount you and/or your dependents receive for SSDI benefits.You have been aw arded $1,658.00 in SSDI benefits beginning on 1/1/2012. Due to your Social Security aw ard, your new monthly benefit w ill be $879.50. Please forw ard a check made payable to The Lincoln National Life Insurance Company for $7,775.72 w ithin 30 days from the date of this letter. Please mail your payment to the follow ing address and include both your policy number and claim number provided in this letter:Lincoln Financial GroupP.O. Box 26028Greensboro, NC 27420-6028If you are unable to refund this full amount, you must contact our office w ithin 30 days to make arrangements for repayment. A copy of the overpayment calculation is attached for your review . Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Melanie EggerBenefit SpecialistThe Lincoln National Life Insurance CompanyOverpayment CalculationDescriptionAmount/MoFromToMonthsDaysTotalA) Gross Monthly Benefit$2,537.501/5/128/5/1270$17,762.50B) SSDI - Primary$1,658.001/5/128/5/1270-$11,606.00C) Other Source of Income Short Term Disability $ 625.751/5/121/14/1209-$ 187.73Benefits that should have been paid$ 5,968.77Previously Paid-$16,231.49Sub-Total$10,262.72E) Less Attorney Fee+$ 2,487.00Total Amount Due$ 7,775.72A)Gross Monthly Benefit is the amount of your Long Term Disability benefit payment issued by our company before any reductions.B)SSDI Primary is the amount by w hich your Gross Monthly Benefit w ill be reduced by your aw ard from the Social Security Administration (SSA).C)Other Sources of Income is the amount by w hich your Gross Monthly Benefit w ill be reduced by your aw ard of Other Income Benefits as defined by your policy. D)The attorney fee is the amount that has been credited tow ard your overpayment based on the approved amount the SSA w ithheld from your retroactive benefit. | | | | |
| 8/21/2012 | Telephone (OUT) | 62 | ARNOLD DIXON | Completed | MXEGGER |
| | retd clmts call re ovp letter. he disagrees w ith STD amt for Jan so i advised i w ould rerun the numbers and verify for him. m2e | | | | |
| 8/23/2012 | Telephone (IN) | 63 | ARNOLD DIXON | Completed | MXEGGER |
| | clmt l/m for me w ith new bank info w ith routing and acct numbers. updated and sent ackform letter. m2e | | | | |
| 8/23/2012 | Documents/Mail | 21 | DD AckFORM | Completed | MXEGGER |
| | August 23, 2012ARNOLD DIXON8 Policy Number: 00040000300202706Claim Number: 1120006734Dear Mr. Dixon:This letter is to acknow ledge receipt of the follow ing items:"Direct deposit request Direct DepositWe have documented your request for Direct Deposit of this Long Term Disability benefit check. Your next check w ill be electronically deposited.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.Sincerely,Melanie EggerBenefit SpecialistThe Lincoln National Life Insurance Company | | | | |
| 9/18/2012 12:48:34 PM | Documents/Mail | 22 | INVOICE | Received | YWEVANS |
| | 9/18/2012 m1w 1 page | | | | |
| 9/18/2012 12:49:13 PM | Documents/Mail | 23 | NO RECORDS AVAILABLE | Received | MXEGGER |
| | 9/18/2012 m1w 1 page | | | | |
| 9/19/2012 6:29:07 PM | Medical | 5 | | Initial | MXEGGER |
| | 10/15/12 - spoke w ith Jennifer at Walgreens and advised that w e paid for the records on 9/20/12 and w e hadn't received the records - she indicated that they sent us a notice on 9/5/12 stating that they w ere no records available | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

for that time period - I advised her that someone in our office spoke w ith her directly on 9/20/12 and she idicated that they do have records - she indicated that w e likely only requested a part of records for a time period and they don't have any records for a time period, how ever she only does the invoicing, therefore she gave me the phone number 217-554-8949 to contact w hich is the custodian of records w ho actually process the request - thanked her for her time S1T for M2E10/15/12 - called and spoke w ith Justine at Walgreen custodians of records - she indicated her system w as dow n so she couldn't verify much right now - advised of the situation and that w e never sent a formal request, how ever once w e received the invoice w e contacted the Walgreens pharmacy and they indicated that there w ere records, therefore w e paid the invoice and now they w ere saying that they did not have records - she took name and number and advised that she w ould request the information from the storage as it w as finalized and stored already and she w ould get back to me w hen she w as looking at the request in her hand - gave her my direct extension and she w ill get back to me S1T for M2E9/20/12 - YWE PD CHK REQ $55.00 PREPAY - TIN# 36-1924025 - WALGREEN COMPANY INV# 1394857 FOR PHARMACY RECS. (okay to pay per bs) 9/20/12 - called and spoke to Jennifer at Walgreens. This request w as actually faxed to Walgreens in error. How ever, they do have records that may help support this claim so i advised w e w ould pay the invoice for the records. This is a payable invoice. Will follow in this tab. m2e9/19/12 - YWE Plcd inv in bs initials for f/u - no med tab in DOCS indicating presc w ere requestd by LFG. Pls advise if payable in DOCS and rediary to YWE.

| 9/20/2012 | Telephone (OUT) | 66 | Walgreens | Completed | MXEGGER |
|---|---|---|---|---|---|

spoke to Jennifer in billing. She advised they have records. w hen i asked about the request, she advised this w as to Dr. Duhlebon but w ent to them. I advised w e need the records and w ill pay invoice. m2e

| 9/20/2012 | Documents/Mail | 22 | INVOICE | Completed | YWEVANS |
|---|---|---|---|---|---|

9/18/2012 m1w 1 page

| 9/20/2012 | Documents/Mail | 23 | NO RECORDS AVAILABLE | Completed | MXEGGER |
|---|---|---|---|---|---|

9/18/2012 m1w 1 page

| 9/20/2012 9:38:51 AM | Claim Tasks | 13 | Open Review | Requested | MXEGGER |
|---|---|---|---|---|---|

DOCSQL Investigation Type: Other
Source: MED RECS
9/20/12 - MEDNOTC1 SENT

| 9/21/2012 9:05:12 AM | Medical | 6 | | Initial | MXEGGER |
|---|---|---|---|---|---|

Rcvd Date : 21-SEP-12
9/24/12 FNT AWD NO RECORDS FOR DATES 2PGS09/21/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 06/01/12 to present via FAX J5W.

| 9/21/2012 9:07:53 AM | Medical | 7 | | Initial | MXEGGER |
|---|---|---|---|---|---|

Rcvd Date : 01-OCT-12
10/1/12 RCVD MED RECS VIA AWD VXW9/25/12 - YWE PD CHK REQ $20.00 PREPAY - TIN# 62-1435043 - ASSOCIATED NEUROLOGISTS OF KINGSPORT FOR MED RECS.09/21/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 06/01/12 to present via FAX J5W.

| 9/24/2012 1:07:35 PM | Documents/Mail | 24 | INVOICE | Received | YWEVANS |
|---|---|---|---|---|---|

AWD VIA FX

| 9/25/2012 | Documents/Mail | 24 | INVOICE | Completed | YWEVANS |
|---|---|---|---|---|---|

AWD VIA FX

| 9/27/2012 | Medical | 6 | | Closed | MXEGGER |
|---|---|---|---|---|---|

Rcvd Date : 21-SEP-12
9/24/12 FNT AWD NO RECORDS FOR DATES 2PGS09/21/12 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 06/01/12 to present via FAX J5W.

| 9/27/2012 5:25:32 PM | Documents/Mail | 25 | REFUND CHECK | Received | MXEGGER |
|---|---|---|---|---|---|

9/27/12 acctng deposited ck #3624 for $7775.72. Refund applied OVP balance paid in full ANJ

| 9/28/2012 | Documents/Mail | 25 | REFUND CHECK | Completed | MXEGGER |
|---|---|---|---|---|---|

9/27/12 acctng deposited ck #3624 for $7775.72. Refund applied OVP balance paid in full ANJ

| 10/4/2012 | Medical | 7 | | Closed | MXEGGER |
|---|---|---|---|---|---|

Rcvd Date : 01-OCT-12
10/1/12 RCVD MED RECS VIA AWD VXW9/25/12 - YWE PD CHK REQ $20.00 PREPAY - TIN# 62-1435043 - ASSOCIATED NEUROLOGISTS OF KINGSPORT FOR MED RECS.09/21/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 06/01/12 to present via FAX J5W.

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/15/2012 | Telephone (OUT) | 69 | JENNIFER | Completed | STHEULE |

10/15/12 - spoke w ith Jennifer at Walgreens and advised that w e paid for the records on 9/20/12 and w e hadn't received the records - she indicated that they sent us a notice on 9/5/12 stating that they w ere no records available for that time period - I advised her that someone in our office spoke w ith her directly on 9/20/12 and she idicated that they do have records - she indicated that w e likely only requested a part of records for a time period and they don't have any records for a time period, how ever she only does the invoicing, therefore she gave me the phone number 217-554-8949 to contact w hich is the custodian of records w ho actually process the request - thanked her for her time S1T for M2E

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/15/2012 | Telephone (OUT) | 70 | JUSTINE | Completed | STHEULE |

10/15/12 - called and spoke w ith Justine at Walgreen custodians of records - she indicated her system w as dow n so she couldn't verify much right now - advised of the situation and that w e never sent a formal request, how ever once w e received the invoice w e contacted the Walgreens pharmacy and they indicated that there w ere records, therefore w e paid the invoice and now they w ere saying that they did not have records - she took name and number and advised that she w ould request the information from the storage as it w as finalized and stored already and she w ould get back to me w hen she w as looking at the request in her hand - gave her my direct extension and she w ill get back to me S1T for M2E

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/22/2012 | Claim Tasks | 13 | Open Review | Completed | MXEGGER |

DOCSQL Investigation Type: Other
Source: MED RECS
9/20/12 - MEDNOTC1 SENT

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/5/2012 | Medical | 5 | | Closed | MXEGGER |

10/15/12 - spoke w ith Jennifer at Walgreens and advised that w e paid for the records on 9/20/12 and w e hadn't received the records - she indicated that they sent us a notice on 9/5/12 stating that they w ere no records available for that time period - I advised her that someone in our office spoke w ith her directly on 9/20/12 and she idicated that they do have records - she indicated that w e likely only requested a part of records for a time period and they don't have any records for a time period, how ever she only does the invoicing, therefore she gave me the phone number 217-554-8949 to contact w hich is the custodian of records w ho actually process the request - thanked her for her time S1T for M2E10/15/12 - called and spoke w ith Justine at Walgreen custodians of records - she indicated her system w as dow n so she couldn't verify much right now - advised of the situation and that w e never sent a formal request, how ever once w e received the invoice w e contacted the Walgreens pharmacy and they indicated that there w ere records, therefore w e paid the invoice and now they w ere saying that they did not have records - she took name and number and advised that she w ould request the information from the storage as it w as finalized and stored already and she w ould get back to me w hen she w as looking at the request in her hand - gave her my direct extension and she w ill get back to me S1T for M2E9/20/12 - YWE PD CHK REQ $55.00 PREPAY - TIN# 36-1924025 - WALGREEN COMPANY INV# 1394857 FOR PHARMACY RECS. (okay to pay per bs) 9/20/12 - called and spoke to Jennifer at Walgreens. This request w as actually faxed to Walgreens in error. How ever, they do have records that may help support this claim so i advised w e w ould pay the invoice for the records. This is a payable invoice. Will follow in this tab. m2e9/19/12 - YWE Plcd inv in bs initials for f/u - no med tab in DOCS indicating presc w ere requestd by LFG. Pls advise if payable in DOCS and rediary to YWE.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/7/2012 11:20:13 AM | Medical | 8 | | Initial | MXEGGER |

Rcvd Date : 02-JAN-13
3/19/13 AYR PD CC $20.00 ASSOCIATE NEUROLOGISTS OF KINGSPORT FOR MED RECS3/19/13 AYR rec'd e-mail from M2E stating that it w as for an Abilities Form. 3/19/13 AYR rec'd another invoice for $20.00, I checked our system and this check did clear. This may be for some kind of form, checking w ith the BS.12/26/12 - PD CHK REQ $20.00 ASSOCIATED NEUROLOGISTS OF KINGSPORT FOR MED RECS.12/21/12 E1R 2 PGS RC'VD...PREPAY INVOICE, CHRIS PENDOLA MD12/20/2012 b1p- Operator not available no voicemail to leave message. Will try again tomorrow .12/07/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 07/01/12 to present via FAX SWR.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/21/2012 11:32:12 AM | Documents/Mail | 26 | Pre Pay INVOICE | Received | PJMERGE |

12/21/12 E1R 2 PGS RC'VD...PREPAY INVOICE, CHRIS PENDOLA MD

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/24/2012 | Claim Tasks | 3 | Audit | Completed | BDHABER |

DOCSQL Investigation Type: Audit
Open LTD QA Audit completed for M2E. bdm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/26/2012 | Documents/Mail | 26 | Pre Pay INVOICE | Completed | PJMERGE |

12/21/12 E1R 2 PGS RC'VD...PREPAY INVOICE, CHRIS PENDOLA MD

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/9/2013 | Medical | 8 | | Closed | MXEGGER |

Rcvd Date : 02-JAN-13
3/19/13 AYR PD CC $20.00 ASSOCIATE NEUROLOGISTS OF KINGSPORT FOR MED RECS3/19/13 AYR rec'd e-mail from M2E stating that it w as for an Abilities Form. 3/19/13 AYR rec'd another invoice for $20.00, I checked our system and this check did clear. This may be for some kind of form, checking w ith the BS.12/26/12 - PD CHK REQ $20.00 ASSOCIATED NEUROLOGISTS OF KINGSPORT FOR MED RECS.12/21/12 E1R 2 PGS RC'VD...PREPAY INVOICE, CHRIS PENDOLA MD12/20/2012 b1p- Operator not available no voicemail to leave message. Will try again tomorrow .12/07/12 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA, M.D. for 07/01/12 to present via FAX SWR.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2013 | Claim Tasks | 11 | Medical Follow Up | Completed | GCR |

DOCSQL Investigation Type: Med Review
Source: CT
Contact Date: 11-JAN-13
1/11/13 - Review ed file w ith DZF, FXC, and M2E. The claimant has been out of w ork since 7/2011 due to neuropathy. The claimant has also back complaints and w as last seen by a Neuro in December 2012. Will refer for RN review w ith follow ing question:1.Review findings in file and provide comment on physician stated R&L's back to 12/7/2011.2.Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide appropriate R&L's and duration of each. Will assess RN response as part of on going review . GCR

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/11/2013 | Referrals | 20176 | Med/Voc | Completed | GCR |

DOCSQL Investigation Type: Med Review
Source: CT
Contact Date: 11-JAN-13
1/11/13 - Review ed file w ith DZF, FXC, and M2E. The claimant has been out of w ork since 7/2011 due to neuropathy. The claimant has also back complaints and w as last seen by a Neuro in December 2012. Will refer for RN review w ith follow ing question:1.Review findings in file and provide comment on physician stated R&L's back to 12/7/2011.2.Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide appropriate R&L's and duration of each. Will assess RN response as part of on going review . GCR
[2379835: Entered By SWR on 03/10/2014 07:27:43 AM]
3/10/14 - Report from NMR # 239186 w as rec'd and sent to Disability Claims Intake for attachment to AWD - SWR

[2369971: Entered By SWR on 02/28/2014 09:41:05 AM]
2/28/14 - Case Submitted to NMR # 239186 for peer review w ith a Neurology w / Pain Medicine Physician - SWR
Please see ext tab for notes.

[2367039: Entered By NLG on 02/26/2014 12:57:38 PM]
Specialty Requested: Neurology w ith Pain Medicine
Claimant's Physician Name and Specialty: Scott Macdonald, MD, Neurology
Claimant's Physician Phone Number: 423-247-5553
Claimant's Physician Name and Specialty: Turney Willians, MD, Pain Medicine
Claimant's Physician Phone Number: 423-392-6690
Has this file had a prior external review ? No

Claim Summary

Arnold Dixon is a 51 year old User Support Analyst that stopped w orking on 7/9/2011 due to idiopathic peripheral neuropathy. It w as previously determined that Mr. Dixon met the policy definition of disability to 1/5/2014.

At this time w e are review ing w hether or not the evidence w ithin the file supports findings of w arranted restrictions and/or
limitations that w ould preclude his ability to perform in a sedentary occupation on a full-time basis from 1/5/2014 forw ard.

A Sedentary Occupation consists of:
· Sitting for 6 hours out of an 8 hour day
· Lifting no more than 10 lbs occasionally (0-20 times a day)
· Possible frequent lifting of small objects w eighing less than 10 lbs (files, dockets, ledgers, etc.)

Please respond to the specific questions below and provide the rationale for your opinion.

Questions

1.Please state your findings upon review of the medical information.

2.Provide a description of those claimant impairments, if any, that are supported by the medical records, and outline
how these impairments w ould translate into functional limitations and/or medically appropriate restrictions.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to w hich the limitations and/or restrictions apply.

3.Are the restrictions or limitations placed upon the claimant's w ork activities by the attending physician(s) reasonable and consistent w ith the medical findings? Please explain.

4.Based on this claimant's medication list are there any side effects from any of the medications that w ould have an impact on occupational functioning? If so, please outline and elaborate the effects along w ith your clinical rationale.

[2365687: Entered By C1G on 02/25/2014 03:08:02 PM]
File presented for Appeal Direction. Participants included Bryan Gall NP, C1G and NLG.
Referring for Neurology peer review w ith subspecialty in pain management w ith doctor to doctor call if necessary.

[2362129: Entered By NLG on 02/21/2014 02:19:20 PM]

Date:2/21/14
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Documents in AWD:Y

Claim Demographics
Age: 53
State Claimant Resides: TN
Date of Disability: 7/9/2011
EP: 180
Benefits Commencement Date: 10/7/2011
Benefits Paid To: 1/5/2014
Monthly Net Benefit:$2537.50 - SSDI 1658 = $879.50
Max Duration Date:6/26/25
Occupation at DOD: User support analyst / service clerk
DOT Classification: Sed
Primary Diagnoses:idiopathic peripheral neuropathy
Secondary/CoMorbid Diagnosis: ----
New diagnoses identified upon appeal (if any):----
1st Appeal OR 2nd Appeal1st
ERISA OR NON-ERISA ERISA
How w as ERISA/NON-ERISA determined? Docs
If LTD Appeal - Life Waiver Claim status----

Claim milestone and relevant dates
Change of Definition date:1/5/14
Occupations provided by TSA being disputed?Sed

Current Providers last 18 to 24 months (If more than one then copy paste template)
R. Scott Macdonald, MD Neurology 423-247-5553 1/30/14 pathology / skin biopsy noting abnormal nerve density / small fiber peripheral neropathy
of the right calf and foot

Turney Williams, MD PM 423-392-6690: 12/5/13: 0-10# lift carry occasionally; Sit/Stand/Walk occasionally less than 1 hour continuous & less than

4 hours per day; Occasionally finger - difficulty w ith repetitive use of hands due to numbness; pt requires supine w ith feet elevated @ 2-3 hours
due to pain and sw elling.

INITIAL CLAIM DECISION
Reason for original claim determination:Not TDAO
Review type at claim decision:NCM

Appeal being discussed
Reasons for disagreement as explained in appeal: Arnold Dixon is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx
w /peripheral neuropathy and degenerative disc disorder. Clmt underw ent neck sx in 2008 to have disc removed. Has been told sx isn't an option
w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January
2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. Williams feels clmt cannot rtw in a sed position as cannot sit
longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. Disagrees w ith AO denial due to back pain and
neuropathy, pain meds, medications cause drow siness and concentration issues. States w earing shoes / socks intensifies neuropathy pain and
has to use a cane to prevent stumbling. Disagrees that he w ould be able to meet DOL definition of sedentary w ork as he cannot sit for 6 hours doe
to pain in feel w hich requires him to recline and elevate feet. States that OO job w as sedentary and that he w as disabled from that and therefore
should be disabled from any sed job for AO. Details disagreement w ith identified occupations mainly due to lack of training or outdated skills.

Information Submitted w ith appeal: Abilities form Dr Williams, pathology report Dr Macdonald

Recommendation: Neurology peer w ith Dr to Dr call

[2251719: Entered By PXN on 11/11/2013 10:50:10 AM]
Clinical Review

Claimant name: Arnold Dixon
Claim number: 112006734

Documents review ed:

Conclusion: Medical findings do not support functional impairment d/t lumbar disc degeneration or peripheral neuropathy.

Rationale: Clmt is a 53 year old male control clerk, sedentary per OA, w ho last w orked 7/8/11. Diagnosis is peripheral neuropathy. Abilities form from pain management/Williams 10/24/13, able to lift up to 10# occasionally, sit < 4 hours every day, never climb bend, kneel or squat.

Clmt left w ork w ith c/o low back and low er extremity pain. 1/28/11 MRI lumbar spine show ed multilevel degenerative changes L1 to S1, some associated foraminal stenosis, no nerve root compression. In 2008 C5-C6 fusion
performed, MRI cervical spine 2/10/11, stable multilevel degenerative changes w ith some foraminal stenosis, no verve root compression. 3/29/11 EMG/NCV low er extremities show ed no radiculopathy, early peripheral right low er extremity. Multiple medications and injections have been given trials w ithout relief of pain. Neurosurgical evaluation did not find clmt to be a surgical candidate.

He has been under the care of Williams/pain management, most recent f/u 6/20/13. C/o numbness/pain fingertips bilaterally, feet bilaterally and low back pain, hands more painful than feet. Physical exam show s he w alks w ith an unencumbered gait, sensory deficit all fingers, mild feet to ankle sensory deficits, 5/5 motor strength. Hydrocodone is renew ed, noted to take infrequently.

Most recent neurology/Macdonald visit of 8/29/13. Clmt states he w ent to an Orange and White scrimmage but had

to leave at half-time d/t pain in legs. Notes multiple meds cause sedation and discontinued, agree to try low dose gabapentin once again. PE show s decreased pinprick bilateral feet and diminished vibratory sensation to toes, motor
strength intact.

The only restriction/limitation preventing sedentary w ork is sitting for < 4 hours. There is no pathology behind this condition by MRI or EMG. There is no danger in sitting. He may rise from a sitting position as needed, this is not an accommodation.

Patricia Neary RN
Disability Nurse Consultant

[2248127: Entered By A5N on 11/06/2013 04:29:59 PM]
MEDICAL REVIEW

DEMOGRAPHICS:

Date: November 4, 2013
Claimant: ARNOLD DIXON
Claim Number: 1120006734
Occupation: Control Clerk
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:1/5/2012
State Claimant Resides:TN

Current Height: 77 Weight: 260
Previous Med Review ? STD 8/17/11 addendums added through 12/28/11 LTD 1/11/2013
MDA recommendations for recovery:
Pertinent CA Score:2

CLAIM MILESTONE AND RELEVANT DATES: (Select One And Delete The Rest):
Ongoing Claim Management w ith Paid to Date:
Change of Definition w ith Paid to Date:COD date:1/5/2014

CURRENT PROVIDERS:
NameSpecialtyLast visit
Dr. Scott Macdonald Neurologist 8/29/13
Dr. Turney Williams Pain management 6/20/2013

MAIN DUTIES OF OCCUPATION:
Managed other w orkers in their duties
Provided techincal support and training.
Billed customers for service w ork.
Handled customer disputes

MOST CURRENT APS/ABILITIES FORM/DR'S NOTE:
Date:Which Provider completed:
1024/13 Dr. Turney Williams

Per Provider w hat are claimant's current Restrictions &Limitations?

Can occasionally lift up to 10 lbs, and can sit less than 4 hours a day. Can never climb, bend, kneel, or squat. Considered unemployed

SURGERY:
Name of Procedure:Date Performed:
Cervical Discectomy 2008

8/18/11Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.

RECENT MEDICAL RECORDS:
Physical Exam:

X-Ray or MRI:
MRI spine 1/28/11 show ed multi-level degenerative disc changes. Facet Hypertrophy noted at L1-L2, L3-L4, L4-L5, and L5-S1.

MRI cervical spine 2/10/11 revealed stable multi-level degenerative changes associate w / some of the foraminal stenosis but no reported nerve root encroachment or stenosis.

MRI C spine w /out contrast 4/18/11. Stable MRI of cervical spine w /out contrast w hen compared to exam on 10/21/10 demonstrating some moderate to severe central stenosis at both C4-C5 and at C5-C6 w / some deformity of cord at these levels.

Lab Results:

STATEMENT OF MEDICAL ISSUE AND DIRECTION RECOMMENDATION:
Clmnt is 53 yom, Control Clerk (OA=sed) dx idiopathic peripheral neuropathy. ldw 7/8/11, dod 7/9/11, cod 1/5/14. Clmnt states that he still has a lot of pain in his feet and in his back. Doesn't think he w ill be able to w alk again and cannot sit for long before the neuropathy affects his feet. Also has reported employer w on't let him w ork w hile on paid medications. The most current medical records w e have are from his neurologist Dr. MacDonald that are dated 8/29/13. Had an exam w hich show ed decreased pinprick in bilateral feet and decreased vibration in bilateral toes compared to ankles and fingertips compared to w rists. Motor strength is in tact, and gait is normal. Started gabapentin 100 mg for first month and then should begin 300 mg gabapentin next month w ith 6 refills. Won't have next ov w / neurologist until January 2014. Had the abilities form completed on 10/24/13 by pain management doctor w ho states R&L's are occasionally able to lift up to 10 lbs and can sit no more than 4 hours a day. Can never climb, bend, kneel or squat.

SPECIFIC QUESTION(S) FOR REVIEWER:
Are the restrictions and limitations placed upon the claimant's w ork activities by his attending physician reasonable and
consistent w ith the medical findings? Please explain.

[1929395: Entered By MUM on 01/15/2013 12:02:41 PM]
MEDICAL REVIEW RESPONSE

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Date Review Completed: 1.15.13
Completed by: Maureen Miller RN, BSN

R&L's as stated by AP: Per clarifying letter response 12.15.11 from Williams MD/ pain medicine (PM), the clmt could sit 4 hours
in an eight-hour day, occasionally lift/carry, push, pull. Can keyboarding and finger. Cannot squat, kneel, reach overhead, grasp.
Climb stairs: limited. No squatting, kneeling, climbing stairs, reaching over head, grasping. Unemployable at that time.

**Chronological Activity List**

Medical Issue: 
1. Review findings in file and provide comment on physician stated R&L's back to 12/7/2011. Benefits are considered to current.
2. Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide
appropriate R&L's and duration of each.

Summary of Data Reviewed:
Clmt is a 52 yo service / support clerk (sedentary per OA). DOD 7.9.11. BCD 1.5.12. Benefits considered to current. Dx
peripheral neuropathy. Peripheral neuropathy began following cervical discectomy surgery in 2008. Prior medical/surgical history
of ACDF C5-C6 and lumbar degenerative disc disease L2-S1, marked at L4-S1.

Clmt worked full time with modified job duties per neurosurgery records in the months prior to leave. According to pain medicine /
Williams MD ov 6.24.11 clmt had low back and lower extremity discomfort, recently worse, and an EMG suggested primary
peripheral neuropathy without evidence of radiculopathy, not amenable to surgery per PM. Neurontin and Lyrica produced
excessive sedation. Prescription for Trileptal was not utilized. Back injections did not resolve peripheral neuropathy. Williams
wrote the clmt found it difficult to remain in the workforce and agreed to a "temporary respite" from work effective 7/8 for 30 days.
Neurontin was restarted despite side effects though because it worked per pain medicine records.

During 7.26.11 PM ov clmt reported if he took his pain medication he was able to sit, stand and walk about at leisure and could
handle the pain but prolonged sitting in front of the computer made pain severe. PM indicated lumbar fusion surgery would be of
benefit, but due to size more than one level would not. On 8.3.11 PM wrote clmt saw Dr. Pendola last week for peripheral
neuropathy and was prescribed a gel and METRx (nutritional supplement) to help PN. Exam noted trace deep tendon reflexes at
knees and ankles, good strength on both sides, intact gross sensory exam, and reported pain with standing erect and bending at
waist.

On 9.15.11 clmt informed PM / Williams he could not sit prolonged periods or engage in significant activities prolonged periods
due to back pain. Treatment for peripheral neuropathy was not helping. Fusion, dorsal column stimulator (DCS) and intrathecal
infusion therapy were discussed, but DCS and intrathecal trial were suggested to get pain under adequate control so the clmt could
return to gainful employment per Williams. As of 10.13.11 clmt reported low back pain with prolonged sitting or standing and
bilateral foot pain increased with rest and prolonged ambulation. Aqua therapy was advised. During Pendola / neuro ov 10.26.11
clmt displayed mild decrease in vibratory sensation in feet but preserved light touch and temperature. Finger-nose maneuvers,
motor strength, gait and station all appeared normal. Reflexes were decreased in right knee. Wt 266 lbs at 6'5". Clmt referred for
anodyne therapy and shoe insertrs were advised to distribute weight.

During 11.10.11 PM exam clmt ambulated with unencumbered gait with cane in right hand, had intact upper extremity sensory and
motor function, restricted right shoulder motion, negative straight leg raise, intact motor function, sensory deficit about the feet in a
stocking distribution bilaterally. Clmt took Lortab 2-3 times a week for intermittent shoulder and foot pain. On 12.15.11 clmt
informed PM had difficulty driving with foot numbness and received no benefit from anodyne therapy. DCS was

discussed.
Neurosurgery recommended conservative care. File records indicated clmt had tried several meds for peripheral neuropathy but
reported intolerance to meds, even Aleve.

Emails 3.13.12 and 4.2.12 from clmt indicated he had a trial dorsal stimulator (DCS) placed in his back to help w ith neuropathic
pain (DCS also offered in 2011) but trial w as not successful and the permanent DCS w as not placed.

On 3.29.12 PM indicated clmt 7 of 10 pain in feet and low back and had antalgic gait w ith use of cane to aid ambulation. Norco
as needed w as refilled but clmt requested return to PCP McLaughlin, so f/u w ith PM w as set on an as needed basis.

ISS 4.26.12 indicated clmt present activities included some light housew ork and mow ing w hen able. Clmt noted symptoms of pain,
numbness and burning in hands and feet. Clmt reported he could not think he could stand, sit or w alk long periods of time. Clmt
required no hands-on help to safely perform ADLs.

Email 4.30.12 from clmt stated neurologist appt that day w as cancelled, the doctor he w as seeing w as no longer there, and they
had him scheduled for June 13th unless there w as a cancellation then he w ould be seen sooner.

Per Macdonald MD ov 6.13.12 clmt continued on hydrocodone/acetaminophen as needed. Clmt had decreased vibration in toes
compared to ankles, had normal pinprick sensation in feet, normal motor strength in low er extremities, normal gait, and 1+ ankle
jerks. Macdonald noted peripheral neuropathy w as stable and prescribed Lidoderm patch w orn on each foot, f/u in 6 mos.

SSDI w as aw arded July 2012. Rehab survey 8.1.12 indicated clmt sometimes used a cane depending on pain and balance.
Current med: hydrocodone as needed for pain. Activities included a little fishing even now and then. Clmt reported pain kept him
from concentrating, sitting or standing long periods. Clmt reported he could occasionally lift/carry up to 10 lbs, could sit one hour,
stand 15 min and w alk 15 minutes continuously, could occasionally balance and perform repetitive movements of hands and feet,
but could never climb, stoop, kneel, crouch, craw l or reach.

During neuro / Macdonald ov 12.13.12 clmt reported foot pain w as w orse at night and he had to rest w ith feet outside covers.
Lidoderm patches w ere not beneficial and he self-discontinued use. B6 level w as previously elevated (possible contributor to
neuropathy per providers) but returned to normal per lab mid-June 2012. Exam noted normal pinprick sensation in feet, decreased
vibration in toes compared to ankles, normal motor strength in legs, 2+ pedal pulses, normal gait, and normal speech. Neuro
ordered amitriptyline w ith f/u in one month.

Conclusion:
Other

Analysis and Rationale
Referral Questions and Answ ers:

Medical records denote history of peripheral neuropathy follow ing cervical surgery in 2008 and low back pain. Treatment for back
pain is beneficial but does not significantly impact leg pain. EMG over one year ago reveals peripheral neuropathy in low er
extremities but no evidence of radiculopathy. Lumbar MRI in 2011 denotes lumbar degenerative disc disease moreso in low spine.

Treatment for low back pain in form of injections and medications is somew hat effective. Dorsal column stimulator for peripheral
neuropathy is not effective and poorly tolerated. Medications to date including Neurontin and Lidoderm produce side effects and
do not control peripheral pain. Efficacy of amitriptyline prescribed by neurology mid-December 2012 is unclear.

No recent assessments of the back appear in exam findings. Clmt reports occasional use of cane depending on pain and balance as
of August 2012 and use of hydrocodone as needed for pain. Most recent exams in June and December 2012 identify some
decrease in ankle reflexes and some loss of vibratory sensation but normal pinprick sensation in feet, normal gait, and normal motor
strength in legs.

Clmt reports pain is not yet controlled but reports intermittent use of Lortab provides relief. Clmt also reports occasional use of
cane w hich according to provider records is self-directed w ith no documented use during most recent exams. Most recent exams
also denote normal gait w hich appears incongruent w ith cane use.

Physical exam findings per most recent exams do not appear to support restrictions / limitations issued over one year ago. The clmt
no longer sees the provider that issued prior restrictions/ limitations. It w ould be of benefit to obtain updated Abilities form from her
treating provider MacDonald / neurology for current restrictions / limitations.

Next Steps/Recommendations:
Obtain additional medical records: As noted in "Referral Questions and Answ ers"

Maureen Miller RN, BSN
Disability Nurse Consultant

[1926919: Entered By M2E on 01/11/2013 03:35:14 PM]
MEDICAL REVIEW
Ongoing Claim Review .
COD 1/5/14

DEMOGRAPHICS:
Date: January 11, 2013
Claimant: ARNOLD DIXON
Claim Number: 1120006734
Occupation: Service clerk and support analyst - Sedentary
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:1/5/2012
State Claimant Resides:TN
Reinsurer:

Other Coverage that had a Med Review ? NA
Date of Other Coverage Med Review : NA
Paper File? Yes
Attorney Contact? No
Are Main Duties Understood? Yes
MDA recommendations for recovery: N/a
Paid to Date: 1/5/13
Pertinent CA Score: 2-2-2-2

CLAIM MILESTONE AND RELEVANT DATES: (Select One And Delete The Rest):
Ongoing Claim Management

CURRENT PROVIDERS:
NameSpecialtyLast visit

Scott MacDonald Neuro12/13/12

MOST CURRENT APS/ABILITIES FORM/DR'S NOTE:
Date:12/7/2011Which Provider completed: Dr. Williams

Per Provider w hat are claimant's current Limitations?
Sit 4 hours, lift/carry occasionally, push pull occasionally, No squatting, kneeling, climbing stairs, reaching over head, grasping.

Per Provider w hat are claimant's current Restrictions?
Uanble to sit for greater than 4 hours, kneel or squat. Would consider unemployable. May not rtw to a sed occ.

SURGERY:
Name of Procedure:Date Performed:
Cervical disk surgery 2008

RECENT MEDICAL RECORDS:
Physical Exam:
12/13/12

X-Ray or MRI: 1/28/11 revealed multilevel degen disc changes and repeat on 2/10/11 revealed stable changes associated w ith some foraminal stenosis but no reported nerve root encroachement or stenosis.

Lab Results: 6/12 - lab note dated same show s high glucose, all other values normal.

STATEMENT OF MEDICAL ISSUE AND DIRECTION RECOMMENDATION:

Clmt is a 52 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy (began 2009) and degenerative disc disorder. Has issues w ith low er back and bilateral legs. Pt began experiencing numbness and burning in feet about 1 year after he underw ent cervical discectomy in 2008. has burning numb-like sensation in feet and hands. says skin is sensitive to touch. he stated he had to quit w orking because he couldn't tolerate the med like gabapentin and lyrica, w hich made him feel drunk, sleepy, sedate and w as concerned about having an accident at w ork or w hile driving. EMG 3/28/11 w as consistent w ith mild early neuropathy. has undergone epidural steroid injections w /o any sig improvement in low back pain. mri on 1/28/11 as above.

Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. 6/12 notes show s chronic low back pain. Most current note 12/13/12 states hx of peripheral neuropathy and pain in feet. notes show s has to rest w ith feet outside of covers,. has both burning and aching pain in his feet, w hich is w orse at night. states Lidoderm patches did not help, w as intolerant of Lyrica and neurontin. has tried gels on his feet and anodyne tx w /o relief. 6/12 w as unremarkable. Prescribed hydrocodone/acetominophen by the pain clinic. Normal pinprick in the feet. has decreased vibration in bl toes compared to ankles. Pedal pulses 2+ and symmetric. Gait normal. placed on trial of amitriptyline 25 mg. return in 1 mo.

SPECIFIC QUESTION(S) FOR REVIEWER:

1.Review findings in file and provide comment on physician stated R&L's back to 12/7/2011.
2.Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide
appropriate R&L's and duration of each.

## Chronological Activity List

| | | | | | |
|---|---|---|---|---|---|
| 1/11/2013 3:34:55 PM | Referrals | 15811: | UNKNOWN | Initial | MXEGGER |
| 1/15/2013 | Referrals | 15811: | UNKNOWN | Completed | MXEGGER |
| 1/15/2013 1:12:31 PM | Claim Tasks | 14 | Open Review | Requested | MXEGGER |
| | DOCSQL Investigation Type: Other<br>Source: ABILITIES FORM<br>3/19/13 - Dr. invoiced us for $20 for form per Allison Penke, med tech. m2eremailed 2/1/13 due to return for w rong address. m2eMailed 1/15/13 - recd from dr Macdonald? | | | | |
| 1/29/2013 5:29:25 PM | Documents/Mail | 27 | RETURN MAIL | Received | MXEGGER |
| | aw d via mail | | | | |
| 2/1/2013 | Documents/Mail | 27 | RETURN MAIL | Completed | MXEGGER |
| | aw d via mail | | | | |
| 2/7/2013 | Telephone (IN) | 76 | vicki s | Completed | MXPETER |
| | DOCSQL SubCategory: Medical Records<br>w /r scott mcdonald<br>rec'd req for form, $20 charge to fill it out. adv to fax invoice to 800-489-5615 | | | | |
| 3/14/2013 | Telephone (IN) | 79 | Vicky S. | Completed | EHZUROS |
| | DOCSQL SubCategory: EOB (post claim)<br>R Scott MCDonlad<br><br>MD office charging for abilities form to be filled out<br>advsd never recvd invoice<br>advsd of fax# | | | | |
| 3/17/2013 5:59:01 AM | Documents/Mail | 28 | Pre-Payment Invoice | Received | ANREINK |
| 3/19/2013 | Documents/Mail | 28 | Pre-Payment Invoice | Completed | ANREINK |
| 3/20/2013 5:09:16 PM | Documents/Mail | 29 | Incoming Correspondence | Received | MXEGGER |
| 3/22/2013 | Claim Tasks | 14 | Open Review | Completed | MXEGGER |
| | DOCSQL Investigation Type: Other<br>Source: ABILITIES FORM<br>3/19/13 - Dr. invoiced us for $20 for form per Allison Penke, med tech. m2eremailed 2/1/13 due to return for w rong address. m2eMailed 1/15/13 - recd from dr Macdonald? | | | | |
| 3/22/2013 | Documents/Mail | 29 | Incoming Correspondence | Completed | MXEGGER |
| 7/29/2013 11:13:55 AM | Medical | 9 | | Initial | JCNADEA |
| | 07/29/13 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 04/01/13 to present via FAX VLH. | | | | |
| 7/29/2013 11:15:54 AM | Medical | 10 | | Initial | JCNADEA |
| | 07/29/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 04/01/13 to present via FAX VLH. | | | | |
| 7/30/2013 1:27:35 PM | Documents/Mail | 30 | MEDICAL RECORDS | Received | JCNADEA |
| 7/30/2013 3:58:08 PM | Documents/Mail | 31 | MEDICAL RECORDS | Received | JCNADEA |
| 7/31/2013 | Documents/Mail | 30 | MEDICAL RECORDS | Completed | JCNADEA |
| 7/31/2013 | Documents/Mail | 31 | MEDICAL RECORDS | Completed | JCNADEA |
| 7/31/2013 8:54:19 AM | Claim Tasks | 10 | Call Claimant | Requested | AXNUTTE |
| | DOCSQL Investigation Type: Claimant Contact<br>Source: f/u w ith EE<br>7/31/13-MAIL RATIONALE: recvd notice that Associated Nuerologist had no recs on file for 4/1/13 to present. We did recv 6/20/13 OV note from Dr. W. Turney Williams MD. EE appeared w ith pain related complaints, notes numbness and pain fingertips bilaterally, feet bilaterally, as w ell as low back pain. EE states hands are becoming more painful than his feet. Back pain is relatively mild. EE notes significant w eakness.EE had trialed amitripyline but noted excessive sedation, EE discontinued use. Previous use of Neurotin and Lyrica w ere not w ell tolerated. EE continues to use hydrocortisone 10/500mg once per day. EE w ill not pursue any new medication trials at this time, Dr refilled EE's hydrocodone 10/325 mg. Dr discusses risks of addiction to opiates. PATH: Due to EE's continued level of pain an numbnessin both feet and hands, it's reasonable that EE is unable to perform main duties of his occ. Claim w ill remain open and supported for TDOO. Will continue to f/u w ith EE and Dr as needed. JCN | | | | |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/8/2013 | Medical | 9 | | Closed | JCNADEA |
| | 07/29/13 - office/treatment notes,diagnostic test results requested from DR TURNEY WILLIAMS for 04/01/13 to present via FAX VLH. | | | | |
| 8/8/2013 | Medical | 10 | | Closed | JCNADEA |
| | 07/29/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 04/01/13 to present via FAX VLH. | | | | |
| 8/12/2013 2:15:34 PM | Documents/Mail | 32 | MEDICAL RECORDS | Received | JCNADEA |
| 8/13/2013 | Documents/Mail | 32 | MEDICAL RECORDS | Completed | JCNADEA |
| 9/3/2013 2:23:54 PM | Claim Tasks | 21 | Open Review | Requested | AXNUTTE |
| | DOCSQL Investigation Type: Other<br>Source: mednot1 ltr-Assoc Neuro<br>9/3/13 ordered med recs from Associates Neuro from 8/1/13 to present and sent mednot1 ltr to clmt. s8b for jcn | | | | |
| 9/12/2013 3:49:47 PM | Medical | 11 | | Initial | AXNUTTE |
| | 10/2/13 rec'd med recs ASSOCIATED NEUROLOGIST DR SCOTT MADONALD 8/29/13 A5N9/24/13 DMB PD CC $ 20.00 ASSOCIATED NEUROLOGISTS FOR MED REC .DOB Hrs: 8-4:309/24/13 called dr office for status (option 6). invoice sent 9/13/13.s8b for jcn09/12/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 08/01/13 to present via FAX AYR. | | | | |
| 9/17/2013 2:29:41 PM | Documents/Mail | 33 | PRE-PAYMENT INVOICE | Received | DMB |
| 9/24/2013 | Documents/Mail | 33 | PRE-PAYMENT INVOICE | Completed | DMB |
| 9/26/2013 9:31:34 AM | Documents/Mail | 34 | MEDICAL RECORDS | Received | AXNUTTE |
| 10/2/2013 | Telephone (OUT) | 84 | ARNOLD DIXON | Completed | AXNUTTE |
| | 10/2/2013 pc to clmnt to let know am new bs and check on status of abilities form. see other bs sent it out but has not been returned. left voicemail for clmnt to return call. need abilities form for AO investigation. A5N | | | | |
| 10/2/2013 | Claim Tasks | 10 | Call Claimant | Completed | AXNUTTE |
| | DOCSQL Investigation Type: Claimant Contact<br>Source: f/u w ith EE<br>7/31/13-MAIL RATIONALE: recvd notice that Associated Nuerologist had no recs on file for 4/1/13 to present. We did recv 6/20/13 OV note from Dr. W. Turney Williams MD. EE appeared w ith pain related complaints, notes numbness and pain fingertips bilaterally, feet bilaterally, as w ell as low back pain. EE states hands are becoming more painful than his feet. Back pain is relatively mild. EE notes significant w eakness.EE had trialed amitripyline but noted excessive sedation, EE discontinued use. Previous use of Neurotin and Lyrica w ere not w ell tolerated. EE continues to use hydrocortisone 10/500mg once per day. EE w ill not pursue any new medication trials at this time, Dr refilled EE's hydrocodone 10/325 mg. Dr discusses risks of addiction to opiates. PATH: Due to EE's continued level of pain an numbnessin both feet and hands, it's reasonable that EE is unable to perform main duties of his occ. Claim w ill remain open and supported for TDOO. Will continue to f/u w ith EE and Dr as needed. JCN | | | | |
| 10/2/2013 | Medical | 11 | | Closed | AXNUTTE |
| | 10/2/13 rec'd med recs ASSOCIATED NEUROLOGIST DR SCOTT MADONALD 8/29/13 A5N9/24/13 DMB PD CC $ 20.00 ASSOCIATED NEUROLOGISTS FOR MED REC .DOB Hrs: 8-4:309/24/13 called dr office for status (option 6). invoice sent 9/13/13.s8b for jcn09/12/13 - office/treatment notes,diagnostic test results requested from ASSOCIATED NEUROLOGISTS for 08/01/13 to present via FAX AYR. | | | | |
| 10/2/2013 | Documents/Mail | 34 | MEDICAL RECORDS | Completed | AXNUTTE |
| 10/3/2013 | Telephone (OTHER) | 85 | ARNOLD DIXON | Completed | AXNUTTE |
| | 10/2/13 pc to clmnt per message rec'd. discussed abilities form and he said the neurologist w oudln't complete. does have ov w / DR. WILLIAMS in December so w ill email another abilities form to clmnt to have him complete. emaiiling form and clmnt w ill drop off and then pick back up at nov. clmnt still has a lot of pain in feet and back. states doesn't think he'll be ever able to w alk again. can't sit for long until tne neuropathy effects his feet and is in a lot of pain. told clmnt w ill just review claim, look over abilities once gets it back and then go from there. he had no other questions. A5N | | | | |
| 10/3/2013 | Claim Tasks | 21 | Open Review | Completed | AXNUTTE |
| | DOCSQL Investigation Type: Other<br>Source: mednot1 ltr-Assoc Neuro<br>9/3/13 ordered med recs from Associates Neuro from 8/1/13 to present and sent mednot1 ltr to clmt. s8b for jcn | | | | |
| 10/3/2013 | Claim Tasks | 31 | Ow n Occ - See Contract Language | Completed | AXNUTTE |
| | DOCSQL Investigation Type: Any Occ Investigation<br>Source: CALL CLMNT | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | cALL CLAIMANT IF NO ABILITIES FORM STILL OR HASN'T RETURNED CALL. also see if CT Should be done A5N9/3/13 ordered med recs from Associates Neuro from 8/1/13 to present and sent.8/22/13 Clmt has appt w ith Associates Neuro on 8/29/13. Request med records. Once rec'd continue w ith AO investigaiton. t1h for jcn7/22/13 - Recd auth, ISS, TMP. Ordering recs from TMPs to update for AO. ISS states clmt has no expectation of RTW. Has pain in hands, feet, and back, numbness and burning in hands nd feet w ith peripheral neuropathy. ACTION: Ordered recs from treating providers and mednotc1 sent. m2e | | | | |
| 10/3/2013 3:16:09 PM | Claim Tasks | 1 | Open Review | Requested | AXNUTTE |
| | DOCSQL Investigation Type: Other<br>Source: REVIEW CT | | | | |
| 10/24/2013 3:12:58 PM | Documents/Mail | 35 | MEDICAL RECORDS | Received | AXNUTTE |
| 10/25/2013 | Documents/Mail | 35 | MEDICAL RECORDS | Completed | AXNUTTE |
| 11/4/2013 | Claim Tasks | 1 | Open Review | Completed | AXNUTTE |
| | DOCSQL Investigation Type: Other<br>Source: REVIEW CT | | | | |
| 11/5/2013 | Referrals | 18439( | Occ Analysis | Completed | AXNUTTE |
| 11/5/2013 10:22:17 AM | Claim Tasks | 2 | Open Review | Requested | AXNUTTE |
| | DOCSQL Investigation Type: Other<br>Source: send med review<br>once voc done send for med review | | | | |
| 11/6/2013 4:29:44 PM | Referrals | 18461‹ | UNKNOWN | Initial | AXNUTTE |
| 11/11/2013 | Referrals | 18461‹ | UNKNOWN | Completed | AXNUTTE |
| 11/12/2013 | Claim Tasks | 2 | Open Review | Completed | AXNUTTE |
| | DOCSQL Investigation Type: Other<br>Source: send med review<br>once voc done send for med review | | | | |
| 11/13/2013 3:56:08 PM | Referrals | 18519 | TSA | Initial | AXNUTTE |
| 11/14/2013 | Referrals | 18519 | TSA | Completed | AXNUTTE |
| 11/15/2013 1:19:43 PM | Telephone (OTHER) | 86 | ARNOLD DIXON | Completed | AXNUTTE |
| | *************FINAL PAYMENT TO 1/5/2014**************************11/15/13 pc to clmnt let him know that as of 1/5/14 benefits have been denied and no more payments w ill be made. sending detailed letter w ith explanation and option for appeal if chooses to do so. can contact me if w ould like to go over this letter once receives it. left number for clmnt to call back. A5N | | | | |
| 11/18/2013 | Telephone (IN) | 87 | ARNOLD DIXON | Completed | AXNUTTE |
| | 11/18/13 pc from clmnt regarding voicemail I left. told him that as of cod 1/5/14 benefits have been denied. clmnt said not sure how he is supposed to w ork as he cannot even w ear shoes for more than a few hours. let him know I have sent a letter explaining in detail how w e came to this decision and he has the option for appeal. clmnt said w ould probably file that appeal then as he doesn't know w ho w ould hire him. let him know if he has questions regarding that letter to can give me a call. he had no other questions at this time. A5N | | | | |
| 11/20/2013 | Claim Tasks | 30 | Update Claim Information | Completed | AXNUTTE |
| | DOCSQL Investigation Type: Claim Update<br>Source: 6 months prior to MBD | | | | |
| 11/20/2013 | Claim Tasks | 32 | Call Claimant | Completed | AXNUTTE |
| | DOCSQL Investigation Type: Claimant Contact<br>Source: CALL CLAIMANT<br>CALL CLAIMANT IF NO ABILITIES FORM A5N3 MONTH F/U CALL TO CLMTORDER UPDATED RECORDS*******************************3/4/13 - mednotc2 sent for abilities form. m2e1/11/13 - med review submitted. m2eMED RECS?OVP RECD9/11/12 - rerun complete and emailed clmt re ovp. m2e9/6/12 - Rerun ovp numbers. m2e8/1/12 - emailed rehab survey. Recd? send for med review and set f/u out to 10/30/12 w hen recd. m2e7/30/12- called clmt for f/u call. he stated he is about the same and at this point they can't do any sx. he has the peripheral neuropathy for unknow n reasons. stated he saw the neurologist in June and gave me Dr. Robert MacDonald at Kingsport Neurology for a f/u. i advised i w ould order records. he stated he is still on pain meds, but | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

nothing has changed healthw ise. advised he w as aw arded ssdi but doesnt know date or amt yet. said he w ould contact us asap and understood the ovp. stated he w ould pay atty and us and understood how that all w orks. i advised i w ould update records from dr. macdonald and f/u w ith him accordingly. he also advised w e could use email to communicate and gave me cell # of m2e7/25/12- submitted for med recs from new dr to get recs for med rev. w hen recd, submit for review . m2e7/24/12 - l/m for clmt. m2e

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/21/2013 8:57:04 PM | Status | | Not TD Any Occ | CLOSED | AXNUTTE |
| 12/16/2013 | Telephone (IN) | 88 | ARNOLD DIXON | Completed | AXNUTTE |

*************FINAL PAYMENT TO 1/5/2014**************************12/16/2013 rec'd pc from clmnt about w anting to send in more med recs. he is going to fax updated info in to me. told that after w e w ould review it, if claim still denied then he w ould need to file appeal. but can send those med recs to me for review of benefits beyond 1/5/14. clmnt said w ould fax those over in a couple days. w ill w atch out for them and w ill contact him if need anything. he said he also w ill send in a new abilities form his physician completed. A5N

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/20/2013 | Telephone (OUT) | 89 | ARNOLD DIXON | Completed | AXNUTTE |

*************FINAL PAYMENT TO 1/5/2014**************************12/20/13 pc to clmnt per message rec'd. he is sending in a letter w ith questions about the denial and he doesn't understand as the letter w e sent him states that he can only w ork 4 hours a day. he said that isn't full time and w ith the pain he experiences in feet and back and everything he cannot w ork. told him to fax over all his questions and notes he has, including updated abilities he got. I w ill review . how ever reiterated he very w ell may have to file that appeal. clnt understood w ill fax over info. A5N

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/27/2013 | Appeal | 1 | Level 1 | New | NLGREGO |

Appeal Reason: 3f Denial of claim.

Appealed by: ARNOLD DIXON

Source State: TN

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/27/2013 3:24:37 PM | Status | | | REOPENED | AXNUTTE |
| 12/27/2013 3:24:41 PM | Status | | | CONTESTED | AXNUTTE |
| 1/6/2014 | Telephone (OUT) | 90 | ARNOLD DIXON | Completed | NLGREGO |

1/6/14 TELE lvm for ack appl for EE explained ERISA TAT's and left contact info - advised w e w ould w ait for final documents prior to proceeding NLG

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/6/2014 11:44:16 AM | Claim Tasks | 15 | Update Claim Direction | Requested | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Appeals 90 Day
Tolling 2/10/14 - 2/21/14 / 11 days 3/27/14 + 11 = 4/7/143/27/14

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/6/2014 11:46:01 AM | Claim Tasks | 16 | Update Claim Direction | Requested | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Appeals 45 Day
2/10/14 AWD per 1/31 phone call, ee is sending more info - sent 45 day no-info letter w ith 30 day extension notice NLG1/31/14 TELE ee called and w e discussed medrecs - he had testing yesterday, expects it to be back to his Dr in 7-10 days, and w ill forw ard it to me w hen done. 30 day is next w eek, so w ill close flup and call EE on 2/10 (45th day) if info isn't here prior to that NLG2/10/2014

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/6/2014 11:47:15 AM | Claim Tasks | 17 | Update Claim Direction | Requested | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Appeals 30 Day
1/31/14 TELE ee called and w e discussed medrecs - he had testing yesterday, expects it to be back to his Dr in 7-10 days, and w ill forw ard it to me w hen done. 30 day is next w eek, so w ill close flup and call EE on 2/10 (45th day) if info isn't here prior to that NLG2/5/2014

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/7/2014 | Telephone (IN) | 91 | ARNOLD DIXON | Completed | NLGREGO |

1/7/14 TELE ee called to let us know that he is seeing neuro next w eek and w ill send more notes - w e discussed how clinical notes are review ed and used in the appeals process, w hich w ill include the info already in the file. Discussed TSA and occipations that w ere listed in denial - ee noted that the occs noted are very similar to one he had during OO - I noted that I had seen his comments in appeal letter and planned on having this evaluated if needed as w ell. NLG

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/15/2014 | Telephone (IN) | 92 | ARNOLD DIXON | Completed | NLGREGO |

1/15/14 TELE ee lvm w ith update - saw Neuro had tests, more tests tomorrow , w ill send all meds w hen complete NLG

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/23/2014 | Telephone (IN) | 93 | ARNOLD DIXON | Completed | NLGREGO |

1/23/14 TELE ee lvm stating he saw Dr and has more tests scheduled for 1/29, w ill send them once complete - stated he did not need a c/b NLG

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/31/2014 | Telephone (IN) | 94 | ARNOLD DIXON | Completed | NLGREGO |

1/31/14 TELE ee called and w e discussed medrecs - he had testing yesterday, expects it to be back to his Dr in 7-10 days, and w ill forw ard it to me w hen done. 30 day is next w eek, so w ill close flup and call EE on 2/10 (45th day) if info isn't here prior to that NLG

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/5/2014 | Claim Tasks | 17 | Update Claim Direction | Completed | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Appeals 30 Day
1/31/14 TELE ee called and w e discussed medrecs - he had testing yesterday, expects it to be back to his Dr in 7-10 days, and w ill forw ard it to me w hen done. 30 day is next w eek, so w ill close flup and call EE on 2/10 (45th day) if info isn't here prior to that NLG2/5/2014

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/12/2014 | Telephone (OUT) | 95 | ARNOLD DIXON | Completed | NLGREGO |

2/12/14 TELE ee lvm stating testing w as done, show ed significantly reduced nerve ending signals synonymous w ith neropathy - has ov w ith neuro to go over tests and w ill have records sent by Monday NLG

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/20/2014 | Telephone (IN) | 96 | ARNOLD DIXON | Completed | NLGREGO |

2/20/14 TELE / AWD ee lvm requesting I e-mail him at so he could reply w ith medical records - see AWD for the e-mail out NLG

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/21/2014 | Claim Tasks | 16 | Update Claim Direction | Completed | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Appeals 45 Day
2/10/14 AWD per 1/31 phone call, ee is sending more info - sent 45 day no-info letter w ith 30 day extension notice NLG1/31/14 TELE ee called and w e discussed medrecs - he had testing yesterday, expects it to be back to his Dr in 7-10 days, and w ill forw ard it to me w hen done. 30 day is next w eek, so w ill close flup and call EE on 2/10 (45th day) if info isn't here prior to that NLG2/10/2014

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/21/2014 2:19:10 PM | Referrals | 19333 | UNKNOWN | Initial | NLGREGO |

[2379835: Entered By SWR on 03/10/2014 07:27:43 AM]
3/10/14 - Report from NMR # 239186 w as rec'd and sent to Disability Claims Intake for attachment to AWD - SWR

[2369971: Entered By SWR on 02/28/2014 09:41:05 AM]
2/28/14 - Case Submitted to NMR # 239186 for peer review w ith a Neurology w / Pain Medicine Physician - SWR
Please see ext tab for notes.

[2367039: Entered By NLG on 02/26/2014 12:57:38 PM]
Specialty Requested: Neurology w ith Pain Medicine
Claimant's Physician Name and Specialty: Scott Macdonald, MD, Neurology
Claimant's Physician Phone Number: 423-247-5553
Claimant's Physician Name and Specialty: Turney Willians, MD, Pain Medicine
Claimant's Physician Phone Number: 423-392-6690
Has this file had a prior external review ? No

Claim Summary

Arnold Dixon is a 51 year old User Support Analyst that stopped w orking on 7/9/2011 due to idiopathic peripheral neuropathy. It w as previously determined that Mr. Dixon met the policy definition of disability to 1/5/2014.

At this time w e are review ing w hether or not the evidence w ithin the file supports findings of w arranted restrictions and/or

limitations that w ould preclude his ability to perform in a sedentary occupation on a full-time basis from 1/5/2014 forw ard.

A Sedentary Occupation consists of:
· Sitting for 6 hours out of an 8 hour day
· Lifting no more than 10 lbs occasionally (0-20 times a day)
· Possible frequent lifting of small objects w eighing less than 10 lbs (files, dockets, ledgers, etc.)

Please respond to the specific questions below and provide the rationale for your opinion.

Questions

1.Please state your findings upon review of the medical information.

2.Provide a description of those claimant impairments, if any, that are supported by the medical records, and outline
how these impairments w ould translate into functional limitations and/or medically appropriate restrictions.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to w hich the limitations and/or restrictions apply.

3.Are the restrictions or limitations placed upon the claimant's w ork activities by the attending physician(s) reasonable and consistent w ith the medical findings? Please explain.

4.Based on this claimant's medication list are there any side effects from any of the medications that w ould have an impact on occupational functioning? If so, please outline and elaborate the effects along w ith your clinical rationale.

[2365687: Entered By C1G on 02/25/2014 03:08:02 PM]
File presented for Appeal Direction. Participants included Bryan Gall NP, C1G and NLG.
Referring for Neurology peer review w ith subspecialty in pain management w ith doctor to doctor call if necessary.

[2362129: Entered By NLG on 02/21/2014 02:19:20 PM]

Date:2/21/14
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Documents in AWD:Y

Claim Demographics
Age: 53
State Claimant Resides: TN
Date of Disability: 7/9/2011
EP: 180
Benefits Commencement Date: 10/7/2011
Benefits Paid To: 1/5/2014
Monthly Net Benefit:$2537.50 - SSDI 1658 = $879.50
Max Duration Date:6/26/25
Occupation at DOD: User support analyst / service clerk
DOT Classification: Sed
Primary Diagnoses:idiopathic peripheral neuropathy
Secondary/CoMorbid Diagnosis: ----
New diagnoses identified upon appeal (if any):----
1st Appeal OR 2nd Appeal1st
ERISA OR NON-ERISA ERISA
How w as ERISA/NON-ERISA determined? Docs
If LTD Appeal - Life Waiver Claim status----

Claim milestone and relevant dates
Change of Definition date:1/5/14

Occupations provided by TSA being disputed?Sed

Current Providers last 18 to 24 months (If more than one then copy paste template)
R. Scott Macdonald, MD Neurology 423-247-5553 1/30/14 pathology / skin biopsy noting abnormal nerve density / small fiber peripheral neropathy
of the right calf and foot

Turney Williams, MD PM 423-392-6690: 12/5/13: 0-10# lift carry occasionally; Sit/Stand/Walk occasionally less than 1 hour continuous & less than
4 hours per day; Occasionally finger - difficulty w ith repetitive use of hands due to numbness; pt requires supine w ith feet elevated @ 2-3 hours
due to pain and sw elling.

INITIAL CLAIM DECISION
Reason for original claim determination:Not TDAO
Review type at claim decision:NCM

Appeal being discussed
Reasons for disagreement as explained in appeal: Arnold Dixon is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx
w /peripheral neuropathy and degenerative disc disorder. Clmt underw ent neck sx in 2008 to have disc removed. Has been told sx isn't an option
w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January
2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. Williams feels clmt cannot rtw in a sed position as cannot sit
longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. Disagrees w ith AO denial due to back pain and
neuropathy, pain meds, medications cause drow siness and concentration issues. States w earing shoes / socks intensifies neuropathy pain and
has to use a cane to prevent stumbling. Disagrees that he w ould be able to meet DOL definition of sedentary w ork as he cannot sit for 6 hours doe
to pain in feel w hich requires him to recline and elevate feet. States that OO job w as sedentary and that he w as disabled from that and therefore
should be disabled from any sed job for AO. Details disagreement w ith identified occupations mainly due to lack of training or outdated skills.

Information Submitted w ith appeal: Abilities form Dr Williams, pathology report Dr Macdonald

Recommendation: Neurology peer w ith Dr to Dr call

[2251719: Entered By PXN on 11/11/2013 10:50:10 AM]
Clinical Review

Claimant name: Arnold Dixon
Claim number: 112006734

Documents review ed:

Conclusion: Medical findings do not support functional impairment d/t lumbar disc degeneration or peripheral neuropathy.

Rationale: Clmt is a 53 year old male control clerk, sedentary per OA, w ho last w orked 7/8/11. Diagnosis is peripheral neuropathy. Abilities form from pain management/Williams 10/24/13, able to lift up to 10# occasionally, sit < 4 hours every day, never climb bend, kneel or squat.

Clmt left w ork w ith c/o low back and low er extremity pain. 1/28/11 MRI lumbar spine show ed multilevel degenerative changes L1 to S1, some associated foraminal stenosis, no nerve root compression. In 2008 C5-C6 fusion
performed, MRI cervical spine 2/10/11, stable multilevel degenerative changes w ith some foraminal stenosis, no verve root compression. 3/29/11 EMG/NCV low er extremities show ed no radiculopathy, early peripheral right low er

extremity. Multiple medications and injections have been given trials w ithout relief of pain. Neurosurgical evaluation did not find clmt to be a surgical candidate.

He has been under the care of Williams/pain management, most recent f/u 6/20/13. C/o numbness/pain fingertips bilaterally, feet bilaterally and low back pain, hands more painful than feet. Physical exam show s he w alks w ith an unencumbered gait, sensory deficit all fingers, mild feet to ankle sensory deficits, 5/5 motor strength. Hydrocodone is renew ed, noted to take infrequently.

Most recent neurology/Macdonald visit of 8/29/13. Clmt states he w ent to an Orange and White scrimmage but had to leave at half-time d/t pain in legs. Notes multiple meds cause sedation and discontinued, agree to try low dose gabapentin once again. PE show s decreased pinprick bilateral feet and diminished vibratory sensation to toes, motor
strength intact.

The only restriction/limitation preventing sedentary w ork is sitting for < 4 hours. There is no pathology behind this condition by MRI or EMG. There is no danger in sitting. He may rise from a sitting position as needed, this is not an accommodation.

Patricia Neary RN
Disability Nurse Consultant

[2248127: Entered By A5N on 11/06/2013 04:29:59 PM]
MEDICAL REVIEW

DEMOGRAPHICS:

Date: November 4, 2013
Claimant: ARNOLD DIXON
Claim Number: 1120006734
Occupation: Control Clerk
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:1/5/2012
State Claimant Resides:TN

Current Height: 77 Weight: 260
Previous Med Review ? STD 8/17/11 addendums added through 12/28/11 LTD 1/11/2013
MDA recommendations for recovery:
Pertinent CA Score:2

CLAIM MILESTONE AND RELEVANT DATES: (Select One And Delete The Rest):
Ongoing Claim Management w ith Paid to Date:
Change of Definition w ith Paid to Date:COD date:1/5/2014

CURRENT PROVIDERS:
NameSpecialtyLast visit
Dr. Scott Macdonald Neurologist 8/29/13
Dr. Turney Williams Pain management 6/20/2013

MAIN DUTIES OF OCCUPATION:
Managed other w orkers in their duties
Provided techincal support and training.
Billed customers for service w ork.
Handled customer disputes

MOST CURRENT APS/ABILITIES FORM/DR'S NOTE:

Date:Which Provider completed:
1024/13 Dr. Turney Williams

Per Provider w hat are claimant's current Restrictions &Limitations?

Can occasionally lift up to 10 lbs, and can sit less than 4 hours a day. Can never climb, bend, kneel, or squat. Considered unemployed

SURGERY:
Name of Procedure:Date Performed:
Cervical Discectomy 2008

8/18/11Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.

RECENT MEDICAL RECORDS:
Physical Exam:

X-Ray or MRI:
MRI spine 1/28/11 show ed multi-level degenerative disc changes. Facet Hypertrophy noted at L1-L2, L3-L4, L4-L5, and L5-S1.

MRI cervical spine 2/10/11 revealed stable multi-level degenerative changes associate w / some of the foraminal stenosis but no reported nerve root encroachment or stenosis.

MRI C spine w /out contrast 4/18/11. Stable MRI of cervical spine w /out contrast w hen compared to exam on 10/21/10 demonstrating some moderate to severe central stenosis at both C4-C5 and at C5-C6 w / some deformity of cord at these levels.

Lab Results:

STATEMENT OF MEDICAL ISSUE AND DIRECTION RECOMMENDATION:
Clmnt is 53 yom, Control Clerk (OA=sed) dx idiopathic peripheral neuropathy. ldw 7/8/11, dod 7/9/11, cod 1/5/14. Clmnt states that he still has a lot of pain in his feet and in his back. Doesn't think he w ill be able to w alk again and cannot sit for long before the neuropathy affects his feet. Also has reported employer w on't let him w ork w hile on paid medications. The most current medical records w e have are from his neurologist Dr. MacDonald that are dated 8/29/13. Had an exam w hich show ed decreased pinprick in bilateral feet and decreased vibration in bilateral toes compared to ankles and fingertips compared to w rists. Motor strength is in tact, and gait is normal. Started gabapentin 100 mg for first month and then should begin 300 mg gabapentin next month w ith 6 refills. Won't have next ov w / neurologist until January 2014. Had the abilities form completed on 10/24/13 by pain management doctor w ho states R&L's are occasionally able to lift up to 10 lbs and can sit no more than 4 hours a day. Can never climb, bend, kneel or squat.

SPECIFIC QUESTION(S) FOR REVIEWER:
Are the restrictions and limitations placed upon the claimant's w ork activities by his attending physician reasonable and
consistent w ith the medical findings? Please explain.

[1929395: Entered By MUM on 01/15/2013 12:02:41 PM]
MEDICAL REVIEW RESPONSE

Claimant Name: Arnold Dixon

Claim Number: 1120006734
Date Review Completed: 1.15.13
Completed by: Maureen Miller RN, BSN

R&L's as stated by AP: Per clarifying letter response 12.15.11 from Williams MD/ pain medicine (PM), the clmt could sit 4 hours
in an eight-hour day, occasionally lift/carry, push, pull. Can keyboarding and finger. Cannot squat, kneel, reach overhead, grasp.
Climb stairs: limited. No squatting, kneeling, climbing stairs, reaching over head, grasping. Unemployable at that time.

Medical Issue: 
1. Review findings in file and provide comment on physician stated R&L's back to 12/7/2011. Benefits are considered to current.
2. Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide
appropriate R&L's and duration of each.

Summary of Data Reviewed:
Clmt is a 52 yo service / support clerk (sedentary per OA). DOD 7.9.11. BCD 1.5.12. Benefits considered to current. Dx
peripheral neuropathy. Peripheral neuropathy began following cervical discectomy surgery in 2008. Prior medical/surgical history
of ACDF C5-C6 and lumbar degenerative disc disease L2-S1, marked at L4-S1.

Clmt worked full time with modified job duties per neurosurgery records in the months prior to leave. According to pain medicine /
Williams MD ov 6.24.11 clmt had low back and lower extremity discomfort, recently worse, and an EMG suggested primary
peripheral neuropathy without evidence of radiculopathy, not amenable to surgery per PM. Neurontin and Lyrica produced
excessive sedation. Prescription for Trileptal was not utilized. Back injections did not resolve peripheral neuropathy. Williams
wrote the clmt found it difficult to remain in the workforce and agreed to a "temporary respite" from work effective 7/8 for 30 days.
Neurontin was restarted despite side effects though because it worked per pain medicine records.

During 7.26.11 PM ov clmt reported if he took his pain medication he was able to sit, stand and walk about at leisure and could
handle the pain but prolonged sitting in front of the computer made pain severe. PM indicated lumbar fusion surgery would be of
benefit, but due to size more than one level would not. On 8.3.11 PM wrote clmt saw Dr. Pendola last week for peripheral
neuropathy and was prescribed a gel and METRx (nutritional supplement) to help PN. Exam noted trace deep tendon reflexes at
knees and ankles, good strength on both sides, intact gross sensory exam, and reported pain with standing erect and bending at
waist.

On 9.15.11 clmt informed PM / Williams he could not sit prolonged periods or engage in significant activities prolonged periods
due to back pain. Treatment for peripheral neuropathy was not helping. Fusion, dorsal column stimulator (DCS) and intrathecal
infusion therapy were discussed, but DCS and intrathecal trial were suggested to get pain under adequate control so the clmt could
return to gainful employment per Williams. As of 10.13.11 clmt reported low back pain with prolonged sitting or standing and
bilateral foot pain increased with rest and prolonged ambulation. Aqua therapy was advised. During Pendola / neuro ov 10.26.11
clmt displayed mild decrease in vibratory sensation in feet but preserved light touch and temperature. Finger-nose maneuvers,
motor strength, gait and station all appeared normal. Reflexes were decreased in right knee. Wt 266 lbs at 6'5". Clmt referred for

anodyne therapy and shoe insertrs w ere advised to distribute w eight.

During 11.10.11 PM exam clmt ambulated w ith unencumbered gait w ith cane in right hand, had intact upper extremity sensory and
motor function, restricted right shoulder motion, negative straight leg raise, intact motor function, sensory deficit about the feet in a
stocking distribution bilaterally. Clmt took Lortab 2-3 times a w eek for intermittent shoulder and foot pain. On 12.15.11 clmt
informed PM had difficulty driving w ith foot numbness and received no benefit from anodyne therapy. DCS w as discussed.
Neurosurgery recommended conservative care. File records indicated clmt had tried several meds for peripheral neuropathy but
reported intolerance to meds, even Aleve.

Emails 3.13.12 and 4.2.12 from clmt indicated he had a trial dorsal stimulator (DCS) placed in his back to help w ith neuropathic
pain (DCS also offered in 2011) but trial w as not successful and the permanent DCS w as not placed.

On 3.29.12 PM indicated clmt 7 of 10 pain in feet and low back and had antalgic gait w ith use of cane to aid ambulation. Norco
as needed w as refilled but clmt requested return to PCP McLaughlin, so f/u w ith PM w as set on an as needed basis.

ISS 4.26.12 indicated clmt present activities included some light housew ork and mow ing w hen able. Clmt noted symptoms of pain,
numbness and burning in hands and feet. Clmt reported he could not think he could stand, sit or w alk long periods of time. Clmt
required no hands-on help to safely perform ADLs.

Email 4.30.12 from clmt stated neurologist appt that day w as cancelled, the doctor he w as seeing w as no longer there, and they
had him scheduled for June 13th unless there w as a cancellation then he w ould be seen sooner.

Per Macdonald MD ov 6.13.12 clmt continued on hydrocodone/acetaminophen as needed. Clmt had decreased vibration in toes
compared to ankles, had normal pinprick sensation in feet, normal motor strength in low er extremities, normal gait, and 1+ ankle
jerks. Macdonald noted peripheral neuropathy w as stable and prescribed Lidoderm patch w orn on each foot, f/u in 6 mos.

SSDI w as aw arded July 2012. Rehab survey 8.1.12 indicated clmt sometimes used a cane depending on pain and balance.
Current med: hydrocodone as needed for pain. Activities included a little fishing even now and then. Clmt reported pain kept him
from concentrating, sitting or standing long periods. Clmt reported he could occasionally lift/carry up to 10 lbs, could sit one hour,
stand 15 min and w alk 15 minutes continuously, could occasionally balance and perform repetitive movements of hands and feet,
but could never climb, stoop, kneel, crouch, craw l or reach.

During neuro / Macdonald ov 12.13.12 clmt reported foot pain w as w orse at night and he had to rest w ith feet outside covers.
Lidoderm patches w ere not beneficial and he self-discontinued use. B6 level w as previously elevated (possible contributor to
neuropathy per providers) but returned to normal per lab mid-June 2012. Exam noted normal pinprick sensation in feet, decreased
vibration in toes compared to ankles, normal motor strength in legs, 2+ pedal pulses, normal gait, and normal speech. Neuro
ordered amitriptyline w ith f/u in one month.

Conclusion:
Other

Analysis and Rationale
Referral Questions and Answ ers:

Medical records denote history of peripheral neuropathy follow ing cervical surgery in 2008 and low back pain. Treatment for back
pain is beneficial but does not significantly impact leg pain. EMG over one year ago reveals peripheral neuropathy in low er
extremities but no evidence of radiculopathy. Lumbar MRI in 2011 denotes lumbar degenerative disc disease moreso in low spine.
Treatment for low back pain in form of injections and medications is somew hat effective. Dorsal column stimulator for peripheral
neuropathy is not effective and poorly tolerated. Medications to date including Neurontin and Lidoderm produce side effects and
do not control peripheral pain. Efficacy of amitriptyline prescribed by neurology mid-December 2012 is unclear.

No recent assessments of the back appear in exam findings. Clmt reports occasional use of cane depending on pain and balance as
of August 2012 and use of hydrocodone as needed for pain. Most recent exams in June and December 2012 identify some
decrease in ankle reflexes and some loss of vibratory sensation but normal pinprick sensation in feet, normal gait, and normal motor
strength in legs.

Clmt reports pain is not yet controlled but reports intermittent use of Lortab provides relief. Clmt also reports occasional use of
cane w hich according to provider records is self-directed w ith no documented use during most recent exams. Most recent exams
also denote normal gait w hich appears incongruent w ith cane use.

Physical exam findings per most recent exams do not appear to support restrictions / limitations issued over one year ago. The clmt
no longer sees the provider that issued prior restrictions/ limitations. It w ould be of benefit to obtain updated Abilities form from her
treating provider MacDonald / neurology for current restrictions / limitations.

Next Steps/Recommendations:
Obtain additional medical records: As noted in “Referral Questions and Answ ers”

Maureen Miller RN, BSN
Disability Nurse Consultant

[1926919: Entered By M2E on 01/11/2013 03:35:14 PM]
MEDICAL REVIEW
Ongoing Claim Review .
COD 1/5/14

DEMOGRAPHICS:
Date: January 11, 2013
Claimant: ARNOLD DIXON
Claim Number: 1120006734
Occupation: Service clerk and support analyst - Sedentary
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:1/5/2012
State Claimant Resides:TN
Reinsurer:

Other Coverage that had a Med Review ? NA
Date of Other Coverage Med Review : NA

Paper File? Yes
Attorney Contact? No
Are Main Duties Understood? Yes
MDA recommendations for recovery: N/a
Paid to Date: 1/5/13
Pertinent CA Score: 2-2-2-2

CLAIM MILESTONE AND RELEVANT DATES: (Select One And Delete The Rest):
Ongoing Claim Management

CURRENT PROVIDERS:
NameSpecialtyLast visit

Scott MacDonald Neuro12/13/12

MOST CURRENT APS/ABILITIES FORM/DR'S NOTE:
Date:12/7/2011Which Provider completed: Dr. Williams

Per Provider w hat are claimant's current Limitations?
Sit 4 hours, lift/carry occasionally, push pull occasionally, No squatting, kneeling, climbing stairs, reaching over head, grasping.

Per Provider w hat are claimant's current Restrictions?
Uanble to sit for greater than 4 hours, kneel or squat. Would consider unemployable. May not rtw to a sed occ.

SURGERY:
Name of Procedure:Date Performed:
Cervical disk surgery 2008

RECENT MEDICAL RECORDS:
Physical Exam:
12/13/12

X-Ray or MRI: 1/28/11 revealed multilevel degen disc changes and repeat on 2/10/11 revealed stable changes associated w ith some foraminal stenosis but no reported nerve root encroachement or stenosis.

Lab Results: 6/12 - lab note dated same show s high glucose, all other values normal.

STATEMENT OF MEDICAL ISSUE AND DIRECTION RECOMMENDATION:

Clmt is a 52 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy (began 2009) and degenerative disc disorder. Has issues w ith low er back and bilateral legs. Pt began experiencing numbness and burning in feet about 1 year after he underw ent cervical discectomy in 2008. has burning numb-like sensation in feet and hands. says skin is sensitive to touch. he stated he had to quit w orking because he couldn't tolerate the med like gabapentin and lyrica, w hich made him feel drunk, sleepy, sedate and w as concerned about having an accident at w ork or w hile driving. EMG 3/28/11 w as consistent w ith mild early neuropathy. has undergone epidural steroid injections w /o any sig improvement in low back pain. mri on 1/28/11 as above.

Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. 6/12 notes show s chronic low back pain. Most current note 12/13/12 states hx of peripheral neuropathy and pain in feet. notes show s has to rest w ith feet outside of covers,. has both burning and aching pain in his feet, w hich is w orse at night. states Lidoderm patches did not help, w as intolerant of Lyrica and neurontin. has tried gels on his feet and anodyne tx w /o relief. 6/12 w as unremarkable. Prescribed hydrocodone/acetominophen by the pain clinic. Normal pinprick in the feet. has decreased vibration in bl toes compared to ankles. Pedal pulses 2+ and symmetric. Gait normal. placed on trial of amitriptyline 25 mg. return in 1 mo.

SPECIFIC QUESTION(S) FOR REVIEWER:

1.Review findings in file and provide comment on physician stated R&L's back to 12/7/2011.
2.Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide
appropriate R&L's and duration of each.

| | | | | | |
|---|---|---|---|---|---|
| 2/25/2014 | Referrals | 19333 | UNKNOWN | Completed | NLGREGO |

[2379835: Entered By SWR on 03/10/2014 07:27:43 AM]
3/10/14 - Report from NMR # 239186 was rec'd and sent to Disability Claims Intake for attachment to AWD - SWR

[2369971: Entered By SWR on 02/28/2014 09:41:05 AM]
2/28/14 - Case Submitted to NMR # 239186 for peer review with a Neurology w/ Pain Medicine Physician - SWR
Please see ext tab for notes.

[2367039: Entered By NLG on 02/26/2014 12:57:38 PM]
Specialty Requested: Neurology with Pain Medicine
Claimant's Physician Name and Specialty: Scott Macdonald, MD, Neurology
Claimant's Physician Phone Number: 423-247-5553
Claimant's Physician Name and Specialty: Turney Willians, MD, Pain Medicine
Claimant's Physician Phone Number: 423-392-6690
Has this file had a prior external review? No

Claim Summary

Arnold Dixon is a 51 year old User Support Analyst that stopped working on 7/9/2011 due to idiopathic peripheral neuropathy. It was previously determined that Mr. Dixon met the policy definition of disability to 1/5/2014.

At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or
limitations that would preclude his ability to perform in a sedentary occupation on a full-time basis from 1/5/2014 forward.

A Sedentary Occupation consists of:
· Sitting for 6 hours out of an 8 hour day
· Lifting no more than 10 lbs occasionally (0-20 times a day)
· Possible frequent lifting of small objects weighing less than 10 lbs (files, dockets, ledgers, etc.)

Please respond to the specific questions below and provide the rationale for your opinion.

Questions

1.Please state your findings upon review of the medical information.

2.Provide a description of those claimant impairments, if any, that are supported by the medical records, and outline
how these impairments would translate into functional limitations and/or medically appropriate restrictions.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.

3.Are the restrictions or limitations placed upon the claimant's work activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.

4.Based on this claimant's medication list are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate the effects along with your clinical rationale.

[2365687: Entered By C1G on 02/25/2014 03:08:02 PM]
File presented for Appeal Direction. Participants included Bryan Gall NP, C1G and NLG.
Referring for Neurology peer review with subspecialty in pain management with doctor to doctor call if necessary.

[2362129: Entered By NLG on 02/21/2014 02:19:20 PM]

Date:2/21/14
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Documents in AWD:Y

Claim Demographics
Age: 53
State Claimant Resides: TN
Date of Disability: 7/9/2011
EP: 180
Benefits Commencement Date: 10/7/2011
Benefits Paid To: 1/5/2014
Monthly Net Benefit:$2537.50 - SSDI 1658 = $879.50
Max Duration Date:6/26/25
Occupation at DOD: User support analyst / service clerk
DOT Classification: Sed
Primary Diagnoses:idiopathic peripheral neuropathy
Secondary/CoMorbid Diagnosis: ----
New diagnoses identified upon appeal (if any):----
1st Appeal OR 2nd Appeal1st
ERISA OR NON-ERISA ERISA
How was ERISA/NON-ERISA determined? Docs
If LTD Appeal - Life Waiver Claim status----

Claim milestone and relevant dates
Change of Definition date:1/5/14
Occupations provided by TSA being disputed?Sed

Current Providers last 18 to 24 months (If more than one then copy paste template)
R. Scott Macdonald, MD Neurology 423-247-5553 1/30/14 pathology / skin biopsy noting abnormal nerve density / small fiber peripheral neropathy
of the right calf and foot

Turney Williams, MD PM 423-392-6690: 12/5/13: 0-10# lift carry occasionally; Sit/Stand/Walk occasionally less than 1 hour continuous & less than
4 hours per day; Occasionally finger - difficulty with repetitive use of hands due to numbness; pt requires supine with feet elevated @ 2-3 hours
due to pain and swelling.

INITIAL CLAIM DECISION
Reason for original claim determination:Not TDAO
Review type at claim decision:NCM

Appeal being discussed
Reasons for disagreement as explained in appeal: Arnold Dixon is a 51 yom Services Coordinator (sedentary) with a DOD of 7/9/11. Dx
w/peripheral neuropathy and degenerative disc disorder. Clmt underwent neck sx in 2008 to have disc removed. Has been told sx isn't an option
with back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing works. Then starting in January

2011, feet w ould go numb / burning sensation. Per clarifiying letter dated 12/7/11, Dr. Williams feels clmt cannot rtw in a sed position as cannot sit
longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. Disagrees w ith AO denial due to back pain and
neuropathy, pain meds, medications cause drow siness and concentration issues. States w earing shoes / socks intensifies neuropathy pain and
has to use a cane to prevent stumbling. Disagrees that he w ould be able to meet DOL definition of sedentary w ork as he cannot sit for 6 hours doe
to pain in feel w hich requires him to recline and elevate feet. States that OO job w as sedentary and that he w as disabled from that and therefore
should be disabled from any sed job for AO. Details disagreement w ith identified occupations mainly due to lack of training or outdated skills.

Information Submitted w ith appeal: Abilities form Dr Williams, pathology report Dr Macdonald

Recommendation: Neurology peer w ith Dr to Dr call

[2251719: Entered By PXN on 11/11/2013 10:50:10 AM]
Clinical Review

Claimant name: Arnold Dixon
Claim number: 112006734

Documents review ed:

Conclusion: Medical findings do not support functional impairment d/t lumbar disc degeneration or peripheral neuropathy.

Rationale: Clmt is a 53 year old male control clerk, sedentary per OA, w ho last w orked 7/8/11. Diagnosis is peripheral neuropathy. Abilities form from pain management/Williams 10/24/13, able to lift up to 10# occasionally, sit < 4 hours every day, never climb bend, kneel or squat.

Clmt left w ork w ith c/o low back and low er extremity pain. 1/28/11 MRI lumbar spine show ed multilevel degenerative changes L1 to S1, some associated foraminal stenosis, no nerve root compression. In 2008 C5-C6 fusion
performed, MRI cervical spine 2/10/11, stable multilevel degenerative changes w ith some foraminal stenosis, no verve root compression. 3/29/11 EMG/NCV low er extremities show ed no radiculopathy, early peripheral right low er extremity. Multiple medications and injections have been given trials w ithout relief of pain. Neurosurgical evaluation did not find clmt to be a surgical candidate.

He has been under the care of Williams/pain management, most recent f/u 6/20/13. C/o numbness/pain fingertips bilaterally, feet bilaterally and low back pain, hands more painful than feet. Physical exam show s he w alks w ith an unencumbered gait, sensory deficit all fingers, mild feet to ankle sensory deficits, 5/5 motor strength. Hydrocodone is renew ed, noted to take infrequently.

Most recent neurology/Macdonald visit of 8/29/13. Clmt states he w ent to an Orange and White scrimmage but had to leave at half-time d/t pain in legs. Notes multiple meds cause sedation and discontinued, agree to try low dose gabapentin once again. PE show s decreased pinprick bilateral feet and diminished vibratory sensation to toes, motor
strength intact.

The only restriction/limitation preventing sedentary w ork is sitting for < 4 hours. There is no pathology behind this condition by MRI or EMG. There is no danger in sitting. He may rise from a sitting position as needed, this is not an accommodation.

Patricia Neary RN
Disability Nurse Consultant

[2248127: Entered By A5N on 11/06/2013 04:29:59 PM]
MEDICAL REVIEW

DEMOGRAPHICS:

Date: November 4, 2013
Claimant: ARNOLD DIXON
Claim Number: 1120006734
Occupation: Control Clerk
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:1/5/2012
State Claimant Resides:TN

Current Height: 77 Weight: 260
Previous Med Review ? STD 8/17/11 addendums added through 12/28/11 LTD 1/11/2013
MDA recommendations for recovery:
Pertinent CA Score:2

CLAIM MILESTONE AND RELEVANT DATES: (Select One And Delete The Rest):
Ongoing Claim Management w ith Paid to Date:
Change of Definition w ith Paid to Date:COD date:1/5/2014

CURRENT PROVIDERS:
NameSpecialtyLast visit
Dr. Scott Macdonald Neurologist 8/29/13
Dr. Turney Williams Pain management 6/20/2013

MAIN DUTIES OF OCCUPATION:
Managed other w orkers in their duties
Provided techincal support and training.
Billed customers for service w ork.
Handled customer disputes

MOST CURRENT APS/ABILITIES FORM/DR'S NOTE:
Date:Which Provider completed:
1024/13 Dr. Turney Williams

Per Provider w hat are claimant's current Restrictions &Limitations?

Can occasionally lift up to 10 lbs, and can sit less than 4 hours a day. Can never climb, bend, kneel, or squat. Considered unemployed

SURGERY:
Name of Procedure:Date Performed:
Cervical Discectomy 2008

8/18/11Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.

RECENT MEDICAL RECORDS:
Physical Exam:

X-Ray or MRI:
MRI spine 1/28/11 show ed multi-level degenerative disc changes. Facet Hypertrophy noted at L1-L2, L3-L4, L4-L5, and L5-S1.

MRI cervical spine 2/10/11 revealed stable multi-level degenerative changes associate w / some of the foraminal stenosis but no reported nerve root encroachment or stenosis.

MRI C spine w /out contrast 4/18/11. Stable MRI of cervical spine w /out contrast w hen compared to exam on 10/21/10 demonstrating some moderate to severe central stenosis at both C4-C5 and at C5-C6 w / some deformity of cord at these levels.

Lab Results:

STATEMENT OF MEDICAL ISSUE AND DIRECTION RECOMMENDATION:
Clmnt is 53 yom, Control Clerk (OA=sed) dx idiopathic peripheral neuropathy. ldw 7/8/11, dod 7/9/11, cod 1/5/14. Clmnt states that he still has a lot of pain in his feet and in his back. Doesn't think he w ill be able to w alk again and cannot sit for long before the neuropathy affects his feet. Also has reported employer w on't let him w ork w hile on paid medications. The most current medical records w e have are from his neurologist Dr. MacDonald that are dated 8/29/13. Had an exam w hich show ed decreased pinprick in bilateral feet and decreased vibration in bilateral toes compared to ankles and fingertips compared to w rists. Motor strength is in tact, and gait is normal. Started gabapentin 100 mg for first month and then should begin 300 mg gabapentin next month w ith 6 refills. Won't have next ov w / neurologist until January 2014. Had the abilities form completed on 10/24/13 by pain management doctor w ho states R&L's are occasionally able to lift up to 10 lbs and can sit no more than 4 hours a day. Can never climb, bend, kneel or squat.

SPECIFIC QUESTION(S) FOR REVIEWER:
Are the restrictions and limitations placed upon the claimant’s w ork activities by his attending physician reasonable and
consistent w ith the medical findings? Please explain.

[1929395: Entered By MUM on 01/15/2013 12:02:41 PM]
MEDICAL REVIEW RESPONSE

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Date Review Completed: 1.15.13
Completed by: Maureen Miller RN, BSN

R&L’s as stated by AP: Per clarifying letter response 12.15.11 from Williams MD/ pain medicine (PM), the clmt could sit 4 hours
in an eight-hour day, occasionally lift/carry, push, pull. Can keyboarding and finger. Cannot squat, kneel, reach overhead, grasp.
Climb stairs: limited. No squatting, kneeling, climbing stairs, reaching over head, grasping. Unemployable at that time.

Medical Issue: 
1. Review findings in file and provide comment on physician stated R&L's back to 12/7/2011. Benefits are considered to current.
2. Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide
appropriate R&L's and duration of each.

Summary of Data Review ed:
Clmt is a 52 yo service / support clerk (sedentary per OA). DOD 7.9.11. BCD 1.5.12. Benefits considered to current. Dx
peripheral neuropathy. Peripheral neuropathy began follow ing cervical discectomy surgery in 2008. Prior medical/surgical history
of ACDF C5-C6 and lumbar degenerative disc disease L2-S1, marked at L4-S1.

Clmt w orked full time w ith modified job duties per neurosurgery records in the months prior to leave. According to pain medicine / Williams MD ov 6.24.11 clmt had low back and low er extremity discomfort, recently w orse, and an EMG suggested primary peripheral neuropathy w ithout evidence of radiculopathy, not amenable to surgery per PM. Neurontin and Lyrica produced excessive sedation. Prescription for Trileptal w as not utilized. Back injections did not resolve peripheral neuropathy. Williams w rote the clmt found it difficult to remain in the w orkforce and agreed to a "temporary respite" from w ork effective 7/8 for 30 days.
Neurontin w as restarted despite side effects though because it w orked per pain medicine records.

During 7.26.11 PM ov clmt reported if he took his pain medication he w as able to sit, stand and w alk about at leisure and could handle the pain but prolonged sitting in front of the computer made pain severe. PM indicated lumbar fusion surgery w ould be of benefit, but due to size more than one level w ould not. On 8.3.11 PM w rote clmt saw Dr. Pendola last w eek for peripheral neuropathy and w as prescribed a gel and METRx (nutritional supplement) to help PN. Exam noted trace deep tendon reflexes at knees and ankles, good strength on both sides, intact gross sensory exam, and reported pain w ith standing erect and bending at w aist.

On 9.15.11 clmt informed PM / Williams he could not sit prolonged periods or engage in significant activities prolonged periods due to back pain. Treatment for peripheral neuropathy w as not helping. Fusion, dorsal column stimulator (DCS) and intrathecal infusion therapy w ere discussed, but DCS and intrathecal trial w ere suggested to get pain under adequate control so the clmt could return to gainful employment per Williams. As of 10.13.11 clmt reported low back pain w ith prolonged sitting or standing and bilateral foot pain increased w ith rest and prolonged ambulation. Aqua therapy w as advised. During Pendola / neuro ov 10.26.11 clmt displayed mild decrease in vibratory sensation in feet but preserved light touch and temperature. Finger-nose maneuvers, motor strength, gait and station all appeared normal. Reflexes w ere decreased in right knee. Wt 266 lbs at 6'5". Clmt referred for anodyne therapy and shoe insertrs w ere advised to distribute w eight.

During 11.10.11 PM exam clmt ambulated w ith unencumbered gait w ith cane in right hand, had intact upper extremity sensory and motor function, restricted right shoulder motion, negative straight leg raise, intact motor function, sensory deficit about the feet in a stocking distribution bilaterally. Clmt took Lortab 2-3 times a w eek for intermittent shoulder and foot pain. On 12.15.11 clmt informed PM had difficulty driving w ith foot numbness and received no benefit from anodyne therapy. DCS w as discussed.
Neurosurgery recommended conservative care. File records indicated clmt had tried several meds for peripheral neuropathy but reported intolerance to meds, even Aleve.

Emails 3.13.12 and 4.2.12 from clmt indicated he had a trial dorsal stimulator (DCS) placed in his back to help w ith neuropathic pain (DCS also offered in 2011) but trial w as not successful and the permanent DCS w as not placed.

On 3.29.12 PM indicated clmt 7 of 10 pain in feet and low back and had antalgic gait w ith use of cane to aid ambulation. Norco as needed w as refilled but clmt requested return to PCP McLaughlin, so f/u w ith PM w as set on an as needed basis.

ISS 4.26.12 indicated clmt present activities included some light housew ork and mow ing w hen able. Clmt noted symptoms of pain,



Case 2:21-cv-00038-CEA-CRW Document 17-3 Filed 06/11/21 Page 62 of 1097 PageID #: 163
Lincoln/Dixon 0094

numbness and burning in hands and feet. Clmt reported he could not think he could stand, sit or walk long periods of time. Clmt
required no hands-on help to safely perform ADLs.

Email 4.30.12 from clmt stated neurologist appt that day was cancelled, the doctor he was seeing was no longer there, and they
had him scheduled for June 13th unless there was a cancellation then he would be seen sooner.

Per Macdonald MD ov 6.13.12 clmt continued on hydrocodone/acetaminophen as needed. Clmt had decreased vibration in toes
compared to ankles, had normal pinprick sensation in feet, normal motor strength in lower extremities, normal gait, and 1+ ankle
jerks. Macdonald noted peripheral neuropathy was stable and prescribed Lidoderm patch worn on each foot, f/u in 6 mos.

SSDI was awarded July 2012. Rehab survey 8.1.12 indicated clmt sometimes used a cane depending on pain and balance.
Current med: hydrocodone as needed for pain. Activities included a little fishing even now and then. Clmt reported pain kept him
from concentrating, sitting or standing long periods. Clmt reported he could occasionally lift/carry up to 10 lbs, could sit one hour,
stand 15 min and walk 15 minutes continuously, could occasionally balance and perform repetitive movements of hands and feet,
but could never climb, stoop, kneel, crouch, crawl or reach.

During neuro / Macdonald ov 12.13.12 clmt reported foot pain was worse at night and he had to rest with feet outside covers.
Lidoderm patches were not beneficial and he self-discontinued use. B6 level was previously elevated (possible contributor to
neuropathy per providers) but returned to normal per lab mid-June 2012. Exam noted normal pinprick sensation in feet, decreased
vibration in toes compared to ankles, normal motor strength in legs, 2+ pedal pulses, normal gait, and normal speech. Neuro
ordered amitriptyline with f/u in one month.

Conclusion:
Other

Analysis and Rationale
Referral Questions and Answers:

Medical records denote history of peripheral neuropathy following cervical surgery in 2008 and low back pain. Treatment for back
pain is beneficial but does not significantly impact leg pain. EMG over one year ago reveals peripheral neuropathy in lower
extremities but no evidence of radiculopathy. Lumbar MRI in 2011 denotes lumbar degenerative disc disease moreso in low spine.
Treatment for low back pain in form of injections and medications is somewhat effective. Dorsal column stimulator for peripheral
neuropathy is not effective and poorly tolerated. Medications to date including Neurontin and Lidoderm produce side effects and
do not control peripheral pain. Efficacy of amitriptyline prescribed by neurology mid-December 2012 is unclear.

No recent assessments of the back appear in exam findings. Clmt reports occasional use of cane depending on pain and balance as
of August 2012 and use of hydrocodone as needed for pain. Most recent exams in June and December 2012 identify some
decrease in ankle reflexes and some loss of vibratory sensation but normal pinprick sensation in feet, normal gait, and normal motor
strength in legs.

Clmt reports pain is not yet controlled but reports intermittent use of Lortab provides relief. Clmt also reports

occasional use of
cane w hich according to provider records is self-directed w ith no documented use during most recent exams.
Most recent exams
also denote normal gait w hich appears incongruent w ith cane use.

Physical exam findings per most recent exams do not appear to support restrictions / limitations issued over one year ago. The clmt
no longer sees the provider that issued prior restrictions/ limitations. It w ould be of benefit to obtain updated Abilities form from her
treating provider MacDonald / neurology for current restrictions / limitations.

Next Steps/Recommendations:
Obtain additional medical records: As noted in "Referral Questions and Answ ers"

Maureen Miller RN, BSN
Disability Nurse Consultant

[1926919: Entered By M2E on 01/11/2013 03:35:14 PM]
MEDICAL REVIEW
Ongoing Claim Review .
COD 1/5/14

DEMOGRAPHICS:
Date: January 11, 2013
Claimant: ARNOLD DIXON
Claim Number: 1120006734
Occupation: Service clerk and support analyst - Sedentary
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:1/5/2012
State Claimant Resides:TN
Reinsurer:

Other Coverage that had a Med Review ? NA
Date of Other Coverage Med Review : NA
Paper File? Yes
Attorney Contact? No
Are Main Duties Understood? Yes
MDA recommendations for recovery: N/a
Paid to Date: 1/5/13
Pertinent CA Score: 2-2-2-2

CLAIM MILESTONE AND RELEVANT DATES: (Select One And Delete The Rest):
Ongoing Claim Management

CURRENT PROVIDERS:
NameSpecialtyLast visit

Scott MacDonald Neuro12/13/12

MOST CURRENT APS/ABILITIES FORM/DR'S NOTE:
Date:12/7/2011Which Provider completed: Dr. Williams

Per Provider w hat are claimant's current Limitations?
Sit 4 hours, lift/carry occasionally, push pull occasionally, No squatting, kneeling, climbing stairs, reaching over head, grasping.

Per Provider w hat are claimant's current Restrictions?

Uanble to sit for greater than 4 hours, kneel or squat. Would consider unemployable. May not rtw to a sed occ.

SURGERY:
Name of Procedure:Date Performed:
Cervical disk surgery 2008

RECENT MEDICAL RECORDS:
Physical Exam:
12/13/12

X-Ray or MRI: 1/28/11 revealed multilevel degen disc changes and repeat on 2/10/11 revealed stable changes associated w ith some foraminal stenosis but no reported nerve root encroachement or stenosis.

Lab Results: 6/12 - lab note dated same show s high glucose, all other values normal.

STATEMENT OF MEDICAL ISSUE AND DIRECTION RECOMMENDATION:

Clmt is a 52 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy (began 2009) and degenerative disc disorder. Has issues w ith low er back and bilateral legs. Pt began experiencing numbness and burning in feet about 1 year after he underw ent cervical discectomy in 2008. has burning numb-like sensation in feet and hands. says skin is sensitive to touch. he stated he had to quit w orking because he couldn't tolerate the med like gabapentin and lyrica, w hich made him feel drunk, sleepy, sedate and w as concerned about having an accident at w ork or w hile driving. EMG 3/28/11 w as consistent w ith mild early neuropathy. has undergone epidural steroid injections w /o any sig improvement in low back pain. mri on 1/28/11 as above.

Per clarifiying letter dated 12/7/11, Dr. William Williams feels clmt cannot rtw in a sed position as cannot sit longer than 4 hours at a time, cannot kneel or squat. Dr. opines clmt is considered unemployable. 6/12 notes show s chronic low back pain. Most current note 12/13/12 states hx of peripheral neuropathy and pain in feet. notes show s has to rest w ith feet outside of covers,. has both burning and aching pain in his feet, w hich is w orse at night. states Lidoderm patches did not help, w as intolerant of Lyrica and neurontin. has tried gels on his feet and anodyne tx w /o relief. 6/12 w as unremarkable. Prescribed hydrocodone/acetominophen by the pain clinic. Normal pinprick in the feet. has decreased vibration in bl toes compared to ankles. Pedal pulses 2+ and symmetric. Gait normal. placed on trial of amitriptyline 25 mg. return in 1 mo.

SPECIFIC QUESTION(S) FOR REVIEWER:

1.Review findings in file and provide comment on physician stated R&L's back to 12/7/2011.
2.Please review the file for assessment on any functional impairment noted in file. If functional impairment exists provide
appropriate R&L's and duration of each.

| | | | | | |
|---|---|---|---|---|---|
| 2/26/2014 12:57:27 PM | Referrals | 19371( | UNKNOWN | Initial | NLGREGO |
| 2/26/2014 12:58:10 PM | Claim Tasks | 18 | Open Review | Requested | NLGREGO |

DOCSQL Investigation Type: Other
Source: File Scan
02-27-14 SCAN COMPLETED AND COMBINED AND READY FOR REVIEW LESS THAN 500 PAGES THANKS
AL8Scan & combine 1120006734 & STD 1110329464 for peer review

| | | | | | |
|---|---|---|---|---|---|
| 2/26/2014 12:59:12 PM | Claim Tasks | 19 | Update Claim Direction | Requested | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Peer back?

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/27/2014 | Claim Tasks | 18 | Open Review | Completed | NLGREGO |

DOCSQL Investigation Type: Other
Source: File Scan
02-27-14 SCAN COMPLETED AND COMBINED AND READY FOR REVIEW LESS THAN 500 PAGES THANKS
AL8Scan & combine 1120006734 & STD 1110329464 for peer review

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/10/2014 | Referrals | 19371( | UNKNOWN | Completed | NLGREGO |
| 3/11/2014 | Documents/Mail | 36 | EMAIL | Completed | NLGREGO |
| 3/11/2014 | Documents/Mail | 37 | MEDICAL RECORDS | Completed | NLGREGO |
| 3/17/2014 | Claim Tasks | 19 | Update Claim Direction | Completed | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Peer back?

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/18/2014 | Telephone (OUT) | 97 | ARNOLD DIXON | Completed | CSL |

3/18/14 TELE lvm for ee for overturn and to advise claim will be sent to a B/S for payment in 5-7 days NLG

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/18/2014 | Claim Tasks | 15 | Update Claim Direction | Completed | NLGREGO |

DOCSQL Investigation Type: Claim Direction
Source: Appeals 90 Day
Tolling 2/10/14 - 2/21/14 / 11 days 3/27/14 + 11 = 4/7/143/27/14

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/18/2014 | Appeal | 1 | Level 1 | Closed | NLGREGO |

Appeal Reason: 3f Denial of claim.

Appealed by: ARNOLD DIXON

Source State: TN

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/18/2014 4:23:50 PM | Claim Tasks | 20 | Update Claim Direction | Requested | CL5KA3 |

DOCSQL Investigation Type: Claim Direction
Source: Overturn
assigned to CL5. Per mgr SRE. VED/ACC

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/20/2014 | Claim Tasks | 20 | Update Claim Direction | Completed | CL5KA3 |

DOCSQL Investigation Type: Claim Direction
Source: Overturn
assigned to CL5. Per mgr SRE. VED/ACC

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/20/2014 7:09:17 AM | Claim Tasks | 4 | Call Claimant | Requested | CL5KA3 |

DOCSQL Investigation Type: Claimant Contact
Source: status update
5/15/14 OBC to ee for status update. left v/m with ph# and request for cb. BS will make 2nd attempt call then order updated medical as necessary.CL5per overturn rationale, it is reasonable that claimant be reevaluated 90 days after from last visit dated 2/13/14. Call ee for status update:symptomsMDs, NOV, LOVtx? testing?

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/14/2014 | Documents/Mail | 38 | Web - Direct Deposit Request | Completed | WEB |
| 5/15/2014 | Telephone (OUT) | 104 | ARNOLD DIXON | Completed | CL5KA3 |

OBC to ee for status update. left v/m with ph# and request for cb..CL5

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/20/2014 | Telephone (OTHER) | 107 | ARNOLD DIXON | Completed | CL5KA3 |

OBc to eeo for status update. EE wanted verify DD; BS adv that it is in the system and next beenfit will be relased via DD. EE adv that nothing in his symptoms have changed; ee is still seing Dr. Williams LOV 3/2014; at that time, his rx was chaged to higher dosage; which doesn't help to much with the pain, but it sedates him enough at might to help him sleep. NOV is 6/19/2014; he is also having MRI done through PCP, as his neck has been in pain; after MRI he will be referred to neurosurgeon for further tx ifneeded. EE si no longer seeing Dr. McDonald; BS gave ee email address of CLaire.Kauffman@lfg.com for further contact in regard to medical updateds. EE gave alt/call number as in case he can't be reach at home #. BS adv that she would flup with him again after NOV to see if anything in tx has changed. EE understood. BS thanked ee for time and call ended..CL5

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/20/2014 | Claim Tasks | 4 | Call Claimant | Completed | CL5KA3 |

DOCSQL Investigation Type: Claimant Contact
Source: status update

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | 5/15/14 OBC to ee for status update. left v/m w ith ph# and request for cb. BS w ill make 2nd attempt call then order updated medical as necessary.CL5per overturn rationale, it is reasonable that claimant be reevaluated 90 days after from last visit dated 2/13/14. Call ee for status update:symptoms MDs, NOV, LOVtx? testing? | | | | |
| 5/20/2014 9:54:50 AM | Claim Tasks | 5 | Call Claimant | Requested | CL5KA3 |
| | DOCSQL Investigation Type: Claimant Contact<br>Source: status update<br>6/26/14 OBc to ee for status update. left v/m w ith ph# and request for cb for status update..CL5call or email ee for status update about current medical status, providers, treatment. ORder medical as needed | | | | |
| 5/27/2014 | Telephone (OUT) | 108 | ARNOLD DIXON | Completed | AXLINDS |
| | SETTLEMENT: PC w ith clmt, advised he w as under no obligation to accept this offer. Could decline and w e w ould continue to pay benefits. Review ed the follow ing: Months until Recovery: 06/26/2025100% Payout Total: $116094.00Overpayment Amount: $0.00Any Occ Period Settlement Offer Amount: $57100.00Review ed numbers w ith clmt, he stated "I can't afford to take less", he said it makes his house payment, thanked him, advised to call if he changes his mind, call ended. A2L | | | | |
| 5/27/2014 | Referrals | 20176 | Lump Sum | Completed | AXLINDS |
| | [2471345: Entered By A2L on 05/27/2014 09:33:33 AM]<br>SETTLEMENT: PC w ith clmt, advised he w as under no obligation to accept this offer. Could decline and w e w ould continue to pay benefits. Review ed the follow ing:<br>Months until Recovery: 06/26/2025<br>100% Payout Total: $116094.00<br>Overpayment Amount: $0.00<br>Any Occ Period Settlement Offer Amount: $57100.00<br>Review ed numbers w ith clmt, he stated "I can't afford to take less", he said it makes his house payment, thanked him,<br>advised to call if he changes his mind, call ended. A2L<br><br>[2471257: Entered By A2L on 05/27/2014 09:04:40 AM]<br>DM - Settlement review in progress. | | | | |
| 6/26/2014 | Telephone (OUT) | 109 | ARNOLD DIXON | Completed | CL5KA3 |
| | OBc to ee for status update. left v/m w ith ph# and request for cb for status update..CL5 | | | | |
| 6/27/2014 | Claim Tasks | 5 | Call Claimant | Completed | CL5KA3 |
| | DOCSQL Investigation Type: Claimant Contact<br>Source: status update<br>6/26/14 OBc to ee for status update. left v/m w ith ph# and request for cb for status update..CL5call or email ee for status update about current medical status, providers, treatment. ORder medical as needed | | | | |
| 6/27/2014 9:04:58 AM | Telephone (OUT) | 110 | ARNOLD DIXON | Requested | CL5KA3 |
| | OBC to ee for status update. s/w ee. ee adv that lov w as 6/19/14 w / Dr. Williams; nothgn has changed in terms of the neuropathy; they are pretty just pmanaging his pain w / Rx at this point. NOV is 8/2014, but could be postponed if sx doesn't happen. EE had MRI done thru PCP and a flup appt as East Tennessee Brain and Spine w / Dr. Fullgar (Ph# 423-232-8301). THe MRI show ed that he has tw o bad discs; he then had a myelogram and found a third disc. Sx correction is a possibility , he is going to have an EMG of the upper body on 7/8/14 and they w ill decide from there is he w ill need sx. BS had no further questions at this time; EE adv that his payments have been coming on time lately. BS adv that she w ould order update medical from Dr. Williams and then from Dr. Fullgar after EMG; EE understood. BS thanked ee for time and call ended..CL5 | | | | |
| 6/27/2014 9:11:33 AM | Claim Tasks | 6 | Open Review | Requested | CL5KA3 |
| | DOCSQL Investigation Type: Other<br>order updated medical from Dr. Fullgar at East TN Brain and Spine ph# 423-232-8301 for 5/1/14 to present; set mdnt1 inv flup and include Dr. Williams if there has been no response to med req..CL5 | | | | |
| 7/7/2014 | Claim Tasks | 6 | Open Review | Completed | CL5KA3 |
| | DOCSQL Investigation Type: Other<br>order updated medical from Dr. Fullgar at East TN Brain and Spine ph# 423-232-8301 for 5/1/14 to present; set | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | mdnt1 inv flup and include Dr. Williams if there has been no response to med req..CL5 | | | | |
| 7/7/2014 1:45:55 PM | Claim Tasks | 7 | Open Review | Requested | CL5KA3 |
| | DOCSQL Investigation Type: Other<br>Source: mdnt1 | | | | |
| 7/9/2014 11:14:20 AM | Medical | 12 | | Initial | CL5KA3 |
| | 7/16/14 DO received request and hopes to have processed by the end of the w eek. Will send records w ith invoice. L8S7/15/14 Office closed w ill try back tomorrow . pa507/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from DR TURNEY WILLIAMS for 01/01/14 to present via FAX MAH. | | | | |
| 7/9/2014 11:17:20 AM | Medical | 13 | | Initial | CL5KA3 |
| | 07/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from EAST TN BRAIN & SPINE CENTER for 01/01/14 to present via FAX MAH. | | | | |
| 7/10/2014 | Claim Tasks | 7 | Open Review | Completed | CL5KA3 |
| | DOCSQL Investigation Type: Other<br>Source: mdnt1 | | | | |
| 7/10/2014 7:12:12 AM | Claim Tasks | 8 | Open Review | Requested | CL5KA3 |
| | DOCSQL Investigation Type: Other<br>Source: 15 mdnt1<br>if med recs haven't been rec'd, call ee to see if ee rec'd mednotc1 | | | | |
| 7/10/2014 7:12:48 AM | Claim Tasks | 9 | Open Review | Requested | CL5KA3 |
| | DOCSQL Investigation Type: Other<br>Source: 30 mdnt1<br>have the med recs been rec'd. If not, mailed flup letter to EE | | | | |
| 7/11/2014 8:39:28 AM | Documents/Mail | 39 | MEDICAL RECORDS | Received | CL5KA3 |
| 7/13/2014 | Medical | 13 | | Closed | CL5KA3 |
| | 07/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from EAST TN BRAIN & SPINE CENTER for 01/01/14 to present via FAX MAH. | | | | |
| 7/13/2014 | Documents/Mail | 39 | MEDICAL RECORDS | Completed | CL5KA3 |
| 7/21/2014 | Telephone (OUT) | 110 | ARNOLD DIXON | Completed | CL5KA3 |
| | OBC to ee for status update. s/w ee. ee adv that lov w as 6/19/14 w / Dr. Williams; nothgn has changed in terms of the neuropathy; they are pretty just pmanaging his pain w / Rx at this point. NOV is 8/2014, but could be postponed if sx doesn't happen. EE had MRI done thru PCP and a flup appt as East Tennessee Brain and Spine w / Dr. Fullgar (Ph# 423-232-8301). THe MRI show ed that he has tw o bad discs; he then had a myelogram and found a third disc. Sx correction is a possibility , he is going to have an EMG of the upper body on 7/8/14 and they w ill decide from there is he w ill need sx. BS had no further questions at this time; EE adv that his payments have been coming on time lately. BS adv that she w ould order update medical from Dr. Williams and then from Dr. Fullgar after EMG; EE understood. BS thanked ee for time and call ended..CL5 | | | | |
| 7/21/2014 8:56:28 AM | Documents/Mail | 40 | Claim Form - Authorization | Received | CL5KA3 |
| | 2014-07-21-09.55.59.064421:O:01 | | | | |
| 7/21/2014 8:56:28 AM | Documents/Mail | 42 | Fax | Received | CL5KA3 |
| | 2014-07-18-13.15.56.941461:O:01 | | | | |
| 7/21/2014 8:56:28 AM | Documents/Mail | 41 | Medical Records | Received | CL5KA3 |
| | 2014-07-21-09.55.47.642421:O:01<br><br>Physician: W. Turney Williams, MD at Pain Medicine Associates.<br><br>DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results are pending.<br>DOS. 4/17/2014- Patient appeared w ith bilateral foot and low er back pain. Physician renew ed and increased his anti-depressants (nortriptyline). | | | | |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

DOS: 3/20/2014- Patient has multiple pain related complaints, primarily, difficulty w ith ambulation due to his feet. Also, pain in low er back, hands, and soreness in fingers. He had recently undergone a skin biopsy w hich revealed small fiber disease. Physician renew ed hydrocodone to control for pain.
- CL5KA3 - Jul 22, 2014 11:58:50 am

| 7/21/2014 9:26:01 PM | Claim Tasks | 33 | Begin AO Investigation | Requested | CL5KA3 |
|---|---|---|---|---|---|

Per appeals overturn, a peer review concluded that ee couldn't stand or w alk for more than 1 hour combined total in an 8 hour w ork day. It is appropriate for status rechecks every 90 days. BS is currently w ait on medical records for claim updated - CL5KA3 - Jul 22, 2014 07:29:50 am

| 7/22/2014 | Claim Tasks | 33 | Begin AO Investigation | Completed | CL5KA3 |
|---|---|---|---|---|---|

Per appeals overturn, a peer review concluded that ee couldn't stand or w alk for more than 1 hour combined total in an 8 hour w ork day. It is appropriate for status rechecks every 90 days. BS is currently w ait on medical records for claim updated - CL5KA3 - Jul 22, 2014 07:29:50 am

| 7/22/2014 | Documents/Mail | 40 | Claim Form - Authorization | Completed | CL5KA3 |
|---|---|---|---|---|---|

2014-07-21-09.55.59.064421:O:01

| 7/22/2014 | Documents/Mail | 42 | Fax | Completed | CL5KA3 |
|---|---|---|---|---|---|

2014-07-18-13.15.56.941461:O:01

| 7/22/2014 | Documents/Mail | 41 | Medical Records | Completed | CL5KA3 |
|---|---|---|---|---|---|

2014-07-21-09.55.47.642421:O:01

Physician: W. Turney Williams, MD at Pain Medicine Associates.

DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results are pending.
DOS. 4/17/2014- Patient appeared w ith bilateral foot and low er back pain. Physician renew ed and increased his anti-depressants (nortriptyline).
DOS: 3/20/2014- Patient has multiple pain related complaints, primarily, difficulty w ith ambulation due to his feet. Also, pain in low er back, hands, and soreness in fingers. He had recently undergone a skin biopsy w hich revealed small fiber disease. Physician renew ed hydrocodone to control for pain.
- CL5KA3 - Jul 22, 2014 11:58:50 am

| 7/30/2014 | Medical | 12 | | Closed | CL5KA3 |
|---|---|---|---|---|---|

7/16/14 DO received request and hopes to have processed by the end of the w eek. Will send records w ith invoice. L8S7/15/14 Office closed w ill try back tomorrow . pa507/09/14 - office/treatment notes,diagnostic test results,history/physical notes requested from DR TURNEY WILLIAMS for 01/01/14 to present via FAX MAH.

| 7/31/2014 | Claim Tasks | 8 | Open Review | Completed | CL5KA3 |
|---|---|---|---|---|---|

DOCSQL Investigation Type: Other
Source: 15 mdnt1
if med recs haven't been rec'd, call ee to see if ee rec'd mednotc1

| 8/13/2014 | Claim Tasks | 9 | Open Review | Completed | CL5KA3 |
|---|---|---|---|---|---|

DOCSQL Investigation Type: Other
Source: 30 mdnt1
have the med recs been rec'd. If not, mailed flup letter to EE

| 8/13/2014 12:11:26 PM | Claim Tasks | 34 | Open Review | Requested | CL5KA3 |
|---|---|---|---|---|---|

prep for ct if needed - CL5KA3 - Aug 13, 2014 12:11:45 pm

| 8/22/2014 | Claim Tasks | 34 | Open Review | Completed | CL5KA3 |
|---|---|---|---|---|---|

prep for ct if needed - CL5KA3 - Aug 13, 2014 12:11:45 pm

| 8/22/2014 3:36:14 PM | Referrals | 20176 | Ongoing Claim Review | Initial | CFMIZE |
|---|---|---|---|---|---|

Consulting Table/Medical Referral Template

Demographics
Date: 8/22/14
Claimant: Arnold Dixon
Claim Number: 1120006734

Occupation: Service Clerk (sed)
Diagnosis: Idiopathic Peripheral Neuropathy
DOD:7/9/2011
DOB: (54)
Benefit Start Date:1/5/2012
State Claimant Resides:TN
Current Height:77
Current Weight:260
Dominant Side
Previous Medical Review ? LTD-PEER REPORT
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:
Claim Milestone and Relevant Dates
Select One of the below sections, complete and delete out the unused sections.

1st Appeal:Yes
Current Providers
NameSpecialtyLast Visit Date
TN Brain and Spine7/8/14
Dr. Turney WilliamsPM6/19/2014

Main Duties of Occupation: Looking for cont AO

Most Current APS/Abilities Form/Dr's Note
Date:Peer Report dated 3/7/14
Which provider completed:
Per provider w hat are the current limitations?Sit w / repositing as need up to six hours per day ability to stand and w alk up to 10 minues at a time up to 30 minutes each 8-hour day at at full-time capcity; support to life, push, pull and carry up to 10 pounds on an accsional basis and reach above shouler, at the shoulder, below the shoulder, and fin finger manipulate, grasp and hold
Per provider w hat are the current restrictions?

Surgery
Name of Procedure:
Date Preformed:

Recent Medical Records Information
Physical Exam:
X-Ray or MRI:
Lab Results:

Statement of Medical Issue and Direction Recommendation:
Clmt has hx of back pain extending to 2003; MRI from 2/4/11 show ed MRi in 6/28/2011 show ed stable multilevel degenerative changes w / mild facet joint hypertropht at multiple levels; s/p C5-6 ACDF; skin biopsy from 2/3/14 indicated findings consisten w / small fiber neuropathy and reduced epidermal nerve fiber density.

Peer review concluded the r&ls noted above and that the r&ls are in place since at least 7/28/11; it noted that it w ould be reasonable that the clmt be reeval 90 days from the LOV 2/13/14.

Latest Med Records:

Brain and Spine:
DOS 6/11/14: pt reports that approx 6 w eeks ago he started to have increasing pain in right shoulder and neck; the pain sometimes extends to his arms; he now has severe discomfort is his upper right extremities and sometimes in his left. He has had conservative treatment, including steroids and anti-inflammatories; he does not feel like he can tolerate PT; MRI w as review ed completed on 5/22/14 that show ed postop changes of the c5-6 post anterior cervical discectomy and fusion; he has adjacent segment disease affecting c-3, c4-5, and c6-7; there is mild to moderate foraminal narrow ing, w orse on the right at c6-7 and a large dis osteophytle complex cause severe foraminal narrow ing; At c3-4 large central disc osteophyte causing bilateral foraminal narrow ing. Plan is for pt to

undergo myelogram prior to any type of sx options. Pt is interested in sx options; pt to flup a/ Dr Fullgar after myelogram.
DOS 7/8/14: pt w as seen for EMG, nothing in regard to results w ere given; no add'l plan w ere indicated. EMG rsults w ere given on EMG report as an acute lesion of the c6-8 nerve roots on the right w / sp attention to c7; evidence of chronic c5-6 finding bilaterally.

Dr. Williams:
DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results are pending.

Specific Question(s) for Review er
Do the medical records on file continue to support r&ls indicated by peer report?
Can any significant change be expected in r&ls of standing and w alking? - CL5KA3 - Aug 22, 2014 03:37:33 pm
present: VEDELGA, CFMIZE, CL5KA3 - clmt is a 54 yo male, service clerk - sed level occ, dx idiopathic peripheral neuropathy ongoing / AO - NMR peer review 3/7/2014 - recommended fu in 90 days - referring for medical review - CFMIZE - Aug 25, 2014 12:59:31 pm

8/25/2014 Referrals 20176:Ongoing Claim Review Completed CFMIZE

Consulting Table/Medical Referral Template

Demographics
Date: 8/22/14
Claimant: Arnold Dixon
Claim Number: 1120006734
Occupation: Service Clerk (sed)
Diagnosis: Idiopathic Peripheral Neuropathy
DOD:7/9/2011
DOB: (54)
Benefit Start Date:1/5/2012
State Claimant Resides:TN
Current Height:77
Current Weight:260
Dominant Side
Previous Medical Review ? LTD-PEER REPORT
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:
Claim Milestone and Relevant Dates
Select One of the below sections, complete and delete out the unused sections.

1st Appeal:Yes
Current Providers
NameSpecialtyLast Visit Date
TN Brain and Spine7/8/14
Dr. Turney WilliamsPM6/19/2014

Main Duties of Occupation: Looking for cont AO

Most Current APS/Abilities Form/Dr's Note
Date:Peer Report dated 3/7/14
Which provider completed:
Per provider w hat are the current limitations?Sit w / repositing as need up to six hours per day ability to stand and w alk up to 10 minues at a time up to 30 minutes each 8-hour day at at full-time capcity; support to life, push, pull and carry up to 10 pounds on an accsional basis and reach above shouler, at the shoulder, below the shoulder, and fin finger manipulate, grasp and hold
Per provider w hat are the current restrictions?

Surgery
Name of Procedure:
Date Preformed:

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Recent Medical Records Information
Physical Exam:
X-Ray or MRI:
Lab Results:

Statement of Medical Issue and Direction Recommendation:
Clmt has hx of back pain extending to 2003; MRI from 2/4/11 show ed MRi in 6/28/2011 show ed stable multilevel degenerative changes w / mild facet joint hypertropht at multiple levels; s/p C5-6 ACDF; skin biopsy from 2/3/14 indicated findings consisten w / small fiber neuropathy and reduced epidermal nerve fiber density.

Peer review concluded the r&ls noted above and that the r&ls are in place since at least 7/28/11; it noted that it w ould be reasonable that the clmt be reeval 90 days from the LOV 2/13/14.

Latest Med Records:

Brain and Spine:
DOS 6/11/14: pt reports that approx 6 w eeks ago he started to have increasing pain in right shoulder and neck; the pain sometimes extends to his arms; he now has severe discomfort is his upper right extremities and sometimes in his left. He has had conservative treatment, including steroids and anti-inflammatories; he does not feel like he can tolerate PT; MRI w as review ed completed on 5/22/14 that show ed postop changes of the c5-6 post anterior cervical discectomy and fusion; he has adjacent segment disease affecting c-3, c4-5, and c6-7; there is mild to moderate foraminal narrow ing, w orse on the right at c6-7 and a large dis osteophyte complex cause severe foraminal narrow ing; At c3-4 large central disc osteophyte causing bilateral foraminal narrow ing. Plan is for pt to undergo myelogram prior to any type of sx options. Pt is interested in sx options; pt to flup a/ Dr Fullgar after myelogram.
DOS 7/8/14: pt w as seen for EMG, nothing in regard to results w ere given; no add'l plan w ere indicated. EMG rsults w ere given on EMG report as an acute lesion of the c6-8 nerve roots on the right w / sp attention to c7; evidence of chronic c5-6 finding bilaterally.

Dr. Williams:
DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results are pending.

Specific Question(s) for Review er
Do the medical records on file continue to support r&ls indicated by peer report?
Can any significant change be expected in r&ls of standing and w alking? - CL5KA3 - Aug 22, 2014 03:37:33 pm
present: VEDELGA, CFMIZE, CL5KA3 - clmt is a 54 yo male, service clerk - sed level occ, dx idiopathic peripheral neuropathy ongoing / AO - NMR peer review 3/7/2014 - recommended fu in 90 days - referring for medical review - CFMIZE - Aug 25, 2014 12:59:31 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/25/2014 12:59:19 PM | Referrals | 20176: | Ongoing Claim Review | Initial | CL5KA3 |

Consulting Table/Medical Referral Template

Demographics
Date: 8/22/14
Claimant: Arnold Dixon
Claim Number: 1120006734
Occupation: Service Clerk (sed)
Diagnosis: Idiopathic Peripheral Neuropathy
DOD:7/9/2011
DOB: (54)
Benefit Start Date:1/5/2012
State Claimant Resides:TN
Current Height:77
Current Weight:260
Dominant Side
Previous Medical Review ? LTD-PEER REPORT

Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:
Claim Milestone and Relevant Dates
Select One of the below sections, complete and delete out the unused sections.

1st Appeal:Yes
Current Providers
NameSpecialtyLast Visit Date
TN Brain and Spine7/8/14
Dr. Turney WilliamsPM6/19/2014

Main Duties of Occupation: Looking for cont AO

Most Current APS/Abilities Form/Dr's Note
Date:Peer Report dated 3/7/14
Which provider completed:
Per provider w hat are the current limitations?Sit w / repositing as need up to six hours per day ability to stand and w alk up to 10 minues at a time up to 30 minutes each 8-hour day at at full-time capcity; support to life, push, pull and carry up to 10 pounds on an accsional basis and reach above shouler, at the shoulder, below the shoulder, and fin finger manipulate, grasp and hold
Per provider w hat are the current restrictions?

Surgery
Name of Procedure:
Date Preformed:

Recent Medical Records Information
Physical Exam:
X-Ray or MRI:
Lab Results:

Statement of Medical Issue and Direction Recommendation:
Clmt has hx of back pain extending to 2003; MRI from 2/4/11 show ed MRi in 6/28/2011 show ed stable multilevel degenerative changes w / mild facet joint hypertropht at multiple levels; s/p C5-6 ACDF; skin biopsy from 2/3/14 indicated findings consisten w / small fiber neuropathy and reduced epidermal nerve fiber density.

Peer review concluded the r&ls noted above and that the r&ls are in place since at least 7/28/11; it noted that it w ould be reasonable that the clmt be reeval 90 days from the LOV 2/13/14.

Latest Med Records:

Brain and Spine:
DOS 6/11/14: pt reports that approx 6 w eeks ago he started to have increasing pain in right shoulder and neck; the pain sometimes extends to his arms; he now has severe discomfort is his upper right extremities and sometimes in his left. He has had conservative treatment, including steroids and anti-inflammatories; he does not feel like he can tolerate PT; MRI w as review ed completed on 5/22/14 that show ed postop changes of the c5-6 post anterior cervical discectomy and fusion; he has adjacent segment disease affecting c-3, c4-5, and c6-7; there is mild to moderate foraminal narrow ing, w orse on the right at c6-7 and a large dis osteophytle complex cause severe foraminal narrow ing; At c3-4 large central disc osteophyte causing bilateral foraminal narrow ing. Plan is for pt to undergo myelogram prior to any type of sx options. Pt is interested in sx options; pt to flup a/ Dr Fullgar after myelogram.
DOS 7/8/14: pt w as seen for EMG, nothing in regard to results w ere given; no add'l plan w ere indicated. EMG rsults w ere given on EMG report as an acute lesion of the c6-8 nerve roots on the right w / sp attention to c7; evidence of chronic c5-6 finding bilaterally.

Dr. Williams:
DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results

are pending.

Specific Question(s) for Review er
Do the medical records on file continue to support r&ls indicated by peer report?
Can any significant change be expected in r&ls of standing and w alking? - CFMIZE - Aug 25, 2014 12:59:26 pm
Clinical Review Response

Claimant Name: Arnold Dixon
DOB:
Claim Number: 1120006734
DOD: 7/9/2011
Date Review Completed: 8/26/2014
Review completed by: D. Willaert RN
COD: 1/5/2014

Documents review ed: Peer Review Report 3/10/14, OV note from Dr. Fullagar (spine) 6/11/14, 6/24/14, 7/8/14, cervical CT myelogram 6/20/14, MRI cervical spine 5/22/14, EMG 7/8/14, OV note from Dr. Williams (pain management) 6/19/14

Conclusion: The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention.

Analysis/Rationale: The CLMT is a 54 yr old male previously employed as a service clerk (sedentary) w ith a DOD 7/9/11, out of w ork for idiopathic peripheral neuropathy.
The peer review report 3/10/14 indicates CLMT is not disabled from all occupations and has the capacity to sit w ith ability to reposition as needed up to 6 hours per day and the ability to stand and w alk up to 10 minutes at a time up to 30minutes each per 8 hour day at full-time capacity, lift/carry up to 10lbs occasionally, and otherw ise reach above shoulder, at the shoulder, below the shoulder and fine finger manipulate, grasp, and hold.
EMG 7/8/14 show ed an acute lesion of the C6, C7, and C8 nerve roots on the R w ith special attention to C7, evidence of chronic C5-6 findings bilaterally. There is no evidence of motor dysfunction.
OV note from Dr. Fullagar 6/24/14 show s CLMT reported neck pain and bilateral arm pain s/p CT myelogram. CLMT has had a previous C5-6 fusion. CLMT has continued to have R arm pain in a C6 pattern and some L arm pain as w ell. CLMT has been found on MRI recently to have severe degenerative disc disease of the cervical spine w ith adjacent segments above and below the fusion w ith varying degrees of foraminal stenosis associated w ith osteophytic formation. CLMT's biggest complaint is the R arm pain that travels in a C-6 pattern, w orse w ith sitting in an upright chair. CLMT gets some relief by reclining or lying back. CLMT also has peripheral neuropathy in the low er extremities. Exam show s CLMT has very little ROM of his cervical spine and w hat ROM he has is painful, motor strength is intact in the upper extremities, reflexes are hyporeflexic at biceps and triceps. CT myelogram of the cervical spine show ed a solid interbody fusion at C5-6, large anterior osteophytes at C6-7 and C4-5 as w ell as smaller posterior osteophytes causing varying degrees of foraminal narrow ing at all of these levels, a large L-sided osteophyte at C3-4 on the L causing foraminal stenosis, no central stenosis. Plan is to refer CLMT for nerve conduction studies of both upper extremities to see if it is a chronic or active radiculopathy to see if surgery w ould help him.
CT myelogram 6/20/14 show ed an anterior and large L lateral extradural defect C3-4, moderate R lateral defects C4-5 and C6-7, small anterior defect C6-7. CT show ed severe bony foraminal stenosis on the L at C3-4 w ith disc protrusion/osteophyte complexes, there is L C4 nerve root compression, moderately severe R foraminal stenoses at C4-5 and C6-7 w ith disc protrusion/osteophyte complexes, there is probable R C5 and R C7 nerve root compression.
OV note from Dr. Williams 6/19/14 show s CLMT reported bilateral foot pain increased w ith activities or as the day progresses. Over the last 3 w eeks he has noted R shoulder discomfort increased w ith R head tilt and some numbness in the R 1st and 2nd fingers, there is not dramatic discomfort beyond the R shoulder, no L upper extremity complaints or low er extremity complaints beyond the feet. The hydrocodone is helping his back and foot pain but not dramatically helpful for his cervical discomfort. Exam show s sensory deficit R first and second digits, no atrophy, motor function appears intact, negative SLR's, non-dermatomal sensory deficit about the feet.
OV note from Dr. Fullagar 6/11/14 show s CLMT has chronic low back pain and w as considered non-operative due to extensive degenerative changes affecting almost the entire lumbar spine. CLMT is able to manage pain w ith

the occasional hydrocodone once or maybe tw ice daily. CLMT states about 6 w ks ago he began having w orsening pain in the R shoulder and in his neck, extending dow n into his arm to the thumb and index finger. CLMT does not feel he w ould be able to tolerate PT. MRI cervical spine 5/22/14 show ed post-operative changes at C5-6, adjacent segment disease affecting C-3-4, C4-5, and C6-7 levels, at C6-7 there is mild to moderate foraminal narrow ing, w orse on the R side, at C4-5 a large disc osteophyte complex most pronounced on the R side causing severe foraminal narrow ing, at C3-4 large central disc osteophyte complex causing bilateral foraminal narrow ing. CLMT is interested in surgical intervention.
MRI 5/22/14 show ed severe R neural foraminal narrow ing w ith compression of the foraminal C5 nerve root at C4-5 and moderate R, severe L neural foraminal narrow ing w ith compression of the foraminal L C4 nerve root.

Specific clinical recommendations: Follow -up w ith updated medical records at the end of the above referenced time frame and about the midpoint, ascertain w hether the CLMT has had or w ill be having surgery. If he does not have surgery, the above R&L's w ould be permanent. Unable to make an any occ determination for sure at this time.

Donna L. Willaert MSN, RN
Nurse Disability Consultant
Registered Nurse (GA) - DXWILLA - Aug 26, 2014 11:52:50 am

8/28/2014 Summary/Assessment/Pa1h 54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. Completed CL5KA3

Summary Notes
54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. dlw 7/8/11, dod 7/9/11, BSD 1/5/2012, COD 1/5/14 (Any OCC approved w . recommendation to to cont to flup w / claim) - CL5KA3 - Aug 28, 2014 08:51:31 am
Assessment Notes
Peer medical review :

The peer review report 3/10/14 indicates CLMT is not disabled from all occupations and has the capacity to sit w ith ability to reposition as needed up to 6 hours per day and the ability to stand and w alk up to 10 minutes at a time up to 30minutes each per 8 hour day at full-time capacity, lift/carry up to 10lbs occasionally, and otherw ise reach above shoulder, at the shoulder, below the shoulder and fine finger manipulate, grasp, and hold.

EMG 7/8/14 show ed an acute lesion of the C6, C7, and C8 nerve roots on the R w ith special attention to C7, evidence of chronic C5-6 findings bilaterally. There is no evidence of motor dysfunction.

OV note from Dr. Fullagar 6/24/14 show s CLMT reported neck pain and bilateral arm pain s/p CT myelogram. CLMT has had a previous C5-6 fusion. CLMT has continued to have R arm pain in a C6 pattern and some L arm pain as w ell. CLMT has been found on MRI recently to have severe degenerative disc disease of the cervical spine w ith adjacent segments above and below the fusion w ith varying degrees of foraminal stenosis associated w ith osteophytic formation. CLMT's biggest complaint is the R arm pain that travels in a C-6 pattern, w orse w ith sitting in an upright chair. CLMT gets some relief by reclining or lying back. CLMT also has peripheral neuropathy in the low er extremities. Exam show s CLMT has very little ROM of his cervical spine and w hat ROM he has is painful, motor strength is intact in the upper extremities, reflexes are hyporeflexic at biceps and triceps. CT myelogram of the cervical spine show ed a solid interbody fusion at C5-6, large anterior osteophytes at C6-7 and C4-5 as w ell as smaller posterior osteophytes causing varying degrees of foraminal narrow ing at all of these levels, a large L-sided osteophyte at C3-4 on the L causing foraminal stenosis, no central stenosis. Plan is to refer CLMT for nerve conduction studies of both upper extremities to see if it is a chronic or active radiculopathy to see if surgery w ould help him.

Conclusion: The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention. If he does not have surgery, the above R&L's w ould be permanent. Unable to make an any occ determination for sure at this time.

Per ee, he is finished w / therapy for his neck; he hasn't seen a lot of change in pain level. He is currently holding off on sx ; if the pain level stays the same, he w on't be having it at all as they found 3 discs that w ould possible have to be removed, w hich w ould further reduce the mobility in his neck; there hasn't been any change in his back or neuropathy. - CL5KA3 - Aug 28, 2014 08:51:31 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Path Notes
Per recommendation from med review , BS w ill flup for updated medical in 10/2014; BS w ill set task for status update to see if anything has change in plans for sx, and order updated medical from all provider. once rec'd BS w ill review for potential change in AO decision. - CL5KA3 - Aug 28, 2014 08:51:31 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/28/2014 | Referrals | 20176 | Ongoing Claim Review | Completed | CL5KA3 |

Consulting Table/Medical Referral Template

Demographics
Date: 8/22/14
Claimant: Arnold Dixon
Claim Number: 1120006734
Occupation: Service Clerk (sed)
Diagnosis: Idiopathic Peripheral Neuropathy
DOD:7/9/2011
DOB: (54)
Benefit Start Date:1/5/2012
State Claimant Resides:TN
Current Height:77
Current Weight:260
Dominant Side
Previous Medical Review ? LTD-PEER REPORT
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:
Claim Milestone and Relevant Dates
Select One of the below sections, complete and delete out the unused sections.

1st Appeal:Yes
Current Providers
NameSpecialtyLast Visit Date
TN Brain and Spine7/8/14
Dr. Turney WilliamsPM6/19/2014

Main Duties of Occupation: Looking for cont AO

Most Current APS/Abilities Form/Dr's Note
Date:Peer Report dated 3/7/14
Which provider completed:
Per provider w hat are the current limitations?Sit w / repositing as need up to six hours per day ability to stand and w alk up to 10 minues at a time up to 30 minutes each 8-hour day at at full-time capcity; support to life, push, pull and carry up to 10 pounds on an accsional basis and reach above shouler, at the shoulder, below the shoulder, and fin finger manipulate, grasp and hold
Per provider w hat are the current restrictions?

Surgery
Name of Procedure:
Date Preformed:

Recent Medical Records Information
Physical Exam:
X-Ray or MRI:
Lab Results:

Statement of Medical Issue and Direction Recommendation:
Clmt has hx of back pain extending to 2003; MRI from 2/4/11 show ed MRi in 6/28/2011 show ed stable multilevel degenerative changes w / mild facet joint hypertropht at multiple levels; s/p C5-6 ACDF; skin biopsy from 2/3/14 indicated findings consisten w / small fiber neuropathy and reduced epidermal nerve fiber density.

Peer review concluded the r&ls noted above and that the r&ls are in place since at least 7/28/11; it noted that it w ould be reasonable that the clmt be reeval 90 days from the LOV 2/13/14.

Latest Med Records:

Brain and Spine:
DOS 6/11/14: pt reports that approx 6 w eeks ago he started to have increasing pain in right shoulder and neck; the pain sometimes extends to his arms; he now has severe discomfort is his upper right extremities and sometimes in his left. He has had conservative treatment, including steroids and anti-inflammatories; he does not feel like he can tolerate PT; MRI w as review ed completed on 5/22/14 that show ed postop changes of the c5-6 post anterior cervical discectomy and fusion; he has adjacent segment disease affecting c-3, c4-5, and c6-7; there is mild to moderate foraminal narrow ing, w orse on the right at c6-7 and a large dis osteophytle complex cause severe foraminal narrow ing; At c3-4 large central disc osteophyte causing bilateral foraminal narrow ing. Plan is for pt to undergo myelogram prior to any type of sx options. Pt is interested in sx options; pt to flup a/ Dr Fullgar after myelogram.
DOS 7/8/14: pt w as seen for EMG, nothing in regard to results w ere given; no add'l plan w ere indicated. EMG rsults w ere given on EMG report as an acute lesion of the c6-8 nerve roots on the right w / sp attention to c7; evidence of chronic c5-6 finding bilaterally.

Dr. Williams:
DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results are pending.

Specific Question(s) for Review er
Do the medical records on file continue to support r&ls indicated by peer report?
Can any significant change be expected in r&ls of standing and w alking? - CFMIZE - Aug 25, 2014 12:59:26 pm
Clinical Review Response

Claimant Name: Arnold Dixon
DOB:
Claim Number: 1120006734
DOD: 7/9/2011
Date Review Completed: 8/26/2014
Review completed by: D. Willaert RN
COD: 1/5/2014

Documents review ed: Peer Review Report 3/10/14, OV note from Dr. Fullagar (spine) 6/11/14, 6/24/14, 7/8/14, cervical CT myelogram 6/20/14, MRI cervical spine 5/22/14, EMG 7/8/14, OV note from Dr. Williams (pain management) 6/19/14

Conclusion: The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention.

Analysis/Rationale: The CLMT is a 54 yr old male previously employed as a service clerk (sedentary) w ith a DOD 7/9/11, out of w ork for idiopathic peripheral neuropathy.
The peer review report 3/10/14 indicates CLMT is not disabled from all occupations and has the capacity to sit w ith ability to reposition as needed up to 6 hours per day and the ability to stand and w alk up to 10 minutes at a time up to 30minutes each per 8 hour day at full-time capacity, lift/carry up to 10lbs occasionally, and otherw ise reach above shoulder, at the shoulder, below the shoulder and fine finger manipulate, grasp, and hold.
EMG 7/8/14 show ed an acute lesion of the C6, C7, and C8 nerve roots on the R w ith special attention to C7, evidence of chronic C5-6 findings bilaterally. There is no evidence of motor dysfunction.
OV note from Dr. Fullagar 6/24/14 show s CLMT reported neck pain and bilateral arm pain s/p CT myelogram. CLMT has had a previous C5-6 fusion. CLMT has continued to have R arm pain in a C6 pattern and some L arm pain as

well. CLMT has been found on MRI recently to have severe degenerative disc disease of the cervical spine with adjacent segments above and below the fusion with varying degrees of foraminal stenosis associated with osteophytic formation. CLMT's biggest complaint is the R arm pain that travels in a C-6 pattern, worse with sitting in an upright chair. CLMT gets some relief by reclining or lying back. CLMT also has peripheral neuropathy in the lower extremities. Exam shows CLMT has very little ROM of his cervical spine and what ROM he has is painful, motor strength is intact in the upper extremities, reflexes are hyporeflexic at biceps and triceps. CT myelogram of the cervical spine showed a solid interbody fusion at C5-6, large anterior osteophytes at C6-7 and C4-5 as well as smaller posterior osteophytes causing varying degrees of foraminal narrowing at all of these levels, a large L-sided osteophyte at C3-4 on the L causing foraminal stenosis, no central stenosis. Plan is to refer CLMT for nerve conduction studies of both upper extremities to see if it is a chronic or active radiculopathy to see if surgery would help him.
CT myelogram 6/20/14 showed an anterior and large L lateral extradural defect C3-4, moderate R lateral defects C4-5 and C6-7, small anterior defect C6-7. CT showed severe bony foraminal stenosis on the L at C3-4 with disc protrusion/osteophyte complexes, there is L C4 nerve root compression, moderately severe R foraminal stenoses at C4-5 and C6-7 with disc protrusion/osteophyte complexes, there is probable R C5 and R C7 nerve root compression.
OV note from Dr. Williams 6/19/14 shows CLMT reported bilateral foot pain increased with activities or as the day progresses. Over the last 3 weeks he has noted R shoulder discomfort increased with R head tilt and some numbness in the R 1st and 2nd fingers, there is not dramatic discomfort beyond the R shoulder, no L upper extremity complaints or lower extremity complaints beyond the feet. The hydrocodone is helping his back and foot pain but not dramatically helpful for his cervical discomfort. Exam shows sensory deficit R first and second digits, no atrophy, motor function appears intact, negative SLR's, non-dermatomal sensory deficit about the feet.
OV note from Dr. Fullagar 6/11/14 shows CLMT has chronic low back pain and was considered non-operative due to extensive degenerative changes affecting almost the entire lumbar spine. CLMT is able to manage pain with the occasional hydrocodone once or maybe twice daily. CLMT states about 6 wks ago he began having worsening pain in the R shoulder and in his neck, extending down into his arm to the thumb and index finger. CLMT does not feel he would be able to tolerate PT. MRI cervical spine 5/22/14 showed post-operative changes at C5-6, adjacent segment disease affecting C-3-4, C4-5, and C6-7 levels, at C6-7 there is mild to moderate foraminal narrowing, worse on the R side, at C4-5 a large disc osteophyte complex most pronounced on the R side causing severe foraminal narrowing, at C3-4 large central disc osteophyte complex causing bilateral foraminal narrowing. CLMT is interested in surgical intervention.
MRI 5/22/14 showed severe R neural foraminal narrowing with compression of the foraminal C5 nerve root at C4-5 and moderate R, severe L neural foraminal narrowing with compression of the foraminal L C4 nerve root.

Specific clinical recommendations: Follow-up with updated medical records at the end of the above referenced time frame and about the midpoint, ascertain whether the CLMT has had or will be having surgery. If he does not have surgery, the above R&L's would be permanent. Unable to make an any occ determination for sure at this time.

Donna L. Willaert MSN, RN
Nurse Disability Consultant
Registered Nurse (GA) - DXWILLA - Aug 26, 2014 11:52:50 am

| | | | | | |
|---|---|---|---|---|---|
| 8/28/2014 8:51:47 AM | Claim Tasks | 35 | Call Claimant | Requested | CL5KA3 |

contact ee for status update (he uses email) on whether there is a change in sx plans; get LOV, NOV and order updated medical from all providers and reassess for AO/possible PTD - CL5KA3 - Aug 28, 2014 08:53:06 am

sent email to ee on 10/2/14; will flup in 1 week if no reply - CL5KA3 - Oct 02, 2014 09:54:03 am

Per email response, EE no longer seeing Dr. Williams; NOV and likely last until sx in 10/13/14 w/ TN Brain and Spine. BS will order updated medical at that time and review for PTD - CL5KA3 - Oct 09, 2014 07:37:33 am

medical ordered - CL5KA3 - Oct 16, 2014 12:52:56 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/9/2014 5:59:15 PM | Documents/Mail | 43 | Email | Received | CL5KA3 |

2014-10-09-08.37.01.526761:O:01

Email status update - CL5KA3 - Oct 10, 2014 08:29:16 am

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2014 | Documents/Mail | 43 | Email | Completed | CL5KA3 |

2014-10-09-08.37.01.526761:O:01

Email status update - CL5KA3 - Oct 10, 2014 08:29:16 am

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2014 | Claim Tasks | 35 | Call Claimant | Completed | CL5KA3 |

contact ee for status update (he uses email) on w hether there is a change in sx plans; get LOV, NOV and order updated medical from all providers and reassess for AO/possible PTD - CL5KA3 - Aug 28, 2014 08:53:06 am

sent email to ee on 10/2/14; w ill flup in 1 w eek if no reply - CL5KA3 - Oct 02, 2014 09:54:03 am

Per email response, EE no longer seeing Dr. Williams; NOV and likely last until sx in 10/13/14 w / TN Brain and Spine. BS w ill order updated medical at that time and review for PTD - CL5KA3 - Oct 09, 2014 07:37:33 am

medical ordered - CL5KA3 - Oct 16, 2014 12:52:56 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2014 12:52:00 PM | Medical | 14 | | Initial | CL5KA3 |

sent mednotc1 to ee on 10/22/14, task set to flup FTP process, setting med flup out 10 days to flup w / DO - CL5KA3 - Oct 22, 2014 07:52:41 am

PD CC $39.50 MEDICOPY SERVICES, INC (EAST TENNESSEE BRAIN & SPINE CENTER) FOR MED RECS. INVOCIE # 762784 TRANSACTION ID: 6620428494 - SMRUSSO - Oct 29, 2014 09:57:01 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/21/2014 | Documents/Mail | 44 | Med Rec Request | Completed | kblatti |

Attachments:Dixon Auth.pdfMed Rec Request

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/22/2014 | Documents/Mail | 45 | Med Rec Request Follow Up | Completed | Cl5Ka3 |

Med Rec Request Follow Up

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/22/2014 7:53:12 AM | Claim Tasks | 36 | Open Review | Requested | CL5KA3 |

If no response from DO, email ee to see if he rec'd mednotc1 - CL5KA3 - Oct 22, 2014 07:53:49 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/24/2014 | Documents/Mail | 47 | Medical Records | Completed | CL5KA3 |

2014-10-24-12.40.41.965221:O:01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/24/2014 | Documents/Mail | 48 | Fax | Completed | CL5KA3 |

2014-10-24-10.00.46.423241:O:01

prepayment invoice - CL5KA3 - Oct 24, 2014 03:09:24 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/24/2014 11:41:41 AM | Documents/Mail | 46 | Pre-Payment Invoice | Received | SMRUSSO |

2014-10-24-12.40.14.089221:O:01

PD CC $39.50 MEDICOPY SERVICES, INC (EAST TENNESSEE BRAIN & SPINE CENTER) FOR MED RECS. INVOCIE # 762784 TRANSACTION ID: 6620428494 - SMRUSSO - Oct 29, 2014 09:58:37 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/29/2014 | Documents/Mail | 46 | Pre-Payment Invoice | Completed | SMRUSSO |

2014-10-24-12.40.14.089221:O:01

PD CC $39.50 MEDICOPY SERVICES, INC (EAST TENNESSEE BRAIN & SPINE CENTER) FOR MED RECS. INVOCIE # 762784 TRANSACTION ID: 6620428494 - SMRUSSO - Oct 29, 2014 09:58:37 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/30/2014 8:38:19 AM | Documents/Mail | 49 | Medical Records | Received | CL5KA3 |

2014-10-29-12.35.44.795861:O:01

Rec'd Med Rec from TN Brain and Spine:

DOS 10/13/14: EMG show ed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago w as a probably right C5 and C6 radiculitis better w / time and therapy; he w as going to cont his neck exercised at home; ; his eval and w ork up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.

CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w / probably right c5-7 nerve root compression

Plan: pt doesn't not w ant sx intervention; pt tor rtn p.r.n

DOS 8/11/14: flup or neck pain; symptoms consistent w / 10/13/14 OVN

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

- CL5KA3 - Oct 31, 2014 09:16:28 am

| 10/30/2014 8:38:19 AM | Documents/Mail | 50 | Medical Record Invoice | Received | YWEVANS |
|---|---|---|---|---|---|

2014-10-30-09.37.51.099681:O:01
12/13/14 YWEVANS - THIS IS A DUPLICATE INV #762784 FROM MEDICOPY SERVICES. PAYMENT MADE ALREADY ON 10/29/14 TO MEDICAL REF ID# 336101. CLOSING DUPL TASK. - YWEVANS - Dec 13, 2014 10:01:05 am

| 10/31/2014 | Documents/Mail | 49 | Medical Records | Completed | CL5KA3 |
|---|---|---|---|---|---|

2014-10-29-12.35.44.795861:O:01

Rec'd Med Rec from TN Brain and Spine:

DOS 10/13/14: EMG showed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago was a probably right C5 and C6 radiculitis better w/ time and therapy; he was going to cont his neck exercised at home; ; his eval and work up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.

CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w/ probably right c5-7 nerve root compression

Plan: pt doesn't not want sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

DOS 8/11/14: flup or neck pain; symptoms consistent w/ 10/13/14 OVN
- CL5KA3 - Oct 31, 2014 09:16:28 am

| 11/3/2014 | Medical | 14 | | Closed | CL5KA3 |
|---|---|---|---|---|---|

sent mednotc1 to ee on 10/22/14, task set to flup FTP process, setting med flup out 10 days to flup w/ DO - CL5KA3 - Oct 22, 2014 07:52:41 am

PD CC $39.50 MEDICOPY SERVICES, INC (EAST TENNESSEE BRAIN & SPINE CENTER) FOR MED RECS. INVOCIE # 762784 TRANSACTION ID: 6620428494 - SMRUSSO - Oct 29, 2014 09:57:01 am

| 11/7/2014 | Claim Tasks | 36 | Open Review | Completed | CL5KA3 |
|---|---|---|---|---|---|

If no response from DO, email ee to see if he rec'd mednotc1 - CL5KA3 - Oct 22, 2014 07:53:49 am

| 12/2/2014 7:04:10 AM | Claim Tasks | 37 | Open Review | Requested | CL5KA3 |
|---|---|---|---|---|---|

take to ct - CL5KA3 - Dec 02, 2014 07:04:24 am

prepped and subbed - CL5KA3 - Jan 26, 2015 03:22:43 pm

| 12/13/2014 | Documents/Mail | 50 | Medical Record Invoice | Completed | YWEVANS |
|---|---|---|---|---|---|

2014-10-30-09.37.51.099681:O:01
12/13/14 YWEVANS - THIS IS A DUPLICATE INV #762784 FROM MEDICOPY SERVICES. PAYMENT MADE ALREADY ON 10/29/14 TO MEDICAL REF ID# 336101. CLOSING DUPL TASK. - YWEVANS - Dec 13, 2014 10:01:05 am

| 1/26/2015 | Claim Tasks | 37 | Open Review | Completed | CL5KA3 |
|---|---|---|---|---|---|

take to ct - CL5KA3 - Dec 02, 2014 07:04:24 am

prepped and subbed - CL5KA3 - Jan 26, 2015 03:22:43 pm

| 1/26/2015 3:19:36 PM | Referrals | 20176: | PTD Evaluation | Initial | CL5KA3 |
|---|---|---|---|---|---|

Consulting Table/Medical Referral Template

Demographics
Date: 1/26/15
Claimant: Arnold Dixon
Claim Number: 1120006734
Occupation: Service Clerk (sed)
Diagnosis: Idiopathic Peripheral Neuropathy
DOD:7/9/2011
DOB: (54)
Benefit Start Date:1/5/2012
State Claimant Resides:TN

Current Height:77
Current Weight:260
Dominant Side
Previous Medical Review ? LTD-PEER REPORT
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:
Claim Milestone and Relevant Dates
Select One of the below sections, complete and delete out the unused sections.

Current Providers
NameSpecialtyLast Visit Date
TN Brain and Spine7/8/14
Dr. Turney WilliamsPM6/19/2014

Most Current APS/Abilities Form/Dr's Note
Date:Peer Report dated 3/7/14

Sit w / repositioning as need up to six hours per day ability to stand and w alk up to 10 minutes at a time up to 30 minutes each 8-hour day at full-time capacity; support to lift, push, pull and carry up to 10 pounds on an occasional basis and reach above shoulder, at the shoulder, below the shoulder, and fin finger manipulate, grasp and hold
Per provider w hat are the current restrictions?

Statement of Medical Issue and Direction Recommendation:
Clmt has hx of back pain extending to 2003; MRI from 2/4/11 show ed MRi in 6/28/2011 show ed stable multilevel degenerative changes w / mild facet joint hypertrophy at multiple levels; s/p C5-6 ACDF; skin biopsy from 2/3/14 indicated findings consistent w / small fiber neuropathy and reduced epidermal nerve fiber density.

Peer review concluded the r&ls noted above and that the r&ls are in place since at least 7/28/11; it noted that it w ould be reasonable that the clmt be reeval 90 days from the LOV 2/13/14.

Latest Med Records:

Brain and Spine:
DOS 10/13/14: EMG show ed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago w as a probably right C5 and C6 radiculitis better w / time and therapy; he w as going to cont his neck exercised at home; ; his eval and w ork up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.
CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w / probably right c5-7 nerve root compression
Plan: pt doesn't not w ant sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

DOS 8/11/14: flup or neck pain; symptoms consistent w / 10/13/14 OVN

Dr. Williams:
DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results are pending.

Medical review dated 8/28/14:
Conclusion: The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains

to be seen how serious that is after surgical intervention. Unable to make AO decision at this time

According to clmt, he does not have plans to have sx at this point due to the decrease in mobility of the neck.

Specific Question(s) for Reviewer
Do the medical records on file continue to support r&ls indicated by peer report?
Can any significant change be expected in r&ls of standing and walking? - CL5KA3 - Jan 26, 2015 03:21:03 pm
1/29/2015 - Present for Consulting Table: prety2, kxmcqua, cl5ka3

Clmt is a 54 y/o male, employed in a sedentary occupation, with DX of peripheral neuropathy. Claim has been approved for COD with restrictions and limitations noted to be subsedentary. Additional medical records received which include EMG study which indicate positive findings of cervical spine. MD recommendation is not to have surgery at this time. Per Clinical Response, clmt's condition unlikely to improve unless clmt undergoes surgery. Per claims manager, recommend referral to PTD and possible settlement. - PRETY2 - Jan 29, 2015 08:18:27 am

| | | | | |
|---|---|---|---|---|
| 1/29/2015 | Summary/Assessment/Pa2h | 54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. | Completed | CL5KA3 |

Summary Notes
54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. dlw 7/8/11, dod 7/9/11, BSD 1/5/2012, COD 1/5/14 - CL5KA3 - Jan 29, 2015 09:09:33 am
Assessment Notes
The medical evidence currently supports functional limitations of sitting frequently with the ability to adjust position as needed for comfort up to 6 hours per day, standing/walking occasionally, and lifting up to 10lbs occasionally, no overhead work and only occasional fingering/handling with the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT will most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT would likely be able to perform normally at the sedentary level except for overhead work, however there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention. If he does not have surgery, the above R&L's would be permanent. Unable to make an any occ determination for sure at this time.

DOS 10/13/14: EMG showed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago was a probably right C5 and C6 radiculitis better w/ time and therapy; he was going to cont his neck exercised at home; ; his eval and work up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.
CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w/ probably right c5-7 nerve root compression
Plan: pt doesn't not want sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

EE is not likely to have surgery at this time due to possible loss of mobility in his neck. Therefore, r&ls as indicated above, which give sub-sedentary capacity, are likely permanent. - CL5KA3 - Jan 29, 2015 09:09:33 am
Path Notes
Per ct recommendation on 1/29/15, CE is referring to settlement for review and then to PTD if no settlement can be reached. - CL5KA3 - Jan 29, 2015 09:09:33 am

Prior settlement was attempted in 5/2014, clmt declined offer. Therefore, CE will send for PTD eval - CL5KA3 - Jan 29, 2015 09:11:29 am

| | | | | |
|---|---|---|---|---|
| 1/29/2015 | Referrals | 20176:PTD Evaluation | Completed | CL5KA3 |

Consulting Table/Medical Referral Template

Demographics
Date: 1/26/15
Claimant: Arnold Dixon
Claim Number: 1120006734
Occupation: Service Clerk (sed)
Diagnosis: Idiopathic Peripheral Neuropathy
DOD:7/9/2011
DOB: (54)
Benefit Start Date:1/5/2012
State Claimant Resides:TN

Current Height:77
Current Weight:260
Dominant Side
Previous Medical Review ? LTD-PEER REPORT
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:
Claim Milestone and Relevant Dates
Select One of the below sections, complete and delete out the unused sections.

Current Providers
NameSpecialtyLast Visit Date
TN Brain and Spine7/8/14
Dr. Turney WilliamsPM6/19/2014

Most Current APS/Abilities Form/Dr's Note
Date:Peer Report dated 3/7/14

Sit w / repositioning as need up to six hours per day ability to stand and w alk up to 10 minutes at a time up to 30 minutes each 8-hour day at full-time capacity; support to lift, push, pull and carry up to 10 pounds on an occasional basis and reach above shoulder, at the shoulder, below the shoulder, and fin finger manipulate, grasp and hold
Per provider w hat are the current restrictions?

Statement of Medical Issue and Direction Recommendation:
Clmt has hx of back pain extending to 2003; MRI from 2/4/11 show ed MRi in 6/28/2011 show ed stable multilevel degenerative changes w / mild facet joint hypertrophy at multiple levels; s/p C5-6 ACDF; skin biopsy from 2/3/14 indicated findings consistent w / small fiber neuropathy and reduced epidermal nerve fiber density.

Peer review concluded the r&ls noted above and that the r&ls are in place since at least 7/28/11; it noted that it w ould be reasonable that the clmt be reeval 90 days from the LOV 2/13/14.

Latest Med Records:

Brain and Spine:
DOS 10/13/14: EMG show ed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago w as a probably right C5 and C6 radiculitis better w / time and therapy; he w as going to cont his neck exercised at home; ; his eval and w ork up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.
CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w / probably right c5-7 nerve root compression
Plan: pt doesn't not w ant sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

DOS 8/11/14: flup or neck pain; symptoms consistent w / 10/13/14 OVN

Dr. Williams:
DOS: 6/19/2014- Patient reports for a follow up and continues to suffer from bilateral foot pain and soreness in the fingers. Also reports pain in R shoulder. Assessment revealed peripheral neuropathy, degenerative disc disease, chronic pain syndrome, and R shoulder discomfort. Patient has undergone a MRI and a cervical myelogram, results are pending.

Medical review dated 8/28/14:
Conclusion: The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains

to be seen how serious that is after surgical intervention. Unable to make AO decision at this time

According to clmt, he does not have plans to have sx at this point due to the decrease in mobility of the neck.

Specific Question(s) for Review er
Do the medical records on file continue to support r&ls indicated by peer report?
Can any significant change be expected in r&ls of standing and w alking? - CL5KA3 - Jan 26, 2015 03:21:03 pm
1/29/2015 - Present for Consulting Table: prety2, kxmcqua, cl5ka3

Clmt is a 54 y/o male, employed in a sedentary occupation, w ith DX of peripheral neuropathy. Claim has been approved for COD w ith restrictions and limitations noted to be subsedentary. Additional medical records received w hich include EMG study w hich indicate positive findings of cervical spine. MD recommendation is not to have surgery at this time. Per Clinical Response, clmt's condition unlikely to improve unless clmt undergoes surgery. Per claims manager, recommend referral to PTD and possible settlement. - PRETY2 - Jan 29, 2015 08:18:27 am

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2015 9:16:02 AM | Referrals | 20176 | PTD Any Occ | Initial | PTDRVW |

54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. dlw 7/8/11, dod 7/9/11, BSD 1/5/2012, COD 1/5/14

The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention. If he does not have surgery, the above R&L's w ould be permanent. Unable to make an any occ determination for sure at this time.

DOS 10/13/14: EMG show ed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago w as a probably right C5 and C6 radiculitis better w / time and therapy; he w as going to cont his neck exercised at home; ; his eval and w ork up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.
CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w / probably right c5-7 nerve root compression
Plan: pt doesn't not w ant sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

EE is not likely to have surgery at this time due to possible loss of mobility in his neck. Therefore, r&ls as indicated above, w hich give sub-sedentary capacity, are likely permanent.

Settlement attempted in 5/2014-- offer w as declined - CL5KA3 - Jan 29, 2015 09:17:23 am

2/2/15 agree CLaimant is PTD ... assigned to ATMADSE - MXLINCO - Feb 03, 2015 01:55:26 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2015 9:17:36 AM | Claim Tasks | 38 | Open Review | Requested | JAKURTZ |

Call ee for annual status update - CL5KA3 - Jan 29, 2015 09:18:08 am

2/2/15 agree Claimant is PTD ... assigned to ATMADSE Update Medical Cond request forms in 2 years.... - MXLINCO - Feb 03, 2015 01:58:49 pm

========================
========================

********KEEP AT TOP**********************************
REQUEST UPDATED FORMS EVERY 24-36 MONTHS
************************************************************

02/09/17 I sent REQUEST FOR UPDATED FORMS asking for: Updated LFG Auth, ISS & APS forms, I reset flup 30 days, once recd I w ill review to see if TDAO/PTD likely remains supported. ATM - ATMADSE - Feb 09, 2017 07:12:29 am

03/01/17 Recd vm asking for cb, I called clmnt back advised he can mail, email or fax the forms, I left my direct

contact info, I stated w e w ould also allow 30 day extension for forms. ATM - ATMADSE - Mar 01, 2017 12:42:06 pm

MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:06:17 am

### LTD ONLY ### LTD ONLY
### LTD ONLY ### LTD ONLY
####################################
#### REQUEST UPDATE EVERY 36 MONTHS
#################################### - ATMADSE - Feb 28, 2019 01:44:54 pm

2/3/2015 Referrals 20176:TD Any Occ Completed PTDRVW

54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. dlw 7/8/11, dod 7/9/11, BSD 1/5/2012, COD 1/5/14

The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention. If he does not have surgery, the above R&L's w ould be permanent. Unable to make an any occ determination for sure at this time.

DOS 10/13/14: EMG show ed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago w as a probably right C5 and C6 radiculitis better w / time and therapy; he w as going to cont his neck exercised at home; ; his eval and w ork up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.
CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w / probably right c5-7 nerve root compression
Plan: pt doesn't not w ant sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

EE is not likely to have surgery at this time due to possible loss of mobility in his neck. Therefore, r&ls as indicated above, w hich give sub-sedentary capacity, are likely permanent.

Settlement attempted in 5/2014-- offer w as declined - CL5KA3 - Jan 29, 2015 09:17:23 am

2/2/15 agree CLaimant is PTD ... assigned to ATMADSE - MXLINCO - Feb 03, 2015 01:55:26 pm

2/3/2015 1:56:17 PM Summary/Assessment/P:3h 54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. Requested JAKURTZ

Summary Notes
54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. dlw 7/8/11, dod 7/9/11, BSD 1/5/2012, COD 1/5/14 - MXLINCO - Feb 03, 2015 01:57:50 pm

MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM - ATMADSE - Mar 06, 2017 11:06:47 am
Assessment Notes
The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention. If he does not have surgery, the above R&L's w ould be permanent. Unable to make an any occ determination for sure at this time.

DOS 10/13/14: EMG show ed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago w as a probably right C5 and C6 radiculitis better w / time and therapy; he w as going to cont his neck exercised at home; ; his eval and w ork up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.
CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w / probably right c5-7 nerve root compression
Plan: pt doesn't not w ant sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

EE is not likely to have surgery at this time due to possible loss of mobility in his neck. Therefore, r&ls as indicated above, w hich give sub-sedentary capacity, are likely permanent. - MXLINCO - Feb 03, 2015 01:57:50 pm

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)

APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM - ATMADSE - Mar 06, 2017 11:06:47 am

### LTD ONLY ### LTD ONLY
### LTD ONLY ### LTD ONLY
###################################
#### REQUEST UPDATE EVERY 36 MONTHS
################################### - ATMADSE - Feb 28, 2019 01:44:44 pm
Path Notes

2/2/15 agree Claimant is PTD ... assigned to ATMADSE Update Medical Cond request forms in 2 years.... - MXLINCO - Feb 03, 2015 01:57:50 pm

========================
========================

********KEEP AT TOP**********************************
REQUEST UPDATED FORMS EVERY 24-36 MONTHS
**************************************************************

02/09/17 I sent REQUEST FOR UPDATED FORMS asking for: Updated LFG Auth, ISS & APS forms, I reset flup 30 days, once recd I w ill review to see if TDAO/PTD likely remains supported. ATM - ATMADSE - Feb 09, 2017 07:12:38 am

03/01/17 Recd vm asking for cb, I called clmnt back advised he can mail, email or fax the forms, I left my direct contact info, I stated w e w ould also allow 30 day extension for forms. ATM - ATMADSE - Mar 01, 2017 12:42:22 pm

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:06:47 am

### LTD ONLY ### LTD ONLY
### LTD ONLY ### LTD ONLY
###################################
#### REQUEST UPDATE EVERY 36 MONTHS
################################### - ATMADSE - Feb 28, 2019 01:44:44 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/27/2016 8:17:59 AM | Claim Tasks | 39 | Update Claim Information | Requested | JAKURTZ |
| | ***6 months prior to mbd, review for possible APC to MBD, set/reset until resolved. ATM - ATMADSE - Feb 27, 2016 08:18:15 am | | | | |
| 2/9/2017 | Documents/Mail | 51 | PTD LTD Req Forms | Completed | ATMADSE |
| | PTD LTD Req FormsAttachments:Auth MedicalLTD APSISS | | | | |
| 2/9/2017 8:46:12 PM | Investigation | 1 | PTD | Requested | ATMADSE |
| | 02/10/17 consolidating tasks, completed out. ATM - ATMADSE - Feb 10, 2017 10:36:35 am | | | | |
| 2/10/2017 | Investigation | 1 | PTD | Received | ATMADSE |
| | 02/10/17 consolidating tasks, completed out. ATM - ATMADSE - Feb 10, 2017 10:36:35 am | | | | |
| 3/1/2017 | Telephone (OUT) | 111 | ARNOLD DIXON | Completed | ATMADSE |
| | 03/01/17 Recd vm asking for cb, I called clmnt back advised he can mail, email or fax the forms, I left my direct contact info, I stated w e w ould also allow 30 day extension for forms. ATM - ATMADSE - Mar 01, 2017 12:45:19 pm | | | | |
| 3/2/2017 | Documents/Mail | 52 | Email | Completed | ATMADSE |

REC"D APS/ISS/AUTH
arnoldjr60@centurylink.net;
BCC: disabilityclaims@lfg.com;
(secure) Re: Info for continued benefits SARATOGATE CTI_CALL

Hello Arnold,

Thank you for your email. I have forw arded this information to our Disability department to attach to claim 1120006734. Please allow 5-7 business days for review .

In the future, please feel free to email your Disability Claim forms directly to our Disability team at DisabilityClaims@lfg.com for processing. If you should have questions regarding the items you are submitting, please continue to contact us at Claims@lfg.com.

Thank you,

Shana Gardner
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 3/1/2017 3:24 PM, From: arnoldjr60@centurylink.net, To: claims@lfg.com; , Subject: Info for continued benefits CTI_CALL, Arnold Dixon w rote:
Adam,

Thank you for returning my call. Please let me know if anything else is needed.

Thank you,

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Arnold | | | | |
| 3/2/2017 9:59:23 AM | Documents/Mail | 53 | Email | Received | ATMADSE |

2017-03-02-10.28.27.851660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16

| Posted Date | Category | Seq | Item | Status | User |
| --- | --- | --- | --- | --- | --- |

Other income = only other income listed is SSDI (verified SSDI offset already in place with no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD will continue to monitor status every 24-36 month when I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, we will continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I will next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:27 am

| Posted Date | Category | Seq | Item | Status | User |
| --- | --- | --- | --- | --- | --- |
| 3/2/2017 9:59:24 AM | Documents/Mail | 54 | Incoming Correspondence | Received | ATMADSE |

2017-03-02-10.28.27.895660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from own occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:18 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/2/2017 9:59:25 AM | Documents/Mail | 55 | Claim Form - Authorization | Received | ATMADSE |

2017-03-02-10.28.27.940660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =

Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:10 am

| 3/2/2017 9:59:25 AM | Documents/Mail | 56 | Incoming Correspondence | Received | ATMADSE |
|---|---|---|---|---|---|

2017-03-02-10.28.27.986660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue

to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I will next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:03 am

| | | | | | |
|---|---|---|---|---|---|
| 3/2/2017 9:59:26 AM | Documents/Mail | 57 | Attending Physicians Statement | Received | ATMADSE |

2017-03-02-10.28.28.034660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from own occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = will not be able to return to work
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and what can be done about it = peripheral neuropathy, no known cure, degenerative discs, surgery wont help
Describe RLs = standing, stitting or walking for long periods and cannot wear shows for long periods
Present activities = nothing more than a couple hours at a time, I work around the house when able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Other income = only other income listed is SSDI (verified SSDI offset already in place with no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD will continue to monitor status every 24-36 month when I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, we will continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I will next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:34 am

| 3/6/2017 | Documents/Mail | 53 | Email | Completed | ATMADSE |
|---|---|---|---|---|---|

2017-03-02-10.28.27.851660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from own occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:27 am

| 3/6/2017 | Documents/Mail | 54 | Incoming Correspondence | Completed | ATMADSE |
|---|---|---|---|---|---|

2017-03-02-10.28.27.895660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =

Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from own occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = will not be able to return to work
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and what can be done about it = peripheral neuropathy, no known cure, degenerative discs, surgery wont help
Describe RLs = standing, stitting or walking for long periods and cannot wear shows for long periods
Present activities = nothing more than a couple hours at a time, I work around the house when able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place with no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD will continue to monitor status every 24-36 month when I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, we will continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I will next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:18 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/6/2017 | Documents/Mail | 55 | Claim Form - Authorization | Completed | ATMADSE |

2017-03-02-10.28.27.940660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue

to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I will next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:10 am

3/6/2017 Documents/Mail 57 Attending Physicians Statement Completed ATMADSE

2017-03-02-10.28.28.034660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from own occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = will not be able to return to work
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and what can be done about it = peripheral neuropathy, no known cure, degenerative discs, surgery wont help
Describe RLs = standing, stitting or walking for long periods and cannot wear shows for long periods
Present activities = nothing more than a couple hours at a time, I work around the house when able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16

Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:34 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 3/6/2017 | Documents/Mail | 56 | Incoming Correspondence | Completed | ATMADSE |

2017-03-02-10.28.27.986660O01
MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:07:03 am

| 4/1/2019 3:06:32 PM | Referrals | 20176: | Lump Sum | Initial | JAKURTZ |
|---|---|---|---|---|---|

Can extend an offer w ithin my authority if medically eligible. - KLUSA0 - Apr 02, 2019 09:03:59 am

Requested that Ro5Tr0 review before approaching clmt. Will need updated status due to age of medical records and potential for improvement w ith surgery. - KLUSA0 - Apr 02, 2019 10:21:41 am

Claim being updated. Review for status in May. - KLUSA0 - Apr 02, 2019 12:53:16 pm

Abilities form still pending. - KLUSA0 - May 13, 2019 03:13:58 pm

Abilities received, but additional records are still outstanding. - KLUSA0 - Jun 13, 2019 03:30:53 pm

SIU review underw ay. Will close referral and set follow up task. - KLUSA0 - Jul 25, 2019 07:42:17 am

| 4/2/2019 3:34:27 PM | Referrals | 20176: | Management Review | Initial | JAKURTZ |
|---|---|---|---|---|---|

File assigned to JAKURTZ for ongoing handling. Claimant w as noted in a clinical review from 2014 to be restricted from w orking > 6 hours per day because of his condition. It w as noted that his condition could improve if he had surgery. Recommend w e do conduct full investigation into claimant's functional capacity to determine his current functional status, if he ever underw ent neck sx, w hat his current tx is, and w hat he spends his time doing if he can't w ork full-time in his sedentary OO. - Management Review - RO5TR0 - Apr 02, 2019 03:36:51 pm

| 4/3/2019 | Claim Tasks | 38 | Open Review | Completed | JAKURTZ |
|---|---|---|---|---|---|

Call ee for annual status update - CL5KA3 - Jan 29, 2015 09:18:08 am

2/2/15 agree Claimant is PTD ... assigned to ATMADSE Update Medical Cond request forms in 2 years.... - MXLINCO - Feb 03, 2015 01:58:49 pm

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

=======================
=======================

********KEEP AT TOP*********************************
REQUEST UPDATED FORMS EVERY 24-36 MONTHS
***************************************************************

02/09/17 I sent REQUEST FOR UPDATED FORMS asking for: Updated LFG Auth, ISS & APS forms, I reset flup 30 days, once recd I will review to see if TDAO/PTD likely remains supported. ATM - ATMADSE - Feb 09, 2017 07:12:29 am

03/01/17 Recd vm asking for cb, I called clmnt back advised he can mail, email or fax the forms, I left my direct contact info, I stated we would also allow 30 day extension for forms. ATM - ATMADSE - Mar 01, 2017 12:42:06 pm

MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from own occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO

When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help
Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:06:17 am

### LTD ONLY ### LTD ONLY
### LTD ONLY ### LTD ONLY
###################################
#### REQUEST UPDATE EVERY 36 MONTHS
################################### - ATMADSE - Feb 28, 2019 01:44:54 pm

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2019 | Claim Tasks | 39 | Update Claim Information | Completed | JAKURTZ |

***6 months prior to mbd, review for possible APC to MBD, set/reset until resolved. ATM - ATMADSE - Feb 27, 2016 08:18:15 am

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2019 | Investigation | 2 | Determine Disability | Received | JAKURTZ |
| 4/3/2019 | Documents/Mail | 58 | Request Forms from Claimant | Completed | JAKURTZ |

Request Forms from ClaimantAttachments:Auth MedicalISS

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2019 | Documents/Mail | 59 | Request Forms from Claimant | Completed | JAKURTZ |

Request Forms from ClaimantAttachments:Auth MedicalISSEducational Background

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2019 | Summary/Assessment/Pa | 3h | 54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. | Completed | JAKURTZ |

Summary Notes
54 y/o/m service clerk oow for Idiopathic Peripheral Neuropathy. dlw 7/8/11, dod 7/9/11, BSD 1/5/2012, COD 1/5/14 - MXLINCO - Feb 03, 2015 01:57:50 pm

MBD: 06/26/25

SUMMARY:

03/06/17 Clmnt is 56 yom, service clerk, out for idiopathic peripheral neuropathy. Per update APS Also: neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS ATM - ATMADSE - Mar 06, 2017 11:06:47 am
Assessment Notes
The medical evidence currently supports functional limitations of sitting frequently w ith the ability to adjust position as needed for comfort up to 6 hours per day, standing/w alking occasionally, and lifting up to 10lbs occasionally, no overhead w ork and only occasional fingering/handling w ith the RUE for a period of 3 months from 7/8/14. The CLMT

has diagnostic evidence (MRI, CT, myelogram and EMG) of acute nerve lesions at C6, C7, and C8. There is no evidence of motor dysfunction. The CLMT w ill most likely have surgery to correct for his acute deficits. After surgery and recovery per MDA guidelines, the CLMT w ould likely be able to perform normally at the sedentary level except for overhead w ork, how ever there is some chronicity of the CLMT's C5-6 radiculopathy and it remains to be seen how serious that is after surgical intervention. If he does not have surgery, the above R&L's w ould be permanent. Unable to make an any occ determination for sure at this time.

DOS 10/13/14: EMG show ed evidence of chronic problems at c5-6 bilat and an acute problem at C6, 7, and 8 on the right; the plan 2 months ago w as a probably right C5 and C6 radiculitis better w / time and therapy; he w as going to cont his neck exercised at home; ; his eval and w ork up most recently included a myelogram and T; pt states his predominant symptoms are neck pain; he does have intermittent right arm symptoms.
CT study done in 6/20/14notes the fusion at c5-6 is partially solid and partially fibrous; there is a right later disc protrusion causing moderately severe right forminal stenosis at c4-5 on the right; right later sic protraction compromising the right c6-7 foramen; there is moderately severe right foraminal stenosis t c405, and c6-7 w / probably right c5-7 nerve root compression
Plan: pt doesn't not w ant sx intervention; pt to cont home stretching and ROM exercises; pt tor rtn p.r.n

EE is not likely to have surgery at this time due to possible loss of mobility in his neck. Therefore, r&ls as indicated above, w hich give sub-sedentary capacity, are likely permanent. - MXLINCO - Feb 03, 2015 01:57:50 pm

ASSESSMENT:

03/06/17 Recd via AWD: Updated LFG Auth (signed & dated 02/21/17), ISS & APS. ATM

03/06/17 APS INFO
DX = neck pain, cervical ddd, Cervical spondylosis, Lumbago, Lumb/lumbosac disc degen, Postlaminect synd-cerv, Brachial neuritis NOS
Subjective =
Objective = see note
Last visit = 10/31/16
Treatment = meds, pt, injections
Frequency of visits = q 3 months
Physical Impairment =
Class 4 (incapable of sedentary)
Mental Impairment =
Class 4 (marked limitations)
American Heart Association Functional Capacity =
Class 1 (no limitations)
b/p = 140/82
Patient Is:
Retrogressed
Recently hospital confined = no
Patient Is:
(blank)
Is patient totally disabled from ow n occupation = yes
Is patient totally disabled from any occupation = yes
Expecting Fundamental Changes In Future = never
Cognitive Functioning Loss = no
ADLs = n/a
Voc Rehab candidate = no
RTW = never
RLs = (blank)
APS is signed & dated by = Misischia DO 02/24/17. ATM

03/06/17 ISS INFO
When do you expect to rtw oo/ao = w ill not be able to return to w ork
Describe your current symptoms = pain in hands & feet (continually) numbness in hands and feet, continuous back pain
What do you believe is the cause of your continued disability and w hat can be done about it = peripheral neuropathy, no know n cure, degenerative discs, surgery w ont help

Describe RLs = standing, stitting or w alking for long periods and cannot w ear show s for long periods
Present activities = nothing more than a couple hours at a time, I w ork around the house w hen able
ADL assistance = no
DR(s) = Kevin Misichia 10/31/16
Other income = only other income listed is SSDI (verified SSDI offset already in place w ith no current ovp).
ISS form is signed & dated = 02/21/17. ATM

03/06/17 Updated forms have been recd, clmnt remains TDAO/PTD due to condition(s) indicated above. Updated forms show no significant improvement and none is expected. ATM - ATMADSE - Mar 06, 2017 11:06:47 am

### LTD ONLY ### LTD ONLY
### LTD ONLY ### LTD ONLY
####################################
#### REQUEST UPDATE EVERY 36 MONTHS
#################################### - ATMADSE - Feb 28, 2019 01:44:44 pm
Path Notes

2/2/15 agree Claimant is PTD ... assigned to ATMADSE Update Medical Cond request forms in 2 years.... - MXLINCO - Feb 03, 2015 01:57:50 pm

========================
========================

********KEEP AT TOP**********************************
REQUEST UPDATED FORMS EVERY 24-36 MONTHS
**************************************************************

02/09/17 I sent REQUEST FOR UPDATED FORMS asking for: Updated LFG Auth, ISS & APS forms, I reset flup 30 days, once recd I w ill review to see if TDAO/PTD likely remains supported. ATM - ATMADSE - Feb 09, 2017 07:12:38 am

03/01/17 Recd vm asking for cb, I called clmnt back advised he can mail, email or fax the forms, I left my direct contact info, I stated w e w ould also allow 30 day extension for forms. ATM - ATMADSE - Mar 01, 2017 12:42:22 pm

PLAN/PATH:

03/06/17 SHORT TERM: Updated forms recd, clmnt remains TDAO/PTD w ill continue to monitor status every 24-36 month w hen I request updated forms, verified appropriate tasks are set. STP: FU APPROX 24 MOS FOR UPDATED FORMS

03/06/17 LONG TERM: Claim previously approved for PTD maintenance, clmnt remains TDAO/PTD, w e w ill continue to get updates on this claim every 24-36 months, verified appropriate tasks are set, based on claimant's diagnosis, history and updated forms expecting clmnt to remain TDAO/PTD to MBD. Updated form(s) have been requested and recd, clmnt remains TDAO/PTD, I w ill next get update on claim in 24 months, flup set/reset/verified. LTP: TDAO to MBP ATM - ATMADSE - Mar 06, 2017 11:06:47 am

### LTD ONLY ### LTD ONLY
### LTD ONLY ### LTD ONLY
####################################
#### REQUEST UPDATE EVERY 36 MONTHS
#################################### - ATMADSE - Feb 28, 2019 01:44:44 pm

| | | | | |
|---|---|---|---|---|
| 4/3/2019 | Referrals | 20176:Management Review | Completed | JAKURTZ |
| | File assigned to JAKURTZ for ongoing handling. Claimant w as noted in a clinical review from 2014 to be restricted from w orking > 6 hours per day because of his condition. It w as noted that his condition could improve if he had surgery. Recommend w e do conduct full investigation into claimant's functional capacity to determine his current functional status, if he ever underw ent neck sx, w hat his current tx is, and w hat he spends his time doing if he can't w ork full-time in his sedentary OO. - Management Review - RO5TR0 - Apr 02, 2019 03:36:51 pm | | | |
| 4/3/2019 5:13:44 PM | Summary/Assessment/Pa4h | Ongoing SAP - JAKURTZ - Apr 03, 2019 05:14:07 pm | Requested | JAKURTZ |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Summary Notes
Ongoing SAP - JAKURTZ - Apr 03, 2019 05:14:07 pm
Assessment Notes
Ongoing SAP - JAKURTZ - Apr 03, 2019 05:14:07 pm
Path Notes
Summary
This is a 58 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Am unable to locate an APS. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed stable muli-level degenerative changes no no nerve root encroachment. It appears claim w as terminated on 5/13/2012 and again on 1/5/2014 overturned in appeals follow ing a peer review completed on 3/7/2014 w /found the claimant could sit up to 6 hours per day but only stand 30 min per day and w alk 30 min per day COD w as 1/5/2014 MBP is 6/26/2025

Assessment
Claimant is receiving SSDI. The last APS recvd gives a dx of neck and pain and cervical DDD w /results in a class 4 PI and class 4 MI He is TD from AO but able to perform ADL's and has no loss of cognitive function. APS w as completed by family practice Dr. Kevin Mesischia on 2/24/2017

Path
Am req updated ISS along w ith Auth once recvd w /obtain updated med evid and R&L

STP RTW
LTP RTW
 - JAKURTZ - Apr 03, 2019 05:14:07 pm

Am also req EBF as unable to locate one in the file - JAKURTZ - Apr 03, 2019 05:25:31 pm

Claimant has reported on the ISS that he w ill not be able to return to w ork due to inability to stand, w alk, or sit even for short periods of time and that he cannot w ear shoes. He is claimant TD and has not performed any w ork. Am req updated rec along w ith AF from Dr. Meisischia - JAKURTZ - May 01, 2019 09:11:03 am

Have recvd rec from Dr. Misischia from 12/4/18 to 2/20/19. W/pt w as last seen he had no current complaints. But did report w eight gain. Upon exam cervical ROM w as w ithin normal limits. There w as no neurologic or musculoskeletal exam documented. Pt denied joint or muscle pain. 12/4/18 exam doc normal gait and station and able to move all four extremities normally. Pt seen primary for hyperlipidemia and is to fu in 6 mo - JAKURTZ - May 06, 2019 06:47:59 pm

Have recvd AF completed by Dr. Misischia on 5/20/2019. Dr. Misischia states that he is not a disabling physician and that the R&L provided w ere determined based on PM notes. R&L provided w ere occ lifting up to 10lbs, occ sitting and standing for less than 1 hr. Occ fingering due to difficulty w /repetitive motions. He can never lift over 10lbs, climb, bend, or kneel. Nothig else is addressed - JAKURTZ - Jun 03, 2019 06:02:11 pm

Claimant w as diagnosed w ith small fiber peripfheral neuropathy and reduced epiermal nerve fiber denisty of the R calf and foot by biopsy completed on 1/30/2014 - JAKURTZ - Jun 03, 2019 06:21:59 pm

Have recvd rec from Gastroenterology dated 12/4/18. Pt w as seen for GERD fu. Gerd w ell controlled on daily Zantac. Upon exam gait and station is normal. Extremities have no edema w ith normal movement. He w as to fu in 6 mo. No further information provided. - JAKURTZ - Jun 12, 2019 01:23:59 pm

ETSU has advised claimant not a pt - JAKURTZ - Jul 10, 2019 03:35:42 pm

Peer review has been completed o 8/21/19. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmentalt restrictions or not necessary. W/refer for TSA - JAKURTZ - Aug 26, 2019 05:42:51 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 4/3/2019 5:25:46 PM | Claim Tasks | 40 | Call Claimant | Requested | JAKURTZ |
| | called claimant to confirm that new DD info is for checking and also verified that claimant sees no other dr. - JAKURTZ - May 21, 2019 11:23:04 am<br><br>left message to return my call - JAKURTZ - Jun 03, 2019 06:03:53 pm<br><br>Called claimant regarding the AF and w hat dr said. Claimant stated that Dr. Misischa completes the paperw ork based on the PM records from several years ago. Claimant stated that he use to go to PM but has not in several years. Dr. Misischa provides him w ith his medications. He takes Hydrocodone and tramedol. He stated that the neuropathy effects his hands and feet but he is able to drive some. His back pain and neuropathy prevent him from sitting for more than 1 hour and he has to elevate his feet. He is able to get up and do things he just cant do things for very long only for about 2 hours at a time. When he is at home he is alw ays in a reclining position. He can't sit upright for more than 1 hour. As a result he no longer goes on vacations, fishes or plays golf. He is able to take care of hit law n w ith help he cannot trim his grass due to inability to bend - JAKURTZ - Jun 03, 2019 06:26:47 pm | | | | |
| 4/3/2019 8:21:31 PM | Investigation | 3 | Determine Disability | Requested | JAKURTZ |
| 5/1/2019 | Investigation | 3 | Determine Disability | Received | JAKURTZ |
| 5/1/2019 | Documents/Mail | 60 | Request Abilities | Completed | JAKURTZ |
| | Request AbilitiesAttachments:Abilities | | | | |
| 5/1/2019 9:21:58 AM | Medical | 15 | | Initial | JAKURTZ |
| | Please use LFG Auth under parent dated 4/3/19 recvd 5/1/19 and dated 4/25/19 - JAKURTZ - May 01, 2019 09:23:15 am<br><br>Please note - the roi auth w as sent directly to right fax due to gp bridge loading issues. - PJMERGE - May 03, 2019 02:14:51 pm | | | | |
| 5/1/2019 8:19:45 PM | Investigation | 4 | Any Occ | Requested | JAKURTZ |
| 5/3/2019 | Documents/Mail | 61 | Med Rec Request | Completed | PJMERGE |
| | Med Rec Request | | | | |
| 5/6/2019 | Medical | 15 | | Closed | JAKURTZ |
| | Please use LFG Auth under parent dated 4/3/19 recvd 5/1/19 and dated 4/25/19 - JAKURTZ - May 01, 2019 09:23:15 am<br><br>Please note - the roi auth w as sent directly to right fax due to gp bridge loading issues. - PJMERGE - May 03, 2019 02:14:51 pm | | | | |
| 5/6/2019 | Documents/Mail | 62 | Medical Records | Completed | JAKURTZ |
| | 2019-05-06-10.30.25.455100O01 | | | | |
| 5/21/2019 | Telephone (IN) | 112 | Arnold Dixon | Completed | JAKURTZ |
| | Arnold Dixon<br><br>Please update banking info:<br><br>Eastman Credit Union<br>Routing #<br>Act # | | | | |
| 5/21/2019 | Telephone (OUT) | 113 | ARNOLD DIXON | Completed | JAKURTZ |
| | called claimant to confirm that new DD info is for checking and also verified that claimant sees no other dr. - JAKURTZ - May 21, 2019 11:23:26 am | | | | |
| 5/21/2019 | Documents/Mail | 63 | Acknow ledge Receipt of Forms | Completed | JAKURTZ |
| | Acknow ledge Receipt of Forms | | | | |
| 5/30/2019 12:50:44 PM | Documents/Mail | 64 | Medical Records | Received | JAKURTZ |
| | 2019-05-30-08.30.10.508740O01 | | | | |
| 6/3/2019 | Telephone (OUT) | 114 | ARNOLD DIXON | Completed | JAKURTZ |
| | left message to return my call - JAKURTZ - Jun 03, 2019 06:04:21 pm | | | | |
| 6/3/2019 | Telephone (OUT) | 115 | ARNOLD DIXON | Completed | JAKURTZ |
| | Called claimant regarding the AF and w hat dr said. Claimant stated that Dr. Misischa completes the paperw ork | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | based on the PM records from several years ago. Claimant stated that he use to go to PM but has not in several years. Dr. Misischa provides him w ith his medications. He takes Hydrocodone and tramedol. He stated that the neuropathy effects his hands and feet but he is able to drive some. His back pain and neuropathy prevent him from sitting for more than 1 hour and he has to elevate his feet. He is able to get up and do things he just cant do things for very long only for about 2 hours at a time. When he is at home he is alw ays in a reclining position. He can't sit upright for more than 1 hour. As a result he no longer goes on vacations, fishes or plays golf. He is able to take care of hit law n w ith help he cannot trim his grass due to inability to bend - JAKURTZ - Jun 03, 2019 06:27:08 pm | | | | |
| 6/3/2019 | Investigation | 4 | Any Occ | Received | JAKURTZ |
| 6/3/2019 | Documents/Mail | 64 | Medical Records | Completed | JAKURTZ |
| | 2019-05-30-08.30.10.508740O01 | | | | |
| 6/3/2019 6:28:19 PM | Claim Tasks | 41 | Update Claim Direction | Requested | JAKURTZ |
| | run an exam one - JAKURTZ - Jun 03, 2019 06:28:40 pm | | | | |
| 6/4/2019 | Claim Tasks | 41 | Update Claim Direction | Completed | JAKURTZ |
| | run an exam one - JAKURTZ - Jun 03, 2019 06:28:40 pm | | | | |
| 6/4/2019 3:48:48 PM | Medical | 16 | | Initial | JAKURTZ |
| | MED RECS HERE - INVOICE NOW PAID IN FULL VIA CC PMT - NA7SU3 - Jun 13, 2019 01:17:08 pm | | | | |
| 6/4/2019 3:52:59 PM | Medical | 17 | | Initial | JAKURTZ |
| | left message for status - JAKURTZ - Jul 09, 2019 02:41:13 pm | | | | |
| 6/6/2019 | Documents/Mail | 65 | Med Rec Request | Completed | SLHINES |
| | Med Rec Request | | | | |
| 6/6/2019 2:18:29 PM | Documents/Mail | 66 | Incoming Correspondence | Received | JAKURTZ |
| | 2019-06-06-13.00.35.860940O01 | | | | |
| 6/10/2019 9:18:29 AM | Documents/Mail | 67 | Med Rec Request | Work In Progress | SLHINES |
| | Med Rec Request | | | | |
| 6/11/2019 | Documents/Mail | 67 | Med Rec Request | Completed | SLHINES |
| | Med Rec Request | | | | |
| 6/11/2019 4:03:58 PM | Documents/Mail | 68 | Fax | Received | JAKURTZ |
| | 2019-06-11-13.30.29.113160O01 | | | | |
| 6/11/2019 4:03:59 PM | Documents/Mail | 69 | Medical Record Invoice | Received | NA7SU3 |
| | 2019-06-11-17.02.54.535100O01<br><br>RECORDS SHIPPED W/INVOICE<br><br>FEES: charges exact for TENNESSEE<br><br>CC PMT OF $20.00<br>TO - GASTROENTEROLOGY ASSOCIATES<br>INV# - NONE<br>APPR# N/A YET BUT SHE WILL FAX THE RECEIPT DIRECTLY TO ME<br>GAVE PMT TO MAGGIE @ 423 246 6777<br>TIN = 621348249 - NA7SU3 - Jun 13, 2019 01:16:36 pm | | | | |
| 6/11/2019 4:04:00 PM | Documents/Mail | 70 | Medical Records | Received | JAKURTZ |
| | 2019-06-11-17.03.21.568100O01 | | | | |
| 6/12/2019 | Documents/Mail | 68 | Fax | Completed | JAKURTZ |
| | 2019-06-11-13.30.29.113160O01 | | | | |
| 6/12/2019 | Documents/Mail | 70 | Medical Records | Completed | JAKURTZ |
| | 2019-06-11-17.03.21.568100O01 | | | | |
| 6/12/2019 | Documents/Mail | 66 | Incoming Correspondence | Completed | JAKURTZ |
| | 2019-06-06-13.00.35.860940O01 | | | | |
| 6/13/2019 | Documents/Mail | 69 | Medical Record Invoice | Completed | NA7SU3 |
| | 2019-06-11-17.02.54.535100O01 | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

RECORDS SHIPPED W/INVOICE

FEES: charges exact for TENNESSEE

CC PMT OF $20.00
TO - GASTROENTEROLOGY ASSOCIATES
INV# - NONE
APPR# N/A YET BUT SHE WILL FAX THE RECEIPT DIRECTLY TO ME
GAVE PMT TO MAGGIE @ 423 246 6777
TIN = 621348249 - NA7SU3 - Jun 13, 2019 01:16:36 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2019 | Medical | 16 | | Closed | JAKURTZ |

MED RECS HERE - INVOICE NOW PAID IN FULL VIA CC PMT - NA7SU3 - Jun 13, 2019 01:17:08 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2019 | Medical | 17 | | Closed | JAKURTZ |

left message for status - JAKURTZ - Jul 09, 2019 02:41:13 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2019 3:37:04 PM | Referrals | 20176 | Activities | Open | JEDENNI |

Claimant has reported that his neuropathy effects his hands and feet but he is able to drive some. His back pain and neuropathy prevent him from sitting for more than 1 hour and he has to elevate his feet. He is able to get up and do things he just cant do things for very long only for about 2 hours at a time. When he is at home he is always in a reclined position. He can't sit upright for more than 1 hour. As a result he no longer goes on vacations, fishes, or plays golf. He is able to take care of his lawn with help he cannot trim his grass due to inability to bend. Medical records received fail to document that severe R&L that claimant self reports. Please do desktop to see if any activity is found to suggest claimant is able to function outside reported R&L - JAKURTZ - Jul 10, 2019 03:39:05 pm

SIU initiated an investigation and placed the referral into Open status. - JEDENNI - Aug 01, 2019 02:47:32 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/25/2019 7:42:20 AM | Claim Tasks | 42 | Settlement Follow Up | Requested | KLUSA0 |

Review for settlement eligibility following update - KLUSA0 - Jul 25, 2019 07:42:54 am

Claim closed - KLUSA0 - Sep 25, 2019 08:15:52 am

| | | | | | |
|---|---|---|---|---|---|
| 7/26/2019 | Referrals | 20176 | Lump Sum | Completed | JAKURTZ |

Can extend an offer within my authority if medically eligible. - KLUSA0 - Apr 02, 2019 09:03:59 am

Requested that Ro5Tr0 review before approaching clmt. Will need updated status due to age of medical records and potential for improvement with surgery. - KLUSA0 - Apr 02, 2019 10:21:41 am

Claim being updated. Review for status in May. - KLUSA0 - Apr 02, 2019 12:53:16 pm

Abilities form still pending. - KLUSA0 - May 13, 2019 03:13:58 pm

Abilities received, but additional records are still outstanding. - KLUSA0 - Jun 13, 2019 03:30:53 pm

SIU review underway. Will close referral and set follow up task. - KLUSA0 - Jul 25, 2019 07:42:17 am

| | | | | | |
|---|---|---|---|---|---|
| 8/1/2019 4:50:38 PM | Referrals | 20176 | Change of Definition | Initial | JAKURTZ |

- JAKURTZ - Aug 01, 2019 04:51:22 pm

This has been extracted and the sort is partially done, will finish in the morning.

A DIXON 1120006734 PARTIAL SORT 8-6-19 - JICFE4 - Aug 06, 2019 04:16:36 pm
Specific Medical Question:
Please complete a clinical assessment and advise if inability to frequently sit, finger, handle and reach and inability to occ stand and walk would be supported. If so, please advise the date and specific findings upon PE which support these R&L's along with any diagnostic tests results completed w/support the PE findings and subsequent R&L's.

Clinical Consultation - Review Referral Template

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Occupation/level: Sedentary
Diagnosis: Peripheral Neuropathy
DOD: 7/9/2011
DLW: 7/8/2011

This is a 58 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed stable muli-level degenerative changes no no nerve root encroachment. Claimant w as diagnosed w ith small fiber peripfheral neuropathy and reduced epiermal nerve fiber denisty of the R calf and foot by biopsy completed on 1/30/2014. Claimant confirmed that he only sees his PCP Dr. Misischia and Gastrologist and that he has not seen PM for several years. Records recvd from Dr. Misischia are from 12/4/18 to 2/20/19. W/pt w as last seen by PCP he had no current complaints. But did report w eight gain. Upon exam cervical ROM w as w ithin normal limits. There w as no neurologic or musculoskeletal exam documented. Pt denied joint or muscle pain. 12/4/18 exam doc normal gait and station and able to move all four extremities normally. Pt seen primarily for hyperlipidemia and w as to fu in 6 mo. Records fro Gastroenterolgy are dated 12/4/2018 and doc that pt w as seen for GERD fu. Gerd w ell controlled on daily Zantac. Upon exam gait and station is normal. Extremities have no edema w ith normal movement. He w as to fu in 6 mo no further information w as provided. Have recvd AF completed by Dr. Misischia on 5/20/2019. Dr. Misischia stated that he is not a disabling physician and that the R&L provided w ere determined based on PM notes, w hich claimant has not seen PM for years. R&L provided w ere occ lifting up to 10lbs, occ sitting and standing for less than 1 hr. Occ fingering due to difficulty w /repetitive motions. He can never lift over 10lbs, climb, bend, or kneel. Nothig else is addressed - JAKURTZ - Aug 01, 2019 04:51:23 pm
Date:August 5, 2019

Subject:Nursing Memorandum

LTD Claim #: 1120006734
Claimant: Arnold Dixon
Clinical Assessment:
The medical findings demonstrate that clmt w ent OOW on 7/9/11 for peripheral neuropathy of hands and feet. Clmt has a past medical history of degenerative disc disease of the lumbar spine and neck surgery in 2008. Clmt has tried multiple treatment modalities: spinal cord stimulator, PT, various pain medications, and injections. Clmt w as noted in 2014 to have exacerbation of his neck pain. He w as offered surgery but declined. Most recent records on file review ed. 2/20/19 OV to Dr. Kevin Misischia/Family Medicine mentions clmt's history of osteoarthritis of hips, knees, and spine that has been slow ly progressive but does not document any musculoskeletal or neurological deficits. 5/28/19 APS, completed by Dr. Misischia, lists the follow ing R&Ls: never lift more than 10 lbs, climb, bend, or kneel; occasionally lift up to 10 lbs, sit (less than 1 hour), stand (less than 1 hour), w alk, and finger (difficulty w ith repetitive motions). AP notes below : "Per pain associate notes. I am not a disabling physician." The totality of these R&Ls w ould translate into no w ork. Records note that clmt has not seen pain management provider in a few years. Records do not suggest clmt has been recently under the care of any additional specialties, such as neurology, orthopedics, neurosurgery, or PT. The medical findings do not support the R&Ls as stated by Dr. Misischia. Clmt has very little recent objective findings that w ould necessitate remaining OOW. He has been on the same medication regimen for a long time. Peer review indicated.

Sheridan H., BSN, RN
Nurse Disability Consultant, Lincoln Financial Group - SHKHE4 - Aug 05, 2019 10:30:45 am
External Vendor Referral

Clinician/Appeals Examiner: Sheridan Henry, BSN, RN (SHKHE4)
Phone Number: 678-295-3039

LTD Claim #: 1120006734
Claimant: Arnold Dixon

## Chronological Activity List

Date of Birth:
Date of Disability: 7/9/11

1st or 2nd Appeal/STD/LTD/Life Waiver: LTD
Service Request: Occupational Medicine
Diagnosis: Lumbar DDD, cervical DDD, peripheral neuropathy

Name and Specialty of prior external vendor review ers/examiners:
NMR
Dr. Charles Brock/Neurology-Pain Management
Date of Report: 3/7/14

Attorney Involvement: No
Attorney Contact Information (if applicable): N/A

Claim Summary:
The medical findings demonstrate that clmt w ent OOW on 7/9/11 for peripheral neuropathy of hands and feet. Clmt has a past medical history of degenerative disc disease of the lumbar spine and neck surgery in 2008. Clmt has tried multiple treatment modalities: spinal cord stimulator, PT, various pain medications, and injections. Clmt w as noted in 2014 to have exacerbation of his neck pain. He w as offered surgery but declined. Most recent records on file review ed. 2/20/19 OV to Dr. Kevin Misischia/Family Medicine mentions clmt's history of osteoarthritis of hips, knees, and spine that has been slow ly progressive but does not document any musculoskeletal or neurological deficits. 5/28/19 APS, completed by Dr. Misischia, lists the follow ing R&Ls: never lift more than 10 lbs, climb, bend, or kneel; occasionally lift up to 10 lbs, sit (less than 1 hour), stand (less than 1 hour), w alk, and finger (difficulty w ith repetitive motions). AP notes below : "Per pain associate notes. I am not a disabling physician." The totality of these R&Ls w ould translate into no w ork. Records note that clmt has not seen pain management provider in a few years. Records do not suggest clmt has been recently under the care of any additional specialties, such as neurology, orthopedics, neurosurgery, or PT. The medical findings do not support the R&Ls as stated by Dr. Misischia. Clmt has very little recent objective findings that w ould necessitate remaining OOW. He has been on the same medication regimen for a long time. Peer review indicated.

Questions for review er:
*Please review from DOD and forw ard.
1.Please discuss clmt's functional impairments.
2.Do the medical findings support the R&Ls as stated by Dr. Misichia on APS dated 5/28/19? If so, please provide clinical rationale to support.
3.If not, please specify any R&Ls that w ould apply to this clmt, how long these R&Ls shall remain in place, and an appropriate timeframe for follow -up.
4.What are clmt's maximum functional capabilities and w hat can they perform in an 8-hour w ork day?

Attending Provider:
Dr. Kevin Misischia/Family Medicine
Phone #: 423-230-2801 - SHKHE4 - Aug 05, 2019 10:30:45 am
Received Peer Report from MLS, completed by Occupational Medicine MD
Peer Review er Conclusion:

The medical findings do not support the degree of R&Ls as stated by AP. Functional impairments are reflected by clmt's condition of post-laminectomy syndrome, how ever, this does not result in total disability. R&Ls that w ould apply to the clmt are as follow s:
There is no restriction w ith regard to sitting.
Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.
Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.
Working from heights, including ladders and scaffolds, should be totally restricted.
Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.
Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.

The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.

Refer to entire peer report for further information.
Peer to peer consult w as attempted/completed and summarized in report.
Peer Review forw arded to CE and for placement in AWD.

Sheridan Henry, BSN, RN - SHKHE4 - Aug 21, 2019 03:56:42 pm
This file has been extracted and partially sorted. Will continue the sort on 8/7/19.

A DIXON 1120006734 PARTIAL SORT 8-6-19 - JICFE4 - Aug 06, 2019 04:16:36 pm
The file has been extracted and sorted from 526 pages to 233. It is saved in the CSS_Support_Folder\Claim_File_Scans\Jill titled:

A DIXON 1120006734 MED NOTES ONLY 8-6-19 - JICFE4 - Aug 07, 2019 10:03:53 am
Case submitted to MLS conf #60103 for an Occupational Medicine peer review - KAQPO7 - Aug 07, 2019 03:19:12 pm
The final report from MLS w as sent to Disability Claims for attachment to AWD. - KAQPO7 - Aug 21, 2019 12:05:10 pm

| | | | | |
|---|---|---|---|---|
| 8/21/2019 | Referrals | 20176:Change of Definition | Completed | JAKURTZ |

- JAKURTZ - Aug 01, 2019 04:51:22 pm

This has been extracted and the sort is partially done, w ill finish in the morning.

A DIXON 1120006734 PARTIAL SORT 8-6-19 - JICFE4 - Aug 06, 2019 04:16:36 pm
Specific Medical Question:
Please complete a clinical assessment and advise if inability to frequently sit, finger, handle and reach and inability to occ stand and w alk w ould be supported. If so, please advise the date and specific findings upon PE w hich support these R&L's along w ith any diagnostic tests results completed w /support the PE findings and subsequent R&L's.

Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Occupation/level: Sedentary
Diagnosis: Peripheral Neuropathy
DOD: 7/9/2011
DLW: 7/8/2011

This is a 58 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed stable muli-level degenerative changes no no nerve root encroachment. Claimant w as diagnosed w ith small fiber peripfheral neuropathy and reduced epiermal nerve fiber denisty of the R calf and foot by biopsy completed on 1/30/2014. Claimant confirmed that he only sees his PCP Dr. Misischia and Gastrologist and that he has not seen PM for several years. Records recvd from Dr. Misischia are from 12/4/18 to 2/20/19. W/pt w as last seen by PCP he had no current complaints. But did report w eight gain. Upon exam cervical ROM w as w ithin normal limits. There w as no neurologic or musculoskeletal exam documented. Pt denied joint or muscle pain. 12/4/18 exam doc normal gait and station and able to move all four extremities normally. Pt seen primarily for hyperlipidemia and w as to fu in 6 mo. Records fro Gastroenterolgy are dated 12/4/2018 and doc that pt w as seen for GERD fu. Gerd w ell controlled on daily Zantac. Upon exam gait and station is normal. Extremities have no edema w ith normal movement. He w as to fu in 6 mo no further information w as provided. Have recvd AF completed by Dr. Misischia on 5/20/2019. Dr. Misischia stated that he is not a disabling physician and that the R&L provided w ere determined based on PM notes, w hich claimant has not seen PM for years. R&L provided w ere occ lifting up to 10lbs, occ sitting and standing for less than 1 hr. Occ fingering due to difficulty w /repetitive motions. He can never lift over 10lbs, climb, bend, or kneel. Nothig else is addressed - JAKURTZ - Aug 01, 2019 04:51:23 pm

Date:August 5, 2019

Subject:Nursing Memorandum

LTD Claim #: 1120006734
Claimant: Arnold Dixon
Clinical Assessment:
The medical findings demonstrate that clmt w ent OOW on 7/9/11 for peripheral neuropathy of hands and feet. Clmt has a past medical history of degenerative disc disease of the lumbar spine and neck surgery in 2008. Clmt has tried multiple treatment modalities: spinal cord stimulator, PT, various pain medications, and injections. Clmt w as noted in 2014 to have exacerbation of his neck pain. He w as offered surgery but declined. Most recent records on file review ed. 2/20/19 OV to Dr. Kevin Misischia/Family Medicine mentions clmt's history of osteoarthritis of hips, knees, and spine that has been slow ly progressive but does not document any musculoskeletal or neurological deficits. 5/28/19 APS, completed by Dr. Misischia, lists the follow ing R&Ls: never lift more than 10 lbs, climb, bend, or kneel; occasionally lift up to 10 lbs, sit (less than 1 hour), stand (less than 1 hour), w alk, and finger (difficulty w ith repetitive motions). AP notes below : "Per pain associate notes. I am not a disabling physician." The totality of these R&Ls w ould translate into no w ork. Records note that clmt has not seen pain management provider in a few years. Records do not suggest clmt has been recently under the care of any additional specialties, such as neurology, orthopedics, neurosurgery, or PT. The medical findings do not support the R&Ls as stated by Dr. Misischia. Clmt has very little recent objective findings that w ould necessitate remaining OOW. He has been on the same medication regimen for a long time. Peer review indicated.

Sheridan H., BSN, RN
Nurse Disability Consultant, Lincoln Financial Group - SHKHE4 - Aug 05, 2019 10:30:45 am
External Vendor Referral

Clinician/Appeals Examiner: Sheridan Henry, BSN, RN (SHKHE4)
Phone Number: 678-295-3039

LTD Claim #: 1120006734
Claimant: Arnold Dixon
Date of Birth:
Date of Disability: 7/9/11

1st or 2nd Appeal/STD/LTD/Life Waiver: LTD
Service Request: Occupational Medicine
Diagnosis: Lumbar DDD, cervical DDD, peripheral neuropathy

Name and Specialty of prior external vendor review ers/examiners:
NMR
Dr. Charles Brock/Neurology-Pain Management
Date of Report: 3/7/14

Attorney Involvement: No
Attorney Contact Information (if applicable): N/A

Claim Summary:
The medical findings demonstrate that clmt w ent OOW on 7/9/11 for peripheral neuropathy of hands and feet. Clmt has a past medical history of degenerative disc disease of the lumbar spine and neck surgery in 2008. Clmt has tried multiple treatment modalities: spinal cord stimulator, PT, various pain medications, and injections. Clmt w as noted in 2014 to have exacerbation of his neck pain. He w as offered surgery but declined. Most recent records on file review ed. 2/20/19 OV to Dr. Kevin Misischia/Family Medicine mentions clmt's history of osteoarthritis of hips, knees, and spine that has been slow ly progressive but does not document any musculoskeletal or neurological deficits. 5/28/19 APS, completed by Dr. Misischia, lists the follow ing R&Ls: never lift more than 10 lbs, climb, bend, or kneel; occasionally lift up to 10 lbs, sit (less than 1 hour), stand (less than 1 hour), w alk, and finger (difficulty w ith repetitive motions). AP notes below : "Per pain associate notes. I am not a disabling physician." The totality of these R&Ls w ould translate into no w ork. Records note that clmt has not seen pain management provider in a few years. Records do not suggest clmt has been recently under the care of any additional specialties, such as

neurology, orthopedics, neurosurgery, or PT. The medical findings do not support the R&Ls as stated by Dr. Misischia. Clmt has very little recent objective findings that w ould necessitate remaining OOW. He has been on the same medication regimen for a long time. Peer review indicated.

Questions for review er:
*Please review from DOD and forw ard.
1.Please discuss clmt's functional impairments.
2.Do the medical findings support the R&Ls as stated by Dr. Misichia on APS dated 5/28/19? If so, please provide clinical rationale to support.
3.If not, please specify any R&Ls that w ould apply to this clmt, how long these R&Ls shall remain in place, and an appropriate timeframe for follow -up.
4.What are clmt's maximum functional capabilities and w hat can they perform in an 8-hour w ork day?

Attending Provider:
Dr. Kevin Misischia/Family Medicine
Phone #: 423-230-2801 - SHKHE4 - Aug 05, 2019 10:30:45 am
This file has been extracted and partially sorted. Will continue the sort on 8/7/19.

A DIXON 1120006734 PARTIAL SORT 8-6-19 - JICFE4 - Aug 06, 2019 04:16:36 pm
The file has been extracted and sorted from 526 pages to 233. It is saved in the CSS_Support_Folder\Claim_File_Scans\Jill titled:

A DIXON 1120006734 MED NOTES ONLY 8-6-19 - JICFE4 - Aug 07, 2019 10:03:53 am
Case submitted to MLS conf #60103 for an Occupational Medicine peer review - KAQPO7 - Aug 07, 2019 03:19:12 pm
The final report from MLS w as sent to Disability Claims for attachment to AWD. - KAQPO7 - Aug 21, 2019 12:05:10 pm
Received Peer Report from MLS, completed by Occupational Medicine MD
Peer Review er Conclusion:

The medical findings do not support the degree of R&Ls as stated by AP. Functional impairments are reflected by clmt's condition of post-laminectomy syndrome, how ever, this does not result in total disability. R&Ls that w ould apply to the clmt are as follow s:
There is no restriction w ith regard to sitting.
Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.
Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.
Working from heights, including ladders and scaffolds, should be totally restricted.
Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.
Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.

Refer to entire peer report for further information.
Peer to peer consult w as attempted/completed and summarized in report.
Peer Review forw arded to CE and for placement in AWD.

Sheridan Henry, BSN, RN - SHKHE4 - Aug 21, 2019 03:56:42 pm

| | | | | | |
|---|---|---|---|---|---|
| 8/22/2019 1:58:05 PM | Documents/Mail<br>2019-08-21-13.05.23.458260O01 | 71 | Email | Received | JAKURTZ |
| 8/22/2019 1:58:06 PM | Documents/Mail<br>2019-08-21-13.05.23.477260O01 | 72 | Medical Records | Received | JAKURTZ |
| 8/26/2019 | Documents/Mail<br>2019-08-21-13.05.23.477260O01 | 72 | Medical Records | Completed | JAKURTZ |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/26/2019 | Documents/Mail | 71 | Email | Completed | JAKURTZ |
| | 2019-08-21-13.05.23.458260O01 | | | | |
| 8/26/2019 5:58:07 PM | Referrals | 20176 | Vocational Consultation | Initial | JAKURTZ |

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a w hen a section does not apply
Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Gainful Amount (w here applicable, e.g. LTD): $2,537.50
Authorization to discuss w ork capacity/R&Ls w ith Employer on file? (if yes, date and location in AWD):
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review . Include type (APS, AF, Clinical Review , Peer Review ), date and location of document, e.g. APS in AWD dated 5/1/15): Peer review has been completed o 8/21/19. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmentalt restrictions or not necessary
Vocational Information:
Job Title from ER: Services Coordinator
Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)): in AWD dated 8/26/19
Job Description on file? (if yes date and location): in AWD dated 8/26/19
Job Analysis on file? (if yes date and location):
Work History and Educational Information (w here applicable and if yes date and location, e.g. EBF in AWD 10/31/15): Rehab Survey in AWD dated 8/6/2012
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please review the R&L as determined by the peer review and advise if R&L fall w ithin claimants ability to perform his OO. If not, please complete TSA for sed occ w /standing and w alking limited to 15mint at a time no longer than 1 hour a day each and occ reaching above the shoulders. Gainful is $2,537.50
- JAKURTZ - Aug 26, 2019 05:58:19 pm

VOCATIONAL RESPONSE:
Referral w as adjusted from TSA to Vocational Consultation.

Peer Review dated 8/21/2019 completed by Dr. Lucien Parrillo, w hich indicated the follow ing:
From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that w ould require restrictions and limitations. The follow ing restrictions and limitations w ould be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that w ould be causing ongoing physical impairment that is supported by the objective medical evidence. Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical post laminectomy syndrome and lumbar degenerative disc disease, I submit the follow ing
restrictions/limitations are reasonable for this claimant to continue w orking:
"There is no restriction w ith regard to sitting.
"Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.
"Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
"Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.
"Working from heights, including ladders and scaffolds, should be totally restricted.
"Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.
"Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
"Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
"The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.

It appears an OA w as previously completed w hich identified the occupation in the national economy per the DOT as a combination of Service Clerk (DOT 221.367-070, Sedentary) and User Support Analyst (DOT 032.262-010,

Sedentary).

The R/Ls appear to be consistent w ith the occupation as it is performed in the national economy (sedentary).
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant
- TROGR7 - Aug 29, 2019 03:11:33 pm

| 8/29/2019 | Summary/Assessment/Pa | 4h | Ongoing SAP - JAKURTZ - Apr 03, 2019 05:14:07 pm | Completed | JAKURTZ |
|---|---|---|---|---|---|

Summary Notes
Ongoing SAP - JAKURTZ - Apr 03, 2019 05:14:07 pm
Assessment Notes
Ongoing SAP - JAKURTZ - Apr 03, 2019 05:14:07 pm
Path Notes
Summary
This is a 58 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Am unable to locate an APS. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed stable muli-level degenerative changes no no nerve root encroachment. It appears claim w as terminated on 5/13/2012 and again on 1/5/2014 overturned in appeals follow ing a peer review completed on 3/7/2014 w /found the claimant could sit up to 6 hours per day but only stand 30 min per day and w alk 30 min per day COD w as 1/5/2014 MBP is 6/26/2025

Assessment
Claimant is receiving SSDI. The last APS recvd gives a dx of neck and pain and cervical DDD w /results in a class 4 PI and class 4 MI He is TD from AO but able to perform ADL's and has no loss of cognitive function. APS w as completed by family practice Dr. Kevin Mesischia on 2/24/2017

Path
Am req updated ISS along w ith Auth once recvd w /obtain updated med evid and R&L

STP RTW
LTP RTW
- JAKURTZ - Apr 03, 2019 05:14:07 pm

Am also req EBF as unable to locate one in the file - JAKURTZ - Apr 03, 2019 05:25:31 pm

Claimant has reported on the ISS that he w ill not be able to return to w ork due to inability to stand, w alk, or sit even for short periods of time and that he cannot w ear shoes. He is claimant TD and has not performed any w ork. Am req updated rec along w ith AF from Dr. Meisischia - JAKURTZ - May 01, 2019 09:11:03 am

Have recvd rec from Dr. Misischia from 12/4/18 to 2/20/19. W/pt w as last seen he had no current complaints. But did report w eight gain. Upon exam cervical ROM w as w ithin normal limits. There w as no neurologic or musculoskeletal exam documented. Pt denied joint or muscle pain. 12/4/18 exam doc normal gait and station and able to move all four extremities normally. Pt seen primary for hyperlipidemia and is to fu in 6 mo - JAKURTZ - May 06, 2019 06:47:59 pm

Have recvd AF completed by Dr. Misischia on 5/20/2019. Dr. Misischia states that he is not a disabling physician and that the R&L provided w ere determined based on PM notes. R&L provided w ere occ lifting up to 10lbs, occ sitting and standing for less than 1 hr. Occ fingering due to difficulty w /repetitive motions. He can never lift over 10lbs, climb, bend, or kneel. Nothig else is addressed - JAKURTZ - Jun 03, 2019 06:02:11 pm

Claimant w as diagnosed w ith small fiber peripfheral neuropathy and reduced epiermal nerve fiber denisty of the R calf and foot by biopsy completed on 1/30/2014 - JAKURTZ - Jun 03, 2019 06:21:59 pm

Have recvd rec from Gastroenterology dated 12/4/18. Pt w as seen for GERD fu. Gerd w ell controlled on daily Zantac. Upon exam gait and station is normal. Extremities have no edema w ith normal movement. He w as to fu in 6 mo. No further information provided. - JAKURTZ - Jun 12, 2019 01:23:59 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

ETSU has advised claimant not a pt - JAKURTZ - Jul 10, 2019 03:35:42 pm

Peer review has been completed o 8/21/19. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmentalt restrictions or not necessary. W/refer for TSA - JAKURTZ - Aug 26, 2019 05:42:51 pm

| 8/29/2019 | Referrals | 20176: | Vocational Consultation | Completed | JAKURTZ |
|---|---|---|---|---|---|

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a w hen a section does not apply
Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Gainful Amount (w here applicable, e.g. LTD): $2,537.50
Authorization to discuss w ork capacity/R&Ls w ith Employer on file? (if yes, date and location in AWD):
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review . Include type (APS, AF, Clinical Review , Peer Review ), date and location of document, e.g. APS in AWD dated 5/1/15): Peer review has been completed o 8/21/19. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmentalt restrictions or not necessary
Vocational Information:
Job Title from ER: Services Coordinator
Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)): in AWD dated 8/26/19
Job Description on file? (if yes date and location): in AWD dated 8/26/19
Job Analysis on file? (if yes date and location):
Work History and Educational Information (w here applicable and if yes date and location, e.g. EBF in AWD 10/31/15): Rehab Survey in AWD dated 8/6/2012
Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Please review the R&L as determined by the peer review and advise if R&L fall w ithin claimants ability to perform his OO. If not, please complete TSA for sed occ w /standing and w alking limited to 15mint at a time no longer than 1 hour a day each and occ reaching above the shoulders. Gainful is $2,537.50
- JAKURTZ - Aug 26, 2019 05:58:19 pm

VOCATIONAL RESPONSE:
Referral w as adjusted from TSA to Vocational Consultation.

Peer Review dated 8/21/2019 completed by Dr. Lucien Parrillo, w hich indicated the follow ing:
From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that w ould require restrictions and limitations. The follow ing restrictions and limitations w ould be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that w ould be causing ongoing physical impairment that is supported by the objective medical evidence. Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical post laminectomy syndrome and lumbar degenerative disc disease, I submit the follow ing
restrictions/limitations are reasonable for this claimant to continue w orking:
"There is no restriction w ith regard to sitting.
"Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.
"Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
"Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.
"Working from heights, including ladders and scaffolds, should be totally restricted.
"Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.
"Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

"Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
"The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.

It appears an OA w as previously completed w hich identified the occupation in the national economy per the DOT as a combination of Service Clerk (DOT 221.367-070, Sedentary) and User Support Analyst (DOT 032.262-010, Sedentary).

The R/Ls appear to be consistent w ith the occupation as it is performed in the national economy (sedentary).
Tracie Grumet, MA, CRC
Vocational Rehabilitation Consultant
- TROGR7 - Aug 29, 2019 03:11:33 pm

| 8/29/2019 5:12:08 PM | Referrals | 20176 | Management Review | Initial | JAKURTZ |
|---|---|---|---|---|---|

Summary
This is a 59 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Am unable to locate an APS. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed stable muli-level degenerative changes no no nerve root encroachment. It appears claim w as terminated on 5/13/2012 and again on 1/5/2014 overturned in appeals follow ing a peer review completed on 3/7/2014 w /found the claimant could sit up to 6 hours per day but only stand 30 min per day and w alk 30 min per day COD w as 1/5/2014 MBP is 6/26/2025

Assessment
Claimant is receiving SSDI. After receiving updated R&L along w ith medical evidence file w as sent for Peer review completed on 8/21/19 and the follow ing w as determined. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmental restrictions or not necessary. File w as then sent to Voc asking if the R&L as determined by peer w ould be w ithin claimants ability to perform his OO. Voc has advised that The R/Ls appear to be consistent w ith the occupation as it is performed in the national economy

Path
Due to R&L w ithin claimants ability to perform his OO further benefits are being denied.
- Management Review - JAKURTZ - Aug 29, 2019 05:12:24 pm

Review ed file. Claimant is a 59 year old service clerk w ith a diagnoses of cervical/lumbar DDD and peripheral neuropathy. The claim recently had a peer review w ith a board certified internal and occ med MD. The MD provided R&Ls that the claimant can perform and indicated the claimant can w ork full time w ithin these R&Ls. A voc consult review ed these R&Ls and advised that the R&Ls are consistent w ith the claimant's ow n sedentary occupation.

I am in agreement w ith denial of benefits beyond current for not TDOO as the claimant is capable of performing the main duties of his OO at this time.

Please return the referral to me once your letter has been drafted.
- Management Review - RO5TR0 - Aug 30, 2019 02:07:59 pm

Letter ready for review - Management Review - JAKURTZ - Sep 10, 2019 06:10:28 pm

I have review ed your letter and it is good to be sent out. - Management Review - RO5TR0 - Sep 12, 2019 12:58:32 pm

| 8/29/2019 5:12:36 PM | Summary/Assessment/Path | 5 | Ongoing SAP - JAKURTZ - Aug 29, 2019 05:12:56 pm | Requested | JAKURTZ |
|---|---|---|---|---|---|

Summary Notes
Ongoing SAP - JAKURTZ - Aug 29, 2019 05:12:56 pm
Assessment Notes
Ongoing SAP - JAKURTZ - Aug 29, 2019 05:12:56 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Path Notes
Summary
This is a 59 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Am unable to locate an APS. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed stable muli-level degenerative changes no no nerve root encroachment. It appears claim w as terminated on 5/13/2012 and again on 1/5/2014 overturned in appeals follow ing a peer review completed on 3/7/2014 w /found the claimant could sit up to 6 hours per day but only stand 30 min per day and w alk 30 min per day COD w as 1/5/2014 MBP is 6/26/2025

Assessment
Claimant is receiving SSDI. After receiving updated R&L along w ith medical evidence file w as sent for Peer review completed on 8/21/19 and the follow ing w as determined. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmental restrictions or not necessary. File w as then sent to Voc asking if the R&L as determined by peer w ould be w ithin claimants ability to perform his OO. Voc has advised that The R/Ls appear to be consistent w ith the occupation as it is performed in the national economy

Path
Due to R&L w ithin claimants ability to perform his OO further benefits are being denied.
- JAKURTZ - Aug 29, 2019 05:12:56 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/5/2019 2:43:43 PM | Documents/Mail | 73 | Denial Not Disabled | Work In Progress | JAKURTZ |

Denial Not DisabledAttachments:Translation services

| | | | | | |
|---|---|---|---|---|---|
| 9/10/2019 | Telephone (OUT) | 116 | ARNOLD DIXON | Completed | JAKURTZ |

left message to return call - JAKURTZ - Sep 10, 2019 06:09:53 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/12/2019 | Claim Tasks | 40 | Call Claimant | Completed | JAKURTZ |

called claimant to confirm that new DD info is for checking and also verified that claimant sees no other dr. - JAKURTZ - May 21, 2019 11:23:04 am

left message to return my call - JAKURTZ - Jun 03, 2019 06:03:53 pm

Called claimant regarding the AF and w hat dr said. Claimant stated that Dr. Misischa completes the paperw ork based on the PM records from several years ago. Claimant stated that he use to go to PM but has not in several years. Dr. Misischa provides him w ith his medications. He takes Hydrocodone and tramedol. He stated that the neuropathy effects his hands and feet but he is able to drive some. His back pain and neuropathy prevent him from sitting for more than 1 hour and he has to elevate his feet. He is able to get up and do things he just cant do things for very long only for about 2 hours at a time. When he is at home he is alw ays in a reclining position. He can't sit upright for more than 1 hour. As a result he no longer goes on vacations, fishes or plays golf. He is able to take care of hit law n w ith help he cannot trim his grass due to inability to bend - JAKURTZ - Jun 03, 2019 06:26:47 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/12/2019 | Documents/Mail | 73 | Denial Not Disabled | Completed | JAKURTZ |

Denial Not DisabledAttachments:Translation services

| | | | | | |
|---|---|---|---|---|---|
| 9/12/2019 | Summary/Assessment/Path | 5 | Ongoing SAP - JAKURTZ - Aug 29, 2019 05:12:56 pm | Completed | JAKURTZ |

Summary Notes
Ongoing SAP - JAKURTZ - Aug 29, 2019 05:12:56 pm
Assessment Notes
Ongoing SAP - JAKURTZ - Aug 29, 2019 05:12:56 pm
Path Notes
Summary
This is a 59 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Am unable to locate an APS. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

stable muli-level degenerative changes no no nerve root encroachment. It appears claim w as terminated on 5/13/2012 and again on 1/5/2014 overturned in appeals follow ing a peer review completed on 3/7/2014 w /found the claimant could sit up to 6 hours per day but only stand 30 min per day and w alk 30 min per day COD w as 1/5/2014 MBP is 6/26/2025

Assessment
Claimant is receiving SSDI. After receiving updated R&L along w ith medical evidence file w as sent for Peer review completed on 8/21/19 and the follow ing w as determined. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmental restrictions or not necessary. File w as then sent to Voc asking if the R&L as determined by peer w ould be w ithin claimants ability to perform his OO. Voc has advised that The R/Ls appear to be consistent w ith the occupation as it is performed in the national economy

Path
Due to R&L w ithin claimants ability to perform his OO further benefits are being denied.
- JAKURTZ - Aug 29, 2019 05:12:56 pm

| 9/12/2019 | Referrals | 20176: | Management Review | Completed | JAKURTZ |
|---|---|---|---|---|---|

Summary
This is a 59 Yr old male Services Coordinator w ith a DOD of 7/9/2011 from his sed occ due to peripheral neuropathy. Am unable to locate an APS. Claimant has a hx of cervical discectomy in 2008. Medical records doc claimant underw ent EMG on 3/28/2011 w /no evidence of radiculopathy in both LE but suggestive of early peripheral polyneuropathy involving the R LE, MRI of the lumbar spine completed 1/28/2011 w /revealed multilevel degenerative disc changes w /no nerve root compression and MRI of the cervical spine completed on 2/10/2011 w /revealed stable muli-level degenerative changes no no nerve root encroachment. It appears claim w as terminated on 5/13/2012 and again on 1/5/2014 overturned in appeals follow ing a peer review completed on 3/7/2014 w /found the claimant could sit up to 6 hours per day but only stand 30 min per day and w alk 30 min per day COD w as 1/5/2014 MBP is 6/26/2025

Assessment
Claimant is receiving SSDI. After receiving updated R&L along w ith medical evidence file w as sent for Peer review completed on 8/21/19 and the follow ing w as determined. Claimant has no R or L from sitting. Standing 15 min at a time no longer than 1 hour, w aling 15 min at a time no longer than 1 hour. Occ lifting, carrying, pushing, pulling 10lbs. Occ climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling. No w orking from heights including ladders and scaffolds. Occ reaching overhead, w /no R or L reaching at desk level, or below the w aist. Use of hands is unrestricted. Environmental restrictions or not necessary. File w as then sent to Voc asking if the R&L as determined by peer w ould be w ithin claimants ability to perform his OO. Voc has advised that The R/Ls appear to be consistent w ith the occupation as it is performed in the national economy

Path
Due to R&L w ithin claimants ability to perform his OO further benefits are being denied.
- Management Review - JAKURTZ - Aug 29, 2019 05:12:24 pm

Review ed file. Claimant is a 59 year old service clerk w ith a diagnoses of cervical/lumbar DDD and peripheral neuropathy. The claim recently had a peer review w ith a board certified internal and occ med MD. The MD provided R&Ls that the claimant can perform and indicated the claimant can w ork full time w ithin these R&Ls. A voc consult review ed these R&Ls and advised that the R&Ls are consistent w ith the claimant's ow n sedentary occupation.

I am in agreement w ith denial of benefits beyond current for not TDOO as the claimant is capable of performing the main duties of his OO at this time.

Please return the referral to me once your letter has been drafted.
- Management Review - RO5TR0 - Aug 30, 2019 02:07:59 pm

Letter ready for review - Management Review - JAKURTZ - Sep 10, 2019 06:10:28 pm

I have review ed your letter and it is good to be sent out. - Management Review - RO5TR0 - Sep 12, 2019 12:58:32 pm

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/12/2019 8:39:28 PM | Payments | | DEPOSIT 9/5/2019 - 9/12/2019 | CURRENT | JAKURTZ |
| 9/12/2019 8:39:29 PM | Status | | Not TD Ow n Occ | CLOSED | BRMCLSDIRY |
| 9/18/2019 | Telephone (IN) | 117 | Arnold Dixon | Completed | LNTKN6 |

cbr
Group
Saratoga Technologies

Caller states that he had a deposit of 205 and he w ant to know w hat it w as for?
advised it covers frm 9/5-9/12 /it is not a full month
Called CE
rcvd vm
caller lvmm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/18/2019 | Telephone (IN) | 118 | ARNOLD DIXON | Completed | JAKURTZ |

Claimant returned call and w as advised of decision - JAKURTZ - Sep 18, 2019 04:15:20 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2019 | Claim Tasks | 42 | Settlement Follow Up | Completed | KLUSA0 |

Review for settlement eligibility follow ing update - KLUSA0 - Jul 25, 2019 07:42:54 am

Claim closed - KLUSA0 - Sep 25, 2019 08:15:52 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/1/2019 7:31:21 AM | Appeal | 2 | Level 1 | New | SRVANCE |
| 10/1/2019 7:32:10 AM | Status | | | REOPENED | AMCPA5 |
| 10/4/2019 8:01:46 PM | Claim Tasks | 43 | Appeal - 4 day notice | Requested | SRVANCE |
| 10/7/2019 | Claim Tasks | 43 | Appeal - 4 day notice | Completed | SRVANCE |
| 10/7/2019 | Documents/Mail | 74 | Appeal Dis EE Ackappeal | Completed | SRVANCE |

Appeal Dis EE Ackappeal

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/8/2019 | Telephone (OUT) | 119 | ARNOLD DIXON | Completed | SRVANCE |

10/7/19 - Spoke w / the clmt at the end of the day.
Called the clmt and explained the appeal process. Asked if anything further is being submitted. The clmt advised that his condition is not going to get any better. The clmt advised that he has peripheral neuropathy and DDD at multiple levels in his spine and this w ill only progress w / time. Advised that a dx alone is no sufficient to determine disability. The clmt then referenced testing and his med recs from 2014. Advised that that w as 5 yrs. ago. Advised that information w ould be in the file; how ever, it w ould not be relevant to the current review since it w as 5 yrs. ago. Advised that w e are review ing w hether the clmt w ould be able to w ork in any capacity as of 9/12/19 and forw ard. The clmt advised that there has been no change. He has not gotten any better. The clmt advised that he is in pain all of the time. Advised that examination findings w ould be relevant. Advised that w e w ould need to know w hat the clmt's current functionality is - w hat he can/can't do. The clmt discussed going in to get updated tests - imaging like an MRI and maybe another biopsy for his neuropathy. Advised that these w ould be helpful. Advised of the most recent med recs in the file w ere from 2/2019 w / Dr. Misischia and asked if this is the only dr. he is treating w ith. The clmt advised this is his family dr. and the only dr. he is seeing since it w as becoming expensive to continue to see specialists w hen there w as nothing they could do. Asked if the clmt w as seeing pain management and he indicated no. The clmt indicated that the specialists all said before there w as nothing further that they could do for the clmt so he stopped seeing them and his meds are managed by Dr. Misischia. The clmt advised w hen the claim w as denied he w as never told that he needed to see a specialist. I advised that w e are not treating the clmt and can't dictate his treatment care. Advised that w e just need updated medical of the clmt's condition currently in order to consider ongoing benefits beyond 9/12/19. The clmt w ill contact his dr. about trying to get updated testing and discuss w hat else can be done. Advised that I w ould allow the clmt time to provide additional med recs before starting the review .
- SRVANCE - Oct 08, 2019 06:30:26 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/8/2019 6:30:44 AM | Summary/Assessment/Path | 6 | 1st Level Appeal Pending Rationale - LTD - SRVANCE - Oct 08, | Requested | SRVANCE |

Summary Notes
1st Level Appeal Pending Rationale - LTD - SRVANCE - Oct 08, 2019 06:31:13 am
Assessment Notes

Path Notes
1st Level Appeal - LTD

Date Appeal Received:9/30/19

30th Day:10/30/19
45th Day:11/14/19
90th Day:12/29/19

Claimant Name: Arnold Dixon
Claim Number: 1120006734 (00040000300202706)
Group ID / Active/termed: SARATOGATE / termed 5/1/13
Saratoga Technologies, Inc.
Omaha

Claim Demographics
Current Age: 59 (
Situs State: TNState Language applicable: n
State of Residence: TNState Language applicable: n
Estimated Net benefit (Wkly/Mthly):$879.50
SSDI: yes ($1658.00)
SSDI aw ard requested/needed: yes
Date last w orked:7/8/11
Date of Disability: 7/9/11
EP: 180
Benefit Commencement Date: 1/5/2012
Benefit Paid/Approved To Date: 9/12/19
Change in Definition (COD) Date: 1/5/14
Max Duration Date: 6/26/2025
Pre-Ex:doh 5/7/04, eff 4/1/11 -
AO Investigation required: yes
EBF/Rehab survey: Rehab Survey AWD 8/6/12
Mandatory Voc:
Occupation / Location in AWD: Service clerk
Physical Demand Level of Occ:Sedentary
Primary Diagnosis: spinal stenosis, small fiber peripheral neuropathy, DDD
Co-Morbid Diagnoses:
ERISA or NON-ERISA:ERISA - 7378
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:1120006734 - closed
Authorization/expiration:4/25/19
Attorney:no

Contractual Limits
Legal Action
Proof of claim /

Initial Claim Decision:
Reason/Date of denial: NTAO / 9/12/19
Type of Medical Review , Name, & Specialty:
8/21/19 - MLS / Dr. Lucien Parrillo / IM, Sports Medicine, Occ Med
From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that w ould require restrictions and limitations.
The follow ing restrictions and limitations w ould be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that w ould be causing ongoing physical impairment that is supported by the objective medical evidence.
Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical postlaminectomy syndrome and lumbar degenerative disc disease, I submit the follow ing restrictions/limitations are reasonable for this claimant to continue w orking:
There is no restriction w ith regard to sitting.
Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.

Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
Complex movements of the spine including climbing of stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally.
Working from heights, including ladders and scaffolds, should be totally restricted.
Use of the upper extremities for overhead work can be performed on an occasional basis, while use of the upper extremities for work at chest level and below being unrestricted.
Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
The claimant is capable of maintaining a full-time work schedule with these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.
R&L's consistent w/ OO

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number/fax: Dr. Kevin Misischia / family /
Last Date of Service: 2/20/19 OV
Restrictions and Limitations/Duration:
AF 5/28/19 - Occasional lift up to 10 lbs., occasional sit less than 1 hr., stand less than 1 hr., occasional walking, use of fingers. No climbing, bending, kneeling, lifting over 10 lbs.

AP Name/Specialty/Phone Number/fax: Gastroenterology associates / 12/4/19
Last Date of Service: 12/4/18
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:
Neck surgery 2008
Cervical ACDF 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
Appeal from clmt
The clmt feels that his denial was not handled properly.
The clmt has had back pain since 1987 and neuropathy since the late 90s.
In the fall of 2010 the clmt's pain and swelling in his feet and legs along w/ back pain was getting worse and the clmt had to quit working.
The clmt was then found to have small fiber neuropathy.
The clmt's pain prevents him from working.
The clmt has pain when sitting straight up for more than 1 hour or when active. Pain starts in back and goes down his legs.
When sitting the clmt has to be in a reclined position the majority of the time.
The combo of sitting, standing, and walking causes pain and elevates his BP.
Meds cause drowsiness and the clmt would be unable to stay awake to work.
The clmt has pain 24/7.
Due to neuropathy the clmt can't wear socks or shoes anymore due to the pain and neuropathy intensifies and his feet feel like they are on fire. Clmt wears sandals or flip flops.
Due to neuropathy the clmt's skin is very sensitive to anything touching it. Difficulty wearing pants and shirts.
Excerpt from Webmd about back pain.
LFG and SSDI approved benefits 8 yrs ago and determined that the clmt was disabled.
The clmt hasn't improved and still can't work.
The clmt indicates that his conditions do not improve and get worse over time.
The clmt indicates that it would be unreasonable to expect someone to hire him with all of his medical problems and he is unable to work.
The clmt can only wear shorts and sandals and would require a special desk and chair so his hands won't have to reach too high. The clmt would miss time from work.

Information Submitted with appeal and not previously reviewed:
none

Appeal Summary: Arnold Dixon is a 59 year old Service clerk (sed. occ).

It was previously determined the claimant met the policy definition of disability to 9/12/19.

Path: Pending claim for med recs. Letter and call to clmt. Will take to appeal direction once additional information is

received.
 - SRVANCE - Oct 08, 2019 06:31:13 am

Rec'd a v/m from the clmt indicating that after further discussion w / his w ife he has decided not to pursue additional testing since they financially can't afford this. The clmt indicated that nothing further is being submitted for the appeal. The clmt indicated to proceed w / the review of the appeal w / the info currently in the claim file.

Will send letter to clmt that proceeding w / review and w ill move forw ard w / appeal. - SRVANCE - Oct 09, 2019 07:36:20 am

Referring for NDC review . - SRVANCE - Oct 09, 2019 07:45:30 am

Recd NDC review . Doesn't support further benefits. Made 21 day call to EE. See phone notes. Sent 21 day letter. Set 21 day f/u task. - CXGEARY - Oct 23, 2019 10:17:06 am

Rec'd a phone message in the system from the clmt requesting that a copy of the 21 day letter be resent to him via email to Emailed the 21 day letter, medical review , and a copy of the prior peer review . - SRVANCE - Oct 28, 2019 10:09:02 am

45 day extension in ack letter. - SRVANCE - Nov 11, 2019 09:28:11 am

Rec'd an email from the clmt indicating that he had a biopsy done on 10/31/19 and he is still w aiting for the results. The labs w ere sent to a lab in New York to be tested. The clmt and his dr. are still pending the results.
Sent email to the clmt advising that w e w ould provide an extension to 12/4/19.
Sending a letter also regarding the extension.

Start tolling 11/12/19. - SRVANCE - Nov 13, 2019 09:17:06 am

Rec'd a fax from the clmt.
Rec'd a letter from the clmt w / results of biopsy and evaluation of right foot. The clmt indicates that the results indicate that it is the clmt's left foot, but it is actually his right foot that w as evaluated. The clmt has tried to get this corrected w /o success. The clmt indicates that his condition has not improved over the past 8 years and has deteriorated.
11/20/19 Chronic LBP - present for 20 years. The clmt described back pain. Exam: gait forw ard flexed. Thoracic and cervical spine normal. Mild restriction in cervical rotation and extension. Normal lumbar alignment. Impression: intervertebral disc degeneration lumbar - unable to sit erect or sit at all for prolonged periods of time secondary to discomfort. Radiculopathy, neuropathy - primarily affecting feet, less so hands. Unable to w ear socks or most laced shoes. Unable to return to active employment secondary to multiple complex complaints.
Epidermal nerve fiber density 10/31/19 -
10/31/19 skin biopsy - small fiber neuropathy located in right pretibial region and left pretibial region. Neuropathy right distal lateral pretibial region and right dorsal foot.

Referring for addendum NDC review .

Rec'd email from clmt checking on status. Advising referring for addendum review . - SRVANCE - Dec 06, 2019 08:57:30 am

See decision rationale. - SRVANCE - Dec 19, 2019 01:17:16 pm

10/8/2019 6:31:16 AM Claim Tasks 44 Open Review Requested SRVANCE

f/u med recs - SRVANCE - Oct 08, 2019 06:31:36 am

21 day letter sent 10/23/19. - SRVANCE - Nov 11, 2019 09:29:21 am

Sending extension letter. - SRVANCE - Nov 13, 2019 09:18:38 am

Referring for addendum NDC review .

Rec'd email from clmt checking on status. Advising referring for addendum review . - SRVANCE - Dec 06, 2019 08:57:30 am - SRVANCE - Dec 13, 2019 01:28:08 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/8/2019 6:31:40 AM | Claim Tasks | 45 | Appeal 90 Day Extension | Requested | SRVANCE |

30th Day:10/30/19
45th Day:11/14/19
90th Day:12/29/19

Tolling - SRVANCE - Oct 08, 2019 06:32:06 am

End tolling new 90th day 1/21/2020 - SRVANCE - Dec 06, 2019 08:58:55 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/8/2019 6:33:48 AM | Referrals | 20176: | Tolling Review | In Active Review | SRVANCE |

Appeal Rcvd DateToday's DateDays Since Received
9/30/201910/8/20198
1st 45 days
Tolling Start DateTolling end DateTolling Days
10/7/2019N/A
0
0
0
Tolling Days0
45th Day of Active Review 11/14/2019
Active Review Days Remaining to 45th Day37
30th Day of Active Review 10/30/2019

After 45 day Extension
Tolling Start DateTolling end DateTolling Days
0
0
0
Tolling Days0
90th Day of Active Review 12/29/2019
Active Review Days Remaining to 90th Day82

- SRVANCE - Oct 08, 2019 06:34:04 am

ill
Appeal Rcvd DateToday's DateDays Since Received
9/30/201911/13/201944
1st 45 days
Tolling Start DateTolling end DateTolling Days
10/7/201910/8/20191
11/12/2019N/A
0
0
Tolling Days1
45th Day of Active Review 11/15/2019
Active Review Days Remaining to 45th Day2
30th Day of Active Review Manual Calc

After 45 day Extension
Tolling Start DateTolling end DateTolling Days
0
0
0
Tolling Days0
90th Day of Active Review 12/30/2019
Active Review Days Remaining to 90th Day47
- SRVANCE - Nov 13, 2019 09:18:14 am
ill
Appeal Rcvd DateToday's DateDays Since Received
9/30/201912/6/201967
1st 45 days

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Tolling Start DateTolling end DateTolling Days
10/7/201910/8/20191
11/12/201912/4/201922
0
0
Tolling Days23
45th Day of Active Review 12/7/2019
Active Review Days Remaining to 45th Day1
30th Day of Active Review Manual Calc

After 45 day Extension
Tolling Start DateTolling end DateTolling Days
0
0
0
Tolling Days0
90th Day of Active Review 1/21/2020
Active Review Days Remaining to 90th Day46

- SRVANCE - Dec 06, 2019 08:59:41 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/8/2019 8:03:12 AM | Documents/Mail | 75 | Incoming Correspondence | Received | SRVANCE |

2019-10-07-12.42.56.189620O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/9/2019 | Telephone (IN) | 120 | ARNOLD DIXON | Completed | SRVANCE |

Rec'd a v/m from the clmt indicating that after further discussion w / his w ife he has decided not to pursue additional testing since they financially can't afford this. The clmt indicated that nothing further is being submitted for the appeal. The clmt indicated to proceed w / the review of the appeal w / the info currently in the claim file. - SRVANCE - Oct 09, 2019 07:35:08 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/9/2019 | Documents/Mail | 75 | Incoming Correspondence | Completed | SRVANCE |

2019-10-07-12.42.56.189620O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/9/2019 | Documents/Mail | 76 | Appeal Info Rcvd Start Review | Completed | SRVANCE |

Appeal Info Rcvd Start Review

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/9/2019 | Referrals | 20176 | Management Review | Completed | SRVANCE |

1st Level Appeal - LTD

Date Appeal Received:9/30/19
30th Day:10/30/19
45th Day:11/14/19
90th Day:12/29/19

Claimant Name: Arnold Dixon
Claim Number: 1120006734 (00040000300202706)
Group ID / Active/termed: SARATOGATE / termed 5/1/13
Saratoga Technologies, Inc.
Omaha

Claim Demographics
Current Age: 59 (
Situs State: TNState Language applicable: n
State of Residence: TNState Language applicable: n
Estimated Net benefit (Wkly/Mthly):$879.50
SSDI: yes ($1658.00)
SSDI aw ard requested/needed: yes
Date last w orked:7/8/11
Date of Disability: 7/9/11
EP: 180
Benefit Commencement Date: 1/5/2012
Benefit Paid/Approved To Date: 9/12/19
Change in Definition (COD) Date: 1/5/14

Max Duration Date: 6/26/2025
Pre-Ex:doh 5/7/04, eff 4/1/11 -
AO Investigation required: yes
EBF/Rehab survey: Rehab Survey AWD 8/6/12
Mandatory Voc:
Occupation / Location in AWD: Service clerk
Physical Demand Level of Occ:Sedentary
Primary Diagnosis: spinal stenosis, small fiber peripheral neuropathy, DDD
Co-Morbid Diagnoses:
ERISA or NON-ERISA:ERISA - 7378
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:1120006734 - closed
Authorization/expiration:4/25/19
Attorney:no

Contractual Limits
Legal Action
Proof of claim /

Initial Claim Decision:
Reason/Date of denial: NTAO / 9/12/19
Type of Medical Review , Name, & Specialty:
8/21/19 - MLS / Dr. Lucien Parrillo / IM, Sports Medicine, Occ Med
From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that w ould require restrictions and limitations.
The follow ing restrictions and limitations w ould be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that w ould be causing ongoing physical impairment that is supported by the objective medical evidence.
Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical postlaminectomy syndrome and lumbar degenerative disc disease, I submit the follow ing restrictions/limitations are reasonable for this claimant to continue w orking:
There is no restriction w ith regard to sitting.
Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.
Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.
Working from heights, including ladders and scaffolds, should be totally restricted.
Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.
Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.
R&L's consistent w / OO

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number/fax: Dr. Kevin Misischia / family /
Last Date of Service: 2/20/19 OV
Restrictions and Limitations/Duration:
AF 5/28/19 - Occasional lift up to 10 lbs., occasional sit less than 1 hr., stand less than 1 hr., occasional w alking, use of fingers. No climbing, bending, kneeling, lifting over 10 lbs.

AP Name/Specialty/Phone Number/fax: Gastroenterology associates / 12/4/19
Last Date of Service: 12/4/18
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:
Neck surgery 2008
Cervical ACDF 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
Appeal from clmt
The clmt feels that his denial w as not handled properly.
The clmt has had back pain since 1987 and neuropathy since the late 90s.
In the fall of 2010 the clmt's pain and sw elling in his feet and legs along w / back pain w as getting w orse and the clmt had to quit w orking.
The clmt w as then found to have small fiber neuropathy.
The clmt's pain prevents him from w orking.
The clmt has pain w hen sitting straight up for more than 1 hour or w hen active. Pain starts in back and goes dow n his legs.
When sitting the clmt has to be in a reclined position the majority of the time.
The combo of sitting, standing, and w alking causes pain and elevates his BP.
Meds cause drow siness and the clmt w ould be unable to stay aw ake to w ork.
The clmt has pain 24/7.
Due to neuropathy the clmt can't w ear socks or shoes anymore due to the pain and neuropathy intensifies and his feet feel like they are on fire. Clmt w ears sandals or flip flops.
Due to neuropathy the clmt's skin is very sensitive to anything touching it. Difficulty w earing pants and shirts.
Excerpt from Webmd about back pain.
LFG and SSDI approved benefits 8 yrs ago and determined that the clmt w as disabled.
The clmt hasn't improved and still can't w ork.
The clmt indicates that his conditions do not improve and get w orse over time.
The clmt indicates that it w ould be unreasonable to expect someone to hire him w ith all of his medical problems and he is unable to w ork.
The clmt can only w ear shorts and sandals and w ould require a special desk and chair so his hands w on't have to reach too high. The clmt w ould miss time from w ork.

Information Submitted w ith appeal and not previously review ed:
none

Appeal Summary: Arnold Dixon is a 59 year old Service clerk (sed. occ).

It w as previously determined the claimant met the policy definition of disability to 9/12/19.

Path: Pending claim for med recs. Letter and call to clmt. Will take to appeal direction once additional information is received.

Appeal Direction Recommendation: NDC

Appeal Direction Tool - LTD
Appeals Examiners answ er here:Recommendations/Comments
Was the claim denied because the claimant: w as not disabled, had a pre-existing condition, reached the specified conditions limit, &/or w here medical judgement w as involved?YesERISA requires a review by a different healthcare professional at each level of review /appeal.

If claim denied as not disabled ow n occupation, are w e now w ithin 6 months of the change in the definition of disability (COD)?N/A

Did claimant undergo an IME as part of decision to deny benefits at claim level (or 1st level of appeal)?No

Indicate w hether ERISA or non-ERISA?ERISA

Is the claimant a resident of California? No

Is the claimant represented by an attorney?No

What type of medical review w as undertaken previously?Peer Review

Indicate the length of time (in months) from previous medical review to present?< 2 months

If there w as agreement previously, is there now a medical disagreement betw een NDC and treating provider?N/A

Does the claimant have both a physical and a behavioral health condition?No

Did the CE fail to address all limiting medical conditions in the previous denial?No

Did the claimant request that w e undertake our appeal review w ithout providing any new medical, vocational, or other documentation?No

Was the new medical information submitted on appeal significant? E.g. does it include relevant laboratory or diagnostic testing; recent evidence of functional ability; for a potentially limiting condition w e w ere unaw are of.No

Are the claimants complaints primarily pain related?YesConsider PM&R/Pain review or exam if w e do not have such a review already in file.

Did the claimant submit a FCE or IME to us as part of their appeal?No

Are there possible side effects from the claimant's medication that needs to be addressed?No

Is the claimant being seen by specialists for multiple medical conditions affecting different body parts?No

Are there financial considerations (e.g. offset dispute), findings from a SIU investigation, or contractual issues other than disability that need to be addressed? No

Consider taking the follow ing action(s):NDC

- Management Review - SRVANCE - Oct 09, 2019 07:45:11 am

10/9/2019 7:47:17 AM Referrals 20176:Change of Definition Initial SRVANCE

1st Level Appeal - LTD

Date Appeal Received:9/30/19
30th Day:10/30/19
45th Day:11/14/19
90th Day:12/29/19

Claimant Name: Arnold Dixon
Claim Number: 1120006734 (00040000300202706)
Group ID / Active/termed: SARATOGATE / termed 5/1/13
Saratoga Technologies, Inc.
Omaha

Claim Demographics
Current Age: 59 (
Situs State: TNState Language applicable: n
State of Residence: TNState Language applicable: n
Estimated Net benefit (Wkly/Mthly):$879.50
SSDI: yes ($1658.00)
SSDI aw ard requested/needed: yes
Date last w orked:7/8/11
Date of Disability: 7/9/11
EP: 180
Benefit Commencement Date: 1/5/2012
Benefit Paid/Approved To Date: 9/12/19
Change in Definition (COD) Date: 1/5/14
Max Duration Date: 6/26/2025

Pre-Ex:doh 5/7/04, eff 4/1/11 -
AO Investigation required: yes
EBF/Rehab survey: Rehab Survey AWD 8/6/12
Mandatory Voc:
Occupation / Location in AWD: Service clerk
Physical Demand Level of Occ:Sedentary
Primary Diagnosis: spinal stenosis, small fiber peripheral neuropathy, DDD
Co-Morbid Diagnoses:
ERISA or NON-ERISA:ERISA - 7378
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:1120006734 - closed
Authorization/expiration:4/25/19
Attorney:no

Contractual Limits
Legal Action
Proof of claim /

Initial Claim Decision:
Reason/Date of denial: NTAO / 9/12/19
Type of Medical Review , Name, & Specialty:
8/21/19 - MLS / Dr. Lucien Parrillo / IM, Sports Medicine, Occ Med
From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that w ould require restrictions and limitations.
The follow ing restrictions and limitations w ould be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that w ould be causing ongoing physical impairment that is supported by the objective medical evidence.
Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical postlaminectomy syndrome and lumbar degenerative disc disease, I submit the follow ing restrictions/limitations are reasonable for this claimant to continue w orking:
There is no restriction w ith regard to sitting.
Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.
Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.
Working from heights, including ladders and scaffolds, should be totally restricted.
Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.
Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.
R&L's consistent w / OO

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number/fax: Dr. Kevin Misischia / family /
Last Date of Service: 2/20/19 OV
Restrictions and Limitations/Duration:
AF 5/28/19 - Occasional lift up to 10 lbs., occasional sit less than 1 hr., stand less than 1 hr., occasional w alking, use of fingers. No climbing, bending, kneeling, lifting over 10 lbs.

AP Name/Specialty/Phone Number/fax: Gastroenterology associates / 12/4/19
Last Date of Service: 12/4/18
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

Neck surgery 2008
Cervical ACDF 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
Appeal from clmt
The clmt feels that his denial w as not handled properly.
The clmt has had back pain since 1987 and neuropathy since the late 90s.
In the fall of 2010 the clmt's pain and sw elling in his feet and legs along w / back pain w as getting w orse and the clmt had to quit w orking.
The clmt w as then found to have small fiber neuropathy.
The clmt's pain prevents him from w orking.
The clmt has pain w hen sitting straight up for more than 1 hour or w hen active. Pain starts in back and goes dow n his legs.
When sitting the clmt has to be in a reclined position the majority of the time.
The combo of sitting, standing, and w alking causes pain and elevates his BP.
Meds cause drow siness and the clmt w ould be unable to stay aw ake to w ork.
The clmt has pain 24/7.
Due to neuropathy the clmt can't w ear socks or shoes anymore due to the pain and neuropathy intensifies and his feet feel like they are on fire. Clmt w ears sandals or flip flops.
Due to neuropathy the clmt's skin is very sensitive to anything touching it. Difficulty w earing pants and shirts.
Excerpt from Webmd about back pain.
LFG and SSDI approved benefits 8 yrs ago and determined that the clmt w as disabled.
The clmt hasn't improved and still can't w ork.
The clmt indicates that his conditions do not improve and get w orse over time.
The clmt indicates that it w ould be unreasonable to expect someone to hire him w ith all of his medical problems and he is unable to w ork.
The clmt can only w ear shorts and sandals and w ould require a special desk and chair so his hands w on't have to reach too high. The clmt w ould miss time from w ork.

Information Submitted w ith appeal and not previously review ed:
none

Appeal Summary: Arnold Dixon is a 59 year old Service clerk (sed. occ).

It w as previously determined the claimant met the policy definition of disability to 9/12/19.

Questions to be addressed as part of medical review :

1.Please provide a review of the medical findings. Please state your findings upon review of the medical information.
2.Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 9/12/2019 and forw ard.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to w hich the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at w ith specific from and to dates.
3.Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent w ith the medical findings? Please explain. - SRVANCE - Oct 09, 2019 07:48:20 am
Assigned to A. Malskeit on 10/15/19 - MEHLO8 - Oct 15, 2019 07:18:35 am
Date: 10/17/19

Nursing Memorandum

Claim: 1120006734
Claimant: Arnold Dixon
Date of Disability: 7/9/11

Clinical Assessment: All available medical records have been review ed through date and time of this review including all documentation submitted for appeal to date. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review .

The EE stopped w orking on 7/9/11 for spinal stenosis (narrow ing), small fiber neuropathy (nerve pain), and lumbar degenerative disc disease. He underw ent an C5-6 anterior cervical disc fusion in 2014.

The EE saw Dr. Misischia (Family Medicine) on 2/20/19 follow up of high blood pressure, high cholesterol, and mixed lipid levels w hich are noted to be stable w ith medication management. His osteoarthritis (degenerative joint disease) that involves the hips, knees, and spine has been slow ly progressive, and depression w hich has been improving w ith medication. He denies current symptoms. Exam is unremarkable including normal cervical ROM. He is noted to be in no acute distress. Plan is to continue current medication regimen, diet, and exercise w ith a follow up in 6 months. An ability form from Dr. Misischia dated 5/28/19 indicates the EE can occasionally lift and carry up to 10 pounds, sit and stand less than 1 hour, w alk, and use of fingers (difficulty w ith repetitive motions). Never climb, bend, kneel, or lift over 10 pounds.

An independent medical peer review w as completed on 8/21/19 by Dr. Parrillo (Internal Medicine/Sports Medicine/Occupational Medicine) w ho opined the EE has the follow ing R/L's including no restriction w ith sitting. Standing and w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously. Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently. Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally. Working from heights, including ladders and scaffolds, should be totally restricted. Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted. Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted. Environmental restrictions in terms of noise, temperature, or air-quality are not necessary. The EE is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life. R/L's are consistent w ith ow n occupation. Please see report in AWD for full details.

There are no further exam findings or office visit for review submitted on appeal after his primary care provider visit on 2/20/19 to show insight into his conditions.

The medical evidence fails to demonstrate significant pain, or neurological deficits such as decreased strength, altered sensation, or impaired gait to support R/L's beyond 9/12/19. There are no documented side effects to any medications. At most recent office visit, the EE has been encouraged to exercise. The R/L's outlined by peer review er Dr. Parrillo are supported and w ould not preclude all w ork activities. The medical records do not show support for more restrictive limitations than those opined above.

Amy M., RN
Nurse Disability Consultant, Lincoln Financial Consultant - AMAMA3 - Oct 17, 2019 01:07:56 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2019 | Telephone (OUT) | 121 | ARNOLD DIXON | Completed | CXGEARY |

Called EE, advised the medical review is complete and doesn't appear to support further benefits so per our standard practice a copy of the medical review is being sent to him. Explained 21 day process. No further questions. - CXGEARY - Oct 23, 2019 10:13:26 am

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2019 | Documents/Mail | 77 | Appeal Dis EE 21 Day Letter | Completed | CXGEARY |

Appeal Dis EE 21 Day Letter

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2019 | Referrals | 20176: | Change of Definition | Completed | SRVANCE |

1st Level Appeal - LTD

Date Appeal Received:9/30/19
30th Day:10/30/19
45th Day:11/14/19
90th Day:12/29/19

Claimant Name: Arnold Dixon
Claim Number: 1120006734 (00040000300202706)
Group ID / Active/termed: SARATOGATE / termed 5/1/13
Saratoga Technologies, Inc.
Omaha

Claim Demographics
Current Age: 59 (
Situs State: TNState Language applicable: n

State of Residence: TNState Language applicable: n
Estimated Net benefit (Wkly/Mthly):$879.50
SSDI: yes ($1658.00)
SSDI aw ard requested/needed: yes
Date last w orked:7/8/11
Date of Disability: 7/9/11
EP: 180
Benefit Commencement Date: 1/5/2012
Benefit Paid/Approved To Date: 9/12/19
Change in Definition (COD) Date: 1/5/14
Max Duration Date: 6/26/2025
Pre-Ex:doh 5/7/04, eff 4/1/11 -
AO Investigation required: yes
EBF/Rehab survey: Rehab Survey AWD 8/6/12
Mandatory Voc:
Occupation / Location in AWD: Service clerk
Physical Demand Level of Occ:Sedentary
Primary Diagnosis: spinal stenosis, small fiber peripheral neuropathy, DDD
Co-Morbid Diagnoses:
ERISA or NON-ERISA:ERISA - 7378
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:1120006734 - closed
Authorization/expiration:4/25/19
Attorney:no

Contractual Limits
Legal Action
Proof of claim /

Initial Claim Decision:
Reason/Date of denial: NTAO / 9/12/19
Type of Medical Review , Name, & Specialty:
8/21/19 - MLS / Dr. Lucien Parrillo / IM, Sports Medicine, Occ Med
From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that w ould require restrictions and limitations.
The follow ing restrictions and limitations w ould be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that w ould be causing ongoing physical impairment that is supported by the objective medical evidence.
Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical postlaminectomy syndrome and lumbar degenerative disc disease, I submit the follow ing restrictions/limitations are reasonable for this claimant to continue w orking:
There is no restriction w ith regard to sitting.
Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.
Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.
Working from heights, including ladders and scaffolds, should be totally restricted.
Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.
Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.
R&L's consistent w / OO

Current Providers - last 18 to 24 months

AP Name/Specialty/Phone Number/fax: Dr. Kevin Misischia / family /
Last Date of Service: 2/20/19 OV
Restrictions and Limitations/Duration:
AF 5/28/19 - Occasional lift up to 10 lbs., occasional sit less than 1 hr., stand less than 1 hr., occasional walking, use of fingers. No climbing, bending, kneeling, lifting over 10 lbs.

AP Name/Specialty/Phone Number/fax: Gastroenterology associates / 12/4/19
Last Date of Service: 12/4/18
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:
Neck surgery 2008
Cervical ACDF 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
Appeal from clmt
The clmt feels that his denial was not handled properly.
The clmt has had back pain since 1987 and neuropathy since the late 90s.
In the fall of 2010 the clmt's pain and swelling in his feet and legs along w/ back pain was getting worse and the clmt had to quit working.
The clmt was then found to have small fiber neuropathy.
The clmt's pain prevents him from working.
The clmt has pain when sitting straight up for more than 1 hour or when active. Pain starts in back and goes down his legs.
When sitting the clmt has to be in a reclined position the majority of the time.
The combo of sitting, standing, and walking causes pain and elevates his BP.
Meds cause drowsiness and the clmt would be unable to stay awake to work.
The clmt has pain 24/7.
Due to neuropathy the clmt can't wear socks or shoes anymore due to the pain and neuropathy intensifies and his feet feel like they are on fire. Clmt wears sandals or flip flops.
Due to neuropathy the clmt's skin is very sensitive to anything touching it. Difficulty wearing pants and shirts.
Excerpt from Webmd about back pain.
LFG and SSDI approved benefits 8 yrs ago and determined that the clmt was disabled.
The clmt hasn't improved and still can't work.
The clmt indicates that his conditions do not improve and get worse over time.
The clmt indicates that it would be unreasonable to expect someone to hire him with all of his medical problems and he is unable to work.
The clmt can only wear shorts and sandals and would require a special desk and chair so his hands won't have to reach too high. The clmt would miss time from work.

Information Submitted with appeal and not previously reviewed:
none

Appeal Summary: Arnold Dixon is a 59 year old Service clerk (sed. occ).

It was previously determined the claimant met the policy definition of disability to 9/12/19.

Questions to be addressed as part of medical review:

1.Please provide a review of the medical findings. Please state your findings upon review of the medical information.
2.Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/12/2019 and forward.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.
3.Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain. - SRVANCE - Oct 09, 2019 07:48:20 am
Assigned to A. Malskeit on 10/15/19 - MEHLO8 - Oct 15, 2019 07:18:35 am

Date: 10/17/19

Nursing Memorandum

Claim: 1120006734
Claimant: Arnold Dixon
Date of Disability: 7/9/11

Clinical Assessment: All available medical records have been review ed through date and time of this review including all documentation submitted for appeal to date. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review .

The EE stopped w orking on 7/9/11 for spinal stenosis (narrow ing), small fiber neuropathy (nerve pain), and lumbar degenerative disc disease. He underw ent an C5-6 anterior cervical disc fusion in 2014.

The EE saw Dr. Misischia (Family Medicine) on 2/20/19 follow up of high blood pressure, high cholesterol, and mixed lipid levels w hich are noted to be stable w ith medication management. His osteoarthritis (degenerative joint disease) that involves the hips, knees, and spine has been slow ly progressive, and depression w hich has been improving w ith medication. He denies current symptoms. Exam is unremarkable including normal cervical ROM. He is noted to be in no acute distress. Plan is to continue current medication regimen, diet, and exercise w ith a follow up in 6 months. An ability form from Dr. Misischia dated 5/28/19 indicates the EE can occasionally lift and carry up to 10 pounds, sit and stand less than 1 hour, w alk, and use of fingers (difficulty w ith repetitive motions). Never climb, bend, kneel, or lift over 10 pounds.

An independent medical peer review w as completed on 8/21/19 by Dr. Parrillo (Internal Medicine/Sports Medicine/Occupational Medicine) w ho opined the EE has the follow ing R/L's including no restriction w ith sitting. Standing and w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously. Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently. Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally. Working from heights, including ladders and scaffolds, should be totally restricted. Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted. Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted. Environmental restrictions in terms of noise, temperature, or air-quality are not necessary. The EE is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life. R/L's are consistent w ith ow n occupation. Please see report in AWD for full details.

There are no further exam findings or office visit for review submitted on appeal after his primary care provider visit on 2/20/19 to show insight into his conditions.

The medical evidence fails to demonstrate significant pain, or neurological deficits such as decreased strength, altered sensation, or impaired gait to support R/L's beyond 9/12/19. There are no documented side effects to any medications. At most recent office visit, the EE has been encouraged to exercise. The R/L's outlined by peer review er Dr. Parrillo are supported and w ould not preclude all w ork activities. The medical records do not show support for more restrictive limitations than those opined above.

Amy M., RN
Nurse Disability Consultant, Lincoln Financial Consultant - AMAMA3 - Oct 17, 2019 01:07:56 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2019 10:19:45 AM | Claim Tasks | 46 | Appeal - 21 Day Letter | Requested | SRVANCE |

Response to 21 day letter? Due date 11/13/2019 - CXGEARY - Oct 23, 2019 10:20:19 am

Rec'd an email from the clmt indicating that he had a biopsy done on 10/31/19 and he is still w aiting for the results.
The labs w ere sent to a lab in New York to be tested. The clmt and his dr. are still pending the results.
Sent email to the clmt advising that w e w ould provide an extension to 12/4/19.
Sending a letter also regarding the extension.
- SRVANCE - Nov 13, 2019 09:17:20 am

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2019 3:26:21 PM | Telephone (IN) | 122 | Arnold Dixon | Requested | SRVANCE |

Name: Arnold Dixon
CBR#:
Employer: Saratoga Technologies, Inc.
SS#:

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Claim#:1120006734<br><br>Adsvd EE snding f/u to CE to see if she can emld the Appeal Ltr so he can get it faster.<br><br>Please emld the Appeals ltr mld out tody to EE's emld addrss @ | | | | |
| 10/28/2019 | Telephone (IN) | 122 | Arnold Dixon | Completed | SRVANCE |
| | Name: Arnold Dixon<br>CBR#:<br>Employer: Saratoga Technologies, Inc.<br>SS#:<br>Claim#:1120006734<br><br>Adsvd EE snding f/u to CE to see if she can emld the Appeal Ltr so he can get it faster.<br><br>Please emld the Appeals ltr mld out tody to EE's emld addrss @ | | | | |
| 10/29/2019 8:19:31 AM | Documents/Mail | 78 | Email | Received | SRVANCE |
| | 2019-10-28-11.08.38.047780O01 | | | | |
| 10/29/2019 8:19:32 AM | Documents/Mail | 79 | Incoming Correspondence | Received | SRVANCE |
| | 2019-10-28-11.08.38.065780O01 | | | | |
| 10/29/2019 8:19:33 AM | Documents/Mail | 80 | Medical Records | Received | SRVANCE |
| | 2019-10-28-11.08.38.096780O01 | | | | |
| 10/29/2019 8:19:35 AM | Documents/Mail | 81 | Medical Records | Received | SRVANCE |
| | 2019-10-28-11.08.38.117780O01 | | | | |
| 10/30/2019 | Documents/Mail | 81 | Medical Records | Completed | SRVANCE |
| | 2019-10-28-11.08.38.117780O01 | | | | |
| 10/30/2019 | Documents/Mail | 78 | Email | Completed | SRVANCE |
| | 2019-10-28-11.08.38.047780O01 | | | | |
| 10/30/2019 | Documents/Mail | 80 | Medical Records | Completed | SRVANCE |
| | 2019-10-28-11.08.38.096780O01 | | | | |
| 10/30/2019 | Documents/Mail | 79 | Incoming Correspondence | Completed | SRVANCE |
| | 2019-10-28-11.08.38.065780O01 | | | | |
| 11/8/2019 8:01:43 PM | Claim Tasks | 47 | Appeal - 45 Day Reminder | Requested | SRVANCE |
| | 45 day extension in ack letter. - SRVANCE - Nov 11, 2019 09:27:53 am | | | | |
| 11/11/2019 | Claim Tasks | 47 | Appeal - 45 Day Reminder | Completed | SRVANCE |
| | 45 day extension in ack letter. - SRVANCE - Nov 11, 2019 09:27:53 am | | | | |
| 11/13/2019 | Documents/Mail | 82 | Appeal Dis EE Extension Letter | Completed | SRVANCE |
| | Appeal Dis EE Extension Letter | | | | |
| 11/13/2019 10:14:21 AM | Documents/Mail | 83 | Email | Received | SRVANCE |
| | 2019-11-13-10.16.23.978740O01 | | | | |
| 11/14/2019 | Documents/Mail | 83 | Email | Completed | SRVANCE |
| | 2019-11-13-10.16.23.978740O01 | | | | |
| 12/5/2019 2:26:39 AM | Documents/Mail | 84 | Fax | Received | SRVANCE |
| | 2019-12-04-16.00.15.622900O01<br><br>Rec'd a fax from the clmt.<br>Rec'd a letter from the clmt w/ results of biopsy and evaluation of right foot. The clmt indicates that the results indicate that it is the clmt's left foot, but it is actually his right foot that was evaluated. The clmt has tried to get this corrected w/o success. The clmt indicates that his condition has not improved over the past 8 years and has deteriorated.<br>11/20/19 Chronic LBP - present for 20 years. The clmt described back pain. Exam: gait forward flexed. Thoracic | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

and cervical spine normal. Mild restriction in cervical rotation and extension. Normal lumbar alignment. Impression: intervertebral disc degeneration lumbar - unable to sit erect or sit at all for prolonged periods of time secondary to discomfort. Radiculopathy, neuropathy - primarily affecting feet, less so hands. Unable to w ear socks or most laced shoes. Unable to return to active employment secondary to multiple complex complaints.
Epidermal nerve fiber density 10/31/19 -
10/31/19 skin biopsy - small fiber neuropathy located in right pretibial region and left pretibial region. Neuropathy right distal lateral pretibial region and right dorsal foot.
- SRVANCE - Dec 06, 2019 08:55:59 am

| 12/5/2019 2:26:42 AM | Documents/Mail | 85 | Medical Records | Received | SRVANCE |
|---|---|---|---|---|---|

2019-12-05-03.25.29.772900O01

Rec'd a fax from the clmt.
Rec'd a letter from the clmt w / results of biopsy and evaluation of right foot. The clmt indicates that the results indicate that it is the clmt's left foot, but it is actually his right foot that w as evaluated. The clmt has tried to get this corrected w /o success. The clmt indicates that his condition has not improved over the past 8 years and has deteriorated.
11/20/19 Chronic LBP - present for 20 years. The clmt described back pain. Exam: gait forw ard flexed. Thoracic and cervical spine normal. Mild restriction in cervical rotation and extension. Normal lumbar alignment. Impression: intervertebral disc degeneration lumbar - unable to sit erect or sit at all for prolonged periods of time secondary to discomfort. Radiculopathy, neuropathy - primarily affecting feet, less so hands. Unable to w ear socks or most laced shoes. Unable to return to active employment secondary to multiple complex complaints.
Epidermal nerve fiber density 10/31/19 -
10/31/19 skin biopsy - small fiber neuropathy located in right pretibial region and left pretibial region. Neuropathy right distal lateral pretibial region and right dorsal foot.
- SRVANCE - Dec 06, 2019 08:56:36 am

| 12/5/2019 2:26:43 AM | Documents/Mail | 86 | Incoming Correspondence | Received | SRVANCE |
|---|---|---|---|---|---|

2019-12-05-03.25.45.989900O01

| 12/6/2019 | Claim Tasks | 46 | Appeal - 21 Day Letter | Completed | SRVANCE |
|---|---|---|---|---|---|

Response to 21 day letter? Due date 11/13/2019 - CXGEARY - Oct 23, 2019 10:20:19 am

Rec'd an email from the clmt indicating that he had a biopsy done on 10/31/19 and he is still w aiting for the results. The labs w ere sent to a lab in New York to be tested. The clmt and his dr. are still pending the results.
Sent email to the clmt advising that w e w ould provide an extension to 12/4/19.
Sending a letter also regarding the extension.
- SRVANCE - Nov 13, 2019 09:17:20 am

| 12/6/2019 | Documents/Mail | 85 | Medical Records | Completed | SRVANCE |
|---|---|---|---|---|---|

2019-12-05-03.25.29.772900O01

Rec'd a fax from the clmt.
Rec'd a letter from the clmt w / results of biopsy and evaluation of right foot. The clmt indicates that the results indicate that it is the clmt's left foot, but it is actually his right foot that w as evaluated. The clmt has tried to get this corrected w /o success. The clmt indicates that his condition has not improved over the past 8 years and has deteriorated.
11/20/19 Chronic LBP - present for 20 years. The clmt described back pain. Exam: gait forw ard flexed. Thoracic and cervical spine normal. Mild restriction in cervical rotation and extension. Normal lumbar alignment. Impression: intervertebral disc degeneration lumbar - unable to sit erect or sit at all for prolonged periods of time secondary to discomfort. Radiculopathy, neuropathy - primarily affecting feet, less so hands. Unable to w ear socks or most laced shoes. Unable to return to active employment secondary to multiple complex complaints.
Epidermal nerve fiber density 10/31/19 -
10/31/19 skin biopsy - small fiber neuropathy located in right pretibial region and left pretibial region. Neuropathy right distal lateral pretibial region and right dorsal foot.
- SRVANCE - Dec 06, 2019 08:56:36 am

| 12/6/2019 | Documents/Mail | 87 | Email | Completed | SRVANCE |
|---|---|---|---|---|---|

2019-12-05-14.48.59.208920O01

| 12/6/2019 | Documents/Mail | 84 | Fax | Completed | SRVANCE |
|---|---|---|---|---|---|

2019-12-04-16.00.15.622900O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Rec'd a fax from the clmt.
Rec'd a letter from the clmt w/ results of biopsy and evaluation of right foot. The clmt indicates that the results indicate that it is the clmt's left foot, but it is actually his right foot that was evaluated. The clmt has tried to get this corrected w/o success. The clmt indicates that his condition has not improved over the past 8 years and has deteriorated.
11/20/19 Chronic LBP - present for 20 years. The clmt described back pain. Exam: gait forward flexed. Thoracic and cervical spine normal. Mild restriction in cervical rotation and extension. Normal lumbar alignment. Impression: intervertebral disc degeneration lumbar - unable to sit erect or sit at all for prolonged periods of time secondary to discomfort. Radiculopathy, neuropathy - primarily affecting feet, less so hands. Unable to wear socks or most laced shoes. Unable to return to active employment secondary to multiple complex complaints.
Epidermal nerve fiber density 10/31/19 -
10/31/19 skin biopsy - small fiber neuropathy located in right pretibial region and left pretibial region. Neuropathy right distal lateral pretibial region and right dorsal foot.
- SRVANCE - Dec 06, 2019 08:55:59 am

| | | | | | |
|---|---|---|---|---|---|
| 12/6/2019 | Documents/Mail | 86 | Incoming Correspondence | Completed | SRVANCE |

2019-12-05-03.25.45.989900O01

| | | | | | |
|---|---|---|---|---|---|
| 12/6/2019 9:00:10 AM | Referrals | 20176: | Change of Definition | Initial | SRVANCE |

ADDENDUM: Prior reviewer Amy M.

Rec'd additional medical records rec'd in AWD 12/5/19.

1.Please review the additional medical documentation and comment on the findings.
2.Does the new information at all impact and/or change the findings expressed in your prior report? If yes, please explain and outline any medically appropriate restrictions and limitations. Please specify from and to dates for which the restrictions and/or limitations would apply. - SRVANCE - Dec 06, 2019 09:02:39 am
Addendum assigned to A. Malskeit on 12/13/19. - MEHLO8 - Dec 13, 2019 08:16:41 am
Date: 12/17/19

Nursing Memorandum

Claim: 1120006734
Claimant: Arnold Dixon
Date of Disability: 7/9/11

Clinical Assessment:
Please see NDC review dated 10/17/19 for full review as this is an addendum request to that review.

The EE stopped working on 7/9/11 for spinal stenosis (narrowing), small fiber neuropathy (nerve pain), and lumbar degenerative disc disease. He underwent an C5-6 anterior cervical disc fusion in 2014.

Medical records received for addendum include office visit from Dr. Williams (Pain Management) and pathology results.

The EE underwent a muscle biopsy of the right lateral pretibial region and right top of the foot on 10/31/19 and pathology showed normal epidermal nerve fiber density of the left calf (incorrectly identified on path report).

The EE saw Dr. Williams on 11/20/19 for chronic low back pain for 20 years. He reports pain radiates to above the right knee and constant back pain. He rates back pain 6/10 and leg pain 0/10. Treatment consisted of activity modification and hydrocodone and Tramadol for pain control along with epidural injections. On exam, he is noted to be obese (which can cause extra strain on back and joints). He has a forward flexed gait. Posterior cervical paraspinal tenderness to palpation with mild restriction in rotation and extension, normal strength in the upper extremities and lower extremities with normal sensation and reflexes throughout upper and lower extremities except decreased sensation bilateral medial calf and ankle, lateral calf, internal dorsum and plantar surface of the feet. Coordination is normal. He has lumbar paraspinal tenderness to palpation. Moderate decrease ROM with flexion and extension of the lumbar spine. Normal rotation to the right and moderate decreased to the left. Reasonable but diminished ROM in the hips. Plan is to consider trial of spinal cord stimulator. Dr. Williams opines the EE is unable to return to active employment due to multiple complaints.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

While the EE reports ongoing low back pain radiating to his right leg, the medical evidence fails to demonstrate significant pain, decreased strength, or impaired gait to support R/L's beyond 9/12/19, therefore the prior determination is unchanged. A muscle biopsy 10/31/19 showed normal nerve fiber density.

Amy M., RN
Nurse Disability Consultant, Lincoln Financial Consultant - AMAMA3 - Dec 17, 2019 01:36:19 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/9/2019 8:26:19 AM | Documents/Mail | 88 | Email | Received | SRVANCE |

2019-12-06-10.05.53.865920O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/10/2019 | Documents/Mail | 88 | Email | Completed | SRVANCE |

2019-12-06-10.05.53.865920O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/19/2019 | Telephone (OUT) | 123 | ARNOLD DIXON | Completed | SRVANCE |

Called the clmt and advised the review of the appeal is complete and upholding the denial. Advised sending a letter w / the decision and the clmt does have a 2nd level of appeal available that he can pursue. - SRVANCE - Dec 19, 2019 01:07:07 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/19/2019 | Claim Tasks | 44 | Open Review | Completed | SRVANCE |

f/u med recs - SRVANCE - Oct 08, 2019 06:31:36 am

21 day letter sent 10/23/19. - SRVANCE - Nov 11, 2019 09:29:21 am

Sending extension letter. - SRVANCE - Nov 13, 2019 09:18:38 am

Referring for addendum NDC review .

Rec'd email from clmt checking on status. Advising referring for addendum review . - SRVANCE - Dec 06, 2019 08:57:30 am - SRVANCE - Dec 13, 2019 01:28:08 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/19/2019 | Claim Tasks | 45 | Appeal 90 Day Extension | Completed | SRVANCE |

30th Day:10/30/19
45th Day:11/14/19
90th Day:12/29/19

Tolling - SRVANCE - Oct 08, 2019 06:32:06 am

End tolling new 90th day 1/21/2020 - SRVANCE - Dec 06, 2019 08:58:55 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/19/2019 | Documents/Mail | 89 | Appeal Any Occ Level 1 Uphold EE | Completed | SRVANCE |

Appeal Any Occ Level 1 Uphold EEAttachments:Translation services

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/19/2019 | Appeal | 2 | Level 1 | Closed | SRVANCE |
| 12/19/2019 | Summary/Assessment/Pa | 6h | 1st Level Appeal Pending Rationale - LTD - SRVANCE - Oct 08, | Completed | SRVANCE |

Summary Notes
1st Level Appeal Pending Rationale - LTD - SRVANCE - Oct 08, 2019 06:31:13 am
Assessment Notes

Path Notes
1st Level Appeal - LTD

Date Appeal Received:9/30/19
30th Day:10/30/19
45th Day:11/14/19
90th Day:12/29/19

Claimant Name: Arnold Dixon
Claim Number: 1120006734 (00040000300202706)
Group ID / Active/termed: SARATOGATE / termed 5/1/13
Saratoga Technologies, Inc.
Omaha

Claim Demographics

Current Age: 59 (
Situs State: TNState Language applicable: n
State of Residence: TNState Language applicable: n
Estimated Net benefit (Wkly/Mthly):$879.50
SSDI: yes ($1658.00)
SSDI award requested/needed: yes
Date last worked:7/8/11
Date of Disability: 7/9/11
EP: 180
Benefit Commencement Date: 1/5/2012
Benefit Paid/Approved To Date: 9/12/19
Change in Definition (COD) Date: 1/5/14
Max Duration Date: 6/26/2025
Pre-Ex:doh 5/7/04, eff 4/1/11 -
AO Investigation required: yes
EBF/Rehab survey: Rehab Survey AWD 8/6/12
Mandatory Voc:
Occupation / Location in AWD: Service clerk
Physical Demand Level of Occ:Sedentary
Primary Diagnosis: spinal stenosis, small fiber peripheral neuropathy, DDD
Co-Morbid Diagnoses:
ERISA or NON-ERISA:ERISA - 7378
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:1120006734 - closed
Authorization/expiration:4/25/19
Attorney:no

Contractual Limits
Legal Action
Proof of claim /

Initial Claim Decision:
Reason/Date of denial: NTAO / 9/12/19
Type of Medical Review, Name, & Specialty:
8/21/19 - MLS / Dr. Lucien Parrillo / IM, Sports Medicine, Occ Med
From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that would require restrictions and limitations.
The following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that would be causing ongoing physical impairment that is supported by the objective medical evidence.
Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical postlaminectomy syndrome and lumbar degenerative disc disease, I submit the following restrictions/limitations are reasonable for this claimant to continue working:
There is no restriction with regard to sitting.
Standing/walking should total a combined 2 hours per day, with each not lasting longer than 15 minutes continuously.
Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.
Complex movements of the spine including climbing of stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally.
Working from heights, including ladders and scaffolds, should be totally restricted.
Use of the upper extremities for overhead work can be performed on an occasional basis, while use of the upper extremities for work at chest level and below being unrestricted.
Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.
Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.
The claimant is capable of maintaining a full-time work schedule with these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.
R&L's consistent w/ OO

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number/fax: Dr. Kevin Misischia / family /
Last Date of Service: 2/20/19 OV
Restrictions and Limitations/Duration:
AF 5/28/19 - Occasional lift up to 10 lbs., occasional sit less than 1 hr., stand less than 1 hr., occasional w alking, use of fingers. No climbing, bending, kneeling, lifting over 10 lbs.

AP Name/Specialty/Phone Number/fax: Gastroenterology associates / 12/4/19
Last Date of Service: 12/4/18
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:
Neck surgery 2008
Cervical ACDF 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
Appeal from clmt
The clmt feels that his denial w as not handled properly.
The clmt has had back pain since 1987 and neuropathy since the late 90s.
In the fall of 2010 the clmt's pain and sw elling in his feet and legs along w / back pain w as getting w orse and the clmt had to quit w orking.
The clmt w as then found to have small fiber neuropathy.
The clmt's pain prevents him from w orking.
The clmt has pain w hen sitting straight up for more than 1 hour or w hen active. Pain starts in back and goes dow n his legs.
When sitting the clmt has to be in a reclined position the majority of the time.
The combo of sitting, standing, and w alking causes pain and elevates his BP.
Meds cause drow siness and the clmt w ould be unable to stay aw ake to w ork.
The clmt has pain 24/7.
Due to neuropathy the clmt can't w ear socks or shoes anymore due to the pain and neuropathy intensifies and his feet feel like they are on fire. Clmt w ears sandals or flip flops.
Due to neuropathy the clmt's skin is very sensitive to anything touching it. Difficulty w earing pants and shirts.
Excerpt from Webmd about back pain.
LFG and SSDI approved benefits 8 yrs ago and determined that the clmt w as disabled.
The clmt hasn't improved and still can't w ork.
The clmt indicates that his conditions do not improve and get w orse over time.
The clmt indicates that it w ould be unreasonable to expect someone to hire him w ith all of his medical problems and he is unable to w ork.
The clmt can only w ear shorts and sandals and w ould require a special desk and chair so his hands w on't have to reach too high. The clmt w ould miss time from w ork.

Information Submitted w ith appeal and not previously review ed:
none

Appeal Summary: Arnold Dixon is a 59 year old Service clerk (sed. occ).

It w as previously determined the claimant met the policy definition of disability to 9/12/19.

Path: Pending claim for med recs. Letter and call to clmt. Will take to appeal direction once additional information is received.
- SRVANCE - Oct 08, 2019 06:31:13 am

Rec'd a v/m from the clmt indicating that after further discussion w / his w ife he has decided not to pursue additional testing since they financially can't afford this. The clmt indicated that nothing further is being submitted for the appeal. The clmt indicated to proceed w / the review of the appeal w / the info currently in the claim file.

Will send letter to clmt that proceeding w / review and w ill move forw ard w / appeal. - SRVANCE - Oct 09, 2019 07:36:20 am

Referring for NDC review . - SRVANCE - Oct 09, 2019 07:45:30 am

Recd NDC review . Doesn't support further benefits. Made 21 day call to EE. See phone notes. Sent 21 day letter. Set 21 day f/u task. - CXGEARY - Oct 23, 2019 10:17:06 am

Rec'd a phone message in the system from the clmt requesting that a copy of the 21 day letter be resent to him via email to Emailed the 21 day letter, medical review , and a copy of the prior peer review . - SRVANCE - Oct 28, 2019 10:09:02 am

45 day extension in ack letter. - SRVANCE - Nov 11, 2019 09:28:11 am

Rec'd an email from the clmt indicating that he had a biopsy done on 10/31/19 and he is still w aiting for the results. The labs w ere sent to a lab in New York to be tested. The clmt and his dr. are still pending the results.
Sent email to the clmt advising that w e w ould provide an extension to 12/4/19.
Sending a letter also regarding the extension.

Start tolling 11/12/19. - SRVANCE - Nov 13, 2019 09:17:06 am

Rec'd a fax from the clmt.
Rec'd a letter from the clmt w / results of biopsy and evaluation of right foot. The clmt indicates that the results indicate that it is the clmt's left foot, but it is actually his right foot that w as evaluated. The clmt has tried to get this corrected w /o success. The clmt indicates that his condition has not improved over the past 8 years and has deteriorated.
11/20/19 Chronic LBP - present for 20 years. The clmt described back pain. Exam: gait forw ard flexed. Thoracic and cervical spine normal. Mild restriction in cervical rotation and extension. Normal lumbar alignment. Impression: intervertebral disc degeneration lumbar - unable to sit erect or sit at all for prolonged periods of time secondary to discomfort. Radiculopathy, neuropathy - primarily affecting feet, less so hands. Unable to w ear socks or most laced shoes. Unable to return to active employment secondary to multiple complex complaints.
Epidermal nerve fiber density 10/31/19 -
10/31/19 skin biopsy - small fiber neuropathy located in right pretibial region and left pretibial region. Neuropathy right distal lateral pretibial region and right dorsal foot.

Referring for addendum NDC review .

Rec'd email from clmt checking on status. Advising referring for addendum review . - SRVANCE - Dec 06, 2019 08:57:30 am

See decision rationale. - SRVANCE - Dec 19, 2019 01:17:16 pm

12/19/2019 Summary/Assessment/Pa7h 1st Level Appeal Uphold Decision Rationale - LTD - SRVANCE - Completed SRVANCE

Summary Notes
1st Level Appeal Uphold Decision Rationale - LTD - SRVANCE - Dec 19, 2019 01:26:17 pm
Assessment Notes

Path Notes
The clmt is a 59 yr. old combo service clerk and user support analyst (sed. Occ.). DOD 7/9/11, BCD 1/5/12, COD 1/5/14, MBP 6/26/25. The clmt is dx w / chronic low back pain, lumbar degernative disc disease, peripheral polyneuropathy, and cervical post-laminectomy syndrome. The clmt has a hx of cervical surgery in 2008 and a C5-6 ACDF in 2014. The clmt also has a hx of peripheral neuropathy since 2011.

At the claim level benefits w ere approved to 9/12/19 and the claim w as denied as NTDOO. A peer w as completed by Dr. Lucien Parillo w ho is Board Certified in Occ Med. Dr. Parillo attempted to contact Dr. Misischia (family) w /o success.

Dr. Parrillo's review noted in part:

"…the claimant's cervical spine fusion surgery has resulted in a chronic pain condition know n as "post-laminectomy syndrome". This condition is a source of chronic persistent pain, limited mobility, and diminished tolerance for physical activity. How ever, this condition does not result in total disability. The claimant w ill have difficulty w ith remaining in a fixed position for a prolonged period of time, w ill have reduced capacity for lifting/carrying/pushing/pulling, and w ill not be capable of assuming certain positions for w ork.

From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that w ould require restrictions and limitations.

The follow ing restrictions and limitations w ould be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that w ould be causing ongoing physical impairment that is supported by the objective medical evidence.

Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical postlaminectomy syndrome and lumbar degenerative disc disease, I submit the follow ing restrictions/limitations are reasonable for this claimant to continue w orking:

There is no restriction w ith regard to sitting.

Standing/w alking should total a combined 2 hours per day, w ith each not lasting longer than 15 minutes continuously.

Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.

Complex movements of the spine including climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally.

Working from heights, including ladders and scaffolds, should be totally restricted.

Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted.

Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.

Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.

The claimant is capable of maintaining a full-time w ork schedule w ith these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life."

Dr. Parillo indicated that the R&L's outlined by Dr. Misischia on 5/28/2019 w ere too restrictive. Dr. Parillo indicated that the clmt w ould be able to maintain full time w ork w ithin the restrictions and limitations outlined in his report.

Voc indicated the R&L's w ere consistent w / the clmt's OO.

Other Benefits: SSDI $1658.00

Summary:
On the 1st Level Appeal w e rec'd a letter from the clmt w / no additional medical information.

An NDC review w as completed w hich noted in part:

"There are no further exam findings or office visit for review submitted on appeal after his primary care provider visit on 2/20/19 to show insight into his conditions.

The medical evidence fails to demonstrate significant pain, or neurological deficits such as decreased strength, altered sensation, or impaired gait to support R/L's beyond 9/12/19. There are no documented side effects to any medications. At most recent office visit, the EE has been encouraged to exercise. The R/L's outlined by peer review er Dr. Parrillo are supported and w ould not preclude all w ork activities. The medical records do not show support for more restrictive limitations than those opined above."

As part of the appeal a copy of the medical review w as sent to the clmt to allow time for the clmt to review and respond prior to a determination. In response, w e rec'd med recs from Dr. Williams and pathology results.

An addendum NDC review w as completed w hich stated, "While the EE reports ongoing low back pain radiating to his right leg, the medical evidence fails to demonstrate significant pain, decreased strength, or impaired gait to

support R/L's beyond 9/12/19, therefore the prior determination is unchanged. A muscle biopsy 10/31/19 show ed normal nerve fiber density."

Path: The medical doesn't support the clmt w ould be TDOO. Upholding the OO denial. Sending letter, called clmt, and closing the claim.
- SRVANCE - Dec 19, 2019 01:26:17 pm

12/19/2019 Referrals 20176:Change of Definition Completed SRVANCE

ADDENDUM: Prior review er Amy M.

Rec'd additional medical records rec'd in AWD 12/5/19.

1.Please review the additional medical documentation and comment on the findings.
2.Does the new information at all impact and/or change the findings expressed in your prior report? If yes, please explain and outline any medically appropriate restrictions and limitations. Please specify from and to dates for w hich the restrictions and/or limitations w ould apply. - SRVANCE - Dec 06, 2019 09:02:39 am
Addendum assigned to A. Malskeit on 12/13/19. - MEHLO8 - Dec 13, 2019 08:16:41 am
Date: 12/17/19

Nursing Memorandum

Claim: 1120006734
Claimant: Arnold Dixon
Date of Disability: 7/9/11

Clinical Assessment:
Please see NDC review dated 10/17/19 for full review as this is an addendum request to that review .

The EE stopped w orking on 7/9/11 for spinal stenosis (narrow ing), small fiber neuropathy (nerve pain), and lumbar degenerative disc disease. He underw ent an C5-6 anterior cervical disc fusion in 2014.

Medical records received for addendum include office visit from Dr. Williams (Pain Management) and pathology results.

The EE underw ent a muscle biopsy of the right lateral pretibial region and right top of the foot on 10/31/19 and pathology show ed normal epidermal nerve fiber density of the left calf (incorrectly identified on path report).

The EE saw Dr. Williams on 11/20/19 for chronic low back pain for 20 years. He reports pain radiates to above the right knee and constant back pain. He rates back pain 6/10 and leg pain 0/10. Treatment consisted of activity modification and hydrocodone and Tramadol for pain control along w ith epidural injections. On exam, he is noted to be obese (w hich can cause extra strain on back and joints). He has a forw ard flexed gait. Posterior cervical paraspinal tenderness to palpation w ith mild restriction in rotation and extension, normal strength in the upper extremities and low er extremities w ith normal sensation and reflexes throughout upper and low er extremities except decreased sensation bilateral medial calf and ankle, lateral calf, internal dorsum and plantar surface of the feet. Coordination is normal. He has lumbar paraspinal tenderness to palpation. Moderate decrease ROM w ith flexion and extension of the lumbar spine. Normal rotation to the right and moderate decreased to the left. Reasonable but diminished ROM in the hips. Plan is to consider trial of spinal cord stimulator. Dr. Williams opines the EE is unable to return to active employment due to multiple complaints.

While the EE reports ongoing low back pain radiating to his right leg, the medical evidence fails to demonstrate significant pain, decreased strength, or impaired gait to support R/L's beyond 9/12/19, therefore the prior determination is unchanged. A muscle biopsy 10/31/19 show ed normal nerve fiber density.

Amy M., RN
Nurse Disability Consultant, Lincoln Financial Consultant - AMAMA3 - Dec 17, 2019 01:36:19 pm

12/19/2019 Referrals 20176:Tolling Review Completed SRVANCE

Appeal Rcvd DateToday's DateDays Since Received
9/30/201910/8/20198
1st 45 days
Tolling Start DateTolling end DateTolling Days

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

10/7/2019N/A
0
0
0
Tolling Days0
45th Day of Active Review 11/14/2019
Active Review Days Remaining to 45th Day37
30th Day of Active Review 10/30/2019

After 45 day Extension
Tolling Start DateTolling end DateTolling Days
0
0
0
Tolling Days0
90th Day of Active Review 12/29/2019
Active Review Days Remaining to 90th Day82

- SRVANCE - Oct 08, 2019 06:34:04 am

ill
Appeal Rcvd DateToday's DateDays Since Received
9/30/201911/13/201944
1st 45 days
Tolling Start DateTolling end DateTolling Days
10/7/201910/8/20191
11/12/2019N/A
0
0
Tolling Days1
45th Day of Active Review 11/15/2019
Active Review Days Remaining to 45th Day2
30th Day of Active Review Manual Calc

After 45 day Extension
Tolling Start DateTolling end DateTolling Days
0
0
0
Tolling Days0
90th Day of Active Review 12/30/2019
Active Review Days Remaining to 90th Day47
- SRVANCE - Nov 13, 2019 09:18:14 am
ill
Appeal Rcvd DateToday's DateDays Since Received
9/30/201912/6/201967
1st 45 days
Tolling Start DateTolling end DateTolling Days
10/7/201910/8/20191
11/12/201912/4/201922
0
0
Tolling Days23
45th Day of Active Review 12/7/2019
Active Review Days Remaining to 45th Day1
30th Day of Active Review Manual Calc

After 45 day Extension
Tolling Start DateTolling end DateTolling Days
0

0
0
Tolling Days0
90th Day of Active Review 1/21/2020
Active Review Days Remaining to 90th Day46

- SRVANCE - Dec 06, 2019 08:59:41 am

| | | | | | |
|---|---|---|---|---|---|
| 12/19/2019 1:32:00 PM | Status | | Not TD Ow n Occ | CLOSED | SRVANCE |
| 1/2/2020 | Telephone (OUT) | 124 | ARNOLD DIXON | Completed | SRVANCE |
| | Returned phone call to the clmt. The clmt indicated that he did not have surgery in 2014 and only had cervical surgery in 2008. The clmt's peripheral neuropathy biopsy w as consistent w / neuropathy, w hich the clmt indicates is not normal findings as the medical review indicates. The clmt indicated that he is not a surgical candidate because he has so many problem levels in his spine; therefore, he did not have surgery in 2014 as the medical review from Dr. Parrillo indicated. I advised the clmt to submit any of the information that he disagrees w ith or finds to be inaccurate in w riting w ith his 2nd level appeal. The clmt indicated that he has consulted w / an attorney w ho w ill be filing the 2nd level appeal. - SRVANCE - Jan 02, 2020 02:07:52 pm | | | | |
| 5/13/2020 | Documents/Mail | 90 | Email | Completed | SRVANCE |
| | 2020-05-12-08.35.33.736900O01 | | | | |
| 5/13/2020 | Summary/Assessment/Pa8h | | APPEAL EXTENSION | Completed | CXGEARY |
| | Summary Notes<br>APPEAL EXTENSION<br>EE requesting 60 day extension to submit 2nd level appeal due ot covid 19. AE to grant 60 day extension to 8/16/2020. - CXGEARY - May 13, 2020 07:07:29 am<br>Assessment Notes<br><br>Path Notes<br>see summary - CXGEARY - May 13, 2020 07:07:29 am | | | | |
| 5/14/2020 | Documents/Mail | 91 | Email | Completed | SRVANCE |
| | 2020-05-13-08.20.48.946900O01 | | | | |
| 5/15/2020 7:24:22 AM | Documents/Mail | 92 | Email | Received | SRVANCE |
| | 2020-05-14-12.15.20.580920O01 | | | | |
| 5/18/2020 | Documents/Mail | 92 | Email | Completed | SRVANCE |
| | 2020-05-14-12.15.20.580920O01 | | | | |
| 7/23/2020 | Documents/Mail | 93 | Email | Completed | SRVANCE |
| | 2020-07-22-11.18.39.673980O01 | | | | |
| 8/4/2020 12:56:19 PM | Documents/Mail | 94 | Email | Received | SRVANCE |
| | 2020-07-23-08.14.07.869980O01<br>Clmt requested another 30 day extension to file the appeal. Granted extension to 9/16/20 for the clmt to file the appeal. - SRVANCE - Aug 05, 2020 07:36:05 am | | | | |
| 8/5/2020 | Documents/Mail | 94 | Email | Completed | SRVANCE |
| | 2020-07-23-08.14.07.869980O01<br>Clmt requested another 30 day extension to file the appeal. Granted extension to 9/16/20 for the clmt to file the appeal. - SRVANCE - Aug 05, 2020 07:36:05 am | | | | |
| 9/15/2020 10:39:09 AM | Documents/Mail | 95 | Email | Received | SRVANCE |
| | 2020-09-14-09.00.33.813780O01 | | | | |
| 9/21/2020 | Documents/Mail | 95 | Email | Completed | SRVANCE |
| | 2020-09-14-09.00.33.813780O01 | | | | |
| 10/16/2020 11:40:56 AM | Status | | | REOPENED | SALITTL |
| 10/16/2020 11:41:38 AM | Appeal | 3 | Level 2 | New | JXBOOTH |
| 10/19/2020 | Telephone (IN) | 125 | ARNOLD DIXON | Completed | JXBOOTH |
| | Called clmt, he has submitted w hat he has at this time. He is under ongoing treatment/testing for neuropathy. Spoke about appeal process and I w ould be handling the appeal. He doesn't understand w hy w e made the decision, nothing has changed in his condition. He cannot w ork. - JXBOOTH - Oct 19, 2020 03:07:22 pm | | | | |
| 10/19/2020 | Documents/Mail | 96 | Appeal Dis EE Ackappeal | Completed | JXBOOTH |
| | Appeal Dis EE Ackappeal | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/19/2020 1:17:06 PM | Claim Tasks | 48 | Appeal - 45 Day Reminder | Requested | JXBOOTH |

30/45 day - JXBOOTH - Oct 19, 2020 01:17:32 pm
sent 30 day letter - JXBOOTH - Nov 16, 2020 09:57:33 am
21 day letter sebnt 12/15 - JXBOOTH - Dec 16, 2020 08:11:38 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/19/2020 2:01:31 PM | Claim Tasks | 49 | Appeal 90 Day Extension | Requested | JXBOOTH |
| 10/19/2020 3:07:55 PM | Summary/Assessment/Pa | 9h | Level 2 Appeal - Pending Rationale - JXBOOTH - Oct 19, 2020 | Requested | JXBOOTH |

Summary Notes
Level 2 Appeal - Pending Rationale - JXBOOTH - Oct 19, 2020 03:08:53 pm
Assessment Notes

Path Notes

1st or 2nd Level Appeal: Level 2
Date Appeal Received:10/15/2020
30th day11/15/2020
45th Day:11/29/2020
90th Day:01/13/2021

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group ID & active/termed:SARATOGATE

Claim Demographics
Current Age: 60
Situs State:TNState Language applicable (y/n)
State of Residence:TNState Language applicable (y/n)
Estimated Net benefit amount(s):$879.50
Date of Disability: 01/05/2012
EP: 180
Benefit Commencement Date: 01/15/2012
Benefit Paid/Approved To Date:09/12/2019
Change in Definition (COD) Date: 01/05/2014
Max Duration Date: 06/26/2025
Occupation / Location in AWD: service clerk
Physical Demand Level of Occ:sedentary
Primary Diagnosis: idiopathic peripheral neuropathy
Co-Morbid Diagnoses: cervicalgia, neck pain
ERISA or NON-ERISA: ERISA
Attorney: n/a
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:appealed

Pre Ex investigation required (y/n)no
AO investigation required (y/n)completed
SSDI Aw ard information needed/requested - if not - w hy - aw arded

Notes: Contractual Limits
Legal Action - 3 years
Proof of claim - 90 days after elim

Initial Claim Decision:
Reason/Date of denial: 9/12/2019 - not TDAO
Type of Medical Review , Name, & Specialty: MLS - Lucien Parrillo - Occ Med peer

Level 1 Appeal:
Reason/Date of denial: 12/19/2019 not TDAO

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Type of Medical Review , Name, & Specialty: NDC

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number: Turney Williams - Pain Med - 423-392-6690
Last Date of Service: 11/20/2019
Restrictions and Limitations/Duration: ABF 10/24/13 - occasionally lift/carry 0-10lbs, sit lessthan 4 hours per day. Never climb, bend, kneel

AP Name/Specialty/Phone Number: Kevin Misischia - Fam Med - 423-230-2801
Last Date of Service: 7/29/20
Restrictions and Limitations/Duration: 3/17/20 letter. Clmt disabled since 2011 due to pain, neuropathy and sw elling in feet it is difficult and impossible to w ear shoes and socks. ABF 5/29/2019 - Never lift/carry over 10 lbs., climb, bend, kneel. Occasionally lift/carry 0-10 lbs., w alk. Sit/stand less than 1 hour, has difficulty w ith repetitive motions

AP Name/Specialty/Phone Number: Rebekah Austin - Neurosurgery - 423-431-2350
Last Date of Service: 9/23/20
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries: C5-6 ACDF 2008, dorsal column stimulator trial 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
"Medications make her sleepy, hydrocodone & tramadol, tried gabapentin
"Asking for reinstatement of benefits based on information submitted

Information Submitted w ith appeal and not previously review ed:
"SSA notice of decision dated 7/12/2012
"Abilities form from Dr. Turney Williams
"Letter from Dr. Kevin Misischia
"MRI results for cervical, thoracic and lumbar spine
"Reports from Dr. Rebekah Austin

PATH 1) spoke to clmt 2) sent EE ack letter, no ER letter over 24 mos 3) set up 30/45/90 day tasks 4) pending medical review

- JXBOOTH - Oct 19, 2020 03:08:53 pm

Peer NDC: Based on the additional information received and EE's multiple musculoskeletal conditions that the file w ould benefit from a Peer review w ith a PMR Physician.

Submitted PM&R peer - JXBOOTH - Oct 28, 2020 01:47:51 pm

Rcvd peer, sending for TSA - JXBOOTH - Nov 12, 2020 09:47:25 am

sent 30 day letter - JXBOOTH - Nov 16, 2020 09:57:18 am

sent clarifiction for sitting R&Ls and cancelled TSA - JXBOOTH - Nov 23, 2020 09:24:12 am

recevied peer clarification report - SXNOLAN - Dec 04, 2020 01:39:11 pm

submitted TSA - JXBOOTH - Dec 07, 2020 09:45:44 am

The Transferable Skills Analysis identified occupations that are w ithin Mr. Arnold Dixon physical abilities and w ithin his identified skill level. The follow ing are examples of occupations Mr. Arnold Dixon could perform: Customer-Compliant Clerk, Information Clerk, and Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other).The occupations meet his gainful amount of $2,537.50 in the national economy. - JXBOOTH - Dec 15, 2020 10:55:18 am

sent 21 day letter - JXBOOTH - Dec 15, 2020 11:46:51 am

Received letter from clmt regarding condition. - JXBOOTH - Jan 05, 2021 03:40:34 pm

10/20/2020 Referrals 20176: Management Review Completed JXBOOTH

1st or 2nd Level Appeal: Level 2
Date Appeal Received:10/15/2020
30th day11/15/2020
45th Day:11/29/2020
90th Day:01/13/2021

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group ID & active/termed:SARATOGATE

Claim Demographics
Current Age: 60
Situs State:TNState Language applicable (y/n)
State of Residence:TNState Language applicable (y/n)
Estimated Net benefit amount(s):$879.50
Date of Disability: 01/05/2012
EP: 180
Benefit Commencement Date: 01/15/2012
Benefit Paid/Approved To Date:09/12/2019
Change in Definition (COD) Date: 01/05/2014
Max Duration Date: 06/26/2025
Occupation / Location in AWD: service clerk
Physical Demand Level of Occ:sedentary
Primary Diagnosis: idiopathic peripheral neuropathy
Co-Morbid Diagnoses: cervicalgia, neck pain
ERISA or NON-ERISA: ERISA
Attorney: n/a
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:appealed

Pre Ex investigation required (y/n)no
AO investigation required (y/n)completed
SSDI Aw ard information needed/requested - if not - w hy - aw arded

Notes: Contractual Limits
Legal Action - 3 years
Proof of claim - 90 days after elim

Initial Claim Decision:
Reason/Date of denial: 9/12/2019 - not TDAO
Type of Medical Review , Name, & Specialty: MLS - Lucien Parrillo - Occ Med peer

Level 1 Appeal:
Reason/Date of denial: 12/19/2019 not TDAO
Type of Medical Review , Name, & Specialty: NDC

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number: Turney Williams - Pain Med - 423-392-6690
Last Date of Service: 11/20/2019
Restrictions and Limitations/Duration: ABF 10/24/13 - occasionally lift/carry 0-10lbs, sit lessthan 4 hours per day. Never climb, bend, kneel

AP Name/Specialty/Phone Number: Kevin Misischia - Fam Med - 423-230-2801
Last Date of Service: 7/29/20
Restrictions and Limitations/Duration: 3/17/20 letter. Clmt disabled since 2011 due to pain, neuropathy and sw elling in feet it is difficult and impossible to w ear shoes and socks. ABF 5/29/2019 - Never lift/carry over 10 lbs., climb, bend, kneel. Occasionally lift/carry 0-10 lbs., w alk. Sit/stand less than 1 hour, has difficulty w ith repetitive motions

AP Name/Specialty/Phone Number: Rebekah Austin - Neurosurgery - 423-431-2350
Last Date of Service: 9/23/20
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries: C5-6 ACDF 2008, dorsal column stimulator trial 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
"Medications make her sleepy, hydrocodone & tramadol, tried gabapentin
"Asking for reinstatement of benefits based on information submitted

Information Submitted w ith appeal and not previously review ed:
"SSA notice of decision dated 7/12/2012
"Abilities form from Dr. Turney Williams
"Letter from Dr. Kevin Misischia
"MRI results for cervical, thoracic and lumbar spine
"Reports from Dr. Rebekah Austin

Appeal Direction Recommendation: NDC Referral

Appeal Direction Tool - LTD
Appeals Examiners answ er here:Recommendations/Comments
Was the claim denied because the claimant: w as not disabled, had a pre-existing condition, reached the specified conditions limit, &/or w here medical judgement w as involved?YesERISA requires a review by a different healthcare professional at each level of review /appeal.

If claim denied as not disabled ow n occupation, are w e now w ithin 6 months of the change in the definition of disability (COD)?No

Did claimant undergo an IME as part of decision to deny benefits at claim level (or 1st level of appeal)?No

Indicate w hether ERISA or non-ERISA?ERISA

Is the claimant a resident of California? No

Is the claimant represented by an attorney?No

What type of medical review w as undertaken previously?Peer & NDC review s

Indicate the length of time (in months) from previous medical review to present?> 6 months

If there w as agreement previously, is there now a medical disagreement betw een NDC and treating provider?N/A

Does the claimant have both a physical and a behavioral health condition?No

Did the CE fail to address all limiting medical conditions in the previous denial?No

Did the claimant request that w e undertake our appeal review w ithout providing any new medical, vocational, or other documentation?No

Was the new medical information submitted on appeal significant? E.g. doctor's opinion not previously in file; relevant laboratory or diagnostic testing; recent evidence of functional ability; limiting condition w e w ere previously unaw are of.No

Are the claimants complaints primarily pain related?YesConsider PM&R/Pain review or exam if w e do not have such a review already in file.

Did the claimant submit a FCE or IME to us as part of their appeal?No

Are there possible side effects from the claimant's medication that needs to be addressed?No

Is the claimant being seen by specialists for multiple medical conditions affecting different body parts?No

Are there financial considerations (e.g. offset dispute), findings from a SIU investigation, or contractual issues other than disability that need to be addressed? No

Consider taking the follow ing action(s):NDC

- Management Review - JXBOOTH - Oct 20, 2020 03:45:46 pm

10/20/2020 3:47:17 PM Referrals 20176:Ongoing Claim Review Initial JXBOOTH

1st or 2nd Level Appeal: Level 2
Date Appeal Received:10/15/2020
30th day11/15/2020
45th Day:11/29/2020
90th Day:01/13/2021

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group ID & active/termed:SARATOGATE

Claim Demographics
Current Age: 60
Situs State:TNState Language applicable (y/n)
State of Residence:TNState Language applicable (y/n)
Estimated Net benefit amount(s):$879.50
Date of Disability: 01/05/2012
EP: 180
Benefit Commencement Date: 01/15/2012
Benefit Paid/Approved To Date:09/12/2019
Change in Definition (COD) Date: 01/05/2014
Max Duration Date: 06/26/2025
Occupation / Location in AWD: service clerk
Physical Demand Level of Occ:sedentary
Primary Diagnosis: idiopathic peripheral neuropathy
Co-Morbid Diagnoses: cervicalgia, neck pain
ERISA or NON-ERISA: ERISA
Attorney: n/a
Riders:n/a
STD claim status:1110329464 - closed

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

LW claim status:n/a
LTD claim status:appealed

Pre Ex investigation required (y/n)no
AO investigation required (y/n)completed
SSDI Aw ard information needed/requested - if not - w hy - aw arded

Notes: Contractual Limits
Legal Action - 3 years
Proof of claim - 90 days after elim

Initial Claim Decision:
Reason/Date of denial: 9/12/2019 - not TDAO
Type of Medical Review , Name, & Specialty: MLS - Lucien Parrillo - Occ Med peer

Level 1 Appeal:
Reason/Date of denial: 12/19/2019 not TDAO
Type of Medical Review , Name, & Specialty: NDC

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number: Turney Williams - Pain Med - 423-392-6690
Last Date of Service: 11/20/2019
Restrictions and Limitations/Duration: ABF 10/24/13 - occasionally lift/carry 0-10lbs, sit lessthan 4 hours per day. Never climb, bend, kneel

AP Name/Specialty/Phone Number: Kevin Misischia - Fam Med - 423-230-2801
Last Date of Service: 7/29/20
Restrictions and Limitations/Duration: 3/17/20 letter. Clmt disabled since 2011 due to pain, neuropathy and sw elling in feet it is difficult and impossible to w ear shoes and socks. ABF 5/29/2019 - Never lift/carry over 10 lbs., climb, bend, kneel. Occasionally lift/carry 0-10 lbs., w alk. Sit/stand less than 1 hour, has difficulty w ith repetitive motions

AP Name/Specialty/Phone Number: Rebekah Austin - Neurosurgery - 423-431-2350
Last Date of Service: 9/23/20
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries: C5-6 ACDF 2008, dorsal column stimulator trial 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
"Medications make her sleepy, hydrocodone & tramadol, tried gabapentin
"Asking for reinstatement of benefits based on information submitted

Information Submitted w ith appeal and not previously review ed:
"SSA notice of decision dated 7/12/2012
"Abilities form from Dr. Turney Williams
"Letter from Dr. Kevin Misischia
"MRI results for cervical, thoracic and lumbar spine
"Reports from Dr. Rebekah Austin

Based on review of the medical information, are there any impairments that w ould w arrant restrictions and/or limitations to preclude occupational functioning? If yes, please outline and provide your clinical rationale. - JXBOOTH - Oct 20, 2020 03:48:21 pm
Triaged to BIKMU7 - DWKEE - Oct 27, 2020 04:03:52 pm

# Chronological Activity List

Date:October 28, 2020

Subject:Nursing Memorandum

Employee Name: Arnold Dixon
Claim Number: 1120006734
DOD: 7/9/11
2nd Level LTD Appeal

Clinical Assessment: This file has been review ed in its entirety on appeal. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review .

EE initially ceased w orking due to pain in fingertips, feet, and low back. EE w ith a history of cervical fusion in 2008 for neck pain and pain/numbness in upper extremities (UE). 3/2011 EMG show ed findings suggestive of early peripheral neuropathy. Dr. MacDonald (Neuro) noted in 2/2014 OV note that small fiber neuropathy (damage to peripheral nerves in hands/feet) w as confirmed by skin biopsy.
5/2014 MRI neck show ed large left osteophyte at C3-4 causing severe left foraminal stenosis. C4-5 right lateral disc protrusion/osteophyte causing moderately severe right foraminal stenosis and probable right C5 nerve root compression. C6-7 right lateral disc protrusion/osteophyte complex compromising the right foramen likely compressing C6 nerve root.

7/8/14 EMG show ed acute lesion of C6, C7, and C8 nerve roots on right. Evidence of chronic C5, C6 findings bilaterally.

10/13/14 EE w as seen by Dr. Fullagar (Spine) for neck pain and radiculopathy (nerve irritation/damage) and plan w as for EE to continue home exercises and EE w as not interested in additional procedures.

There is a gap in records from 10/2019-2/2019 w hen EE w as seen by Dr. Misischia (FM) in follow up. Detailed musculoskeletal exam w as not provided.

Claim review ed on 8/21/19 by ICP, Dr. Parrillo (IM/Occ Med/Sports Med), w ho opined restrictions w ould be supported based on EE's diagnoses of peripheral neuropathy, cervical post laminectomy syndrome and lumbar degenerative disc disease. Restrictions included: unlimited sitting, standing/w alking for 15 minutes at a time up to 2 hours a day. Lifting/carrying/pushing/ pulling limited to 10lbs occasionally and 5lbs frequently. Climbing of stairs, bending, tw isting, crouching, kneeling, stooping, and craw ling can be performed occasionally. Working from heights, including ladders and scaffolds, should be totally restricted. Use of the upper extremities for overhead w ork can be performed on an occasional basis, w hile use of the upper extremities for w ork at chest level and below being unrestricted. Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted. Please see complete report for full clinical details.
10/31/19 repeat skin biopsy confirmed peripheral neuropathy

11/20/19 OV w ith Dr. Williams (Pain Mgmt) for chronic low back pain. Exam noted gait w as forw ard flexed. Exam noted mild restriction in neck ROM. Normal strength in arms and legs. Normal coordination. Decreased sensation noted in calf, ankle and foot of both legs. EE not considered a surgical candidate and spinal cord stimulator w as discussed. Noted EE is unable to sit erect or sit at all for prolonged period of time due to pain. EE unable to w ear socks or most laced shoes due to neuropathy.

Received w ith appeal w as 10/24/13 AF from Dr. Williams notes occasional lift/carry 0-10lbs, sit less than 4 hours a day, no climbing, bending, kneeling. Can't kneel, squat, considered unemployable.

3/17/20 letter from Dr. Misischia (FM) provides overview of EE's reported symptoms and functional limitations. AP notes EE has been compliant w ith recommendations and agrees that EE is unable to continue gainful employment.

7/29/20 MRI neck show ed moderate central spinal narrow ing at C3-4 w ith moderate narrow ing of right neural foramina and severe narrow ing on left. C4-5 w ith moderate narrow ing of central spinal canal and moderate narrow ing of both exiting neural foramina. Mild central spinal narrow ing at C5-6 and minima narrow ing of right neural foramina. C6-7 w ith mild central spinal canal narrow ing and severe narrow ing of right exiting neural foramina and moderate narrow ing of left exiting neural foramina.

7/29/20 MRI thoracic spine show ed scattered mild degenerative changes.

7/29/20 MRI lumbar spine noted multiple small broad-based disc bulges at multiple levels causing mild central spinal

stenosis. And Mild to moderate narrow ing of right neural foramina at L3-4 and L5-S1.

9/23/20 OV w ith Dr. Austin (Neuro sx) for persistent low back pain radiating to right leg and neck pain w ith bilateral upper extremity radiculopathy. EE reported primary complaint w as low back pain. ESI (epidural steroid injection) planned for 10/29/20. Had trial of spinal cord stimulator in 2014 w ithout significant relief. Exam noted EE appeared somew hat uncomfortable and frequently shifts seated position to gain position of comfort. Strength w as 5/5 throughout. ROM of neck w as limited, moderate spasm noted in low back, negative straight leg raise. Sensation w as decreased in both ankles. Reflexes w ere decreased in triceps and Achilles. Gait w as somew hat antalgic. Discussed ongoing conservative treatment versus a new spinal cord stimulator. Repeat low er extremity nerve testing w as ordered.

Received w ith appeal w ere repeat imaging of EE's entire spine. MRI's of neck suggest progression of EE's degenerative disc disease as imaging now show s evidence of spinal stenosis. EE is documented as appearing uncomfortable on exam w ith frequent shifts in position. Based on the additional information received and EE's multiple musculoskeletal conditions that the file w ould benefit from a Peer review w ith a PMR Physician.

Billiejo M., RN
Nurse Disability Consultant,
Lincoln Financial Group - BIKMU7 - Oct 28, 2020 08:13:12 am

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2020 | Documents/Mail | 97 | Email | Completed | JXBOOTH |
| | 2020-10-20-13.31.45.421220O01 | | | | |
| 10/28/2020 | Referrals | 20176: | Ongoing Claim Review | Completed | JXBOOTH |

1st or 2nd Level Appeal: Level 2
Date Appeal Received:10/15/2020
30th day11/15/2020
45th Day:11/29/2020
90th Day:01/13/2021

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group ID & active/termed:SARATOGATE

Claim Demographics
Current Age: 60
Situs State:TNState Language applicable (y/n)
State of Residence:TNState Language applicable (y/n)
Estimated Net benefit amount(s):$879.50
Date of Disability: 01/05/2012
EP: 180
Benefit Commencement Date: 01/15/2012
Benefit Paid/Approved To Date:09/12/2019
Change in Definition (COD) Date: 01/05/2014
Max Duration Date: 06/26/2025
Occupation / Location in AWD: service clerk
Physical Demand Level of Occ:sedentary
Primary Diagnosis: idiopathic peripheral neuropathy
Co-Morbid Diagnoses: cervicalgia, neck pain
ERISA or NON-ERISA: ERISA
Attorney: n/a
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:appealed

Pre Ex investigation required (y/n)no
AO investigation required (y/n)completed
SSDI Aw ard information needed/requested - if not - w hy - aw arded

Notes: Contractual Limits
Legal Action - 3 years

Proof of claim - 90 days after elim

Initial Claim Decision:
Reason/Date of denial: 9/12/2019 - not TDAO
Type of Medical Review , Name, & Specialty: MLS - Lucien Parrillo - Occ Med peer

Level 1 Appeal:
Reason/Date of denial: 12/19/2019 not TDAO
Type of Medical Review , Name, & Specialty: NDC

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number: Turney Williams - Pain Med - 423-392-6690
Last Date of Service: 11/20/2019
Restrictions and Limitations/Duration: ABF 10/24/13 - occasionally lift/carry 0-10lbs, sit lessthan 4 hours per day. Never climb, bend, kneel

AP Name/Specialty/Phone Number: Kevin Misischia - Fam Med - 423-230-2801
Last Date of Service: 7/29/20
Restrictions and Limitations/Duration: 3/17/20 letter. Clmt disabled since 2011 due to pain, neuropathy and sw elling in feet it is difficult and impossible to w ear shoes and socks. ABF 5/29/2019 - Never lift/carry over 10 lbs., climb, bend, kneel. Occasionally lift/carry 0-10 lbs., w alk. Sit/stand less than 1 hour, has difficulty w ith repetitive motions

AP Name/Specialty/Phone Number: Rebekah Austin - Neurosurgery - 423-431-2350
Last Date of Service: 9/23/20
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries: C5-6 ACDF 2008, dorsal column stimulator trial 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
"Medications make her sleepy, hydrocodone & tramadol, tried gabapentin
"Asking for reinstatement of benefits based on information submitted

Information Submitted w ith appeal and not previously review ed:
"SSA notice of decision dated 7/12/2012
"Abilities form from Dr. Turney Williams
"Letter from Dr. Kevin Misischia
"MRI results for cervical, thoracic and lumbar spine
"Reports from Dr. Rebekah Austin

Based on review of the medical information, are there any impairments that w ould w arrant restrictions and/or limitations to preclude occupational functioning? If yes, please outline and provide your clinical rationale. - JXBOOTH - Oct 20, 2020 03:48:21 pm
Triaged to BIKMU7 - DWKEE - Oct 27, 2020 04:03:52 pm
Date:October 28, 2020

Subject:Nursing Memorandum

Employee Name: Arnold Dixon
Claim Number: 1120006734
DOD: 7/9/11
2nd Level LTD Appeal

Clinical Assessment: This file has been reviewed in its entirety on appeal. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

EE initially ceased working due to pain in fingertips, feet, and low back. EE with a history of cervical fusion in 2008 for neck pain and pain/numbness in upper extremities (UE). 3/2011 EMG showed findings suggestive of early peripheral neuropathy. Dr. MacDonald (Neuro) noted in 2/2014 OV note that small fiber neuropathy (damage to peripheral nerves in hands/feet) was confirmed by skin biopsy.
5/2014 MRI neck showed large left osteophyte at C3-4 causing severe left foraminal stenosis. C4-5 right lateral disc protrusion/osteophyte causing moderately severe right foraminal stenosis and probable right C5 nerve root compression. C6-7 right lateral disc protrusion/osteophyte complex compromising the right foramen likely compressing C6 nerve root.

7/8/14 EMG showed acute lesion of C6, C7, and C8 nerve roots on right. Evidence of chronic C5, C6 findings bilaterally.

10/13/14 EE was seen by Dr. Fullagar (Spine) for neck pain and radiculopathy (nerve irritation/damage) and plan was for EE to continue home exercises and EE was not interested in additional procedures.

There is a gap in records from 10/2019-2/2019 when EE was seen by Dr. Misischia (FM) in follow up. Detailed musculoskeletal exam was not provided.

Claim reviewed on 8/21/19 by ICP, Dr. Parrillo (IM/Occ Med/Sports Med), who opined restrictions would be supported based on EE's diagnoses of peripheral neuropathy, cervical post laminectomy syndrome and lumbar degenerative disc disease. Restrictions included: unlimited sitting, standing/walking for 15 minutes at a time up to 2 hours a day. Lifting/carrying/pushing/ pulling limited to 10lbs occasionally and 5lbs frequently. Climbing of stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally. Working from heights, including ladders and scaffolds, should be totally restricted. Use of the upper extremities for overhead work can be performed on an occasional basis, while use of the upper extremities for work at chest level and below being unrestricted. Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted. Please see complete report for full clinical details.
10/31/19 repeat skin biopsy confirmed peripheral neuropathy

11/20/19 OV with Dr. Williams (Pain Mgmt) for chronic low back pain. Exam noted gait was forward flexed. Exam noted mild restriction in neck ROM. Normal strength in arms and legs. Normal coordination. Decreased sensation noted in calf, ankle and foot of both legs. EE not considered a surgical candidate and spinal cord stimulator was discussed. Noted EE is unable to sit erect or sit at all for prolonged period of time due to pain. EE unable to wear socks or most laced shoes due to neuropathy.

Received with appeal was 10/24/13 AF from Dr. Williams notes occasional lift/carry 0-10lbs, sit less than 4 hours a day, no climbing, bending, kneeling. Can't kneel, squat, considered unemployable.

3/17/20 letter from Dr. Misischia (FM) provides overview of EE's reported symptoms and functional limitations. AP notes EE has been compliant with recommendations and agrees that EE is unable to continue gainful employment.

7/29/20 MRI neck showed moderate central spinal narrowing at C3-4 with moderate narrowing of right neural foramina and severe narrowing on left. C4-5 with moderate narrowing of central spinal canal and moderate narrowing of both exiting neural foramina. Mild central spinal narrowing at C5-6 and minima narrowing of right neural foramina. C6-7 with mild central spinal canal narrowing and severe narrowing of right exiting neural foramina and moderate narrowing of left exiting neural foramina.

7/29/20 MRI thoracic spine showed scattered mild degenerative changes.

7/29/20 MRI lumbar spine noted multiple small broad-based disc bulges at multiple levels causing mild central spinal stenosis. And Mild to moderate narrowing of right neural foramina at L3-4 and L5-S1.

9/23/20 OV with Dr. Austin (Neuro sx) for persistent low back pain radiating to right leg and neck pain with bilateral upper extremity radiculopathy. EE reported primary complaint was low back pain. ESI (epidural steroid injection) planned for 10/29/20. Had trial of spinal cord stimulator in 2014 without significant relief. Exam noted EE appeared somewhat uncomfortable and frequently shifts seated position to gain position of comfort. Strength was 5/5 throughout. ROM of neck was limited, moderate spasm noted in low back, negative straight leg raise. Sensation was decreased in both ankles. Reflexes were decreased in triceps and Achilles. Gait was somewhat antalgic. Discussed ongoing conservative treatment versus a new spinal cord stimulator. Repeat lower extremity nerve

testing w as ordered.

Received w ith appeal w ere repeat imaging of EE's entire spine. MRI's of neck suggest progression of EE's degenerative disc disease as imaging now show s evidence of spinal stenosis. EE is documented as appearing uncomfortable on exam w ith frequent shifts in position. Based on the additional information received and EE's multiple musculoskeletal conditions that the file w ould benefit from a Peer review w ith a PMR Physician.

Billiejo M., RN
Nurse Disability Consultant,
Lincoln Financial Group - BIKMU7 - Oct 28, 2020 08:13:12 am

10/28/2020 1:47:58 PM Referrals 20176: External Review Initial JXBOOTH

Referral Date: 10/28/2020
Submitter's Name (First/Last): Jeff Booth
Phone Number: 402-361-2665
Email Address: jeff.booth@lfg.com

Is this referral COVID related? (Yes or No) no

Referral Type (Addendum, Appeal, Standard File Review , Clarification include if Peer or IME): Appeal
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional) (Language Request - Spanish or French, War Exclusion):
Claimant Name (First/Last): Arnold Dixon
Claim Number: 1120006734
"Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: EST
Customer/Group Name: Saratoga Technologies, Inc
Job Title: Service Clerk
Product Type 2nd LTD

Diagnosis (ICD 10 code not required, only a brief description): idiopathic peripheral neuropathy, cervicalgia, neck pain
Date of Disability: 07/09/2011
Last Day Worked: 07/08/2011
Benefit Begin Date: 01/05/2012
Specialty Requested: PM&R peer review

Name and Specialty of prior external vendor review ers/ examiners: MLS - Lucien Parrillo - Occ Med peer

Treating Provider(s) Name(s): Kevin Misischia - Fam Med - 423-230-2801
Providers Phone Number(s): Rebekah Austin - Neurosurgery - 423-431-2350
Providers Fax Number(s):

Attorney Involvement: Yes or No: no
Attorney Contact Information (If applicable):

Core Questions: (delete any questions that you do not need)

1.Please provide a review of the medical findings. Please state your findings upon review of the medical information.
2.Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forw ard.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to w hich the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at w ith specific from and to dates.
3.Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent w ith the medical findings? Please explain.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

*Note: You may use or not use any of the above referral questions, and/or use the follow ing blank fields to w rite your ow n referral questions as you see fit. Please note each field is limited to 2000 characters.

Other Questions:
1.
2.
3.
4. - JXBOOTH - Oct 28, 2020 01:48:25 pm
Case submitted to CRT case #49809 for a peer review w ith a PM&R physician. - DEFMI3 - Oct 29, 2020 11:55:37 am
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - ADYOUNG - Nov 12, 2020 06:25:34 am
CRT / ICP is unable to process - asked that w e Vend this out- File w as submitted to ECN #161106 for peer review w ith a PM&R physician - DEFMI3 - Oct 29, 2020 03:29:34 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/12/2020 | Documents/Mail | 98 | Email | Completed | JXBOOTH |

2020-11-12-07.25.37.571480O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/12/2020 | Documents/Mail | 99 | Medical Records | Completed | JXBOOTH |

2020-11-12-07.25.37.638480O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/12/2020 | Referrals | 20176: | External Review | Completed | JXBOOTH |

Referral Date: 10/28/2020
Submitter's Name (First/Last): Jeff Booth
Phone Number: 402-361-2665
Email Address: jeff.booth@lfg.com

Is this referral COVID related? (Yes or No) no

Referral Type (Addendum, Appeal, Standard File Review , Clarification include if Peer or IME): Appeal
If Addendum, Select Physician:
"Attach relevant medical records (PDF) that need processing
Other Considerations (optional) (Language Request - Spanish or French, War Exclusion):
Claimant Name (First/Last): Arnold Dixon
Claim Number: 1120006734
"Include any additional claim #'s involved:
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: EST
Customer/Group Name: Saratoga Technologies, Inc
Job Title: Service Clerk
Product Type 2nd LTD

Diagnosis (ICD 10 code not required, only a brief description): idiopathic peripheral neuropathy, cervicalgia, neck pain
Date of Disability: 07/09/2011
Last Day Worked: 07/08/2011
Benefit Begin Date: 01/05/2012
Specialty Requested: PM&R peer review

Name and Specialty of prior external vendor review ers/ examiners: MLS - Lucien Parrillo - Occ Med peer

Treating Provider(s) Name(s): Kevin Misischia - Fam Med - 423-230-2801
Providers Phone Number(s): Rebekah Austin - Neurosurgery - 423-431-2350
Providers Fax Number(s):

Attorney Involvement: Yes or No: no
Attorney Contact Information (If applicable):

Core Questions: (delete any questions that you do not need)

1.Please provide a review of the medical findings. Please state your findings upon review of the medical information.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

2.Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forw ard.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to w hich the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at w ith specific from and to dates.
3.Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent w ith the medical findings? Please explain.

*Note: You may use or not use any of the above referral questions, and/or use the follow ing blank fields to w rite your ow n referral questions as you see fit. Please note each field is limited to 2000 characters.

Other Questions:
1.
2.
3.
4. - JXBOOTH - Oct 28, 2020 01:48:25 pm
Case submitted to CRT case #49809 for a peer review w ith a PM&R physician. - DEFMI3 - Oct 29, 2020 11:55:37 am
CRT / ICP is unable to process - asked that w e Vend this out- File w as submitted to ECN #161106 for peer review w ith a PM&R physician - DEFMI3 - Oct 29, 2020 03:29:34 pm
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - ADYOUNG - Nov 12, 2020 06:25:34 am

| 11/12/2020 9:51:02 AM | Referrals | 20176 | TSA | Initial | BRSTH6 |
|---|---|---|---|---|---|

Vocational Referral Template-Consultation, OA, TSA, and RTW
Please indicate n/a w hen a section does not apply
Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group Situs State: TN
Claimant Original Resident State: TN
Gainful defined in policy(y/n): no
Wages to Use for TSA/Gainful Amount: $2537.50
Dominant hand (needed only if upper extremity might be limited) n/a
Does policy specify that local or geographic location must be used (y/n) n
Authorization to discuss w ork capacity/R&Ls w ith Employer on file? (if yes, date and location in AWD): n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review . Include type (APS, AF, Clinical Review , Peer Review ), date and location of document, e.g. APS in AWD dated 5/1/15): Peer review located in AWD dated 11/12/2020

Vocational Information:
Job Title from ER: Services Coordinator
Previous OA/TSA/TSR/Voc Rehab review completed? OA 11/5/16 TSA 11/14/13, voc consult 8/29/19
Job Description on file? in AWD dated 8/26/19
Job Analysis on file? n/a
Work History and Educational Information (w here applicable and if yes date and location, e.g. EBF in AWD 10/31/15): Rehab Survey in AWD dated 8/6/2012

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions: Pleae complete TSA based on R&L's noted in peer located in AWD dated 11/12/2020

- JXBOOTH - Nov 12, 2020 09:51:21 am
cancelling TSA, need clarification from peer review er regarding sitting R&L's. - JXBOOTH - Nov 23, 2020 09:13:15 am

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/16/2020 | Documents/Mail | 100 | Appeal Dis EE Ackappeal | Completed | JXBOOTH |

Appeal Dis EE Ackappeal

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/18/2020 | Documents/Mail | 101 | Email | Completed | JXBOOTH |

2020-11-17-12.42.38.275620O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/23/2020 | Referrals | 20176‹ | TSA | Completed | BRSTH6 |

Vocational Referral Template-Consultation, OA, TSA, and RTW
Please indicate n/a w hen a section does not apply
Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group Situs State: TN
Claimant Original Resident State: TN
Gainful defined in policy(y/n): no
Wages to Use for TSA/Gainful Amount: $2537.50
Dominant hand (needed only if upper extremity might be limited) n/a
Does policy specify that local or geographic location must be used (y/n) n
Authorization to discuss w ork capacity/R&Ls w ith Employer on file? (if yes, date and location in AWD): n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review . Include type (APS, AF, Clinical Review , Peer Review ), date and location of document, e.g. APS in AWD dated 5/1/15): Peer review located in AWD dated 11/12/2020

Vocational Information:
Job Title from ER: Services Coordinator
Previous OA/TSA/TSR/Voc Rehab review completed? OA 11/5/16 TSA 11/14/13, voc consult 8/29/19
Job Description on file? in AWD dated 8/26/19
Job Analysis on file? n/a
Work History and Educational Information (w here applicable and if yes date and location, e.g. EBF in AWD 10/31/15): Rehab Survey in AWD dated 8/6/2012

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions: Pleae complete TSA based on R&L's noted in peer located in AWD dated 11/12/2020

- JXBOOTH - Nov 12, 2020 09:51:21 am
cancelling TSA, need clarification from peer review er regarding sitting R&L's. - JXBOOTH - Nov 23, 2020 09:13:15 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/23/2020 9:24:18 AM | Referrals | 20176‹ | External Review | Initial | JXBOOTH |

Referral Date: 11/23/2020
Clinician/ Appeals Examiner: Jeff Booth
Phone Number: 402-361-2665
Email Address: jeff.booth@lfg.com

Is this referral COVID related? (Yes or No) no

Referral Type: Clarification
Select / Previous Physician: ECN Solomon Rojhani
Specialty of Prior Review er / Examiner: PM&R
Claimant Name: Arnold Dixon
Date of Birth:
Claimant Time Zone: EST
Customer/Group Name: Saratoga Technologies, Inc
Is Linked Provider in S1.NXT? No

Claim Number: 1120006734
2nd Appeal LTD

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Diagnosis: idiopathic peripheral neuropathy
Date of Disability: 07/09/2011
Benefit Begin Date: 01/05/2012
Job Title: Service Clerk
Last Day Worked: 07/08/2011

Other (Free Form Box)

Thank you for your report regarding the LTD claim for Arnold Dixon. After reviewing your report, we are requesting a clarification due to conflicting R&L's for sitting noted in the report. In section 2 the report notes the claimant can sit constantly up to 90 minutes at a time, in section 2b the report notes the claimant can sit constantly up to 20 minutes at a time. Which time frame for sitting is the correct one, up to 90 minutes or 20 minutes at a time?

2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forward.
Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day

2b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.
The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day. - JXBOOTH - Nov 23, 2020 09:24:58 am
Case submitted to ECN conf #163250 for a Clarification for Dr Rojhani ( PM&R ) - DEFMI3 - Nov 24, 2020 09:27:00 am
Clarification report received back from ECN - sent to LFGAppeals to be uploaded into AWD - DEFMI3 - Dec 02, 2020 10:29:54 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/3/2020 10:08:22 AM | Documents/Mail | 102 | Email | Received | JXBOOTH |
| | 2020-12-02-11.28.42.908580O01 | | | | |
| 12/3/2020 10:08:24 AM | Documents/Mail | 103 | Medical Records | Received | JXBOOTH |
| | 2020-12-02-11.28.42.934580O01 | | | | |
| 12/4/2020 | Documents/Mail | 103 | Medical Records | Completed | JXBOOTH |
| | 2020-12-02-11.28.42.934580O01 | | | | |
| 12/4/2020 | Documents/Mail | 102 | Email | Completed | JXBOOTH |
| | 2020-12-02-11.28.42.908580O01 | | | | |
| 12/4/2020 | Referrals | 20176‹ | External Review | Completed | JXBOOTH |

Referral Date: 11/23/2020
Clinician/ Appeals Examiner: Jeff Booth
Phone Number: 402-361-2665
Email Address: jeff.booth@lfg.com

Is this referral COVID related? (Yes or No) no

Referral Type: Clarification
Select / Previous Physician: ECN Solomon Rojhani
Specialty of Prior Reviewer / Examiner: PM&R
Claimant Name: Arnold Dixon
Date of Birth:
Claimant Time Zone: EST
Customer/Group Name: Saratoga Technologies, Inc
Is Linked Provider in S1.NXT? No

Claim Number: 1120006734
2nd Appeal LTD
Diagnosis: idiopathic peripheral neuropathy
Date of Disability: 07/09/2011
Benefit Begin Date: 01/05/2012
Job Title: Service Clerk

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Last Day Worked: 07/08/2011

Other (Free Form Box)

Thank you for your report regarding the LTD claim for Arnold Dixon. After reviewing your report, we are requesting a clarification due to conflicting R&L's for sitting noted in the report. In section 2 the report notes the claimant can sit constantly up to 90 minutes at a time, in section 2b the report notes the claimant can sit constantly up to 20 minutes at a time. Which time frame for sitting is the correct one, up to 90 minutes or 20 minutes at a time?

2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forward.
Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day

2b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.
The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day. - JXBOOTH - Nov 23, 2020 09:24:58 am
Case submitted to ECN conf #163250 for a Clarification for Dr Rojhani ( PM&R ) - DEFMI3 - Nov 24, 2020 09:27:00 am
Clarification report received back from ECN - sent to LFGAppeals to be uploaded into AWD - DEFMI3 - Dec 02, 2020 10:29:54 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/7/2020 9:46:00 AM | Referrals | 20176 | TSA | Initial | JXBOOTH |

Vocational Referral Template-Consultation, OA, TSA, and RTW
Please indicate n/a when a section does not apply
Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group Situs State: TN
Claimant Original Resident State: TN
Gainful defined in policy(y/n): no
Wages to Use for TSA/Gainful Amount: $2537.50
Dominant hand (needed only if upper extremity might be limited) n/a
Does policy specify that local or geographic location must be used (y/n) n
Authorization to discuss work capacity/R&Ls with Employer on file? (if yes, date and location in AWD): n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review. Include type (APS, AF, Clinical Review, Peer Review), date and location of document, e.g. APS in AWD dated 5/1/15): Peer review located in AWD dated 12/2/2020

Vocational Information:
Job Title from ER: Services Coordinator
Previous OA/TSA/TSR/Voc Rehab review completed? OA 11/5/16 TSA 11/14/13, voc consult 8/29/19
Job Description on file? in AWD dated 8/26/19
Job Analysis on file? n/a
Work History and Educational Information (where applicable and if yes date and location, e.g. EBF in AWD 10/31/15): Rehab Survey in AWD dated 8/6/2012

Specific Question(s) for Reviewer
Provide CE input and synopsis about nature of referral. Provide your specific questions: Pleae complete TSA based on R&L's noted in peer located in AWD dated 12/2/2020.

- JXBOOTH - Dec 07, 2020 09:46:26 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Vocational Response-

The Transferable Skills Analysis identified occupations that are w ithin Mr. Arnold Dixon physical abilities and w ithin his identified skill level. The follow ing are examples of occupations Mr. Arnold Dixon could perform: Customer-Compliant Clerk, Information Clerk, and Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other).The occupations meet his gainful amount of $2,537.50 in the national economy.

I have not met w ith Mr. Arnold Dixon for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted.

Brandy Thomas, MA, CRC
Vocational Rehabilitation Consultant - BRSTH6 - Dec 10, 2020 06:03:21 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/8/2020 | Documents/Mail | 105 | Email | Completed | JXBOOTH |

2020-12-07-14.37.16.452640O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/8/2020 | Documents/Mail | 104 | Email | Completed | JXBOOTH |

2020-12-07-10.49.33.882640O01

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2020 | Telephone (OUT) | 126 | ARNOLD DIXON | Completed | JXBOOTH |

spoke to clmt about 21 day letter - JXBOOTH - Dec 15, 2020 11:50:24 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2020 | Documents/Mail | 106 | Appeal Dis EE 21 Day Letter | Completed | JXBOOTH |

Appeal Dis EE 21 Day Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2020 | Referrals | 20176 | TSA | Completed | JXBOOTH |

Vocational Referral Template-Consultation, OA, TSA, and RTW
Please indicate n/a w hen a section does not apply
Demographics
Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group Situs State: TN
Claimant Original Resident State: TN
Gainful defined in policy(y/n): no
Wages to Use for TSA/Gainful Amount: $2537.50
Dominant hand (needed only if upper extremity might be limited) n/a
Does policy specify that local or geographic location must be used (y/n) n
Authorization to discuss w ork capacity/R&Ls w ith Employer on file? (if yes, date and location in AWD): n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review . Include type (APS, AF, Clinical Review , Peer Review ), date and location of document, e.g. APS in AWD dated 5/1/15): Peer review located in AWD dated 12/2/2020

Vocational Information:
Job Title from ER: Services Coordinator
Previous OA/TSA/TSR/Voc Rehab review completed? OA 11/5/16 TSA 11/14/13, voc consult 8/29/19
Job Description on file? in AWD dated 8/26/19
Job Analysis on file? n/a
Work History and Educational Information (w here applicable and if yes date and location, e.g. EBF in AWD 10/31/15): Rehab Survey in AWD dated 8/6/2012

Specific Question(s) for Review er
Provide CE input and synopsis about nature of referral. Provide your specific questions: Pleae complete TSA based on R&L's noted in peer located in AWD dated 12/2/2020.

- JXBOOTH - Dec 07, 2020 09:46:26 am

Vocational Response-

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | The Transferable Skills Analysis identified occupations that are w ithin Mr. Arnold Dixon physical abilities and w ithin his identified skill level. The follow ing are examples of occupations Mr. Arnold Dixon could perform: Customer-Compliant Clerk, Information Clerk, and Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other).The occupations meet his gainful amount of $2,537.50 in the national economy.<br><br>I have not met w ith Mr. Arnold Dixon for the purpose of this review . All opinions are based on review of vocational information, medical records and resources noted.<br><br>Brandy Thomas, MA, CRC<br>Vocational Rehabilitation Consultant - BRSTH6 - Dec 10, 2020 06:03:21 pm | | | | |
| 12/15/2020 10:59:05 AM | Claim Tasks | 50 | Appeal - 21 Day Letter | Requested | JXBOOTH |
| 12/16/2020 | Documents/Mail | 108 | Incoming Correspondence | Completed | JXBOOTH |
| | 2020-12-10-19.04.29.483640O01 | | | | |
| 12/16/2020 | Documents/Mail | 109 | Email | Completed | JXBOOTH |
| | 2020-12-15-12.51.10.139700O01 | | | | |
| 12/16/2020 | Documents/Mail | 113 | Incoming Correspondence | Completed | JXBOOTH |
| | 2020-12-15-12.51.10.333700O01 | | | | |
| 12/16/2020 | Documents/Mail | 107 | Email | Completed | JXBOOTH |
| | 2020-12-10-19.04.29.425640O01 | | | | |
| 12/16/2020 | Documents/Mail | 110 | Medical Records | Completed | JXBOOTH |
| | 2020-12-15-12.51.10.206700O01 | | | | |
| 12/16/2020 | Documents/Mail | 111 | Medical Records | Completed | JXBOOTH |
| | 2020-12-15-12.51.10.232700O01 | | | | |
| 12/16/2020 | Documents/Mail | 112 | Medical Records | Completed | JXBOOTH |
| | 2020-12-15-12.51.10.304700O01 | | | | |
| 12/24/2020 | Documents/Mail | 114 | Email | Completed | JXBOOTH |
| | 2020-12-23-09.07.40.352880O01 | | | | |
| 1/5/2021 | Telephone (IN) | 127 | ARNOLD DIXON | Completed | JXBOOTH |
| | Rcvd vmail from a Lauralyn??? at AP's office, returned call, office closed. - JXBOOTH - Jan 05, 2021 03:42:15 pm | | | | |
| 1/5/2021 | Documents/Mail | 115 | Email | Completed | JXBOOTH |
| | 2021-01-04-16.56.26.187900O01 | | | | |
| 1/5/2021 | Documents/Mail | 117 | Incoming Correspondence | Completed | JXBOOTH |
| | 2021-01-04-16.52.35.361900O01 | | | | |
| 1/5/2021 | Documents/Mail | 116 | Email | Completed | JXBOOTH |
| | 2021-01-04-16.52.35.338900O01 | | | | |
| 1/6/2021 | Documents/Mail | 118 | Email | Completed | JXBOOTH |
| | 2021-01-05-14.56.46.964900O01 | | | | |
| 1/6/2021 | Documents/Mail | 119 | Email | Completed | JXBOOTH |
| | 2021-01-05-14.56.47.441880O01 | | | | |
| 1/6/2021 | Documents/Mail | 120 | Email | Completed | JXBOOTH |
| | 2021-01-05-16.39.44.170880O01 | | | | |
| 1/8/2021 | Telephone (OUT) | 128 | ARNOLD DIXON | Completed | JXBOOTH |
| | Called clmt about decision, it doesn't make sense to him. He w ill likely proceed litigation - JXBOOTH - Jan 08, 2021 12:45:48 pm | | | | |
| 1/8/2021 | Claim Tasks | 48 | Appeal - 45 Day Reminder | Completed | JXBOOTH |
| | 30/45 day - JXBOOTH - Oct 19, 2020 01:17:32 pm<br>sent 30 day letter - JXBOOTH - Nov 16, 2020 09:57:33 am<br>21 day letter sebnt 12/15 - JXBOOTH - Dec 16, 2020 08:11:38 am | | | | |
| 1/8/2021 | Claim Tasks | 49 | Appeal 90 Day Extension | Completed | JXBOOTH |
| 1/8/2021 | Claim Tasks | 50 | Appeal - 21 Day Letter | Completed | JXBOOTH |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/8/2021 | Documents/Mail | 121 | Appeal Any Occ Level 2 Uphold EE | Completed | JXBOOTH |
| | Appeal Any Occ Level 2 Uphold EEAttachments:Translation services | | | | |
| 1/8/2021 | Appeal | 3 | Level 2 | Closed | JXBOOTH |
| 1/8/2021 | Summary/Assessment/P | 9h | Level 2 Appeal - Pending Rationale - JXBOOTH - Oct 19, 2020 | Completed | JXBOOTH |

Summary Notes
Level 2 Appeal - Pending Rationale - JXBOOTH - Oct 19, 2020 03:08:53 pm
Assessment Notes

Path Notes

1st or 2nd Level Appeal: Level 2
Date Appeal Received:10/15/2020
30th day11/15/2020
45th Day:11/29/2020
90th Day:01/13/2021

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Group ID & active/termed:SARATOGATE

Claim Demographics
Current Age: 60
Situs State:TNState Language applicable (y/n)
State of Residence:TNState Language applicable (y/n)
Estimated Net benefit amount(s):$879.50
Date of Disability: 01/05/2012
EP: 180
Benefit Commencement Date: 01/15/2012
Benefit Paid/Approved To Date:09/12/2019
Change in Definition (COD) Date: 01/05/2014
Max Duration Date: 06/26/2025
Occupation / Location in AWD: service clerk
Physical Demand Level of Occ:sedentary
Primary Diagnosis: idiopathic peripheral neuropathy
Co-Morbid Diagnoses: cervicalgia, neck pain
ERISA or NON-ERISA: ERISA
Attorney: n/a
Riders:n/a
STD claim status:1110329464 - closed
LW claim status:n/a
LTD claim status:appealed

Pre Ex investigation required (y/n)no
AO investigation required (y/n)completed
SSDI Aw ard information needed/requested - if not - w hy - aw arded

Notes: Contractual Limits
Legal Action - 3 years
Proof of claim - 90 days after elim

Initial Claim Decision:
Reason/Date of denial: 9/12/2019 - not TDAO
Type of Medical Review , Name, & Specialty: MLS - Lucien Parrillo - Occ Med peer

Level 1 Appeal:
Reason/Date of denial: 12/19/2019 not TDAO
Type of Medical Review , Name, & Specialty: NDC

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number: Turney Williams - Pain Med - 423-392-6690
Last Date of Service: 11/20/2019
Restrictions and Limitations/Duration: ABF 10/24/13 - occasionally lift/carry 0-10lbs, sit lessthan 4 hours per day. Never climb, bend, kneel

AP Name/Specialty/Phone Number: Kevin Misischia - Fam Med - 423-230-2801
Last Date of Service: 7/29/20
Restrictions and Limitations/Duration: 3/17/20 letter. Clmt disabled since 2011 due to pain, neuropathy and sw elling in feet it is difficult and impossible to w ear shoes and socks. ABF 5/29/2019 - Never lift/carry over 10 lbs., climb, bend, kneel. Occasionally lift/carry 0-10 lbs., w alk. Sit/stand less than 1 hour, has difficulty w ith repetitive motions

AP Name/Specialty/Phone Number: Rebekah Austin - Neurosurgery - 423-431-2350
Last Date of Service: 9/23/20
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number:
Last Date of Service:
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries: C5-6 ACDF 2008, dorsal column stimulator trial 2014

Appeal being discussed
Reasons for disagreement as explained in appeal:
"Medications make her sleepy, hydrocodone & tramadol, tried gabapentin
"Asking for reinstatement of benefits based on information submitted

Information Submitted w ith appeal and not previously review ed:
"SSA notice of decision dated 7/12/2012
"Abilities form from Dr. Turney Williams
"Letter from Dr. Kevin Misischia
"MRI results for cervical, thoracic and lumbar spine
"Reports from Dr. Rebekah Austin

PATH 1) spoke to clmt 2) sent EE ack letter, no ER letter over 24 mos 3) set up 30/45/90 day tasks 4) pending medical review

- JXBOOTH - Oct 19, 2020 03:08:53 pm

Peer NDC: Based on the additional information received and EE's multiple musculoskeletal conditions that the file w ould benefit from a Peer review w ith a PMR Physician.

Submitted PM&R peer - JXBOOTH - Oct 28, 2020 01:47:51 pm

Rcvd peer, sending for TSA - JXBOOTH - Nov 12, 2020 09:47:25 am

sent 30 day letter - JXBOOTH - Nov 16, 2020 09:57:18 am

sent clarifiction for sitting R&Ls and cancelled TSA - JXBOOTH - Nov 23, 2020 09:24:12 am

recevied peer clarification report - SXNOLAN - Dec 04, 2020 01:39:11 pm

submitted TSA - JXBOOTH - Dec 07, 2020 09:45:44 am

The Transferable Skills Analysis identified occupations that are w ithin Mr. Arnold Dixon physical abilities and w ithin his identified skill level. The follow ing are examples of occupations Mr. Arnold Dixon could perform: Customer-

Compliant Clerk, Information Clerk, and Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other).The occupations meet his gainful amount of $2,537.50 in the national economy. - JXBOOTH - Dec 15, 2020 10:55:18 am

sent 21 day letter - JXBOOTH - Dec 15, 2020 11:46:51 am

Received letter from clmt regarding condition. - JXBOOTH - Jan 05, 2021 03:40:34 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/8/2021 | Summary/Assessment/Pa 10 | Level 2 Appeal Decision Rationale - JXBOOTH - Jan 08, 2021 | Completed | JXBOOTH |

Summary Notes
Level 2 Appeal Decision Rationale - JXBOOTH - Jan 08, 2021 12:49:27 pm
Assessment Notes

Path Notes
Claimant is a 60 year old service clerk that stopped w orking due to idiopathic peripheral neuropathy. At claims level an occ med peer w as completed and the file closed as not TDAO. At first level of appeal an NDC w as completed and deicision upheld.

As part of our appeal review all current and new medical information w as review ed by Dr. Solomon Rojhani, an independent physician w ho is Board Certified in Physical Medicine and Rehabilitation. Dr. Rojhani's review noted the follow ing restrictions and limitations, in part:
"Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
Lifting: Occasionally up to 10 lbs. BUE
Carrying: Occasionally up to 10 lbs. BUE
Pushing: Occasionally up to 10 lbs. BUE
Pulling: Occasionally up to 10 lbs. BUE
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Craw ling: Never
Climbing stairs: Occasionally
Climbing ladders: Never
Reaching: Occasionally overhead; frequently desk and w aist levels BUE
Using low er extremity for foot controls: occasionally BLE
Fine manipulation: occasionally RUE; frequently LUE
Simple and firm grasping: occasionally RUE; frequently LUE"
"The listed R&L's apply from 9/12/19 and beyond w ith re-assessment on or around 2/1/21."

"The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; w alk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day."
A clarification w as requested regarding sitting and he stated:

"The correct one is that the claimant is able to sit constantly up to 90 minutes at a time, up to 8 hours per day."

PATH 1) spoke to clmt 2) sent EE letter, no ER letter over 24 mos 3) closed appeal handling 4) closed claim - JXBOOTH - Jan 08, 2021 12:49:27 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/8/2021 12:49:47 PM | Status | | Not TD Any Occ | CLOSED | JXBOOTH |
| 3/18/2021 11:23:25 AM | Claim Tasks | 51 | Paper File | Follow Up | MIXRO8 |

Please prepare a full file copy. As a reminder the file copy should include the follow ing information, in this order.

1. Claim Profile
2. Chronological Activity List
3. Policy at time of DOD
4. Certificate at time of DOD
5. All AWD/Paper documents.

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Please save the follow ing file(s) in the Legal Requests Folder:

LTD 1120006734
STD 1110329464 - DMQMA5 - Mar 18, 2021 11:24:24 am



Case 2:21-cv-00038-CEA-CRW Document 17-3 Filed 06/11/21 Page 169 of 1097
PageID #: 270

Date: Fri Jan 08 12:45:32 CST 2021
From: Jeff Booth <Jeff.Booth@lfg.com>
To:
Message-ID: <1134043959.3.1610131532447.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1120006734 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jeff Booth**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2665
Fax: 402-501-9321
Email: Jeff.Booth@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

January 4, 2021

The Lincoln National Life Insurance Company
8801 Indian hills Drive
Omaha, NE 68114-4066

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

To whom it may concern,

I am writing this letter as one last plea in hopes of having my benefits restored. The letter I am writing includes, but is not limited to, the reasons that prevent me from working.

In 2011 because of pain and having to be on medication for the pain I decided it was in my families and my best interest to quit work. As a result of my pain level I was not only working inefficiently but it was becoming dangerous to commute on a daily basis back and forth to work due to the exhaustion and the medication use. I could no longer sit all day in a chair, every day 5 days a week. I then sought help with an attorney and started the process of applying for disability with SSA and starting my disability benefits from Lincoln Financial Group (LFG). I had to wait the normal 6 month waiting period with SSA before I could become eligible for receiving benefits with SSA. Luckily I had Short Term and Long Term disability with LFG. I started the process with LFG to receive my benefits for short term disability benefits and there were no problems getting them started whatsoever when I gave them the doctors reports and recommendations.

6 months later in 2012 when my short term benefits expired, LFG started my long term benefits with no questions asked. I also started to receive my benefits from SSA at this time; my case didn't even have to have a judicial hearing.

I have been receiving benefits whether they were short term or long term since 2011 with minimal interruptions, there have been a few times LFG has asked for updated records to continue my benefits but after I supplied the appropriate doctor reports and test results there has been no issue. However, in September 2019 I received a letter, it wasn't the normal letter asking for more updates but simply said I was no longer disabled and could go back to work and this is what I don't understand. How can someone be on disability for the past 8 years and has been receiving benefits from two different entities suddenly become able to work? Especially when nothing has changed, the only difference is the biopsy on my feet showed LOW

normal, not normal readings.  This shouldn't dismiss the fact that 2 times before that I showed neuropathy on 2 different tests and also Dr. Austin has put in her report that I still have neuropathy.  I have discussed this with neurologists and they said that it doesn't just heal itself and they don't know why the tests would show this.  Even if the neuropathy wasn't a factor the fact of the damage that I have in my spine basically from top to bottom should be more than enough to show that I am in extreme pain and it is documented by more than one doctor that have actually examined me.  I don't understand how you can take the opinion of a doctor that has never talked to me let alone examined me and determine that I am no longer disabled.

Since my back problems started approximately 30 years ago I have had to change my lifestyle because of my back pain.  20 years ago I was told by doctors that because of the damage in my back, they didn't see how I was even walking.  I have had to give up sports, hobbies such as fishing and now most recently church because I cannot sit for more than an hour in a pew without out having so much pain that it exhausts me.  When I was working it got to the point to where I could do nothing outside of work and then it got to the point that I couldn't even do that.  I would give anything to be able to go back to work, even part time but I simply can't.  Since 2011 the pain in my neck has increased and the pain in my lower back has gone down into my hips and into my legs.  Dr. Austin has stated that my back is causing the neuropathy and with all this combined is why I can only sit for just a few hours a day, 2 or 3 days a week.  Dr. Williams even went so far as to put in his report that I would be considered to be unemployable.  I have talked to lawyers and they won't get paid unless they win my case but they are more than willing to take my case if it comes to that and I can't believe they would even consider it if they didn't believe that I had a case.  I truly hope it doesn't come to that but I can't believe that a judicial hearing would not be found in my favor after taking in all the reports and tests from my doctors not to mention their recommendations when all LFG has to go on is a doctor that has never examined me.

In closing, when I decided to start paying premiums for disability insurance with LFG it was to have some piece of mind that not only myself but also my family would have some financial security in case something were to ever happen and unfortunately it did.  I did have that security for 8 years but now for some reason it has changed and I don't understand why.  For a doctor to look at a report and say that person isn't in enough pain to stop his or her daily activities is like looking into a looking glass and for that reason I am asking you to restore my benefits.

Regards,

Arnold Dixon

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 15, 2020

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in regard to your appeal for Long Term Disability benefits.

As part of your appeal review, your medical information was reviewed by an independent Board Certified physician. We are enclosing a copy of the report with this letter for your review prior to completion of our appeal decision.

You may wish to provide this assessment to your treating physician(s) for further review. Any additional written information or comments must be received within 21 days.

The 21-day period will expire on 01/05/2021. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your disability claim at this time as we want to provide you every opportunity to review our assessment and provide a response. If we do not receive a response by 01/05/2021, then we will render a decision based on the information currently in the file.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at 402-361-2665 with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Jeff Booth
402-361-2665
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

# Transferable Skills Analysis

**Date:** 12/10/2020
**Claimant:** Arnold Dixon
**Claim #:** 1120006734
**Policyholder:** Saratoga Technologies, Inc.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Mr. Arnold Dixon's transferable skills.

**The following documentation was reviewed:**
Job Description, DOT, Rehab Survey, dated 08/1/2012, & Peer Medical File Review from Solomon Rojhani, M.D., dated 11/09/2020 with clarification dated 11/30/20

**Education & Training:**
Education: Highest grade completed 12th; Associate of Science- Computer Engineering
Last 15 years of Work History: Service Coordinator (2004-2011), Operations Manager (1994-2004)

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 221.367-070 | Service Clerk | 4 | 2004-2011 | S |
| 032.262-010 | User Support Analyst | 7 | 2004-2011 | S |
| 241.137-014 | Customer-Complaint Service Supervisor | 6 | 2004-2011,1994-2004 | S |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Peer Medical File Review from Solomon Rojhani, M.D., dated 11/09/2020 with clarification dated 11/30/2020.

Peer Medical File Review from Solomon Rojhani, M.D., dated 11/09/2020

- Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
- Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
- Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
- Lifting: Occasionally up to 10 lbs. BUE
- Carrying: Occasionally up to 10 lbs. BUE
- Pushing: Occasionally up to 10 lbs. BUE
- Pulling: Occasionally up to 10 lbs. BUE
- Stooping: Occasionally
- Kneeling: Occasionally
- Crouching: Occasionally
- Crawling: Never
- Climbing stairs: Occasionally
- Climbing ladders: Never
- Reaching: Occasionally overhead; frequently desk and waist levels BUE
- Using lower extremity for foot controls: occasionally BLE
- Fine manipulation: occasionally RUE; frequently LUE
- Simple and firm grasping: occasionally RUE; frequently LUE.
- The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day.

Clarification dated 11/30/2020:

- The correct one is that the claimant is able to sit constantly up to 90 minutes at a time, up to 8 hours per day.

**Skills & Abilities:**
Speaking distinctly and listening carefully to communicate with various kinds of people; applying judgment and specialty knowledge to give oral information to people; changing tasks or activities frequently; using eyes, hands, and fingers to operate switch-boards or instrument keyboards; and being tactful and courteous when receiving callers or interviewing people.

Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.

**Profile Adjustments:**

• Physical Demands: climbing, stooping, kneeling, crouching, handling and fingering were adjusted to occasionally based on the restrictions and limitations from Solomon Rojhani, M.D. Balancing, feeling, talking, hearing, tasting/smelling, near/far acuity, depth perception, accommodation, color vision, field of vision and environmental conditions were adjusted to constantly as there were no restrictions or limitations reported in these areas. All other physical demand abilities were left at current level.

• Work Situations (Temperaments): performing repetitive work and following specific instructions were adjusted to yes as a Services Coordinator, Mr. Dixon was responsible for performing repetitive billing task according to specific instructions.

• Work Functions – Data: copying and comparing were adjusted to yes as Mr. Dixon completed billing, created contracts, and was responsible for supporting various divisions/branches; scheduling, invoicing, management services, and bill request.

• Work Functions – People: serving and taking instructions-helping were adjusted to yes as Mr. Dixon was responsible for providing cross training for employees, communicating with supervisors and other employees, and responding to requests to perform as needed task, as a Service Coordinator.

**Examples of Occupations identified based on national economy and Mr. Arnold Dixon ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 241.367-014 | Customer-Compliant Clerk | 5 | S | $2,892.50 |
| 237.367-022 | Information Clerk | 4 | S | $2,504.17 |
| 379.367-010 | Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other) | 2 | S | $2,582.50 |

**Wage Information is based on median 2019 Bureau of Labor Statistical Data*

**Summary:**

The Transferable Skills Analysis identified occupations that are within Mr. Arnold Dixon physical abilities and within his identified skill level. The following are examples of occupations Mr. Arnold Dixon could perform: Customer-Compliant Clerk, Information Clerk, and Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other).The occupations meet his gainful amount of $2,537.50 in the national economy.

I have not met with Mr. Arnold Dixon for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Brandy Thomas, MA, CRC
Vocational Rehabilitation Counselor

Updated 12/10/20

# WORK HISTORY and ABILITY PROFILE

**Name:** Dixon, Arnold **SSN:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 221.367-070 | Service Clerk | 4 | 0 | 0 | Y | N | N | S | 07.04.05 |
| 032.262-010 | User Support Analyst | 7 | 0 | 0 | Y | N | N | S | 11.01.01 |
| 241.137-014 | Supervisor, Customer-Complaint Service | 6 | 0 | 0 | Y | N | N | S | 07.04.02 |

**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 4 (3 to 6 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | No Change |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | Occasionally |
| Balancing | | Never | Unknown |
| Stooping | | Never | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | Occasionally |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Constantly | Unknown |
| Hearing | | Constantly | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Constantly | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |

| | | |
|---|---|---|
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | No Change |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

# Solomon Rojhani, MD
## Board-Certified in Physical Medicine & Rehabilitation
## Pain Medicine

CLAIMANT NAME: Dixon, Arnold
EXAMINER: Solomon Rojhani, MD
ECN #: 161106-1
CLAIM #: 1120006734
DATE OF LOSS: 7/9/2011

**11/30/20 Clarification:**

**Thank you for your report regarding the LTD claim for Arnold Dixon. After reviewing your report, we are requesting a clarification due to conflicting R&L's for sitting noted in the report. In section 2 the report notes the claimant can sit constantly up to 90 minutes at a time, in section 2b the report notes the claimant can sit constantly up to 20 minutes at a time. Which time frame for sitting is the correct one, up to 90 minutes or 20 minutes at a time?**

The correct one is that the claimant is able to sit constantly up to 90 minutes at a time, up to 8 hours per day.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forward.**

The claimant has a history of both cervical and lumbar disease, status post cervical ACDF C4-5 in 2008, as well as small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy; he has been suffering from neck pain with radiation into both upper extremities, right greater than left, associated with cervical DDD with radiculopathy, and he has low back pain with radiation into lower extremities, right greater than left, associated with lumbar DDD; and accordingly, the restrictions and limitations are medically indicated below.

Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
Lifting: Occasionally up to 10 lbs. BUE
Carrying: Occasionally up to 10 lbs. BUE
Pushing: Occasionally up to 10 lbs. BUE
Pulling: Occasionally up to 10 lbs. BUE
Stooping: Occasionally

Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Climbing stairs: Occasionally
Climbing ladders: Never
Reaching: Occasionally overhead; frequently desk and waist levels BUE
Using lower extremity for foot controls: occasionally BLE
Fine manipulation: occasionally RUE; frequently LUE
Simple and firm grasping: occasionally RUE; frequently LUE

**2b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 90 minutes at a time, up to 8 hours per day.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**November 09, 2020**

**Claimant Name: Arnold Dixon**

**Claim #: 1120006734**

**Primary Diagnosis: idiopathic peripheral neuropathy, cervicalgia, neck pain**

**DOD: 7/9/2011**

**DOR: 10/29/2020**

**Job Title: Service Clerk**

**ECN #: 161106-1**

**Specialty: Physical Medicine & Rehab**

# Solomon Rojhani, MD
## Board-Certified in Physical Medicine & Rehabilitation
## Pain Medicine

CLAIMANT NAME: Dixon, Arnold
EXAMINER: Solomon Rojhani, MD
ECN #: 161106-1
CLAIM #: 1120006734
DATE OF LOSS: 7/9/2011
DATE OF SERVICE: 11/09/2020

**Peer Review**

I have been asked to review the medical records on behalf of ECN. This is a peer review regarding Dixon, Arnold. I reviewed records from 7/8/2003 through 9/23/2020 including: Lindsey Kass / Associate LTD Benefit Specialist, The Lincoln National Life Insurance Company, on 1/13/2012; Charles Brock, MD / Neurology and Pain Management, Medical Review, on 3/7/2014; Lucien J. Parrillo, MD, MPH, FIPP / Internal Medicine, Sports Medicine, Preventive/Occupational Medicine, Addiction Medicine, and Pain Medicine, Medical Review, on 8/21/2019; Patrick M. Rao, MD / Radiology, on 1/30/2004; Franklin Woods Community Hospital Diagnostic Imaging, extending from 1/28/2011 to 2/10/2011; Samuel O. Massey, MD / Diagnostic Radiology, on 4/18/2011; Kelly Gunter, MD / Diagnostic Radiology, on 5/12/2014; Terry M. Fletcher, MD / Diagnostic Radiology, on 5/22/2014; Thomas F. Pugh, Jr., MD / Diagnostic Radiology, on 6/20/2014; HVMC Radiology Department, on 7/29/2020; Kevin David Misischia, DO / Family Medicine, extending from 2/20/2019 to 7/29/2020; John Powell, PA-C / Physician Assistant, extending from 7/8/2003 to 8/31/2011; Pain Medicine Associates Patient Pain Data Questionnaire (PPDQ) / Patient Medical Data Questionnaire (PMDQ), extending from 7/8/2003 to 1/16/2011; William Turney Williams, MD / Pain Medicine, extending from 7/17/2003 to 11/20/2019; N. Gupta, MD / Undetermined specialty, on 3/28/2011; Scott Dulebohn, MD / Neurosurgery, on 4/13/2011; Timothy S. Smyth, MD / Anesthesiology, extending from 7/26/2011 to 8/18/2011; Christopher A. Pendola, MD / Psychiatry and Neurology, extending from 7/28/2011 to 10/26/2011; Solstas Lab Partners, extending from 8/3/2011 to 8/29/2013; Quest Diagnostics Nichols Institute, extending from 8/3/2011 to 6/18/2012; Vickie Stufflestreet, LPN / Licensed Practical Nurse, extending from 2/28/2012 to 3/29/2012; LabCorp OTS RTP, on 2/28/2012; R. Scott Macdonald, MD / Neurology, extending from 6/13/2012 to 2/13/2014; Jasmine L. Martin-Robinson, MRC, CRC / Rehabilitation Coordinator, on 11/14/2013; Lizette Henriquez-Cabrera, MD / Pathology, on 1/30/2014; Isaac N. O'Dell, PA-C / Physician Assistant, on 6/11/2014; Wesley E. Perry, PA-C / Physician Assistant, on 6/24/2014; Timothy Fullagar, MD / Neurosurgery, extending from 7/8/2014 to 10/14/2014; Clint M. Kraft / Unknown specialty, on 7/9/2014; Michael Shouse, PT, DPT / Physical Therapy, on 8/11/2014; Steve McLaughlin, PA-C / Physician Assistant, extending from 8/11/2014 to 8/12/2014; Adam Coe, MD / Gastroenterology, on 12/4/2018; Medcom Lab, on 2/13/2019; Quest Diagnostics/Nichols Chantilly, on

2/20/2019; Irix Medication List, on 6/4/2019; Amy M., RN / Nurse Disability Consultant, Lincoln Financial Consultant, on 10/17/2019; Codrin Iacob, MD / Pathology, on 10/31/2019; Millie Henderson / Nurse Practitioner, on 10/31/2019; Jami L. Reaves, DO / Dermatology, on 10/31/2019; Rebekah Crump Austin, MD / Neurosurgery, on 9/23/2020; Unknown APS, undated; Associated Neurologists of Kingsport, undated.

The claimant, Dr. Dixon, is a 60-year-old male with a medical history significant for idiopathic peripheral neuropathy, cervicalgia, low back pain.

1/28/11 MRI of the Lumbar Spine, L3-4 mild facet joint hypertrophy, moderate right foraminal stenosis and mild left foraminal stenosis; L4-5 mild concentric disc bulge and mild facet joint hypertrophy, mild narrowing to the left lateral recess, mild bilateral anterior/inferior foraminal stenosis; L5-S1 mild concentric disc bulge, mild facet joint hypertrophy and moderate stenosis neural foramen.

2/10/11 MRI of the Cervical Spine, prior anterior fusion of C5-6. Stable broad-posterior spondylotic change at C3-4 effacing the ventral thecal sac. This is most prominent in the left foraminal location where it is producing left neuroforaminal stenosis. Broad posterior spondylotic changes are present at C4-5 most prominent in the right preforaminal location. Mild right neural foraminal narrowing. Questionable effacement of the ventral cervical cord at this level. Right paracentral spur disc complex at C5-6 effacing the ventral thecal sac. Bilateral preforaminal spur-disc complex at C6-7 effacing the ventral thecal sac, bilateral neural foraminal narrowing is present.

3/28/11 EMG/NCS, evidence suggestive of early peripheral polyneuropathy involving the right LE.

3/19/12 William Turney Williams, MD, the claimant underwent percutaneous implantation of spinal cord stimulating electrode array- left and right. Pre-and post-operative diagnoses are idiopathic peripheral neuropathy, degenerative disc disease, lumbar spine, L2-3, L3-4, L4-5, L5-S1; bilateral lower extremity radiculitis without clear neural impingement; chronic pain syndrome with opiate dependency.

6/20/13 William Turney Williams, MD, the claimant is seen for pain-related complaints. He notes numbness and pain in his fingertips bilaterally, feet bilaterally, as well as low back pain. He states that his hands are actually becoming more painful than his feet. He has relatively mild low back pain. On exam, he ambulates with an unencumbered gait, he has sensory deficit in fingertips bilaterally, all fingers, both feet and ankles.

6/11/14 Isaac N. O'Dell, PA-C, the claimant is seen for neck pain, low back pain, and right upper extremity pain. The claimant eventually was unable to continue working secondary to the chronic back pain and also peripheral neuropathy. He states that approximately 6 weeks ago, he began having increasing pain in the right shoulder and also in his neck. The pain will sometimes extend on down to his arm, going through the biceps and into the thumb and index finger. On exam, there is low back pain, joint pain,

neck stiffness, muscle cramps, hypersensitivity of feet and hands; muscle twitching and numbness/tingling.

6/20/14 CT of the Cervical Spine, severe bony foraminal stenosis on the left at C3-4, there is left C4 nerve root compression; moderately severe right foraminal stenoses C4-5 and C6-7 with disc protrusion/osteophyte complexes. There is probable right C5 and right C7 nerve root compression.

7/8/14 EMG/NCS, an acute lesion of the C6, C7, C8 nerve roots on the right with special attention to C7; evidence of chronic C5, 6 findings bilaterally.

8/11/14 Michael Shouse, PT, the claimant demonstrates improved mobility of the cervical spine. Chief complaint of pain in the scapula have eliminated. The claimant still complains of pain at the occiput during cervical rotation.

10/14/14 Timothy Fullagar, MD, the claimant has neck and arm problems, and he had a previous ACDF at C5-6 in 2008. The diagnoses are noted as cervical spondylosis without myelopathy, cervical post-laminectomy syndrome, and cervical radiculopathy.

2/20/19 Kevin David Misischia, DO, the claimant has a medical history of osteoarthritis primarily involves the hips, knees, and spine and has been slowly progressive.

5/28/19 Kevin David Misischia, DO, Abilities Form, occasionally: lifting up to 10 lbs., sitting less than 1 hour, standing less than 1 hour, walking, fingering; never: lifting greater than 10 lbs., climbing, kneeling, bending.

10/31/19 Jami L. Reaves, DO, the claimant is seen for a skin biopsy of a small fiber neuropathy located on the right pretibial region and left pretibial region. The small fiber neuropathy is painful and moderate in severity has been present for years.

11/20/19 William Turney Williams, MD, the claimant is seen for chronic low back pain, which is described as radiating, sharp, aching, and radiating to above the right knee. On exam, there is mild restrictions in cervical rotation and extension; restricted cervical ROM; lumbar ROM: flexion 45 degrees, extension 15 degrees, rotation to the right ROM within normal limits, rotation to the left 15 degrees, right lateral bending is 15 degrees; On the right and left, there is diminished sensation in medial calf and ankle, lateral calf and lateral dorsum of foot, diminished sensation in plantar surface of the foot. All other bilateral lower extremity peripheral nerve sensation within normal limits. The claimant is unable to sit erect or to sit for any prolonged period of time secondary to discomfort, he is unable to wear socks or shoes. He is unable to return to active employment secondary to multiple complex complaints.

3/17/20 Kevin David Misischia, DO, the claimant has multiple medical conditions including small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy. The claimant states when sitting for long periods of time, his lower back gets weak and

the pain gets worse and begins to go down his hips and legs. Due to the neuropathy, swelling and pain in his feet, makes it difficult and impossible to wear socks and shows as his feet become warm and unbearable.

7/29/20 MRI of the Cervical Spine, C2-3 small broad-based disc osteophyte complex resulting in mild narrowing of the central spinal canal, there is mild bilateral uncovertebral DJD, greater on the left than the right; C3-4 small broad-based disc osteophyte complex with bilateral uncovertebral DJD resulting in moderate narrowing of the central spinal canal, the disc bulge abuts and slightly flattens the anterior aspect of the cervical cord at this level, there is moderate narrowing the right exiting neural foramina and severe narrowing left exiting neural foramina; C4-5 small broad-based disc osteophyte complex with bilateral uncovertebral DJD resulting in moderate narrowing of the central spinal canal, the disc bulge abuts and slightly flattens the anterior aspect of the cervical cord, there is moderate narrowing of both exiting neural foramina; C5-6 slight right paracentral osseous prominence which results in mild narrowing of the central spinal canal, there is minimal narrowing of the right exiting neural foramina; C6-7 small broad-based disc bulge with bilateral uncovertebral DJD, greater on the right than the left resulting in mild narrowing of the central spinal canal, the disc bulge appears to abut and slightly flatten the anterior aspect of the cervical cord, there is severe narrowing of the right exiting neural foramina and moderate narrowing left exiting neural foramina.

7/29/20 MRI of the Thoracic spine, mild scattered degenerative changes through the thoracic spine; 1.6 cm subcutaneous left mid-thoracic lesion favors the appearance of a small sebaceous cyst.

7/29/20 MRI of the Lumbar Spine, L1-2 small broad-based disc bulge with bilateral facet arthrosis resulting in moderate narrowing of the central spinal canal including narrowing of both lateral recesses; L2-3 small broad-based disc bulge with bilateral facet hypertrophy resulting in mild narrowing of the central spinal canal; L3-4 small-broad based disc bulge with bilateral facet hypertrophy resulting in minimal narrowing of the central spinal canal, there is mild/moderate narrowing of the right exiting neural foramina and left exiting neural foramina; L4-5 small broad-based disc osteophyte complex with bilateral facet arthrosis resulting in mild narrowing of the central spinal canal including mild narrowing of both lateral recesses, there is mild narrowing of both exiting neural foramina; L5-S1 small broad-based disc bulge with bilateral facet arthrosis resulting in mild narrowing of the central spinal canal, there is mild narrowing of the right exiting neural foramina and mild/moderate narrowing left exiting neural foramina.

9/23/20 Rebekah Crump Austin, MD, the claimant is seen for persistent severe low back pain with intermittent right lower extremity radiculopathy and dysesthesias times; and recurrent cervicalgia with bilateral upper extremity radiculopathy and dysesthesias s/p C5-6 ACDF in 2008. The claimant has constant numbness and tingling dysesthesias below the ankles in both feet and has previously been diagnosed with idiopathic peripheral neuropathy. He complains of frequent bilateral ankle swelling. He has a planned lumbar epidural steroid injection on 10/29/20. He had a trial dorsal column

stimulator in 2014 which offered no significant relief. He also complains cervicalgia as well as intermittent numbness and tingling and dysesthesias in both hands, right greater than left. On exam, the claimant has limited cervical ROM in bilateral lateral rotation and extension; well-healed left anterior cervical incisional scar; moderate lumbar paraspinous muscle spasms. He has somewhat antalgic gait. Right and left ankles have decreased sensation. The claimant is able to remain seated less than 1-2 hours and most frequently be able to work up to 4-5 hours per day, 2-3 days per week.

**DIAGNOSES:**

Idiopathic peripheral neuropathy, cervicalgia, neck pain

**CALL ATTEMPTS:**

[11/03/20 at 11:38] Phone call to Dr. Misischia. Left a message at Mountain Region Family Medicine on Dr. Kevin Misischia's nurse line.

[11/03/20 at 11:45] Phone call to Dr. Austin. Left a message at Ballad Health on Dr. Rebekah Austin's nurse line.

11/03/20, 12:33PM, return call - Angie stated per Dr. Misischia, to defer to the claimant's other treating providers for the review.

[11/04/20 at 09:13] Phone call to Dr. Austin. Left an additional message on Dr. Rebekah Austin's nurse line.

**RESPONSE TO QUESTIONS:**

**1. Please provide a review of the medical findings. Please state your findings upon review of the medical information.**

The claimant is a 60-year-old male with a medical history significant for idiopathic peripheral neuropathy, cervicalgia, low back pain. There is an MRI study of the lumbar spine dated 1/28/11 revealing L3-4 mild facet joint hypertrophy, moderate right foraminal stenosis and mild left foraminal stenosis; L4-5 mild concentric disc bulge and mild facet joint hypertrophy, mild narrowing to the left lateral recess, mild bilateral anterior/inferior foraminal stenosis; L5-S1 mild concentric disc bulge, mild facet joint hypertrophy and moderate stenosis neural foramen. An MRI study of the cervical spine dated 2/10/11 revealed prior anterior fusion of C5-6. Stable broad-posterior spondylotic change at C3-4 effacing the ventral thecal sac. This is most prominent in the left foraminal location where it is producing left neuroforaminal stenosis. Broad posterior spondylotic changes are present at C4-5 most prominent in the right preforaminal location, mild right neural foraminal narrowing, and questionable effacement of the ventral cervical cord at this level. There is right paracentral spur disc complex at C5-6 effacing the ventral thecal sac; and bilateral preforaminal spur-disc complex at C6-7 effacing the ventral thecal sac,

bilateral neural foraminal narrowing is present. An EMG/NCS dated 3/18/11 revealed evidence suggestive of early peripheral polyneuropathy involving the right LE. On 3/19/12, the claimant underwent percutaneous implantation of spinal cord stimulating electrode array- left and right. Pre-and post-operative diagnoses are idiopathic peripheral neuropathy, degenerative disc disease, lumbar spine, L2-3, L3-4, L4-5, L5-S1; bilateral lower extremity radiculitis without clear neural impingement; chronic pain syndrome with opiate dependency. On 6/20/13, Dr. Williams, saw the claimant for pain-related complaints. He notes numbness and pain in his fingertips bilaterally, feet bilaterally, as well as low back pain. He states that his hands are actually becoming more painful than his feet. He has relatively mild low back pain. On exam, he ambulates with an unencumbered gait, he has sensory deficit in fingertips bilaterally, all fingers, both feet and ankles. On 6/11/14, PA-C. Isaac N. O'Dell saw the claimant for neck pain, low back pain, and right upper extremity pain. The claimant eventually was unable to continue working secondary to the chronic back pain and also peripheral neuropathy. He states that approximately 6 weeks ago, he began having increasing pain in the right shoulder and also in his neck. The pain will sometimes extend on down to his arm, going through the biceps and into the thumb and index finger. On exam, there is low back pain, joint pain, neck stiffness, muscle cramps, hypersensitivity of feet and hands; muscle twitching and numbness/tingling. An CT scan of the cervical spine dated 6/20/14 revealed severe bony foraminal stenosis on the left at C3-4, there is left C4 nerve root compression; moderately severe right foraminal stenoses C4-5 and C6-7 with disc protrusion/osteophyte complexes. There is probable right C5 and right C7 nerve root compression. An EMG/NCS dated 7/8/14 revealed an acute lesion of the C6, C7, C8 nerve roots on the right with special attention to C7; evidence of chronic C5, 6 findings bilaterally. On 8/11/14, PT. Michael Shouse noted that the claimant demonstrates improved mobility of the cervical spine. Chief complaint of pain in the scapula have eliminated. The claimant still complains of pain at the occiput during cervical rotation. On 10/14/14, the claimant was seen by Dr. Fullagar for neck and arm problems, and he had a previous ACDF at C5-6 in 2008. The diagnoses are noted as cervical spondylosis without myelopathy, cervical post-laminectomy syndrome, and cervical radiculopathy. On 2/20/19, Dr. Misischia noted that the claimant has a medical history of osteoarthritis primarily involves the hips, knees, and spine and has been slowly progressive. In an abilities form dated 5/28/19, Dr. Misischia indicated restrictions and limitations as following: occasionally: lifting up to 10 lbs., sitting less than 1 hour, standing less than 1 hour, walking, fingering; never: lifting greater than 10 lbs., climbing, kneeling, bending. On 10/31/19, Dr. Reaves saw the claimant for a skin biopsy of a small fiber neuropathy located on the right pretibial region and left pretibial region. The small fiber neuropathy is painful and moderate in severity has been present for years. On 11/20/19, Dr. Williams saw the claimant for chronic low back pain, which is described as radiating, sharp, aching, and radiating to above the right knee. On exam, there is mild restrictions in cervical rotation and extension; restricted cervical ROM; lumbar ROM: flexion 45 degrees, extension 15 degrees, rotation to the right ROM within normal limits, rotation to the left 15 degrees, right lateral bending is 15 degrees; On the right and left, there is diminished sensation in medial calf and ankle, lateral calf and lateral dorsum of foot, diminished sensation in plantar surface of the foot. All other bilateral lower extremity peripheral nerve sensation within normal limits. The

claimant is unable to sit erect or to sit for any prolonged period of time secondary to discomfort, he is unable to wear socks or shoes. He is unable to return to active employment secondary to multiple complex complaints. On 3/17/20, Dr. Misischia indicated that the claimant has multiple medical conditions including small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy. The claimant states when sitting for long periods of time, his lower back gets weak and the pain gets worse and begins to go down his hips and legs. Due to the neuropathy, swelling and pain in his feet, makes it difficult and impossible to wear socks and shows as his feet become warm and unbearable. An MRI study of the cervical spine dated 7/29/20 revealed a loss of cervical lordosis, post-operative changes consistent with C5-6 ACDF; and advanced degenerative disc disease at C3-4 and C4-5. An MRI study of the thoracic spine dated 7/29/20 revealed mild multilevel degenerative disc disease. An MRI study of the lumbar spine dated 7/29/20 revealed severe multilevel degenerative disc disease most significant at L3-4, L4-5, and L5-S1. Most recently, on 9/23/20, Dr. Austin saw the claimant for persistent severe low back pain with intermittent right lower extremity radiculopathy and dysesthesias times; and recurrent cervicalgia with bilateral upper extremity radiculopathy and dysesthesias s/p C5-6 ACDF in 2008. The claimant has constant numbness and tingling dysesthesias below the ankles in both feet and has previously been diagnosed with idiopathic peripheral neuropathy. He complains of frequent bilateral ankle swelling. He has a planned lumbar epidural steroid injection on 10/29/20. He had a trial dorsal column stimulator in 2014 which offered no significant relief. He also complains cervicalgia as well as intermittent numbness and tingling and dysesthesias in both hands, right greater than left. On exam, the claimant has limited cervical ROM in bilateral lateral rotation and extension; well-healed left anterior cervical incisional scar; moderate lumbar paraspinous muscle spasms. He has somewhat antalgic gait. Right and left ankles have decreased sensation. The claimant is able to remain seated less than 1-2 hours and most frequently be able to work up to 4-5 hours per day, 2-3 days per week. In conclusion, the claimant has a history of both cervical and lumbar disease, status post cervical ACDF C4-5 in 2008, as well as small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy; he has been suffering from neck pain with radiation into both upper extremities, right greater than left, associated with cervical DDD with radiculopathy, and he has low back pain with radiation into lower extremities, right greater than left, associated with lumbar DDD; and accordingly, the restrictions and limitations are medically indicated below.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forward.**

Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
Lifting: Occasionally up to 10 lbs. BUE
Carrying: Occasionally up to 10 lbs. BUE
Pushing: Occasionally up to 10 lbs. BUE

Pulling: Occasionally up to 10 lbs. BUE
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Climbing stairs: Occasionally
Climbing ladders: Never
Reaching: Occasionally overhead; frequently desk and waist levels BUE
Using lower extremity for foot controls: occasionally BLE
Fine manipulation: occasionally RUE; frequently LUE
Simple and firm grasping: occasionally RUE; frequently LUE

**a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

The listed R&L's apply from 9/12/19 and beyond with re-assessment on or around 2/1/21.

**b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day.

**3. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

On 9/23/20, Dr Austin indicated that the claimant is able to remain seated less than 1-2 hours and most frequently be able to work up to 4-5 hours per day, 2-3 days per week; however, I am unable to support a decision of inability to work or altered work hours as the claimant retains the capacity of activity and work with the listed R/L's.

Sincerely,

**Solomon Rojhani, M.D.**
**Physical Medicine & Rehabilitation**
**Interventional Pain & Spine Medicine**
**Medical License A145712**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Case Number: 161106-1

"I, Solomon Rojhani, MD, am a physician duly licensed to practice medicine in the State of ___CA__________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

____________________________________________________________11/09/2020_________________
Signature of Physician Date

Medical/Professional License # ________ A145712_________________________________

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 15, 2020

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in regard to your appeal for Long Term Disability benefits.

As part of your appeal review, your medical information was reviewed by an independent Board Certified physician. We are enclosing a copy of the report with this letter for your review prior to completion of our appeal decision.

You may wish to provide this assessment to your treating physician(s) for further review. Any additional written information or comments must be received within 21 days.

The 21-day period will expire on 01/05/2021. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your disability claim at this time as we want to provide you every opportunity to review our assessment and provide a response. If we do not receive a response by 01/05/2021, then we will render a decision based on the information currently in the file.

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at 402-361-2665 with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Jeff Booth
402-361-2665
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

# Transferable Skills Analysis

**Date:** 12/10/2020
**Claimant:** Arnold Dixon
**Claim #:** 1120006734
**Policyholder:** Saratoga Technologies, Inc.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Mr. Arnold Dixon's transferable skills.

**The following documentation was reviewed:**
Job Description, DOT, Rehab Survey, dated 08/1/2012, & Peer Medical File Review from Solomon Rojhani, M.D., dated 11/09/2020 with clarification dated 11/30/20

**Education & Training:**
Education: Highest grade completed 12th; Associate of Science- Computer Engineering
Last 15 years of Work History: Service Coordinator (2004-2011), Operations Manager (1994-2004)

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 221.367-070 | Service Clerk | 4 | 2004-2011 | S |
| 032.262-010 | User Support Analyst | 7 | 2004-2011 | S |
| 241.137-014 | Customer-Complaint Service Supervisor | 6 | 2004-2011,1994-2004 | S |

**Restrictions and Limitations:**
Restrictions and Limitations used for this analysis was based off of Peer Medical File Review from Solomon Rojhani, M.D., dated 11/09/2020 with clarification dated 11/30/2020.

Peer Medical File Review from Solomon Rojhani, M.D., dated 11/09/2020

- Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
- Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
- Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
- Lifting: Occasionally up to 10 lbs. BUE
- Carrying: Occasionally up to 10 lbs. BUE
- Pushing: Occasionally up to 10 lbs. BUE
- Pulling: Occasionally up to 10 lbs. BUE
- Stooping: Occasionally
- Kneeling: Occasionally
- Crouching: Occasionally
- Crawling: Never
- Climbing stairs: Occasionally
- Climbing ladders: Never
- Reaching: Occasionally overhead; frequently desk and waist levels BUE
- Using lower extremity for foot controls: occasionally BLE
- Fine manipulation: occasionally RUE; frequently LUE
- Simple and firm grasping: occasionally RUE; frequently LUE.
- The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day.

Clarification dated 11/30/2020:

- The correct one is that the claimant is able to sit constantly up to 90 minutes at a time, up to 8 hours per day.

**Skills & Abilities:**
Speaking distinctly and listening carefully to communicate with various kinds of people; applying judgment and specialty knowledge to give oral information to people; changing tasks or activities frequently; using eyes, hands, and fingers to operate switch-boards or instrument keyboards; and being tactful and courteous when receiving callers or interviewing people.

Applying advanced logic and scientific thinking to solve complex problems; understanding symbolic language, computer technology, technical terms, charts, and graphs in dealing with numerical and statistical data; speaking and writing clearly and accurately; using judgment and known facts to make decisions; and using eyes, hands, and fingers.

**Profile Adjustments:**

• Physical Demands: climbing, stooping, kneeling, crouching, handling and fingering were adjusted to occasionally based on the restrictions and limitations from Solomon Rojhani, M.D. Balancing, feeling, talking, hearing, tasting/smelling, near/far acuity, depth perception, accommodation, color vision, field of vision and environmental conditions were adjusted to constantly as there were no restrictions or limitations reported in these areas. All other physical demand abilities were left at current level.

• Work Situations (Temperaments): performing repetitive work and following specific instructions were adjusted to yes as a Services Coordinator, Mr. Dixon was responsible for performing repetitive billing task according to specific instructions.

• Work Functions – Data: copying and comparing were adjusted to yes as Mr. Dixon completed billing, created contracts, and was responsible for supporting various divisions/branches; scheduling, invoicing, management services, and bill request.

• Work Functions – People: serving and taking instructions-helping were adjusted to yes as Mr. Dixon was responsible for providing cross training for employees, communicating with supervisors and other employees, and responding to requests to perform as needed task, as a Service Coordinator.

**Examples of Occupations identified based on national economy and Mr. Arnold Dixon ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 241.367-014 | Customer-Compliant Clerk | 5 | S | $2,892.50 |
| 237.367-022 | Information Clerk | 4 | S | $2,504.17 |
| 379.367-010 | Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other) | 2 | S | $2,582.50 |

**Wage Information is based on median 2019 Bureau of Labor Statistical Data*

**Summary:**

The Transferable Skills Analysis identified occupations that are within Mr. Arnold Dixon physical abilities and within his identified skill level. The following are examples of occupations Mr. Arnold Dixon could perform: Customer-Compliant Clerk, Information Clerk, and Surveillance-System Monitor (School Bus Monitors and Protective Service Workers, All Other).The occupations meet his gainful amount of $2,537.50 in the national economy.

I have not met with Mr. Arnold Dixon for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Brandy Thomas, MA, CRC
Vocational Rehabilitation Counselor

Updated 12/10/20

# WORK HISTORY and ABILITY PROFILE

**Name:** Dixon, Arnold **SSN:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 221.367-070 | Service Clerk | 4 | 0 | 0 | Y | N | N | S | 07.04.05 |
| 032.262-010 | User Support Analyst | 7 | 0 | 0 | Y | N | N | S | 11.01.01 |
| 241.137-014 | Supervisor, Customer-Complaint Service | 6 | 0 | 0 | Y | N | N | S | 07.04.02 |

**Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 4 (3 to 6 months) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | No Change |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | Occasionally |
| Balancing | | Never | Unknown |
| Stooping | | Never | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | Occasionally |
| Crawling | | Never | No Change |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Unknown |
| Talking | | Constantly | Unknown |
| Hearing | | Constantly | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Constantly | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |

# WORK HISTORY and ABILITY PROFILE

| | | |
|---|---|---|
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | No Change |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

# Solomon Rojhani, MD
## Board-Certified in Physical Medicine & Rehabilitation
## Pain Medicine

CLAIMANT NAME: Dixon, Arnold
EXAMINER: Solomon Rojhani, MD
ECN #: 161106-1
CLAIM #: 1120006734
DATE OF LOSS: 7/9/2011

**11/30/20 Clarification:**

**Thank you for your report regarding the LTD claim for Arnold Dixon. After reviewing your report, we are requesting a clarification due to conflicting R&L's for sitting noted in the report. In section 2 the report notes the claimant can sit constantly up to 90 minutes at a time, in section 2b the report notes the claimant can sit constantly up to 20 minutes at a time. Which time frame for sitting is the correct one, up to 90 minutes or 20 minutes at a time?**

The correct one is that the claimant is able to sit constantly up to 90 minutes at a time, up to 8 hours per day.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forward.**

The claimant has a history of both cervical and lumbar disease, status post cervical ACDF C4-5 in 2008, as well as small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy; he has been suffering from neck pain with radiation into both upper extremities, right greater than left, associated with cervical DDD with radiculopathy, and he has low back pain with radiation into lower extremities, right greater than left, associated with lumbar DDD; and accordingly, the restrictions and limitations are medically indicated below.

Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
Lifting: Occasionally up to 10 lbs. BUE
Carrying: Occasionally up to 10 lbs. BUE
Pushing: Occasionally up to 10 lbs. BUE
Pulling: Occasionally up to 10 lbs. BUE
Stooping: Occasionally

Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Climbing stairs: Occasionally
Climbing ladders: Never
Reaching: Occasionally overhead; frequently desk and waist levels BUE
Using lower extremity for foot controls: occasionally BLE
Fine manipulation: occasionally RUE; frequently LUE
Simple and firm grasping: occasionally RUE; frequently LUE

**2b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 90 minutes at a time, up to 8 hours per day.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

Date: Mon Nov 16 10:05:31 CST 2020
From: Jeff Booth <Jeff.Booth@lfg.com>
To:
Message-ID: <1679401185.3.1605542731306.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1120006734 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jeff Booth**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2665
Fax: 402-501-9321
Email: Jeff.Booth@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

November 16, 2020

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

On 10/19/2020 we acknowledged your appeal and advised that we were beginning our review. At this time, your appeal is still being reviewed by an external physician and our vocational staff. We will notify you when we have received the reports.

Please contact me directly at 402-361-2665 with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Jeff Booth
402-361-2665
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**November 09, 2020**

**Claimant Name: Arnold Dixon**

**Claim #: 1120006734**

**Primary Diagnosis: idiopathic peripheral neuropathy, cervicalgia, neck pain**

**DOD: 7/9/2011**

**DOR: 10/29/2020**

**Job Title: Service Clerk**

**ECN #: 161106-1**

**Specialty: Physical Medicine & Rehab**

# Solomon Rojhani, MD
## Board-Certified in Physical Medicine & Rehabilitation
## Pain Medicine

CLAIMANT NAME: Dixon, Arnold
EXAMINER: Solomon Rojhani, MD
ECN #: 161106-1
CLAIM #: 1120006734
DATE OF LOSS: 7/9/2011
DATE OF SERVICE: 11/09/2020

**Peer Review**

I have been asked to review the medical records on behalf of ECN. This is a peer review regarding Dixon, Arnold. I reviewed records from 7/8/2003 through 9/23/2020 including: Lindsey Kass / Associate LTD Benefit Specialist, The Lincoln National Life Insurance Company, on 1/13/2012; Charles Brock, MD / Neurology and Pain Management, Medical Review, on 3/7/2014; Lucien J. Parrillo, MD, MPH, FIPP / Internal Medicine, Sports Medicine, Preventive/Occupational Medicine, Addiction Medicine, and Pain Medicine, Medical Review, on 8/21/2019; Patrick M. Rao, MD / Radiology, on 1/30/2004; Franklin Woods Community Hospital Diagnostic Imaging, extending from 1/28/2011 to 2/10/2011; Samuel O. Massey, MD / Diagnostic Radiology, on 4/18/2011; Kelly Gunter, MD / Diagnostic Radiology, on 5/12/2014; Terry M. Fletcher, MD / Diagnostic Radiology, on 5/22/2014; Thomas F. Pugh, Jr., MD / Diagnostic Radiology, on 6/20/2014; HVMC Radiology Department, on 7/29/2020; Kevin David Misischia, DO / Family Medicine, extending from 2/20/2019 to 7/29/2020; John Powell, PA-C / Physician Assistant, extending from 7/8/2003 to 8/31/2011; Pain Medicine Associates Patient Pain Data Questionnaire (PPDQ) / Patient Medical Data Questionnaire (PMDQ), extending from 7/8/2003 to 1/16/2011; William Turney Williams, MD / Pain Medicine, extending from 7/17/2003 to 11/20/2019; N. Gupta, MD / Undetermined specialty, on 3/28/2011; Scott Dulebohn, MD / Neurosurgery, on 4/13/2011; Timothy S. Smyth, MD / Anesthesiology, extending from 7/26/2011 to 8/18/2011; Christopher A. Pendola, MD / Psychiatry and Neurology, extending from 7/28/2011 to 10/26/2011; Solstas Lab Partners, extending from 8/3/2011 to 8/29/2013; Quest Diagnostics Nichols Institute, extending from 8/3/2011 to 6/18/2012; Vickie Stufflestreet, LPN / Licensed Practical Nurse, extending from 2/28/2012 to 3/29/2012; LabCorp OTS RTP, on 2/28/2012; R. Scott Macdonald, MD / Neurology, extending from 6/13/2012 to 2/13/2014; Jasmine L. Martin-Robinson, MRC, CRC / Rehabilitation Coordinator, on 11/14/2013; Lizette Henriquez-Cabrera, MD / Pathology, on 1/30/2014; Isaac N. O’Dell, PA-C / Physician Assistant, on 6/11/2014; Wesley E. Perry, PA-C / Physician Assistant, on 6/24/2014; Timothy Fullagar, MD / Neurosurgery, extending from 7/8/2014 to 10/14/2014; Clint M. Kraft / Unknown specialty, on 7/9/2014; Michael Shouse, PT, DPT / Physical Therapy, on 8/11/2014; Steve McLaughlin, PA-C / Physician Assistant, extending from 8/11/2014 to 8/12/2014; Adam Coe, MD / Gastroenterology, on 12/4/2018; Medcom Lab, on 2/13/2019; Quest Diagnostics/Nichols Chantilly, on

2/20/2019; Irix Medication List, on 6/4/2019; Amy M., RN / Nurse Disability Consultant, Lincoln Financial Consultant, on 10/17/2019; Codrin Iacob, MD / Pathology, on 10/31/2019; Millie Henderson / Nurse Practitioner, on 10/31/2019; Jami L. Reaves, DO / Dermatology, on 10/31/2019; Rebekah Crump Austin, MD / Neurosurgery, on 9/23/2020; Unknown APS, undated; Associated Neurologists of Kingsport, undated.

The claimant, Dr. Dixon, is a 60-year-old male with a medical history significant for idiopathic peripheral neuropathy, cervicalgia, low back pain.

1/28/11 MRI of the Lumbar Spine, L3-4 mild facet joint hypertrophy, moderate right foraminal stenosis and mild left foraminal stenosis; L4-5 mild concentric disc bulge and mild facet joint hypertrophy, mild narrowing to the left lateral recess, mild bilateral anterior/inferior foraminal stenosis; L5-S1 mild concentric disc bulge, mild facet joint hypertrophy and moderate stenosis neural foramen.

2/10/11 MRI of the Cervical Spine, prior anterior fusion of C5-6. Stable broad-posterior spondylotic change at C3-4 effacing the ventral thecal sac. This is most prominent in the left foraminal location where it is producing left neuroforaminal stenosis. Broad posterior spondylotic changes are present at C4-5 most prominent in the right preforaminal location. Mild right neural foraminal narrowing. Questionable effacement of the ventral cervical cord at this level. Right paracentral spur disc complex at C5-6 effacing the ventral thecal sac. Bilateral preforaminal spur-disc complex at C6-7 effacing the ventral thecal sac, bilateral neural foraminal narrowing is present.

3/28/11 EMG/NCS, evidence suggestive of early peripheral polyneuropathy involving the right LE.

3/19/12 William Turney Williams, MD, the claimant underwent percutaneous implantation of spinal cord stimulating electrode array- left and right. Pre-and post-operative diagnoses are idiopathic peripheral neuropathy, degenerative disc disease, lumbar spine, L2-3, L3-4, L4-5, L5-S1; bilateral lower extremity radiculitis without clear neural impingement; chronic pain syndrome with opiate dependency.

6/20/13 William Turney Williams, MD, the claimant is seen for pain-related complaints. He notes numbness and pain in his fingertips bilaterally, feet bilaterally, as well as low back pain. He states that his hands are actually becoming more painful than his feet. He has relatively mild low back pain. On exam, he ambulates with an unencumbered gait, he has sensory deficit in fingertips bilaterally, all fingers, both feet and ankles.

6/11/14 Isaac N. O'Dell, PA-C, the claimant is seen for neck pain, low back pain, and right upper extremity pain. The claimant eventually was unable to continue working secondary to the chronic back pain and also peripheral neuropathy. He states that approximately 6 weeks ago, he began having increasing pain in the right shoulder and also in his neck. The pain will sometimes extend on down to his arm, going through the biceps and into the thumb and index finger. On exam, there is low back pain, joint pain,

neck stiffness, muscle cramps, hypersensitivity of feet and hands; muscle twitching and numbness/tingling.

6/20/14 CT of the Cervical Spine, severe bony foraminal stenosis on the left at C3-4, there is left C4 nerve root compression; moderately severe right foraminal stenoses C4-5 and C6-7 with disc protrusion/osteophyte complexes. There is probable right C5 and right C7 nerve root compression.

7/8/14 EMG/NCS, an acute lesion of the C6, C7, C8 nerve roots on the right with special attention to C7; evidence of chronic C5, 6 findings bilaterally.

8/11/14 Michael Shouse, PT, the claimant demonstrates improved mobility of the cervical spine. Chief complaint of pain in the scapula have eliminated. The claimant still complains of pain at the occiput during cervical rotation.

10/14/14 Timothy Fullagar, MD, the claimant has neck and arm problems, and he had a previous ACDF at C5-6 in 2008. The diagnoses are noted as cervical spondylosis without myelopathy, cervical post-laminectomy syndrome, and cervical radiculopathy.

2/20/19 Kevin David Misischia, DO, the claimant has a medical history of osteoarthritis primarily involves the hips, knees, and spine and has been slowly progressive.

5/28/19 Kevin David Misischia, DO, Abilities Form, occasionally: lifting up to 10 lbs., sitting less than 1 hour, standing less than 1 hour, walking, fingering; never: lifting greater than 10 lbs., climbing, kneeling, bending.

10/31/19 Jami L. Reaves, DO, the claimant is seen for a skin biopsy of a small fiber neuropathy located on the right pretibial region and left pretibial region. The small fiber neuropathy is painful and moderate in severity has been present for years.

11/20/19 William Turney Williams, MD, the claimant is seen for chronic low back pain, which is described as radiating, sharp, aching, and radiating to above the right knee. On exam, there is mild restrictions in cervical rotation and extension; restricted cervical ROM; lumbar ROM: flexion 45 degrees, extension 15 degrees, rotation to the right ROM within normal limits, rotation to the left 15 degrees, right lateral bending is 15 degrees; On the right and left, there is diminished sensation in medial calf and ankle, lateral calf and lateral dorsum of foot, diminished sensation in plantar surface of the foot. All other bilateral lower extremity peripheral nerve sensation within normal limits. The claimant is unable to sit erect or to sit for any prolonged period of time secondary to discomfort, he is unable to wear socks or shoes. He is unable to return to active employment secondary to multiple complex complaints.

3/17/20 Kevin David Misischia, DO, the claimant has multiple medical conditions including small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy. The claimant states when sitting for long periods of time, his lower back gets weak and

the pain gets worse and begins to go down his hips and legs. Due to the neuropathy, swelling and pain in his feet, makes it difficult and impossible to wear socks and shows as his feet become warm and unbearable.

7/29/20 MRI of the Cervical Spine, C2-3 small broad-based disc osteophyte complex resulting in mild narrowing of the central spinal canal, there is mild bilateral uncovertebral DJD, greater on the left than the right; C3-4 small broad-based disc osteophyte complex with bilateral uncovertebral DJD resulting in moderate narrowing of the central spinal canal, the disc bulge abuts and slightly flattens the anterior aspect of the cervical cord at this level, there is moderate narrowing the right exiting neural foramina and severe narrowing left exiting neural foramina; C4-5 small broad-based disc osteophyte complex with bilateral uncovertebral DJD resulting in moderate narrowing of the central spinal canal, the disc bulge abuts and slightly flattens the anterior aspect of the cervical cord, there is moderate narrowing of both exiting neural foramina; C5-6 slight right paracentral osseous prominence which results in mild narrowing of the central spinal canal, there is minimal narrowing of the right exiting neural foramina; C6-7 small broad-based disc bulge with bilateral uncovertebral DJD, greater on the right than the left resulting in mild narrowing of the central spinal canal, the disc bulge appears to abut and slightly flatten the anterior aspect of the cervical cord, there is severe narrowing of the right exiting neural foramina and moderate narrowing left exiting neural foramina.

7/29/20 MRI of the Thoracic spine, mild scattered degenerative changes through the thoracic spine; 1.6 cm subcutaneous left mid-thoracic lesion favors the appearance of a small sebaceous cyst.

7/29/20 MRI of the Lumbar Spine, L1-2 small broad-based disc bulge with bilateral facet arthrosis resulting in moderate narrowing of the central spinal canal including narrowing of both lateral recesses; L2-3 small broad-based disc bulge with bilateral facet hypertrophy resulting in mild narrowing of the central spinal canal; L3-4 small-broad based disc bulge with bilateral facet hypertrophy resulting in minimal narrowing of the central spinal canal, there is mild/moderate narrowing of the right exiting neural foramina and left exiting neural foramina; L4-5 small broad-based disc osteophyte complex with bilateral facet arthrosis resulting in mild narrowing of the central spinal canal including mild narrowing of both lateral recesses, there is mild narrowing of both exiting neural foramina; L5-S1 small broad-based disc bulge with bilateral facet arthrosis resulting in mild narrowing of the central spinal canal, there is mild narrowing of the right exiting neural foramina and mild/moderate narrowing left exiting neural foramina.

9/23/20 Rebekah Crump Austin, MD, the claimant is seen for persistent severe low back pain with intermittent right lower extremity radiculopathy and dysesthesias times; and recurrent cervicalgia with bilateral upper extremity radiculopathy and dysesthesias s/p C5-6 ACDF in 2008. The claimant has constant numbness and tingling dysesthesias below the ankles in both feet and has previously been diagnosed with idiopathic peripheral neuropathy. He complains of frequent bilateral ankle swelling. He has a planned lumbar epidural steroid injection on 10/29/20. He had a trial dorsal column

stimulator in 2014 which offered no significant relief. He also complains cervicalgia as well as intermittent numbness and tingling and dysesthesias in both hands, right greater than left. On exam, the claimant has limited cervical ROM in bilateral lateral rotation and extension; well-healed left anterior cervical incisional scar; moderate lumbar paraspinous muscle spasms. He has somewhat antalgic gait. Right and left ankles have decreased sensation. The claimant is able to remain seated less than 1-2 hours and most frequently be able to work up to 4-5 hours per day, 2-3 days per week.

**DIAGNOSES:**

Idiopathic peripheral neuropathy, cervicalgia, neck pain

**CALL ATTEMPTS:**

[11/03/20 at 11:38] Phone call to Dr. Misischia. Left a message at Mountain Region Family Medicine on Dr. Kevin Misischia's nurse line.

[11/03/20 at 11:45] Phone call to Dr. Austin. Left a message at Ballad Health on Dr. Rebekah Austin's nurse line.

11/03/20, 12:33PM, return call - Angie stated per Dr. Misischia, to defer to the claimant's other treating providers for the review.

[11/04/20 at 09:13] Phone call to Dr. Austin. Left an additional message on Dr. Rebekah Austin's nurse line.

**RESPONSE TO QUESTIONS:**

**1. Please provide a review of the medical findings. Please state your findings upon review of the medical information.**

The claimant is a 60-year-old male with a medical history significant for idiopathic peripheral neuropathy, cervicalgia, low back pain. There is an MRI study of the lumbar spine dated 1/28/11 revealing L3-4 mild facet joint hypertrophy, moderate right foraminal stenosis and mild left foraminal stenosis; L4-5 mild concentric disc bulge and mild facet joint hypertrophy, mild narrowing to the left lateral recess, mild bilateral anterior/inferior foraminal stenosis; L5-S1 mild concentric disc bulge, mild facet joint hypertrophy and moderate stenosis neural foramen. An MRI study of the cervical spine dated 2/10/11 revealed prior anterior fusion of C5-6. Stable broad-posterior spondylotic change at C3-4 effacing the ventral thecal sac. This is most prominent in the left foraminal location where it is producing left neuroforaminal stenosis. Broad posterior spondylotic changes are present at C4-5 most prominent in the right preforaminal location, mild right neural foraminal narrowing, and questionable effacement of the ventral cervical cord at this level. There is right paracentral spur disc complex at C5-6 effacing the ventral thecal sac; and bilateral preforaminal spur-disc complex at C6-7 effacing the ventral thecal sac,

bilateral neural foraminal narrowing is present. An EMG/NCS dated 3/18/11 revealed evidence suggestive of early peripheral polyneuropathy involving the right LE. On 3/19/12, the claimant underwent percutaneous implantation of spinal cord stimulating electrode array- left and right. Pre-and post-operative diagnoses are idiopathic peripheral neuropathy, degenerative disc disease, lumbar spine, L2-3, L3-4, L4-5, L5-S1; bilateral lower extremity radiculitis without clear neural impingement; chronic pain syndrome with opiate dependency. On 6/20/13, Dr. Williams, saw the claimant for pain-related complaints. He notes numbness and pain in his fingertips bilaterally, feet bilaterally, as well as low back pain. He states that his hands are actually becoming more painful than his feet. He has relatively mild low back pain. On exam, he ambulates with an unencumbered gait, he has sensory deficit in fingertips bilaterally, all fingers, both feet and ankles. On 6/11/14, PA-C. Isaac N. O'Dell saw the claimant for neck pain, low back pain, and right upper extremity pain. The claimant eventually was unable to continue working secondary to the chronic back pain and also peripheral neuropathy. He states that approximately 6 weeks ago, he began having increasing pain in the right shoulder and also in his neck. The pain will sometimes extend on down to his arm, going through the biceps and into the thumb and index finger. On exam, there is low back pain, joint pain, neck stiffness, muscle cramps, hypersensitivity of feet and hands; muscle twitching and numbness/tingling. An CT scan of the cervical spine dated 6/20/14 revealed severe bony foraminal stenosis on the left at C3-4, there is left C4 nerve root compression; moderately severe right foraminal stenoses C4-5 and C6-7 with disc protrusion/osteophyte complexes. There is probable right C5 and right C7 nerve root compression. An EMG/NCS dated 7/8/14 revealed an acute lesion of the C6, C7, C8 nerve roots on the right with special attention to C7; evidence of chronic C5, 6 findings bilaterally. On 8/11/14, PT. Michael Shouse noted that the claimant demonstrates improved mobility of the cervical spine. Chief complaint of pain in the scapula have eliminated. The claimant still complains of pain at the occiput during cervical rotation. On 10/14/14, the claimant was seen by Dr. Fullagar for neck and arm problems, and he had a previous ACDF at C5-6 in 2008. The diagnoses are noted as cervical spondylosis without myelopathy, cervical post-laminectomy syndrome, and cervical radiculopathy. On 2/20/19, Dr. Misischia noted that the claimant has a medical history of osteoarthritis primarily involves the hips, knees, and spine and has been slowly progressive. In an abilities form dated 5/28/19, Dr. Misischia indicated restrictions and limitations as following: occasionally: lifting up to 10 lbs., sitting less than 1 hour, standing less than 1 hour, walking, fingering; never: lifting greater than 10 lbs., climbing, kneeling, bending. On 10/31/19, Dr. Reaves saw the claimant for a skin biopsy of a small fiber neuropathy located on the right pretibial region and left pretibial region. The small fiber neuropathy is painful and moderate in severity has been present for years. On 11/20/19, Dr. Williams saw the claimant for chronic low back pain, which is described as radiating, sharp, aching, and radiating to above the right knee. On exam, there is mild restrictions in cervical rotation and extension; restricted cervical ROM; lumbar ROM: flexion 45 degrees, extension 15 degrees, rotation to the right ROM within normal limits, rotation to the left 15 degrees, right lateral bending is 15 degrees; On the right and left, there is diminished sensation in medial calf and ankle, lateral calf and lateral dorsum of foot, diminished sensation in plantar surface of the foot. All other bilateral lower extremity peripheral nerve sensation within normal limits. The

claimant is unable to sit erect or to sit for any prolonged period of time secondary to discomfort, he is unable to wear socks or shoes. He is unable to return to active employment secondary to multiple complex complaints. On 3/17/20, Dr. Misischia indicated that the claimant has multiple medical conditions including small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy. The claimant states when sitting for long periods of time, his lower back gets weak and the pain gets worse and begins to go down his hips and legs. Due to the neuropathy, swelling and pain in his feet, makes it difficult and impossible to wear socks and shows as his feet become warm and unbearable. An MRI study of the cervical spine dated 7/29/20 revealed a loss of cervical lordosis, post-operative changes consistent with C5-6 ACDF; and advanced degenerative disc disease at C3-4 and C4-5. An MRI study of the thoracic spine dated 7/29/20 revealed mild multilevel degenerative disc disease. An MRI study of the lumbar spine dated 7/29/20 revealed severe multilevel degenerative disc disease most significant at L3-4, L4-5, and L5-S1. Most recently, on 9/23/20, Dr. Austin saw the claimant for persistent severe low back pain with intermittent right lower extremity radiculopathy and dysesthesias times; and recurrent cervicalgia with bilateral upper extremity radiculopathy and dysesthesias s/p C5-6 ACDF in 2008. The claimant has constant numbness and tingling dysesthesias below the ankles in both feet and has previously been diagnosed with idiopathic peripheral neuropathy. He complains of frequent bilateral ankle swelling. He has a planned lumbar epidural steroid injection on 10/29/20. He had a trial dorsal column stimulator in 2014 which offered no significant relief. He also complains cervicalgia as well as intermittent numbness and tingling and dysesthesias in both hands, right greater than left. On exam, the claimant has limited cervical ROM in bilateral lateral rotation and extension; well-healed left anterior cervical incisional scar; moderate lumbar paraspinous muscle spasms. He has somewhat antalgic gait. Right and left ankles have decreased sensation. The claimant is able to remain seated less than 1-2 hours and most frequently be able to work up to 4-5 hours per day, 2-3 days per week. In conclusion, the claimant has a history of both cervical and lumbar disease, status post cervical ACDF C4-5 in 2008, as well as small fiber peripheral neuropathy diagnosed in 2014 and confirmed by biopsy; he has been suffering from neck pain with radiation into both upper extremities, right greater than left, associated with cervical DDD with radiculopathy, and he has low back pain with radiation into lower extremities, right greater than left, associated with lumbar DDD; and accordingly, the restrictions and limitations are medically indicated below.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 09/12/2019 and forward.**

Sitting: Constantly, up to 90 minutes at a time, up to 8 hours per day
Standing: Occasionally, up to 20 minutes at a time, up to 2 hours per day
Walking: Occasionally, up to 15 minutes at a time, up to 2 hours per day
Lifting: Occasionally up to 10 lbs. BUE
Carrying: Occasionally up to 10 lbs. BUE
Pushing: Occasionally up to 10 lbs. BUE

Pulling: Occasionally up to 10 lbs. BUE
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Climbing stairs: Occasionally
Climbing ladders: Never
Reaching: Occasionally overhead; frequently desk and waist levels BUE
Using lower extremity for foot controls: occasionally BLE
Fine manipulation: occasionally RUE; frequently LUE
Simple and firm grasping: occasionally RUE; frequently LUE

**a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

The listed R&L's apply from 9/12/19 and beyond with re-assessment on or around 2/1/21.

**b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

The claimant is able to stand occasionally up to 20 minutes at a time, up to 2 hours per day; walk occasionally up to 15 minutes at a time, up to 2 hours per day; and sit constantly, up to 20 minutes at a time, up to 8 hours per day.

**3. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

On 9/23/20, Dr Austin indicated that the claimant is able to remain seated less than 1-2 hours and most frequently be able to work up to 4-5 hours per day, 2-3 days per week; however, I am unable to support a decision of inability to work or altered work hours as the claimant retains the capacity of activity and work with the listed R/L's.

Sincerely,

**Solomon Rojhani, M.D.**
**Physical Medicine & Rehabilitation**
**Interventional Pain & Spine Medicine**
**Medical License A145712**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC

E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Arnold Dixon
Claim Number: 1120006734
Case Number: 161106-1

"I, Solomon Rojhani, MD, am a physician duly licensed to practice medicine in the State of ___CA___________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_______________________________________________11/09/2020_______________
Signature of Physician Date

Medical/Professional License # ________ A145712_____________________________

Date: Mon Oct 19 15:15:52 CDT 2020
From: Jeff Booth <Jeff.Booth@lfg.com>
To:
Message-ID: <687222808.3.1603138552235.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1120006734 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jeff Booth**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2665
Fax: 402-501-9321
Email: Jeff.Booth@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

October 19, 2020

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This is to acknowledge receipt of your appeal for Long Term Disability benefits. We received your letter on 12/27/2013.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at 402-361-2665 with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Jeff Booth
402-361-2665
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2020 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Fax Cover Sheet

To: LINCOLN FINANCIAL GROUP

From: ARNOLD DIXON

Re: ATTN: SHERRI VANCE

Fax #: 402-361-1460 Pages: 23

Phone contact: 800-423-2765 EXT. 7970 Date: 10-15-20

POLICY # 000400000300202706
CLAIM # 1120006734

PAGE 1/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-16

Lincoln Financial Group

Please Return Response To:
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877-843-3950

## ABILITIES FORM

Patient Name: ARNOLD L. DIXON JR. Date of Birth:

Occupation: DISABLED Claim Number:

Date of Last Office Visit: 9/12/13 Date of Next Office Visit: 12-5-13

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: [signature] Date: 10/24/13

Provider Printed Name: William Williams Degree: ☒ MD ☐ DO Other

Specialty: Pain Medicine Phone:

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X less than | 4hrs/d | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☒ No Specify:

Specific Limitations or Restrictions not noted above: Unable to sit > 4hrs Can't kneel squat Considered Unemployable

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 10/24/13

Provider Printed Name: William Williams Degree: ☒ MD ☐ DO Other

Specialty: Pain Medicine Phone: 423 392 6690

Address: 2002 Pavilion Drive Kingsport TN



PAGE 5/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

Mountain Region
FAMILY
MEDICINE, PC

**Press Building Suite 2800**
**444 Clinchfield St. Ste. 201**
**Kingsport, TN 37660**
**423-230-2801**

***Sean J. Watson, M.D.***
***Carli J. Cooper, D.O.***
***Kevin D. Misischia, D.O.***
***Brent Baker, M.D.***

03/17/2020

RE: Arnold Dixon

*To Whom It May Concern,*

This is a letter in regards to Arnold Dixon, date of birth . Mr. Dixon has been a patient of mine since 2014. He has multiple medical conditions including small fiber peripheral neuropathy diagnosed by Dr. McDonald in 2014 and confirmed with biopsy. He has been followed by Dr. Turney Williams, MD prior to my association with Mr. Dixon. He has been disabled since 2011, and patient has been followed very closely by neurology, neurosurgery and pain Associates since. Patient states when sitting for long periods of time his lower back gets weak and the pain gets worse and begins to go down his hips and legs. Patient states that if he reclines the pain will lessen becoming more bearable but never goes away. The more pain he has the more exhausted he gets. As a result of staying in bed for long periods of time, the pain in his neck causes his arms to go to sleep and if he keeps them in a raised position such as typing at a keyboard, his arms will fall asleep and become difficult to move. Due to the neuropathy, swelling and pain in his feet, makes it difficult and impossible to wear socks and shoes as his feet become warm and unbearable. With medication, it does make it difficult, however, more tolerable. He does not feel that he is safe to drive on a regular basis as he becomes sleepy with the medications. He is compliant with all his medications. Prior to his disability, he was working days on end without sleep. Eventually it got worse to the point he was unable to continue gainful employment. In his own words "I would do anything to go back to work but it is literally impossible". I concur with the above after reviewing his entire chart in detail as well as the records prior to my caring for Mr. Dixon. Patient has always been compliant with my recommendations and the recommendations of my colleagues. If you could reconsider long-term disability it would be greatly appreciated. If you have any questions please feel free to contact me.

*Sincerely,*

Electronically Signed by: Kevin Misischia, D.O.

PAGE 6/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:1423990500? * DURATION (mm-ss):00-46

# Arnold Lee Dixon Jr. "Arnold Dixon"

Summary of Care, generated on Oct. 11, 2020

## Patient Demographics - Male; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | I (Mobile)<br>*000-000-0000 (Home)* | English - Written<br>*(Preferred)* | White or Caucasian / Not Hispanic or Latino | Married |

## Note from Ballad Health - Epic

This document contains information that was shared with Arnold Dixon Lee Dixon Jr.. It may not contain the entire record from Ballad Health - Epic.

## Reason for Visit

*MRI/CAT/PET Scan (Routine)*

| Status | Reason | Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|---|---|
| **Closed** | | Radiology | Diagnoses<br>Neck pain | Misischia, Kevin David, DO<br>444 CLINCHFIELD STREET<br>STE 201<br>Kingsport, TN 37660-3606<br>Phone: 423-230-2801<br>Fax: 423-239-7750 | |

## Encounter Details

| *Date* | *Type* | *Department* | *Care Team* |
|---|---|---|---|
| 07/29/2020 | Hospital Encounter | HVMC Radiology Department<br>103 W. Stone Drive<br>Kingsport, TN 37660-3220<br>423-224-5312 | **Misischia, Kevin David, DO**<br>444 CLINCHFIELD STREET<br>STE 201<br>Kingsport, TN 37660-3606<br>423-230-2801<br>423-239-7750 (Fax) |

## Allergies - documented as of this encounter (statuses as of 10/11/2020)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Penicillins | | | 06/18/2014 | hallucinate |

## Medications - documented as of this encounter (statuses as of 10/11/2020)

| Medication | Sig | Dispensed | Start Date | End Date | Status |
|---|---|---|---|---|---|
| HYDROcodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for pain. | | | | Active |
| pravastatin (PRAVACHOL) 10 MG *tablet* | Take 10 mg by mouth at bedtime. | | | | Active |
| lisinopril (PRINIVIL,ZESTRIL) 10 MG tablet | Take 10 mg by mouth daily. | | | 08/13/2020 | Discontinued |



PAGE 7/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14233906902 * DURATION (mm-ss):08-16

## Active Problems - documented as of this encounter (statuses as of 10/11/2020)

| Problem | Noted Date |
|---|---|
| Family history of cancer | 04/09/2017 |
| Family history of diabetes mellitus | 04/09/2017 |
| Family history of stroke | 04/09/2017 |
| Lumbar nerve root disorder | 03/21/2017 |
| Constipation due to slow movement through bowels | 06/13/2016 |
| Reflux gastritis | 06/13/2016 |
| Chronic narcotic dependence | 06/13/2016 |
| Ringing in the ears | 11/11/2013 |
| Hearing disorder | 11/11/2013 |
| Degeneration of lumbar or lumbosacral intervertebral disc | 11/11/2013 |
| High cholesterol | 10/16/2001 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Influenza, Unspecified Formulation | 03/24/2020 | |
| Tetanus | 05/12/2014 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Light Tobacco Smoker | | 0.25 | 0 | |

| Alcohol Use | Drinks/Week | oz/Week |
|---|---|---|
| No | | |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Male | |

| COVID-19 Exposure | Response | Date Recorded |
|---|---|---|
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 7/29/2020 8:53 AM EDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Start Date | End Date |
|---|---|---|---|---|
| HYDROcodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for pain. | | | |
| lisinopril (Zestril) 30 MG tablet | Take 30 mg by mouth daily. | | 05/23/2020 | |
| pantoprazole (Protonix) 40 MG tablet | Take 40 mg by mouth daily. | | 07/21/2020 | |
| pravastatin (PRAVACHOL) 10 MG tablet | Take 10 mg by mouth at bedtime. | | | |
| traMADol (Ultram) 50 MG tablet | Take 50 mg by mouth 2 (two) times a day as needed. | | 07/06/2020 | |



PAGE 8/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

## Plan of Treatment - documented as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 11/04/2020 | Office Visit | Neurosurgery | ***Austin, Rebekah Crump, MD***<br>410 North State of Franklin Rd. Suite 120<br>Johnson City, TN 37604<br>423-431-2350<br>423-431-2372 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| *Colorectal Screening* | | | |
| Flu Vaccine (#1) | **09/01/2020** | 03/24/2020 | |



PAGE 9/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

## Results - documented in this encounter

MRI SPINE CERVICAL WO CONTRAST (MRI CERVICAL SPINE WITHOUT CONTRAST) - Final result (07/29/2020 10:56 AM EDT)

Specimen

Impressions | Performed At

IMPRESSION:
*Scattered degenerative and postoperative changes through the cervical spine as above.*

Report dictation location: BRDSRAD1

Narrative | Performed At

EXAM DESCRIPTION:
*MRI CERVICAL SPINE WITHOUT CONTRAST: 7/29/2020*

CLINICAL INFORMATION:
The patient is a 60 y/o M with Cervicalgia

COMPARISON:
Prior cervical spinal CT dated August 17, 2015

*TECHNIQUE:*
Multiplanar, multi-sequence MR imaging of the cervical spine was performed without IV contrast.

FINDINGS:
*There is artifact associated with the C5-C6 anterior cervical spinal fusion hardware. Cervical vertebral body heights* and alignment are grossly maintained. There is grossly normal marrow signal demonstrated through the cervical spine. The precervical soft tissues appear to be within normal limits.Limited imaging through the posterior fossa is within normal limits.The cervical cord is normal in configuration and signal characteristics.

C2-C3: There is a small broad-based disc osteophyte complex which results in mild narrowing of the central spinal canal. There is mild bilateral uncovertebral DJD, greater on the left than the right. No significant exiting neural foraminal stenosis is seen.

C3-C4: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord at this level. There is moderate narrowing the right exiting neural foramina and severe narrowing left exiting neural foramina.

C4-C5: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord. There is moderate narrowing of both exiting neural foramina.

C5-C6: There is a slight right paracentral osseous prominence which results in mild narrowing of the central spinal canal. There is minimal narrowing of the right exiting neural foramina. No significant left exiting neural foraminal stenosis is seen

C6-C7: There is a small broad-based disc bulge with bilateral uncovertebral DJD, greater on the right than the left. These changes result in mild narrowing of the central spinal canal. The disc bulge appears to abut and slightly flatten the anterior aspect of the cervical cord. There is severe narrowing of the right exiting neural foramina and moderate narrowing left exiting neural foramina.

C7-T1: No significant degenerative abnormality.

Procedure Note

**Interface, Lab In Hlseven - 07/29/2020 11:09 AM EDT**
EXAM DESCRIPTION:
MRI CERVICAL SPINE WITHOUT CONTRAST: 7/29/2020

CLINICAL INFORMATION:
The patient is a 60 y/o M with Cervicalgia

COMPARISON:
Prior cervical spinal CT dated August 17, 2015



PAGE 10/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):00-45

TECHNIQUE:
Multiplanar, multi-sequence MR imaging of the cervical spine was performed without IV contrast.

*FINDINGS:*
There is artifact associated with the C5-C6 anterior cervical spinal fusion hardware. Cervical vertebral body heights and alignment are grossly maintained. There is grossly normal marrow signal demonstrated through the cervical spine. The precervical soft tissues appear to be within normal limits.Limited imaging through the posterior fossa is within normal limits.*The cervical cord is normal in configuration and signal characteristics.*

C2-C3: There is a small broad-based disc osteophyte complex which results in mild narrowing of the central spinal canal. There is mild bilateral uncovertebral DJD, greater on the left than the right. No significant exiting neural foraminal stenosis is seen.

C3-C4: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord at this level. There is moderate narrowing the right exiting neural foramina and severe narrowing left exiting neural foramina.

C4-C5: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord. There is moderate narrowing of both exiting neural foramina.

*C5-C6: There is a slight right paracentral osseous prominence which results in mild* narrowing of the central spinal canal. There is minimal narrowing of the right exiting neural foramina. No significant left exiting neural foraminal stenosis is seen

*C6-C7: There is a small broad-based disc bulge with bilateral uncovertebral DJD, greater on the right than the left.* These changes result in mild narrowing of the central spinal canal. The disc bulge appears to abut and slightly flatten the anterior aspect of the cervical cord. There is severe narrowing of the right exiting neural foramina and moderate narrowing left exiting neural foramina.

C7-T1: No significant degenerative abnormality.

IMPRESSION:
IMPRESSION:
Scattered degenerative and postoperative changes through the cervical spine as above.

Report dictation location: BRDSRAD1

MRI SPINE THORACIC WO CONTRAST (MRI THORACIC SPINE WITHOUT CONTRAST) - Final result (07/29/2020 10:56 AM EDT)

Specimen

| Impressions | Performed At |
|---|---|
| IMPRESSION:<br>Mild scattered degenerative changes through the thoracic spine.<br><br>1.6 cm subcutaneous left midthoracic lesion favors the appearance of a small sebaceous cyst.<br><br>*Report dictation location: BRDSRAD1* | |

| Narrative | Performed At |
|---|---|
| EXAM DESCRIPTION:<br>MRI THORACIC SPINE WITHOUT CONTRAST: 7/29/2020<br><br>CLINICAL INFORMATION:<br>The patient is a 60 y/o M with Annular tear of lumbar disc | |

COMPARISON:
None available.

TECHNIQUE:
Multiplanar, multi-sequence surface-coil MR imaging of the thoracic spine was performed without IV contrast.

FINDINGS:
There appears to be a marker positioned along the posterior midthoracic spine at approximately the level of the T6 *spinal segment. There is a heterogeneous* low T1/high T2 signal fairly well-defined 1.6 cm subcutaneous lesion positioned slightly left of midline at the level of the T5-T6 disc space. This small lesion favors a sebaceous cyst.There are couple of T1/T2 hyperintense lesions scattered through the thoracic spine which favor small hemangiomas.The thoracic cord is normal in configuration and signal characteristics. There are scattered mild degenerative changes through the thoracic spine. These include a tiny disc bulge at T11-T12 which results in minimal narrowing of the central spinal canal. *No significant exiting neural foraminal stenosis is seen.*

Limited imaging through the chest and retroperitoneum is within normal limits.

Procedure Note

**Interface, Lab In Hlseven - 07/29/2020 11:15 AM EDT**
EXAM DESCRIPTION:
*MRI THORACIC SPINE WITHOUT CONTRAST: 7/29/2020*

CLINICAL INFORMATION:
The patient is a 60 y/o M with Annular tear of lumbar disc

COMPARISON:
None available.

TECHNIQUE:
Multiplanar, multi-sequence surface-coil MR imaging of the thoracic spine was performed without IV contrast.

FINDINGS:
There appears to be a marker positioned along the posterior midthoracic spine at approximately the level of the T6 spinal segment. There is a heterogeneous low T1/high T2 signal fairly well-defined 1.6 cm subcutaneous lesion positioned slightly left of midline at the level of the T5-T6 disc space. This small lesion favors a sebaceous cyst.There are couple of T1/T2 hyperintense lesions scattered through the thoracic spine which favor small hemangiomas.The thoracic cord is normal in configuration and signal characteristics. There are scattered mild degenerative changes through the thoracic spine. These include a tiny disc bulge at T11-T12 which results in minimal narrowing of the central spinal canal. No significant exiting neural foraminal stenosis is seen.

Limited imaging through the chest and retroperitoneum is within normal limits.

IMPRESSION:
IMPRESSION:
Mild scattered degenerative changes through the thoracic spine.

*1.6 cm subcutaneous left midthoracic lesion favors the appearance of a small sebaceous cyst.*

Report dictation location: BRDSRAD1

MRI SPINE LUMBAR WO CONTRAST (MRI LUMBAR SPINE WITHOUT CONTRAST) - Final result (07/29/2020 10:56 AM EDT)

*Specimen*

| Impressions | Performed At |
|---|---|

IMPRESSION:
Scattered multilevel degenerative changes through the lumbar spine as above-fairly similar when compared to the



PAGE 12/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906802 * DURATION (mm-ss):08-45


Lincoln/Dixon 0260

prior exam.

Report dictation location: BRDSRAD1

Narrative | Performed At

EXAM DESCRIPTION:
MRI LUMBAR SPINE WITHOUT CONTRAST; 7/29/2020

CLINICAL INFORMATION:
The patient is a 60 y/o M with M51.36 .

COMPARISON:
Prior lumbar spinal MRI dated April 6, 2017

TECHNIQUE:
Multiplanar, multi sequence surface coil MR imaging of the lumbar spine was performed without IV contrast.

FINDINGS:
Lumbar vertebral body heights and alignment are grossly maintained.There are mild reactive changes involving the inferior endplates of L3 and L4 as well as the superior endplates of L4, L5, S1. Marrow signal through the lumbar spine is otherwise within normal limits. The spinal cord terminates in normal morphology at the level of the L1 pedicle. Limited imaging through the retroperitoneum does not reveal any significant abnormality.

T12-L1: No significant degenerative abnormality.

L1-L2: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in moderate narrowing of the central spinal canal including narrowing of both lateral recesses. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L2-L3: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in mild narrowing of the central spinal canal. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L3-L4: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in minimal narrowing of the central spinal canal. There is mild/moderate narrowing of the right exiting neural foramina and left exiting neural foramina. These changes are similar when compared to the prior exam.

L4-L5: There is a small broad-based disc osteophyte complex with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal including mild narrowing of both lateral recesses. There is mild narrowing of both exiting neural foramina. These changes are similar when compared to the prior exam.

L5-S1: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal. There is mild narrowing of the right exiting neural foramina and mild/moderate narrowing left exiting neural foramina. These changes are similar when compared to the prior exam.

Procedure Note

**Interface, Lab In Hlseven - 07/29/2020 11:22 AM EDT**
EXAM DESCRIPTION:
MRI LUMBAR SPINE WITHOUT CONTRAST; 7/29/2020

CLINICAL INFORMATION:
The patient is a 60 y/o M with M51.36 .

COMPARISON:
Prior lumbar spinal MRI dated April 6, 2017

TECHNIQUE:
Multiplanar, multi sequence surface coil MR imaging of the lumbar spine was performed without IV contrast.

FINDINGS:
Lumbar vertebral body heights and alignment are grossly maintained.There are mild reactive changes involving the inferior endplates of L3 and L4 as well as the superior endplates of L4, L5, S1. Marrow signal through the lumbar spine is otherwise within normal limits. The spinal cord terminates in normal morphology at the level of the L1 pedicle. Limited imaging through the retroperitoneum does not reveal any significant abnormality.

T12-L1: No significant degenerative abnormality.

L1-L2: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in moderate narrowing of the central spinal canal including narrowing of both lateral recesses. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L2-L3: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in mild narrowing of the central spinal canal. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L3-L4: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in minimal narrowing of the central spinal canal. There is mild/moderate narrowing of the right exiting neural foramina and left exiting neural foramina. These changes are similar when compared to the prior exam.

L4-L5: There is a small broad-based disc osteophyte complex with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal including mild narrowing of both lateral recesses. There is mild narrowing of both exiting neural foramina. These changes are similar when compared to the prior exam.

L5-S1: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal. There is mild narrowing of the right exiting neural foramina and mild/moderate narrowing left exiting neural foramina. These changes are similar when compared to the prior exam.

IMPRESSION:
IMPRESSION:
Scattered multilevel degenerative changes through the lumbar spine as above-fairly similar when compared to the prior exam.

Report dictation location: BRDSRAD1

## Visit Diagnoses - documented in this encounter

| Diagnosis |
| --- |
| Degeneration of lumbar or lumbosacral intervertebral disc |
| Annular tear of lumbar disc |
| Neck pain |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
| --- | --- | --- | --- | --- | --- | --- |
| BLUE CROSS BLUE SHIELD MANAGED CARE | BLUE CROSS TN NETWORK S | xxxxxxxx4649 | 1/1/2016-Present | | | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
| --- | --- | --- | --- | --- | --- |
| Dixon,Arnold Lee Jr. | Personal/Family | Self | | 000-000-0000 (Home) | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| Cathy Dixon | | (Home) | Spouse, Emergency Contact |



PAGE 14/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:1423900[illegible]

## Document Information

Primary Care Provider
**Kevin David Misischia DO** (May 22, 2014 - Present)
*423-230-2801 (Work)*
423-239-7750 (Fax)
444 CLINCHFIELD STREET
STE 201
Kingsport, TN 37660-3606
Family Medicine
**Ballad Health - Epic**
303 Med Tech Pkwy
Johnson City, TN 37604

Other Service Providers

Document Coverage Dates
Jul. 29, 2020

Custodian Organization
***Ballad Health - Epic***
303 Med Tech Pkwy
Johnson City, TN 37604

Encounter Providers
**Kevin David Misischia DO** (Attending)
423-230-2801 (Work)
423-239-7750 (Fax)
444 CLINCHFIELD STREET
STE 201
Kingsport, TN 37660-3606
*Family Medicine*

Encounter Date
Jul. 29, 2020



PAGE 15/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:142399n6902 * DURATION (mm-ss):08-15

# Dixon, Arnold Lee Jr.

MRN: 00170871

**Office Visit** 9/23/2020
BHMA NEUROSURG IC

Provider: Rebekah Crump Austin, MD (Neurosurgery)
Primary diagnosis: Radiculopathy of lumbosacral region
Reason for Visit: Back Pain; Referred by Kevin David Misischia, DO

## Progress Notes

Rebekah Crump Austin, MD (Physician) • Neurosurgery

| | | | |
|---|---|---|---|
| Patient Name: | **Dixon, Arnold** | Today's Date: | **9/23/2020** |
| Preferred Name | **Arnold Dixon** | Date of Encounter: | **9/23/2020** |
| Patient MRN / CSN: | **00170871 / 10071215360** | Appt. Time: | **9:00 AM EDT** |
| Patient Age / DOB: | **60-year old /** | Encounter Provider: | **Rebekah C Austin, MD** |
| Referring Physician: | **Misischia, Kevin David,*** | | |

*Arnold Dixon Lee Dixon Jr. is a 60-year old who is being seen today for Back Pain*

Chief complaint: 1. Persistent severe low back pain with intermittent right lower extremity radiculopathy and dysesthesias times greater than 30 years duration, somewhat improved. 2. Recurrent cervicalgia with bilateral upper extremity radiculopathy and dysesthesias status post C5-6 ACDF in 2008, unchanged.

History of present illness: Mr. Dixon is a 60-year-old left-handed male with a past medical history significant for hypertension, GERD, idiopathic peripheral neuropathy, and depression who presents with a greater than 30 year history of increasingly severe low back pain with bilateral lower extremity radiculopathy and dysesthesias as well as recurrent cervicalgia with bilateral upper extremity radiculopathy. His primary complaint continues to be his lower back symptoms which have progressively worsened over the past 30 years. He denies antecedent trauma. He states that his pain has become increasingly constant and severe and presently ranges between 8 and 10/10 in intensity. His pain is exacerbated by prolonged sitting or minimal exertion. 60% of his pain is confined to his lower back and is constant in nature. The remainder radiates intermittently into his bilateral hips, anterior thighs, and shins. His right lower extremity is affected much more than his left. He has constant numbness and tingling dysesthesias below the ankles in both feet and has previously been diagnosed with idiopathic peripheral neuropathy. He complains of frequent bilateral ankle swelling. His pain and dysesthesias interfere with his ability to ambulate. He is able to sit for less than 1 hour before having to stand in reposition himself due to pain. He denies bowel or bladder incontinence. He completed a course of physical therapy which seemed to worsen his symptoms. Intramuscular injections of Toradol and Solu-Medrol gave him less than 1 day of partial relief. He has had lumbar epidural steroid injections in the past which have offered no significant relief. He has a planned lumbar epidural steroid injection on 10/29/2020. He had a trial dorsal column stimulator in 2014 which offered no significant relief. His primary care provider prescribes hydrocodone 10/325 as well as tramadol 50 mg p.o. q.6 hours p.r.n. which offers him minimal relief. He has been tried on gabapentin and Lyrica in the past for peripheral neuropathy but had significant slight affects including somnolence and throat swelling so these medications were discontinued.



PAGE 16/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-16

Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

To whom it may concern,

I would like to start off by saying thank you for giving me an extension to get everything in for my final administration appeal. Due to the pandemic it has been very hard to get things scheduled. I am writing this letter to appeal the letter I received dated December 19, 2019. I am still in the middle of tests but I need to move forward because I can't continue with the testing and such because of the financial strain it will put on me and my family until I get this resolved.

Along with this letter I am including the following:
- Notice of Decision letter from the Social Security Administration (SSA)
- An Abilities Form from Dr. Turney Williams
- A letter of recommendation from Dr. Kevin Misischia
- Results of my MRI on my cervical, thoracic and lumbar spine
- Report with recommendations from Dr. Rebekah Austin

In the letter from Lincoln Financial Group (LFG) dated October 17, 2019 it was stated *"there are no documented side effects to any medications"*. In the letters I have sent I have stated that my medications make me sleepy. I am taking hydrocodone (1 dose 2x per day), tramadol (1 dose once a day) and tried gabapentin. The hydrocodone and tramadol *make me drowsy by themselves and taking the gabapentin with them literally knocks me out. When I was working and* tried the gabapentin I could not drive after taking the gabapentin so I had to take it after I got to work and it made me so sleepy I could not work. All three of these meds are known to have common side effects of drowsiness and/or dizziness. Also, I have most recently been prescribed hyoscyamine to take as needed by my gastro doctor, which also can cause dizziness and/or drowsiness.

In another letter from LFG dated December 19, 2019 Dr. Parrillo states *"the claimant's cervical spine fusion surgery has resulted in a chronic pain condition known as "post-laminectomy syndrome"*. While I may very well have pain caused by the surgery, the MRI clearly shows I have other areas of my neck that has problems also, it clearly seems Dr. Parrillo agrees I do have chronic pain in my neck. Also, Dr. Parrillo says *"the claimant will have difficulty with remaining in a fixed position for a prolonged period of time"*. I would like to know why sitting is not considered a fixed position and why six to eight hours is not considered a prolonged period of time? Next he states *"the following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery)"*. He is *unclear of the date because I never had surgery in 2014, the only surgery I had was in 2008.* When I applied for disability in 2011 why this was never brought up at that time? Until last year (8 years after I had been approved) this was never even mentioned. In this same letter it states "The findings showed normal epidermal nerve fiber density", the findings showed "low normal" which are not normal so there is something there, this goes along with the EMG in 2011 that showed signs of neuropathy and the biopsy in 2014 that showed "abnormal" and I am still being tested for neuropathy.

In short I am asking you to reactivate my benefits since they were cancelled in September of 2019 based on the following:

- The Notice of Decision letter stating they approved my disibilty based on medical requirements
- *The abilities form from Dr. Turney Williams stating that I cannot sit more than 4 hours and would be* considered unemployable
- The letter of recommendation from Dr. Misischia asking you to reconsider restoring my benefits based on medical reasons
- The results of a recent MRI showing multiple problems in the cervical and lumbar spine areas
- The report from Dr. Austin of whom I have seen most recently and states I have to sit for less that and hour or two at a time for no more than 4-5 hours a day and no more than 2 or 3 days per week

PAGE 17/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-16

- Multiple doses of narcotics per day
- Ongoing diagnoses of neuropathy
- Also it sounds like Dr. Parrillo agrees or at least not disputing that I have chronic pain

For these reasons I do not understand why LFG would deny my benefits based on one doctors opinion (a doctor that has never seen me or even talked to me) over 3 doctors that have seen me routinely and an MRI report that shows significant problems. I don't understand why I have to and have had to go through this hardship of being without my benefits along with having to spend several thousands of dollars to prove something that shouldn't even be a question which my doctors have agreed with me on. If I had only one problem I could understand the doubt but with the multiple issues I have I just don't understand it and again several of the doctors I have seen have said the same thing.

Based on this info and proof that I have provided I would ask you to please reconsider restoring my benefits.

Thank you,

Arnold Dixon

The patient also complains of a greater than 15 year history of cervicalgia. He previously underwent C5-6 ACDF in 2008 by Dr. Austin with good relief of his symptoms. He states that his pain gradually recurred 8 years ago and has become increasingly severe. Presently, his cervical pain averages 4 to 8/10 in intensity. 90% of his pain is confined to his cervical spine. He has occasional pain radiating into his bilateral biceps and forearms. His left and right upper extremity are affected equally. He has intermittent numbness and tingling dysesthesias in both hands, right greater than left. He denies a loss of dexterity. He completed a course of physical therapy which seemed to worsen his symptoms. He had a cervical epidural steroid injection in 2014 which seemed to offer him partial relief. His primary care provider prescribes *hydrocodone 10/325 as well as tramadol 50 mg p.o. q.6 hours p.r.n.* which offers him only partial relief. The patient presents today for clinical reassessment and to discuss ongoing treatment options.

Past medical history: Hypertension, GERD, idiopathic peripheral neuropathy, depression.

Past surgical history: Tonsillectomy, *C5-6 ACDF* by *Dr. Austin in 2008, dorsal column* stimulator trial in 2014.

Social history: He has a remote history of tobacco abuse "off and on". He quit smoking 40 years ago. He denies use of alcohol or illicit drugs. He became disabled in 2011 secondary to the lower back pain and peripheral neuropathy. He previously worked as a manager and service technician.

Family history: His father died at the age of 94 following complications of a hip fracture with comorbid hypertension. His mother died at the age of 57 secondary to colon cancer. He has a 68-year-old sister with irritable bowel syndrome and peripheral neuropathy. He has a 75-year-old sister with hypertension. He has a sister who died at the age of 66 secondary to breast cancer with comorbid irritable bowel syndrome. He has a 32-year-old son who is alive and well. He has a 35-year-old daughter with a history of colitis. He has a grandson who died as a neonate secondary to congenital malformation. He has 2 grandchildren who are alive and well. He has a nephew who died at the age of 57 secondary to MEN 1 syndrome and history of pancreatitis.

An MRI of the cervical spine dated 7/29/2020 was reviewed. There is loss of cervical lordosis. There are postoperative changes consistent with C5-6 ACDF. The interbody graft and *instrumentation appear well positioned and arthrodesis appears complete and mature.* There is no significant residual stenosis. There is advanced degenerative disc disease at C3-4 and C4-5.

An MRI of the thoracic spine dated 7/29/2020 revealed mild multilevel degenerative disc disease. There is no significant central canal or foraminal stenosis at any level.

An MRI of the lumbosacral spine dated 7/29/2020 was reviewed. There is loss of lumbar lordosis. There is severe multilevel degenerative disc disease most significant at L3-4, L4-5, and L5-S1. There is no severe central canal or foraminal stenosis at any level.

**Allergies Include:** Penicillins

**Outpatient Encounter Medications as of 9/23/2020**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • HYDROcodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for pain. | | |



PAGE 19/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:1423990690? * DURATION ...

| | |
|---|---|
| • lisinopril (Zestril) 30 MG tablet | Take 30 mg by mouth daily. |
| • pantoprazole (Protonix) 40 MG tablet | Take 40 mg by mouth daily. |
| • pravastatin (PRAVACHOL) 10 MG tablet | Take 10 mg by mouth at bedtime. |
| • traMADol (Ultram) 50 MG tablet | Take 50 mg by mouth 2 (two) times a day as needed. |
| • cyclobenzaprine (Flexeril) 10 MG tablet | Take by mouth. |
| • escitalopram (Lexapro) 10 MG tablet | Take by mouth. |

Last reviewed on 9/23/2020 9:17 AM by Rebekah Crump Austin, MD

***Past Medical History:***

| Diagnosis | Date |
|---|---|
| • Degenerative disc disease | |
| • Hypertension | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Mother | |
| • No Known Problems | Father | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | |
| • *TONSILLECTOMY* | | |

**Social History**

Substance and Sexual Activity

| | |
|---|---|
| Alcohol Use | No |

**Social History**

Tobacco Use

| | |
|---|---|
| Smoking Status | Light Tobacco Smoker |
| • Packs/day: | 0.25 |
| • Years: | 0.00 |
| • Pack years: | 0.00 |
| Smokeless Tobacco | Never Used |

***Social History***

Substance and Sexual Activity

| | |
|---|---|
| Drug Use | No |

Review of Systems
Constitutional: Positive for activity change and fatigue.
HENT: Positive for tinnitus.



PAGE 20/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):09-15

Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Positive for leg swelling.
Gastrointestinal: Positive for abdominal distention, abdominal pain, constipation and diarrhea.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, gait problem, neck pain and neck stiffness.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Positive for numbness.
Hematological: Negative.
Psychiatric/Behavioral: Positive for sleep disturbance.
All other systems reviewed and are negative.

Depression Assessment Review:
No documentation.

Vital Signs & Measurements Taken This Encounter
*Measurements Weight: 115.7 kg (255 lb), Height: 6' 5" (195.6 cm),* BSA (Calculated - sq m): 2.48 sq meters, BMI (Calculated): 30.2

Vitals BP: 148/81, BP Location: Left arm, Patient Position: Sitting, Pulse: 61, Respiratory Rate: 16

No LMP for male patient.

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Speech: speech is normal
Level of consciousness: alert
**Appears somewhat uncomfortable and frequently shifts his seated position to gain a position of comfort**

Motor Exam
Muscle bulk: normal
Overall muscle tone: normal

Strength
Strength 5/5 throughout.
**Limited cervical range of motion in bilateral lateral rotation and extension**
**Well-healed left anterior cervical incisional scar**
**Moderate lumbar paraspinous muscle spasms**
**Negative straight leg raise bilaterally**
**No pain with inversion or eversion of the hips**



PAGE 21/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: decreased from ankle
Left leg light touch: decreased from ankle
Right arm pinprick: normal
Left arm pinprick: normal
Right leg pinprick: decreased from ankle
Left leg pinprick: decreased from ankle

*Gait, Coordination, and Reflexes*

Gait
Gait: wide-based

Tremor
Resting tremor: absent

Reflexes
Reflexes 2+ except as noted.
Right triceps: 1+
Left triceps: 1+
Right achilles: 1+
Left achilles: 1+
Right plantar: normal
Left plantar: normal
Right Hoffman: absent
Left Hoffman: absent
Right ankle clonus: absent
Left ankle clonus: absent
**Somewhat antalgic gait**
**Visual inspection of his head, torso, bilateral upper and lower extremities reveal no evidence of clubbing, cyanosis, or edema**

**Assessment & Plan**
**Patient Active Problem List**
*Diagnosis*
- Tinnitus
- Cervical post-laminectomy syndrome
- Slow transit constipation
- Sensory hearing loss, bilateral
- Reflux gastritis
- Pure hypercholesterolemia
- Peripheral neuropathy
- Osteoarthritis
- Malaise and fatigue
- Lumbar radiculopathy
- Hyperlipidemia
- Family history of malignant neoplasm
- Family history of diabetes mellitus
- Family history of cerebrovascular accident (CVA)
- Depression, major, recurrent, moderate (HCC)
- DDD (degenerative disc disease), lumbar



PAGE 22/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

- Chronic narcotic dependence (HCC)
- Cervical spondylosis without myelopathy
- Benign essential hypertension
- Backache
- Anxiety

**Problem List Items Addressed This Visit**

None

**Other Visit Diagnosis**

**Radiculopathy of lumbosacral region** - Primary

Relevant Orders

EMG/Nerve Conduction

**Spondylosis without myelopathy or radiculopathy, cervical region**
**Other specified postprocedural states**
**Peripheral neuropathic pain**

Relevant Orders

EMG/Nerve Conduction

**Orders Placed This Encounter**
**Procedures**

- EMG/Nerve Conduction

| | |
|---|---|
| Standing Status: | Future |
| *Standing Expiration Date:* | *9/23/2021* |
| Order Specific Question: | Limb(s) to test |
| Answer: | Right Lower Limb |
| Order Specific Question: | Limb(s) to test |
| Answer: | Left Lower Limb |

Recommendations:

1. I have reviewed Mr. Dixon's clinical presentation and extensive radiographic imaging with him at length. His lower back pain has remained severe with intermittent right lower extremity radiculopathy and dysesthesias which significantly impacts his mobility and ability to perform activities of daily living. His pain has persisted despite extensive conservative treatment and a dorsal column stimulator trial in 2014. He remains on narcotic pain medications. We have discussed a continuation of conservative measures versus a new dorsal column stimulator trial. The patient is presently considering these treatment options.
2. I have ordered bilateral lower extremity EMG and PNCVs to evaluate his radiculopathy and progression of peripheral neuropathy.
3. The patient will follow through with his pain management specialist for lumbar epidural steroid injections on 10/29/2020.
4. The patient will continue his current pain medication regimen as outlined by his primary care provider. I have made no changes to his medication management.
5. The patient is encouraged to continue a home stretching exercise regimen as tolerated.
6. The patient will follow up in 6-8 weeks for clinical reassessment. We will discuss his response to conservative measures and determine if additional treatment options are suitable



PAGE 23/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

at that time. We discussed the dorsal column stimulator technology has significantly improved since his last stimulator trial. The patient may wish to consider an additional stimulator trial to help mitigate his pain.
7. The patient expressed concern about his suitability to return to work beyond a sedentary work environment. Based on his ongoing pain, limited mobility, and daily use of narcotics, my recommendation is to continue a sedentary work restrictions. The patient is able to remain seated less than 1-2 hours and most frequently be able to shift his seated position or stand and reposition. I would expect the patient would be able to work up to 4-5 hours per day, 2-3 days *per week*.

Return in about 6 weeks (around 11/4/2020).

Referring Provider (if known): Misischia, Kevin David,*

## Instructions

Return in about 6 weeks (around 11/4/2020).

## Additional Documentation

| | |
|---|---|
| *Vitals:* | *BP 148/81 Pulse 61 Ht 6' 5" (1.956 m) Wt 115.7 kg (255 lb) BMI 30.24 kg/m² BSA 2.48 m²* |
| Flowsheets: | Infection Screening, Amb Complex Vitals Nav, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## New Media

Scan on 10/1/2020 12:27 PM: EMG RESULTS

## Encounter Status

Closed by Rebekah Crump Austin, MD on 9/23/20 at 09:49

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 148/81 Pulse 61 Ht 6' 5" (1.956 m) Wt 115.7 kg (255 lb) BMI 30.24 kg/m² BSA 2.48 m² |
| Flowsheets: | Infection Screening, Amb Complex Vitals Nav, Anthropometrics |
| Encounter Info: | Case Request Report |

## Orders Placed

EMG/Nerve Conduction

## Medication Changes

As of 9/23/2020 9:17 AM

None

## Visit Diagnoses

Radiculopathy of lumbosacral region M54.17
Spondylosis without myelopathy or radiculopathy, cervical region M47.812
Other specified postprocedural states Z98.890
Peripheral neuropathic pain M79.2



PAGE 24/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

SOCIAL SECURITY ADMINISTRATION
***RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE***
Notice of Decision

ARNOLD LEE DIXON, JR

Telephone: (888) 487-0161
Date: July 12, 2012
Claim Number:

As a result of our additional review, we are able to make a fully favorable medical decision and find that you meet the medical requirements for disability benefits. The onset of your disability is established as of 07/08/2011. Therefore, it is not necessary to have your case decided at the hearing level. We have not yet made a decision about whether you meet the non-medical requirements, but we will make that decision soon. You will soon get two notices. The payment notice will inform you about the amount of your payments if you meet the nonmedical requirements. The dismissal notice will inform you that the Office of Disability Adjudication and Review dismissed your hearing because we are able to make a fully favorable medical determination.

If you agree with our revised determination, you need to take no further action and your hearing request will be dismissed. If you disagree with our revised determination, you may request that the Office of Disability Adjudication and Review proceed with your pending request for hearing. Your request must be in writing and filed **within 60 days** from the mailing date of the dismissal notice. You may file your request with any Social Security Office.

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (888) 487-0161. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2401 SOUTH WILCOX DR
KINGSPORT TN 37660-7395

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

(SSA-L8561)

NFM-G02-1 NFM G02 (03/12)

PAGE 4/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:1423990690? * DURATION ...

Policy Number: 000400003300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

To whom it may concern,

I would like to start off by saying thank you for giving me an extension to get everything in for my final administration appeal. Due to the pandemic it has been very hard to get things scheduled. I am writing this letter to appeal the letter I received dated December 19, 2019. I am still in the middle of tests but I need to move forward because I can't continue with the testing and such because of the financial strain it will put on me and my family until I get this resolved.

Along with this letter I am including the following:
- Notice of Decision letter from the Social Security Administration (SSA)
- An Abilities Form from Dr. Turney Williams
- A letter of recommendation from Dr. Kevin Misischia
- Results of my MRI on my cervical, thoracic and lumbar spine
- Report with recommendations from Dr. Rebekah Austin

In the letter from Lincoln Financial Group (LFG) dated October 17, 2019 it was stated *"there are no documented side effects to any medications"*. In the letters I have sent I have stated that my medications make me sleepy. I am taking hydrocodone (1 dose 2x per day), tramadol (1 dose once a day) and tried gabapentin. The hydrocodone and tramadol make me drowsy by themselves and taking the gabapentin with them literally knocks me out. When I was working and tried the gabapentin I could not drive after taking the gabapentin so I had to take it after I got to work and it made me so sleepy I could not work. All three of these meds are known to have common side effects of drowsiness and/or dizziness. Also, I have most recently been prescribed hyoscyamine to take as needed by my gastro doctor, which also can cause dizziness and/or drowsiness.

In another letter from LFG dated December 19, 2019 Dr. Parrillo states *"the claimant's cervical spine fusion surgery has resulted in a chronic pain condition known as "post-laminectomy syndrome"*. While I may very well have pain caused by the surgery, the MRI clearly shows I have other areas of my neck that has problems also, it clearly seems Dr. Parrillo agrees I do have chronic pain in my neck. Also, Dr. Parrillo says *"the claimant will have difficulty with remaining in a fixed position for a prolonged period of time"*. I would like to know why sitting is not considered a fixed position and why six to eight hours is not considered a prolonged period of time? Next he states *"the following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery)"*. He is unclear of the date because I never had surgery in 2014, the only surgery I had was in 2008. When I applied for disability in 2011 why this was never brought up at that time? Until last year (8 years after I had been approved) this was never even mentioned.

In short I am asking you to reactivate my benefits since they were cancelled in September of 2019 based on the following:

- The Notice of Decision letter stating they approved my disibilty based on medical requirements
- The abilities form from Dr. Turney Williams stating that I cannot sit more than 4 hours and would be considered unemployable
- The letter of recommendation from Dr. Misischia asking you to reconsider restoring my benefits based on medical reasons
- The results of a recent MRI showing multiple problems in the cervical and lumbar spine areas
- The report from Dr. Austin of whom I have seen most recently and states I have to sit for less than an hour or two at a time for no more than 4-5 hours a day and no more than 2 or 3 days per week
- Multiple doses of narcotics per day
- Ongoing testing for neuropathy

- *Also it sounds like Dr. Parrillo agrees or at least* not disputing that I have chronic pain

For these reasons I do not understand why LFG would deny my benefits based on one doctors opinion (a doctor that has never seen me or even talked to me) over 3 doctors that have seen me routinely and an MRI report that shows significant problems. I don't understand why I have to and have had to go through this hardship of being without my benefits along with having to spend several thousands of dollars to prove something that shouldn't even be a question which my doctors have agreed with me on. If I had only one problem I could understand the doubt but with the multiple issues I have I just don't understand it and again several of the doctors I have seen have said the same thing.

Based on this info and proof that I have provided I would ask you to please reconsider restoring my benefits.

Thank you,

Arnold Dixon

# Fax Cover Sheet

To: LINCOLN FINANCIAL GROUP

From: ARNOLD DIXON

Re: ATTN: SHERRI VANCE

Fax #: 402-361-1460 Pages: 23

Phone contact: 800-423-2765 EXT. 7970 Date: 10-15-20

POLICY # 000400000300202706
CLAIM # 1120006734

PAGE 1/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

To whom it may concern,

I would like to start off by saying thank you for giving me an extension to get everything in for my final administration appeal. Due to the pandemic it has been very hard to get things scheduled. I am writing this letter to appeal the letter I received dated December 19, 2019. I am still in the middle of tests but I need to move forward because I can't continue with the testing and such because of the financial strain it will put on me and my family until I get this resolved.

Along with this letter I am including the following:
- Notice of Decision letter from the Social Security Administration (SSA)
- An Abilities Form from Dr. Turney Williams
- A letter of recommendation from Dr. Kevin Misischia
- Results of my MRI on my cervical, thoracic and lumbar spine
- Report with recommendations from Dr. Rebekah Austin

In the letter from Lincoln Financial Group (LFG) dated October 17, 2019 it was stated *"there are no documented side effects to any medications"*. In the letters I have sent I have stated that my medications make me sleepy. I am taking hydrocodone (1 dose 2x per day), tramadol (1 dose once a day) and tried gabapentin. The hydrocodone and tramadol make me drowsy by themselves and taking the gabapentin with them literally knocks me out. When I was working and tried the gabapentin I could not drive after taking the gabapentin so I had to take it after I got to work and it made me so sleepy I could not work. All three of these meds are known to have common side effects of drowsiness and/or dizziness. Also, I have most recently been prescribed hyoscyamine to take as needed by my gastro doctor, which also can cause dizziness and/or drowsiness.

In another letter from LFG dated December 19, 2019 Dr. Parrillo states *"the claimant's cervical spine fusion surgery has resulted in a chronic pain condition known as "post-laminectomy syndrome"*. While I may very well have pain caused by the surgery, the MRI clearly shows I have other areas of my neck that has problems also, it clearly seems Dr. Parrillo agrees I do have chronic pain in my neck. Also, Dr. Parrillo says *"the claimant will have difficulty with remaining in a fixed position for a prolonged period of time"*. I would like to know why sitting is not considered a fixed position and why six to eight hours is not considered a prolonged period of time? Next he states *"the following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery)"*. He is unclear of the date because I never had surgery in 2014, the only surgery I had was in 2008. When I applied for disability in 2011 why this was never brought up at that time? Until last year (8 years after I had been approved) this was never even mentioned.

In short I am asking you to reactivate my benefits since they were cancelled in September of 2019 based on the following:

- The Notice of Decision letter stating they approved my disibilty based on medical requirements
- The abilities form from Dr. Turney Williams stating that I cannot sit more than 4 hours and would be considered unemployable
- The letter of recommendation from Dr. Misischia asking you to reconsider restoring my benefits based on medical reasons
- The results of a recent MRI showing multiple problems in the cervical and lumbar spine areas
- The report from Dr. Austin of whom I have seen most recently and states I have to sit for less than an hour or two at a time for no more than 4-5 hours a day and no more than 2 or 3 days per week
- Multiple doses of narcotics per day
- Ongoing testing for neuropathy

- *Also it sounds like Dr. Parrillo agrees or at least* not disputing that I have chronic pain

For these reasons I do not understand why LFG would deny my benefits based on one doctors opinion (a doctor that has never seen me or even talked to me) over 3 doctors that have seen me routinely and an MRI report that shows significant problems. I don't understand why I have to and have had to go through this hardship of being without my benefits along with having to spend several thousands of dollars to prove something that shouldn't even be a question which my doctors have agreed with me on. If I had only one problem I could understand the doubt but with the multiple issues I have I just don't understand it and again several of the doctors I have seen have said the same thing.

Based on this info and proof that I have provided I would ask you to please reconsider restoring my benefits.

Thank you,

Arnold Dixon

PAGE 3/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:1423990590? * DURATION (mm-ss):08-1?

SOCIAL SECURITY ADMINISTRATION
***RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE***
Notice of Decision

Telephone: (888) 487-0161

ARNOLD LEE DIXON, JR

Date: July 12, 2012
Claim Number:

As a result of our additional review, we are able to make a fully favorable medical decision and find that you meet the medical requirements for disability benefits. The onset of your disability is established as of 07/08/2011. Therefore, it is not necessary to have your case decided at the hearing level. We have not yet made a decision about whether you meet the non-medical requirements, but we will make that decision soon. You will soon get two notices. The payment notice will inform you about the amount of your payments if you meet the nonmedical requirements. The dismissal notice will inform you that the Office of Disability Adjudication and Review dismissed your hearing because we are able to make a fully favorable medical determination.

If you agree with our revised determination, you need to take no further action and your hearing request will be dismissed. If you disagree with our revised determination, you may request that the Office of Disability Adjudication and Review proceed with your pending request for hearing. Your request must be in writing and filed **within 60 days** from the mailing date of the dismissal notice. You may file your request with any Social Security Office.

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (888) 487-0161. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2401 SOUTH WILCOX DR
KINGSPORT TN 37660-7395

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

Lincoln Financial Group

Please Return Response To:
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877-843-3950

## ABILITIES FORM

Patient Name: ARNOLD L. DIXON JR. Date of Birth:
Occupation: DISABLED Claim Number:
Date of Last Office Visit: 9/12/13 Date of Next Office Visit: 12-5-13

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: [signature] Date: 10/24/13
Provider Printed Name: William Williams Degree: ☒ MD ☐ DO Other
Specialty: Int Medicine Phone:

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X less than 4hrs/d | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☒ No Specify:

Specific Limitations or Restrictions not noted above: Unable to sit > 4hrs Can't kneel squat Considered Unemployable

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] William Williams Date: 10/24/13
Provider Printed Name: Degree: ☒ MD ☐ DO Other
Specialty: Int Medicine Phone: 423 392 6690
Address: 2002 Pavilion Drive Kingsport TN



PAGE 5/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

Mountain Region FAMILY MEDICINE, PC
Press Building Suite 2800
444 Clinchfield St. Ste. 201
Kingsport, TN 37660
423-230-2801

*Sean J. Watson, M.D.*
*Carli J. Cooper, D.O.*
*Kevin D. Misischia, D.O.*
*Brent Baker, M.D.*

03/17/2020

RE: Arnold Dixon

*To Whom It May Concern,*

This is a letter in regards to Arnold Dixon, date of birth . Mr. Dixon has been a patient of mine since 2014. He has multiple medical conditions including small fiber peripheral neuropathy diagnosed by Dr. McDonald in 2014 and confirmed with biopsy. He has been followed by Dr. Turney Williams, MD prior to my association with Mr. Dixon. He has been disabled since 2011, and patient has been followed very closely by neurology, neurosurgery and pain Associates since. Patient states when sitting for long periods of time his lower back gets weak and the pain gets worse and begins to go down his hips and legs. Patient states that if he reclines the pain will lessen becoming more bearable but never goes away. The more pain he has the more exhausted he gets. As a result of staying in bed for long periods of time, the pain in his neck causes his arms to go to sleep and if he keeps them in a raised position such as typing at a keyboard, his arms will fall asleep and become difficult to move. Due to the neuropathy, swelling and pain in his feet, makes it difficult and impossible to wear socks and shoes as his feet become warm and unbearable. With medication, it does make it difficult, however, more tolerable. He does not feel that he is safe to drive on a regular basis as he becomes sleepy with the medications. He is compliant with all his medications. Prior to his disability, he was working days on end without sleep. Eventually it got worse to the point he was unable to continue gainful employment. In his own words "I would do anything to go back to work but it is literally impossible". I concur with the above after reviewing his entire chart in detail as well as the records prior to my caring for Mr. Dixon. Patient has always been compliant with my recommendations and the recommendations of my colleagues. If you could reconsider long-term disability it would be greatly appreciated. If you have any questions please feel free to contact me.

*Sincerely,*

Electronically Signed by: Kevin Misischia, D.O.

PAGE 6/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239905002 * DURATION

# Arnold Lee Dixon Jr. "Arnold Dixon"

Summary of Care, generated on Oct. 11, 2020

## Patient Demographics - Male; born

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| | I (Mobile)<br>000-000-0000 (Home) | English - Written *(Preferred)* | White or Caucasian / Not Hispanic or Latino | Married |

## Note from Ballad Health - Epic

This document contains information that was shared with Arnold Dixon Lee Dixon Jr.. It may not contain the entire record from Ballad Health - Epic.

## Reason for Visit

*MRI/CAT/PET Scan (Routine)*

| Status | Reason | Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|---|---|
| **Closed** | | Radiology | Diagnoses<br>Neck pain | Misischia, Kevin David, DO<br>444 CLINCHFIELD STREET<br>STE 201<br>Kingsport, TN 37660-3606<br>Phone: 423-230-2801<br>Fax: 423-239-7750 | |

## Encounter Details

| *Date* | *Type* | *Department* | *Care Team* |
|---|---|---|---|
| 07/29/2020 | Hospital Encounter | HVMC Radiology Department<br>103 W. Stone Drive<br>Kingsport, TN 37660-3220<br>423-224-5312 | **Misischia, Kevin David, DO**<br>444 CLINCHFIELD STREET<br>STE 201<br>Kingsport, TN 37660-3606<br>423-230-2801<br>423-239-7750 (Fax) |

## Allergies - documented as of this encounter (statuses as of 10/11/2020)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Penicillins | | | 06/18/2014 | hallucinate |

## Medications - documented as of this encounter (statuses as of 10/11/2020)

| Medication | Sig | Dispensed | Start Date | End Date | Status |
|---|---|---|---|---|---|
| HYDROcodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for pain. | | | | Active |
| pravastatin (PRAVACHOL) 10 MG *tablet* | Take 10 mg by mouth at bedtime. | | | | Active |
| lisinopril (PRINIVIL,ZESTRIL) 10 MG tablet | Take 10 mg by mouth daily. | | | 08/13/2020 | Discontinued |



PAGE 7/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-16

## Active Problems - documented as of this encounter (statuses as of 10/11/2020)

| Problem | Noted Date |
| --- | --- |
| Family history of cancer | 04/09/2017 |
| Family history of diabetes mellitus | 04/09/2017 |
| Family history of stroke | 04/09/2017 |
| Lumbar nerve root disorder | 03/21/2017 |
| Constipation due to slow movement through bowels | 06/13/2016 |
| Reflux gastritis | 06/13/2016 |
| Chronic narcotic dependence | 06/13/2016 |
| Ringing in the ears | 11/11/2013 |
| Hearing disorder | 11/11/2013 |
| Degeneration of lumbar or lumbosacral intervertebral disc | 11/11/2013 |
| High cholesterol | 10/16/2001 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
| --- | --- | --- |
| Influenza, Unspecified Formulation | 03/24/2020 | |
| Tetanus | 05/12/2014 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
| --- | --- | --- | --- | --- |
| Light Tobacco Smoker | | 0.25 | 0 | |

| Alcohol Use | Drinks/Week | oz/Week |
| --- | --- | --- |
| No | | |

| Sex Assigned at Birth | Date Recorded |
| --- | --- |
| Male | |

| COVID-19 Exposure | Response | Date Recorded |
| --- | --- | --- |
| In the last month, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure | 7/29/2020 8:53 AM EDT |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Medications at Time of Discharge - documented as of this encounter

| Medication | Sig | Dispensed | Start Date | End Date |
| --- | --- | --- | --- | --- |
| HYDROcodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for pain. | | | |
| lisinopril (Zestril) 30 MG tablet | Take 30 mg by mouth daily. | | 05/23/2020 | |
| pantoprazole (Protonix) 40 MG tablet | Take 40 mg by mouth daily. | | 07/21/2020 | |
| pravastatin (PRAVACHOL) 10 MG tablet | Take 10 mg by mouth at bedtime. | | | |
| traMADol (Ultram) 50 MG tablet | Take 50 mg by mouth 2 (two) times a day as needed. | | 07/06/2020 | |



PAGE 8/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-16

## Plan of Treatment - documented as of this encounter

### Upcoming Encounters

| Date | Type | Specialty | Care Team |
|---|---|---|---|
| 11/04/2020 | Office Visit | Neurosurgery | ***Austin, Rebekah Crump, MD***<br>410 North State of Franklin Rd. Suite 120<br>Johnson City, TN 37604<br>423-431-2350<br>423-431-2372 (Fax) |

| Health Maintenance | Due Date | Last Done | Comments |
|---|---|---|---|
| *Colorectal Screening* | | | |
| Flu Vaccine (#1) | **09/01/2020** | 03/24/2020 | |



PAGE 9/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-16

## Results - documented in this encounter

MRI SPINE CERVICAL WO CONTRAST (MRI CERVICAL SPINE WITHOUT CONTRAST) - Final result (07/29/2020 10:56 AM EDT)

Specimen

| Impressions | Performed At |
| --- | --- |

IMPRESSION:
*Scattered degenerative and postoperative changes through the cervical spine as above.*

Report dictation location: BRDSRAD1

| Narrative | Performed At |
| --- | --- |

EXAM DESCRIPTION:
*MRI CERVICAL SPINE WITHOUT CONTRAST: 7/29/2020*

CLINICAL INFORMATION:
The patient is a 60 y/o M with Cervicalgia

COMPARISON:
Prior cervical spinal CT dated August 17, 2015

*TECHNIQUE:*
Multiplanar, multi-sequence MR imaging of the cervical spine was performed without IV contrast.

FINDINGS:
*There is artifact associated with the C5-C6 anterior cervical spinal fusion hardware. Cervical vertebral body heights* and alignment are grossly maintained. There is grossly normal marrow signal demonstrated through the cervical spine. The precervical soft tissues appear to be within normal limits.Limited imaging through the posterior fossa is within normal limits.The cervical cord is normal in configuration and signal characteristics.

C2-C3: There is a small broad-based disc osteophyte complex which results in mild narrowing of the central spinal canal. There is mild bilateral uncovertebral DJD, greater on the left than the right. No significant exiting neural foraminal stenosis is seen.

C3-C4: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord at this level. There is moderate narrowing the right exiting neural foramina and severe narrowing left exiting neural foramina.

C4-C5: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord. There is moderate narrowing of both exiting neural foramina.

C5-C6: There is a slight right paracentral osseous prominence which results in mild narrowing of the central spinal canal. There is minimal narrowing of the right exiting neural foramina. No significant left exiting neural foraminal stenosis is seen

C6-C7: There is a small broad-based disc bulge with bilateral uncovertebral DJD, greater on the right than the left. These changes result in mild narrowing of the central spinal canal. The disc bulge appears to abut and slightly flatten the anterior aspect of the cervical cord. There is severe narrowing of the right exiting neural foramina and moderate narrowing left exiting neural foramina.

C7-T1: No significant degenerative abnormality.

Procedure Note

**Interface, Lab In Hlseven - 07/29/2020 11:09 AM EDT**
EXAM DESCRIPTION:
MRI CERVICAL SPINE WITHOUT CONTRAST: 7/29/2020

CLINICAL INFORMATION:
The patient is a 60 y/o M with Cervicalgia

COMPARISON:
Prior cervical spinal CT dated August 17, 2015



PAGE 10/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):00-15

TECHNIQUE:
Multiplanar, multi-sequence MR imaging of the cervical spine was performed without IV contrast.

*FINDINGS:*
There is artifact associated with the C5-C6 anterior cervical spinal fusion hardware. Cervical vertebral body heights and alignment are grossly maintained. There is grossly normal marrow signal demonstrated through the cervical spine. The precervical soft tissues appear to be within normal limits.Limited imaging through the posterior fossa is within normal limits.*The cervical cord is normal in configuration and signal characteristics.*

C2-C3: There is a small broad-based disc osteophyte complex which results in mild narrowing of the central spinal canal. There is mild bilateral uncovertebral DJD, greater on the left than the right. No significant exiting neural foraminal stenosis is seen.

C3-C4: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord at this level. There is moderate narrowing the right exiting neural foramina and severe narrowing left exiting neural foramina.

C4-C5: There is a small broad-based disc osteophyte complex with bilateral uncovertebral DJD. These changes result in moderate narrowing of the central spinal canal. The disc bulge abuts and slightly flattens the anterior aspect of the cervical cord. There is moderate narrowing of both exiting neural foramina.

*C5-C6: There is a slight right paracentral osseous prominence which results in mild narrowing* of the central spinal canal. There is minimal narrowing of the right exiting neural foramina. No significant left exiting neural foraminal stenosis is seen

*C6-C7: There is a small broad-based disc bulge with bilateral uncovertebral DJD, greater on the right than the left.* These changes result in mild narrowing of the central spinal canal. The disc bulge appears to abut and slightly flatten the anterior aspect of the cervical cord. There is severe narrowing of the right exiting neural foramina and moderate narrowing left exiting neural foramina.

C7-T1: No significant degenerative abnormality.

IMPRESSION:
IMPRESSION:
Scattered degenerative and postoperative changes through the cervical spine as above.

Report dictation location: BRDSRAD1

MRI SPINE THORACIC WO CONTRAST (MRI THORACIC SPINE WITHOUT CONTRAST) - Final result (07/29/2020 10:56 AM EDT)

Specimen

| Impressions | Performed At |
| --- | --- |
| IMPRESSION:<br>Mild scattered degenerative changes through the thoracic spine.<br><br>1.6 cm subcutaneous left midthoracic lesion favors the appearance of a small sebaceous cyst.<br><br>*Report dictation location: BRDSRAD1* | |

| Narrative | Performed At |
| --- | --- |
| EXAM DESCRIPTION:<br>MRI THORACIC SPINE WITHOUT CONTRAST: 7/29/2020<br><br>CLINICAL INFORMATION:<br>The patient is a 60 y/o M with Annular tear of lumbar disc | |



PAGE 11/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15


Lincoln Dixon 0287

COMPARISON:
None available.

TECHNIQUE:
Multiplanar, multi-sequence surface-coil MR imaging of the thoracic spine was performed without IV contrast.

FINDINGS:
There appears to be a marker positioned along the posterior midthoracic spine at approximately the level of the T6 spinal segment. There is a heterogeneous low T1/high T2 signal fairly well-defined 1.6 cm subcutaneous lesion positioned slightly left of midline at the level of the T5-T6 disc space. This small lesion favors a sebaceous cyst.There are couple of T1/T2 hyperintense lesions scattered through the thoracic spine which favor small hemangiomas.The thoracic cord is normal in configuration and signal characteristics. There are scattered mild degenerative changes through the thoracic spine. These include a tiny disc bulge at T11-T12 which results in minimal narrowing of the central spinal canal. No significant exiting neural foraminal stenosis is seen.

Limited imaging through the chest and retroperitoneum is within normal limits.

Procedure Note

**Interface, Lab In Hlseven - 07/29/2020 11:15 AM EDT**
EXAM DESCRIPTION:
*MRI THORACIC SPINE WITHOUT CONTRAST: 7/29/2020*

CLINICAL INFORMATION:
The patient is a 60 y/o M with Annular tear of lumbar disc

COMPARISON:
None available.

TECHNIQUE:
Multiplanar, multi-sequence surface-coil MR imaging of the thoracic spine was performed without IV contrast.

FINDINGS:
There appears to be a marker positioned along the posterior midthoracic spine at approximately the level of the T6 spinal segment. There is a heterogeneous low T1/high T2 signal fairly well-defined 1.6 cm subcutaneous lesion positioned slightly left of midline at the level of the T5-T6 disc space. This small lesion favors a sebaceous cyst.There are couple of T1/T2 hyperintense lesions scattered through the thoracic spine which favor small hemangiomas.The thoracic cord is normal in configuration and signal characteristics. There are scattered mild degenerative changes through the thoracic spine. These include a tiny disc bulge at T11-T12 which results in minimal narrowing of the central spinal canal. No significant exiting neural foraminal stenosis is seen.

Limited imaging through the chest and retroperitoneum is within normal limits.

IMPRESSION:
IMPRESSION:
Mild scattered degenerative changes through the thoracic spine.

*1.6 cm subcutaneous left midthoracic lesion favors the appearance of a small sebaceous cyst.*

Report dictation location: BRDSRAD1

MRI SPINE LUMBAR WO CONTRAST (MRI LUMBAR SPINE WITHOUT CONTRAST) - Final result (07/29/2020 10:56 AM EDT)

*Specimen*

Impressions — Performed At

IMPRESSION:
Scattered multilevel degenerative changes through the lumbar spine as above-fairly similar when compared to the



PAGE 12/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906802 * DURATION (mm-ss):0-46

prior exam.

Report dictation location: BRDSRAD1

Narrative — Performed At

EXAM DESCRIPTION:
MRI LUMBAR SPINE WITHOUT CONTRAST; 7/29/2020

CLINICAL INFORMATION:
The patient is a 60 y/o M with M51.36 .

COMPARISON:
Prior lumbar spinal MRI dated April 6, 2017

TECHNIQUE:
Multiplanar, multi sequence surface coil MR imaging of the lumbar spine was performed without IV contrast.

FINDINGS:
Lumbar vertebral body heights and alignment are grossly maintained.There are mild reactive changes involving the inferior endplates of L3 and L4 as well as the superior endplates of L4, L5, S1. Marrow signal through the lumbar spine is otherwise within normal limits. The spinal cord terminates in normal morphology at the level of the L1 pedicle. Limited imaging through the retroperitoneum does not reveal any significant abnormality.

T12-L1: No significant degenerative abnormality.

L1-L2: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in moderate narrowing of the central spinal canal including narrowing of both lateral recesses. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L2-L3: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in mild narrowing of the central spinal canal. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L3-L4: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in minimal narrowing of the central spinal canal. There is mild/moderate narrowing of the right exiting neural foramina and left exiting neural foramina. These changes are similar when compared to the prior exam.

L4-L5: There is a small broad-based disc osteophyte complex with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal including mild narrowing of both lateral recesses. There is mild narrowing of both exiting neural foramina. These changes are similar when compared to the prior exam.

L5-S1: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal. There is mild narrowing of the right exiting neural foramina and mild/moderate narrowing left exiting neural foramina. These changes are similar when compared to the prior exam.

Procedure Note

**Interface, Lab In Hlseven - 07/29/2020 11:22 AM EDT**
EXAM DESCRIPTION:
MRI LUMBAR SPINE WITHOUT CONTRAST; 7/29/2020

CLINICAL INFORMATION:
The patient is a 60 y/o M with M51.36 .

COMPARISON:
Prior lumbar spinal MRI dated April 6, 2017

TECHNIQUE:
Multiplanar, multi sequence surface coil MR imaging of the lumbar spine was performed without IV contrast.

FINDINGS:
Lumbar vertebral body heights and alignment are grossly maintained.There are mild reactive changes involving the inferior endplates of L3 and L4 as well as the superior endplates of L4, L5, S1. Marrow signal through the lumbar spine is otherwise within normal limits. The spinal cord terminates in normal morphology at the level of the L1 pedicle. Limited imaging through the retroperitoneum does not reveal any significant abnormality.

T12-L1: No significant degenerative abnormality.



PAGE 13/25 ^ RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] ^ SVR:VA1PWFAX301/4 ^ DNIS:4023611460 ^ CSID: ^ ANI:14239906902 ^ DURATION (mm-ss):03-15

L1-L2: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in moderate narrowing of the central spinal canal including narrowing of both lateral recesses. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L2-L3: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in mild narrowing of the central spinal canal. No significant exiting neural foraminal stenosis is seen. These changes are similar when compared to the prior study.

L3-L4: There is a small broad-based disc bulge with bilateral facet hypertrophy. These changes result in minimal narrowing of the central spinal canal. There is mild/moderate narrowing of the right exiting neural foramina and left exiting neural foramina. These changes are similar when compared to the prior exam.

L4-L5: There is a small broad-based disc osteophyte complex with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal including mild narrowing of both lateral recesses. There is mild narrowing of both exiting neural foramina. These changes are similar when compared to the prior exam.

L5-S1: There is a small broad-based disc bulge with bilateral facet arthrosis. These changes result in mild narrowing of the central spinal canal. There is mild narrowing of the right exiting neural foramina and mild/moderate narrowing left exiting neural foramina. These changes are similar when compared to the prior exam.

IMPRESSION:
IMPRESSION:
Scattered multilevel degenerative changes through the lumbar spine as above-fairly similar when compared to the prior exam.

Report dictation location: BRDSRAD1

## Visit Diagnoses - documented in this encounter

| Diagnosis |
| --- |
| Degeneration of lumbar or lumbosacral intervertebral disc |
| Annular tear of lumbar disc |
| Neck pain |

## Insurance - documented as of this encounter

| Payer | Benefit Plan / Group | Subscriber ID | Effective Dates | Phone | Address | Type |
| --- | --- | --- | --- | --- | --- | --- |
| BLUE CROSS BLUE SHIELD MANAGED CARE | BLUE CROSS TN NETWORK S | xxxxxxxx4649 | 1/1/2016-Present | | | |

| Guarantor Name | Account Type | Relation to Patient | Date of Birth | Phone | Billing Address |
| --- | --- | --- | --- | --- | --- |
| Dixon,Arnold Lee Jr. | Personal/Family | Self | | 000-000-0000 (Home) | |

## Patient Contacts

| Contact Name | Contact Address | Communication | Relationship to Patient |
| --- | --- | --- | --- |
| Cathy Dixon | | (Home) | Spouse, Emergency Contact |

# Document Information

Primary Care Provider
**Kevin David Misischia DO** (May 22, 2014 - Present)
*423-230-2801 (Work)*
423-239-7750 (Fax)
444 CLINCHFIELD STREET
STE 201
Kingsport, TN 37660-3606
Family Medicine
**Ballad Health - Epic**
303 Med Tech Pkwy
Johnson City, TN 37604

Other Service Providers

Document Coverage Dates
Jul. 29, 2020

Custodian Organization
***Ballad Health - Epic***
303 Med Tech Pkwy
Johnson City, TN 37604

Encounter Providers
**Kevin David Misischia DO** (Attending)
423-230-2801 (Work)
423-239-7750 (Fax)
444 CLINCHFIELD STREET
STE 201
Kingsport, TN 37660-3606
*Family Medicine*

*Encounter Date*
Jul. 29, 2020



PAGE 15/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:142399n6902 * DURATION (mm-ss):08-15

# Dixon, Arnold Lee Jr.

MRN: 00170871

**Office Visit** 9/23/2020
BHMA NEUROSURG IC

Provider: Rebekah Crump Austin, MD (Neurosurgery)
Primary diagnosis: Radiculopathy of lumbosacral region
Reason for Visit: Back Pain; Referred by Kevin David Misischia, DO

## Progress Notes

Rebekah Crump Austin, MD (Physician) • Neurosurgery

| | | | |
|---|---|---|---|
| Patient Name: | **Dixon, Arnold** | Today's Date: | **9/23/2020** |
| Preferred Name | **Arnold Dixon** | Date of Encounter: | **9/23/2020** |
| Patient MRN / CSN: | **00170871 / 10071215360** | Appt. Time: | **9:00 AM EDT** |
| Patient Age / DOB: | **60-year old /** | Encounter Provider: | **Rebekah C Austin, MD** |
| Referring Physician: | **Misischia, Kevin David,*** | | |

*Arnold Dixon Lee Dixon Jr. is a 60-year old who is being seen today for Back Pain*

Chief complaint: 1. Persistent severe low back pain with intermittent right lower extremity radiculopathy and dysesthesias times greater than 30 years duration, somewhat improved. 2. Recurrent cervicalgia with bilateral upper extremity radiculopathy and dysesthesias status post C5-6 ACDF in 2008, unchanged.

History of present illness: Mr. Dixon is a 60-year-old left-handed male with a past medical history significant for hypertension, GERD, idiopathic peripheral neuropathy, and depression who presents with a greater than 30 year history of increasingly severe low back pain with bilateral lower extremity radiculopathy and dysesthesias as well as recurrent cervicalgia with bilateral upper extremity radiculopathy. His primary complaint continues to be his lower back symptoms which have progressively worsened over the past 30 years. He denies antecedent trauma. He states that his pain has become increasingly constant and severe and presently ranges between 8 and 10/10 in intensity. His pain is exacerbated by prolonged sitting or minimal exertion. 60% of his pain is confined to his lower back and is constant in nature. The remainder radiates intermittently into his bilateral hips, anterior thighs, and shins. His right lower extremity is affected much more than his left. He has constant numbness and tingling dysesthesias below the ankles in both feet and has previously been diagnosed with idiopathic peripheral neuropathy. He complains of frequent bilateral ankle swelling. His pain and dysesthesias interfere with his ability to ambulate. He is able to sit for less than 1 hour before having to stand in reposition himself due to pain. He denies bowel or bladder incontinence. He completed a course of physical therapy which seemed to worsen his symptoms. Intramuscular injections of Toradol and Solu-Medrol gave him less than 1 day of partial relief. He has had lumbar epidural steroid injections in the past which have offered no significant relief. He has a planned lumbar epidural steroid injection on 10/29/2020. He had a trial dorsal column stimulator in 2014 which offered no significant relief. His primary care provider prescribes hydrocodone 10/325 as well as tramadol 50 mg p.o. q.6 hours p.r.n. which offers him minimal relief. He has been tried on gabapentin and Lyrica in the past for peripheral neuropathy but had significant slight affects including somnolence and throat swelling so these medications were discontinued.



PAGE 16/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:1423990690? * DURATION (mm-ss):08-16

Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

To whom it may concern,

I would like to start off by saying thank you for giving me an extension to get everything in for my final administration appeal. Due to the pandemic it has been very hard to get things scheduled. I am writing this letter to appeal the letter I received dated December 19, 2019. I am still in the middle of tests but I need to move forward because I can't continue with the testing and such because of the financial strain it will put on me and my family until I get this resolved.

Along with this letter I am including the following:
- Notice of Decision letter from the Social Security Administration (SSA)
- An Abilities Form from Dr. Turney Williams
- A letter of recommendation from Dr. Kevin Misischia
- Results of my MRI on my cervical, thoracic and lumbar spine
- Report with recommendations from Dr. Rebekah Austin

In the letter from Lincoln Financial Group (LFG) dated October 17, 2019 it was stated *"there are no documented side effects to any medications"*. In the letters I have sent I have stated that my medications make me sleepy. I am taking hydrocodone (1 dose 2x per day), tramadol (1 dose once a day) and tried gabapentin. The hydrocodone and tramadol *make me drowsy by themselves and taking the gabapentin with them literally knocks me out. When I was working and* tried the gabapentin I could not drive after taking the gabapentin so I had to take it after I got to work and it made me so sleepy I could not work. All three of these meds are known to have common side effects of drowsiness and/or dizziness. Also, I have most recently been prescribed hyoscyamine to take as needed by my gastro doctor, which also can cause dizziness and/or drowsiness.

In another letter from LFG dated December 19, 2019 Dr. Parrillo states *"the claimant's cervical spine fusion surgery has resulted in a chronic pain condition known as "post-laminectomy syndrome"*. While I may very well have pain caused by the surgery, the MRI clearly shows I have other areas of my neck that has problems also, it clearly seems Dr. Parrillo agrees I do have chronic pain in my neck. Also, Dr. Parrillo says *"the claimant will have difficulty with remaining in a fixed position for a prolonged period of time"*. I would like to know why sitting is not considered a fixed position and why six to eight hours is not considered a prolonged period of time? Next he states *"the following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery)"*. He is *unclear of the date because I never had surgery in 2014, the only surgery I had was in 2008.* When I applied for disability in 2011 why this was never brought up at that time? Until last year (8 years after I had been approved) this was never even mentioned. In this same letter it states "The findings showed normal epidermal nerve fiber density", the findings showed "low normal" which are not normal so there is something there, this goes along with the EMG in 2011 that showed signs of neuropathy and the biopsy in 2014 that showed "abnormal" and I am still being tested for neuropathy.

In short I am asking you to reactivate my benefits since they were cancelled in September of 2019 based on the following:

- The Notice of Decision letter stating they approved my disibilty based on medical requirements
- *The abilities form from Dr. Turney Williams stating that I cannot sit more than 4 hours and would be* considered unemployable
- The letter of recommendation from Dr. Misischia asking you to reconsider restoring my benefits based on medical reasons
- The results of a recent MRI showing multiple problems in the cervical and lumbar spine areas
- The report from Dr. Austin of whom I have seen most recently and states I have to sit for less that and hour or two at a time for no more than 4-5 hours a day and no more than 2 or 3 days per week

PAGE 17/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-16

- Multiple doses of narcotics per day
- Ongoing diagnoses of neuropathy
- Also it sounds like Dr. Parrillo agrees or at least not disputing that I have chronic pain

For these reasons I do not understand why LFG would deny my benefits based on one doctors opinion (a doctor that has never seen me or even talked to me) over 3 doctors that have seen me routinely and an MRI report that shows significant problems. I don't understand why I have to and have had to go through this hardship of being without my benefits along with having to spend several thousands of dollars to prove something that shouldn't even be a question which my doctors have agreed with me on. If I had only one problem I could understand the doubt but with the multiple issues I have I just don't understand it and again several of the doctors I have seen have said the same thing.

Based on this info and proof that I have provided I would ask you to please reconsider restoring my benefits.

Thank you,

Arnold Dixon

The patient also complains of a greater than 15 year history of cervicalgia. He previously underwent C5-6 ACDF in 2008 by Dr. Austin with good relief of his symptoms. He states that his pain gradually recurred 8 years ago and has become increasingly severe. Presently, his cervical pain averages 4 to 8/10 in intensity. 90% of his pain is confined to his cervical spine. He has occasional pain radiating into his bilateral biceps and forearms. His left and right upper extremity are affected equally. He has intermittent numbness and tingling dysesthesias in both hands, right greater than left. He denies a loss of dexterity. He completed a course of physical therapy which seemed to worsen his symptoms. He had a cervical epidural steroid injection in 2014 which seemed to offer him partial relief. His primary care provider prescribes *hydrocodone 10/325 as well as tramadol 50 mg p.o. q.6 hours p.r.n.* which offers him only partial relief. The patient presents today for clinical reassessment and to discuss ongoing treatment options.

Past medical history: Hypertension, GERD, idiopathic peripheral neuropathy, depression.

Past surgical history: Tonsillectomy, *C5-6 ACDF by Dr. Austin in 2008, dorsal column* stimulator trial in 2014.

Social history: He has a remote history of tobacco abuse "off and on". He quit smoking 40 years ago. He denies use of alcohol or illicit drugs. He became disabled in 2011 secondary to the lower back pain and peripheral neuropathy. He previously worked as a manager and service technician.

Family history: His father died at the age of 94 following complications of a hip fracture with comorbid hypertension. His mother died at the age of 57 secondary to colon cancer. He has a 68-year-old sister with irritable bowel syndrome and peripheral neuropathy. He has a 75-year-old sister with hypertension. He has a sister who died at the age of 66 secondary to breast cancer with comorbid irritable bowel syndrome. He has a 32-year-old son who is alive and well. He has a 35-year-old daughter with a history of colitis. He has a grandson who died as a neonate secondary to congenital malformation. He has 2 grandchildren who are alive and well. He has a nephew who died at the age of 57 secondary to MEN 1 syndrome and history of pancreatitis.

An MRI of the cervical spine dated 7/29/2020 was reviewed. There is loss of cervical lordosis. There are postoperative changes consistent with C5-6 ACDF. The interbody graft and *instrumentation appear well positioned and arthrodesis appears complete and mature.* There is no significant residual stenosis. There is advanced degenerative disc disease at C3-4 and C4-5.

An MRI of the thoracic spine dated 7/29/2020 revealed mild multilevel degenerative disc disease. There is no significant central canal or foraminal stenosis at any level.

An MRI of the lumbosacral spine dated 7/29/2020 was reviewed. There is loss of lumbar lordosis. There is severe multilevel degenerative disc disease most significant at L3-4, L4-5, and L5-S1. There is no severe central canal or foraminal stenosis at any level.

**Allergies Include:** Penicillins

**Outpatient Encounter Medications as of 9/23/2020**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • HYDROcodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for pain. | | |



PAGE 19/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906802 * DURATION ...

| | |
|---|---|
| • lisinopril (Zestril) 30 MG tablet | Take 30 mg by mouth daily. |
| • pantoprazole (Protonix) 40 MG tablet | Take 40 mg by mouth daily. |
| • pravastatin (PRAVACHOL) 10 MG tablet | Take 10 mg by mouth at bedtime. |
| • traMADol (Ultram) 50 MG tablet | Take 50 mg by mouth 2 (two) times a day as needed. |
| • cyclobenzaprine (Flexeril) 10 MG tablet | Take by mouth. |
| • escitalopram (Lexapro) 10 MG tablet | Take by mouth. |

Last reviewed on 9/23/2020 9:17 AM by Rebekah Crump Austin, MD

***Past Medical History:***

| Diagnosis | Date |
|---|---|
| • Degenerative disc disease | |
| • Hypertension | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Mother | |
| • No Known Problems | Father | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | |
| • *TONSILLECTOMY* | | |

**Social History**

Substance and Sexual Activity

| | |
|---|---|
| Alcohol Use | No |

**Social History**

Tobacco Use

| | |
|---|---|
| Smoking Status | Light Tobacco Smoker |
| • Packs/day: | 0.25 |
| • Years: | 0.00 |
| • Pack years: | 0.00 |
| Smokeless Tobacco | Never Used |

***Social History***

Substance and Sexual Activity

| | |
|---|---|
| Drug Use | No |

Review of Systems
Constitutional: Positive for activity change and fatigue.
HENT: Positive for tinnitus.



PAGE 20/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15


Lincoln/Dixon 0296

Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Positive for leg swelling.
Gastrointestinal: Positive for abdominal distention, abdominal pain, constipation and diarrhea.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, gait problem, neck pain and neck stiffness.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Positive for numbness.
Hematological: Negative.
Psychiatric/Behavioral: Positive for sleep disturbance.
All other systems reviewed and are negative.

Depression Assessment Review:
No documentation.

Vital Signs & Measurements Taken This Encounter
*Measurements Weight: 115.7 kg (255 lb), Height: 6' 5" (195.6 cm),* BSA (Calculated - sq m): 2.48 sq meters, BMI (Calculated): 30.2

Vitals BP: 148/81, BP Location: Left arm, Patient Position: Sitting, Pulse: 61, Respiratory Rate: 16

No LMP for male patient.

Neurologic Exam

Mental Status
Oriented to person, place, and time.
Speech: speech is normal
Level of consciousness: alert
**Appears somewhat uncomfortable and frequently shifts his seated position to gain a position of comfort**

Motor Exam
Muscle bulk: normal
Overall muscle tone: normal

Strength
Strength 5/5 throughout.
**Limited cervical range of motion in bilateral lateral rotation and extension**
**Well-healed left anterior cervical incisional scar**
**Moderate lumbar paraspinous muscle spasms**
**Negative straight leg raise bilaterally**
**No pain with inversion or eversion of the hips**



PAGE 21/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

Sensory Exam
Right arm light touch: normal
Left arm light touch: normal
Right leg light touch: decreased from ankle
Left leg light touch: decreased from ankle
Right arm pinprick: normal
*Left arm pinprick: normal*
Right leg pinprick: decreased from ankle
Left leg pinprick: decreased from ankle

*Gait, Coordination, and Reflexes*

Gait
Gait: wide-based

Tremor
Resting tremor: absent

Reflexes
Reflexes 2+ except as noted.
Right triceps: 1+
Left triceps: 1+
Right achilles: 1+
Left achilles: 1+
Right plantar: normal
Left plantar: normal
Right Hoffman: absent
Left Hoffman: absent
Right ankle clonus: absent
Left ankle clonus: absent
**Somewhat antalgic gait**
**Visual inspection of his head, torso, bilateral upper and lower extremities reveal no evidence of clubbing, cyanosis, or edema**

**Assessment & Plan**
**Patient Active Problem List**
*Diagnosis*
- Tinnitus
- Cervical post-laminectomy syndrome
- Slow transit constipation
- *Sensory hearing loss, bilateral*
- Reflux gastritis
- Pure hypercholesterolemia
- Peripheral neuropathy
- Osteoarthritis
- Malaise and fatigue
- Lumbar radiculopathy
- Hyperlipidemia
- Family history of malignant neoplasm
- Family history of diabetes mellitus
- Family history of cerebrovascular accident (CVA)
- Depression, major, recurrent, moderate (HCC)
- DDD (degenerative disc disease), lumbar



PAGE 22/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:1423990690? * DURATION (mm-ss):08-15

- Chronic narcotic dependence (HCC)
- Cervical spondylosis without myelopathy
- Benign essential hypertension
- Backache
- Anxiety

**Problem List Items Addressed This Visit**

None

**Other Visit Diagnosis**

**Radiculopathy of lumbosacral region** - Primary

Relevant Orders

EMG/Nerve Conduction

**Spondylosis without myelopathy or radiculopathy, cervical region**
**Other specified postprocedural states**
**Peripheral neuropathic pain**

Relevant Orders

EMG/Nerve Conduction

**Orders Placed This Encounter**
**Procedures**

- EMG/Nerve Conduction

| | |
|---|---|
| Standing Status: | Future |
| *Standing Expiration Date:* | *9/23/2021* |
| Order Specific Question: | Limb(s) to test |
| Answer: | Right Lower Limb |
| Order Specific Question: | Limb(s) to test |
| Answer: | Left Lower Limb |

Recommendations:

1. I have reviewed Mr. Dixon's clinical presentation and extensive radiographic imaging with him at length. His lower back pain has remained severe with intermittent right lower extremity radiculopathy and dysesthesias which significantly impacts his mobility and ability to perform activities of daily living. His pain has persisted despite extensive conservative treatment and a dorsal column stimulator trial in 2014. He remains on narcotic pain medications. We have discussed a continuation of conservative measures versus a new dorsal column stimulator trial. The patient is presently considering these treatment options.
2. I have ordered bilateral lower extremity EMG and PNCVs to evaluate his radiculopathy and progression of peripheral neuropathy.
3. The patient will follow through with his pain management specialist for lumbar epidural steroid injections on 10/29/2020.
4. The patient will continue his current pain medication regimen as outlined by his primary care provider. I have made no changes to his medication management.
5. The patient is encouraged to continue a home stretching exercise regimen as tolerated.
6. The patient will follow up in 6-8 weeks for clinical reassessment. We will discuss his response to conservative measures and determine if additional treatment options are suitable



PAGE 23/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

at that time. We discussed the dorsal column stimulator technology has significantly improved since his last stimulator trial. The patient may wish to consider an additional stimulator trial to help mitigate his pain.
7. The patient expressed concern about his suitability to return to work beyond a sedentary work environment. Based on his ongoing pain, limited mobility, and daily use of narcotics, my recommendation is to continue a sedentary work restrictions. The patient is able to remain seated less than 1-2 hours and most frequently be able to shift his seated position or stand and reposition. I would expect the patient would be able to work up to 4-5 hours per day, 2-3 days *per week.*

Return in about 6 weeks (around 11/4/2020).

Referring Provider (if known): Misischia, Kevin David,*

## Instructions

Return in about 6 weeks (around 11/4/2020).

## Additional Documentation

| | |
|---|---|
| *Vitals:* | *BP 148/81 Pulse 61 Ht 6' 5" (1.956 m) Wt 115.7 kg (255 lb) BMI 30.24 kg/m² BSA 2.48 m²* |
| Flowsheets: | Infection Screening, Amb Complex Vitals Nav, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## New Media

Scan on 10/1/2020 12:27 PM: EMG RESULTS

## Encounter Status

Closed by Rebekah Crump Austin, MD on 9/23/20 at 09:49

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 148/81 Pulse 61 Ht 6' 5" (1.956 m) Wt 115.7 kg (255 lb) BMI 30.24 kg/m² BSA 2.48 m² |
| Flowsheets: | Infection Screening, Amb Complex Vitals Nav, Anthropometrics |
| Encounter Info: | Case Request Report |

## Orders Placed

EMG/Nerve Conduction

## Medication Changes

As of 9/23/2020 9:17 AM

None

## Visit Diagnoses

Radiculopathy of lumbosacral region M54.17
Spondylosis without myelopathy or radiculopathy, cervical region M47.812
Other specified postprocedural states Z98.890
Peripheral neuropathic pain M79.2



PAGE 24/25 * RCVD AT 10/15/2020 12:45:13 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:4023611460 * CSID: * ANI:14239906902 * DURATION (mm-ss):08-15

Date: Thu Dec 19 13:31:13 CST 2019
From: Sherri Vance <Sherri.Vance@lfg.com>
To:
Message-ID: <1463348291.3.1576783873470.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1120006734 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

December 19, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

We have completed our review of your Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits beyond 9/12/2019. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To receive benefits under the policy issued to Saratoga Technolgist, Inc., an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

**N CC TI N I** means a period beginning at the end of the Elimination Period and ending 24 months later for Insured Employees.

**T T L I ILIT or T T LL I L** means that an Insured Employee, due to an Injury or Sickness is unable:

1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.

Based on information obtained from your employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your occupation is best defined as a combination of service clerk and user support analyst in the national workforce. The material and substantial duties of a service clerk include but are not limited to the following:

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- Receives, records, and distributes work orders to service crews upon customers' requests for service on articles or
- utilities purchased from wholesale or retail establishment or utility company: Records information, such as name,
- address, article to be repaired, or service to be rendered.
- Schedules service call and dispatches service crew.
- Investigates and resolves computer software and hardware problems of users: Receives telephone calls from users
- having problems using computer software and hardware or inquiring how to use specific software, such as statistical,
- graphics, data base, printing, word processing, programming languages, electronic mail, and operating systems.
- Talks to user to learn procedures followed and source of error.
- Answers questions, applying knowledge of computer software, hardware, and procedures.
- Asks user with problem to use telephone and participate in diagnostic procedures, using diagnostic software, or by listening to and following instructions.
- Determines whether problem is caused by hardware, such as modem, printer, cables, or telephone.

Regarding physical capacity, a combination of service clerk and user support analyst and alternate titles: in the national workforce is a Sedentary physical capacity occupation. The definition of Sedentary work is Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

This policy has a 24 month Own Occupation Period which ended on 1/5/2014. In order to be considered Totally Disabled beyond this date, the medical evidence must support that you would be unable to perform each of the main duties of any occupation for which you are qualified. As such, in considering whether you qualify for Long Term Disability benefits beyond 9/12/2019, we evaluated whether you would be restricted or limited from performing the main duties of any occupation for which you are qualified.

Your entire file was reviewed upon appeal. Disability must be supported from 9/15/2019 forward, which was the focus of our determination.

**ummary of Initial Claim ilin**

As you know your claim was originally approved from 1/5/2012 to 9/12/2019 as we found you met the definition of Total Disability that applied during that period. Benefits were terminated as of 9/12/2019, because we determined you were not Totally Disabled from performing the main duties of any occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from Dr. Lucien Parrillo who is an independent physician Board Certified in Internal Medicine; Sports Medicine, Preventive Medicine; Occupational Medicine. As part of the review Dr. Parrillo attempted to contact Dr. Kevin Misischia without success.

Dr. Parrillo's review noted in part:

> *…the claimant's cervical spine fusion surgery has resulted in a chronic pain condition known as "post-laminectomy syndrome". This condition is a source of chronic persistent pain, limited mobility, and diminished tolerance for physical activity. However, this condition does not result in total disability. The claimant will have difficulty with remaining in a fixed position for a prolonged period of time, will have reduced capacity for lifting/carrying/pushing/pulling, and will not be capable of assuming certain positions for work.*
>
> *From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that would require restrictions and limitations.*
>
> *The following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that would be causing ongoing physical impairment that is supported by the objective medical evidence.*
>
> *Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical postlaminectomy syndrome and lumbar degenerative disc disease, I submit the following restrictions/limitations are reasonable for this claimant to continue working:*
>
> *There is no restriction with regard to sitting.*
>
> *Standing/walking should total a combined 2 hours per day, with each not lasting longer than 15 minutes continuously.*
>
> *Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.*
>
> *Complex movements of the spine including climbing of stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally.*
>
> *Working from heights, including ladders and scaffolds, should be totally restricted.*
>
> *Use of the upper extremities for overhead work can be performed on an occasional basis, while use of the upper extremities for work at chest level and below being unrestricted.*
>
> *Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.*
>
> *Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.*
>
> *The claimant is capable of maintaining a full-time work schedule with these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.*

Dr. Parrillo indicated that the restrictions and limitations outlined by Dr. Misischia on 5/28/2019 were too restrictive. Dr. Parrillo indicated that you would be able to maintain full time work within the restrictions and limitations outlined in his report.

A review was completed by a vocational rehabilitation consultant who indicated that the restrictions and limitations outlined by Dr. Parrillo were consistent with the main duties of your own occupation.

For complete details please refer to our letter dated 9/12/2019.

**ummary of ppeal**

On 9/30/2019, you filed an appeal in response to our determination to terminate benefits. Additional information was not submitted with your appeal.

For detailed of the medical records that were reviewed please refer to the medical review that was sent to you on 10/23/2019.

As part of the appeal a medical review was completed by a health care consultant. The review noted in part:

> *There are no further exam findings or office visit for review submitted on appeal after his primary care provider visit on 2/20/19 to show insight into his conditions.*
>
> *The medical evidence fails to demonstrate significant pain, or neurological deficits such as decreased strength, altered sensation, or impaired gait to support R/L's beyond 9/12/19. There are no documented side effects to any medications. At most recent office visit, the EE has been encouraged to exercise. The R/L's outlined by peer reviewer Dr. Parrillo are supported and would not preclude all work activities. The medical records do not show support for more restrictive limitations than those opined above.*

As part of the appeal a copy of the medical review was sent to you to provide you with the opportunity to review and respond prior to a determination. In response, we received medical records from Dr. Williams and pathology results.

The additional information was referred back to the health care consultant to complete an addendum medical review.

On 10/31/2019 you underwent a muscle biopsy of the right lateral pretibial region and right top of the foot. The findings showed normal epidermal nerve fiber density of the left calf, which was incorrectly identified in the report.

On 11/20/2019 you were seen by Dr. Williams for a follow up for back pain. Dr. Williams noted that you have had chronic low back pain for 20 years. The examination noted you were obese. Your gait was noted to be forward flexed. The posterior cervical paraspinal had tenderness to palpation with mild restriction in rotation and extension. You had normal strength in the upper extremities with normal sensation and your reflexes in the upper and lower extremities were normal except for decreased sensation bilaterally in the medial calf and ankle, lateral calf,

internal dorsum, and the plantar surface of the feet. Your coordination was noted to be normal. You had lumbar paraspinal tenderness to palpation. There was moderate decreased range of motion with flexion and extension of the lumbar spine. You had normal rotation to the right and moderate decreased to the left. Your range of motion in the hips was reasonable but diminished. The plan was to consider a spinal cord stimulator trial. Dr. Williams indicated that you would be unable to return to active employment secondary to your multiple complex complaints.

The addendum medical review noted there was no change in the prior findings.

**_ppeal _ecision**

We understand that you have been diagnosed with chronic low back pain, lumbar degernative disc disease, peripheral polyneuropathy, and cervical post-laminectomy syndrome. However, our review of the medical documentation, which included consultation with and/or review of a written report from a health care consultant, does not support restrictions and limitations that would render you unable to perform each of the main duties of your own occupation or any gainful occupation beyond 9/12/2019. We therefore find that you are no longer Totally Disabled under the terms of the policy.

The medical documentation in the claim file failed to support ongoing restrictions and limitations that would prevent you from performing your own occupation beyond 9/12/2019. The medical information in the file indicates that you have a history of a cervical surgery in 2008 and a C5-6 anterior cervical decompression and fusion surgery in 2014. You also have a history of peripheral polyneuropathy since 2011. You have continued to report ongoing pain since the cervical surgery. Your treatment has consisted of activity modification, hydrocodone, Tramadol, and epidural injections for pain. The recent biopsy showed normal nerve fiber density. You have reported ongoing low back pain radiating to you right leg; however, the clinical evidence in the file failed to demonstrate significant pain, decreased strength, or impaired gait that would support restrictions and limitations. The medical evidence in the claim file does support that you would have ongoing restrictions and limitations as outlined previously; however, you would not be precluded from performing the main duties of your own sedentary occupation beyond 9/12/2019. Therefore, you no longer meet the policy definition of Totally Disabled.

We are aware that you are receiving other income benefits, such as Social Security Disability Income (SSDI). Our records indicate you were awarded on 7/29/2012 with an entitlement date of 1/1/2012. However, please understand our group policy and review process is independent from that of the Social Security Administration (SSA). In our appeal acknowledgement letter sent to you on 10/7/2019 we gave you the option of providing a copy of the Social Security file for our consideration or a copy of the Social Security re-adjudication. We did not receive any additional information pertaining to the SSDI award. Although benefits have been approved for SSDI, this decision was based on the SSA's plan provisions and may have been awarded due to SSA guidelines such as your approaching advanced age and the treating provider rule. Lincoln does not have similar rules. Also, keep in mind Lincoln has more updated medical records as you were awarded in 2012. The claim decision made under the Lincoln Financial Group policy was based upon information we have obtained from you and your treating medical professionals and the results of any internal and/or independent reviews of your claim.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**ppeal i hts**

As a reminder, you have exhausted your first level of appeal. If you disagree with this decision, you, your attorney, or a person legally authorized as your representative, may pursue a final administrative appeal.

To initiate this process submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Your employer's plan has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is 9/12/2022.

Please contact me directly at the phone number listed below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Sherri Vance
800-423-2765 *7970
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódííłnih áǫįóóǫéąą́ǫąíę́ę.

# Sullivan County Clerks Office

3258 Highway 126
Suite 102
Blountville, TN 37617
Phone 423-279-7590
Fax 423-279-2725

| To: Lincoln Financial | From: Arnold Dixon |
|---|---|
| # Pages including cover 12 | Date: 12·4·19 |
| Office Location: | Office Location: |
| Fax Number: 402-361-1460 | Phone Number: |

- [x] Urgent
- [x] Reply ASAP
- [ ] Please comment
- [ ] Please Review
- [ ] For your Information

Total pages, including cover:

**Comments:**

att: Cheryl Seary / Sherri Vance

Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

To whom it may concern,

I am faxing the results of my biopsy and the evaluation report performed by Dr. Turney Williams in hopes that you would reconsider discontinuing my benefits. Please note that the biopsy report shows a picture of my right foot and right calf as being tested which is the case and the report speaks of the right foot and calf throughout. However, the results are labeled as it being my left foot and left calf. I wanted to state this so there wouldn't be any confusion. I have been trying to get this corrected for the last week to no avail. If it needs to be corrected please let me know.

Sherri Vance told me that the reason this is coming up is that there are people with my condition that are working. While that may be true, everyone is of course different and has different challenges presented with any diagnosis. I have received benefits for the same conditions for the past 8 years, conditions you deemed severe enough to receive benefits for. My condition has not improved, and if anything has deteriorated, thus my benefits should not be canceled.

All I can go on is how I feel and I have had to quit a number of things that I once enjoyed doing including but not limited to work. I am a prideful person and do not enjoy having to depend on someone else for my livelihood but I am also dedicated to providing for my family by any means possible.

I originally signed up for this insurance to be assured if I had a disabling injury whether by an accident and/or genetically and I clearly have that. I am looking forward to your final decision and trust the correct one will be made and that it will not be a bottom line decision but a decision that is right for all parties involved.

Thank you,

Arnold Dixon

# DIXON, ARNOLD

Visit Note - November 20, 2019 PMS ID: 78210 Sex: Male DOB: MRN: 15265

**Alerts**
Under pain management.

**Allergies**
Penicillins

**Medications**
hydrocodone-acetaminophen 10-325 mg Oral - tablet Frequency: bid
Lexapro 10 mg Oral - tablet Frequency: qd
lisinopril 20 mg Oral - tablet Frequency: qd
pravastatin 10 mg Oral - tablet Frequency: qd
ranitidine HCl 300 mg Oral - tablet Frequency: qd
Ultram 50 mg Oral - tablet Frequency: qd

**Medical History**
Anxiety
Cardio: Hyperlipidemia/High Cholesterol
Depression
Hypertension

**Interventional Pain Musculoskeletal History**
HNP, Lumbar
Osteoarthritis
Spinal Stenosis, Lumbar
Other Lumbar DDD

**Musculoskeletal Surgery**
Other: Lumbar discectomy

**Surgical History**
Tonsillectomy

**Family History**
Family history of malignant neoplasm of breast (situation)

Family history of cancer of colon (situation)

**Social History**
ETOH none
Single Question Alcohol Screening: 0 days
Smoking status - Never smoker

**ROS**
Provider reviewed on Nov 20, 2019.

A complete review of systems was performed and was notable for joint pains, joint swelling, joint stiffness, unsteady gait, numbness, tingling, fatigue, leg cramps, corrective lenses, heartburn, and shortness of breath.

## Chief Complaint: Chronic Low Back Pain

**HPI:** This is a 59 year old male who comes in for a chief complaint of Chronic Low Back Pain, involving the lumbar spine. This occurs in the context of having chronic back pain. The pain has been present for 20 years. The lumbar spine pain is aggravated by standing for prolonged periods, lifting objects, exercise, bending over, and walking for long distances and is constant. The lumbar spine pain is described as radiating, sharp, aching, and radiating to above the right knee and associated with constant pain in the low back. The lumbar spine pain is 8 out of 10 currently and 10 out of 10 on a bad day. The leg pain is 0 out of ten. He has the following pertinent history: recurrent back pain. He reports constant functional limitations. He has been treated with activity modification and hydrocodone,tramadol . He has had the following procedures: injection and epidural steroid injection. Diagnostic testing:MRI scan, which was positive.

The patient was referred by Dr Misiachia.

**Vitals:**

| VITALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
| 11/20/19 07:47 | Wallace, Angela LPN (Angela) | 152/87 SIT | 69 | 18 | | | 77.0 in | 280.0 lbs | 33.2 | 2.6 |

**Exam:**

Appearance: overweight

Orientation: oriented to time, oriented to place, and oriented to person

Mood: pleasant

Gait: forward flexed.

Neck Skin Inspection: skin intact, no rashes or lesions. Posterior cervical paraspinals tender to palpation.

Upper Trunk Skin Inspection: skin intact, no rashes or lesions.

Skin:
Right Shoulder: skin intact, no rashes or lesions.

Skin:
Left Shoulder: skin intact, no rashes or lesions.

C-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

T-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

Posture: Normal Posture

Inspection:
Right Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

Inspection:
Left Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

C-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment

T-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

Stability:
Right Shoulder: Stable

Stability:
Left Shoulder: Stable

C-Spine Special: Mild restriction in rotation and extension..

Special:
Right Shoulder: Normal

Special:
Left Shoulder: Normal

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

# PRELIMINARY PATHOLOGY REPORT
## EPIDERMAL NERVE FIBER DENSITY

**PATIENT: DIXON, ARNOLD L.** **ACCESSION NUMBER: B19-07237**

*D.O.B.:* *AGE:* 59 *SEX:* M
*PHYSICIAN:* Jami Reaves M.D.
*COPY TO:*

*DATE COLLECTED:* 10/31/2019
*DATE RECEIVED:* 11/01/2019
*DATE REPORTED:* 11/12/2019

**Clinical History:**
**Additional Testing:** Pending, Test Number SC19-03631,

## DIAGNOSIS:

A. Lt Calf, skin biopsy: **Skin with low normal Epidermal Nerve Fiber Density.**

B. Lt Foot, skin biopsy: **Skin with low normal Epidermal Nerve Fiber Density.**



Representative sample from a biopsy with normal epidermal nerve fiber density. Arrow points to a small nerve fiber.



Representative sample from an abnormal biopsy with absent epidermal nerve fibers

## MICROSCOPIC DESCRIPTION:

A. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

B. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

## EPIDERMAL NERVE FIBER DENSITY TEST:

| Specimen | Result Value | ABNORMAL | LOW NORMAL |
|---|---|---|---|
| A. Lt Calf | 3.26 | < 3.1 | 3.1 - 4.3 |
| B. Lt Foot | 3.66 | < 3 | 3 - 4.8 |



PAGE 4/13 * RCVD AT 12/4/2019 2:43:00 PM [Central Standard Time] * SVR:NE1PWFAX101/7 * DNIS:1460 * CSID:4232241791 * ANI:4232241791 * DURATION (mm-ss):08-39

THERAPATH NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

PATIENT: DIXON, ARNOLD L ACCESSION NUMBER: B19-07237

GROSS DESCRIPTION:

A. Specimen received fixed in 2% PLP in one vial labeled "Lt Calf". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.4 cm.

B. Specimen received fixed in 2% PLP in one vial labeled "Lt Foot". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.3 cm.

COMMENT:

The previous biopsy has been reviewed.

**Electronically Signed By:**

Codrin Iacob MD

11/11/2019 22:36

INTERPRETATION OF RESULTS:

The epidermal nerve fiber density (ENFD) of each sample is determined by using the published counting rules (Lauria G et al. Eur J Neurol 2005, 12:1-12 and Kennedy WR et al. in Dyck PJ, Thomas PK [eds] Peripheral Neuropathy. 4th ed. Philadelphia. WB Sanders, 2004. pp 869-95). The ENFD (fibers per millimeter of epidermal length) is first calculated by determining the number of epidermal fibers that cross the dermal epidermal junction divided by the epidermal length in each section and then calculating the average value from 5 sections.

The ENFD is compared to the values in specimens from normal control subjects as determined by Therapath. The lower limit of normal is defined as the 5th percentile of the age and gender specific normal control values. Lower ENFD values are considered to be significantly decreased and consistent with the diagnosis of small fiber neuropathy.

Values that are in the low normal range, between 10th percentile and 5th percentile, may be suspicious for early or mild neuropathy.

On occasion, the ENFD can be normal, but morphological examination reveals structural abnormalities such as axonal swelling or excessive branching. These are considered to be pre-degenerative changes that are also associated with small fiber neuropathy (Lauria et al, J Neurol Sci 1999, 164 172-8, Lauria et al, Neurology 2003, 61, 631-6).

Small fiber neuropathies can be length-dependent or non-length dependent which includes multifocal disorders. Length dependent neuropathies usually begin in the feet with loss of sensation in a stocking distribution in the lower extremities. When the condition is more advanced, a glove-like loss in the upper extremities also may occur. Occasionally, patients with a length-dependent neuropathy can feel symptoms in the hands before the lower extremities. In non length dependent neuropathies, symptoms may involve the trunk, face, arms, upper extremities, proximal limbs, or other focal areas. (Tavee et al, Cleve Clin J Med 2009; 76:297-305 and Hsieh, Acta Neurol Taiwan. 2010; 19:82-89).

The presence of normal ENFD does not by itself rule out a diagnosis of small fiber neuropathy. An abnormally reduced ENFD also does not indicate a particular cause for the neuropathy or predict a response to therapy. The diagnosis and treatment of any medical condition depends on the patient's clinical presentation and the results of all laboratory investigations as interpreted by the physician.

Disclaimer: This report may include laboratory-developed tests (LDTs). These assays were developed and their performance characteristics determined by Therapath. They have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA does not require these tests to go through premarket FDA review. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high-complexity clinical laboratory testing.

Laboratory Director: Jamie A. Jacobsohn, MD

CPT CODES: 88305x2, 88314x2, 88356x2, 88342x2

**DIXON, ARNOLD**

## Medical History
Obtained and Reviewed October 31, 2019.
Depression
Hypertension
Hypercholesterolemia
Other: Small fiber neuropathy

## Surgical History
Obtained and Reviewed October 31, 2019.
Other: Tonsillectomy, Discotomy

## Derm History
Obtained and Reviewed October 31, 2019.
Acne
Poison Ivy

## Family History of Melanoma
Obtained and Reviewed October 31, 2019.
No

## Social History
Obtained and Reviewed October 31, 2019.
EtOH none
Smoking status - Former smoker

## Medications
Obtained and Reviewed October 31, 2019.

## Allergies
Penicillins

## ROS
Provider reviewed on Oct 31, 2019.

A complete review of systems was performed and was notable for chest pain, abdominal pain, and neck stiffness.

No problems with bleeding, no problems with healing, no problems with scarring (hypertrophic or keloid), no rash, no immunosuppression, no hay fever, no fever or chills, no night sweats, no unintentional weight loss, no thyroid problems, no sore throat, no blurry vision, no bloody stool, no bloody urine, no joint aches, no muscle weakness, no headaches, no seizures, no cough, no shortness of breath, no wheezing, no anxiety, and no depression.

## Chief Complaint: Procedure (Skin Biopsy)

**HPI:** This is a 59 year old male who comes in for a skin biopsy of a small fiber neuropathy located on the right pretibial region and left pretibial region. The small fiber neuropathy is painful and moderate in severityIt has been present for years. Patient referred by Dr Mislschia at Mountain region family medicine for nerve biopsy.

## Vitals:

| VITALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
| 10/31/19 10:45 | Kinsler, Ashley | | | | | | 77.0 in | 275.0 lbs | 32.6 | 2.6 |

## Impression/Plan:
1. **Neuropathy**
(G90.09)
distributed on the right distal lateral pretibial region and right dorsal foot.

**Plan: Biopsy by Punch Method.**
Location (A): right distal lateral pretibial region. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 1cc of 1% lidocaine with epinephrine. A 3mm punch biopsy (sent for Epidermal Nerve Fiber Density) was performed on the right distal lateral pretibial region. The biopsy was allowed to heal by secondary intention. Following the biopsy Aquaphor and a pressure dressing were applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

Location (B): right dorsal foot. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 1cc of 1% lidocaine with epinephrine. A 3mm punch biopsy (sent for Epidermal Nerve Fiber Density) was performed on the right dorsal foot. The biopsy was allowed to heal by secondary intention. Following the biopsy Aquaphor and a pressure dressing were applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

**Plan: Educational Resources Provided.**
Post-Care Handouts: Biopsy aftercare instructions

2. **MIPS**

**Plan: MIPS Quality.**
Quality 110 (Influenza Immunization): Influenza immunization was not ordered or administered, reason not given
Quality 111 (Pneumonia Vaccination Status for Older Adults): Pneumococcal Vaccination not Administered or Previously Received, Reason not Otherwise Specified

## Follow up PRN

## Staff:
Millie Henderson (Primary Provider) (Bill Under)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

PAGE 6/13 * RCVD AT 12/4/2019 2:43:00 PM [Central Standard Time] * SVR:NE1PWFAX101/7 * DNIS:1460 * CSID:4232241791 * ANI:4232241791 * DURATION (mm-ss):08-39

CallaDerm **DIXON, ARNOLD**



**DIXON, ARNOLD**

| Neuropathy - Biopsy by Punch Method - right distal lateral pretibial region | | |
|---|---|---|
|  Thu 10/31/2019 10:19:12.881 | | |

| Neuropathy - Biopsy by Punch Method - right dorsal foot | | |
|---|---|---|
|  Thu 10/31/2019 10:19:05.198 | | |

I, Ashley Kinsler am scribing for, and in the presence of Millie Henderson.

Electronically Signed By: Ashley Kinsler, 11/04/2019 07:06 PM EST

I, Millie Henderson, personally performed the services described in the documentation as scribed by Ashley Kinsler in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Millie Henderson, 11/04/2019 07:06 PM EST

I have reviewed and agree with the impression and plan as documented. JLR

Neuropathy: distributed on the right distal lateral pretibial region and right dorsal foot.

Plan: Biopsy by Punch Method and Educational Resources Provided.

MIPS: .

Plan: MIPS Quality.

**DIXON, ARNOLD**

Electronically Signed By: Jami L Reaves, 11/04/2019 07:06 PM EST

# DIXON, ARNOLD

Visit Note - November 20, 2019 PMS ID: 78210 Sex: Male DOB: MRN: 15265

**Alerts**
Under pain management.

**Allergies**
Penicillins

**Medications**
hydrocodone-acetaminophen 10-325 mg Oral - tablet Frequency: bid
Lexapro 10 mg Oral - tablet Frequency: qd
lisinopril 20 mg Oral - tablet Frequency: qd
pravastatin 10 mg Oral - tablet Frequency: qd
ranitidine HCl 300 mg Oral - tablet Frequency: qd
Ultram 50 mg Oral - tablet Frequency: qd

**Medical History**
Anxiety
Cardio: Hyperlipidemia/High Cholesterol
Depression
Hypertension

**Interventional Pain Musculoskeletal History**
HNP, Lumbar
Osteoarthritis
Spinal Stenosis, Lumbar
Other: Lumbar DDD

**Musculoskeletal Surgery**
Other: Lumbar discectomy

**Surgical History**
Tonsillectomy

**Family History**
Family history of malignant neoplasm of breast (situation)

Family history of cancer of colon (situation)

**Social History**
ETOH none
Single Question Alcohol Screening: 0 days
Smoking status - Never smoker

**ROS**
Provider reviewed on Nov 20, 2019.

A complete review of systems was performed and was notable for joint pains, joint swelling, joint stiffness, unsteady gait, numbness, tingling, fatigue, leg cramps, corrective lenses, heartburn, and shortness of breath.

## Chief Complaint: Chronic Low Back Pain

**HPI:** This is a 59 year old male who comes in for a chief complaint of Chronic Low Back Pain, involving the lumbar spine. This occurs in the context of having chronic back pain. The pain has been present for 20 years. The lumbar spine pain is aggravated by standing for prolonged periods, lifting objects, exercise, bending over, and walking for long distances and is constant. The lumbar spine pain is described as radiating, sharp, aching, and radiating to above the right knee and associated with constant pain in the low back. The lumbar spine pain is 6 out of 10 currently and 10 out of 10 on a bad day. The leg pain is 0 out of ten. He has the following pertinent history: recurrent back pain. He reports constant functional limitations. He has been treated with activity modification and hydrocodone,tramadol . He has had the following procedures: injection and epidural steroid injection. Diagnostic testing:MRI scan, which was positive.

The patient was referred by Dr Mislachia.

**Vitals:**

| VITALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
| 11/20/19 07:47 | Wallace, Angela LPN (Angela) | 162/87 SIT | 69 | 18 | | | 77.0 in | 280.0 lbs | 33.2 | 2.6 |

**Exam:**

Appearance: overweight

Orientation: oriented to time, oriented to place, and oriented to person

Mood: pleasant

Gait: forward flexed.

Neck Skin Inspection: skin intact, no rashes or lesions. Posterior cervical paraspinals tender to palpation.

Upper Trunk Skin Inspection: skin intact, no rashes or lesions.

Skin:
Right Shoulder: skin intact, no rashes or lesions.

Skin:
Left Shoulder: skin intact, no rashes or lesions.

C-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

T-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

Posture: Normal Posture

Inspection:
Right Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

Inspection:
Left Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

C-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

T-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

Stability:
Right Shoulder: Stable

Stability:
Left Shoulder: Stable

C-Spine Special: Mild restriction in rotation and extension..

Special:
Right Shoulder: Normal

Special:
Left Shoulder: Normal

# DIXON, ARNOLD

## Visit Note - November 20, 2019

PMS ID: 78210 Sex: Male DOB: MRN: 15265

No Headaches, No Unexpected Weight Loss, No Fever, No Chills, No Redness, No Rash, No Immunosuppression, No Chest Pain, No Constipation, No Diarrhea, No Incontinence, No Wheezing, No Anxiety, And No Depression.

Thoracolumbar Spine Special: Normal

C-Spine ROM: Restricted ROM c spine

T-Spine ROM: Normal

Right Shoulder Active ROM:
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

Left Shoulder Active ROM:
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

Right Shoulder Passive ROM:
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

Left Shoulder Passive ROM:
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

Neck Muscles: Neck Flexion, Extension, Rotation to the right, rotation to the left Strength: 5/5, normal muscle tone.

Right Deltoid: Strength: 5/5, normal muscle tone.
Right Biceps: Strength: 5/5, normal muscle tone.
Right Triceps: Strength: 5/5, normal muscle tone.
Right WristExt: Strength: 5/5, normal muscle tone.
Right Finger Flexors: Strength: 5/5, normal muscle tone.
Right Interosseus: Strength: 5/5, normal muscle tone.
Right UE Dermatome Sensation: normal to light touch throughout dermatomes

Left Deltoid: Strength: 5/5, normal muscle tone.
Left Biceps: Strength: 5/5, normal muscle tone.
Left Triceps: Strength: 5/5, normal muscle tone.
Left WristExt: Strength: 5/5, normal muscle tone.
Left Finger Flexors: Strength: 5/5, normal muscle tone.
Left Interosseus: Strength: 5/5, normal muscle tone.
Left UE Dermatome Sensation: normal to light touch throughout dermatomes

Sensation:
Right LE: normal to light touch throughout dermatomes

Sensation:
Left LE: normal to light touch throughout dermatomes

Right UE DTRs: DTRs normal active

Left UE DTRs: DTRs normal active

DTRs:
Right LE: DTRs normal active

DTRs:
Left LE: DTRs normal active

Right UE Peripheral Pulses: normal radial and ulnar pulses, without thrill, good capillary refill

Left UE Peripheral Pulses: normal radial and ulnar pulses, without thrill, good capillary refill

Peripheral Pulses:
Right LE: normal posterior tibialis and dorsal pedis pulses, brisk capillary refill, no edema

Peripheral Pulses:
Left LE: normal posterior tibialis and dorsal pedis pulses, brisk capillary refill, no edema

Coordination: Coordination normal.

Lower Trunk Skin Inspection: skin intact, no rashes or lesions, lumbar paraspinals tender to palpation

**DIXON, ARNOLD**

Visit Note - November 20, 2019 PMS ID: 76210 Sex: Male DOB MRN: 16266

**Skin:**
Right Hip: skin intact, no rashes or lesions.

**Skin:**
Left Hip: skin intact, no rashes or lesions.

L-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses.

**Inspection:**
Right Hip: Normal alignment, no deformity, no tenderness, no warmth, no masses There is no apparent leg length discrepancy.

**Inspection:**
Left Hip: Normal alignment, no deformity, no tenderness, no warmth, no masses There is no apparent leg length discrepancy.

L-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

**Stability:**
Right Hip: Stable

**Stability:**
Left Hip: Stable.

L-Spine ROM:
**Flexion: 45 degrees**
**Extension: 15 degrees**
Rotation to the right: range of motions within normal limits.
**Rotation to the left: 15 degrees**
**Right lateral bending: 15 degrees**
Left lateral bending: range of motions within normal limits.

Right Iliopsoas: Strength: 5/5, normal muscle tone.

Right Hip Abduction: Strength: 5/5, normal muscle tone.

Right Hip Adduction: Strength: 5/5, normal muscle tone.

Right Quadriceps: Strength: 5/5, normal muscle tone.

Right Hamstring: Strength: 5/5, normal muscle tone.

Right EHL: Strength: 5

Right Tibialis Anterior: Strength: 5

Right Plantar Flexion: Strength: 5/5, normal muscle tone.

Right Foot Eversion: Strength: 5/5, normal muscle tone.

Inversion: Strength: 5/5, normal muscle tone.

Left Iliopsoas: Strength: 5/5, normal muscle tone.

Left Hip Abduction: Strength: 5/5, normal muscle tone.

Left Hip Adduction: Strength: 5/5, normal muscle tone.

Left Quadriceps: Strength: 5/5, normal muscle tone.

Left Hamstring: Strength: 5/5, normal muscle tone.

Left EHL: Strength: 5

Left Tibialis Anterior: Strength: 5

Left Plantar Flexion: Strength: 5/5, normal muscle tone.

Left Foot Eversion: Strength: 5/5, normal muscle tone.

Inversion: Strength: 5/5, normal muscle tone.

**Right Hip ROM:**
**Flexion: 150 degrees.**
**Extension: 0 degrees.**
**Abduction: 45 degrees.**
**Adduction: Restricted.**
**Internal Rotation: 45 degrees.**
**External Rotation: 45 degrees.**

**Left Hip ROM:**
**Flexion: 150 degrees.**
**Extension: 0 degrees.**
**Abduction: 45 degrees.**
**Adduction: Restricted.**
**Internal Rotation: 45 degrees.**
**External Rotation: 45 degrees.**

**Special:**
Right Hip: Normal

**Special:**
Left Hip: Normal

Right LE Sensation: **diminished sensation in medial calf and ankle, diminished sensation in lateral calf, lateral dorsum of foot and DS, and diminished sensation in plantar surface of the foot.** All other right lower extremity peripheral nerve sensation within normal limits.

Left LE Sensation: **diminished sensation in medial calf and ankle, diminished sensation in lateral calf, lateral dorsum of foot and DS, and diminished sensation in plantar surface of the foot.** All other left lower extremity peripheral nerve sensation within normal limits.

**DIXON, ARNOLD**

Visit Note - November 20, 2019 PMS ID: 76210 Sex: Male DOB: MRN: 15265

**Additional Notes**
Reasonable but diminished ROM both hips

## Impression/Plan:

1. **Intervertebral Disc Degeneration, Lumbar**
   **Other intervertebral disc degeneration, lumbar region (M51.36)**

   **Plan: Additional Notes.**
   Patient Specific Notes: Multilevel. Non-operative in nature.

   **Plan: Additional Notes.**
   Patient Specific Notes: Unable to sit erect or to sit at all for ant prolonged period of time secondary to discomfort.

   **Plan: Additional Notes.**
   Patient Specific Notes: Not felt to be a surgical candidate. Could consider a trial of spinal cord stimulation to cover both back and feet. Provided info generated by Nevro and Medtronic to review.

2. **Radiculopathy**
   **Radiculopathy, site unspecified (M54.10)**

   **Plan: Additional Notes.**
   Patient Specific Notes: Possible intermittent radicular complaints towards each thigh versus referred in nature.

3. **Neuropathy**
   **Other specified polyneuropathies (G62.89)**

   **Plan: Additional Notes.**
   Patient Specific Notes: Small fiber neuropathy affecting primarily feet, less so hands. Unable to wear socks or most laced shoes.

   **Plan: Additional Notes.**
   Patient Specific Notes: Patient unable to return to active employment secondary to multiple complex complaints.

**Follow up, Other Instructions: . Please copy patient note at his home address.**

**Staff:**

William Turney Williams, MD (Primary Provider) (Bill Under)

Angela Wallace, LPN

Electronically Signed By: William Turney Williams, MD, 11/20/2019 08:27 AM EST

# Sullivan County Clerks Office

3258 Highway 126
Suite 102
Blountville, TN 37617
Phone 423-279-7590
Fax 423-279-2725

| To: Lincoln Financial | From: Arnold Dixon |
|---|---|
| # Pages including cover 12 | Date: 12·4·19 |
| Office Location: | Office Location: |
| Fax Number: 402-361-1460 | Phone Number: |

- [x] Urgent
- [x] Reply ASAP
- [ ] Please comment
- [ ] Please Review
- [ ] For your Information

Total pages, including cover:

**Comments:**

att: Cheryl Seary / Sherri Vance

Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

To whom it may concern,

I am faxing the results of my biopsy and the evaluation report performed by Dr. Turney Williams in hopes that you would reconsider discontinuing my benefits. Please note that the biopsy report shows a picture of my right foot and right calf as being tested which is the case and the report speaks of the right foot and calf throughout. However, the results are labeled as it being my left foot and left calf. I wanted to state this so there wouldn't be any confusion. I have been trying to get this corrected for the last week to no avail. If it needs to be corrected please let me know.

Sherri Vance told me that the reason this is coming up is that there are people with my condition that are working. While that may be true, everyone is of course different and has different challenges presented with any diagnosis. I have received benefits for the same conditions for the past 8 years, conditions you deemed severe enough to receive benefits for. My condition has not improved, and if anything has deteriorated, thus my benefits should not be canceled.

All I can go on is how I feel and I have had to quit a number of things that I once enjoyed doing including but not limited to work. I am a prideful person and do not enjoy having to depend on someone else for my livelihood but I am also dedicated to providing for my family by any means possible.

I originally signed up for this insurance to be assured if I had a disabling injury whether by an accident and/or genetically and I clearly have that. I am looking forward to your final decision and trust the correct one will be made and that it will not be a bottom line decision but a decision that is right for all parties involved.

Thank you,

Arnold Dixon

# DIXON, ARNOLD

Visit Note - November 20, 2019 PMS ID: 78210 Sex: Male DOB: MRN: 15265

**Alerts**
Under pain management.

**Allergies**
Penicillin

**Medications**
hydrocodone-acetaminophen 10-325 mg Oral - tablet Frequency: bid
Lexapro 10 mg Oral - tablet Frequency: qd
lisinopril 20 mg Oral - tablet Frequency: qd
pravastatin 10 mg Oral - tablet Frequency: qd
ranitidine HCl 300 mg Oral - tablet Frequency: qd
Ultram 50 mg Oral - tablet Frequency: qd

**Medical History**
Anxiety
Cardio: Hyperlipidemia/High Cholesterol
Depression
Hypertension

**Interventional Pain Musculoskeletal History**
HNP, Lumbar
Osteoarthritis
Spinal Stenosis, Lumbar
Other: Lumbar DDD

**Musculoskeletal Surgery**
Other: Lumbar discectomy

**Surgical History**
Tonsillectomy

**Family History**
Family history of malignant neoplasm of breast (situation)

Family history of cancer of colon (situation)

**Social History**
EtOH none
Single Question Alcohol Screening: 0 days
Smoking status - Never smoker

**ROS**
Provider reviewed on Nov 20, 2019.

A complete review of systems was performed and was notable for joint pains, joint swelling, joint stiffness, unsteady gait, numbness, tingling, fatigue, leg cramps, corrective lenses, heartburn, and shortness of breath.

## Chief Complaint: Chronic Low Back Pain

**HPI:** This is a 59 year old male who comes in for a chief complaint of Chronic Low Back Pain, involving the lumbar spine. This occurs in the context of having chronic back pain. The pain has been present for 20 years. The lumbar spine pain is aggravated by standing for prolonged periods, lifting objects, exercise, bending over, and walking for long distances and is constant. The lumbar spine pain is described as radiating, sharp, aching, and radiating to above the right knee and associated with constant pain in the low back. The lumbar spine pain is 8 out of 10 currently and 10 out of 10 on a bad day. The leg pain is 0 out of ten. He has the following pertinent history: recurrent back pain. He reports constant functional limitations. He has been treated with activity modification and hydrocodone,tramadol . He has had the following procedures: injection and epidural steroid injection. Diagnostic testing:MRI scan, which was positive.

The patient was referred by Dr Misiaszek.

**Vitals:**

| VITALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
| 11/20/19 07:47 | Wallace, Angela LPN (Angela) | 152/87 SIT | 69 | 18 | | | 77.0 in | 280.0 lbs | 33.2 | 2.6 |

**Exam:**

Appearance: overweight

Orientation: oriented to time, oriented to place, and oriented to person

Mood: pleasant

Gait: forward flexed.

Neck Skin Inspection: skin intact, no rashes or lesions. Posterior cervical paraspinals tender to palpation.

Upper Trunk Skin Inspection: skin intact, no rashes or lesions.

Skin:
Right Shoulder: skin intact, no rashes or lesions.

Skin:
Left Shoulder: skin intact, no rashes or lesions.

C-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

T-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

Posture: Normal Posture

Inspection:
Right Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

Inspection:
Left Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

C-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

T-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

Stability:
Right Shoulder: Stable

Stability:
Left Shoulder: Stable

C-Spine Special: Mild restriction in rotation and extension..

Special:
Right Shoulder: Normal

Special:
Left Shoulder: Normal

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

# PRELIMINARY PATHOLOGY REPORT
## EPIDERMAL NERVE FIBER DENSITY

**PATIENT: DIXON, ARNOLD L.** — **ACCESSION NUMBER: B19-07237**

*D.O.B:* *AGE:* 59 *SEX:* M
*PHYSICIAN:* Jami Reaves M.D.
*COPY TO:*

*DATE COLLECTED:* 10/31/2019
*DATE RECEIVED:* 11/01/2019
*DATE REPORTED:* 11/12/2019

**Clinical History:**
**Additional Testing:** Pending, Test Number SG19-03631,

## DIAGNOSIS:

A. Lt Calf, skin biopsy: **Skin with low normal Epidermal Nerve Fiber Density.**

B. Lt Foot, skin biopsy: **Skin with low normal Epidermal Nerve Fiber Density.**



Representative sample from a biopsy with normal epidermal nerve fiber density. Arrow points to a small nerve fiber.



Representative sample from an abnormal biopsy with absent epidermal nerve fibers

## MICROSCOPIC DESCRIPTION:

A. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

B. Frozen sections are stained by the immunoperoxidase method for PGP9.5, a marker of nerve fibers. From the sections that have been examined, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are focal and this analysis does not exclude the diagnosis.

## EPIDERMAL NERVE FIBER DENSITY TEST:

| Specimen | Result Value | ABNORMAL | LOW NORMAL |
|---|---|---|---|
| A. Lt Calf | 3.26 | < 3.1 | 3.1 - 4.3 |
| B. Lt Foot | 3.66 | < 3 | 3 - 4.8 |

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

**PATIENT: DIXON, ARNOLD L** **ACCESSION NUMBER: B19-07237**

**GROSS DESCRIPTION:**

A. Specimen received fixed in 2% PLP in one vial labeled "Lt Calf". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.4 cm.

B. Specimen received fixed in 2% PLP in one vial labeled "Lt Foot". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.3 cm.

**COMMENT:**

The previous biopsy has been reviewed.

**Electronically Signed By:**

Codrin Iacob MD

11/11/2019 22:36

**INTERPRETATION OF RESULTS:**

The epidermal nerve fiber density (ENFD) of each sample is determined by using the published counting rules (Lauria G et al. Eur J Neurol 2005, 12:1-12 and Kennedy WR et al. in Dyck PJ, Thomas PK [eds] Peripheral Neuropathy. 4th ed. Philadelphia. WB Sanders, 2004. pp 869-95). The ENFD (fibers per millimeter of epidermal length) is first calculated by determining the number of epidermal fibers that cross the dermal epidermal junction divided by the epidermal length in each section and then calculating the average value from 5 sections.

The ENFD is compared to the values in specimens from normal control subjects as determined by Therapath. The lower limit of normal is defined as the 5th percentile of the age and gender specific normal control values. Lower ENFD values are considered to be significantly decreased and consistent with the diagnosis of small fiber neuropathy.

Values that are in the low normal range, between 10th percentile and 5th percentile, may be suspicious for early or mild neuropathy.

On occasion, the ENFD can be normal, but morphological examination reveals structural abnormalities such as axonal swelling or excessive branching. These are considered to be pre-degenerative changes that are also associated with small fiber neuropathy (Lauria et al, J Neurol Sci 1999, 164 172-8, Lauria et al, Neurology 2003, 61, 631-6).

Small fiber neuropathies can be length-dependent or non-length dependent which includes multifocal disorders. Length dependent neuropathies usually begin in the feet with loss of sensation in a stocking distribution in the lower extremities. When the condition is more advanced, a glove-like loss in the upper extremities also may occur. Occasionally, patients with a length-dependent neuropathy can feel symptoms in the hands before the lower extremities. In non length dependent neuropathies, symptoms may involve the trunk, face, arms, upper extremities, proximal limbs, or other focal areas. (Tavee et al, Cleve Clin J Med 2009; 76:297-305 and Hsieh, Acta Neurol Taiwan. 2010; 19:82-89).

The presence of normal ENFD does not by itself rule out a diagnosis of small fiber neuropathy. An abnormally reduced ENFD also does not indicate a particular cause for the neuropathy or predict a response to therapy. The diagnosis and treatment of any medical condition depends on the patient's clinical presentation and the results of all laboratory investigations as interpreted by the physician.

Disclaimer: This report may include laboratory-developed tests (LDTs). These assays were developed and their performance characteristics determined by Therapath. They have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA does not require these tests to go through premarket FDA review. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high-complexity clinical laboratory testing.

Laboratory Director: Jamie A. Jacobsohn, MD

CPT CODES: 88305x2, 88314x2, 88356x2, 88342x2

**DIXON, ARNOLD**

## Medical History
Obtained and Reviewed October 31, 2019.
Depression
Hypertension
Hypercholesterolemia
Other: Small fiber neuropathy

## Surgical History
Obtained and Reviewed October 31, 2019.
Other: Tonsillectomy, Discetomy

## Derm History
Obtained and Reviewed October 31, 2019.
Acne
Poison Ivy

## Family History of Melanoma
Obtained and Reviewed October 31, 2019.
No

## Social History
Obtained and Reviewed October 31, 2019.
EtOH none
Smoking status - Former smoker

## Medications
Obtained and Reviewed October 31, 2019.

## Allergies
Penicillins

## ROS
Provider reviewed on Oct 31, 2019.

A complete review of systems was performed and was notable for chest pain, abdominal pain, and neck stiffness.

No problems with bleeding, no problems with healing, no problems with scarring (hypertrophic or keloid), no rash, no immunosuppression, no hay fever, no fever or chills, no night sweats, no unintentional weight loss, no thyroid problems, no sore throat, no blurry vision, no bloody stool, no bloody urine, no joint aches, no muscle weakness, no headaches, no seizures, no cough, no shortness of breath, no wheezing, no anxiety, and no depression.

## Chief Complaint: Procedure (Skin Biopsy)

**HPI:** This is a 59 year old male who comes in for a skin biopsy of a small fiber neuropathy located on the right pretibial region and left pretibial region. The small fiber neuropathy is painful and moderate in severityIt has been present for years. Patient referred by Dr Mislschia at Mountain region family medicine for nerve biopsy.

## Vitals:

| VITALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
| 10/31/19 10:45 | Kinsler, Ashley | | | | | | 77.0 in | 275.0 lbs | 32.6 | 2.6 |

## Impression/Plan:

1. **Neuropathy**
(G90.09)
distributed on the right distal lateral pretibial region and right dorsal foot.

**Plan: Biopsy by Punch Method.**
Location (A): right distal lateral pretibial region. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 1cc of 1% lidocaine with epinephrine. A 3mm punch biopsy (sent for Epidermal Nerve Fiber Density) was performed on the right distal lateral pretibial region. The biopsy was allowed to heal by secondary intention. Following the biopsy Aquaphor and a pressure dressing were applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

Location (B): right dorsal foot. Written consent was obtained and risks were reviewed including but not limited to scarring, infection, bleeding, scabbing, incomplete removal, nerve damage and allergy to anesthesia. The area was prepped with Alcohol. Local anesthesia was obtained with approximately 1cc of 1% lidocaine with epinephrine. A 3mm punch biopsy (sent for Epidermal Nerve Fiber Density) was performed on the right dorsal foot. The biopsy was allowed to heal by secondary intention. Following the biopsy Aquaphor and a pressure dressing were applied. Patient will be notified of biopsy results. However, patient instructed to call the office if not contacted within 2 weeks.

**Plan: Educational Resources Provided.**
Post-Care Handouts: Biopsy aftercare instructions

2. **MIPS**

**Plan: MIPS Quality.**
Quality 110 (Influenza Immunization): Influenza immunization was not ordered or administered, reason not given
Quality 111 (Pneumonia Vaccination Status for Older Adults): Pneumococcal Vaccination not Administered or Previously Received, Reason not Otherwise Specified

## Follow up PRN

## Staff:
Millie Henderson (Primary Provider) (Bill Under)

**DIXON, ARNOLD**






This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**DIXON, ARNOLD**

| Neuropathy - Biopsy by Punch Method - right distal lateral pretibial region | | |
|---|---|---|
| <br>Thu 10/31/2019 10:19:12.881 | | |

| Neuropathy - Biopsy by Punch Method - right dorsal foot | | |
|---|---|---|
| <br>Thu 10/31/2019 10:19:05.198 | | |

I, Ashley Kinsler am scribing for, and in the presence of Millie Henderson.

Electronically Signed By: Ashley Kinsler, 11/04/2019 07:06 PM EST

I, Millie Henderson, personally performed the services described in the documentation as scribed by Ashley Kinsler in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Millie Henderson, 11/04/2019 07:06 PM EST

I have reviewed and agree with the impression and plan as documented. JLR

Neuropathy: distributed on the right distal lateral pretibial region and right dorsal foot.

Plan: Biopsy by Punch Method and Educational Resources Provided.

MIPS: .

Plan: MIPS Quality.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Electronically Signed By: Jami L Reaves, 11/04/2019 07:06 PM EST



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# DIXON, ARNOLD

Visit Note - November 20, 2019 PMS ID: 78210 Sex: Male DOB: MRN: 15265

**Alerts**
Under pain management.

**Allergies**
Penicillins

**Medications**
hydrocodone-acetaminophen 10-325 mg Oral - tablet Frequency: bid
Lexapro 10 mg Oral - tablet Frequency: qd
lisinopril 20 mg Oral - tablet Frequency: qd
pravastatin 10 mg Oral - tablet Frequency: qd
ranitidine HCl 300 mg Oral - tablet Frequency: qd
Ultram 50 mg Oral - tablet Frequency: qd

**Medical History**
Anxiety
Cardio: Hyperlipidemia/High Cholesterol
Depression
Hypertension

**Interventional Pain Musculoskeletal History**
HNP, Lumbar
Osteoarthritis
Spinal Stenosis, Lumbar
Other: Lumbar DDD

**Musculoskeletal Surgery**
Other: Lumbar discectomy

**Surgical History**
Tonsillectomy

**Family History**
Family history of malignant neoplasm of breast (situation)

Family history of cancer of colon (situation)

**Social History**
ETOH none
Single Question Alcohol Screening: 0 days
Smoking status - Never smoker

**ROS**
Provider reviewed on Nov 20, 2019.

A complete review of systems was performed and was notable for joint pains, joint swelling, joint stiffness, unsteady gait, numbness, tingling, fatigue, leg cramps, corrective lenses, heartburn, and shortness of breath.

## Chief Complaint: Chronic Low Back Pain

**HPI:** This is a 59 year old male who comes in for a chief complaint of Chronic Low Back Pain, involving the lumbar spine. This occurs in the context of having chronic back pain. The pain has been present for 20 years. The lumbar spine pain is aggravated by standing for prolonged periods, lifting objects, exercise, bending over, and walking for long distances and is constant. The lumbar spine pain is described as radiating, sharp, aching, and radiating to above the right knee and associated with constant pain in the low back. The lumbar spine pain is 6 out of 10 currently and 10 out of 10 on a bad day. The leg pain is 0 out of ten. He has the following pertinent history: recurrent back pain. He reports constant functional limitations. He has been treated with activity modification and hydrocodone,tramadol . He has had the following procedures: injection and epidural steroid injection. Diagnostic testing:MRI scan, which was positive.

The patient was referred by Dr Mislachia.

**Vitals:**

| VITALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Taken By | B.P. | Pulse | Resp. | O2 Sat. | Temp. | Ht. | Wt. | BMI | BSA |
| 11/20/19 07:47 | Wallace, Angela LPN (Angiea) | 162/87 SIT | 69 | 18 | | | 77.0 in | 280.0 lbs | 33.2 | 2.6 |

**Exam:**

Appearance: overweight

Orientation: oriented to time, oriented to place, and oriented to person

Mood: pleasant

Gait: forward flexed.

Neck Skin Inspection: skin intact, no rashes or lesions. Posterior cervical paraspinals tender to palpation.

Upper Trunk Skin Inspection: skin intact, no rashes or lesions.

Skin:
Right Shoulder: skin intact, no rashes or lesions.

Skin:
Left Shoulder: skin intact, no rashes or lesions.

C-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

T-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses

Posture: Normal Posture

Inspection:
Right Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

Inspection:
Left Shoulder: Normal alignment, no deformity, no tenderness, no warmth, no masses, no muscle atrophy, no scapular winging, no clavicle deformity, no crepitus

C-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

T-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

Stability:
Right Shoulder: Stable

Stability:
Left Shoulder: Stable

C-Spine Special: Mild restriction in rotation and extension..

Special:
Right Shoulder: Normal

Special:
Left Shoulder: Normal

# DIXON, ARNOLD

Visit Note - November 20, 2019 PMS ID: 78210 Sex: Male DOB: MRN: 15255

No Headaches, No Unexpected Weight Loss, No Fever, No Chills, No Redness, No Rash, No Immunosuppression, No Chest Pain, No Constipation, No Diarrhea, No Incontinence, No Wheezing, No Anxiety, And No Depression.

Thoracolumbar Spine Special: Normal

C-Spine ROM: Restricted ROM c spine

T-Spine ROM: Normal

**Right Shoulder Active ROM:**
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

**Left Shoulder Active ROM:**
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

**Right Shoulder Passive ROM:**
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

**Left Shoulder Passive ROM:**
Forward Flexion: 180 degrees.
Extension: 50 degrees.
Abduction: 180 degrees.
Adduction: 40 degrees.
External Rotation: 45 degrees.
Internal Rotation: T4 - T8.

Neck Muscles: Neck Flexion, Extension, Rotation to the right, rotation to the left Strength: 5/5, normal muscle tone.

Right Deltoid: Strength: 5/5, normal muscle tone.
Right Biceps: Strength: 5/5, normal muscle tone.
Right Triceps: Strength: 5/5, normal muscle tone.
Right WristExt: Strength: 5/5, normal muscle tone.
Right Finger Flexors: Strength: 5/5, normal muscle tone.
Right Interosseus: Strength: 5/5, normal muscle tone.
Right UE Dermatome Sensation: normal to light touch throughout dermatomes

Left Deltoid: Strength: 5/5, normal muscle tone.
Left Biceps: Strength: 5/5, normal muscle tone.
Left Triceps: Strength: 5/5, normal muscle tone.
Left WristExt: Strength: 5/5, normal muscle tone.
Left Finger Flexors: Strength: 5/5, normal muscle tone.
Left Interosseus: Strength: 5/5, normal muscle tone.
Left UE Dermatome Sensation: normal to light touch throughout dermatomes

**Sensation:**
Right LE: normal to light touch throughout dermatomes

**Sensation:**
Left LE: normal to light touch throughout dermatomes

Right UE DTRs: DTRs normal active

Left UE DTRs: DTRs normal active

**DTRs:**
Right LE: DTRs normal active

**DTRs:**
Left LE: DTRs normal active

Right UE Peripheral Pulses: normal radial and ulnar pulses, without thrill, good capillary refill

Left UE Peripheral Pulses: normal radial and ulnar pulses, without thrill, good capillary refill

**Peripheral Pulses:**
Right LE: normal posterior tibialis and dorsal pedis pulses, brisk capillary refill, no edema

**Peripheral Pulses:**
Left LE: normal posterior tibialis and dorsal pedis pulses, brisk capillary refill, no edema

Coordination: Coordination normal.

Lower Trunk Skin Inspection: skin intact, no rashes or lesions, lumbar paraspinals tender to palpation

# DIXON, ARNOLD

Visit Note - November 20, 2019 PMS ID: 75210 Sex: Male DOB: MRN: 16265

**Skin:**
Right Hip: skin intact, no rashes or lesions.

**Skin:**
Left Hip: skin intact, no rashes or lesions.

L-Spine Inspection: Normal alignment, no deformity, no tenderness, no warmth, no masses.

**Inspection:**
Right Hip: Normal alignment, no deformity, no tenderness, no warmth, no masses There is no apparent leg length discrepancy.

**Inspection:**
Left Hip: Normal alignment, no deformity, no tenderness, no warmth, no masses There is no apparent leg length discrepancy.

L-Spine Stability: No bony step-off, no gross deformity, normal sagittal and coronal alignment.

**Stability:**
Right Hip: Stable

**Stability:**
Left Hip: Stable

L-Spine ROM:
**Flexion: 45 degrees**
**Extension: 15 degrees**
Rotation to the right: range of motions within normal limits.
**Rotation to the left: 15 degrees**
**Right lateral bending: 15 degrees**
Left lateral bending: range of motions within normal limits.

Right Iliopsoas: Strength: 5/5, normal muscle tone.

Right Hip Abduction: Strength: 5/5, normal muscle tone.

Right Hip Adduction: Strength: 5/5, normal muscle tone.

Right Quadriceps: Strength: 5/5, normal muscle tone.

Right Hamstring: Strength: 5/5, normal muscle tone.

Right EHL: **Strength: 5**

Right Tibialis Anterior: **Strength: 5**

Right Plantar Flexion: Strength: 5/5, normal muscle tone.

Right Foot Eversion: Strength: 5/5, normal muscle tone.

Inversion: Strength: 5/5, normal muscle tone.

Left Iliopsoas: Strength: 5/5, normal muscle tone.

Left Hip Abduction: Strength: 5/5, normal muscle tone.

Left Hip Adduction: Strength: 5/5, normal muscle tone.

Left Quadriceps: Strength: 5/5, normal muscle tone.

Left Hamstring: Strength: 5/5, normal muscle tone.

Left EHL: **Strength: 5**

Left Tibialis Anterior: **Strength: 5**

Left Plantar Flexion: Strength: 5/5, normal muscle tone.

Left Foot Eversion: Strength: 5/5, normal muscle tone.

Inversion: Strength: 5/5, normal muscle tone.

**Right Hip ROM:**
**Flexion: 150 degrees.**
**Extension: 0 degrees.**
**Abduction: 45 degrees.**
**Adduction: Restricted.**
**Internal Rotation: 45 degrees.**
**External Rotation: 45 degrees.**

**Left Hip ROM:**
**Flexion: 150 degrees.**
**Extension: 0 degrees.**
**Abduction: 45 degrees.**
**Adduction: Restricted.**
**Internal Rotation: 45 degrees.**
**External Rotation: 45 degrees.**

**Special:**
Right Hip: Normal

**Special:**
Left Hip: Normal

Right LE Sensation: **diminished sensation in medial calf and ankle, diminished sensation in lateral calf, lateral dorsum of foot and DS, and diminished sensation in plantar surface of the foot.** All other right lower extremity peripheral nerve sensation within normal limits.

Left LE Sensation: **diminished sensation in medial calf and ankle, diminished sensation in lateral calf, lateral dorsum of foot and DS, and diminished sensation in plantar surface of the foot.** All other left lower extremity peripheral nerve sensation within normal limits.

**DIXON, ARNOLD**

Visit Note - November 20, 2019 PMS ID: 76210 Sex: Male DOB: MRN: 15265

**Additional Notes**
Reasonable but diminished ROM both hips

## Impression/Plan:

1. **Intervertebral Disc Degeneration, Lumbar**
   **Other intervertebral disc degeneration, lumbar region (M51.36)**

   **Plan: Additional Notes.**
   Patient Specific Notes: Multilevel. Non-operative in nature.

   **Plan: Additional Notes.**
   Patient Specific Notes: Unable to sit erect or to sit at all for ant prolonged period of time secondary to discomfort.

   **Plan: Additional Notes.**
   Patient Specific Notes: Not felt to be a surgical candidate. Could consider a trial of spinal cord stimulation to cover both back and feet. Provided info generated by Nevro and Medtronic to review.

2. **Radiculopathy**
   **Radiculopathy, site unspecified (M54.10)**

   **Plan: Additional Notes.**
   Patient Specific Notes: Possible intermittent radicular complaints towards each thigh versus referred in nature.

3. **Neuropathy**
   **Other specified polyneuropathies (G62.89)**

   **Plan: Additional Notes.**
   Patient Specific Notes: Small fiber neuropathy affecting primarily feet, less so hands. Unable to wear socks or most laced shoes.

   **Plan: Additional Notes.**
   Patient Specific Notes: Patient unable to return to active employment secondary to multiple complex complaints.

**Follow up, Other Instructions: . Please copy patient note at his home address.**

**Staff:**

William Turney Williams, MD (Primary Provider) (Bill Under)

Angela Wallace, LPN

Electronically Signed By: William Turney Williams, MD, 11/20/2019 08:27 AM EST

Date: Wed Nov 13 09:25:31 CST 2019
From: Sherri Vance <Sherri.Vance@lfg.com>
To:
Message-ID: <704277349.3.1573658732040.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1120006734 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

November 13, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in reference to your appeal for Long Term Disability benefits.

We received your email dated 11/12/2019 in which you requested an extension to provide a response to the medical review due to medical testing that was recently completed.

We will allow an extension to 12/4/2019 to submit any additional information that you would like to have considered as part of the appeal.

Please understand the appeal review will not continue until we have received the additional documents or until such time as you communicate with Lincoln the appeal is complete.

Please contact me directly at the phone number listed below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Sherri Vance
800-423-2765 *7970
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

8/21/2019

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | Arnold Dixon |
| | Client | : | Lincoln Financial Group - GA |
| | Referred By | : | Portrey, Kathy |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 1120006734 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | undated |
| Claim log | Case Notes | 01/12/12-08/01/18 |
| Progress notes | Appalachian Neurosurgical | 04/13/11 |
| Progress notes | Associated Neurologists of Kingsport | 07/28/11-10/26/11 |
| Progress notes | East Tennessee Brain & Spine | 06/11/14-10/14/14 |
| Progress notes | Gastroenterology Associates | 12/04/18 |
| Progress notes | Johnson City Medical Center | 03/09/12 |
| Progress notes | Kingsport Day Surgery | 07/17/03-03/25/04 |
| Progress notes | R. Macdonald MD | 06/13/12-02/13/14 & undated |
| Progress notes | K. Misischia DO | 02/24/17-05/28/19 |
| Progress notes | Mountain Empire Surgery Center | 12/05/06-12/26/06 |
| Progress notes | Pain Medicine Associates | 07/08/03-06/19/14 |
| Progress notes | PMA Surgery Center | 02/22/11-06/24/11 |

| | | |
|---|---|---|
| Progress notes | Results Physiotherapy | 08/11/14 |
| Progress notes | W. Williams MD | 10/24/13-12/05/13 |
| UR Report | C. Brock MD | 03/07/14 |
| X-Ray | Mountain Region Family Medicine | 06/12/14 |
| MRI | Franklin Woods Community Hospital | 01/28/11-02/10/11 |
| MRI | Johnson City Medical Center | 04/18/11 |
| MRI | Wellmont Health System | 01/30/04-05/22/14 |
| EMG | East Tennessee Brain & Spine | 07/08/14 |
| EMG | Pain Medicine Associates | 03/28/11 |
| Lab | LabCorp | 02/28/12 |
| Lab | Medcom | 02/13/19-02/20/19 |
| Lab | Solstas Lab Partners | 08/25/11-08/29/13 |
| Lab | Therapath Neuropathology | 01/30/14 |
| Other Test | Wellmont Health System | 06/20/14 |
| Job | Saratoga | undated |
| Misc | | 02/12/12-06/04/19 |
| ROI | | 03/06/12-04/25/19 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Kevin Misischia
2) DATE: 8/14/2019
3) TIME: 11:30 AM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: Message left on voicemail for the AP to return my call.

TELECONFERENCE #2:

1) AP NAME: Kevin Misischia
2) DATE: 8/15/2019

3) TIME: 3:45 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: Message left on voicemail for the AP to return my call. A return call was not received from the provider for this review.

**SUMMARY OF MEDICAL DOCUMENTATION**

CLINICAL SUMMARY:

The claimant is a 59 year-old male Support Analyst ("Sedentary" PDL) who stopped working as of 7/9/2011. Below is a synopsis of the pertinent medical documentation in chronological order.

2003- 2007- Initial evaluation with Dr. Ward and multiple follow-up visits with Dr. Williams for degenerative disc disease of the lumbar spine. MRI of the lumbar spine reveals annular tear at L4-L5. Electrodiagnostic testing reveals early peripheral polyneuropathy in the right lower extremity. Several interventional procedures performed, including lumbar epidural steroid injections and facet joint injections.

1/16/2011 - 12/15/2011- Multiple follow-up visits/interventional pain procedures with Dr. Williams for peripheral neuropathy/lumbar facet arthropathy. Plan is to consider trial of dorsal column stimulator, and to continue current medications as prescribed.

1/28/2011- MRI of the lumbar spine reveals multilevel degenerative changes throughout lumbar spine.

4/13/2011- Initial evaluation by Dr. Dulebohn for low back pain. Examination unrevealing with no focal neurological deficits. Plan is to obtain electrodiagnostic testing.

4/18/2011- MRI of the cervical spine reveals moderate to severe canal stenosis at C4-C5 and C5-C6 with some deformity of the cord.

8/24/2011, 10/26/2011, 6/13/2012, 12/13/2012- Follow-up Dr. Pendola/Dr. MacDonald for peripheral neuropathy. Trial of amitriptyline 25mg conducted. Lidoderm patches continued.

2/28/2012, 3/15/2012, 3/29/2012, 6/20/2013- Follow-up Dr. Williams for neck pain. Examination reveals sensory deficit in all fingers. Non-dermatomal sensory stocking deficit about the feet. Plan is to continue current medications as prescribed.

8/29/2013, 2/13/2014- Follow-up Dr. MacDonald who opines that the claimant's skin biopsy is consistent with small fiber peripheral polyneuropathy.

10/24/2013, 12/5/2013- APS by Dr. Williams who opines the claimant is capable of lifting up to 10lbs occasionally and sitting/standing/walking occasionally and never

climbing/bending/kneeling.

11/14/2013- Transferable Skills Analysis by Jasmine Martin-Robinson, MRC, CRC who determines there are alternative occupations that meet the claimant's physical demand level and are consistent with his education, training, experience and salary requirements.

3/7/2014- NMR Medical file review by Dr. Brock who opined that the claimant is capable of returning to work within the restrictions/limitations of a Sedentary physical demand level.

3/20/2014, 4/17/2014, 6/19/2014- Follow-up Dr. Williams for neck pain. Examination reveals sensory deficit in right second and third fingers. Non-dermatomal sensory deficit about the feet. Plan is to obtain records and increase Nortriptyline.

5/22/2014- MRI of the cervical spine reveals broad based osteophyte disc complex with markedly eccentric right foraminal/moderate canal stenosis with mild compression of right cord and moderate left, severe right neuro-foraminal narrowing with compression of right C5 root.

6/11/2014, 6/24/2014, 7/8/2014, 8/11/2014- Follow-up Isaac O'Dell, PA-C/Wesley Perry, PA-C/Steve McLaughlin, PA-C for neck/arm problems. Examination reveals limited ROM with no focal neurological deficits. Plan is to continue neck exercises at home.

6/12/2014- X-ray of the cervical spine reveals degenerative disc and joint disease.

6/20/2014- Cervical myelogram reveals anterior and large lateral extradural defect at C3-C4, C4-5 and C6-C7 and small anterior defect at C6-C7. S/P ACDF at C5-C6.

6/20/2014- CT of cervical spine reveals severe bony foraminal stenosis on the left at C3-C4 with left C4 nerve root compression, severe right foraminal stenosis at C4-5 and C6-7 with probable right C5 and right C7 nerve root compression.

7/18/2014- Electrodiagnostic testing reveals an acute lesion of the C6, C7 and C8 nerve roots on the right with evidence of chronic C5/C6 findings bilaterally.

8/11/2014- Physiotherapy initial evaluation/multiple follow-up progress notes with Results Physiotherapy.

10/13/2014- Follow-up Tracy Gaudu, PA-C/Dr. Fullagar for neck/arm problems s/p ACDF at C5-6. Examination not documented. Radiographic review reveals partially solid fusion and partially fibrous. Plan is to continue home stretching program.

2/24/2017- APS by Dr. Misischia who determines the claimant is incapable of returning to work in any capacity.

12/4/2018- Follow-up Dr. Coe for GERD/nausea. Examination unremarkable with no focal neurological deficits noted. Plan is to continue Zantac and take probiotics.

2/20/2019- Follow-up Dr. Misischia for HTN, osteoarthritis. Examination unremarkable with no focal neurological deficits. Plan is to continue current medications as prescribed.

5/29/2019- Abilities form completed by Dr. Misischia who determines the claimant is capable of lifting up to 10lbs occasionally, sit/stand/walk occasionally and never climb, bend, or kneel.

**QUESTION**

**1. Please discuss clmt's functional impairments.**

Based on the documentation provided, the claimant has been evaluated, treated, and followed for chronic low back pain secondary to lumbar degenerative disc disease/annular tearing at L4-L5 as seen on MRI evaluation in 2007 and 2011. In addition, the claimant has been battling cervical spinal stenosis with radicular symptoms down the arms since 2014, which culminated in an Anterior Cervical Discectomy and Fusion surgery in that same year. Since the surgery, the claimant had continued to have ongoing neck/radicular arm pain as evidenced by CT myelogram dated 6/20/2014. Finally, the claimant has been diagnosed/treated for small fiber peripheral polyneuropathy ever since 2011, with it first being described in 2007 on electrodiagnostic testing.

Ultimately, the claimant's cervical spine fusion surgery has resulted in a chronic pain condition known as "post-laminectomy syndrome". This condition is a source of chronic persistent pain, limited mobility, and diminished tolerance for physical activity. However, this condition does not result in total disability. The claimant will have difficulty with remaining in a fixed position for a prolonged period of time, will have reduced capacity for lifting/carrying/pushing/pulling, and will not be capable of assuming certain positions for work.

From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that would require restrictions and limitations.
The following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that would be causing ongoing physical impairment that is supported by the objective medical evidence.

Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical post-laminectomy syndrome and lumbar degenerative disc disease, I submit the following restrictions/limitations are reasonable for this claimant to continue working:

There is no restriction with regard to sitting.

Standing/walking should total a combined 2 hours per day, with each not lasting longer than 15 minutes continuously.

Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.

Complex movements of the spine including climbing of stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally.

Working from heights, including ladders and scaffolds, should be totally restricted.

Use of the upper extremities for overhead work can be performed on an occasional basis, while use of the upper extremities for work at chest level and below being unrestricted.

Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.

Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.

The claimant is capable of maintaining a full-time work schedule with these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.

**2. Do the medical findings support the R&Ls as stated by Dr. Misichia on APS dated 5/28/19? If so, please provide clinical rationale to support.**

No. I opine that the restrictions/limitations outlined by Dr. Mischia on 5/28/19 are too restrictive in that they do not allow the claimant to perform activities such as bending or kneeling. I propose the objective evidence does not support the claimant's inability to perform these maneuvers. Therefore, I submit the claimant will be capable of returning to work within the restrictions/limitations that I have outlined in my response to question #1.

**3. If not, please specify any R&Ls that would apply to this clmt, how long these R&Ls shall remain in place, and an appropriate timeframe for follow-up.**

Please refer to the restrictions/limitations that I have outlined in my response to question #1. I opine these restrictions/limitations should remain in place for the remainder of the claimant's life.

**4. What are clmt's maximum functional capabilities and what can they perform in an 8-hour work day?**

Please refer to the restrictions/limitations that I have outlined in my response to question #1. The claimant is capable of maintaining a full-time work schedule with these restrictions in place.

**RATIONALE**

Please see above.

**REFERENCE (S):**

N/A

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



Lucien J. Parrillo, MD, MPH, FIPP
Board Certified: American Board of Internal Medicine; Sports Medicine
Board Certified: American Board of Preventive Medicine; Occupational Medicine
Certified Medical Review Officer(MRO)
CT Chapter of American Society of Addiction Medicine
American College of Sports Medicine
CSMS Committee on Addiction Medicine, CSMS Committee on Workers Compensation, CSMS Committee on the Medical Aspects of Sports
American Society of Interventional Pain Physicians
American Academy of Pain Medicine, Connecticut Pain Society
American Medical Society for Sports Medicine
American College of Occupational & Environmental Medicine
CT License # 44684
FL License # ME139340

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

Date: 10/17/19

Nursing Memorandum

Claim: 1120006734
Claimant: Arnold Dixon
Date of Disability: 7/9/11

Clinical Assessment: All available medical records have been reviewed through date and time of this review including all documentation submitted for appeal to date. Information summarized below includes those portions of the records received that have relevance to the questions and time frame identified for this review.

The EE stopped working on 7/9/11 for spinal stenosis (narrowing), small fiber neuropathy (nerve pain), and lumbar degenerative disc disease. He underwent an C5-6 anterior cervical disc fusion in 2014.

The EE saw Dr. Misischia (Family Medicine) on 2/20/19 follow up of high blood pressure, high cholesterol, and mixed lipid levels which are noted to be stable with medication management. His osteoarthritis (degenerative joint disease) that involves the hips, knees, and spine has been slowly progressive, and depression which has been improving with medication. He denies current symptoms. Exam is unremarkable including normal cervical ROM. He is noted to be in no acute distress. Plan is to continue current medication regimen, diet, and exercise with a follow up in 6 months. An ability form from Dr. Misischia dated 5/28/19 indicates the EE can occasionally lift and carry up to 10 pounds, sit and stand less than 1 hour, walk, and use of fingers (difficulty with repetitive motions). Never climb, bend, kneel, or lift over 10 pounds.

An independent medical peer review was completed on 8/21/19 by Dr. Parrillo (Internal Medicine/Sports Medicine/Occupational Medicine) who opined the EE has the following R/L's including no restriction with sitting. Standing and walking should total a combined 2 hours per day, with each not lasting longer than 15 minutes continuously. Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently. Complex movements of the spine including climbing of stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally. Working from heights, including ladders and scaffolds, should be totally restricted. Use of the upper extremities for overhead work can be performed on an occasional basis, while use of the upper extremities for work at chest level and below being unrestricted. Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted. Environmental restrictions in terms of noise, temperature, or air-quality are not necessary. The EE is capable of maintaining a full-time work schedule with these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life. R/L's are consistent with own occupation. Please see report in AWD for full details.

There are no further exam findings or office visit for review submitted on appeal after his primary care provider visit on 2/20/19 to show insight into his conditions.

The medical evidence fails to demonstrate significant pain, or neurological deficits such as decreased strength, altered sensation, or impaired gait to support R/L's beyond 9/12/19. There are no documented side effects to any medications. At most recent office visit, the EE has been encouraged to exercise. The R/L's outlined by peer reviewer Dr. Parrillo are supported and would not preclude all work activities. The medical records do not show support for more restrictive limitations than those opined above.

Amy M., RN
Nurse Disability Consultant, Lincoln Financial Consultant

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

October 23, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in regard to your appeal for Long Term Disability benefits.

As part of your appeal review, your medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for your review prior to completion of our appeal decision.

You may wish to provide this assessment to your treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 11/13/2019. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your disability claim at this time as we want to provide you every opportunity to review our assessment and provide a response.

If we do not receive a response by 11/13/2019, then we will render a decision based on the information currently in the file.

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number listed below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Cheryl Geary
Assisting on behalf of Sherri Vance
800-423-2765 *7970
Consultant, Claims
The Lincoln National Life Insurance Company

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

October 23, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in regard to your appeal for Long Term Disability benefits.

As part of your appeal review, your medical information was reviewed by a health care consultant. We are enclosing a copy of the report with this letter for your review prior to completion of our appeal decision.

You may wish to provide this assessment to your treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 11/13/2019. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your disability claim at this time as we want to provide you every opportunity to review our assessment and provide a response.

If we do not receive a response by 11/13/2019, then we will render a decision based on the information currently in the file.

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number listed below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Cheryl Geary
Assisting on behalf of Sherri Vance
800-423-2765 *7970
Consultant, Claims
The Lincoln National Life Insurance Company

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

October 9, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in reference to your appeal for Long Term Disability benefits.

We received your voicemail dated 10/8/2019 in which you indicated that nothing further was being submitted as part of the appeal. You indicated that we should proceed with the review of your appeal. Since you have indicated that nothing further is being submitted in support of your appeal we are proceeding with the review of the appeal.

We have resumed our review of your appeal and will notify you of the results as soon as a decision is rendered. If additional information is needed or if we have questions regarding the information being reviewed, we will contact you as soon as possible.

Please contact me directly at the phone number listed below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Sherri Vance
800-423-2765 *7970
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

October 7, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This is to acknowledge receipt of your appeal for Long Term Disability benefits. We received your letter on 9/30/2019.

Your appeal letter received on 9/30/2019 indicated you will require additional time to supplement your appeal with additional medical documentation. We will allow the additional time requested.

Please understand the appeal review will not continue until we have received the additional documents or until such time as you communicate with Lincoln the appeal is complete.

Please submit any and all additional medical evidence that you believe would support your appeal. Please have the medical records submitted to our office within 30 days of the date of this letter or no later than 11/6/2019.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of the appeal.

In addition, as part of our review of your appeal, you may also submit information associated with the Social Security Disability Award for our consideration, which may include a copy of the Administrative Law Judge's Favorable Decision letter or a complete copy of the administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

For your convenience, all documents may be sent via facsimile to 402-361-1460.

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #4784576

We are allowing you time to submit additional information, as requested. Due to these special circumstances an extension of time to process your appeal is required and we are exercising our right to take a 45-day extension of time to decide the appeal.

Please note that we are not making a final determination on the disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal.

Please contact me directly at the phone number listed below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Sherri Vance
800-423-2765 *7970
Specialist, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

ARNOLD DIXON

OCT 0 7 2019

KNOXVILLE TN 379
PM
30 SEP
2019



CLAIMS SHARED SERVICES
THE LINCOLN NATIONAL LIFE INS. CO.
P.O. BOX 2337
OMAHA, NE 68103

68103$2337 B050 10/01

September 23, 2019

OCT 0 7 2019

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha, NE 68103

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

To whom it may concern,

I received a letter of denial from Julie Kurtz on 9/19/19 and I do not agree with the decision. The letter I am writing includes, but is not limited to, the reasons that prevent me from working.

First of all I would like to say that when I talked to Julie on 6/5/19 that I plainly asked her if I need to see a specialist and she told me no and that what she had received from my medical doctor (it was plainly stated on the info he sent that it was from Pain Medicine Associates) would be fine. The next call I got from Lincoln was on 9/10/19 but I have no idea who called because they never left a voicemail nor did I receive an email. Then when looking at my bank account on 9/18/19 I noticed a deposit from LFG on 9/16/19. I had no idea what it was for, so I called LFG on the same day and had to leave Julie a message. She called me back just a few minutes later and that's when I found out my benefits had been stopped, very unprofessional to say the least in my opinion especially with something so important to someone and affecting their livelihood. It would have been nice to have been notified before my benefits were stopped and given a chance to provide more info and/or proof or to simply reiterate why I can't work as I am doing in this letter.

Second, I would like to say as I did in 2014 when my benefits were dropped the first time that I have been dealing with back pain since 1987, and unknowingly neuropathy since approximately the late 90's, so please know that my decision to stop working in July of 2011 was not taken lightly and was not easily or quickly made as I have been dealing with issues for several years. In the fall of 2010, the pain and swelling in my feet and legs along with my back pain started getting worse and became so intense that I made a decision to see Dr. Williams at Pain Medicine Associates. I wanted to see if anything could be done for the pain and swelling even though they had told me in the past that they couldn't do anything for my back until it got to the point that I couldn't walk or lost strength because the risks outweigh the rewards. After several tests and procedures that resulted in no relief, Dr. Williams suggested doing an EMG to see what may show up. The EMG was scheduled and performed in March of 2011 and at that point, I was told that I had pre-neuropathy symptoms. Before this I had thought all of my problems were related to my back. Since then in 2014 I had another EMG performed and

[illegible] 2019

[illegible]
[illegible] Disability Insurance [illegible]
P.O. Box 2337
Omaha, NE 68103

Re: Policy Number: 000400003000202700
Claim Number: 11200069734

To whom it may concern,

I received a letter of denial from Julie Kurtz on 9/19/19 and I do not agree with the decision. The areas I am writing include, but is not limited to, the reasons I feel pieces of the flawed reasoning.

First of all I would like to say that when I talked to Julie on 6/5/19 that I plainly asked her if I need to see a specialist and she told me no and that what she had received from my medical doctor (it was plainly stated on the info I sent that it was from Pain Medicine Associates) would be fine. The next call I got from Lincoln was on 9/10/19 but I have no idea who called because they never left a voicemail nor did I receive an email. That is when looking at my bank account on 9/16/19 I noticed a deposit from LFG on 9/16/19. I had no idea what it was for, so I called LFG on the same day and had to leave Julie a message. She called me back just a few minutes later and that's when I found out my benefits had been stopped, very unprofessional I must say the least in my opinion, especially with something so important to someone and affecting their livelihood. It would have been nice to have been notified before my benefits were stopped and given a chance to provide more info and/or proof or to simply reiterate why I can't work as I am doing in this letter.

Second, I would like to say as I did in 2014 when my benefits were dropped the first time that I have been dealing with back pain since 1997 and inflammatory neuropathy since approximately the late 90's so please know that my decision to stop working in July of 2011 was not taken lightly and was not easily or quickly made as I have been dealing with issues for several years. In the fall of 2010, the pain and swelling in my feet and legs along with my back pain started getting worse and became so intense that I made a decision to see Dr. Williams at Pain Medicine Associates. I wanted to see if anything could be done for the pain and swelling even though they had told me in the past that they couldn't do anything for my back until I got to the point that I couldn't walk or lost strength because the risks outweigh the rewards. After several tests and procedures that resulted in no relief, Dr. Williams suggested doing an EMG to see what may show up. The EMG was scheduled and performed in March of 2011 and at that point, I was told that I had pre-neuropathy symptoms. Before this I had thought all of my problems were related to my back. Since then in 2016 I had another EMG performed and

it was determined that I may have small fiber neuropathy so I went and had a biopsy performed that confirmed that my neuropathy was the small fiber type. My neuropathy was determined to be below abnormal levels (you have the document with results). Back in 2011 it was a struggle to go to work every day and perform at the level needed to do my job. The pain from my degenerative discs and the neuropathy distracted me and made it impossible to concentrate on my work and it has only gotten worse since then. There are times that I go 20 minutes down the road that the pain is so bad I can't ride or even think about driving. It also prevented me from sleeping at night and as a result, my performance level declined. My sleeping has gotten even worse, there are several nights that I get no sleep at all unless I increase my meds and when I do this I cannot function and it makes it impossible to drive. Had my employer not been gracious enough to work with me since 2008 when I had neck surgery, I would have been terminated long before I made my decision to quit work in July of 2011.

Not only does the pain keep me from working at full capacity, there are times the pain is so intense that I cannot drive as stated before or get out of bed. When this happens and I sit up, the pain makes me nauseous and as a result I am usually in bed all day. This occurs whenever I try and sit straight up for any more than and hour and even more often when I am active so, I am not able to be very active at all and for this reason I have had to quit basically everything along with work including fishing, golfing, going to the movies and even going to church because after sitting for an hour the pain just intensifies and starts going down into my hips and legs. The pain gets worse and worse as the day goes on even if I'm not active due to my spine compressing throughout the day. For this reason when I am sitting I have to stay in a reclined position the majority of my time. As you know, I take pain medicine, it only knocks the edge off the pain and wears off several hours before I can take another dose. As a result my doctor has prescribed me another medicine to help me until I can take more of my regular medicine. The more active I am when doing activities like sitting, standing, walking or a combination of the three, the more pain I experience which elevates my blood pressure. This creates even more discomfort. If I were to work, I would have to take my medicine after arriving to work because I cannot drive for several hours after taking it. This would make it difficult to stay awake as the medicine causes drowsiness, so in addition to the distraction of the pain, the medicine also makes it impossible to concentrate while working. These physical problems have caused me to not only quit work but basically everything I once enjoyed doing including to but not limited to the activities I mentioned above. The pain I experience on a daily basis is just too great to do these things and I have it to some level 24/7. Besides that, due to the neuropathy I can't wear socks and shoes anymore at all because the pain caused by the neuropathy intensifies so much that it feels like my feet are on fire. Due to this I have to wear only sandals or types of flip flops, if I go somewhere that sandals aren't appropriate I have to wear a open hiking type shoe with no socks and in less than an hour I am stumbling because my feet are burning so bad and I can't feel them. The neuropathy also causes my skin to get hyper-sensitive to the point that I can't tolerate any material touching my skin and as a

[illegible] pain from my leg [illegible] and neuropathy [illegible] in my [illegible] work and it has only gotten worse since then. There are times that [illegible] down because of the pain is so bad I can't drive or even think about driving [illegible] prevents me from sleeping at night and as a result my performance level declined [illegible] it has gotten even worse. There are some nights that I get no sleep at all unless I [illegible] my meds and when I do this I cannot function and it makes it impossible to [illegible] had my employer not been gracious enough to work with me since 2008 when I had neck surgery, I would have been terminated long before I made my decision to quit work in July of [illegible]

Not only does the pain keep me from working at full capacity, there are times the pain is [illegible] that I cannot drive as stated before or get out of bed. When this happens [illegible] the pain makes me nauseous and as a result I am usually in bed all day. This occurs [illegible] try and sit straight up for any more than and hour and even more often when I am active. [illegible] not able to be very active at all and for this reason I have had to quit basically everything [illegible] with [illegible] including [illegible] going to the movies and even going to church because after sitting for an hour the pain just intensifies and starts going down into my hips and legs. The pain gets worse and worse as the day goes on even if I'm not active due to my spine compressing throughout the day. For this reason when I am sitting I have to stay in a reclined position the majority of my time. As you know, I take pain medicine, it only knocks the edge off the pain [illegible] off several hours before I can take another dose. As a result my doctor has prescribed me another medicine to help me until I can take more of my regular medicine. The more active I am when doing activities like sitting, standing, walking or a combination of the three, the more pain I experience which elevates my blood pressure [illegible] [illegible] even more discomfort. If I were to work I would have to take my medicine after [illegible] to work because I cannot drive for several hours after taking it. This would make it difficult to stay awake as the medicine causes drowsiness, so in addition to the distraction of the pain, the medicine also makes it impossible to concentrate while working. These physical problems have caused me to not only quit work but basically everything I once enjoyed doing including but not limited to the activities I mentioned above. The pain I experience on a daily basis is just too great to do these things and I have it to some level 24/7. Besides that due to the neuropathy I can't wear socks and shoes anymore at all because the pain caused by the neuropathy intensifies so much that it feels like my feet are on fire. Due to this I have to [illegible] or types of flip flops, it is somewhat that the sandals aren't open [illegible] [illegible] or even [illegible] type shoe with no socks and unless than an hour I am [illegible] because my feet are burning so bad and I can't feel them. The neuropathy also causes my skin to get hypersensitive to a point that I can't tolerate any material touching my skin and [illegible]

result it will not allow me to wear pants or dress type shirts. An example would be the same as extreme sunburn.

Below are a few things the letter states that I do not agree with and/or have concerns about.

- The denial letter states that "The medical evidence provided by Dr. Kevin Misischia failed to document any neurologic or musculoskeletal abnormalities"
    - I have in the past provided to you medical proof and documentation showing and stating that I have degenerative disc disease and spinal stenosis. I can provide more if needed but your letter even states that "Dr. Lucien Parrillo reported that based off the medical evidence contained in your claim file you would have restrictions and limitations due to your chronic low back pain, cervical spinal stenosis, and small fiber neuropathy." You already agree I have neurological abnormalities, so my question would be why is there a need for more documentation?

- The denial letter states that "Dr. Lucien Parrillo's review determined that you would have no restrictions with the ability to sit, use your upper extremities to work at chest level or below"
    - NO RESTRICTIONS, in the letter Dr. Parrillo agrees that I can't stand, walk, lift, carry, push, pull, climb stairs, kneel bend, crouch, etc without restrictions. It would be completely unreasonable to say I can't do all of these things but then say I can sit for 8 hours a day 5 days a week with NO RESTRICTIONS. In 2014 Dr. Williams' notes plainly stated that I cannot sit for more than **4 hours/day**, occasionally through the week, not every day of the week. I cannot do anything for 4 hours or more/day, 5 days/week whether it's sitting, standing, walking or a combination of the 3. His notes also state that my feet need to be elevated so, I possibly could sit, walk, stand or a combination of the 3 if I can keep my feet elevated for at least 30 minutes to 1 hour every 2 hours. In addition his notes state that I would also have to work in a reclined position to relieve the pressure from my back to keep the pain at a minimum. Dr. Misischia's notes state that I can't sit for more than an hour which is accurate now due to my pain getting worse and he is referring to me not being able to sit for more than an hour without reclining. In my experience there are simply no jobs available that could accommodate these needs. Not only am I not able to sit for any amount of time that my back doesn't hurt to the point of severe distraction but even when I lay down I have to lay for at least a couple hours to get enough relief so that I can sleep. More often than not the pain wakes me up several times a night and as stated before even sometimes all night, on top of that my medicine also causes insomnia. The more active I am the more sleep I require because the pain is so debilitating and exhausts me to

[illegible]

[illegible] are a few errors the letter states that I do not agree with or may/or have [illegible] about

The denial letter states that "the medical evidence provided by Dr. Kevin [illegible] did not document any neurologic or musculoskeletal abnormalities."

- I have in the past provided to you medical proof and documentation showing and stating that I have degenerative disc disease and many stenosis. I can provide more if needed but your letter even states that "Dr. Lucien Parrillo reported that based off the medical evidence contained in your claim file you would have restrictions and limitations due to your chronic low back pain, cervical spinal stenosis, and small foot neuropathy" so already agree I have neurological complications so my question would be why is there a need for more documentation?

The denial letter states that "Dr. Lucien Parrillo's review determined that you would have no restrictions with the ability to sit, use your upper extremities, work at chest level or below."

- NO RESTRICTIONS – the letter Dr. Parrillo agrees that I can't stand, walk, lift, carry, push, pull, climb stairs, kneel, bend, crouch, etc without restrictions. It would be completely unreasonable to say I can't do all of these things but then say I can sit for 8 hours a day 5 days a week with NO RESTRICTIONS. In 2014 Dr. Williams' notes plainly state that I cannot sit for more than 4 hours/day, occasionally through the week, not every day of the week. I cannot do anything for 4 hours or more/day, 5 days/week whether it's sitting, standing, walking or a combination of the 3. His notes also state that my feet need to be elevated so, I possibly could sit, walk, stand or a combination of the 3 if I can keep my feet elevated for at least [illegible] minutes [illegible] every 2 [illegible]. In addition his notes state that I would also have to work in a reclined position to relieve the pressure from my back to keep the pain at a minimum. Dr. Misischia's notes state that I can't sit for more than an hour which is accurate now due to my pain getting worse and he is referring to me not being able to sit for more than an hour without reclining. In my experience there are simply no jobs available that could accommodate these needs. Not only am I not able to sit for any amount of time that my back doesn't hurt to the point of severe distraction but even when I lay down I have to lay for at least a couple hours to get enough relief so that I can sleep. More often than not the pain wakes me up several times a night and as stated before even sometimes all night. [illegible] that my medicine also causes insomnia. The more active I am the [illegible]

[illegible]

a point my body just shuts down. Also with the stenosis in my neck area if I keep my hands above my waist for any length of time my arms go to sleep/numb. If there is no support for my hands my arms lose strength so sitting and typing is difficult.

- The denial letter states that "Benefits were approved based on medical evidence, which supported your inability to perform each of the main duties of your regular occupation as Service Coordinator."
  - I am confused, you clearly acknowledge I have the medical evidence but still deny my benefits. Not to mention the fact that LFG offered me a settlement in 2014, why would that happen if you believed I would be returning to work someday? I truly believe it wouldn't have been offered had you not thought it. My medical condition hasn't changed for the better but in fact only gotten worse as do the majority of people with my condition. If you talk to any spine specialist (and I have seen no less than half a dozen), neurosurgeon or a neurologist they will tell you that neither degenerative discs disease nor peripheral neuropathy get better as is the case with most diseases if they are not curable. I have multiple levels of degenerative discs along with spinal stenosis and that is why they won't operate, the neuropathy can only be helped with medication which has helped me very little so surgery is not even an option for it. This is what lead me to my confusion, if you agreed in 2014 that medical evidence supported my inability to do my duties, why would that change 8 years later from the time I went on disability to now?

Third, with all due respect I don't see how Dr. Parrillo can determine what I can and can't do without ever seeing me as a patient. That would be like a doctor looking at a cancer patient and saying they will survive or not survive with this treatment or that treatment, my point is, people react differently to the same treatments as they do to the same diseases and/or conditions. To me it's just ludicrous to think he can look at paperwork and say the pain doesn't bother me when I sit. Any spine specialist will tell you that sitting for a long period of time is the worst thing anyone can do to their back even when you have a healthy back. Here is a partial excerpt for WebMD that talks about how hard sitting can be on someone's back.

## Back Wreckers #4 and #5: Commuting and Computing

You sit, and you sit, and you sit some more -- at work, while driving, and in front of the TV. And your back doesn't like it. Here's why.

Your discs are spongy and cushion the vertebrae in your spine, but discs have poor blood supply, Hisey says. When you move, fluid circulates through the discs.

When you sit still, the fluid is wrung out, so you're depriving discs of nutrition, he says. Spending so much time behind the wheel of a car or sitting in front of a computer adds mileage to our discs, which leads to stress in your back.

"The discs in your spine are nourished by motion," Hisey says. **"So sitting still is hard on your back and neck, and can do long-term damage."** Studies have also shown that sitting puts more pressure on your spine than lying down or standing up.

"The worst posture is sitting and leaning forward," Shamie says. This makes you lock your pelvis and flex your spine, putting pressure on the front of the vertebrae, where your discs are. The more you arch forward and exaggerate the curve of the spine, the more pressure you're putting on your discs. "This uneven pressure on a disc puts it at high risk of rupture,"

I reiterate, not all people are the same and aren't affected by the effects of sitting for 8 hours a day but some are and unfortunately I am one of those people. With the medical evidence that has been provided to you should leave no doubt that I am one of those people and for the past 8 years you haven't doubted. I do not see how you can ignore the medical evidence that your company deemed at one time to be proof that I was disabled and now change your mind because Dr. Parrillo who is hundreds of miles away says that I can work.

In closing, the denial letter and documentation acknowledges and includes, along with medical records that I am suffering from small fiber peripheral neuropathy, spinal stenosis and degenerative discs. LFG along with SSID determined 8 years ago almost 9 now, that I was disabled and couldn't work. I was not able to work then and I certainly am not able to work now. My condition has not improved in the last 8 years. As I have stated the conditions I suffer from, usually do not stabilize and only get worse with time as mine have to this point. The pain I experience day in and day out is debilitating and exhausting. If there was any way possible for me to go back to work and not have to depend on a disability check or insurance I would more than gladly do so.

I wish doctors could see and feel how much pain people are really in and how little it takes to be that way. It's not fun when you're exhausted from just taking a shower and can't even bend over to dry your feet off with a towel or go to your grandchild's ball game and can't sit for an hour and enjoy it like you should be able to or dread going out to eat with your family because you know how much pain you're going to be in. I would have much rather been able to pay my insurance premiums and never had to collect on them but unfortunately that wasn't in the cards so to speak.

At 59 years old it would be hard for me to find a job if I was healthy let alone with the problems I have. It would be unreasonable to expect someone to hire me with all the

[illegible]

[illegible]

[illegible]

[illegible]

[illegible], not all [illegible] people [illegible] the same and aren't affected by the effects of sitting for 8 hours a day but some are and unfortunately I am one of those people. With the medical evidence that has been provided to you should leave no doubt that I am one of those people and for the past 8 years you haven't doubted. I do not see how you can ignore the medical evidence that your company deemed at one time to be proof that I was disabled and now change your mind because Dr. Yermo who is hundreds of miles away says that I can work.

In closing, the denial letter and documentation acknowledges and includes, along with medical records that I am suffering from small fiber peripheral neuropathy, spinal stenosis and degenerative discs. LPG along with SSID determined 8 years ago almost 9 now, that I was disabled and couldn't work. I was not able to work then and I certainly am not able to work now. My condition has not improved in the last 8 years. As I have stated the conditions that I [illegible], usually do not stabilize and only get worse with time as mine have [illegible]. The pain I experience day in and day out is debilitating and exhausting. If there was any way possible for me to go back to work and not have to depend on a disability check or insurance I would more than gladly do so.

I wish doctors could see and feel how much pain people are really in and how little it takes to be that way. It's not fun when you're exhausted from just taking a shower and can't [illegible] bend over to dry your feet off with a towel or go to your grandchild's ball game [illegible] for an hour and enjoy it like you should be able to or dread going out to eat with your family because you know how much pain you're going to be in. I would have much rather been able to enjoy my insurance premiums and never had to collect on them but unfortunately that wasn't in the cards so to speak.

At 53 years old it would be hard for me to find a job if I was healthy let alone with [illegible] [illegible] I have. It would be unreasonable to expect someone to hire me with all [illegible]

restrictions that even Dr. Parrillo agrees that I have but also to tell them I can only wear shorts and sandals and have to have a special desk and chair so my hands won't be too high and that I would have to miss certain days and would have to be late on certain days. I ask you to please reconsider your decision of denial. That decision would put me and my family in financial hardship and that is what I was trying to avoid when I decided to get disability insurance just in case I would not able to hold a job because of physical or mental limitations, as is the situation I am in and unfortunately will be the rest of my life.

Regards,

Arnold Dixon

# Sullivan County Clerks Office

3258 Highway 126
Suite 102
Blountville, TN 37617
Phone 423-279-7590
Fax 423-279-2725

| | |
|---|---|
| To: Claimed Shared. | From: Arnold Dixon |
| # Pages including cover Services | Date: 9-30-19 |
| Office Location: | Office Location: |
| Fax Number: 402-361-1460 | Phone Number: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☐ For your Information

Total pages, including cover:

**Comments:**

... Central Daylight Time] ^ SVR:NE1PWFAX101/0 ^ DNIS:1460 ^ CSID:4232241791 ^ ANI:4232241791 ^ DURATION (mm-ss):02-44

September 23, 2019

Claims Shared Services
The Lincoln National Life Insurance Company
P.O. Box 2337
Omaha, NE 68103

Re: Policy Number: 000400003002027706
Claim Number: 1120006734

To whom it may concern,

I received a letter of denial from Julie Kurtz on 9/19/19 and I do not agree with the decision. The letter I am writing includes, but is not limited to, the reasons that prevent me from working.

First of all I would like to say that when I talked to Julie on 6/5/19 that I plainly asked her if I need to see a specialist and she told me no and that what she had received from my medical doctor (it was plainly stated on the info he sent that it was from Pain Medicine Associates) would be fine. The next call I got from Lincoln was on 9/10/19 but I have no idea who called because they never left a voicemail nor did I receive an email. Then when looking at my bank account on 9/18/19 I noticed a deposit from LFG on 9/16/19. I had no idea what it was for, so I called LFG on the same day and had to leave Julie a message. She called me back just a few minutes later and that's when I found out my benefits had been stopped, very unprofessional to say the least in my opinion especially with something so important to someone and affecting their livelihood. It would have been nice to have been notified before my benefits were stopped and given a chance to provide more info and/or proof or to simply reiterate why I can't work as I am doing in this letter.

Second, I would like to say as I did in 2014 when my benefits were dropped the first time that I have been dealing with back pain since 1987, and unknowingly neuropathy since approximately the late 90's, so please know that my decision to stop working in July of 2011 was not taken lightly and was not easily or quickly made as I have been dealing with issues for several years. In the fall of 2010, the pain and swelling in my feet and legs along with my back pain started getting worse and became so intense that I made a decision to see Dr. Williams at Pain Medicine Associates. I wanted to see if anything could be done for the pain and swelling even though they had told me in the past that they couldn't do anything for my back until it got to the point that I couldn't walk or lost strength because the risks outweigh the rewards. After several tests and procedures that resulted in no relief, Dr. Williams suggested doing an EMG to see what may show up. The EMG was scheduled and performed in March of 2011 and at that point, I was told that I had pre-neuropathy symptoms. Before this I had thought all of my problems were related to my back. Since then in 2014 I had another EMG performed and

it was determined that I may have small fiber neuropathy so I went and had a biopsy performed that confirmed that my neuropathy was the small fiber type. My neuropathy was determined to be below abnormal levels (you have the document with results). Back in 2011 it was a struggle to go to work every day and perform at the level needed to do my job. The pain from my degenerative discs and the neuropathy distracted me and made it impossible to concentrate on my work and it has only gotten worse since then. There are times that I go 20 minutes down the road that the pain is so bad I can't ride or even think about driving. It also prevented me from sleeping at night and as a result, my performance level declined. My sleeping has gotten even worse, there are several nights that I get no sleep at all unless I increase my meds and when I do this I cannot function and it makes it impossible to drive. Had my employer not been gracious enough to work with me since 2008 when I had neck surgery, I would have been terminated long before I made my decision to quit work in July of 2011.

Not only does the pain keep me from working at full capacity, there are times the pain is so intense that I cannot drive as stated before or get out of bed. When this happens and I sit up, the pain makes me nauseous and as a result I am usually in bed all day. This occurs whenever I try and sit straight up for any more than and hour and even more often when I am active so, I am not able to be very active at all and for this reason I have had to quit basically everything along with work including fishing, golfing, going to the movies and even going to church because after sitting for an hour the pain just intensifies and starts going down into my hips and legs. The pain gets worse and worse as the day goes on even if I'm not active due to my spine compressing throughout the day. For this reason when I am sitting I have to stay in a reclined position the majority of my time. As you know, I take pain medicine, it only knocks the edge off the pain and wears off several hours before I can take another dose. As a result my doctor has prescribed me another medicine to help me until I can take more of my regular medicine. The more active I am when doing activities like sitting, standing, walking or a combination of the three, the more pain I experience which elevates my blood pressure. This creates even more discomfort. If I were to work, I would have to take my medicine after arriving to work because I cannot drive for several hours after taking it. This would make it difficult to stay awake as the medicine causes drowsiness, so in addition to the distraction of the pain, the medicine also makes it impossible to concentrate while working. These physical problems have caused me to not only quit work but basically everything I once enjoyed doing including to but not limited to the activities I mentioned above. The pain I experience on a daily basis is just too great to do these things and I have it to some level 24/7. Besides that, due to the neuropathy I can't wear socks and shoes anymore at all because the pain caused by the neuropathy intensifies so much that it feels like my feet are on fire. Due to this I have to wear only sandals or types of flip flops, if I go somewhere that sandals aren't appropriate I have to wear a open hiking type shoe with no socks and in less than an hour I am stumbling because my feet are burning so bad and I can't feel them. The neuropathy also causes my skin to get hyper-sensitive to the point that I can't tolerate any material touching my skin and as a

PAGE 3/7 * RCVD AT 9/30/2019 6:49:36 AM [Central Daylight Time] * SVR:NE1PWFAX101/0 * DNIS:1460 * CSID:4232241791 * ANI:4232241791 * DURATION (mm-ss):02-44

result it will not allow me to wear pants or dress type shirts. An example would be the same as extreme sunburn.

Below are a few things the letter states that I do not agree with and/or have concerns about.

- The denial letter states that "The medical evidence provided by Dr. Kevin Misischia failed to document any neurologic or musculoskeletal abnormalities"
    - I have in the past provided to you medical proof and documentation showing and stating that I have degenerative disc disease and spinal stenosis. I can provide more if needed but your letter even states that "Dr. Lucien Parrillo reported that based off the medical evidence contained in your claim file you would have restrictions and limitations due to your chronic low back pain, cervical spinal stenosis, and small fiber neuropathy." You already agree I have neurological abnormalities, so my question would be why is there a need for more documentation?

- The denial letter states that "Dr. Lucien Parrillo's review determined that you would have no restrictions with the ability to sit, use your upper extremities to work at chest level or below"
    - NO RESTRICTIONS, in the letter Dr. Parrillo agrees that I can't stand, walk, lift, carry, push, pull, climb stairs, kneel bend, crouch, etc without restrictions. It would be completely unreasonable to say I can't do all of these things but then say I can sit for 8 hours a day 5 days a week with NO RESTRICTIONS. In 2014 Dr. Williams' notes plainly stated that I cannot sit for more than **4 hours/day**, occasionally through the week, not every day of the week. I cannot do anything for 4 hours or more/day, 5 days/week whether it's sitting, standing, walking or a combination of the 3. His notes also state that my feet need to be elevated so, I possibly could sit, walk, stand or a combination of the 3 if I can keep my feet elevated for at least 30 minutes to 1 hour every 2 hours. In addition his notes state that I would also have to work in a reclined position to relieve the pressure from my back to keep the pain at a minimum. Dr. Misischia's notes state that I can't sit for more than an hour which is accurate now due to my pain getting worse and he is referring to me not being able to sit for more than an hour without reclining. In my experience there are simply no jobs available that could accommodate these needs. Not only am I not able to sit for any amount of time that my back doesn't hurt to the point of severe distraction but even when I lay down I have to lay for at least a couple hours to get enough relief so that I can sleep. More often than not the pain wakes me up several times a night and as stated before even sometimes all night, on top of that my medicine also causes insomnia. The more active I am the

a point my body just shuts down. Also with the stenosis in my neck area if I keep my hands above my waist for any length of time my arms go to sleep/numb. If there is no support for my hands my arms lose strength so sitting and typing is difficult.

- The denial letter states that "Benefits were approved based on medical evidence, which supported your inability to perform each of the main duties of your regular occupation as Service Coordinator."
  - I am confused, you clearly acknowledge I have the medical evidence but still deny my benefits. Not to mention the fact that LFG offered me a settlement in 2014, why would that happen if you believed I would be returning to work someday? I truly believe it wouldn't have been offered had you not thought it. My medical condition hasn't changed for the better but in fact only gotten worse as do the majority of people with my condition. If you talk to any spine specialist (and I have seen no less than half a dozen), neurosurgeon or a neurologist they will tell you that neither degenerative discs disease nor peripheral neuropathy get better as is the case with most diseases if they are not curable. I have multiple levels of degenerative discs along with spinal stenosis and that is why they won't operate, the neuropathy can only be helped with medication which has helped me very little so surgery is not even an option for it. This is what lead me to my confusion, if you agreed in 2014 that medical evidence supported my inability to do my duties, why would that change 8 years later from the time I went on disability to now?

Third, with all due respect I don't see how Dr. Parrillo can determine what I can and can't do without ever seeing me as a patient. That would be like a doctor looking at a cancer patient and saying they will survive or not survive with this treatment or that treatment, my point is, people react differently to the same treatments as they do to the same diseases and/or conditions. To me it's just ludicrous to think he can look at paperwork and say the pain doesn't bother me when I sit. Any spine specialist will tell you that sitting for a long period of time is the worst thing anyone can do to their back even when you have a healthy back. Here is a partial excerpt for WebMD that talks about how hard sitting can be on someone's back.

## Back Wreckers #4 and #5: Commuting and Computing

You sit, and you sit, and you sit some more -- at work, while driving, and in front of the TV. And your back doesn't like it. Here's why.

Your discs are spongy and cushion the vertebrae in your spine, but discs have poor blood supply, Hisey says. When you move, fluid circulates through the discs.

When you sit still, the fluid is wrung out, so you're depriving discs of nutrition, he says. Spending so much time behind the wheel of a car or sitting in front of a computer adds mileage to our discs, which leads to stress in your back.

"The discs in your spine are nourished by motion," Hisey says. **"So sitting still is hard on your back and neck, and can do long-term damage."** Studies have also shown that sitting puts more pressure on your spine than lying down or standing up.

"The worst posture is sitting and leaning forward," Shamie says. This makes you lock your pelvis and flex your spine, putting pressure on the front of the vertebrae, where your discs are. The more you arch forward and exaggerate the curve of the spine, the more pressure you're putting on your discs. "This uneven pressure on a disc puts it at high risk of rupture,"

I reiterate, not all people are the same and aren't affected by the effects of sitting for 8 hours a day but some are and unfortunately I am one of those people. With the medical evidence that has been provided to you should leave no doubt that I am one of those people and for the past 8 years you haven't doubted. I do not see how you can ignore the medical evidence that your company deemed at one time to be proof that I was disabled and now change your mind because Dr. Parrillo who is hundreds of miles away says that I can work.

In closing, the denial letter and documentation acknowledges and includes, along with medical records that I am suffering from small fiber peripheral neuropathy, spinal stenosis and degenerative discs. LFG along with SSID determined 8 years ago almost 9 now, that I was disabled and couldn't work. I was not able to work then and I certainly am not able to work now. My condition has not improved in the last 8 years. As I have stated the conditions I suffer from, usually do not stabilize and only get worse with time as mine have to this point. The pain I experience day in and day out is debilitating and exhausting. If there was any way possible for me to go back to work and not have to depend on a disability check or insurance I would more than gladly do so.

I wish doctors could see and feel how much pain people are really in and how little it takes to be that way. It's not fun when you're exhausted from just taking a shower and can't even bend over to dry your feet off with a towel or go to your grandchild's ball game and can't sit for an hour and enjoy it like you should be able to or dread going out to eat with your family because you know how much pain you're going to be in. I would have much rather been able to pay my insurance premiums and never had to collect on them but unfortunately that wasn't in the cards so to speak.

At 59 years old it would be hard for me to find a job if I was healthy let alone with the problems I have. It would be unreasonable to expect someone to hire me with all the

restrictions that even Dr. Parrillo agrees that I have but also to tell them I can only wear shorts and sandals and have to have a special desk and chair so my hands won't be too high and that I would have to miss certain days and would have to be late on certain days. I ask you to please reconsider your decision of denial. That decision would put me and my family in financial hardship and that is what I was trying to avoid when I decided to get disability insurance just in case I would not able to hold a job because of physical or mental limitations, as is the situation I am in and unfortunately will be the rest of my life.

Regards,

Arnold Dixon

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

September 12, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

We have completed our review of your Long Term Disability claim and have determined that no additional benefits are payable beyond 9/12/2019.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

> TOTAL DISABILITY or TOTALLY DISABLED means that an Insured Employee, due to an Injury or Sickness is unable:
> 1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
> 2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to the following:

- An Insured Supplementary Statement completed by you on 4/25/2019
- Office and treatment notes from Dr. Kevin Misischia from 12/4/2018 to 2/20/2019
- An Abilities Form completed by Dr. Kevin Misischia on 5/28/2019

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- Office and treatment notes from Gastroenterology Associates dated 12/4/2018

A Peer review report dated 8/21/2019 performed by Dr. Lucien Parrillo•

According to the information contained in your claim file, you stopped working on 7/9/2011 due to peripheral neuropathy. Benefits were approved based on medical evidence, which supported your inability to perform each of the main duties of your regular occupation as Services Coordinator. In order to continue receiving Long Term Disability benefits we must receive restriction and/or limitations, which are reinforced by medical evidence and support your inability to perform each of the main duties of your regular occupations as a Services Coordinator.

The medical evidence provided by Dr. Kevin Misischia documented that you had no complaints other than weight gain. Upon examination your cervical range of motion was within normal limits. The 12/4/2018 office and treatment note documented your gait and station to be normal with normal movement of all four extremities. It was also documented during the 2/20/2019 office visit that you denied joint or muscle pain. The medical evidence provided by Dr. Kevin Misischia failed to document any neurologic or musculoskeletal abnormalities.

On 5/28/2019 Dr. Kevin Misischia provided us with the following restrictions and/or limitations:

- Occasional lifting up to 10lbs
- Occasional sitting for less than 1 hour
- Occasional standing for less than 1 hour
- Occasional walking
- Occasional use of fingers
- No climbing, bending, or kneeling
- No lifting over 10lbs.

The medical evidence provided by Gastroenterology Associates documented that you were seen and treated for GERD.

On 8/7/2018 we had your complete claim file reviewed by Dr. Lucien Parrillo. Dr. Lucien Parillo is a Board Certified doctor of Internal Medicine, Sports Medicine, Preventative Medicine, and Occupational Medicine. Dr. Lucien Parrillo reported that based off the medical evidence contained in your claim file you would have restrictions and limitations due to your chronic low back pain, cervical spinal stenosis, and small fiber peripheral polyneuropathy. However, the restrictions and limitations as determined by Dr. Lucien Parrillo would not prevent you from performing each of the main duties of your regular occupation as Services Coordinator. The restrictions and limitations as determined by Dr. Lucien Parrillo's review are as follows:

- Standing/walking limited to a combined total of 2 hours per day, no longer than 15 minutes continuously
- Lifting/carrying/pushing/pulling restricted to 10lbs occasionally
- Climbing stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally
- No working from heights
- Overhead work can be performed occasionally

Dr. Lucien Parrillo's review determined that you would have no restrictions with the ability to sit, use your upper extremities to work at chest level or below, reach, grasp, handle, pinch, or use a keyboard and that you are capable of maintaining a full-time work schedule.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

In addition to the medical documentation submitted to our office, we obtained your written job description, your employer's description of your job duties, and the description of your occupation from the Department of Labor's Dictionary of Occupation Titles. In order to be eligible for Long Term Disability benefits, you must have been unable to perform each of the main duties of your occupation, as they would be performed in a typical setting for an employer, beyond 9/12/2019

Based on information obtained from your employer and occupational information contained within the *Dictionary of Occupational Titles* (DOT), we have determined that your occupation is best defined as a Service Clerk in the national workforce. The material and substantial duties of a Service Clerk include but are not limited to the following:

Receives, records, and distributes work orders to service crews upon customers' requests for service on articles or utilities purchased from wholesale or retail establishment or utility company. Lifting, Carrying. Pushing, Pulling 10lbs occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

We reviewed the medical documentation provided in conjunction with the written job description, your employer's description of your job duties, and the Department of Labor's Dictionary of Occupational Titles (DOT), and have determined that the medical evidence does not support Total Disability as defined by the policy.

ummary

In summary, the medical documentation contained in your claim file does not support your inability to perform you own sedentary occupation. As a result, you no longer meet the definition of Total Disability as defined by the policy.

Review of your file indicates that on 7/29/2012 you were found to be disabled by the Social Security Administration. While we do not dispute the Social Security decision, our information is more recent. Review of this more recent information indicates you would be capable of performing in a sedentary capacity and produced a different decision. Therefore, we find you are no longer disabled as of 9/12/2019.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

ppeal i hts

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Julie Kurtz
402-361-2839
Specialist, Claims
The Lincoln National Life Insurance Company

REF #4592343

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

saratoga

Services Coordinator

All tasks require the employee to pay close attention to detail.

Daily Tasks:

- Managing service calls for all Saratoga Technologies branches which includes but not limited to
    - Billing (getting service calls ready to invoice)
        - Making sure the notes are correct and complete
        - Making sure arrival and completed times are correct
        - Making sure parts are billed and accounted for
        - Remove parts from tech kits
        - Making sure labor is billed to the correct division and labor code ( e.g. service contract, BOT, limited hours, MAC hours, warranty, standard labor)
        - Making sure the correct contract is applied according to the work that is done
    - Deleting calls when needed
- Help manage Helpdesk
    - Manage technicians that are currently assigned to it
    - Handle any problems that may arise
- Managing service contract for networking which includes but not limited to
    - Creating contracts
    - Keeping equipment list current ( tag numbers applied, info updated, old equipment removed)
- Manage recurring visits for all contract customers
- Support for various divisions and branches
    - Scheduling
    - Invoicing
    - Management services
    - Bill requests
    - Support for billing service calls in Abingdon and Knoxville
- Handle customer complaints about billing
- GP support (sales orders, invoicing, Smartlist, etc.)
- Choosing calls for customer surveys

saratoga

Weekly Tasks:

- Making sure all calls are closed promptly and closed completely
    - Run a weekly report to find any calls not closed and send to techs
- Send copies of tech kits to Jamie Hall and David Sheppard
- Monitor calls coming into helpdesk and print out a weekly summary

Monthly Tasks:

- Track techs billable time and run monthly report

As Needed Tasks:

- User Administrator for vendors
- Run history of customer service calls through Smart list for sales reps
- Cover for dispatching, receiving, bill requests, and purchasing for all branches
- Inventory inquiries and/ or adjustments

Cross-Trained On:

- Purchasing
- Scheduling
- Shipping/ Receiving
- RMA
- Receptionist
- Checking in customer equipment

101 Med Tech Parkway | Suite 307 | Johnson City, TN 37604 | 423.282.4220 | 1.888.525.4220 | fax 423 282.4890
www.saratogaus.com

# OCCUPATIONAL DESCRIPTION

**221.367-070 Service Clerk**

Receives, records, and distributes work orders to service crews upon customers' requests for service on articles or utilities purchased from wholesale or retail establishment or utility company: Records information, such as name, address, article to be repaired, or service to be rendered. Prepares work order and distributes to service crew. Schedules service call and dispatches service crew. Calls or writes customer to ensure satisfactory performance of service. Keeps record of service calls and work orders. May dispatch orders and relay messages and special instructions to mobile crews and other departments, using radio-telephone equipment.
Alternate Titles: Repair-Service Clerk; Service-Order Dispatcher

DLU: 1977



Case 2:21-cv-00038-CEA-CRW Document 17-3 Filed 06/11/21 Page 342 of 1097 PageID #: 443
Lincoln/Dixon 0380

# OCCUPATIONAL REQUIREMENTS

**Title:** Service-Order Dispatcher
**Industry:** Clerical and Kindred

**DOT Code:** 221.367-070

**Specific Vocational Preparation:** Level 4 (3 to 6 months)

**General Educational Development:** Reasoning Grades 7-8
Mathematics Grades 4-6
Language Grades 4-6

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.
Dealing with people.

**Data:** Compiling
**People:** Speaking-Signaling
**Things:** Handling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

# OCCUPATIONAL DESCRIPTION

**032.262-010 User Support Analyst**

Investigates and resolves computer software and hardware problems of users: Receives telephone calls from users having problems using computer software and hardware or inquiring how to use specific software, such as statistical, graphics, data base, printing, word processing, programming languages, electronic mail, and operating systems. Talks to user to learn procedures followed and source of error. Answers questions, applying knowledge of computer software, hardware, and procedures. Asks user with problem to use telephone and participate in diagnostic procedures, using diagnostic software, or by listening to and following instructions. Determines whether problem is caused by hardware, such as modem, printer, cables, or telephone. Talks with coworkers to research problem and find solution. Talks to programmers to explain software errors or to recommend changes to programs. Calls software and hardware vendors to request service regarding defective products. Reads trade magazines and attends computer trade shows to obtain current information about computers. May test software and hardware to evaluate ease of use and whether product will aid user in performing work. May write software and hardware evaluation and recommendation for management review. May write or revise user training manuals and procedures. May develop training materials, such as exercises and visual displays. May train users on software and hardware on-site or in classroom, or recommend outside contractors to provide training. May install microcomputers, software, and peripheral equipment, following procedures and using handtools [MICROCOMPUTER SUPPORT SPECIALIST (profess & kin.) 039.264-010]. May work as in-house consultant and research alternate approaches to existing software and hardware when standardized approaches cannot be applied. May conduct office automation feasibility studies, including work flow analysis, space design, and cost comparison analysis. May specialize by type of software, computer language, or computer operating system.
Alternate Titles: Customer Service Representative; End User Consultant; Help Desk Representative; Information Center Specialist; Office Automation Analyst

DLU: 1990

# OCCUPATIONAL REQUIREMENTS

**Title:** User Support Analyst
**Industry:** Professional and Kindred

**DOT Code:** 032.262-010

**Specific Vocational Preparation:** Level 7 (2 to 4 years)

**General Educational Development:** Reasoning Grades 9-12
Mathematics Grades 7-8
Language Grades 9-12

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Constantly | Exposure to Radiation | Never |
| Hearing | Constantly | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Constantly | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Occasionally | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Dealing with people.
Making judgments and decisions.
Attaining precise set limits, tolerances, and standards.

**Data:** Analyzing
**People:** Speaking-Signaling
**Things:** Operating-Controlling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | Not Included |
| Verbal Aptitude | 2 (67-89 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

8/21/2019

RE: Claimant Name : Arnold Dixon
Client : Lincoln Financial Group - GA
Referred By : Portrey, Kathy
Type of Review : Disability
Type of Service : LTD
Claim Number: : 1120006734

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | undated |
| Claim log | Case Notes | 01/12/12-08/01/18 |
| Progress notes | Appalachian Neurosurgical | 04/13/11 |
| Progress notes | Associated Neurologists of Kingsport | 07/28/11-10/26/11 |
| Progress notes | East Tennessee Brain & Spine | 06/11/14-10/14/14 |
| Progress notes | Gastroenterology Associates | 12/04/18 |
| Progress notes | Johnson City Medical Center | 03/09/12 |
| Progress notes | Kingsport Day Surgery | 07/17/03-03/25/04 |
| Progress notes | R. Macdonald MD | 06/13/12-02/13/14 & undated |
| Progress notes | K. Misischia DO | 02/24/17-05/28/19 |
| Progress notes | Mountain Empire Surgery Center | 12/05/06-12/26/06 |
| Progress notes | Pain Medicine Associates | 07/08/03-06/19/14 |
| Progress notes | PMA Surgery Center | 02/22/11-06/24/11 |

| | | |
|---|---|---|
| Progress notes | Results Physiotherapy | 08/11/14 |
| Progress notes | W. Williams MD | 10/24/13-12/05/13 |
| UR Report | C. Brock MD | 03/07/14 |
| X-Ray | Mountain Region Family Medicine | 06/12/14 |
| MRI | Franklin Woods Community Hospital | 01/28/11-02/10/11 |
| MRI | Johnson City Medical Center | 04/18/11 |
| MRI | Wellmont Health System | 01/30/04-05/22/14 |
| EMG | East Tennessee Brain & Spine | 07/08/14 |
| EMG | Pain Medicine Associates | 03/28/11 |
| Lab | LabCorp | 02/28/12 |
| Lab | Medcom | 02/13/19-02/20/19 |
| Lab | Solstas Lab Partners | 08/25/11-08/29/13 |
| Lab | Therapath Neuropathology | 01/30/14 |
| Other Test | Wellmont Health System | 06/20/14 |
| Job | Saratoga | undated |
| Misc | | 02/12/12-06/04/19 |
| ROI | | 03/06/12-04/25/19 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Kevin Misischia
2) DATE: 8/14/2019
3) TIME: 11:30 AM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: Message left on voicemail for the AP to return my call.

TELECONFERENCE #2:
1) AP NAME: Kevin Misischia
2) DATE: 8/15/2019

3) TIME: 3:45 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: Message left on voicemail for the AP to return my call. A return call was not received from the provider for this review.

**SUMMARY OF MEDICAL DOCUMENTATION**

CLINICAL SUMMARY:

The claimant is a 59 year-old male Support Analyst ("Sedentary" PDL) who stopped working as of 7/9/2011. Below is a synopsis of the pertinent medical documentation in chronological order.

2003- 2007- Initial evaluation with Dr. Ward and multiple follow-up visits with Dr. Williams for degenerative disc disease of the lumbar spine. MRI of the lumbar spine reveals annular tear at L4-L5. Electrodiagnostic testing reveals early peripheral polyneuropathy in the right lower extremity. Several interventional procedures performed, including lumbar epidural steroid injections and facet joint injections.

1/16/2011 - 12/15/2011- Multiple follow-up visits/interventional pain procedures with Dr. Williams for peripheral neuropathy/lumbar facet arthropathy. Plan is to consider trial of dorsal column stimulator, and to continue current medications as prescribed.

1/28/2011- MRI of the lumbar spine reveals multilevel degenerative changes throughout lumbar spine.

4/13/2011- Initial evaluation by Dr. Dulebohn for low back pain. Examination unrevealing with no focal neurological deficits. Plan is to obtain electrodiagnostic testing.

4/18/2011- MRI of the cervical spine reveals moderate to severe canal stenosis at C4-C5 and C5-C6 with some deformity of the cord.

8/24/2011, 10/26/2011, 6/13/2012, 12/13/2012- Follow-up Dr. Pendola/Dr. MacDonald for peripheral neuropathy. Trial of amitriptyline 25mg conducted. Lidoderm patches continued.

2/28/2012, 3/15/2012, 3/29/2012, 6/20/2013- Follow-up Dr. Williams for neck pain. Examination reveals sensory deficit in all fingers. Non-dermatomal sensory stocking deficit about the feet. Plan is to continue current medications as prescribed.

8/29/2013, 2/13/2014- Follow-up Dr. MacDonald who opines that the claimant's skin biopsy is consistent with small fiber peripheral polyneuropathy.

10/24/2013, 12/5/2013- APS by Dr. Williams who opines the claimant is capable of lifting up to 10lbs occasionally and sitting/standing/walking occasionally and never

climbing/bending/kneeling.

11/14/2013- Transferable Skills Analysis by Jasmine Martin-Robinson, MRC, CRC who determines there are alternative occupations that meet the claimant's physical demand level and are consistent with his education, training, experience and salary requirements.

3/7/2014- NMR Medical file review by Dr. Brock who opined that the claimant is capable of returning to work within the restrictions/limitations of a Sedentary physical demand level.

3/20/2014, 4/17/2014, 6/19/2014- Follow-up Dr. Williams for neck pain. Examination reveals sensory deficit in right second and third fingers. Non-dermatomal sensory deficit about the feet. Plan is to obtain records and increase Nortriptyline.

5/22/2014- MRI of the cervical spine reveals broad based osteophyte disc complex with markedly eccentric right foraminal/moderate canal stenosis with mild compression of right cord and moderate left, severe right neuro-foraminal narrowing with compression of right C5 root.

6/11/2014, 6/24/2014, 7/8/2014, 8/11/2014- Follow-up Isaac O'Dell, PA-C/Wesley Perry, PA-C/Steve McLaughlin, PA-C for neck/arm problems. Examination reveals limited ROM with no focal neurological deficits. Plan is to continue neck exercises at home.

6/12/2014- X-ray of the cervical spine reveals degenerative disc and joint disease.

6/20/2014- Cervical myelogram reveals anterior and large lateral extradural defect at C3-C4, C4-5 and C6-C7 and small anterior defect at C6-C7. S/P ACDF at C5-C6.

6/20/2014- CT of cervical spine reveals severe bony foraminal stenosis on the left at C3-C4 with left C4 nerve root compression, severe right foraminal stenosis at C4-5 and C6-7 with probable right C5 and right C7 nerve root compression.

7/18/2014- Electrodiagnostic testing reveals an acute lesion of the C6, C7 and C8 nerve roots on the right with evidence of chronic C5/C6 findings bilaterally.

8/11/2014- Physiotherapy initial evaluation/multiple follow-up progress notes with Results Physiotherapy.

10/13/2014- Follow-up Tracy Gaudu, PA-C/Dr. Fullagar for neck/arm problems s/p ACDF at C5-6. Examination not documented. Radiographic review reveals partially solid fusion and partially fibrous. Plan is to continue home stretching program.

2/24/2017- APS by Dr. Misischia who determines the claimant is incapable of returning to work in any capacity.

12/4/2018- Follow-up Dr. Coe for GERD/nausea. Examination unremarkable with no focal neurological deficits noted. Plan is to continue Zantac and take probiotics.

2/20/2019- Follow-up Dr. Misischia for HTN, osteoarthritis. Examination unremarkable with no focal neurological deficits. Plan is to continue current medications as prescribed.

5/29/2019- Abilities form completed by Dr. Misischia who determines the claimant is capable of lifting up to 10lbs occasionally, sit/stand/walk occasionally and never climb, bend, or kneel.

**QUESTION**

**1. Please discuss clmt's functional impairments.**

Based on the documentation provided, the claimant has been evaluated, treated, and followed for chronic low back pain secondary to lumbar degenerative disc disease/annular tearing at L4-L5 as seen on MRI evaluation in 2007 and 2011. In addition, the claimant has been battling cervical spinal stenosis with radicular symptoms down the arms since 2014, which culminated in an Anterior Cervical Discectomy and Fusion surgery in that same year. Since the surgery, the claimant had continued to have ongoing neck/radicular arm pain as evidenced by CT myelogram dated 6/20/2014. Finally, the claimant has been diagnosed/treated for small fiber peripheral polyneuropathy ever since 2011, with it first being described in 2007 on electrodiagnostic testing.

Ultimately, the claimant's cervical spine fusion surgery has resulted in a chronic pain condition known as "post-laminectomy syndrome". This condition is a source of chronic persistent pain, limited mobility, and diminished tolerance for physical activity. However, this condition does not result in total disability. The claimant will have difficulty with remaining in a fixed position for a prolonged period of time, will have reduced capacity for lifting/carrying/pushing/pulling, and will not be capable of assuming certain positions for work.

From 7/9/2011 until the date of surgery, the objective evidence does not support physical impairment that would require restrictions and limitations.
The following restrictions and limitations would be in place as of the claimant's cervical spine surgery in 2014 (unclear as to the actual date of surgery) as this is the only condition that would be causing ongoing physical impairment that is supported by the objective medical evidence.

Therefore, due to the claimant's diagnoses of: Peripheral polyneuropathy, cervical post-laminectomy syndrome and lumbar degenerative disc disease, I submit the following restrictions/limitations are reasonable for this claimant to continue working:

There is no restriction with regard to sitting.

Standing/walking should total a combined 2 hours per day, with each not lasting longer than 15 minutes continuously.

Lifting/carrying/pushing/pulling should be restricted to 10lbs. occasionally and 5lbs. frequently.

Complex movements of the spine including climbing of stairs, bending, twisting, crouching, kneeling, stooping, and crawling can be performed occasionally.

Working from heights, including ladders and scaffolds, should be totally restricted.

Use of the upper extremities for overhead work can be performed on an occasional basis, while use of the upper extremities for work at chest level and below being unrestricted.

Use of the hands for reaching, grasping, handling, pinching, and keyboarding is unrestricted.

Environmental restrictions in terms of noise, temperature, or air-quality are not necessary.

The claimant is capable of maintaining a full-time work schedule with these restrictions in place and they should be considered ongoing/indefinite for the remainder of the claimant's life.

**2. Do the medical findings support the R&Ls as stated by Dr. Misichia on APS dated 5/28/19? If so, please provide clinical rationale to support.**

No. I opine that the restrictions/limitations outlined by Dr. Mischia on 5/28/19 are too restrictive in that they do not allow the claimant to perform activities such as bending or kneeling. I propose the objective evidence does not support the claimant's inability to perform these maneuvers. Therefore, I submit the claimant will be capable of returning to work within the restrictions/limitations that I have outlined in my response to question #1.

**3. If not, please specify any R&Ls that would apply to this clmt, how long these R&Ls shall remain in place, and an appropriate timeframe for follow-up.**

Please refer to the restrictions/limitations that I have outlined in my response to question #1. I opine these restrictions/limitations should remain in place for the remainder of the claimant's life.

**4. What are clmt's maximum functional capabilities and what can they perform in an 8-hour work day?**

Please refer to the restrictions/limitations that I have outlined in my response to question #1. The claimant is capable of maintaining a full-time work schedule with these restrictions in place.

**RATIONALE**

Please see above.

**REFERENCE (S):**

N/A

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



Lucien J. Parrillo, MD, MPH, FIPP
Board Certified: American Board of Internal Medicine; Sports Medicine
Board Certified: American Board of Preventive Medicine; Occupational Medicine
Certified Medical Review Officer(MRO)
CT Chapter of American Society of Addiction Medicine
American College of Sports Medicine
CSMS Committee on Addiction Medicine, CSMS Committee on Workers Compensation, CSMS Committee on the Medical Aspects of Sports
American Society of Interventional Pain Physicians
American Academy of Pain Medicine, Connecticut Pain Society
American Medical Society for Sports Medicine
American College of Occupational & Environmental Medicine
CT License # 44684
FL License # ME139340

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

| | |
|---|---|
| S.I.U. | Investigative Summary |

| | | | | | |
|---|---|---|---|---|---|
| **Claim Number:** | **1120006734** | **Referral Date:** | **07/10/19** | **Product:** | **LTD/PTD** |
| **Referral Source:** | **JALURTZ** | | | | |

**Demographics:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | **Arnold Dixon** | **Age:** | **59** | **Occupation:** | **Service Clerk (sedentary)** | | |
| **Diagnosis:** | **356.8 Idiopathic Peripheral Neuropathy** | **DOD:** | **07/09/11** | **Max:** | **06/26/25** | | |
| | **723.1 Cervicalgia, Neck pain** | | | **COD:** | **01/05/14** | | |
| **Subjective:** | **Neck pain; unable to wear shoes; difficulty sitting, standing, and walking** | | | | | | |

SIU was asked to review the claimant's activities. JAKURTZ advised:

"Claimant has reported that his neuropathy effects his hands and feet but he is able to drive some. His back pain and neuropathy prevent him from sitting for more than 1 hour and he has to elevate his feet. He is able to get up and do things he just cant do things for very long only for about 2 hours at a time. When he is at home he is always in a reclined position. He can't sit upright for more than 1 hour. As a result he no longer goes on vacations, fishes, or plays golf. He is able to take care of his lawn with help he cannot trim his grass due to inability to bend. Medical records received fail to document that severe R&L that claimant self reports. Please do desktop to see if any activity is found to suggest claimant is able to function outside reported R&L"

As part of our investigation, SIU reviewed the information contained in DOCSNET which listed the claimant's address as and a telephone number as

The provided restrictions and limitations indicate that the claimant cannot ever lift of 10 pounds.

**SIU Research:**

A Comprehensive Report obtained from Accurint and did not identify any significant information.

An ISO ClaimSearch Report was obtained and did not identify any additional claim information.

An ISO Web Presence Report was obtained and identified the following information:
https://www.linkedin.com/in/a /

A social media search did not identify any significant information. It is noted that the following Twitter page (https://twitter.com/a ) was identified; however, a positive identification could not be obtained.

An internet search did not identify any significant information.

**SIU Plan/Actions:**

On 08/01/19, JEDENNI initiated an investigation and did not identify any significant information. JEDENNI discussed the status of our review and the claim with JAKURTZ. LTD will obtain additional medical clarification and the discuss our next investigative step. The referral will remain open at this time. JEDENNI

| **Investigator's Name:** | | **Date:** | |
|---|---|---|---|

ISO ClaimSearch

## No Alerts, No Matches

| | |
|---|---|
| Claim Number | 1120006734 |
| ISO File Number | 1I005036073 |
| Reported By | L03600001 |
| Printed On | 08/01/2019 at 2:29 pm |
| Printed By | Jonathan Dennis |
| Date Of Loss | 07/09/2011 |
| Policy Type | Accident & Health |
| Policy Number | LFG |
| Loss Description | DISABILITY |

## TN - Location Of Loss

## ARNOLD DIXON - Both Claimant and Insured

© 2019 Insurance Services Office, Inc.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL. This report is for use by authorized users of ISO ClaimSearch for the purposes permitted under the ISO ClaimSearch Product Supplement/s, ISO Master Agreement and the ClaimSearch Privacy and Security Policies as updated.

Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

Print Close

## Web Presence Match List

Search

**Number: 1120006734**

**Person**

**Gender:**

**Phone:**

**Address**

**Email:**

**Language:** English

**Jobs:** Service Manager at Saratoga Technologies,Operations Manager at Saratoga Technologies




**Web Re**

| Match # | Category | Content | Data Matched | Rating |
|---|---|---|---|---|
| 1 | ther | @category: contact_details\|@source_id: add04b7f8f58e2f506ffb5ec00ad8a6e\|@name: WhitePages.plus\|@domain: whitepages.plus\|url: https://whitepages.plus/n/Arnold_Dixon/Blountville_TN/ d9c895ab6685791c8d283a62526af877WhitePages.plus\| Names: Arnold Dixon\|Phones: 0088\|Addresses: Tennessee\| | ARNOLD DIXON | |
| 2 | ocial etwork rofiles | @category: professional_and_business\|@source_id: 0823bbd8cb0b5f3a5aee7e39cc3b9013\|@name: LinkedIn\|@domain: linkedin.com\|url: https://www.linkedin.com/in/arnold-dixon-5185a532LinkedIn\|Names: Arnold Dixon\|Addresses: Johnson City, Tennessee\|Jobs: Service Manager at Saratoga Technologies\|User Ids: 32/5a5/518@linkedin, 114928292@linkedin, #5185a532@linkedin\|Tags: Arnold Dixon. Service Manager at Saratoga Technologies. Johnson City, Tennessee Area. \|. | ARNOLD DIXON\|Tennessee | Very High |

Lincoln/Dixon 0394

| | | | | | |
|---|---|---|---|---|---|
| | | | Information Technology and Services. Service Manager at Saratoga Technologies\| | | |
| 3 | https://thisphone.us | Other | | | |
| 4 | https://www.callersmart.com | Other | Blountville, TN (423) 212-0XXX phone book listings, including common (423) 212-0XXX phone scams plus local white pages and yellow pages. It's free! | ARNOLD DIXON\|Blountville Tennessee 37617-4539 | Medium |
| 5 | https://facebook.com | Social Network Profiles | Arnold Lee Dixon \| Facebook\| Blountville , Tennessee. Current City and Hometown. Blountville , Tennessee. Current city. About Arnold. My Name is Arnold Lee Dixon III i am a cartoonist, ...\| | Arnold Lee Dixon\|Blountville Tennessee | Medium |
| 6 | https://vaobits.blogspot.com | Blogging and Forums | Virginia Obituaries 06/20/2010 ... Arnold Dixon Sr. ... He was a lifelong member of Blountville Presbyterian Church. He was a 50 year member of the M.M. Martin Lodge No. 547 F&AM of Piney Flats, a 32nd Degree member of the Scottish Rite Temple of Knoxville, and a member of the York Rite in Bristol Tennessee and the Jericho Shrine Temple of ... | ARNOLD DIXON\|Blountville Tennessee | Medium |
| 7 | https://www.orlandosentinel.com | News and Media | A great Mother's Day present! Order mom her copy of "Apollo 50," our hardcover book about the 50th anniversary of the Apollo 11 moon landing. Save $10 today off the retail price. | ARNOLD DIXON\|Blountville | Medium |
| 8 | https://www.familytreenow.com | Other | Arnold Dixon Family Tree - 100% Free Genealogy & Family History ...\|Research Arnold Dixons Family Tree, Were 100% Free! Research Arnold Dixons family history and trace the Dixon family lineage back ... Name: Arnold I Dixon .\| | ARNOLD DIXON\|Tennessee | Low |
| 9 | https://archive.org | Other | Search the history of over 366 billion web pages on the Internet. | ARNOLD DIXON\|June 26, 1960 | Low |
| 10 | https://orion.sfasu.edu | Other | Bryant Arnold Dixon Dylan Lloyd Dixon Michael Kelley Dixon Ethan Cade Donart Rachel Foster Doolin Joseph George Dorgali Carley Denee Dorman ... | ARNOLD DIXON\|Tennessee | Low |
| 11 | https://orion.sfasu.edu | Other | Bryant Arnold Dixon Mackenzie Bland Dockens Sydney Michelle Dodson Chelsea Rene Dollarhide Marc Anthony Domenech Enrique Dominguez Ethan Cade Donart ... | ARNOLD DIXON | Low |
| 12 | https://www.allhighschools.com | Other | Dunbar Senior High School Alumni Class List . The names listed below are alumni who have been searched for on this site from Dunbar Senior High School inDunbar, West Virginia.If you see your name among the Dunbar Senior High School graduates, someone is looking for you! | ARNOLD DIXON\|Tennessee | Low |
| 13 | https://www.amazon.com | Online Commerce | The Textron Family Today, E-Z-GO vehicles are designed and manufactured by Textron Specialized Vehicles, a division of Textron Inc. that also manufactures commercial and industrial utility vehicles, recreational side-by-side UTVs, and ground support equipment for the aviation industry. | ARNOLD DIXON | Low |
| 14 | https://www.canada411.ca | Other | Arnold L Dixon in Surrey BC V3S3K2 \| Canada411.ca\|Contact information for Arnold L Dixon in Surrey, British Columbia (BC), ... Canada411 is the most reliable tool to find and connect with Arnold L Dixon and ...\| | Arnold L Dixon | Low |

| | | | | | |
|---|---|---|---|---|---|
| 15 | https://www.canada411.ca | Other | Arnold Bodie Dixon in PE \| Canada411.ca\|Contact information for Arnold Bodie Dixon in Prince Edward Island (PE) \| Canada411.ca.\| | Arnold Bodie Dixon | Low |
| 16 | https://www.goodreads.com | Social Network Profiles | McNamara?s Folly is a fascinating book about the use of low-IQ soldiers in the Vietnam War. In the prologue Gregory says "While I was in the Army (1967-1970), I got to know some of McNamara's substandard soldiers, and I vowed that someday I would tell their stories and give the historical background. | ARNOLD DIXON | Low |
| 17 | https://www.imdb.com | Other | Hawaii Five-O (TV Series 1968?1980) cast and crew credits, including actors, actresses, directors, writers and more. | ARNOLD DIXON | Low |
| 18 | https://www.journalpatriot.com | Other | Joe D. Elledge 94, and Betty Dancy Elledge, 91 of Sparta Road, North Wilkesboro celebrated their 72nd wedding anniversary on May 21, 2019, at their home with family and friends dropping by to visit. | ARNOLD DIXON | Low |
| 19 | https://www.journalpatriot.com | Other | Mr. and Mrs. Arnold Dixon to celebrate 56th anniversary \| Lifestyles ...\|Jun 29, 2018 ... Arnold and Darlean (Cutlip) Dixon will celebrate their 56th wedding anniversary on June 29, 2018.\| | ARNOLD DIXON | Low |
| 20 | https://www.myeasternshoremd.com | News and Media | Dixon Valve supports Kent schools \| News Archive ...\|Jan 15, 2014 ... Jim McColigan and Hazen Arnold are Dixon employees. Bob Grace, president of Dixon Valve & Coupling Co., told the Kent County Board of ...\| | Arnold are Dixon | Low |
| 21 | https://www.ohio.edu | Other | Kappa Alpha Psi Fraternity, Incorporated was founded January 5, 1911, on the campus of Indiana University located in Bloomington, Indiana by The Ten Most Honorable Founders. | ARNOLD DIXON | Low |
| 22 | https://www.usg.edu | Other | Name / Title Department Email / Phone; Abd El-Shahid, Marguerite Program Manager II: Facilities Program Management.(JavaScript must be enabled to view this email address) 404-962-3158 Adams, Melvin | Arnold-Dixon | Low |
| 23 | https://www2.illinois.gov | Other | Order Concerning non-Jurisdiction over Convictions of Courts Outside of Cook County.....(Hubbard, Ernest...2014.242-H) | Dixon, Arnold | Low |

Matches: 1 to 23 of 23

*** DOCUMENT HAS AN ADDENDUM ***

Gastroenterology Associates
135 W. Ravine Road Suite 3A
Kingsport, TN 37660
Phone (423) 246-6777
FAX (423) 245-5439 or (423) 245-7191

| | | | |
|---|---|---|---|
| **Date:** | 12/4/2018 10:00 AM | | |
| **Patient Name:** | **Arnold L. Dixon** | **Gender:** | Male |
| **Account #:** | 269553 | **DOB(age):** | (58) |
| **Provider:** | Adam Coe, MD | | |

**PCP:** Kevin Misischia, DO
**Referring Physician:** Kevin Misischia, DO
444 Clinchfield Street Suite 201, Kingsport, TN 37660
(423) 230-2801 (phone)
(423) 239-7750 (fax)

**Chief Complaint:** F/U GERD, Nausea

**History of Present Illness:**

Arnold Dixon is seen today for a follow-up visit. I had the pleasure of meeting Mr. Dixon in July '16. At that time, the patient had been experiencing intermittent abdominal pain since the beginning of June. The severe sharp pain can last 2-5 days, and radiate to his right side. No fevers, hematochezia, or melena. Patient has experienced some constipation but this has been relieved with OTC Miralax. He also noted some dysphagia-more so with liquids than solids. Prior workup had included labs and imaging. Labs on 6/13/16 revealed WBC 7.2, platelets 236K, amylase 24, T bili 0.5, Alk phos 64, AST 15, ALT 14, and normal creatinine. RUQ ultrasound and HIDA scan on 6/17/16 which revealed normal appearing gallbladder/liver, no cholelithiasis, no biliary dilation, and GB EF of 88.3%. Urgent care increased his Prilosec to 40 mg twice daily which had improved his reflux and dysphagia. We performed an EGD on 7/21/16 with mild reactive gastritis (likely secondary to prior NSAID use). No H. pylori and no malignancy. Subsequently, CT of abdomen also performed which was unrevealing. We had then switched his PPI to Dexilant which resulted in significant improvement in his symptoms. He still experienced some nausea/pain so we eventually performed repeat US of abdomen and NM GE study. Both unrevealing. He now returns.

Patient has been able to come off Dexilant after our last visit in July '17. GERD well controlled on Zantac daily. No recent dysphagia, nausea, emesis. He does have some moderate bloating, cramping, and fecal urgency prior to defecation. Up to date on colonoscopy and no recent hematochezia or melena. OTC gas relievers have not helped symptoms. No trials of probiotics.

**Past Medical History**

**Medical Conditions:** Back Pain (chronic )
Colon Polyps
Constipation
DDD Lumbar
High Blood Pressure
Hyperlipidemia
Neuropathy
Reflux

**Surgical Procedures:** Tonsillectomy
Neck Surgery

**Dx Studies:** Colonoscopy, 5/19/2016, Internal hemorrhoids
CT Abd w/Contrast, July 2016
EGD, 7/21/2016, Normal mucosa in the whole esophagus, Erythema in the antrum and stomach body compatible with gastritis. (Biopsy) and Normal mucosa in the duodenum
Lab Work, 6/2018

**Medications:** escitalopram oxalate 10 mg Take 1 tablet by mouth daily
hydrocodone-acetaminophen 10-325 mg Take 1 tablet by mouth twice a day
lisinopril 10 mg Take 1 tablet by mouth once a day
ondansetron HCl 8 mg Take 1 tablet by mouth as needed and directed for nausea
pravastatin 10 mg Take 1 tablet by mouth once a day

ranitidine HCl 300 mg Take 1 tablet by mouth every night
tramadol 50 mg Take 1 tablet by mouth once a day as needed

**Allergies:** Penicillins - hallucinations.

**Immunizations:** No Immunizations

## Social History

**Alcohol:** None
**Tobacco:** Never smoker
**Drug:** None
**Exercise:** None
**Caffeine:** Coffee.
**Marital Status:** Married
**Occupation:** Disabled

## Family History

No history of Crohn's disease (disorder)
**Daughter:** Diagnosed with Ulcerative Colitis;
**Sister:** Deceased; at age 65; Diagnosed with Breast Cancer (cause of death) ;
**Father:** Deceased; at age 94; Diagnosed with Natural Causes (cause of death) ;
**Mother:** Deceased; at age 57; Diagnosed with Mets (cause of death) , Colon Cancer at age 54, Colon Polyps;
**Other:** Alive; at age 55; Diagnosed with Nephew w/pancreas cancer;

## Review Of Systems:

**Allergic/Immunologic:** *Denies* allergies (environmental), HIV exposure, immune deficiency, persistent infections, recurrent hives.

**Cardiovascular:** *Complains of* **shortness of breath with exertion**. *Denies* ankle swelling, chest pain with exertion/angina, heart murmur as an adult, palpitations, shortness of breath when lying flat.

**Constitutional:** *Complains of* **fatigue**. *Denies* chills, fever, loss of appetite, night sweats.

**ENMT:** *Complains of* **wearing glasses/contacts**. *Denies* blurred vision, cataracts, glaucoma, light sensitivity, loss of vision, pain, hearing loss, hoarseness, nose bleeds, sore throat.

**Endocrine:** *Denies* cold intolerance, excessive thirst, hair change/loss, heat intolerance, tremors.

**Genitourinary:** *Denies* blood in urine, change in urinary frequency, kidney stones, nocturnal urination, pain with urination, sexually transmitted disease, urinary incontinence.

**Gastrointestinal:** *Complains of* **abdominal pain upper**, **abdominal pain lower**, **change in bowel habits**, **pain with bowel movement**. *Denies* abdominal pain/swelling, anal/rectal pain, belching, black stools, bloating, constipation, dairy intolerance, diarrhea, difficulty swallowing, flatuence/gas, heartburn, hemorrhoids, mucus in stool, nausea, rectal bleeding, rectal urgency, reflux, soiling stool/incontinence, weight loss less than 10 lbs, weight loss more than 10 lbs, weight gain less than 10 lbs, weight gain more than 10 lbs, vomiting.

**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, swollen glands.

**Integumentary:** *Denies* dryness, hives, itching, jaundice, rashes, suspicious lesions.

**Musculoskeletal:** *Complains of* **joint pain**, **stiffness**. *Denies* back pain, muscle pain.

**Neurological:** *Denies* dizziness, fainting spells, frequent headaches, memory disturbance, numbness in extremities, seizures, stroke/weakness, tremors.

**Psychiatric:** *Denies* anxiety/panic, depression, inability to concentrate, suicidal thoughts.

**Respiratory:** *Denies* cessation of breathing when sleeping, cough up blood, shortness of breath, coughing, snoring, wheezing.

## Vital Signs:

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 148/88 | 85 | Regular | 280 / | 6 / 5 | 33.2 | 16 | 98.2 (F) |

| SPO2 (%) |
|---|
| 95 |

## Physical Exam:

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Eyes:**
*Conjunctivae/lids:* normal conjunctivae and lids noted.
*Inspection:* pupils equal and regular size, no icterus.

**ENMT:**
*External:* normal external inspection of ears and nose.
*Hearing:* within normal limits.
*Oropharynx:* normal tongue, hard and soft palate; posterior pharynx without erythema, exudates or lesions.
*Mouth:* normal oral mucosa, lips and gums.

**Neck:**
*Neck:* normal range of motion motion, no lymphadenopathy.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**
*Effort:* normal chest excursion.
*Auscultation:* normal breath sounds; no rubs, wheezes, rale or rhonchi.
*Chest:* normal chest.

**Cardiovascular:**
*Auscultation:* normal rhythm, S1 and S2 normal; no rubs, murmurs or gallop.
*Abdominal aorta:* not palpable.

**Gastrointestinal/Abdomen:**
*Abdomen:* bowel sounds were normal; abdomen was soft and not distended; no abdominal masses or areas of tenderness were noted.
*Liver/Spleen:* not palpable.
*Hernias:* no abdominal wall hernias appreciated.
*Rectal:*

**Musculoskeletal:**
*Gait/station:* normal gait and station.
*Digits/nails:* **no clubbing, cyanosis**.

**Extremities:**
*RLE:* no edema or cyanosis.
*LLE:* no edema or cyanosis.

**Psychiatric:**
*Judgment/insight:* within normal limits.
*Orientation:* oriented to time, space and person.
*Mood and affect:* no evidence of depression, anxiety or agitation.

**Lymphatic:**
*Neck:* no cervical lymphadenopathy.
*Axillae:*
*Inguinal:*

**Other:**
*Other:*

**Neurologic:**
*Cranial nerves:* grossly normal.
*Moves all four extremities:* grossly normal.

**Impression:** GERD
Irritable bowel syndrome

**Plan:** VSL#3 450 billion cell Take 1 packet in cold water at night before bed x 14 days
Follow-up in 6 months
Patient will continue the Zantac for the GERD as this is doing well. We will try VSL #3 for 2 weeks to see if any improvement in his bloating and pain before bowel movements. He will call me with an update when completed the course.

**Risk & Medical Necessity:**

The patient requires Low to Moderate Severity care for this visit. Diagnosis and management options are Limited. The amount of data reviewed and/or ordered is Limited. The level of risk is Low.

Adam Coe, MD
Electronically signed on 12/4/2018 10:48:45 AM by Adam Coe, MD

**Addenda**

#1 - 12/4/2018 10:51:13 AM - Tracey Speaks
scheduled 6 month fu w/Dr Coe on 6/4/19 @ 10:00
Preliminary, not signed

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Sheryl Hines |
| | Fax Number: | 1-877-843-3950 |
| | Voice Phone: | 1-800-423-2765 *3153 |
| **To:** | Name: | GASTROENTEROLOGY ASSOCIATES |
| | Company: | |
| | Fax Number: | 1(423)246-7766 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Thursday, June 06, 2019 8:57:32 AM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68114-4086
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

June 6, 2019

GASTROENTEROLOGY ASSOCIATES
RELEASE OF INFORMATION
135 W RAVINE RD STE 3A
KINGSPORT, TN 37660

Re: Policy Number: 000400000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2018 TO PRESENT |
| Diagnostic Test Results | 6/1/2018 TO PRESENT |

(Start 12/4/18 to end / present. 12/4/18.)

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.
**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment Instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Processing Fee | | $20.00 |
| 4 | Pages - | | 0 |
| | Actual Postage (FAX) | | 0 |
| | Tax Identification Number | TIN- 62-1348249 | |
| | | Total | $20.00 |

- **We must have your Tax Identification Number (TIN) & NPI.**

Thanks! (Med recs)

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

...OLOGY ASSOCIATES
..Y PHYSICIANS BLDG. SUITE 3-A
135 W. RAVINE RD.
..INGSPORT, TN 37660

- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sheryl Hines
Assisting on behalf of Julie Kurtz
402-361-2839
Coordinator, Medical Records
The Lincoln National Life Insurance Company

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Sheryl Hines |
| | Fax Number: | 1-877-843-3950 |
| | Voice Phone: | 1-800-423-2765 *3153 |
| **To:** | Name: | GASTROENTEROLOGY ASSOCIATES |
| | Company: | |
| | Fax Number: | 1(423)246-7766 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Thursday, June 06, 2019 8:57:32 AM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68114-4086
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

June 6, 2019

GASTROENTEROLOGY ASSOCIATES
RELEASE OF INFORMATION
135 W RAVINE RD STE 3A
KINGSPORT, TN 37660

Re: Policy Number: 000400000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2018 TO PRESENT |
| Diagnostic Test Results | 6/1/2018 TO PRESENT |

Start 12/4/18 to end / present. 12/4/18.

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.
**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment Instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Processing Fee | | $20.00 |
| 4 | Pages - | | 0 |
| | Actual Postage (FAX) | | 0 |
| | Tax Identification Number | TIN-62-1348249 | |
| | | Total | $20.00 |

- **We must have your Tax Identification Number (TIN) & NPI.**

Thanks! (Med rec)

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

...LOGY ASSOCIATES
...Y PHYSICIANS BLDG. SUITE 3-A
135 W. RAVINE RD.
...INGSPORT, TN 37660

- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sheryl Hines
Assisting on behalf of Julie Kurtz
402-361-2839
Coordinator, Medical Records
The Lincoln National Life Insurance Company

*** DOCUMENT HAS AN ADDENDUM ***

Gastroenterology Associates
135 W. Ravine Road Suite 3A
Kingsport, TN 37660
Phone (423) 246-6777
FAX (423)245-5439 or (423)245-7191

**Date:** 12/4/2018 10:00 AM

**Patient Name:** **Arnold L. Dixon** **Gender:** Male

**Account #:** 269553 **DOB(age):** (58)

**Provider:** Adam Coe, MD

**PCP:** Kevin Misischia, DO
**Referring Physician:** Kevin Misischia, DO
444 Clinchfield Street Suite 201, Kingsport, TN 37660
(423) 230-2801 (phone)
(423) 239-7750 (fax)

**Chief Complaint:** F/U GERD, Nausea

## History of Present Illness:

Arnold Dixon is seen today for a follow-up visit. I had the pleasure of meeting Mr. Dixon in July '16. At that time, the patient had been experiencing intermittent abdominal pain since the beginning of June. The severe sharp pain can last 2-5 days, and radiate to his right side. No fevers, hematochezia, or melena. Patient has experienced some constipation but this has been relieved with OTC Miralax. He also noted some dysphagia-more so with liquids than solids. Prior workup had included labs and imaging. Labs on 6/13/16 revealed WBC 7.2, platelets 236K, amylase 24, T bili 0.5, Alk phos 64, AST 15, ALT 14, and normal creatinine. RUQ ultrasound and HIDA scan on 6/17/16 which revealed normal appearing gallbladder/liver, no cholelithiasis, no biliary dilation, and GB EF of 88.3%. Urgent care increased his Prilosec to 40 mg twice daily which had improved his reflux and dysphagia. We performed an EGD on 7/21/16 with mild reactive gastritis (likely secondary to prior NSAID use). No H. pylori and no malignancy. Subsequently, CT of abdomen also performed which was unrevealing. We had then switched his PPI to Dexilant which resulted in significant improvement in his symptoms. He still experienced some nausea/pain so we eventually performed repeat US of abdomen and NM GE study. Both unrevealing. He now returns.

Patient has been able to come off Dexilant after our last visit in July '17. GERD well controlled on Zantac daily. No recent dysphagia, nausea, emesis. He does have some moderate bloating, cramping, and fecal urgency prior to defecation. Up to date on colonoscopy and no recent hematochezia or melena. OTC gas relievers have not helped symptoms. No trials of probiotics.

## Past Medical History

**Medical Conditions:** Back Pain (chronic )
Colon Polyps
Constipation
DDD Lumbar
High Blood Pressure
Hyperlipidemia
Neuropathy
Reflux

**Surgical Procedures:** Tonsillectomy
Neck Surgery

**Dx Studies:** Colonoscopy, 5/19/2016, Internal hemorrhoids
CT Abd w/Contrast, July 2016
EGD, 7/21/2016, Normal mucosa in the whole esophagus, Erythema in the antrum and stomach body compatible with gastritis. (Biopsy) and Normal mucosa in the duodenum
Lab Work, 6/2018

**Medications:** escitalopram oxalate 10 mg Take 1 tablet by mouth daily
hydrocodone-acetaminophen 10-325 mg Take 1 tablet by mouth twice a day
lisinopril 10 mg Take 1 tablet by mouth once a day
ondansetron HCl 8 mg Take 1 tablet by mouth as needed and directed for nausea
pravastatin 10 mg Take 1 tablet by mouth once a day

ranitidine HCl 300 mg Take 1 tablet by mouth every night
tramadol 50 mg Take 1 tablet by mouth once a day as needed

**Allergies:** Penicillins - hallucinations.

**Immunizations:** No Immunizations

## Social History

**Alcohol:** None
**Tobacco:** Never smoker
**Drug:** None
**Exercise:** None
**Caffeine:** Coffee.
**Marital Status:** Married
**Occupation:** Disabled

## Family History

No history of Crohn's disease (disorder)
**Daughter:** Diagnosed with Ulcerative Colitis;
**Sister:** Deceased; at age 65; Diagnosed with Breast Cancer (cause of death) ;
**Father:** Deceased; at age 94; Diagnosed with Natural Causes (cause of death) ;
**Mother:** Deceased; at age 57; Diagnosed with Mets (cause of death) , Colon Cancer at age 54, Colon Polyps;
**Other:** Alive; at age 55; Diagnosed with Nephew w/pancreas cancer;

## Review Of Systems:

**Allergic/Immunologic:** *Denies* allergies (environmental), HIV exposure, immune deficiency, persistent infections, recurrent hives.

**Cardiovascular:** *Complains of* **shortness of breath with exertion**. *Denies* ankle swelling, chest pain with exertion/angina, heart murmur as an adult, palpitations, shortness of breath when lying flat.

**Constitutional:** *Complains of* **fatigue**. *Denies* chills, fever, loss of appetite, night sweats.

**ENMT:** *Complains of* **wearing glasses/contacts**. *Denies* blurred vision, cataracts, glaucoma, light sensitivity, loss of vision, pain, hearing loss, hoarseness, nose bleeds, sore throat.

**Endocrine:** *Denies* cold intolerance, excessive thirst, hair change/loss, heat intolerance, tremors.

**Genitourinary:** *Denies* blood in urine, change in urinary frequency, kidney stones, nocturnal urination, pain with urination, sexually transmitted disease, urinary incontinence.

**Gastrointestinal:** *Complains of* **abdominal pain upper**, **abdominal pain lower**, **change in bowel habits**, **pain with bowel movement**. *Denies* abdominal pain/swelling, anal/rectal pain, belching, black stools, bloating, constipation, dairy intolerance, diarrhea, difficulty swallowing, flatuence/gas, heartburn, hemorrhoids, mucus in stool, nausea, rectal bleeding, rectal urgency, reflux, soiling stool/incontinence, weight loss less than 10 lbs, weight loss more than 10 lbs, weight gain less than 10 lbs, weight gain more than 10 lbs, vomiting.

**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, swollen glands.

**Integumentary:** *Denies* dryness, hives, itching, jaundice, rashes, suspicious lesions.

**Musculoskeletal:** *Complains of* **joint pain**, **stiffness**. *Denies* back pain, muscle pain.

**Neurological:** *Denies* dizziness, fainting spells, frequent headaches, memory disturbance, numbness in extremities, seizures, stroke/weakness, tremors.

**Psychiatric:** *Denies* anxiety/panic, depression, inability to concentrate, suicidal thoughts.

**Respiratory:** *Denies* cessation of breathing when sleeping, cough up blood, shortness of breath, coughing, snoring, wheezing.

## Vital Signs:

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 148/88 | 85 | Regular | 280 / | 6 / 5 | 33.2 | 16 | 98.2 (F) |

| SPO2 (%) |
|---|
| 95 |

## Physical Exam:

**Constitutional:**

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Eyes:**
*Conjunctivae/lids:* normal conjunctivae and lids noted.
*Inspection:* pupils equal and regular size, no icterus.

**ENMT:**
*External:* normal external inspection of ears and nose.
*Hearing:* within normal limits.
*Oropharynx:* normal tongue, hard and soft palate; posterior pharynx without erythema, exudates or lesions.
*Mouth:* normal oral mucosa, lips and gums.

**Neck:**
*Neck:* normal range of motion motion, no lymphadenopathy.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**
*Effort:* normal chest excursion.
*Auscultation:* normal breath sounds; no rubs, wheezes, rale or rhonchi.
*Chest:* normal chest.

**Cardiovascular:**
*Auscultation:* normal rhythm, S1 and S2 normal; no rubs, murmurs or gallop.
*Abdominal aorta:* not palpable.

**Gastrointestinal/Abdomen:**
*Abdomen:* bowel sounds were normal; abdomen was soft and not distended; no abdominal masses or areas of tenderness were noted.
*Liver/Spleen:* not palpable.
*Hernias:* no abdominal wall hernias appreciated.
*Rectal:*

**Musculoskeletal:**
*Gait/station:* normal gait and station.
*Digits/nails:* **no clubbing, cyanosis**.

**Extremities:**
*RLE:* no edema or cyanosis.
*LLE:* no edema or cyanosis.

**Psychiatric:**
*Judgment/insight:* within normal limits.
*Orientation:* oriented to time, space and person.
*Mood and affect:* no evidence of depression, anxiety or agitation.

**Lymphatic:**
*Neck:* no cervical lymphadenopathy.
*Axillae:*
*Inguinal:*

**Other:**
*Other:*

**Neurologic:**
*Cranial nerves:* grossly normal.
*Moves all four extremities:* grossly normal.

**Impression:** GERD
Irritable bowel syndrome

**Plan:** VSL#3 450 billion cell Take 1 packet in cold water at night before bed x 14 days
Follow-up in 6 months
Patient will continue the Zantac for the GERD as this is doing well. We will try VSL #3 for 2 weeks to see if any improvement in his bloating and pain before bowel movements. He will call me with an update when completed the course.

**Risk & Medical Necessity:**

The patient requires Low to Moderate Severity care for this visit. Diagnosis and management options are Limited. The amount of data reviewed and/or ordered is Limited. The level of risk is Low.

Adam Coe, MD
Electronically signed on 12/4/2018 10:48:45 AM by Adam Coe, MD

**Addenda**

#1 - 12/4/2018 10:51:13 AM - Tracey Speaks
scheduled 6 month fu w/Dr Coe on 6/4/19 @ 10:00
Preliminary, not signed

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

June 10, 2019

ETSU FAMILY PHYSICIANS OF BRISTOL
RELEASE OF INFORMATION
208 MEDICAL PARK BLVD
BRISTOL, TN 37620

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

TTN C I T

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| ocumentation | Time erio |
|---|---|
| Office/Treatment Notes | 6/1/2018 TO PRESENT |
| Diagnostic Test Results | 6/1/2018 TO PRESENT |

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.
T T NT I C L T T C I NT

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- e must ha e your Ta I entification Num er TIN N I

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- lease fa  this remittance form an  recor  s to  .

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at  with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sheryl Hines
Assisting on behalf of Julie Kurtz
402-361-2839
Coordinator, Medical Records
The Lincoln National Life Insurance Company

To: Lincoln Financial Group, 06/06/19

Our system has been down since this past Thursday 05/30/19 & it's still being worked on. Will not be able to send anything till sometime next week.

Sorry for any inconvenience.
Thanks,
Medical Records @ Gastroenterology Associates of Kingsport w/Dr. Coe

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Sheryl Hines |
| | Fax Number: | 1-877-843-3950 |
| | Voice Phone: | 1-800-423-2765 *3153 |
| **To:** | Name: | GASTROENTEROLOGY ASSOCIATES |
| | Company: | |
| | Fax Number: | 1(423)246-7766 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Thursday, June 06, 2019 8:57:32 AM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

June 6, 2019

GASTROENTEROLOGY ASSOCIATES
RELEASE OF INFORMATION
135 W RAVINE RD STE 3A
KINGSPORT, TN 37660

Re: Policy Number: 000400003002O2706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 6/1/2018 TO PRESENT |
| Diagnostic Test Results | 6/1/2018 TO PRESENT |

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.
**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment Instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sheryl Hines
Assisting on behalf of Julie Kurtz
402-361-2839
Coordinator, Medical Records
The Lincoln National Life Insurance Company

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

June 6, 2019

GASTROENTEROLOGY ASSOCIATES
RELEASE OF INFORMATION
135 W RAVINE RD STE 3A
KINGSPORT, TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

TTN C I T

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| ocumentation | Time erio |
|---|---|
| Office/Treatment Notes | 6/1/2018 TO PRESENT |
| Diagnostic Test Results | 6/1/2018 TO PRESENT |

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

T T NT I C L T T C I NT

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- e must ha e your Ta I entification Num er TIN N I

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- lease fa this remittance form an recor s to .

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sheryl Hines
Assisting on behalf of Julie Kurtz
402-361-2839
Coordinator, Medical Records
The Lincoln National Life Insurance Company

Irix™

- *LFGGrpLTDClm*

Case Number: **1120006734**
Date Requested: **6/4/2019**
Owned By: **Julie Kurtz**

**View Options**
Show Summaries Only
Show Drugs
Show Rx Details

PRINT

DOWNLOAD TO PDF

Notes

**Arnold Dixon** **260 Fills** **Doctors** **Pharmacies**

Show Rx Details

SSN DOB Age 58 Male Zip Code 37617

Prior 2016 2017 2018 2019

* 3 7 3 3 6 9 5 8 3 7 5 6 4 1 6 5 2 7 3 4 2 2 5 3 4 3 3 1 4 3 2 3 3 3 2 3 2 4 3 2

| | | | |
|---|---|---|---|
| 2013 | **AMITRIPTYLINE HCL** (Amitriptyline HCl) | LOW | 3 Fills |
| 2013 | **AMITRIPTYLINE HYDROCHLORIDE** (Amitriptyline HCl) | LOW | 2 Fills |
| | **AZITHROMYCIN** (Azithromycin) | LOW | 3 Fills |
| | **CEPHALEXIN** (Cephalexin) | LOW | 1 Fill |
| | **CLINDAMYCIN HYDROCHLORIDE** (Clindamycin HCl) | LOW | 1 Fill |
| 2014 | **COZAAR** (Losartan Potassium) | LOW | 2 Fills |
| | **DEXILANT** (Dexlansoprazole) | LOW | 5 Fills |
| 2014 | **DOXYCYCLINE HYCLATE** (Doxycycline Hyclate) | LOW | 1 Fill |
| | **ESCITALOPRAM OXALATE** (Escitalopram Oxalate) | LOW | 11 Fills |
| 2014 | **FLEXERIL** (Cyclobenzaprine HCl) | LOW | 1 Fill |
| 2015 | **FLONASE** (Fluticasone Propionate (Nasal)) | LOW | 2 Fills |
| | **FLUTICASONE PROPIONATE** (Fluticasone Propionate (Nasal)) | LOW | 5 Fills |
| | **GABAPENTIN** (Gabapentin) | LOW | 11 Fills |
| | **HYDROCODONE/ ACETAMINOPHEN** (Hydrocodone-Acetaminophen) | LOW | 52 Fills |
| | **HYOSCYAMINE SULFATE** (Hyoscyamine Sulfate) | LOW | 1 Fill |
| | **LIDOCAINE/ PRILOCAINE** (Lidocaine-Prilocaine) | LOW | 1 Fill |
| 2013 | **LIPITOR** (Atorvastatin Calcium) | LOW | 2 Fills |
| | **LISINOPRIL** (Lisinopril) | LOW | 48 Fills |
| 2015 | **NORCO** (Hydrocodone-Acetaminophen) | LOW | 8 Fills |

| | | | |
|---|---|---|---|
| 2014 | **NORTRIPTYLINE HCL** (Nortriptyline HCl) | LOW | 5 Fills |
| | **OMEPRAZOLE** (Omeprazole) | LOW | 12 Fills |
| | **ONDANSETRON ODT** (Ondansetron) | LOW | 2 Fills |
| | **PRAVASTATIN SODIUM** (Pravastatin Sodium) | LOW | 53 Fills |
| | **PREDNISONE** (Prednisone) | LOW | 2 Fills |
| | **PROMETHAZINE HCL** (Promethazine HCl) | LOW | 1 Fill |
| | **RANITIDINE HCL** (Ranitidine HCl) | LOW | 9 Fills |
| | **SULFAMETHOXAZOLE/ TRIMETHOPRIM DS** (Sulfamethoxazole-Trimethoprim) | LOW | 1 Fill |
| | **SUPREP BOWEL PREP KIT** (Sodium Sulfate-Potassium Sulfate-Magnesium Sulfate) | LOW | 1 Fill |
| | **TRAMADOL HCL** (Tramadol HCl) | LOW | 13 Fills |
| | **VIBERZI** (Eluxadoline) | LOW | 1 Fill |

Irix™

Applicant:**Arnold Dixon**
SSN
Case Number: **1120006734**
Date Requested:**6/4/2019**

PRINT CLOSE

| Product Name | Generic Name / Strength | Priority | Fill Date | Doctor | Pharmacy | Quantity | Days Supply |
|---|---|---|---|---|---|---|---|
| AMITRIPTYLINE HCL | Amitriptyline HCl Tab 25 MG | LOW | 12/13/2012 | MACDONALD | TENNESSEE CVS PHARMACY LLC | 60 | 30 |
| AMITRIPTYLINE HCL | Amitriptyline HCl Tab 25 MG | LOW | 1/8/2013 | MACDONALD | CVS PHARMACY | 60 | 30 |
| AMITRIPTYLINE HCL | Amitriptyline HCl Tab 25 MG | LOW | 2/13/2013 | MACDONALD | CVS PHARMACY | 60 | 30 |
| AMITRIPTYLINE HYDROCHLORIDE | Amitriptyline HCl Tab 50 MG | LOW | 4/28/2013 | MACDONALD | CVS PHARMACY | 30 | 30 |
| AMITRIPTYLINE HYDROCHLORIDE | Amitriptyline HCl Tab 50 MG | LOW | 6/3/2013 | MACDONALD | CVS PHARMACY | 30 | 30 |
| AZITHROMYCIN | Azithromycin Tab 250 MG | LOW | 1/20/2015 | MISISCHIA | CVS PHARMACY | 6 | 5 |
| AZITHROMYCIN | Azithromycin Tab 250 MG | LOW | 11/2/2015 | MISISCHIA | CVS PHARMACY | 6 | 5 |
| AZITHROMYCIN | Azithromycin Tab 250 MG | LOW | 3/13/2017 | MISISCHIA | CVS PHARMACY | 6 | 5 |
| CEPHALEXIN | Cephalexin Cap 500 MG | LOW | 4/9/2017 | GALLOWAY | CVS PHARMACY | 20 | 10 |
| CLINDAMYCIN HYDROCHLORIDE | Clindamycin HCl Cap 150 MG | LOW | 10/15/2018 | MATHER | CVS PHARMACY | 22 | 6 |
| COZAAR | Losartan Potassium Tab 50 MG | LOW | 3/28/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| COZAAR | Losartan Potassium Tab 50 MG | LOW | 4/23/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| DEXILANT | Dexlansoprazole Cap Delayed Release 60 MG | LOW | 12/19/2016 | COE | CVS PHARMACY | 90 | 90 |
| DEXILANT | Dexlansoprazole Cap Delayed Release 60 MG | LOW | 12/26/2016 | COE | CVS PHARMACY | 90 | 90 |
| DEXILANT | Dexlansoprazole Cap Delayed Release 60 MG | LOW | 3/11/2017 | COE | CVS PHARMACY | 90 | 90 |
| DEXILANT | Dexlansoprazole Cap Delayed Release 60 MG | LOW | 6/14/2017 | GRIGG | CVS PHARMACY | 90 | 90 |
| DEXILANT | Dexlansoprazole Cap Delayed Release 60 MG | LOW | 6/15/2017 | GRIGG | CVS PHARMACY | 90 | 90 |
| DOXYCYCLINE HYCLATE | Doxycycline Hyclate Cap 100 MG | LOW | 6/5/2014 | MISISCHIA | CVS PHARMACY | 14 | 7 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 5 MG (Base Equiv) | LOW | 6/8/2017 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| ESCITALOPRAM OXALATE | | LOW | 7/7/2017 | MISISCHIA | | 90 | 90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Escitalopram Oxalate Tab 10 MG (Base Equiv) | | | | CVS PHARMACY | | |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 10/2/2017 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 11/1/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 11/2/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 1/27/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 4/27/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 7/23/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 10/19/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 1/21/2019 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| ESCITALOPRAM OXALATE | Escitalopram Oxalate Tab 10 MG (Base Equiv) | LOW | 4/17/2019 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| FLEXERIL | Cyclobenzaprine HCl Tab 10 MG | LOW | 5/12/2014 | MISISCHIA | CVS PHARMACY | 30 | 15 |
| FLONASE | Fluticasone Propionate Nasal Susp 50 MCG/ACT | LOW | 11/2/2015 | MISISCHIA | CVS PHARMACY | 16 | 30 |
| FLONASE | Fluticasone Propionate Nasal Susp 50 MCG/ACT | LOW | 12/31/2015 | MISISCHIA | CVS PHARMACY | 16 | 30 |
| FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG/ACT | LOW | 4/17/2015 | MISISCHIA | CVS PHARMACY | 16 | 30 |
| FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG/ACT | LOW | 2/10/2016 | MISISCHIA | CVS PHARMACY | 16 | 30 |
| FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG/ACT | LOW | 8/24/2016 | MISISCHIA | CVS PHARMACY | 16 | 30 |
| FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG/ACT | LOW | 3/23/2017 | MISISCHIA | CVS PHARMACY | 16 | 30 |
| FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG/ACT | LOW | 1/3/2018 | MISISCHIA | CVS PHARMACY | 16 | 30 |
| GABAPENTIN | Gabapentin Cap 100 MG | LOW | 8/29/2013 | MACDONALD | CVS PHARMACY | 90 | 30 |
| GABAPENTIN | Gabapentin Cap 300 MG | LOW | 9/30/2013 | MACDONALD | CVS PHARMACY | 60 | 30 |
| GABAPENTIN | Gabapentin Cap 300 MG | LOW | 11/1/2013 | MACDONALD | CVS PHARMACY | 60 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GABAPENTIN | Gabapentin Cap 300 MG | LOW | 11/28/2013 | MACDONALD | CVS PHARMACY | 60 | 30 |
| GABAPENTIN | Gabapentin Cap 100 MG | LOW | 10/31/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| GABAPENTIN | Gabapentin Cap 100 MG | LOW | 11/28/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| GABAPENTIN | Gabapentin Cap 100 MG | LOW | 2/23/2017 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| GABAPENTIN | Gabapentin Cap 100 MG | LOW | 3/19/2017 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| GABAPENTIN | Gabapentin Cap 300 MG | LOW | 3/24/2017 | ERWIN | CVS PHARMACY | 90 | 30 |
| GABAPENTIN | Gabapentin Cap 300 MG | LOW | 6/11/2017 | ERWIN | CVS PHARMACY | 90 | 30 |
| GABAPENTIN | Gabapentin Cap 300 MG | LOW | 8/8/2017 | ERWIN | CVS PHARMACY | 90 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 7/28/2012 | MEEKS | TENNESSEE CVS PHARMACY LLC | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 12/20/2012 | WILLIAMS | TENNESSEE CVS PHARMACY LLC | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 6/21/2013 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 8/8/2013 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 5/5/2014 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 6/14/2014 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 7/13/2014 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 8/24/2014 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 9/30/2014 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 11/3/2014 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 12/11/2014 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 4/17/2015 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 5/18/2015 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 6/19/2015 | MISISCHIA | CVS PHARMACY | 60 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 7/19/2015 | MISISCHIA | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 8/25/2015 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 9/29/2015 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 11/2/2015 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 12/10/2015 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 1/18/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 2/24/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 3/31/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 5/9/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 6/13/2016 | MARTIN | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 7/23/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 8/29/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 10/5/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 11/8/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 12/19/2016 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 1/27/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 3/6/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 4/12/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 5/12/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 6/16/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 7/24/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 8/29/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 10/7/2017 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 11/14/2017 | WATSON | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 12/19/2017 | WATSON | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 1/19/2018 | MISISCHIA | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 3/2/2018 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 4/10/2018 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 5/19/2018 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 6/19/2018 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 7/21/2018 | MISISCHIA | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 8/28/2018 | WATSON | CVS PHARMACY | 75 | 30 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 9/28/2018 | MISISCHIA | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 11/5/2018 | WATSON | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 12/15/2018 | MISISCHIA | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 2/5/2019 | MISISCHIA | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 3/27/2019 | MISISCHIA | CVS PHARMACY | 75 | 25 |
| HYDROCODONE/ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 5/15/2019 | MISISCHIA | CVS PHARMACY | 75 | 30 |
| HYOSCYAMINE SULFATE | Hyoscyamine Sulfate Tab Disint 0.125 MG | LOW | 6/13/2016 | MARTIN | CVS PHARMACY | 20 | 5 |
| LIDOCAINE/PRILOCAINE | Lidocaine-Prilocaine Cream 2.5-2.5% | LOW | 3/24/2017 | HUGHES | | 480 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIPITOR | Atorvastatin Calcium Tab 10 MG (Base Equivalent) | LOW | 3/12/2013 | MCLAUGHLIN | CVS PHARMACY | 90 | 90 |
| LIPITOR | Atorvastatin Calcium Tab 10 MG (Base Equivalent) | LOW | 6/13/2013 | MCLAUGHLIN | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 4/1/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 5/2/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 6/2/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 7/1/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 8/4/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 9/1/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 9/28/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 10/29/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 11/29/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 12/30/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 1/28/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 2/26/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 3/28/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 4/26/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 5/21/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 6/17/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 7/17/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 8/14/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 9/15/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 10/16/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 11/14/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 12/15/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 1/13/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 2/10/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 2/13/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 3/12/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 4/11/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 5/11/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 6/5/2016 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 6/8/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 7/6/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 8/4/2016 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 8/22/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 9/26/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 10/23/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 11/20/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 12/16/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 1/16/2017 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 4/16/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 10 MG | LOW | 7/18/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 9/8/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 12/27/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 3/26/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 6/20/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 9/20/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 12/21/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 3/7/2019 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| LISINOPRIL | Lisinopril Tab 20 MG | LOW | 4/5/2019 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| NORCO | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 4/19/2013 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| NORCO | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 10/6/2013 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| NORCO | | LOW | 11/21/2013 | WILLIAMS | CVS PHARMACY | 60 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Hydrocodone-Acetaminophen Tab 10-325 MG | | | | | | |
| NORCO | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 12/31/2013 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| NORCO | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 2/16/2014 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| NORCO | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 3/27/2014 | WILLIAMS | CVS PHARMACY | 60 | 30 |
| NORCO | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 1/24/2015 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| NORCO | Hydrocodone-Acetaminophen Tab 10-325 MG | LOW | 3/9/2015 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| NORTRIPTYLINE HCL | Nortriptyline HCl Cap 25 MG | LOW | 2/13/2014 | MACDONALD | CVS PHARMACY | 30 | 30 |
| NORTRIPTYLINE HCL | Nortriptyline HCl Cap 25 MG | LOW | 3/10/2014 | MACDONALD | CVS PHARMACY | 30 | 30 |
| NORTRIPTYLINE HCL | Nortriptyline HCl Cap 25 MG | LOW | 3/30/2014 | MACDONALD | CVS PHARMACY | 60 | 30 |
| NORTRIPTYLINE HCL | Nortriptyline HCl Cap 25 MG | LOW | 4/25/2014 | WILLIAMS | CVS PHARMACY | 120 | 30 |
| NORTRIPTYLINE HCL | Nortriptyline HCl Cap 25 MG | LOW | 5/21/2014 | WILLIAMS | CVS PHARMACY | 120 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 20 MG | LOW | 5/2/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 20 MG | LOW | 5/25/2016 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 20 MG | LOW | 6/10/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 6/13/2016 | MARTIN | CVS PHARMACY | 60 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 7/11/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 8/4/2016 | MISISCHIA | CVS PHARMACY | 180 | 90 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 8/7/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 9/5/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 10/6/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 11/6/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| OMEPRAZOLE | | LOW | 12/5/2016 | MISISCHIA | | 60 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Omeprazole Cap Delayed Release 40 MG | | | | CVS PHARMACY | | |
| OMEPRAZOLE | Omeprazole Cap Delayed Release 40 MG | LOW | 1/5/2017 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| ONDANSETRON ODT | Ondansetron Orally Disintegrating Tab 8 MG | LOW | 6/13/2016 | MARTIN | CVS PHARMACY | 12 | 15 |
| ONDANSETRON ODT | Ondansetron Orally Disintegrating Tab 8 MG | LOW | 10/15/2016 | MARTIN | CVS PHARMACY | 12 | 15 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 9/3/2013 | MCLAUGHLIN | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 9/30/2013 | MCLAUGHLIN | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 10/26/2013 | MCLAUGHLIN | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 11/25/2013 | MCLAUGHLIN | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 12/26/2013 | MCLAUGHLIN | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 1/28/2014 | MCLAUGHLIN | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 3/3/2014 | MCLAUGHLIN | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 4/11/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 5/9/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 6/16/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 7/13/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 8/9/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 9/6/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 10/4/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 11/2/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | | LOW | 12/1/2014 | MISISCHIA | | 30 | 30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pravastatin Sodium Tab 10 MG | | | | CVS PHARMACY | | |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 12/30/2014 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 1/28/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 2/26/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 3/28/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 4/26/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 6/9/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 7/5/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 8/2/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 9/7/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 10/4/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 11/14/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 12/15/2015 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 1/13/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 2/10/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 2/13/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 3/12/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 4/11/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 5/11/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 6/5/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 6/8/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 7/6/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 8/4/2016 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 8/7/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 9/4/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 10/6/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 11/6/2016 | MISISCHIA | CVS PHARMACY | 30 | 30 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 12/6/2016 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 3/9/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 6/5/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 8/31/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 12/3/2017 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 3/5/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 6/3/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 8/28/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 11/23/2018 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 2/21/2019 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PRAVASTATIN SODIUM | Pravastatin Sodium Tab 10 MG | LOW | 5/15/2019 | MISISCHIA | CVS PHARMACY | 90 | 90 |
| PREDNISONE | Prednisone Tab 10 MG | LOW | 5/12/2014 | MISISCHIA | CVS PHARMACY | 15 | 10 |
| PREDNISONE | Prednisone Tab Therapy Pack 10 MG (48) | LOW | 4/12/2017 | HUGHES | CVS PHARMACY | 48 | 12 |
| PROMETHAZINE HCL | | LOW | 4/28/2017 | COE | | 60 | 20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Promethazine HCl Tab 25 MG | | | | CVS PHARMACY | | |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 5/11/2017 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 8/7/2017 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 11/1/2017 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 1/27/2018 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 4/28/2018 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 7/26/2018 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 10/24/2018 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 1/28/2019 | COE | CVS PHARMACY | 90 | 90 |
| RANITIDINE HCL | Ranitidine HCl Tab 300 MG | LOW | 4/21/2019 | COE | CVS PHARMACY | 90 | 90 |
| SULFAMETHOXAZOLE/TRIMETHOPRIM DS | Sulfamethoxazole-Trimethoprim Tab 800-160 MG | LOW | 9/13/2017 | MISISCHIA | CVS PHARMACY | 20 | 10 |
| SUPREP BOWEL PREP KIT | Sod Sulfate-Pot Sulf-Mg Sulf Oral Sol 17.5-3.13-1.6 GM/177ML | LOW | 5/13/2016 | HOMOKY | CVS PHARMACY | 354 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 10/19/2015 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 2/10/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 4/25/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 7/1/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 10/2/2016 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 1/24/2017 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 6/4/2017 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 11/27/2017 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 6/25/2018 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 9/3/2018 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 11/21/2018 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 1/22/2019 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| TRAMADOL HCL | Tramadol HCl Tab 50 MG | LOW | 3/18/2019 | MISISCHIA | CVS PHARMACY | 60 | 30 |
| VIBERZI | Eluxadoline Tab 100 MG | LOW | 3/4/2019 | COE | CVS PHARMACY | 90 | 90 |

Irix™

Applicant: **Arnold Dixon**
SSN
Case Number: **1120006734**
Date Requested: **6/4/2019**

PRINT CLOSE

| Doctor | Drugs | Priority | Last Fill Date |
|---|---|---|---|
| ADAM COE<br>Internal Medicine - Gastroenterology<br>135 W RAVINE RD<br>SUITE 3A<br>KINGSPORT, TN 376603847<br>423-246-6777 | DEXILANT | LOW | 3/11/2017 |
| | PROMETHAZINE HCL | LOW | 4/28/2017 |
| | RANITIDINE HCL | LOW | 4/21/2019 |
| | VIBERZI | LOW | 3/4/2019 |
| AMY GALLOWAY<br>Nurse Practitioner - Family<br>105 W STONE DR<br>STE 1F<br>KINGSPORT, TN 376603365<br>423-230-2420 | CEPHALEXIN | LOW | 4/9/2017 |
| BENJAMIN MEEKS<br>Physical Medicine & Rehabilitation - Pain Medicine<br>101 MED TECH PKWY<br>SUITE 200<br>JOHNSON CITY, TN 376044007<br>423-232-6120 | HYDROCODONE/ACETAMINOPHEN | LOW | 7/28/2012 |
| DAVID MATHER<br>Dentist - General Practice<br>1203 N WILCOX DR<br>KINGSPORT, TN 376604971<br>423-247-5175 | CLINDAMYCIN HYDROCHLORIDE | LOW | 10/15/2018 |
| DOUGLAS HOMOKY<br>Internal Medicine - Gastroenterology<br>135 W RAVINE RD<br>SUITE 3A<br>KINGSPORT, TN 376603847<br>423-246-6777 | SUPREP BOWEL PREP KIT | LOW | 5/13/2016 |
| EDDIE HUGHES<br>Nurse Practitioner - Critical Care Medicine<br>300 MED TECH PKWY<br>JOHNSON CITY, TN 376042277<br>423-302-1000 | LIDOCAINE/PRILOCAINE | LOW | 3/24/2017 |
| | PREDNISONE | LOW | 4/12/2017 |
| ERIKA GRIGG<br>Internal Medicine<br>135 W RAVINE RD<br>SUITE 3A<br>KINGSPORT, TN 376603847<br>423-246-6777 | DEXILANT | LOW | 6/15/2017 |
| KEVIN MISISCHIA<br>Family Medicine<br>444 CLINCHFIELD STREET<br>SUITE 201<br>KINGSPORT, TN 376603606<br>423-230-2800 | AZITHROMYCIN | LOW | 3/13/2017 |
| | COZAAR | LOW | 4/23/2014 |
| | DOXYCYCLINE HYCLATE | LOW | 6/5/2014 |
| | ESCITALOPRAM OXALATE | LOW | 4/17/2019 |
| | FLEXERIL | LOW | 5/12/2014 |
| | FLONASE | LOW | 12/31/2015 |
| | FLUTICASONE PROPIONATE | LOW | 1/3/2018 |
| | GABAPENTIN | LOW | 3/19/2017 |
| | HYDROCODONE/ACETAMINOPHEN | LOW | 5/15/2019 |
| | LISINOPRIL | LOW | 4/5/2019 |
| | NORCO | LOW | 3/9/2015 |
| | OMEPRAZOLE | LOW | 1/5/2017 |
| | PRAVASTATIN SODIUM | LOW | 5/15/2019 |
| | PREDNISONE | LOW | 5/12/2014 |

| | | | |
|---|---|---|---|
| | SULFAMETHOXAZOLE/TRIMETHOPRIM DS | LOW | 9/13/2017 |
| | TRAMADOL HCL | LOW | 3/18/2019 |
| PATRICIA ERWIN<br>Nurse Practitioner - Family<br>444 CLINCHFIELD ST<br>SUITE 103<br>KINGSPORT, TN 376603858<br>423-578-1518 | GABAPENTIN | LOW | 8/8/2017 |
| RANDY MCLAUGHLIN<br>Internal Medicine<br>1916 BROOKSIDE DR<br>KINGSPORT, TN 376604602<br>423-392-6000 | LIPITOR<br>PRAVASTATIN SODIUM | LOW<br>LOW | 6/13/2013<br>3/3/2014 |
| ROBERT MACDONALD<br>Psychiatry & Neurology - Neurology<br>914 BROAD ST<br>SUITE 3A<br>KINGSPORT, TN 376603817<br>423-247-5553 | AMITRIPTYLINE HCL<br>AMITRIPTYLINE HYDROCHLORIDE<br>GABAPENTIN<br>NORTRIPTYLINE HCL | LOW<br>LOW<br>LOW<br>LOW | 2/13/2013<br>6/3/2013<br>11/28/2013<br>3/30/2014 |
| SEAN WATSON<br>Student in an Organized Health Care Education/Training Program<br>208 MEDICAL PARK BLVD<br>BRISTOL, TN 376207343<br>423-989-4050 | HYDROCODONE/ACETAMINOPHEN | LOW | 11/5/2018 |
| WILLIAM MARTIN<br>Family Medicine<br>1030 MAIN ST<br>BEAN STATION, TN 37708<br>865-993-4135 | HYDROCODONE/ACETAMINOPHEN<br>HYOSCYAMINE SULFATE<br>OMEPRAZOLE<br>ONDANSETRON ODT | LOW<br>LOW<br>LOW<br>LOW | 6/13/2016<br>6/13/2016<br>6/13/2016<br>10/15/2016 |
| WILLIAM WILLIAMS<br>Pain Medicine - Interventional Pain Medicine<br>101 MED TECH PKWY<br>SUITE 200<br>JOHNSON CITY, TN 376044007<br>423-232-6120 | HYDROCODONE/ACETAMINOPHEN<br>NORCO<br>NORTRIPTYLINE HCL | LOW<br>LOW<br>LOW | 9/30/2014<br>3/27/2014<br>5/21/2014 |

Irix™

Applicant:**Arnold Dixon**
SSN
Case Number: **1120006734**
Date Requested:**6/4/2019**

PRINT CLOSE

| Pharmacy | Drugs | Priority | Last Fill Date |
|---|---|---|---|
| CVS PHARMACY<br>5215 MEMORIAL BLVD STE 20 SUITE 20<br>KINGSPORT, TN 37664<br>423-279-7430 | AMITRIPTYLINE HCL | LOW | 2/13/2013 |
| | AMITRIPTYLINE HYDROCHLORIDE | LOW | 6/3/2013 |
| | AZITHROMYCIN | LOW | 3/13/2017 |
| | CEPHALEXIN | LOW | 4/9/2017 |
| | CLINDAMYCIN HYDROCHLORIDE | LOW | 10/15/2018 |
| | COZAAR | LOW | 4/23/2014 |
| | DEXILANT | LOW | 6/15/2017 |
| | DOXYCYCLINE HYCLATE | LOW | 6/5/2014 |
| | ESCITALOPRAM OXALATE | LOW | 4/17/2019 |
| | FLEXERIL | LOW | 5/12/2014 |
| | FLONASE | LOW | 12/31/2015 |
| | FLUTICASONE PROPIONATE | LOW | 1/3/2018 |
| | GABAPENTIN | LOW | 8/8/2017 |
| | HYDROCODONE/ACETAMINOPHEN | LOW | 5/15/2019 |
| | HYOSCYAMINE SULFATE | LOW | 6/13/2016 |
| | LIPITOR | LOW | 6/13/2013 |
| | LISINOPRIL | LOW | 4/5/2019 |
| | NORCO | LOW | 3/9/2015 |
| | NORTRIPTYLINE HCL | LOW | 5/21/2014 |
| | OMEPRAZOLE | LOW | 1/5/2017 |
| | ONDANSETRON ODT | LOW | 10/15/2016 |
| | PRAVASTATIN SODIUM | LOW | 5/15/2019 |
| | PREDNISONE | LOW | 4/12/2017 |
| | PROMETHAZINE HCL | LOW | 4/28/2017 |
| | RANITIDINE HCL | LOW | 4/21/2019 |
| | SULFAMETHOXAZOLE/TRIMETHOPRIM DS | LOW | 9/13/2017 |
| | SUPREP BOWEL PREP KIT | LOW | 5/13/2016 |
| | TRAMADOL HCL | LOW | 3/18/2019 |
| | VIBERZI | LOW | 3/4/2019 |
| TENNESSEE CVS PHARMACY LLC<br>5215 MEMORIAL BLVD SUITE 20<br>KINGSPORT, TN 37664<br>423-279-7430 | AMITRIPTYLINE HCL | LOW | 12/13/2012 |
| | HYDROCODONE/ACETAMINOPHEN | LOW | 12/20/2012 |
| UNKNOWN | LIDOCAINE/PRILOCAINE | LOW | 3/24/2017 |

Irix™

Applicant:**Arnold Dixon**
SSN:
Case Number: **1120006734**
Date Requested:**6/4/2019**

PRINT CLOSE

| ***First Name*** | ***Last Name*** | ***SSN*** |
| --- | --- | --- |
| *Arnold* | *Dixon* | |

| ***Date of Birth (mm/dd/yyyy)*** | ***Gender*** | ***Zip Code*** |
| --- | --- | --- |
| | *M* | *37617* |

***Authorization Type***
*Paper or Electronic*

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765

## ABILITIES FORM

Patient Name: Arnold Dixon Date of Birth: _

Occupation: 3 Claim Number: 1120006734

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other ______

Specialty: ______ Phone: ______

**OR**

☒ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | X | | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | x < 1hr | | | |
| Stand | | x < 1hr | | | |
| Walk | | x | | | |
| Climb | x | | | | |
| Bend | x | | | | |
| Kneel | x | | | | |
| Drive | | | | | |
| Finger | | x difficulty c̄ | repetitive motion | | R / L / Both |
| Handle | | | numbness | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ______

Specific Limitations or Restrictions not noted above: ______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 5/28/19

Provider Printed Name: MISISCHIA Degree: ☐ MD ☑DO Other ______

Specialty: FP Phone: 412-790-2401

Address: 1144 Bloomfield ... [illegible]

PER PAIN ASSOCIATES NOTES.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA10631

I AM NOT A DISABLING PHYSICIAN

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

May 21, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is to acknowledge receipt of the following items:

- Direct deposit change request

We have documented your request for Direct Deposit change of this Long Term Disability benefit check. Your next check will be electronically deposited into your new account.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Julie Kurtz
402-361-2839
Specialist, Claims
The Lincoln National Life Insurance Company

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

**From:** Name: Philip Mergen
Fax Number: 1-877-843-3950
Voice Phone: 1-800-423-2765

**To:** Name: DR KEVIN MISISCHIA DO
Company:
Fax Number: 14232302810
Voice Phone:

**Fax Notes :**

Date and time of transmission: Friday, May 03, 2019 2:12:34 PM

Number of pages including this cover sheet: 04

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Faxed 5/6/19

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 3, 2019

DR KEVIN MISISCHIA DO
RELEASE OF INFORMATION
444 CLINCHFIELD STREET
SUITE 201
KINGSPORT, TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 10/1/2018 to Present |
| Diagnostic Test Results | 10/1/2018 to Present |

****Please fill out all forms that are attached****

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Philip Mergen
Assisting on behalf of Julie Kurtz
402-361-2839
Coordinator, Medical Records
The Lincoln National Life Insurance Company

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

REF #3753870

Lincoln Financial Group

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company; government agency, department of labor; acquaintance; group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Name of Insured: DIXON JR. (Last) ARNOLD (First) LEE (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage, claims or benefits, and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

00000007 LFPNSM11 00000058

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work, or
   - as otherwise may be required by law or as I may further authorize

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE [signature] DATE 4-25-19

Claimant/legal representative (Nearest relative, legal guardian or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDRESS: ______

(City) (State) (Zip Code)

PHONE NO: ______

# Cover Page

| | |
|---|---|
| **Practice Name:** | Mountain Region Family Medicine |
| **Practice Address:** | 444 Clinchfield St, Suite 201<br>Kingsport, TN 37660-3606 |
| **Practice Phone:** | (423) 230-2801 |
| **Patient Name:** | Arnold L. Dixon |
| **Patient ID:** | 82162 |
| **Other ID:** | KM-EMR |
| **Patient DOB:** | |
| **Date Type:** | Last Modified |
| **Date Range:** | '10/01/2018' - '05/06/2019' |
| **Document Types:** | Cardiology, Consultations, ECG, History and Physical, Hospital, Labs, Pathology, Problem List, Procedure Note, Progress Note, Radiology and Ultrasonography, Respiratory Reports, Stress, Surgical Pathology |
| **User ID:** | 1074 |
| **Page Count:** | 13 |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Gastroenterology Associates
135 W. Ravine Road Suite 3A
Kingsport, TN 37660
Phone (423) 246-6777
FAX (423) 245-5439 or (423) 245-7191

| | | | |
|---|---|---|---|
| **Date:** | 12/4/2018 10:00 AM | | |
| **Patient Name:** | **Arnold L. Dixon** | **Gender:** | Male |
| **Account #:** | 269553 | **DOB(age):** | (58) |
| **Provider:** | Adam Coe, MD | | |

**PCP:** Kevin Misischia, DO
**Referring Physician:** Kevin Misischia, DO
444 Clinchfield Street Suite 201, Kingsport, TN 37660
(423) 230-2801 (phone)
(423) 239-7750 (fax)

**Chief Complaint:** F/U GERD, Nausea

**History of Present Illness:**

Arnold Dixon is seen today for a follow-up visit. I had the pleasure of meeting Mr. Dixon in July '16. At that time, the patient had been experiencing intermittent abdominal pain since the beginning of June. The severe sharp pain can last 2-5 days, and radiate to his right side. No fevers, hematochezia, or melena. Patient has experienced some constipation but this has been relieved with OTC Miralax. He also noted some dysphagia-more so with liquids than solids. Prior workup had included labs and imaging. Labs on 6/13/16 revealed WBC 7.2, platelets 236K, amylase 24, T bili 0.5, Alk phos 64, AST 15, ALT 14, and normal creatinine. RUQ ultrasound and HIDA scan on 6/17/16 which revealed normal appearing gallbladder/liver, no cholelithiasis, no biliary dilation, and GB EF of 88.3%. Urgent care increased his Prilosec to 40 mg twice daily which had improved his reflux and dysphagia. We performed an EGD on 7/21/16 with mild reactive gastritis (likely secondary to prior NSAID use). No H. pylori and no malignancy. Subsequently, CT of abdomen also performed which was unrevealing. We had then switched his PPI to Dexilant which resulted in significant improvement in his symptoms. He still experienced some nausea/pain so we eventually performed repeat US of abdomen and NM GE study. Both unrevealing. He now returns.

Patient has been able to come off Dexilant after our last visit in July '17. GERD well controlled on Zantac daily. No recent dysphagia, nausea, emesis. He does have some moderate bloating, cramping, and fecal urgency prior to defecation. Up to date on colonoscopy and no recent hematochezia or melena. OTC gas relievers have not helped symptoms. No trials of probiotics.

**Past Medical History**

**Medical Conditions:** Back Pain (chronic )
Colon Polyps
Constipation
DDD Lumbar
High Blood Pressure
Hyperlipidemia
Neuropathy
Reflux

**Surgical Procedures:** Tonsillectomy
Neck Surgery

**Dx Studies:** Colonoscopy, 5/19/2016, Internal hemorrhoids
CT Abd w/Contrast, July 2016
EGD, 7/21/2016, Normal mucosa in the whole esophagus, Erythema in the antrum and stomach body compatible with gastritis. (Biopsy) and Normal mucosa in the duodenum
Lab Work, 6/2018

**Medications:** escitalopram oxalate 10 mg Take 1 tablet by mouth daily
hydrocodone-acetaminophen 10-325 mg Take 1 tablet by mouth twice a day
lisinopril 10 mg Take 1 tablet by mouth once a day
ondansetron HCl 8 mg Take 1 tablet by mouth as needed and directed for nausea
pravastatin 10 mg Take 1 tablet by mouth once a day



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

ranitidine HCl 300 mg Take 1 tablet by mouth every night
tramadol 50 mg Take 1 tablet by mouth once a day as needed

**Allergies:** Penicillins - hallucinations.

**Immunizations:** No Immunizations

**Social History**

**Alcohol:** None
**Tobacco:** Never smoker
**Drug:** None
**Exercise:** None
**Caffeine:** Coffee.
**Marital Status:** Married
**Occupation:** Disabled

**Family History**

No history of Crohn's disease (disorder)
**Daughter:** Diagnosed with Ulcerative Colitis;
**Sister:** Deceased; at age 65; Diagnosed with Breast Cancer (cause of death) ;
**Father:** Deceased; at age 94; Diagnosed with Natural Causes (cause of death) ;
**Mother:** Deceased; at age 57; Diagnosed with Mets (cause of death) , Colon Cancer at age 54, Colon Polyps;
**Other:** Alive; at age 55; Diagnosed with Nephew w/pancreas cancer;

**Review Of Systems:**

**Allergic/Immunologic:** *Denies* allergies (environmental), HIV exposure, immune deficiency, persistent infections, recurrent hives.

**Cardiovascular:** *Complains of* **shortness of breath with exertion**. *Denies* ankle swelling, chest pain with exertion/angina, heart murmur as an adult, palpitations, shortness of breath when lying flat.

**Constitutional:** *Complains of* **fatigue**. *Denies* chills, fever, loss of appetite, night sweats.

**ENMT:** *Complains of* **wearing glasses/contacts**. *Denies* blurred vision, cataracts, glaucoma, light sensitivity, loss of vision, pain, hearing loss, hoarseness, nose bleeds, sore throat.

**Endocrine:** *Denies* cold intolerance, excessive thirst, hair change/loss, heat intolerance, tremors.

**Genitourinary:** *Denies* blood in urine, change in urinary frequency, kidney stones, nocturnal urination, pain with urination, sexually transmitted disease, urinary incontinence.

**Gastrointestinal:** *Complains of* **abdominal pain upper**, **abdominal pain lower**, **change in bowel habits**, **pain with bowel movement**. *Denies* abdominal pain/swelling, anal/rectal pain, belching, black stools, bloating, constipation, dairy intolerance, diarrhea, difficulty swallowing, flatuence/gas, heartburn, hemorrhoids, mucus in stool, nausea, rectal bleeding, rectal urgency, reflux, soiling stool/incontinence, weight loss less than 10 lbs, weight loss more than 10 lbs, weight gain less than 10 lbs, weight gain more than 10 lbs, vomiting.

**Hematologic/Lymphatic:** *Denies* easy bruising, prolonged bleeding, swollen glands.

**Integumentary:** *Denies* dryness, hives, itching, jaundice, rashes, suspicious lesions.

**Musculoskeletal:** *Complains of* **joint pain**, **stiffness**. *Denies* back pain, muscle pain.

**Neurological:** *Denies* dizziness, fainting spells, frequent headaches, memory disturbance, numbness in extremities, seizures, stroke/weakness, tremors.

**Psychiatric:** *Denies* anxiety/panic, depression, inability to concentrate, suicidal thoughts.

**Respiratory:** *Denies* cessation of breathing when sleeping, cough up blood, shortness of breath, coughing, snoring, wheezing.

**Vital Signs:**

| BP (mmHg) | Pulse (ppm) | Rhythm | Weight (lbs/oz) | Height (ft/in) | BMI | Resp/min | Temp |
|---|---|---|---|---|---|---|---|
| 148/88 | 85 | Regular | 280 / | 6 / 5 | 33.2 | 16 | 98.2 (F) |

| SPO2 (%) |
|---|
| 95 |

**Physical Exam:**

**Constitutional:**



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Appearance:* well developed, well nourished, normal habitus, no deformities, in no acute distress.
*Communication:* normal speech patterns.

**Eyes:**

*Conjunctivae/lids:* normal conjunctivae and lids noted.
*Inspection:* pupils equal and regular size, no icterus.

**ENMT:**

*External:* normal external inspection of ears and nose.
*Hearing:* within normal limits.
*Oropharynx:* normal tongue, hard and soft palate; posterior pharynx without erythema, exudates or lesions.
*Mouth:* normal oral mucosa, lips and gums.

**Neck:**

*Neck:* normal range of motion motion, no lymphadenopathy.
*Thyroid:* normal size, consistency and position; no masses or tenderness.

**Respiratory:**

*Effort:* normal chest excursion.
*Auscultation:* normal breath sounds; no rubs, wheezes, rale or rhonchi.
*Chest:* normal chest.

**Cardiovascular:**

*Auscultation:* normal rhythm, S1 and S2 normal; no rubs, murmurs or gallop.
*Abdominal aorta:* not palpable.

**Gastrointestinal/Abdomen:**

*Abdomen:* bowel sounds were normal; abdomen was soft and not distended; no abdominal masses or areas of tenderness were noted.
*Liver/Spleen:* not palpable.
*Hernias:* no abdominal wall hernias appreciated.
*Rectal:*

**Musculoskeletal:**

*Gait/station:* normal gait and station.
*Digits/nails:* **no clubbing, cyanosis**.

**Extremities:**

*RLE:* no edema or cyanosis.
*LLE:* no edema or cyanosis.

**Psychiatric:**

*Judgment/Insight:* within normal limits.
*Orientation:* oriented to time, space and person.
*Mood and affect:* no evidence of depression, anxiety or agitation.

**Lymphatic:**

*Neck:* no cervical lymphadenopathy.
*Axillae:*
*Inguinal:*

**Other:**

*Other:*

**Neurologic:**

*Cranial nerves:* grossly normal.
*Moves all four extremities:* grossly normal.

**Impression:** GERD
Irritable bowel syndrome

**Plan:** VSL#3 450 billion cell Take 1 packet in cold water at night before bed x 14 days
Follow-up in 6 months
Patient will continue the Zantac for the GERD as this is doing well. We will try VSL #3 for 2 weeks to see if any improvement in his bloating and pain before bowel movements. He will call me with an update when completed the course.

**Risk & Medical Necessity:** The patient requires Low to Moderate Severity care for this visit. Diagnosis and management options are Limited. The amount of data reviewed and/or ordered is



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Limited. The level of risk is Low.



Adam Coe, MD
Electronically signed on 12/4/2018 10:48:45 AM by Adam Coe, MD



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## MEDCOM - Lab - General Lab

**Specimen #:** 199091 **Report Status:** Final Results

**Patient Information:**

**Name:** DIXON, ARNOLD L **PatientID:** 82162 **Sex:** Male **DOB:**
**Address:** **Phone #:** **SSN:**

**Date of Specimen:** 02/13/2019 08:55 **Date Received:** **Specimen Source:**
**Date Reported:** **Physician:** MISISCHIA, KEVIN **Information:** 82162

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **LIPID** | | | | |
| CHOLESTEROL | 187 mg/dL | | 0-200 mg/dL | |
| **TRIGLYCERIDE** | **184 mg/dL** | **H** | **0-150 mg/dL** | |
| **HDL** | **37.1 mg/dL** | **L** | **40.0-60.0 mg/dL** | |
| **LDL** | **113.1 MG/DL** | **H** | **0.0-99.0 MG/DL** | |

**Date of Specimen:** 02/13/2019 08:55 **Date Received:** **Specimen Source:**
**Date Reported:** **Physician:** MISISCHIA, KEVIN **Information:** 82162

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **CMP** | | | | |
| SODIUM | 142 mmol/L | | 136-144 mmol/L | |
| POTASSIUM | 4.0 mmol/L | | 3.6-5.1 mmol/L | |
| CHLORIDE | 108 mmol/L | | 101-111 mmol/L | |
| CO2 | 25 mmol/L | | 22-32 mmol/L | |
| BUN | 18 mg/dL | | 8-26 mg/dL | |
| **GLUCOSE** | **113 mg/dL** | **H** | **74-99 mg/dL** | |
| CREATININE | 1.19 mg/dL | | 0.61-1.24 mg/dL | |
| T. PROTEIN | 6.7 g/dL | | 6.3-8.1 g/dL | |
| ALBUMIN | 4.2 g/dL | | 3.5-5.0 g/dL | |
| CALCIUM | 9.3 mg/dL | | 8.9-10.5 mg/dL | |
| AST (SGOT) | 18 U/L | | 5-41 U/L | |
| ALT (SGPT) | 19 U/L | | 5-63 U/L | |
| ALK PHOS | 63 U/L | | 38-126 U/L | |
| TOTAL BILI | 0.4 mg/dL | | 0.2-1.3 mg/dL | |
| GFR NON-AFR.AM | > 60.00 comment | | >60.00 comment | |

```
********
GFR IS EXPRESSED IN ml/min/1.73m2
IF PATIENT IS AFRICAN-AMERICAN, MULIPLY FINAL RESULT BY 1.159
********
```

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **URINALYSIS** | | | | |
| COLOR | YELLOW | | | |
| CLARITY | CLEAR | | | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONE | NEGATIVE | | NEGATIVE | |
| **SPEC. GR.** | **>=1.030** | **A** | **1.005 - 1.030** | |
| BLOOD | NEGATIVE | | NEGATIVE | |
| PH | 5.5 | | 7.0 - 9.0 | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| UROBILINOGEN | 0.2 E.U. | | 0.2 - 1.0 E.U. | |
| NITRITE | NEGATIVE | | NEGATIVE | |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

| | | | |
|---|---|---|---|
| LEUKOCYTE | NEGATIVE | | NEGATIVE |
| RBC | NONE SEEN /HPF | | NONE SEEN /HPF |
| WBC | NONE SEEN /HPF | | NONE SEEN /HPF |
| BACTERIA | NONE SEEN | | NONE SEEN |
| MISC. | NONE SEEN | | |
| **MUCOUS** | **1+** | **A** | **NONE SEEN** |
| YEAST | NONE SEEN | | NONE SEEN |
| AMORPHOUS | NONE SEEN | | NONE SEEN |
| HYALINE CASTS | NONE SEEN /LPF | | NONE SEEN /LPF |
| GRANULAR CASTS | NONE SEEN /LPF | | NONE SEEN /LPF |
| WAXY CASTS | NONE SEEN /LPF | | NONE SEEN /LPF |
| WBC CASTS | NONE SEEN /LPF | | NONE SEEN /LPF |
| RBC CASTS | NONE SEEN /LPF | | NONE SEEN /LPF |
| SQUAMMOUS EPITH | NONE SEEN /HPF | | NONE SEEN /HPF |
| TRANS EPITH | NONE SEEN /HPF | | NONE SEEN /HPF |
| RENAL EPITH | NONE SEEN /HPF | | NONE SEEN /HPF |
| TRICHOMONAS | NONE SEEN /HPF | | NONE SEEN /HPF |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## Quest - Lab - General Lab

**Specimen #:** GB346150E **Report Status:** Final Results

**Patient Information:**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | Dixon, Arnold L | **PatientID:** 82162 | **Sex:** Male | **DOB:** |
| **Address:** | | **Phone #:** | **SSN:** | |

| | | | | |
|---|---|---|---|---|
| **Date of Specimen:** | 02/20/2019 00:00:00 | **Date Received:** | 02/20/2019 22:34:00 | **Specimen Source:** |
| **Date Reported:** | 02/23/2019 19:49:00 | **Physician:** | MISISCHIA, KEVIN D | **Information:** |

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|

**DRUG TEST, GENERAL TOXICOLOGY, (U)**

DRUG TEST, GENERAL TOXICOLOGY, (U) see note AMD

```
The following compounds were detected: Acetaminophen
     Hydromorphone
     Dihydrocodeine
        (Hydrocodone Metabolite)
     Caffeine
     Norhydrocodone (Hydrocodone Metabolite)
     Hydrocodone
     Tramadol
     Citalopram


For a list of compounds and limits of detection go to:
http://education.questdiagnostics.com/faq/FAQ101
```

| | | |
|---|---|---|
| ACETONE | None Detected | AMD |
| METHANOL | None Detected | AMD |
| ISOPROPANOL | None Detected | AMD |
| ETHANOL | None Detected | AMD |

Volatile Limit of Detection: 5 mg/dL

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| | | | |
|---|---|---|---|
| **Lab Name:** | Quest Diagnostics/Nichols Chantilly-Chantilly VA (AMD) | **Director:** | Patrick W Mason M.D.,PhD |
| **Address:** | 14225 Newbrook Drive<br>Chantilly, VA 20151-2228 | **Phone #:** | |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Arnold Dixon, Jr. | **Visit Date:** | February 20, 2019 |
| **Patient ID:** | 82162 | **Provider:** | Kevin D. Misischia, DO |
| **Sex:** | Male | **Location:** | MRFM Ste2800 |
| **Birthdate:** | | **Location Address:** | 444 Clinchfield St Suite 201<br>Kingsport, TN 37660-3606 |
| **Referring Provider:** | Kevin D. Misischia DO | **Location Phone:** | (423) 230-2801 |

## Chief Complaint

- 7 month f/u
- Hypertension
- Hyperlipidemia
- osteoarthrits
- major depression
- Narcotics dependence

## History Of Present Illness

The patient is a 58 year old Caucasian/White male who has a history of hypertension, hyperlipidemia, osteoarthritis, and depression. His blood pressure has been fairly well controlled on the patient's current medications. The patient's cholesterol, LDL, triglycerides, and mixed lipid levels have been fairly well controlled on the patient's current medication regimen. The osteoarthritis primarily involves the hips, knees, and spine and has been slowly progressive The patient's mood has been improving with medication.

**CURRENT COMPLAINTS:**
He has no current symptoms.

**MEDICATION HISTORY**
The patient's medications include fluticasone 50 mcg/actuation nasal spray,suspension, hydrocodone-acetaminophen 10-325 mg oral tablet, Lexapro 10 mg oral tablet, lisinopril 20 mg oral tablet, nortriptyline 25 mg oral capsule, omeprazole 40 mg oral capsule,delayed release(DR/EC), pravastatin 10 mg oral tablet, and Ultram 50 mg oral tablet.

**TESTS:**
The patient has undergone recent lab studies that have been reviewed. The results are detailed in the reports.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Allergic rhinitis due to pollen | -- | -- |
| Anxiety | -- | -- |
| Benign essential hypertension | -- | -- |
| Colonic Polyps, Personal History of | -- | -- |
| Constitutional tall stature | -- | -- |
| DDD (degenerative disc disease), lumbar | -- | -- |
| Depression | -- | -- |
| Depression, major, recurrent, moderate | -- | -- |
| Hyperlipidemia | -- | -- |
| Narcotic dependency, continuous | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Colonoscopy | 5/16 | Dr Homoky 2009-repeat in 7 years |
| Discectomy | 2008 | -- |
| EGD | 7/21/16 | gastritis |
| Tonsillectomy | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

| | | |
|---|---|---|
| fluticasone 50 mcg/actuation nasal spray,suspension | 01/03/2018 | USE 1 SPRAY IN EACH NOSTRIL DAILY |
| hydrocodone-acetaminophen 10-325 mg oral tablet | 02/04/2019 | take 2-3 tablets by oral route QD PRN **M51.36** EXEMPT |
| Lexapro 10 mg oral tablet | 10/19/2018 | TAKE 1 TABLET (10 MG) BY ORAL ROUTE ONCE DAILY FOR 90 DAYS |
| lisinopril 20 mg oral tablet | 09/20/2018 | TAKE 1 TABLET BY MOUTH DAILY |
| nortriptyline 25 mg oral capsule | | take 1 capsule by oral route once a day (at bedtime) for 30 days |
| omeprazole 40 mg oral capsule,delayed release(DR/EC) | 01/03/2017 | TAKE 1 CAPSULE TWICE DAILY ON AN EMPTY STOMACH 30 MINUTES PRIOR TO A MEAL |
| pravastatin 10 mg oral tablet | 08/28/2018 | TAKE ONE TABLET BY MOUTH DAILY AT BEDTIME |
| Ultram 50 mg oral tablet | 01/22/2019 | take 1 tablet by oral route 2 times a day as needed for 30 days DX: M51.36 EXEMPT |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| PENICILLINS | -- | hallucinations | -- |
| Seasonal | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Breast Cancer, Female | Sister/ | -- |
| Colon Neoplasm, Malignant | Mother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Never | --/-- | -- | -- |
| Disabled | -- | --/-- | -- | -- |
| Married | -- | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

## Immunizations

| NameDate Admin | Mfg | Trade Name | Lot Number | Route | Inj | VIS Given | VIS Publication |
|---|---|---|---|---|---|---|---|
| InfluenzaRefused 10/08/2018 | NE | Not Entered | | NE | NE | | |
| Comments: | | | | | | | |
| InfluenzaRefused 10/19/2015 | NE | Not Entered | | NE | NE | | |
| Comments: | | | | | | | |
| Tetanus05/12/2014 | SKB | BOOSTRIX | 3G93H | IM | RD | 05/12/2014 | |
| Comments: | | | | | | | |

## Review of Systems

**Constitutional**
- **Admits** : weight gain
- **Denies** : fatigue, malaise, weight loss

**Cardiovascular**
- **Denies** : chest pain

**Respiratory**
- **Denies** : shortness of breath

**Musculoskeletal**
- **Denies** : joint pain, muscle pain

## Vitals

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2019 | 09:38 AM | 126/78 | Sitting | 82 - R | 18 | 98 | 281lbs 0oz 6' 5" | 33.32 | 2.63 | 98 % |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Head and Face**
- **Head** :
  - **Inspection** : atraumatic, normocephalic
  - **Palpation** : no tenderness or masses present
- **Face** :
  - **Inspection** : no facial lesions
  - **Palpation** : no facial or sinus tenderness on palpation

**Eyes**
- **Vision** :
  - **Acuity** : visual acuity grossly normal at distance O.U., near vision grossly intact O.U.
  - **Visual Fields** : visual field testing intact to confrontation in all fields
- **Conjunctivae** : conjunctivae normal
- **Sclerae** : sclerae white
- **Pupils and Irises** : pupils equal, round, and reactive to light and accomodation bilaterally

**Ears, Nose, Mouth and Throat**
- **Ears** :
  - **External Ears** : appearance within normal limits, no lesions present
  - **Otoscopic Examination** : tympanic membrane appearance within normal limits bilaterally without perforations, mobility normal
  - **Hearing** : intact to conversational voice both ears
- **Nose** :
  - **External Nose** : appearance normal
  - **Intranasal Exam** : mucosa within normal limits, vestibules normal, no intranasal lesions present, septum midline, sinuses non tender to percussion
  - **Nasopharynx** : no lesions or inflammation
- **Throat** :
  - **Oropharynx** : no inflammation or lesions present, tonsils within normal limits
  - **Hypopharynx** : appearance within normal limits, superior epiglottis within normal limits
  - **Larynx** : appearance within normal limits, vocal cords within normal limits, no lesions present

**Neck**
- **Inspection/Palpation** : normal appearance, no masses or tenderness, trachea midline
- **Range of Motion** : cervical range of motion within normal limits
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation
- **Jugular Veins** : JVP normal

**Respiratory**
- **Respiratory Effort** : breathing unlabored
- **Inspection of Chest** : normal appearance, no retractions
- **Auscultation of Lungs** : normal breath sounds throughout
- **Percussion of Chest** : no dullness, flatness, or hyperresonance
- **Palpation of Chest** : nontender, vocal fremitus normal

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops or rubs
  - **Palpation of Heart** : normal apical impulse, no cardiac thrill present
- **Peripheral Vascular System** :
  - **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - **Abdominal Aorta** : aortic pulse normal without bruits
  - **Femoral Arteries** : normal femoral pulses, no bruits present
  - **Pedal Pulses** : pulses 2 bilaterally
  - **Extremities** : no cyanosis, clubbing or edema; less than 2 second refill noted

**Gastrointestinal**
- **Abdominal Examination** : abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, abdominal contour scaphoid
- **Liver and spleen** : no hepatomegaly present, liver nontender to palpation, spleen not palpable
- **Hernias** : no hernias present

**Lymphatic**
- **Neck** : no lymphadenopathy present
- **Axilla** : no lymphadenopathy present

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

- **Groin** : no lymphadenopathy present
- **Epitrochlear Nodes** : no adenopathy
- **Popliteal Nodes** : no palpable nodes present
- **Supraclavicular Nodes** : no supraclavicular nodes
- **Preauricular Nodes** : no preauricular nodes present
- **Additional Nodes** : no additional adenopathy present

**Psychiatric**

- **Judgement and Insight** : judgment and insight intact
- **Thought Processes** : rate of thoughts normal, thought content logical, abstract reasoning within normal limits, computation intact for basic mathematical constructs including addition and subtraction
- **Mood and Affect** : mood normal, affect appropriate
- **Associations** : associations within normal limits
- **Presence of Abnormal Thoughts** : no hallucinations, no delusions present, no psychotic thoughts

## Assessment

- Hyperlipidemia 272.4/E78.5
- Benign essential hypertension 401.9/I10
- Constitutional tall stature 253.0/E34.4
- Narcotic dependency, continuous 304.91/F11.20
- Colonic Polyps, Personal History of V12.72
- DDD (degenerative disc disease), lumbar 722.52/M51.36
- Depression, major, recurrent, moderate 296.32/F33.1

## Plan

**Orders**

- Tobacco Use Assessed (1000F) - - 02/20/2019

**Instructions**

- Patient counseled to reduce caloric intake
- Patient instructed on low fat diet
- Patient instructed to exercise regularly
- Patient instructed to seek medical attention urgently for new or worsening symptoms
- Handouts were provided
- Trusted web sites were provided
- PT IS TO CONTINUE CURRENT MEDICATION REGIMEN , DIET AND EXERCISE. PT IS TO CALL IF ANY CHANGES.
- follow up 6 months

**Disposition**

- Call or Return if symptoms worsen or persist.

**Electronically Signed by:** Kevin D. Misischia, DO -Author on March 2, 2019 08:15:22 AM

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Patient Name:** Arnold L. Dixon

# End of Patient Record

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 3, 2019

DR KEVIN MISISCHIA DO
RELEASE OF INFORMATION
444 CLINCHFIELD STREET
SUITE 201
KINGSPORT, TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

TTN C I T

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| ocumentation | Time erio |
|---|---|
| Office/Treatment Notes | 10/1/2018 to Present |
| Diagnostic Test Results | 10/1/2018 to Present |

lease fill out all forms that are attache

Current state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

T T NT I C L T T C I NT

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- e must ha e your Ta I entification Num er TIN N I
- lease fa this remittance form an recor s to .

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Philip Mergen
Assisting on behalf of Julie Kurtz
402-361-2839
Coordinator, Medical Records
The Lincoln National Life Insurance Company

REF #3880605

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 1, 2019

DR KEVIN MISISCHIA DO
444 CLINCHFIELD ST
SUITE 201
KINGSPORT, TN 37660

Re: LTD Policy Number: 00040000300202706
LTD Claim Number: 1120006734
Claimant: Arnold Dixon and Date of Birth:

Dear Dr. Misischia:

We are the Long Term Disability carrier for Arnold Dixon. At this time, we would appreciate your assistance in providing additional information needed in order to evaluate his continued eligibility for benefits under our policy provisions.

We are asking for your opinion as to the physical abilities of Arnold Dixon. Please indicate on the attached Abilities Form at what level you feel he would be able to function so we may make a fair and objective determination of Arnold Dixon's eligibility for benefits.

Enclosed please find a signed authorization allowing you to release this information to us.

Since a decision regarding Arnold Dixon's eligibility for continued benefits is dependent on this information, please provide your response on or before 6/1/2019.

Please fax your response to me at 1-877-843-3950.

Please contact our office with any questions you may have at the number listed above.

Thank you in advance for your time and cooperation.

Enclosure: Abilities Form

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Financial Group®

lease eturn esponse To
The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765

# ABILITIES FORM

Patient Name: Arnold Dixon Date of Birth: _

Occupation: 3 Claim Number: 1120006734

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______

Specific Limitations or Restrictions not noted above:______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:______ Date:______

Provider Printed Name:______ Degree: ☐ MD ☐ DO Other______

Specialty:______ Phone:______

Address:_ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name Arnold Dixon    Claim # 1120006734

Policy # 00040000300202706

Email Address:

1. Did you graduate from high school? (Y) or N    If no, grade completed?
2. Did you attend college? (Y) or N    Did you graduate? (Y) or N

   List Degree(s) earned COMPUTER ENGINEERING ASSOCIATES DEGREE

   Name of College NORTHEAST STATE TECH

   Major(s) COMPUTER ENGINEERING
3. Do you have any other formal or vocational training? Y or (N)    Please list
4. Were you in the military? Y or (N)

   Branch    Rank    Specialty

5. WORK EXPERIENCE

Please list your work experience beginning with your most recent employer in chronological order.
Feel free to use the back of this form if you need additional space.

Employer SARATOCA TECHNOLOGIES    Job Title SERVICE MGR.

Dates Worked 5-2004 THRU 7-2011

Duties & Responsibilities BILLING SERVICE WORK, MANAGING SERVICE CALLS + TECHNICIANS

Employer AUTOMATION SOLUTIONS    Job Title COMPUTER TECH + SERVICE MGR

Dates Worked 10-1994 THRU 5-2004

Duties & Responsibilities GOING ON SERVICE CALLS, SCHUDULING CALLS, INVENTORY, COMPUTER REPAIR, NETWORKING

Employer WASHINGTON CO. VA. SCHOOLS    Job Title COMPUTER TECH

Dates Worked 9-1992 THRU 10-94

Duties & Responsibilities REPAIRING ALL ELECTRONIC & COMPUTER EQUIPMENT

Employer ____________ Job Title ____________

Dates Worked ____________

Duties & Responsibilities ____________

00000007 LFPN5MT1 00000063 E

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

WOODWORKING

The above statements are true and correct to the best of my knowledge.

Signature [signature]

Date 4-25-19

REF #3753870

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: DIXON JR. (Last) ARNOLD (First) LEE (Middle)

Date of Birth: ________ Social Security Number: ________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

00000007 LFPN5MT1 00000058

4. **I understand My Information will be used by Lincoln to evaluate and administer my _claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.

7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** [signature] **DATE** 4-25-19

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ________

**ADDRESS:** ________ (Street)

________ (City) (State) (Zip Code)

**PHONE NO:** ________

REF #3753870

**Lincoln Financial Group®**

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

**PLEASE see FRAUD NOTICES attached.**

Claimant's Name: Arnold Dixon  Return Form By: 

Policy No: 00040000300202706  Claim No: 1120006734

When do you expect to be able to return to work in either your own or another occupation?

WILL NOT BE ABLE TO

Describe your current symptoms.

CONTINUOUS PAIN IN HANDS, FEET, BACK, LEGS + HIPS

What do you believe is the cause of your continuing disability and what could be done about it?

PERIPHERAL NEUROPATHY, DEGENERATIVE DISCS, SURGERY WON'T HELP + NO CURE FOR PN

Describe your current restrictions/limitations specifically and thoroughly.

STANDING, WALKING + SITTING EVEN FOR SHORT PERIODS, CANNOT WEAR SHOES

Describe your present activities.

NOTHING FOR MORE THAN A COUPLE HOURS A DAY, MAINLY JUST AROUND MY HOME

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No

If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

KEVIN MISISCHIA, 444 CLINCHFIELD ST. KINGSPORT TN 37660 (423-230-2100, FEB 2019

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☒ Yes ☐ No | 7-26-12 | $1658.00 | Unemployment Compensation | ☐ Yes ☒ No | | $ |
| Dependent Social Security | ☐ Yes ☒ No | | $ | State Disability Benefits | ☐ Yes ☒ No | | $ |
| Workers' Compensation | ☐ Yes ☒ No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☒ No | | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | | $ | Disability Income from Automobile Policy | ☐ Yes ☒ No | | $ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | | $ | Statement from injury causing disability | ☐ Yes ☒ No | | $ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☒ Yes ☐ No  Dates of Total Disability: From 7-9-11 Through PRESENT

Are you claiming Partial Disability? ☐ Yes ☒ No  Dates of Partial Disability: From ____ Through ____

Have you performed any type of work? ☐ Yes ☒ No  Dates of any Work: From ____ Through ____

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date: 4-25-19  Telephone Number:  Social Security #: 

Employee's Signature: [signature]

Address: 

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 3, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in reference to your claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your eligibility for continued benefits. Please complete and return the following form(s):

- Insured Supplementary Statement
- Educational Background form
- Authorization signed and dated

This information must be returned to our office no later than 5/3/2019 to avoid interruption of your Long Term Disability benefits.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Julie Kurtz
402-361-2839
Specialist, Claims
The Lincoln National Life Insurance Company

Enclosure(s): General Authorization

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #3753870

Insured Supp Statement
Educational Background Form

REF #3753870

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company

PO Box 2609, Omaha, NE 68103-2609

toll free (800) 423-2765 Fax (877) 843-3950

www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authori e any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: ______________________________________________
(Last) (First) (Middle)

Date of Birth: ____________________ Social Security Number: ____________________

2. Information to e release hereinafter referre to as y Information
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. Information to e release to The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. I un erstan y Information ill e use y Lincoln to e aluate an a minister my claim for enefits I also authori e Lincoln to release y Information as follo s
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

I N T ______________________________ T ____________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

INT N : ______________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________________

______________________________
(Street)

______________________________
(City) (State) (Zip Code)

N N ______________________________

REF #3753870

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name Arnold Dixon ____ Return Form By ____

Policy No 000400003000202706 ____ Claim No 1120006734

When do you expect to be able to return to work in either your own or another occupation?

_______________

Describe your current symptoms.

_______________

What do you believe is the cause of your continuing disability and what could be done about it?

_______________

Describe your current restrictions/limitations specifically and thoroughly.

_______________

Describe your present activities.

_______________

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No

If "yes", please explain what kind of help you receive and who provides it:

_______________

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

_______________

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | ____ | $____ | Unemployment Compensation | ☐ Yes ☐ No | ____ | $____ |
| Dependent Social Security | ☐ Yes ☐ No | ____ | $____ | State Disability Benefits | ☐ Yes ☐ No | ____ | $____ |
| Workers' Compensation | ☐ Yes ☐ No | ____ | $____ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | ____ | $____ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | ____ | $____ | Disability Income from Automobile Policy | ☐ Yes ☐ No | ____ | $____ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | ____ | $____ | Statement from injury causing disability | ☐ Yes ☐ No | ____ | $____ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No Dates of Total Disability: From ____ Through ____

Are you claiming Partial Disability? ☐ Yes ☐ No Dates of Partial Disability: From ____ Through ____

Have you performed any type of work? ☐ Yes ☐ No Dates of any Work: From ____ Through ____

Please explain:

_______________

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date ____ Telephone Number ____ Social Security # ____

Employee's Signature ____

Address ____

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

C TI N L C N

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name Arnold Dixon Claim # 1120006734

Policy # 000400000300202706

Email Address: ______________________

1. Did you graduate from high school? Y or N If no, grade completed? __________

2. Did you attend college? Y or N Did you graduate? Y or N

List Degree(s) earned ______________________

Name of College ______________________

Major(s) ______________________

3. Do you have any other formal or vocational training? Y or N Please list __________

4. Were you in the military? Y or N ______________________

Branch Rank Specialty

5. WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order. Feel free to use the back of this form if you need additional space.

Employer ______________________ Job Title ______________________

Dates Worked ______________________

Duties & Responsibilities ______________________

______________________

Employer ______________________ Job Title ______________________

Dates Worked ______________________

Duties & Responsibilities ______________________

______________________

Employer ______________________ Job Title ______________________

Dates Worked ______________________________

Duties & Responsibilities __________________________________________________________

__________________________________________________________________________________

Employer __________________________________ Job Title ___________________________

Dates Worked ______________________________

Duties & Responsibilities __________________________________________________________

__________________________________________________________________________________

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

__________________________________________________________________________________

__________________________________________________________________________________

__________________________________________________________________________________

The above statements are true and correct to the best of my knowledge.

Signature___________________________________

Date_______________________________

Date: Wed Apr 03 17:17:16 CDT 2019
From: Julie Kurtz <Julie.Kurtz@lfg.com>
To:
Message-ID: <1015293102.1318.1554329836259.JavaMail.webadmin@ne1plwas107.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1120006734 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.


**Julie Kurtz**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2839
Fax: 402-361-1099
Email: Julie.Kurtz@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 3, 2019

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

This letter is in reference to your claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your eligibility for continued benefits. Please complete and return the following form(s):

- Insured Supplementary Statement
- Authorization signed and dated

This information must be returned to our office no later than 5/3/2019 to avoid interruption of your Long Term Disability benefits.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Julie Kurtz
402-361-2839
Specialist, Claims
The Lincoln National Life Insurance Company

Enclosure(s): General Authorization
Insured Supp Statement

©2019 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

L TT I N IN L T L T I
I CC IN T

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authori e any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Name of Insured: ______________________________________________
   (Last) (First) (Middle)

   Date of Birth: ____________________ Social Security Number: ____________________

2. Information to e release hereinafter referre to as y Information
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. Information to e release to The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. I un erstan y Information ill e use y Lincoln to e aluate an a minister my claim for enefits I also authori e Lincoln to release y Information as follo s
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan;or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

I N T ______________________________________ T ____________________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

INT N : ______________________________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________________

______________________________________________
(Street)

______________________________________________
(City) (State) (Zip Code)

N N ______________________________________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

**PLEASE see FRAUD NOTICES attached.**

Claimant's Name Arnold Dixon ________ Return Form By ________

Policy No 00040000300202706 ________ Claim No 1120006734

When do you expect to be able to return to work in either your own or another occupation?

________

Describe your current symptoms.

________

What do you believe is the cause of your continuing disability and what could be done about it?

________

Describe your current restrictions/limitations specifically and thoroughly.

________

Describe your present activities.

________

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No

If "yes", please explain what kind of help you receive and who provides it:

________

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

________

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | ________ | $________ | Unemployment Compensation | ☐ Yes ☐ No | ________ | $________ |
| Dependent Social Security | ☐ Yes ☐ No | ________ | $________ | State Disability Benefits | ☐ Yes ☐ No | ________ | $________ |
| Workers' Compensation | ☐ Yes ☐ No | ________ | $________ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | ________ | $________ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | ________ | $________ | Disability Income from Automobile Policy | ☐ Yes ☐ No | ________ | $________ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | ________ | $________ | Statement from injury causing disability | ☐ Yes ☐ No | ________ | $________ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No Dates of Total Disability: From ________ Through ________

Are you claiming Partial Disability? ☐ Yes ☐ No Dates of Partial Disability: From ________ Through ________

Have you performed any type of work? ☐ Yes ☐ No Dates of any Work: From ________ Through ________

Please explain:

________

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date ________ Telephone Number ________ Social Security # ________

Employee's Signature ________

Address ________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by ________________ )

Claim No: 1120006734 Policy No: 000400003002027 06

Name of Patient: Arnold Dixon Date of Birth:

Arnold Dixon

When did symptoms first appear or accident happen? 2006

Has patient ever had same or similar condition? Yes (No) If yes, state when and describe.

(a) Diagnosis (including ICD Code(s)) (b) Subjective Findings

Neck pain (723.1) Cervical DDD 722.4 (721.0), (724.2)(722.52) (722.81)(723.4) Neuropathy Arms/legs

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

See note

(a) Date of First visit 3/24/14 (b) Date of Last visit 10/31/16 (c) Frequency of visits

Weekly

(d) Nature of treatment (including surgery, and medications prescribed) Monthly

Meds, PT, Injections, Other (specify) q 3 months

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

(Class 4) - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

(Class 4) - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)

(Class 1) (No limitation) Class 2 (Slight limitation)

Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit) 140/82 systolic/diastolic

Has patient Recovered? Improved? Unchanged? (Retrogressed?)

(b) Has patient been hospital confined? Yes (No)

If Yes, give Name and Address of Hospital

Confined from ______________ to ______________



00000040 LFPD5FT1 00000400

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job (Yes) No
Any other work (Yes) No

(b) Date you are medically certifying patient unable to work

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months (Never)
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes (No) If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity: (N/A)

ADL Date on which assistance was first required and received

Bathing ____________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ____________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ____________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ____________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ____________ (voluntarily maintaining control of bladder and bowel function)
Eating ____________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation? No

(b) Can present job be modified to allow for handling with impairment? Yes (No)

(c) When could patient return to work? Never

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name **(Attending Physician)** Print: Misischia Degree: DO Telephone Number: 423-230-2301

Street Address: 444 Clinchfield Rd City or Town: Kingsport State: TN Zip Code: 37660

Signature **(By Physician)** [signature] Date: 2/24/17

REF #1801260

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) DIXON, ARNOLD, LEE Date of Birth: ______

Other Names Used: ______ Social Security Number: ______

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ______

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: [signature] Date: 2-21-17

00000040 LFPD5FT1 00000399

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLA11013

REF #1801260

**Lincoln Financial Group®**

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name: Arnold Dixon — Return Form By:
Policy No: 00040000300202706 — Claim No: 1120006734

When do you expect to be able to return to work in either your own or another occupation?
WILL NOT BE ABLE TO RETURN TO WORK

Describe your current symptoms.
PAIN IN HANDS & FEET (CONTINUALLY) NUMBNESS IN HANDS & FEET, BACK PAIN (CONTINUAL)

What do you believe is the cause of your continuing disability and what could be done about it?
PERIPHERAL NEUROPATHY (NO KNOWN CURE), DEGENERATIVE DISCS, SURGERY WON'T HELP

Describe your current restrictions/limitations specifically and thoroughly
STANDING, SITTING OR WALKING FOR LONG PERIODS AND CANNOT WEAR SHOES FOR LONG PERIODS

Describe your present activities.
NOTHING FOR MORE THAN A COUPLE HOURS AT A TIME. I WORK AROUND THE HOUSE WHEN ABLE

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No
If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.
KEVIN MISICHIA, 444 CLINCHFIELD ST. KINGSPORT, TN 37660 (423) 230-2100 10-31-16

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☒ Yes ☐ No | 7-26-12 | $1,658.00 | Unemployment Compensation | ☐ Yes ☒ No | | $ |
| Dependent Social Security | ☐ Yes ☒ No | | $ | State Disability Benefits | ☐ Yes ☒ No | | $ |
| Workers' Compensation | ☐ Yes ☒ No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☒ No | | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | | $ | Disability Income from Automobile Policy | ☐ Yes ☒ No | | $ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | | $ | Statement from injury causing disability | ☐ Yes ☒ No | | $ |

Please refer to your Policy for definitions:

| | | | | |
|---|---|---|---|---|
| Are you claiming Total Disability? | ☒ Yes ☐ No | Dates of Total Disability: | From 7-9-11 | Through PRESENT |
| Are you claiming Partial Disability? | ☐ Yes ☒ No | Dates of Partial Disability: | From | Through |
| Have you performed any type of work? | ☐ Yes ☒ No | Dates of any Work: | From | Through |

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date: 2-21-17 — Telephone Number: 14 — Social Security #:

Employee's Signature: Arnold Dixon

Address:



00000040 LFPD5FT1 00000404

REF #1801260

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 9, 2017

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

We are writing regarding your claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your eligibility for continued benefits. Please complete and return the following form(s):

- Attending Physician Statement (Completed by your physician)
- Insured Supplementary Statement (Completed by yourself)
- Updated Authorization Form (Completed by yourself)

This information must be returned to our office no later than 30 days from the date of this letter to avoid interruption of your Long Term Disability benefits.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Adam Madsen
402-361-2773
Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1801260

Enclosure(s): General Authorization
APS LTD
Insured Supp Statement

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

T I TI N L IN TI N

☐ lease chec this o if you or your authori e representati e oul li e to recei e a copy of this form

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

atient Information (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle)____________________ Date of Birth:__________

Other Names Used:____________________ Social Security Number:__________

escription of the information to e isclose

☐ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ____________________

piration This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

i ht to e o e I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

Claimant i hts

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

uthori e epresentati e Information Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle)____________________ Relationship to claimant:__________

Address: ____________________ Phone: __________

i nature ate The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign:____________________ Date:__________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by__________________ )

Claim No: 1120006734 Policy No: 00040000300202706

Name of Patient: Date of Birth:

Arnold Dixon

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition?
Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit

(b) Date of Last visit

(c) Frequency of visits
Weekly
Monthly
Other (specify)

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)
Class 2 - Medium manual activity* (15-30%)
Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)
Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)
Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)
Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1(No limitation) Class 2 (Slight limitation)
Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit)____________________ systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes No
If Yes, give Name and Address of Hospital

Confined from ______________ to ______________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

---

(a) Is patient now totally disabled?
Patient's Job Yes No
Any other work Yes No

(b) Date you are medically certifying patient unable to work.

---

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

---

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes No If "yes", please explain and provide supporting medical documentation and testing:

---

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ____________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ____________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ____________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ____________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ____________ (voluntarily maintaining control of bladder and bowel function)
Eating ____________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

---

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

---

(a) Is patient a suitable candidate for occupational rehabilitation?

---

(b) Can present job be modified to allow for handling with impairment? Yes No

---

(c) When could patient return to work? ______________________

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

---

Restrictions and Limitations

---

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name **(Attending Physician)** Print Degree Telephone Number

---

Street Address City or Town State Zip Code

---

Signature **(By Physician)** Date

---

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1801260

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

**PLEASE see FRAUD NOTICES attached.**

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name Arnold Dixon Return Form By ____________

Policy No 000400003002027O6 Claim No 1120006734

When do you expect to be able to return to work in either your own or another occupation?

______________________________________________

Describe your current symptoms.

______________________________________________

What do you believe is the cause of your continuing disability and what could be done about it?

______________________________________________

Describe your current restrictions/limitations specifically and thoroughly.

______________________________________________

Describe your present activities.

______________________________________________

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☐ No
If "yes", please explain what kind of help you receive and who provides it:

______________________________________________

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

______________________________________________

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☐ No | ________ | $________ | Unemployment Compensation | ☐ Yes ☐ No | ________ | $________ |
| Dependent Social Security | ☐ Yes ☐ No | ________ | $________ | State Disability Benefits | ☐ Yes ☐ No | ________ | $________ |
| Workers' Compensation | ☐ Yes ☐ No | ________ | $________ | Any other disability benefit-Federal, State | ☐ Yes ☐ No | ________ | $________ |
| Pension Disability or Pension Retirement | ☐ Yes ☐ No | ________ | $________ | Disability Income from Automobile Policy | ☐ Yes ☐ No | ________ | $________ |
| Railroad or Canadian Pension | ☐ Yes ☐ No | ________ | $________ | Statement from injury causing disability | ☐ Yes ☐ No | ________ | $________ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☐ Yes ☐ No Dates of Total Disability: From ________ Through ________

Are you claiming Partial Disability? ☐ Yes ☐ No Dates of Partial Disability: From ________ Through ________

Have you performed any type of work? ☐ Yes ☐ No Dates of any Work: From ________ Through ________

Please explain:

______________________________________________

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date ________________ Telephone Number ________________ Social Security # ________________

Employee's Signature ______________________________________

Address ______________________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

**Prepayment Required**
Records will be released once payment is received.

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LINCOLN FINANCIAL - NE
PO BOX 2609
OMAHA NE 68103-2609

| | |
|---|---|
| Invoice # | 762784 |
| Invoice Date | October 24, 2014 |
| **Amount Due** | **$39.50 USD** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| ETBSMR | HEALTH INFORMATION REQUESTED FROM EAST TN BRAIN AND SPINE | 30.00 | 1 | 30.00 |
| | MEDICAL RECORDS FEE | | | |
| ETBSADD | PAGES @ .50 EACH | 0.50 | 19 | 9.50 |
| FAXPP | RECORDS WILL BE FAXED ONCE PAYMENT IS RECEIVED. CANCELING THIS REQUEST WILL RESULT IN A $25.00 CANCELLATION FEE. | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **39.50** |
| Amount Paid | -0.00 |
| **Amount Due** | **$39.50 USD** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
ARNOLD DIXON
CLAIM NO: 1120006734




# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code RFQJdYcAZkJx8pT

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

| | |
|---|---|
| **Client** | LINCOLN FINANCIAL - NE |
| **Invoice #** | 762784 |
| **Invoice Date** | October 24, 2014 |
| **Amount Due** | $39.50 USD |
| **Amount Enclosed** | |

# MEDI-COPY

*simple. secure. solutions.*

| | |
|---|---|
| **To:** | +1 (877) 843-3950 |
| **Company:** | |
| **Fax:** | +1 (877) 843-3950 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Jennifer Skipper |
| **Fax:** | +1 (888) 824-8966 |
| **Date:** | 10/29/2014 |
| **Time:** | 10:38:02 AM CST |
| **Pages:** | 26 |
| **Remarks:** | |

Medi-Copy Services, Inc.
210 12th Avenue South
#201
Nashville TN 37203

This facsimille, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message.

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

**Prepayment Required**
Records will be released once payment is received.

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LINCOLN FINANCIAL - NE
PO BOX 2609
OMAHA NE 68103-2609

| | |
|---|---|
| Invoice # | 762784 |
| Invoice Date | October 24, 2014 |
| **Amount Due** | **$39.50 USD** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| ETBSMR | HEALTH INFORMATION REQUESTED FROM EAST TN BRAIN AND SPINE | 30.00 | 1 | 30.00 |
| | MEDICAL RECORDS FEE | | | |
| ETBSADD | PAGES @ .50 EACH | 0.50 | 19 | 9.50 |
| FAXPP | RECORDS WILL BE FAXED ONCE PAYMENT IS RECEIVED. CANCELING THIS REQUEST WILL RESULT IN A $25.00 CANCELLATION FEE. | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **39.50** |
| Amount Paid | -0.00 |
| **Amount Due** | **$39.50 USD** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
ARNOLD DIXON
CLAIM NO: 1120006734




# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code RFQJdYcAZkJx8pT

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

| | |
|---|---|
| **Client** | LINCOLN FINANCIAL - NE |
| **Invoice #** | 762784 |
| **Invoice Date** | October 24, 2014 |
| **Amount Due** | $39.50 USD |
| **Amount Enclosed** | |

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affilia

**The Lincoln National Insurance Comp**
Service Of
PO Box 2
Omaha, NE 68103-2
toll free (800) 423-2
www.Lincoln4benefits.c

October 21, 2014

EAST TENNESSEE BRAIN & SPINE CENTER
RELEASE OF INFORMATION
701 MED TECH PKWY
STE 300
JOHNSON CITY, TN 37604

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records liste below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2014 to Present |
| Diagnostic Test Results | 8/1/2014 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identificatio Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 3 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be mad immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any question regarding this request. Thank you for your cooperation.
**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

©2014 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Lincoln Financial Group |
| | Fax Number: | 877-843-3950 |
| | Voice Phone: | 800-423-2765 |
| **To:** | Name: | EAST TENNESSEE BRAIN & SPINE CENTER |
| | Company: | |
| | Fax Number: | 14232328304 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Tuesday, October 21, 2014 9:05:28 AM

Number of pages including this cover sheet: 04

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Sincerely,

Keyna Lattimore
Assisting on behalf of Claire Kauffman
Medical Records Technician
The Lincoln National Life Insurance Company

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423 2765 Fax (877) 843 3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I **(the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

   Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x rays, films or correspondence, and any medical condition I may now have or have had).
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities including records relating to my Social Security, Workers' Compensation, Retirement Income, financial earnings and employment history.

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor approved by the company which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 7-9-13

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: (___) ______

______ (City) (State) (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808 Disability Page 1 of 1 8/08

**Medical Records - CONFIDENTIAL**

**From: TN - East Tennessee Brain & Spine Center**

**To: Medicopy**

**Name: DIXON, ARNOLD L, JR**

**DOB:**

**Date Range: 01/01/2014 to 10/23/2014**

**This document contains the following records of the patient:**

- **Consult Orders**
- **Encounters and Procedures**
- **Letters**
- **Physician Authorizations**

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:40380-A-8921]

**Consult Orders**

## Referral Order Information

| To Provider | From Provider |
|---|---|
| Phone:<br>Fax: | TIMOTHY FULLAGAR, MD<br>ETBS - JOHNSON CITY OFFICE<br>701 MED TECH PARKWAY SUITE 300<br>JOHNSON CITY, TN 37604-2365<br>Phone: (423) 232-8301 - Fax: (423) 232-8304 |

| | |
|---|---|
| **Diagnosis & Order Name** | **Orders included: 1**<br><br>Cervical spondylosis without myelopathy<br>ICD-9: 721.0: Cervical spondylosis without myelopathy<br>• PHYSICAL THERAPY REFERRAL<br>Schedule Within: 1 week Note to Provider: Cervical Home Traction Unit<br>Back Pain Treatment?: N |
| **Notes** | Cervical Home Traction Unit |

| | |
|---|---|
| **Address** | |
| **Phone** | H: - M: - W:( |
| **Primary Insurance** | MCA ADMINSTRATORS (SCHOOL INSURANCE)<br>ID: 12277D02435<br>Group: 0405<br>Policy Holder: DIXON, ARNOLD L |
| **Secondary Insurance** | None recorded. |

Electronically Signed by: TIMOTHY FULLAGAR, MD

Timothy Fullagar M.D.

TIMOTHY FULLAGAR, MD 10/13/2014

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 10/13/2014**

### Encounter Sign-Off

Encounter signed-off by Tracy Gaudu, PA-C, 10/14/2014.

### Patient

| | | | |
|---|---|---|---|
| **Name** | DIXON, ARNOLD (54, M) ID# 40380 | **Appt. Date/Time** | 10/13/2014 11:00AM |
| **DOB** | | **Service Dept.** | KINGSPORT OFFICE |
| **Provider** | TIMOTHY FULLAGAR, MD | | |
| **Insurance** | Med Primary: MCA ADMINSTRATORS (SCHOOL INSURANCE)<br>Insurance # : 12277D02435<br>Policy/Group # : 0405<br>Referring Provider Name : MISISCHIA, KEVIN D, DO<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

### HPI

HISTORY: Arnold Dixon was last seen on 08/11/14, about 2 months ago. He has neck and arm problems. He had a previous ACDF at C5-6. EMG showed evidence of chronic problems at C5 and C6 bilaterally. There was also evidence of an acute problem at C6, C7 and C8 on the right. The plan 2 months ago was a probable right C5 and C6 radiculitis better with time and therapy, and he was going to continue with his neck exercises at home.

His surgery was done in 2008 by Dr. Rebekah Austin. His evaluation and workup most recently included a myelogram and post-myelogram CT that Steve ordered. He states currently his predominant symptoms are neck pain. He does have intermittent right arm symptoms, but it is predominantly neck pain.

### Patient's Care Team

**Referring Provider (Primary Insurance):** MISISCHIA, KEVIN D, DO: 105 W PARK AVE, KINGSPORT, TN 37660, Ph (423) 230-2801, Fax (423) 239-7750

### Patient's Pharmacies

**CVS/PHARMACY #7639 (ERX): 5213 MEMORIAL BLVD., KINGSPORT TN 37664, Ph (423) 279-7432, Fax (423) 279-0527**

### Problems

- Cervical radiculopathy
- Cervical spondylosis without myelopathy
- Cervical post-laminectomy syndrome

### Medications

Medications not reviewed (last reviewed 08/11/2014)

| Name | Date | |
|---|---|---|
| Hydrocodone-Acetaminophen(Del) 325 mg-10 mg tablet<br>Take 1 tablet(s) every day by oral route. | 07/22/14 | entered |
| lisinopril 10 mg tablet<br>Take 1 tablet(s) every day by oral route. | 07/22/14 | entered |
| nortriptyline 25 mg capsule<br>Take 1 capsule(s) 3 times a day by oral route. | 07/22/14 | entered |

### Allergies

**PENICILLINS**

### Past Medical History

Chiropractor: **Y**
Low back pain: **Y**
Neck pain: **Y**
Physical Therapy: **Y**
Therapeutic massage: **Y**

### Surgical History

- Neck Surgery - 06/2008
- Tonsillectomy/Adenoidectomy - 1978

## Family History

| | |
|---|---|
| Mother | - Malignant neoplastic disease |
| Sister | - Back problem |
| Father | - Abnormal blood pressure |
| | - Stroke test positive |

## Social History

Smoking Status: Unknown if ever smoked.
Alcohol intake: None.
Hand Dominance: Left.
Claustrophobic?: Y.

## Vitals

10/13/2014 11:12 am

| | | |
|---|---|---|
| **Ht:** 6 ft 5 in | **Wt:** 268 lbs | **BMI:** 31.8 |
| **BP:** 132/80 sitting L arm | **Pulse:** 85 bpm | **T:** 97.4 F° ear |

## ROS

None recorded.

## Physical Exam

Patient is a 54-year-old male.

RADIOGRAPHIC REVIEW: The Holston Valley study shows a fusion at CS-6. On the CT it notes the fusion is partially solid and partially fibrous. There is a right lateral disc protrusion causing moderately severe right foraminal stenosis at C4-5 on the right. Right lateral disc protrusion compromising the right C6-7 foramen. The bottom line is there is moderately severe right foraminal stenosis at C4-5 and C6-7 with probable right C5 and C7 nerve root compression. That study was done at Holston Valley Medical Center on 06/20/14.

## Assessment / Plan

**1. Cervical spondylosis without myelopathy**
721.0: Cervical spondylosis without myelopathy
- PHYSICAL THERAPY REFERRAL - Schedule Within: 1 week    Note to Provider: Cervical Home Traction Unit

Back Pain Treatment?: N

**2. Cervical post-laminectomy syndrome**
722.81: Postlaminectomy syndrome, cervical region

**3. Cervical radiculopathy**
723.4: Brachial neuritis or radiculitis nos

### Discussion

**Discussion Notes**

**IMPRESSION:**

1. Status post ACDF at C5-6 in 2008 with Dr. Austin.
2. Probable right C5 and C7 nerve root radiculopathy.

**PLAN:**

1. At this point, he is not wanting to contemplate any type of surgical intervention and given the fact his pain is primarily neck pain I think that is reasonable.
2. I told him to continue with his home stretching and range of motion exercises.
3. I told him it may be of benefit - he states it did help him at home – to do some home traction. This helped him in therapy.
4. I gave him an option to schedule followup or p.r.n. He is going to come back p.r.n.

Cc: Dr. Kevin Misischia

Timothy Fullagar, M.D.
TF/dsc

Return to Office
- as needed

Encounter performed and documented by Timothy Fullagar, MD
Encounter reviewed & signed by Tracy Gaudu, PA-C on 10/14/2014 at 9:41am

**Encounter Date: 08/11/2014**

Patient

| | | | |
|---|---|---|---|
| **Name** | DIXON, ARNOLD (54, M) ID# 40380 | **Appt. Date/Time** | 08/11/2014 10:30AM |
| **DOB** | | **Service Dept.** | KINGSPORT OFFICE |
| **Provider** | STEVE MCLAUGHLIN, PA-C | | |
| **Insurance** | Med Primary: MCA ADMINSTRATORS (SCHOOL INSURANCE)<br>Insurance # : 12277D02435<br>Policy/Group # : 0405<br>Referring Provider Name : MISISCHIA, KEVIN D, DO<br>Prescription: ARGSDIR - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details | | |

HPI

HISTORY: Arnold Dixon has neck and arm problems that are outlined in my note from 07/08/14. He has had a previous ACDF at C5-6. He has had EMG which showed evidence of a chronic C5 and C6 radiculopathy bilaterally. There was also evidence of an acute problem at C6, C7 and C8 on the right.

The myelogram report and the plain film with oblique report can be seen on my last note. He has problems at C4-5 and C5-6 which are bad on the right in terms of foraminal narrowing. Clinically, he primarily had right C6 radicular symptoms. We felt that he probably had a combination of an acute and chronic problem involving the right C6 nerve root. Dr. Fullagar sent him to physical therapy. He is in today for followup. My note stated he would be a candidate for foraminotomies at C5 and C6 on the right posterior approach if he failed conservative treatment. Mr. Dixon states that his right shoulder and arm pain was improving some prior to physical therapy. It continues to improve. The physical therapy has helped him. He states that the physical therapy did aggravate his low back and his neck, however. He states that the therapist was doing some exercises with him that aggravated his back and the left side of his neck. He states that he currently was just doing some neck exercises at home and was doing fine with this.

Patient's Care Team

**Referring Provider (Primary Insurance):** MISISCHIA, KEVIN D, DO: 10S W PARK AVE, KINGSPORT, TN 37660, Ph (423) 230-2801, Fax (423) 239-7750

Patient's Pharmacies

**CVS/PHARMACY #7639 (ERX): 5213 MEMORIAL BLVD., KINGSPORT TN 37664, Ph (423) 279-7432, Fax (423) 279-0527**

Problems

Cervical radiculopathy
Cervical spondylosis without myelopathy
Cervical post-laminectomy syndrome

Medications

Reviewed Medications

| Name | Date | |
|---|---|---|
| Hydrocodone-Acetaminophen(Del) 325 mg-10 mg tablet<br>Take 1 tablet(s) every day by oral route. | 07/22/14 | entered |
| lisinopril 10 mg tablet<br>Take 1 tablet(s) every day by oral route. | 07/22/14 | entered |
| nortriptyline 25 mg capsule<br>Take 1 capsule(s) 3 times a day by oral route. | 07/22/14 | entered |

Allergies

PENICILLINS

## Past Medical History

Chiropractor: **Y**
Low back pain: **Y**
Neck pain: **Y**
Physical Therapy: **Y**
Therapeutic massage: **Y**

## Surgical History

- Neck Surgery - 06/2008
- Tonsillectomy/Adenoidectomy - 1978

## Family History

| | |
|---|---|
| Mother | - Malignant neoplastic disease |
| Sister | - Back problem |
| Father | - Abnormal blood pressure |
| | - Stroke test positive |

## Social History

Smoking Status: Unknown if ever smoked.
Alcohol intake: None.
Hand Dominance: Left.
Claustrophobic?: Y.

## Vitals

08/11/2014 10:34 am

| | | |
|---|---|---|
| **Ht:** 6 ft 5 in | **Wt:** 272 lbs | **BMI:** 32.3 |
| **BP:** 150/94 sitting L arm | **Pulse:** 83 bpm | **T:** 97.4 F° |

## ROS

None recorded.

## Physical Exam

Patient is a 54-year-old male.

PHYSICAL EXAM: He has good strength in his arms, deltoid, biceps, and triceps, all 5/5. Hoffmann's is negative. Range of motion of the neck is a little bit limited laterally to the left. Spurling's and Lhermitte's are negative. He has no focal deficits.

## Assessment / Plan

**1. Cervical post-laminectomy syndrome**
722.81: Postlaminectomy syndrome, cervical region

**2. Cervical spondylosis without myelopathy**
721.0: Cervical spondylosis without myelopathy

**3. Cervical radiculopathy**
723.4: Brachial neuritis or radiculitis nos

### Discussion

**Discussion Notes**

**IMPRESSION:** Probable right C5 and C6 radiculitis, better with time and therapy. Neck pain in a patient with cervical spondylosis.

**PLAN:** The patient will continue exercises for his neck at home. He is not interested in any further surgery. I think at this juncture, we will see him back in a couple of months. If he is doing great, he can cancel that appointment.

Steve McLaughlin, PA-C
SMcL/dsc

### Return to Office

- to see Steve McLaughlin, PA-C at KINGSPORT OFFICE on or around 10/11/2014
- Timothy Fullagar, MD for FOLLOW UP at KINGSPORT OFFICE on 10/13/2014 at 11:00 AM

Encounter Sign-Off

Encounter signed-off by Steve McLaughlin, PA-C, 08/12/2014.

Encounter performed and documented by Steve McLaughlin, PA-C
Encounter reviewed & signed by Steve McLaughlin, PA-C on 08/12/2014 at 4:30pm

## Letters

**DIXON, ARNOLD L (id #40380, dob: )**

EAST TENNESSEE BRAIN & SPINE CENTER, PC
701 MED TECH PARKWAY SUITE 300
JOHNSON CITY, TN 37604-2365
Phone: (423) 232-8301, Fax: (423) 232-8304

Date: 10/14/2014

RE: Arnold Dixon, DOB: , PT ID #40380

Dear Dr. Kevin D. Misischia,

I would like to inform you of a recent appointment for Arnold Dixon. I have enclosed a copy of the office evaluation for your records.

Sincerely,

Electronically Signed by: TIMOTHY FULLAGAR, MD

Timothy Fullagar M.D.

## Encounter Reason/Date

None recorded.
10/13/2014 - 11:00AM - KINGSPORT OFFICE

## History of Present Illness

HISTORY: Arnold Dixon was last seen on 08/11/14, about 2 months ago. He has neck and arm problems. He had a previous ACDF at C5-6. EMG showed evidence of chronic problems at C5 and C6 bilaterally. There was also evidence of an acute problem at C6, C7 and C8 on the right. The plan 2 months ago was a probable right C5 and C6 radiculitis better with time and therapy, and he was going to continue with his neck exercises at home.

His surgery was done in 2008 by Dr. Rebekah Austin. His evaluation and workup most recently included a myelogram and post-myelogram CT that Steve ordered. He states currently his predominant symptoms are neck pain. He does have intermittent right arm symptoms, but it is predominantly neck pain.

## Review of Systems

None recorded.

## Physical Exam

Patient is a 54-year-old male.

RADIOGRAPHIC REVIEW: The Holston Valley study shows a fusion at C5-6. On the CT it notes the fusion is partially solid and partially fibrous. There is a right lateral disc protrusion causing moderately severe right foraminal stenosis at C4-5 on the right. Right lateral disc protrusion compromising the right C6-7 foramen. The bottom line is there is moderately severe right foraminal stenosis at C4-5 and C6-7 with probable right C5 and C7 nerve root compression. That study was done at Holston Valley Medical Center on 06/20/14.

PROCEDURE DOCUMENTATION

None recorded.

ASSESSMENT/PLAN

**1. Cervical spondylosis without myelopathy**

721.0: Cervical spondylosis without myelopathy

- PHYSICAL THERAPY REFERRAL - Schedule Within: 1 week Note to Provider: Cervical Home Traction Unit

Back Pain Treatment?: N

**2. Cervical post-laminectomy syndrome**

722.81: Postlaminectomy syndrome, cervical region

**3. Cervical radiculopathy**

723.4: Brachial neuritis or radiculitis nos

Discussion

**Discussion Notes**

**IMPRESSION:**

1. Status post ACDF at C5-6 in 2008 with Dr. Austin.
2. Probable right C5 and C7 nerve root radiculopathy.

**PLAN:**

1. At this point, he is not wanting to contemplate any type of surgical intervention and given the fact his pain is primarily neck pain I think that is reasonable.
2. I told him to continue with his home stretching and range of motion exercises.
3. I told him it may be of benefit - he states it did help him at home - to do some home traction. This helped him in therapy.
4. I gave him an option to schedule followup or p.r.n. He is going to come back p.r.n.

Cc: Dr. Kevin Misischia

Timothy Fullagar, M.D.
TF/dsc

Return to Office

- as needed

EAST TN BRAIN AND SPINE CENTER, PC • 444 CLINCHFIELD STREET, KINGSPORT TN 37660-3606

**DIXON, ARNOLD L (id #40380, dob: )**

East Tennessee Brain & Spine

EAST TENNESSEE BRAIN & SPINE CENTER, PC
701 MED TECH PARKWAY SUITE 300
JOHNSON CITY, TN 37604-2365
Phone: (423) 232-8301, Fax: (423) 232-8304

Date: 10/14/2014

Dear Arnold Dixon,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: TIMOTHY FULLAGAR, MD

Timothy Fullagar M.D.

## Patient Care Summary for Arnold L Dixon

### Most Recent Encounter

10/13/2014 Timothy Fullagar: 444 Clinchfield Street, Suite 103, Kingsport, TN 37660-3606, Ph. (423) 578-1518

### Reason for Visit

None recorded.

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Cervical spondylosis without myelopathy**

• physical therapy referral - Cervical Home Traction Unit

**2. Cervical post-laminectomy syndrome**

**3. Cervical radiculopathy**

**Discussion Note**

IMPRESSION:

1. Status post ACDF at C5-6 in 2008 with Dr. Austin.

2. Probable right C5 and C7 nerve root radiculopathy.

PLAN:

1. At this point, he is not wanting to contemplate any type of surgical intervention and given the fact his pain is primarily neck pain I think that is reasonable.

2. I told him to continue with his home stretching and range of motion exercises.

3. I told him it may be of benefit - he states it did help him at home – to do some home traction. This helped him in therapy.

4. I gave him an option to schedule followup or p.r.n. He is going to come back p.r.n.

Cc: Dr. Kevin Misischia

Timothy Fullagar, M.D.
TF/dsc

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| **Referral** | Physical Therapy Referral | 10/13/2014 | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| Hydrocodone-Acetaminophen(Del) 325 mg-10 mg tablet<br>Take 1 tablet(s) every day by oral route. | | |
| lisinopril 10 mg tablet<br>Take 1 tablet(s) every day by oral route. | | |
| nortriptyline 25 mg capsule<br>Take 1 capsule(s) 3 times a day by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure |
|---|---|---|---|
| 6 ft 5 in | 268 lbs | 31.8 | 132/80 |
| **Temperature** | | | **Pulse** |
| 97.4 F° ear | | | 85 bpm |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Name | Reaction | Severity | Onset |
|---|---|---|---|
| Penicillins | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Cervical Radiculopathy | Active | 08/11/2014 | Encounter |
| Cervical Spondylosis without Myelopathy | Active | 08/11/2014 | Encounter |
| Cervical Post-laminectomy Syndrome | Active | 08/11/2014 | Encounter |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 06/01/2008 | Neck Surgery | Information not available |
| 01/01/1978 | Tonsillectomy/Adenoidectomy | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

| Smoking Status | Unknown If Ever Smoked |
|---|---|

## Past Encounters

10/13/2014
Cervical Spondylosis without Myelopathy; Cervical Post-laminectomy Syndrome; Cervical Radiculopathy
Timothy Fullagar, MD: 444 Clinchfield Street, Suite 103, Kingsport, TN 37660-3606, Ph. (423) 578-1518

## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Not Hispanic or Latino |
| **DOB:** | | **Race:** | White |
| **Preferred language:** | English | **Marital status:** | Married |

**Contact:** 7, Ph. (

## Care Team Members

**Referring Provider**

Dr. Kevin D. Misischia 105 W Park Ave, Kingsport, TN 37660, Ph. (423) 230-2801

EAST TN BRAIN AND SPINE CENTER, PC • 444 CLINCHFIELD STREET, KINGSPORT TN 37660-3606
**DIXON, ARNOLD L (id #40380, dob: )**

EAST TENNESSEE BRAIN & SPINE CENTER, PC
701 MED TECH PARKWAY SUITE 300
JOHNSON CITY, TN 37604-2365
Phone: (423) 232-8301, Fax: (423) 232-8304

Date: 08/12/2014

Dear Arnold Dixon,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: STEVE MCLAUGHLIN, PA-C

## Patient Care Summary for Arnold L Dixon

### Most Recent Encounter

08/11/2014 Steve McLaughlin: 444 Clinchfield Street, Suite 103, Kingsport, TN 37660-3606, Ph. (423) 578-1518

### Reason for Visit

None recorded.

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Cervical post-laminectomy syndrome**

**2. Cervical spondylosis without myelopathy**

**3. Cervical radiculopathy**

**Discussion Note**

IMPRESSION: Probable right C5 and C6 radiculitis, better with time and therapy. Neck pain in a patient with cervical spondylosis.

PLAN: The patient will continue exercises for his neck at home. He is not interested in any further surgery. I think at this juncture, we will see him back in a couple of months. If he is doing great, he can cancel that appointment.

Steve McLaughlin, PA-C

SMcL/dsc

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| **Appointments** | Return to Office | on or around 10/11/2014 | Steve McLaughlin, PA-C PA-C |
| | Follow up | 10/13/2014 11:00AM | Timothy Fullagar, MD MD |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| Hydrocodone-Acetaminophen(Del) 325 mg-10 mg tablet<br>Take 1 tablet(s) every day by oral route. | | |
| lisinopril 10 mg tablet<br>Take 1 tablet(s) every day by oral route. | | |
| nortriptyline 25 mg capsule<br>Take 1 capsule(s) 3 times a day by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure |
|---|---|---|---|
| 6 ft 5 in | 272 lbs | 32.3 | 150/94 |

| Temperature | Pulse |
|---|---|
| 97.4 F° | 83 bpm |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Name | Reaction | Severity | Onset |
|---|---|---|---|
| Penicillins | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Cervical Radiculopathy | Active | 08/11/2014 | Encounter |
| Cervical Spondylosis without Myelopathy | Active | 08/11/2014 | Encounter |
| Cervical Post-laminectomy Syndrome | Active | 08/11/2014 | Encounter |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 06/01/2008 | Neck Surgery | Information not available |
| 01/01/1978 | Tonsillectomy/Adenoidectomy | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

| | |
|---|---|
| **Smoking Status** | Unknown If Ever Smoked |

## Past Encounters

08/11/2014
Cervical Post-laminectomy Syndrome; Cervical Spondylosis without Myelopathy; Cervical Radiculopathy
Steve McLaughlin, PA-C: 444 Clinchfield Street, Suite 103, Kingsport, TN 37660-3606, Ph. (423) 578-1518

## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Male | **Ethnicity:** | Not Hispanic or Latino |
| **DOB:** | | **Race:** | White |
| **Preferred language:** | English | **Marital status:** | Never Married |

**Contact:** , Ph. (

## Care Team Members

**Referring Provider**

Dr. Kevin D. Misischia 105 W Park Ave, Kingsport, TN 37660, Ph. (423) 230-2801

**Physician Authorizations**

Aug 12 2014 12:23pm P002/003

Results Physiotherapy
The Press Building
444 Clinchfield Street #102
Kingsport, TN USA 37660
Phone: (423) 343-7570
Fax: (423) 343-7571

results
PHYSIOTHERAPY

| | | | |
|---|---|---|---|
| **Patient:** | **ARNOLD L. DIXON** | Note Date: | **Aug 11, 2014** |
| Acct #: | 149092 | Phys Phone: | (423) 232-8301 |
| DOB: | | SSN: | XXX-XX-XXXX |
| Physician: | Steven J. McLaughlin | Inj. Date: | Apr 23, 2014 |
| Phys Fax: | (423) 232-8304 | Surg. Date: | |
| Physician: | Not Specified | Visits: | 12 |
| Clinician: | Michael Shouse | Cxl/Ns: | 0 |
| FSC: | Commercial Insurance | Employer: | SULLIVAN COUNTY GOVERNM |
| Case Mgr: | | Insured: | |
| Payor: | | | |
| Pol/Claim#: | | | |

# Progress Note

## Diagnoses

| | | |
|---|---|---|
| Right Spine | 723.1 | Cervicalgia |
| | 728.85 | Spasm of muscle |

## Snbjective Examination

**ADL / Functional Status: ADL's: Activities:**
- Driving/Traveling: Difficulty with turning
- Sitting: To 0-10 minutes

**Chief Complaint:**
- Pain: Current Severity: 7/10.

**Questionnaires: Focus on Therapeutic Outcomes (FOTO): Physical Functional Status Measure: Intake: FOTO:**
- Score 49

## Objective Examination

| **Joint Integrity/Mobility: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Central P-A | Hypomobile | Hypomobile |
| • Unilateral P-A | Hypomobile | Hypomobile |
| **Palpation: Cervical Region: Bony Structures, Posterior: Tenderness:** | **Left** | **Right** |
| • Spinous Process, C 02 | 1=Complaint of pain | 1=Complaint of pain |
| • Spinous Process, C 03 | 0=No tenderness noted | 0=No tenderness noted |
| • Spinous Process, C 04 | 0=No tenderness noted | 0=No tenderness noted |
| • Spinous Process, C 05 | 0=No tenderness noted | 0=No tenderness noted |
| • Spinous Process, C 06 | 1=Complaint of pain | 1=Complaint of pain |
| • Spinous Process, C 07 | 1=Complaint of pain | 1=Complaint of pain |
| **Palpation: Cervical Region: Musculature, Posterior: Guarding:** | **Left** | **Right** |
| • Multifidi | Slight | Slight |
| • Trapezius, Upper | Slight | Slight |
| **Range of Motion: Spine: Pre-Treatment: Active Cervical:** | **Jul 09, 2014** | **Aug 11, 2014** |
| • Extension | 25% | 50% |
| • Flexion | 50% | 50% |
| • Rotation Left | 50% | 75% |
| • Rotation Right | 50% | 75% |

## Assessment

**Patient demonstrates improved mobility of the cervical spine. Chief complaint of pain in the scapula have eliminated. Patient still complains of pain at the occiput during cervical rotation. Manual intervention decreases pain; however, these gains are unable to be sustained at this time. Rehabilitative exercise limited due to patient's loug standing history with low back pain. Mr. Dixon has progressed well through the POC.**

**The client tolerated today's treatment/therapeutic activity without complaints of pain or difficulty.**

**Reviewed goals, progress and HEP with client.**

**Impairments Identified:**

results

**Patient:** ARNOLD L. DIXON
Acct #: 149092

Note Date: **Aug 11, 2014**

- ADL Function. ADL's. Functional Activities. Joint Integrity/Mobility. Muscle Performance. Posture. Pain. Range of Motion. Strength.

**Recommendations:**

- Re-Check with Physician.

## Plan

**Consult with:**

- Physician.

**Therapy Referral**

I have read the above report and request that my patient:

☐ Continue with treatment program as indicated above.
☐ Continue treatment program for ___ days/week for ___ weeks.
☐ Revise treatment program as indicated: ______
☒ Progress to a home exercise program.
☐ Be discharged.
☐ Other: ______

**Please sign and return**

Timothy Tullagan M.D.

**Steven J. McLaughlin** **Date**

**Electronic signature on 09/16/2014 16:02:17**

Electronically authenticated.

Michael Shouse, PT(TN Lic: 9916),DPT
Signed on Aug 11, 2014 07:50:16

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affilia

The Lincoln National
Insurance Comp
Service Of
PO Box 2
Omaha, NE 68103-2
toll free (800) 423-2
www.Lincoln4benefits.c

October 21, 2014

EAST TENNESSEE BRAIN & SPINE CENTER
RELEASE OF INFORMATION
701 MED TECH PKWY
STE 300
JOHNSON CITY, TN 37604

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records liste below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2014 to Present |
| Diagnostic Test Results | 8/1/2014 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identificatio Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 3 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be mad immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any question regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

©2014 Lincoln National Corporation www.lincoln4benefits.com

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

**Prepayment Required**
Records will be released
once payment is received.

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LINCOLN FINANCIAL - NE
PO BOX 2609
OMAHA NE 68103-2609

| | |
|---|---|
| Invoice # | 762784 |
| Invoice Date | October 24, 2014 |
| **Amount Due** | **$39.50 USD** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| ETBSMR | HEALTH INFORMATION REQUESTED FROM EAST TN BRAIN AND SPINE | 30.00 | 1 | 30.00 |
| | MEDICAL RECORDS FEE | | | |
| ETBSADD | PAGES @ .50 EACH | 0.50 | 19 | 9.50 |
| FAXPP | RECORDS WILL BE FAXED ONCE PAYMENT IS RECEIVED. CANCELING THIS REQUEST WILL RESULT IN A $25.00 CANCELLATION FEE. | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **39.50** |
| Amount Paid | -0.00 |
| **Amount Due** | **$39.50 USD** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
ARNOLD DIXON
CLAIM NO: 1120006734




---

# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code RFQJdYcAZkJx8pT

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

| | |
|---|---|
| **Client** | LINCOLN FINANCIAL - NE |
| **Invoice #** | 762784 |
| **Invoice Date** | October 24, 2014 |
| **Amount Due** | $39.50 USD |
| **Amount Enclosed** | |

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

**Prepayment Required**
Records will be released
once payment is received.

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LINCOLN FINANCIAL - NE
PO BOX 2609
OMAHA NE 68103-2609

| | |
|---|---|
| Invoice # | 762784 |
| Invoice Date | October 24, 2014 |
| **Amount Due** | **$39.50 USD** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| ETBSMR | HEALTH INFORMATION REQUESTED FROM EAST TN BRAIN AND SPINE | 30.00 | 1 | 30.00 |
| | MEDICAL RECORDS FEE | | | |
| ETBSADD | PAGES @ .50 EACH | 0.50 | 19 | 9.50 |
| FAXPP | RECORDS WILL BE FAXED ONCE PAYMENT IS RECEIVED. CANCELING THIS REQUEST WILL RESULT IN A $25.00 CANCELLATION FEE. | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **39.50** |
| Amount Paid | -0.00 |
| **Amount Due** | **$39.50 USD** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
ARNOLD DIXON
CLAIM NO: 1120006734




---

# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code RFQJdYcAZkJx8pT

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

| | |
|---|---|
| **Client** | LINCOLN FINANCIAL - NE |
| **Invoice #** | 762784 |
| **Invoice Date** | October 24, 2014 |
| **Amount Due** | $39.50 USD |
| **Amount Enclosed** | |

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affilia

The Lincoln National
Insurance Comp
Service Off
PO Box 2
Omaha, NE 68103-2
toll free (800) 423-2
www.Lincoln4benefits.c

October 21, 2014

EAST TENNESSEE BRAIN & SPINE CENTER
RELEASE OF INFORMATION
701 MED TECH PKWY
STE 300
JOHNSON CITY, TN 37604

| | | |
|---|---|---|
| Re: | Policy Number: | 00040000300202706 |
| | Claim Number: | 1120006734 |
| | Patient: | Arnold Dixon |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records liste below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2014 to Present |
| Diagnostic Test Results | 8/1/2014 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identificatio Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 3 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be mad immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any question regarding this request. Thank you for your cooperation.
**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

©2014 Lincoln National Corporation www.lincoln4benefits.com

REF #338127

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Packet 1414027224516

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

October 22, 2014

ARNOLD DIXON

Re: Policyholder: SARATOGA TECHNOLOGIES INC
Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office/treatment notes and diagnostic test results from East Tennessee Brain and Spine for the dates of 08/01/2014 to present.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2014 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #338127

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Claire Kauffman
LTD Claims Examiner II
The Lincoln National Life Insurance Company

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

October 21, 2014

EAST TENNESSEE BRAIN & SPINE CENTER
RELEASE OF INFORMATION
701 MED TECH PKWY
STE 300
JOHNSON CITY, TN 37604

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: Arnold Dixon
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2014 to Present |
| Diagnostic Test Results | 8/1/2014 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | | Total | |

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 30 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 1-877-843-3950**.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.
**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

©2014 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Sincerely,

Keyna Lattimore
Assisting on behalf of Claire Kauffman
Medical Records Technician
The Lincoln National Life Insurance Company

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423 2765 Fax (877) 843-3950
www.LincolnFinancial.com

**AUTHORIZATION FOR RELEASE OF INFORMATION**

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

   Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x rays, films or correspondence, and any medical condition I may now have or have had);
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history.

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 7-9-13

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: (___) ______

______ (City) (State) (Zip Code)

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423 2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

   Date of Birth: ______________ Social Security Number: ______________

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x rays, films or correspondence, and any medical condition I may now have or have had),
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization

**SIGNATURE:** Arnold Dixon **DATE:** 7-9-13

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______________

ADDRESS: ______________ (Street) PHONE NO: (____) ______________

______________ (City) (State) (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC-03808 Disability Page 1 of 1 8/08

Lincoln
Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Mary Carmen Howe |
| | Fax Number: | 8778433950 |
| | Voice Phone: | 800-423-2765 |
| **To:** | Name: | DR TURNEY WILLIAMS |
| | Company: | |
| | Fax Number: | 14233926695 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Wednesday, July 09, 2014 11:12:20 AM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

July 9, 2014

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 000400003000202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 1/1/2014 to present |
| Diagnostic Test Results | 1/1/2014 to present |
| History/Physical Notes | 1/1/2014 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950.**
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Claire Kauffman
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **03-20-14** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy K. McLaughlin, M.D.** |

**SUBJECTIVE**: Mr. Dixon appears with multiple pain-related complaints. The most significant issue is a constant burning discomfort with numbness and difficulty with ambulation, that referable to the feet. He has moderate low back pain. He also notes variable areas of numbness and a burning sensation in the hands, although much more so the right second and third digits. He has noted a mild decrease in the symptoms in his hands and intermittently in his forearms on nortriptyline at 25 mg h.s. There are no side effects from same. He continues on hydrocodone 10/500 mg b.i.d. He had been seen by Dr. MacDonald and undergone an EMG and skin biopsy. The patient reports that the EMG was unremarkable and that the skin biopsy revealed small fiber disease.

**ROS**: No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE**: Awake, alert, and oriented. Height: 6'5". Weight: 272 lb. Vital signs as recorded. He appears comfortable and ambulates with a relatively unencumbered gait. Sensory deficit, mild, right second and third fingers. Nondermatomal sensory deficit about the feet, mildly dysesthetic. Motor function appears intact.

**ASSESSMENT**:

1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease, lumbar spine, L2/3, L3/4, L4/5, L5/S1.
3. Chronic pain syndrome with opiate dependency.

**PLAN/PATIENT EDUCATION**: We agreed to obtain office notes, EMG, and skin biopsy results from Dr. MacDonald's office. I suggested that he increase his nortriptyline to 25-mg tablets 2 p.o. q.h.s. and a prescription for #60 provided with 2 refills. If he is tolerating that, he is to return in one month and we will likely continue to increase. I renewed his hydrocodone but changed it to 10/325 mg, #60, one p.o. b.i.d. with 2 refills. Urine drug screen and database reviewed this date, urine drug screen results pending. Return in 1-3 months depending on response to nortriptyline. He has an appointment pending with Kevin Misischia, D.O., relocating to Dr. Misischia's office from Dr. Randy McLaughlin's office secondary to insurance constraints.

(Auto Authentication)

**W. Turney Williams, M.D.**

WTW/wh
D: 03-20-14; T: 03-21-14 *Dictated but not edited.

cc: Kevin Misischia, D.O. faxed 03-24-14 cn

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **06-19-14** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy K. McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears with the primary complaint of bilateral foot pain, increased with any activities or as the day progresses. Over the last three weeks he has noted right shoulder discomfort, increased with right head tilt. He also notes some numbness in the right first and second fingers. There is not dramatic discomfort beyond the right shoulder. No left upper extremity complaints or lower extremity complaints beyond the feet. He has undergone a cervical MRI, that not available. He has been seen by East Tennessee Brain & Spine Center, P.C., and a cervical myelogram is pending in the a.m. He continues on nortriptyline, currently at 50 mg q.h.s., and hydrocodone 10/325 mg b.i.d. He finds the hydrocodone effective at helping control his back and foot pain, but not dramatically helpful for his cervical discomfort.

**ROS**: Moderate sleep disturbance.

**OBJECTIVE**: Awake, alert, and oriented. Sensory deficit, right first and second digits. No atrophy. Motor function appears intact. Negative straight leg raising. Nondermatomal sensory deficit about the feet. Pulses intact.

**ASSESSMENT**:

1. Peripheral neuropathy.
2. Degenerative disc disease, cervical spine, status post ACDF, level uncertain.
3. Right shoulder-to-upper extremity discomfort, assume radicular in nature.
4. Degenerative disc disease, lumbar spine, L2/3, L3/4, L4/5, L5/S1.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION**: We agreed to obtain a copy of his cervical MRI. We will refer care of the cervical region to East Tennessee Brain & Spine Center. He has an adequate supply of nortriptyline. I renewed his hydrocodone at 10/325 mg, #60, one p.o. b.i.d. with 1 refill. Database appropriate this date. Urine drug screen pending. He utilizes his medications in order to maintain activities of daily living and has shown no signs of abuse, diversion, etc., and would appear to be relatively low risk.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 06-19-14; T: 06-23-14 *Dictated but not edited.

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **04-17-14** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy K. McLaughlin, M.D.** |

**SUBJECTIVE**: Mr. Dixon appears with the primary complaint of bilateral foot pain. He has mild-to-moderate low back pain. He states that he is particularly bothered by his feet at night and has difficulty keeping his feet covered. He has been utilizing nortriptyline 25 mg 2 p.o. q.h.s. with some improvement in his sleep pattern with only mild a.m. sedation. He continues on b.i.d. hydrocodone for pain relief and finds that reasonably effective.

**ROS**: No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE**: Awake, alert, and oriented. Height: 6'5". Weight: 268 lb. Vital signs as recorded. He is able to easily arise and ambulate with a relatively unencumbered gait. Diffuse sensory loss about both feet and fingertips. Motor function intact.

**ASSESSMENT**:

1. Peripheral neuropathy.
2. Degenerative disc disease, lumbar spine, L2/3, L3/4, L4/5, L5/S1.
3. Chronic pain syndrome with opiate dependency.

**PLAN/PATIENT EDUCATION**: I renewed his nortriptyline and encouraged him to increase his nortriptyline to 75 to 100 mg q.h.s. utilized approximately an hour and a half prior to sleep. He understands the sedative effects, etc. We will follow in two months at the previously scheduled meeting.

(Auto Authentication)

**W. Turney Williams, M.D.**

WTW/wh

D: 04-17-14; T: 04-18-14 *Dictated but not edited.

JUL-18-2014 11:51 AM PAIN MED ASSO KPT 4233926695 9/9

Lincoln
Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Mary Carmen Howe |
| | Fax Number: | 8778433950 |
| | Voice Phone: | 800-423-2765 |
| **To:** | Name: | DR TURNEY WILLIAMS |
| | Company: | |
| | Fax Number: | 14233926695 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Wednesday, July 09, 2014 11:12:20 AM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressees named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

July 9, 2014

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 000400000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 1/1/2014 to present |
| Diagnostic Test Results | 1/1/2014 to present |
| History/Physical Notes | 1/1/2014 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950.**
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Claire Kauffman
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423 2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

   Date of Birth: ____________ Social Security Number: ____________

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x rays, films or correspondence, and any medical condition I may now have or have had),
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization

**SIGNATURE:** [signature] **DATE:** 7-9-13

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ____________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____________

ADDRESS: ____________ (Street) PHONE NO: (____) ____________

____________ (City) (State) (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808 Disability Page 1 of 1 8/08

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 03-20-14 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Randy K. McLaughlin, M.D. |

**SUBJECTIVE**: Mr. Dixon appears with multiple pain-related complaints. The most significant issue is a constant burning discomfort with numbness and difficulty with ambulation, that referable to the feet. He has moderate low back pain. He also notes variable areas of numbness and a burning sensation in the hands, although much more so the right second and third digits. He has noted a mild decrease in the symptoms in his hands and intermittently in his forearms on nortriptyline at 25 mg h.s. There are no side effects from same. He continues on hydrocodone 10/500 mg b.i.d. He had been seen by Dr. MacDonald and undergone an EMG and skin biopsy. The patient reports that the EMG was unremarkable and that the skin biopsy revealed small fiber disease.

**ROS**: No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE**: Awake, alert, and oriented. Height: 6'5". Weight: 272 lb. Vital signs as recorded. He appears comfortable and ambulates with a relatively unencumbered gait. Sensory deficit, mild, right second and third fingers. Nondermatomal sensory deficit about the feet, mildly dysesthetic. Motor function appears intact.

**ASSESSMENT**:

1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease, lumbar spine, L2/3, L3/4, L4/5, L5/S1.
3. Chronic pain syndrome with opiate dependency.

**PLAN/PATIENT EDUCATION**: We agreed to obtain office notes, EMG, and skin biopsy results from Dr. MacDonald's office. I suggested that he increase his nortriptyline to 25-mg tablets 2 p.o. q.h.s. and a prescription for #60 provided with 2 refills. If he is tolerating that, he is to return in one month and we will likely continue to increase. I renewed his hydrocodone but changed it to 10/325 mg, #60, one p.o. b.i.d. with 2 refills. Urine drug screen and database reviewed this date, urine drug screen results pending. Return in 1-3 months depending on response to nortriptyline. He has an appointment pending with Kevin Misischia, D.O., relocating to Dr. Misischia's office from Dr. Randy McLaughlin's office secondary to insurance constraints.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 03-20-14; T: 03-21-14 *Dictated but not edited.

cc: Kevin Misischia, D.O. faxed 03-24-14 cn

**PAIN MEDICINE ASSOCIATES, P.C.** **2202 N John B Dennis Hwy, Suite 200** **KINGSPORT, TN 37660**

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **06-19-14** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy K. McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears with the primary complaint of bilateral foot pain, increased with any activities or as the day progresses. Over the last three weeks he has noted right shoulder discomfort, increased with right head tilt. He also notes some numbness in the right first and second fingers. There is not dramatic discomfort beyond the right shoulder. No left upper extremity complaints or lower extremity complaints beyond the feet. He has undergone a cervical MRI, that not available. He has been seen by East Tennessee Brain & Spine Center, P.C., and a cervical myelogram is pending in the a.m. He continues on nortriptyline, currently at 50 mg q.h.s., and hydrocodone 10/325 mg b.i.d. He finds the hydrocodone effective at helping control his back and foot pain, but not dramatically helpful for his cervical discomfort.

**ROS**: Moderate sleep disturbance.

**OBJECTIVE**: Awake, alert, and oriented. Sensory deficit, right first and second digits. No atrophy. Motor function appears intact. Negative straight leg raising. Nondermatomal sensory deficit about the feet. Pulses intact.

**ASSESSMENT**:

1. Peripheral neuropathy.
2. Degenerative disc disease, cervical spine, status post ACDF, level uncertain.
3. Right shoulder-to-upper extremity discomfort, assume radicular in nature.
4. Degenerative disc disease, lumbar spine, L2/3, L3/4, L4/5, L5/S1.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION**: We agreed to obtain a copy of his cervical MRI. We will refer care of the cervical region to East Tennessee Brain & Spine Center. He has an adequate supply of nortriptyline. I renewed his hydrocodone at 10/325 mg, #60, one p.o. b.i.d. with 1 refill. Database appropriate this date. Urine drug screen pending. He utilizes his medications in order to maintain activities of daily living and has shown no signs of abuse, diversion, etc., and would appear to be relatively low risk.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 06-19-14; T: 06-23-14 *Dictated but not edited.

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **04-17-14** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy K. McLaughlin, M.D.** |

**SUBJECTIVE**: Mr. Dixon appears with the primary complaint of bilateral foot pain. He has mild-to-moderate low back pain. He states that he is particularly bothered by his feet at night and has difficulty keeping his feet covered. He has been utilizing nortriptyline 25 mg 2 p.o. q.h.s. with some improvement in his sleep pattern with only mild a.m. sedation. He continues on b.i.d. hydrocodone for pain relief and finds that reasonably effective.

**ROS**: No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE**: Awake, alert, and oriented. Height: 6'5". Weight: 268 lb. Vital signs as recorded. He is able to easily arise and ambulate with a relatively unencumbered gait. Diffuse sensory loss about both feet and fingertips. Motor function intact.

**ASSESSMENT**:

1. Peripheral neuropathy.
2. Degenerative disc disease, lumbar spine, L2/3, L3/4, L4/5, L5/S1.
3. Chronic pain syndrome with opiate dependency.

**PLAN/PATIENT EDUCATION**: I renewed his nortriptyline and encouraged him to increase his nortriptyline to 75 to 100 mg q.h.s. utilized approximately an hour and a half prior to sleep. He understands the sedative effects, etc. We will follow in two months at the previously scheduled meeting.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 04-17-14; T: 04-18-14 *Dictated but not edited.

Lincoln
Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Mary Carmen Howe |
| | Fax Number: | 8778433950 |
| | Voice Phone: | 800-423-2765 |
| **To:** | Name: | EAST TN BRAIN & SPINE CENTER |
| | Company: | |
| | Fax Number: | 14232328304 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Wednesday, July 09, 2014 11:15:38 AM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office.
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

July 9, 2014

EAST TN BRAIN & SPINE CENTER
RELEASE OF INFORMATION
701 MED TECH PKWY STE 300
JOHNSON CITY TN 37604

| RE: | | |
|---|---|---|
| | Policy Number: | 00040000300202706 |
| | Claim Number: | 1120006734 |
| | Patient: | ARNOLD DIXON |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 1/1/2014 to present |
| Diagnostic Test Results | 1/1/2014 to present |
| History/Physical Notes | 1/1/2014 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950.**
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Claire Kauffman
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423 2765 Fax (877) 843 3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

Date of Birth: ______ Social Security Number ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x rays, films or correspondence, and any medical condition I may now have or have had)
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history.
3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609
4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.
5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.
7. A photocopy of this Authorization is to be considered as valid as the original.
8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 7-9-13

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: (___) ______

(City) (State) (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-03808 Disability Page 1 of 1 6/08

# Chart

## ARNOLD L. DIXON

DOB:

From 01/01/2014 to 07/10/2014

## Encounters

**Encounter 4** Date 07/09/2014
**Diagnosis**

**Encounter 3** Date 07/08/2014
**Diagnosis** LOW BACK PAIN (724.2), LUMBAR DDD (722.52), CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0), NECK PAIN (723.1), CERVICAL DDD (722.4)

**Encounter 2** Date 06/24/2014
**Diagnosis** LUMBAR DDD (722.52), LOW BACK PAIN (724.2), CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0), CERVICAL DDD (722.4), NECK PAIN (723.1), CERVICAL RADICULOPATHY (723.4), PAIN IN LIMB (729.5)

**Encounter 1** Date 06/11/2014
**Diagnosis** CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0), NECK PAIN (723.1), CERVICAL DDD (722.4)

## History & Physical Report #4

***ARNOLD L. DIXON***
7/9/2014 7:35 AM
Location: East TN Brain and Spine Center- Johnson City
Patient #: 40380
DOB:
Single / Language: English / Race: White
Male

History of Present Illness (Clint M Kraft; 7/9/2014 7:35 AM)

Patient words: Patient was here for an EMG today 7-8-14.

The patient is a 54 year old male

Signed electronically by Clint M Kraft (7/9/2014 7:36 AM)

# History & Physical Report #3

***ARNOLD L. DIXON***
7/8/2014 8:41 AM
Location: East TN Brain and Spine Center- Johnson City
Patient #: 40380
DOB:
Single / Language: English / Race: White
Male

The patient is a 54 year old Male.

Problem List/Past Medical (Monica K Bowery, CNA; 7/8/2014 8:42 AM)
**Neck Pain**
**CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0)**
**LOW BACK PAIN (724.2)**
**LUMBAR DDD (722.52)**
**NECK PAIN (723.1)**
**CERVICAL DDD (722.4)**
**Spinal Injections**
**Chiropractic**
**Physical Therapy**
**Low Back Pain**
**Tonsillectomy**. 1978
**Neck surgery**. 6/2/08
**Therapeutic Massage**
**Work-related**. 1987

Allergies (Monica K Bowery, CNA; 7/8/2014 8:41 AM)
**Penicillins**. hallucinations

Family History (Monica K Bowery, CNA; 7/8/2014 8:42 AM)
**Cancer**. Mother, Sister
**Back pain/ruptured disc**. Mother, Sister
**High Blood pressure**. Father
**Stroke**. Father

Social History (Monica K Bowery, CNA; 7/8/2014 8:42 AM)
**Left Handed**
**Non smoker / no tobacco use**
**No alcohol use**
**Not Claustrophobic**
**Currently Working**. Saratoga Technologies/ Operator Manager

Medication History (Monica K Bowery, CNA; 7/8/2014 8:42 AM)
Hydrocodone-Acetaminophen (10-325MG Tablet 1 Oral as needed) Active.
Nortriptyline HCl (25MG Capsule 1 Oral daily) Active.
Lisinopril (10MG Tablet 1 Oral daily) Active.
Doxycycline Hyclate (100MG Capsule 1 Oral two times daily) Active.

Other Problems (Monica K Bowery, CNA; 7/8/2014 8:42 AM)
**PAIN IN LIMB (729.5)**
**CERVICAL RADICULOPATHY (723.4)**

Vitals (Monica K Bowery, CNA; 7/8/2014 8:42 AM)
7/8/2014 8:42 AM
**Weight:** 272 lb **Height:** 77 in
**Body Surface Area:** 2.59 m² **Body Mass Index:** 32.25 kg/m²
**Pulse:** 87 (Regular)
**BP:** 150/87 (Sitting, Left Arm, Standard)

Assessment & Plan (Steven J McLaughlin, PA-C; 7/8/2014 9:41 AM)
LOW BACK PAIN (724.2)

LUMBAR DDD (722.52)

CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0)

NECK PAIN (723.1)

CERVICAL DDD (722.4)

Chart Review Note (TIMOTHY FULLAGAR, MD; 7/9/2014 8:30 AM)
I have reviewed the history and physical note and findings.

Completed and submitted for review by McLaughlin, Steven J PA-C (7/8/2014 9:41 AM)

Signed electronically by TIMOTHY FULLAGAR, MD (7/9/2014 8:30 AM)

# History & Physical Report #2

***ARNOLD L. DIXON***
6/24/2014 8:11 AM
Location: East TN Brain and Spine Center- Johnson City
Patient #: 40380
DOB:
Single / Language: English / Race: White
Male

The patient is a 53 year old Male.

Subjective Transcription (Melissa Miller; 7/1/2014 4:06 PM)

**CHIEF COMPLAINT:** Neck pain, bilateral arm pain status post CT myelogram

**HISTORY:** Arnold Dixon returns today for routine followup. His history is well documented having had a previous C5-6 fusion by Dr. Rebekah Austin many years ago. He has continued to have right arm pain in a C6 pattern and some left arm pain as well. He has been found on MRI recently to have severe degenerative disc disease of the cervical spine with adjacent segments above and below the fusion with varying degrees of foraminal stenosis associated with osteophytic formation. He was sent for a CT myelogram and returns today to review this.

His biggest complaint is right arm pain that travels in a C6 pattern. It is worse with sitting in an upright chair. He gets some relief by reclining or lying back. He also has peripheral neuropathy in the lower extremities.

No bowel or bladder incontinence.

Problem List/Past Medical (Wesley E Perry, PA-C; 6/24/2014 9:00 AM)
**Physical Therapy**
**Low Back Pain**
**Tonsillectomy**. 1978
**Spinal Injections**
**Chiropractic**
**CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0)**
**LUMBAR DDD (722.52)**
**LOW BACK PAIN (724.2)**
**Neck surgery**. 6/2/08
**CERVICAL DDD (722.4)**
**NECK PAIN (723.1)**
**Therapeutic Massage**
**Work-related**. 1987
**Neck Pain**

Allergies (Monica K Bowery, CNA; 6/24/2014 8:11 AM)
**Penicillins**. hallucinations

Family History (Monica K Bowery, CNA; 6/24/2014 8:11 AM)
**Stroke**. Father
**High Blood pressure**. Father
**Cancer**. Mother, Sister
**Back pain/ruptured disc**. Mother, Sister

Social History (Monica K Bowery, CNA; 6/24/2014 8:11 AM)
**Currently Working**. Saratoga Technologies/ Operator Manager
**Non smoker / no tobacco use**
**No alcohol use**
**Not Claustrophobic**
**Left Handed**

Medication History (Monica K Bowery, CNA; 6/24/2014 8:11 AM)
Hydrocodone-Acetaminophen (10-325MG Tablet 1 Oral as needed) Active.
Nortriptyline HCl (25MG Capsule 1 Oral daily) Active.
Lisinopril (10MG Tablet 1 Oral daily) Active.
Doxycycline Hyclate (100MG Capsule 1 Oral two times daily) Active.

Vitals (Monica K Bowery, CNA; 6/24/2014 8:12 AM)

6/24/2014 8:11 AM
**Weight:** 271 lb **Height:** 77 in
**Body Surface Area:** 2.58 m² **Body Mass Index:** 32.14 kg/m²
**Pulse:** 94 (Regular)
**BP:** 151/85 (Sitting, Left Arm, Standard)

Objective Transcription (Melissa Miller; 7/1/2014 4:06 PM)

**PHYSICAL EXAM:** The patient has very little range of motion of his cervical spine. What range of motion he has is painful. Motor strength appears to be intact in the upper extremities. Reflexes are hyporeflexic at biceps, triceps. Negative Hoffmann's sign.

**RADIOGRAPHIC REVIEW:** I did review CT myelogram of the cervical spine. This was reviewed on the Holston Valley PACS and was dated 06/20/14. The post-myelogram CT shows evidence of interbody fusion at the C5-6 level which appears to be solid. I do not detect any evidence of hardware failure at that level. There are large anterior osteophytes at C6-7 and C4-5 as well as smaller posterior osteophytes causing again varying degrees of foraminal narrowing at all of these levels. There is a large left-sided osteophyte at C3-4 on the left causing foraminal stenosis. There is no central stenosis.

Assessment & Plan (Wesley E Perry, PA-C; 6/24/2014 9:00 AM)
LUMBAR DDD (722.52)

LOW BACK PAIN (724.2)

CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0)

CERVICAL DDD (722.4)

NECK PAIN (723.1)

CERVICAL RADICULOPATHY (723.4)

PAIN IN LIMB (729.5)

Plans Transcription (Melissa Miller; 7/1/2014 4:06 PM)

**PLAN/RECOMMENDATIONS:** At this point, the patient has significant degeneration of the cervical spine associated with degenerative disc disease and osteophytic formation. His biggest complaint is right arm pain in a C6 pattern. I am somewhat concerned about a chronic C6 radiculopathy. I am going to refer him for nerve conduction study of both upper extremities to see if we are dealing with chronic or active radiculopathy and see if this will help guide us in making a decision regarding possibility of surgery helping him. We will see him back after the EMG is completed for further recommendations.

I am also concerned that there may be some peripheral nerve involvement as well and the EMG will help sort this out.

Wes Perry, PA-C

WP/dsc

W Perry PAC

Signed electronically by Wesley E Perry, PA-C (6/24/2014 9:01 AM)

# History & Physical Report #1

***ARNOLD L. DIXON***
6/11/2014 10:41 AM
Location: East TN Brain and Spine Center- Kingsport
Patient #: 40380
DOB:
Single / Language: English / Race: White
Male

The patient is a 53 year old Male.

Subjective Transcription (Gayla Bolton; 6/12/2014 10:27 AM)

**REFERRING PROVIDER:** Dr. Kevin Misischia

**CHIEF COMPLAINT:** Neck pain and right upper extremity pain

**HISTORY:** Arnold Dixon is a pleasant 53-year-old male who was seen in our office in 2009 secondary to neck pain and low back pain. He has a history of undergoing a previous ACDF at C5-6 done by Dr. Rebekah Austin many years ago. The patient has chronic low back pain and was found to have multilevel lumbar degenerative disc disease. This was considered nonoperative secondary to extensive degenerative changes affecting almost the entire lumbar spine. The patient eventually was unable to continue working secondary to the chronic back pain and also peripheral neuropathy. He states he is now on disability. The patient has done relatively well managing his pain through the years, only having to take an occasional hydrocodone once q.d. or sometimes b.i.d. He states that approximately 6 weeks ago he began having increasing pain in the right shoulder and also in his neck. The pain will sometimes extend on down to his arm, going through the biceps and into the thumb and index finger. There is no specific event that causes exacerbation of pain. He does state the pain is now progressively worse and he now has severe discomfort in his right upper extremity. He states on occasion he has left upper extremity pain but states the pain is 75% right arm and 25% left arm. He has had conservative treatments including steroids and anti-inflammatories with no significant improvement of pain. He does not feel that he would be able to tolerate physical therapy. He denies bowel or bladder changes. No gait instability.

Problem List/Past Medical (Michael Tilson, LPN; 6/11/2014 10:43 AM)
**Therapeutic Massage**
**Work-related**. 1987
**NECK PAIN (723.1)**
**CERVICAL DDD (722.4)**
**CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0)**
**LOW BACK PAIN (724.2)**
**LUMBAR DDD (722.52)**
**Neck Pain**
**Spinal Injections**
**Chiropractic**
**Physical Therapy**
**Low Back Pain**
**Tonsillectomy**. 1978
**Neck surgery**. 6/2/08

Allergies (Michael Tilson, LPN; 6/11/2014 10:43 AM)
**Penicillins**. hallucinations

Family History (Michael Tilson, LPN; 6/11/2014 10:43 AM)
**Cancer**. Mother, Sister
**Back pain/ruptured disc**. Mother, Sister
**High Blood pressure**. Father
**Stroke**. Father

Social History (Michael Tilson, LPN; 6/11/2014 10:43 AM)
**Non smoker / no tobacco use**
**No alcohol use**
**Not Claustrophobic**
**Currently Working**. Saratoga Technologies/ Operator Manager
**Left Handed**

Medication History (Michael Tilson, LPN; 6/11/2014 10:46 AM)
Hydrocodone-Acetaminophen (10-325MG Tablet 1 Oral as needed) Active.
Nortriptyline HCl (25MG Capsule 1 Oral daily) Active.
Lisinopril (10MG Tablet 1 Oral daily) Active.
Doxycycline Hyclate (100MG Capsule 1 Oral two times daily) Active.

Review of Systems (Michael Tilson, LPN; 6/11/2014 10:49 AM)
**General:** Not Present- Chills, Lethargy, Fatigue, Fever, **Night Sweats**, Persistent Infections, Weight Gain and Weight Loss.

**Skin:** Not Present- Bruising, Nodules/Bumps, Redness, Sun Sensitive, Tightness, Hair Loss, Hives, **Itching**, Rash and Skin Color Changes.
**HEENT:** Not Present- Headache, Dry Eyes, Dry Mouth, Dryness in Nose, Double Vision, Excessive Tearing, Eye Pain, Eye Redness, Itchy Eyes, Loss of Smell, Loss of Taste, **Wears glasses/contact lenses**, Hearing Loss, Nasal Discharge, Sore Tounge, Swollen glands, **Ringing in the Ears**, Nose Bleed, Bleeding Gums, Hoarseness and **Oral Ulcers**.
**Respiratory:** Not Present- Bloody sputum, Cough, Difficulty Breathing at Night, Difficulty Breathing and Wheezing.
**Cardiovascular:** Not Present- Abnormal Blood Pressure, Chest Pain, Heart Murmur, Difficulty Breathing On Exertion, Fainting, Sudden Changes in Heart Beat, Hypertension, Irregular Heart Beat, **Night Cramps**, Palpitations, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal:** Not Present- Abdominal Pain, Black, Tarry Stool, Bloody Stool, **Constipation**, Diarrhea, Stomach Pain relieved by food/milk, Difficulty Swallowing, Heartburn, Jaundice, Nausea and Vomiting Blood.
**Male Genitourinary:** Not Present- Blood in Urine, Cloudy "smoky" urine, Painful Intercourse, Discharge, Pus in Urine, Rash/Ulcers, Sexual Difficulties, Difficulty Urinating, Prostate Problems, Painful Urination and Urinating at Night.
**Musculoskeletal:** Not Present- Calf Pain, Fibromyalgia, Decreased Range of Motion, **Low Back Pain**, Middle Back Pain, **Joint Pain**, Muscle Tenderness, Neck mass, **Neck Pain**, Joint Swelling, **Neck stiffness**, **Muscle Cramps** and Muscle Weakness.
**Neurological:** Not Present- Auras, Change in Bladder Frequency, Decreased Memory, Difficulty Speaking, Dizziness, Generalized Muscle Spasms, **Hypersensitivity of hands/feet**, Loss of bowel control, Loss of urinary control, **Muscle twitching**, **Numbness / Tingling Sensation**, Incoordination, Loss of Consciousness, Seizures, Tremor, Trouble walking, **Unsteadiness**, Visual Changes and Weakness.
**Psychiatric:** Not Present- Agitation, Anxiety, Depression, **Difficulty falling asleep**, **Difficulty staying asleep**, Easily Loses Temper, Excessive Worries, Hallucinations and Mood changes.
**Endocrine:** Not Present- Excessive Thirst.
**Hematology:** Not Present- Anemia, Easy Bruising, Tender Glands, Blood Transfusions and Excessive bleeding.

Vitals (Michael Tilson, LPN; 6/11/2014 10:42 AM)

6/11/2014 10:42 AM
**Weight:** 267 lb **Height:** 77 in
**Body Surface Area:** 2.57 $m^2$ **Body Mass Index:** 31.66 $kg/m^2$
**Temp.:** 97.9° F (Tympanic) **Pulse:** 110 (Regular)
**BP:** 132/91 (Sitting, Left Arm, Standard)

Objective Transcription (Gayla Bolton; 6/12/2014 10:27 AM)

**RADIOGRAPHIC REVIEW:** An MRI of the cervical spine was reviewed. This was available on the Holston Valley PACS and completed on 05/22/14. This shows postoperative changes of the C5-6 level status post anterior cervical discectomy and fusion. He has adjacent segment disease affecting the C3-4, C4-5 and also C6-7 levels. At C6-7, there is mild to moderate foraminal narrowing, worse on the right side. At C4-5, he has a large disc osteophyte complex most pronounced to the right side causing severe foraminal narrowing. At C3-4, large central disc osteophyte complex causing bilateral foraminal narrowing.

Assessment & Plan (Isaac N O'Dell, PA-C; 6/11/2014 11:19 AM)
CERVICAL SPONDYLOSIS WITHOUT MYELOPATHY (721.0)

NECK PAIN (723.1)

CERVICAL DDD (722.4)
Current Plans
| MYELOGRAM OF NECK SPINE (72240)
| Instructed to make follow-up appointment for office visit following completion of diagnostic tests.

Plans Transcription (Gayla Bolton; 6/12/2014 10:27 AM)

**PLAN:** At this point, I have recommended the patient undergo cervical myelogram prior to proceeding with any type of surgical intervention. The patient states that the pain is severe enough at this point that he would be interested in surgical intervention. We will have him undergo the cervical myelogram and follow up with Dr. Fullagar for further recommendations.

Cc: Dr. Kevin Misischia

Isaac O'Dell, PA-C

IOD/dsc

Isaac N O'Dell PA-C

Signed electronically by Isaac N O'Dell, PA-C (6/11/2014 11:20 AM)

**Procedures**

**MYELOGRAM OF NECK SPINE (72240)** Performed: 06/11/2014 (Ordered)

**HOLSTON VALLEY IMAGING CENTER**

103 West Stone Drive
Kingsport, TN 37660
Radiology File Room
(423) 224-4063 Phone
(423) 224-4064 Fax

## FAX COVER SHEET

**TO:** Fullagar

**FAX#** 423 232-8304

**FROM:** HVIC

**SUBJECT:** Arnold Dixon

**DATE:** 6/23/2014

**MESSAGE:**

Auth Prov: Timothy Pullegar

**Wellmont Health System**
HVMC Radiology Department
130 West Ravine Road
Kingsport TN 37660
**Imaging Result**

| Name: | DOB: | Sex: | Patient Class: |
|---|---|---|---|
| **Dixon, Arnold Lee Jr.** | | Male | Outpatient |
| **MRN: 00170871** | | | |
| Procedures Performed: | Exam Time: | Reason for Exam: | Diagnosis: |
| **FL Myelogram Cervical** | 06/20/2014 10:20 AM | 722.0 723.4 | Displacement of cervical intervertebral disc without myelopathy<br />Brachial neuritis or radiculitis NOS |
| **CT Cervical Spine With Contrast** | 06/20/2014 10:40 AM | 722.0 723.4 | Displacement of cervical intervertebral disc without myelopathy<br />Brachial neuritis or radiculitis NOS |

EXAM DESCRIPTION: CERVICAL MYELOGRAM

CLINICAL HISTORY: Previous spine surgery, recurrent neck and right arm pain

COMPARISON: MRI cervical spine dated 05/22/2014

FINDINGS: The procedure, risks, benefits and alternatives for cervical myelography were discussed with the patient. Risks include headache, bleeding, nerve damage, emergency surgery and life-threatening contrast reaction. He understands and wishes to proceed.

After informed consent was obtained the patient was placed on the fluoroscopic table in prone position. The skin over the lumbar spine was prepped and draped in a standard sterile fashion. Local anesthesia was obtained with 1% Xylocaine solution. Midline lumbar puncture was performed at the L3 level utilizing a right oblique approach with a 25 gauge needle. 12 ml of Omnipaque-300 were injected into the thecal sac. There is mild bilateral lateral recess stenosis at L4-L5. Conus medullaris region is unremarkable. Contrast was directed to the cervical canal with excellent opacification.

The lateral views demonstrate anterior discectomy with interbody fusion and plate fixation at C5-C6. There is an anterior extradural defect at C3-C4 and a smaller anterior extradural defect at C6-C7.

The AP and oblique views demonstrate a large left lateral defect at C3-C4. There are moderate sized right lateral defects at C4-C5 and C6-C7.

The cervical cord appears intrinsically normal.

IMPRESSION:
IMPRESSION: ANTERIOR AND LARGE LEFT LATERAL EXTRADURAL DEFECT C3-C4.

MODERATE RIGHT LATERAL DEFECTS C4-C5 AND C6-C7. THERE IS A SMALL ANTERIOR DEFECT AT C6-C7.

STATUS POST ANTERIOR DISCECTOMY WITH INTERBODY FUSION AND PLATE FIXATION C5-C6.

EXAM DESCRIPTION: CT CERVICAL SPINE WITH INTRATHECAL CONTRAST

CLINICAL HISTORY: Recurrent neck and right upper extremity pain, history previous cervical fusion.

COMPARISON: Cervical MRI dated 05/22/2014

FINDINGS: The C2-C3 and C7-T1 annular contours are normal. There is no evidence of disc extrusion, central canal stenosis, cord compression or nerve root compression at these levels. There is no evidence of a fracture, dislocation or bone destruction at any level. The cervical cord appears intrinsically normal. The cerebellar tonsils terminate normally at the level of the foramen magnum. There is straightening of the cervical spine and loss of the normal cervical lordosis.

At C3-C4 there is a large left uncovertebral joint osteophyte causing severe left foraminal stenosis. There is compression of the foraminal segment left C4 nerve root.

At C4-C5 there is a right lateral disc protrusion/osteophyte complex causing moderately severe right foraminal stenosis and probable right C5 nerve root compression.

There has been anterior discectomy with interbody fusion and plate fixation at C5-C6. There is a small residual right paracentral osteophyte with no cord or nerve root compression. The fusion is partially solid and partially fibrous. The fusion plate is intact with no evidence of hardware failure.

There are spondylotic changes at C6-C7 with disc space narrowing and osteophyte formation. There is a right lateral disc protrusion/osteophyte complex compromising the right C6-C7 foramen and likely compressing the foraminal segment right C6 nerve root.

IMPRESSION: SEVERE BONY FORAMINAL STENOSIS ON THE LEFT AT C3-C4. THERE IS LEFT C4 NERVE ROOT COMPRESSION.

MODERATELY SEVERE RIGHT FORAMINAL STENOSES C4-C5 AND C6-C7 WITH DISC PROTRUSION/OSTEOPHYTE COMPLEXES. THERE IS PROBABLE RIGHT C5 AND RIGHT C7 NERVE ROOT COMPRESSION.

NO EVIDENCE OF HIGH-GRADE CENTRAL CANAL STENOSIS OR INTRINSIC CORD PATHOLOGY.

Radiologist reading from performing facility unless indicated here:

Signed By: Thomas F Pugh Jr., MD on 6/20/2014 12:29 PM

Auth Prov: Timothy Fullagar

**Wellmont Health System**
HVMC Radiology Department
130 West Ravine Road
Kingsport TN 37660
**Imaging Result**

| Name: | DOB: | Sex: | Patient Class: |
|---|---|---|---|
| **Dixon, Arnold Lee Jr.** **MRN: 00170071** | | Male | Outpatient |
| Procedures Performed: | Exam Time: | Reason for Exam: | Diagnosis: |
| **FL Myelogram Cervical** | 06/20/2014 10:20 AM | 722.0 723.4 | Displacement of cervical intervertebral disc without myelopathy<br />Brachial neuritis or radiculitis NOS |
| **CT Cervical Spine With Contrast** | 06/20/2014 10:40 AM | 722.0 723.4 | Displacement of cervical intervertebral disc without myelopathy<br />Brachial neuritis or radiculitis NOS |

EXAM DESCRIPTION: CERVICAL MYELOGRAM

CLINICAL HISTORY: Previous spine surgery, recurrent neck and right arm pain

COMPARISON: MRI cervical spine dated 05/22/2014

FINDINGS: The procedure, risks, benefits and alternatives for cervical myelography were discussed with the patient. Risks include headache, bleeding, nerve damage, emergency surgery and life-threatening contrast reaction. He understands and wishes to proceed.

After informed consent was obtained the patient was placed on the fluoroscopic table in prone position. The skin over the lumbar spine was prepped and draped in a standard sterile fashion. Local anesthesia was obtained with 1% Xylocaine solution. Midline lumbar puncture was performed at the L3 level utilizing a right oblique approach with a 25 gauge needle. 12 ml of Omnipaque-300 were injected into the thecal sac. There is mild bilateral lateral recess stenosis at L4-L5. Conus medullaris region is unremarkable. Contrast was directed to the cervical canal with excellent opacification.

The lateral views demonstrate anterior discectomy with interbody fusion and plate fixation at C5-C6. There is an anterior extradural defect at C3-C4 and a smaller anterior extradural defect at C6-C7.

The AP and oblique views demonstrate a large left lateral defect at C3-C4. There are moderate sized right lateral defects at C4-C5 and C6-C7.

The cervical cord appears intrinsically normal.

IMPRESSION:
IMPRESSION: ANTERIOR AND LARGE LEFT LATERAL EXTRADURAL DEFECT C3-C4.

MODERATE RIGHT LATERAL DEFECTS C4-C5 AND C6-C7. THERE IS A SMALL ANTERIOR DEFECT AT C6-C7.

STATUS POST ANTERIOR DISCECTOMY WITH INTERBODY FUSION AND PLATE FIXATION C5-C6.

EXAM DESCRIPTION: CT CERVICAL SPINE WITH INTRATHECAL CONTRAST

CLINICAL HISTORY: Recurrent neck and right upper extremity pain, history previous cervical fusion.

COMPARISON: Cervical MRI dated 05/22/2014

FINDINGS: The C2-C3 and C7-T1 annular contours are normal. There is no evidence of disc extrusion, central canal stenosis, cord compression or nerve root compression at these levels. There is no evidence of a fracture, dislocation or bone destruction at any level. The cervical cord appears intrinsically normal. The cerebellar tonsils terminate normally at the level of the foramen magnum. There is straightening of the cervical spine and loss of the normal cervical lordosis.

At C3-C4 there is a large left uncovertebral joint osteophyte causing severe left foraminal stenosis. There is compression of the foraminal segment left C4 nerve root.

At C4-C5 there is a right lateral disc protrusion/osteophyte complex causing moderately severe right foraminal stenosis and probable right C5 nerve root compression.

There has been anterior discectomy with interbody fusion and plate fixation at C5-C6. There is a small residual right paracentral osteophyte with no cord or nerve root compression. The fusion is partially solid and partially fibrous. The fusion plate is intact with no evidence of hardware failure.

There are spondylotic changes at C6-C7 with disc space narrowing and osteophyte formation. There is a right lateral disc protrusion/osteophyte complex compromising the right C6-C7 foramen and likely compressing the foraminal segment right C6 nerve root.

IMPRESSION: SEVERE BONY FORAMINAL STENOSIS ON THE LEFT AT C3-C4. THERE IS LEFT C4 NERVE ROOT COMPRESSION.

MODERATELY SEVERE RIGHT FORAMINAL STENOSES C4-C5 AND C6-C7 WITH DISC PROTRUSION/OSTEOPHYTE COMPLEXES. THERE IS PROBABLE RIGHT C5 AND RIGHT C7 NERVE ROOT COMPRESSION.

NO EVIDENCE OF HIGH-GRADE CENTRAL CANAL STENOSIS OR INTRINSIC CORD PATHOLOGY.

Radiologist reading from performing facility unless indicated here:

Signed By: Thomas F Pugh Jr., MD on 6/20/2014 12:29 PM

Dixon, Arnold Lee Jr. (MRN 00170871)

Auth Prov: David P Hsieh

**Wellmont Health System**

Holston Valley Imaging Center

103 W. Stone Drive
Kingsport TN 37660

**Imaging Result**

| Name: | DOB: | Sex: | Patient Class: |
|---|---|---|---|
| **Dixon, Arnold Lee Jr.**<br>**MRN: 00170871** | | **Male** | **Outpatient** |
| Procedures Performed: | Exam Time: | Reason for Exam: | Diagnosis: |
| **MRI Cervical Spine Without Contrast** | **05/22/2014 5:47 PM** | **Neck pain** | **Neck pain** |

EXAM DESCRIPTION: MRI CERVICAL SPINE WITHOUT CONTRAST

*CLINICAL HISTORY: Right shoulder and arm pain*

COMPARISON: CT 04/20/2007

FINDINGS: Craniocervical junction within normal limits. Anterior cervical discectomy and fusion, C5-6. Vertebral body heights maintained. Marrow signal normal.

C2-C3: Mild facet degenerative changes. Shallow left paracentral disc osteophyte complex. Canal and foramina patent.

C3-C4: Broad-based disc osteophyte complex, markedly eccentric left paracentral/foraminal. Circumferential CSF effacement, with moderate canal stenosis, AP diameter 8 mm, with mild compression left paracentral cord. Moderate right, severe left neural foraminal narrowing, with compression of foraminal left C4 root.

C4-C5: Broad-based disc osteophyte disc osteophyte complex, markedly eccentric right paracentral/foraminal. Moderate canal stenosis, AP diameter 7-8 mm, with mild compression right paracentral cord. Moderate left, severe right neural foraminal narrowing, with compression foraminal right C5 root.

C5-6: Small right paracentral osteophytic ridge. Canal and foramina patent. Signal artifact from hardware.

C6-C7: Canal patent. Moderate bilateral, neural foraminal narrowing, secondary to uncovertebral hypertrophy.

C7-T1: No disc protrusion, canal or foraminal stenosis.

IMPRESSION:

Dixon, Arnold Lee Jr. (MRN 00170871)

IMPRESSION: C4-C5: BROAD-BASED DISC OSTEOPHYTE DISC OSTEOPHYTE COMPLEX, MARKEDLY ECCENTRIC RIGHT PARACENTRAL/FORAMINAL. MODERATE CANAL STENOSIS, AP DIAMETER 7-8 MM, WITH MILD COMPRESSION RIGHT PARACENTRAL CORD. MODERATE LEFT, SEVERE RIGHT NEURAL FORAMINAL NARROWING, WITH COMPRESSION FORAMINAL RIGHT C5 ROOT.

C3-C4: BROAD-BASED DISC OSTEOPHYTE COMPLEX, MARKEDLY ECCENTRIC LEFT PARACENTRAL/FORAMINAL. CIRCUMFERENTIAL CSF EFFACEMENT, WITH MODERATE CANAL STENOSIS, AP DIAMETER 8 MM, WITH MILD COMPRESSION LEFT PARACENTRAL CORD. MODERATE RIGHT, SEVERE LEFT NEURAL FORAMINAL NARROWING, WITH COMPRESSION OF FORAMINAL LEFT C4 ROOT.

Radiologist reading from performing facility unless indicated here:
Signed By: Terry M Fletcher, MD on 5/22/2014 6:11 PM

**Mountain Region Family Medicine, PC**
**444 Clinchfield Street, Suite 201**
**Kingsport, TN 37660**

| | | | |
|---|---|---|---|
| **Ordering Clinician:** | | **Patient:** | **DIXON, ARNOLD L** |
| Nisischia MD, Kevin | | **Med Rec #:** | 62152_MR |
| | | **Accession #:** | 104510 |
| | | **DOB:** | |
| | | **Sex:** | M |
| **Date of Exam:** 05/12/2014 | | **Admit Date:** | 05/12/2014 |

CPT Code: 72040
Exam: C SPINE 2 OR 3 VWS [72040]
Reason for Exam: neck pain

***** Final Report *****

REASON FOR EXAM: neck pain

CERVICAL SPINE: 3 views of the cervical spine are submitted. This includes a swimmer's view.

FINDINGS: The vertebral body heights are maintained. No acute fracture or acute subluxation appreciated. The facet joints are fairly well aligned.

Noted is a previous anterior fusion of C5-C6. There are disc space narrowings associated with degenerative osteophytes of C3-C4 and C4-C5. There are mild diffuse changes of facet hypertrophy.

IMPRESSION: Degenerative disc and joint disease.

Read by: Gunter, M.D., Kelly on 05/12/2014 11:39:41 AM
Signed by: Gunter, M.D., Kelly on 05/12/2014 11:42:11 AM

[illegible confidentiality notice]

7/8/2014 8:07:15 AM

**EAST TENNESSEE BRAIN AND SPINE CENTER**
**701 Med Tech Parkway, Ste. 300**
**Johnson City, TN 37604**
**423-232-8301**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Dixon, Arnold | **DOB:** | | **Physician:** | Fulagar |
| **ID#:** | DIXON_ARNOLD_140708 | **SEX:** | Male | **Ref. Phys:** | |

**Impression:**
An acute lesion of the C6, C7 and C8 nerve roots on the right with special attention to C7.
Evidence of chronic C5, C6 findings bilaterally.
No electrophysiologic evidence of a focal compressive peripheral mononeuropathy or plexopathy.

**ELECTRODIAGNOSTIC RESULTS:**

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Right | BrachioRad | Radial | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | 2+ | Decr | Nml | 0 | Nml | Nml | |
| Right | Brachialis | Musculocut | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtIndicis | Radial (Post Int) | C7-8 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Right | FlexCarRad | Median | C6-7 | Nml | Nml | 2+ | Nml | Nml | 0 | Nml | Nml | |
| Right | C3 Parasp | Rami | C3 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | C4 Parasp | Rami | C4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | C5 Parasp | Rami | C5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | C6 Parasp | Rami | C6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | C7 Parasp | Rami | C7 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | C8 Parasp | Rami | C8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | T1 Parasp | Rami | T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | C3 Parasp | Rami | C3 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | C4 Parasp | Rami | C4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | C5 Parasp | Rami | C5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | C6 Parasp | Rami | C6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | C7 Parasp | Rami | C7 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | C8 Parasp | Rami | C8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | T1 Parasp | Rami | T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | ABD DigMinimi | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | BrachioRad | Radial | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Motor Nerves

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm Amp (mV) | Neg Dur (ms) | Segment Name | Delta-O (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.83 | <4.2 | 8.86 | >5.0 | 6.48 | Elbow-Wrist | 4.69 | 25 | 53.30 | >48.0 |
| Elbow | | 8.52 | | 8.69 | | 6.48 | | | | | |
| **Left Ulnar (Abd Dig Min)** | | | | | | | | | | | |
| Wrist | | 3.36 | <4.2 | 9.10 | >3.0 | 5.86 | B Elbow-Wrist | 4.61 | 26 | 56.40 | >50.0 |
| B Elbow | | 7.97 | | 8.86 | | 6.41 | A Elbow-B Elbow | 2.50 | 14 | 56.00 | >50.0 |
| A Elbow | | 10.47 | | 8.72 | | 6.41 | | | | | |
| **Right Median (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 4.06 | <4.2 | 6.80 | >5.0 | 5.86 | Elbow-Wrist | 4.69 | 25 | 53.30 | >48.0 |
| Elbow | | 8.75 | | 6.76 | | 6.41 | | | | | |
| **Right Ulnar (Abd Dig Min)** | | | | | | | | | | | |
| Wrist | | 3.36 | <4.2 | 10.89 | >3.0 | 5.55 | B Elbow-Wrist | 5.08 | 28 | 55.12 | >50.0 |
| B Elbow | | 8.44 | | 10.21 | | 6.02 | A Elbow-B Elbow | 2.27 | 12 | 52.86 | >50.0 |
| A Elbow | | 10.70 | | 10.39 | | 6.25 | | | | | |
| **Right Ulnar FDI (FDI)** | | | | | | | | | | | |
| Wrist | | 4.61 | 4.2 | 11.99 | 3.0 | 4.69 | B Elbow-Wrist | 5.00 | 28 | 56.00 | >50.0 |
| B Elbow | | 9.61 | | 9.47 | | 5.08 | A Elbow-B Elbow | 2.34 | 12 | 51.28 | |
| A Elbow | | 11.95 | | 9.16 | | 5.23 | | | | | |

## Sensory Nerves

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm Amp (µV) | Segment Name | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Right Lat Antebrach Cut (Lat Forearm)** | | | | | | | | | | |
| Lat Forearm1 | | 2.53 | 3.5 | 13.87 | >3.0 | Lat Forearm1-Lat Forearm | 2.53 | 12 | 47.43 | |
| **Left Median Anti (2nd Digit)** | | | | | | | | | | |
| Wrist | | 3.44 | <3.6 | 29.09 | >10.0 | Wrist-2nd Digit | 3.44 | 14.0 | 40.70 | >39.0 |
| **Right Median Anti (2nd Digit)** | | | | | | | | | | |
| Wrist | | 3.38 | <3.6 | 22.73 | >10.0 | Wrist-2nd Digit | 3.38 | 14.0 | 41.42 | >39.0 |
| **Left Radial Anti (Base 1st Dig)** | | | | | | | | | | |
| Wrist | | 2.28 | <2.7 | 45.53 | | Wrist-Base 1st Dig | 2.28 | 10.0 | 43.86 | |
| **Right Radial Anti (Base 1st Dig)** | | | | | | | | | | |
| Wrist | | 2.22 | <2.7 | 35.06 | | Wrist-Base 1st Dig | 2.22 | 10.0 | 45.05 | |
| **Left Ulnar Anti (5th Digit)** | | | | | | | | | | |
| Wrist | | 3.44 | <3.6 | 31.18 | >15.0 | Wrist-5th Digit | 3.44 | 14.0 | 40.70 | >39.0 |
| **Right Ulnar Anti (5th Digit)** | | | | | | | | | | |
| Wrist | | 3.41 | <3.6 | 39.34 | >15.0 | Wrist-5th Digit | 3.41 | 14.0 | 41.06 | >39.0 |
| B Elbow | | 8.59 | | 25.47 | | B Elbow-Wrist | 5.19 | 28 | 53.95 | >53.0 |
| A Elbow | | 10.47 | | 25.80 | | A Elbow-B Elbow | 1.88 | 12 | 63.83 | >54.0 |




Patient: Dixon, Arnold Test Date: 7/8/2014 p. 3

07/10/2014 01:05 pm ARNOLD L DIXON DOB 4/4

Patient: Dixon, Arnold Test Date: 7/8/2014 p. 4








Lincoln/Dixon 0570

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 10, 2014

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office/treatment notes, diagnostic test results, history/ physical notes, and an Abilities form from Dr. Turney Williams and East Tennessee Brain and Spine Center for the dates of 01/01/2014 to present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

*Claire Kauffman*

Claire Kauffman
Associate Benefit Specialist
The Lincoln National Life Insurance Company

July 9, 2014

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

EAST TN BRAIN & SPINE CENTER
RELEASE OF INFORMATION
701 MED TECH PKWY STE 300
JOHNSON CITY TN 37604

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 1/1/2014 to present |
| Diagnostic Test Results | 1/1/2014 to present |
| History/Physical Notes | 1/1/2014 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950**.
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Claire Kauffman
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 9, 2014

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 1/1/2014 to present |
| Diagnostic Test Results | 1/1/2014 to present |
| History/Physical Notes | 1/1/2014 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950**.
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Claire Kauffman
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

March 18, 2014

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

Thank you for the opportunity to review your Long Term Disability Claim once again in its entirety. We have reviewed all of the information submitted, and after further analysis on your claim, we have decided that disability benefits are appropriate.

Your claim file has been returned to a Long Term Disability Benefit Specialist, for further handling. Your Specialist will process benefits that are payable and will issue payment within the next 5-7 business days. Your Specialist will also advise you if any additional or further information is necessary.

Please understand that The Lincoln National Life Insurance Company obligation to continue to make benefits payments is contingent upon satisfaction of the terms of the policy. This is not a guarantee of unlimited benefits. We will periodically require updated medical documentation, which must support an ongoing Disability to continue to receive these benefits.

We are happy to make a favorable determination concerning your Long Term Disability claim. Thank you for your cooperation and assistance in providing us with the information that was necessary for us to make this decision. Please contact our office with any questions you may have at the number listed above.

Please contact me with any questions you may have at 402-361-2759.

Sincerely,

Nick Gregor, DIA
Disability Appeals Specialist
The Lincoln National Life Insurance Company

**NMR**
Network Medical Review Co. Ltd.

"An ExamWorks Company"

**REFERRED BY:** Stephanie Wingfield
**CLIENT:** Lincoln Financial Group
**ADDRESS:** 8801 Indian Hills Drive
Omaha, NE 68114
**NAME:** Arnold Dixon
**CLAIM #:** 1120006734
**NMR #:** D323776.01
**DATE:** 03/07/14

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | Pain Medicine Associates, P.C. | 07/08/03-06/20/13 |
| PROGRESS NOTES | W. T. Williams, M.D. | 07/17/03-12/05/13 |
| PROGRESS NOTES | S. Dulebohn, M.D. | 04/13/11 |
| PROGRESS NOTES | Associated Neurologists of Kingsport | 07/28/11-02/13/14 +Undated |
| PROGRESS NOTES | Johnson City Medical Center | 03/09/12 |
| FILE REVIEWS | T. Hartsock, R.N., B.S.N. | 08/16/11-09/09/11 |
| MRI | Wellmont Health System | 01/30/04 |
| MRI | Franklin Woods Community Hospital | 01/28/11-02/10/11 |
| EMG/NCS | N. Gupta, M.D. | 03/28/11 |
| APPEAL LETTERS | | 12/27/13 |
| LAB | Solstas Lab Partners | 08/03/11-08/29/13 |
| LAB | LabCorp | 02/28/12 |
| LAB | Therapath Neuro Pathology | 01/30/14 |
| JOB | | 07/05/11-11/14/13 |
| OTHER | J. L. Martin-Robinson, MRC., CRC | 11/14/13 |
| MISC. | | 04/11/11-02/20/14 +Undated |
| ROI | | 07/08/11-07/09/13 |

**ASSESSMENT:** I have extensively reviewed all the medical and non-medical records provided for review. There is no teleconference required. I am reviewing from a neurology perspective and pain management component.

As reported, this is a woman who worked as a support analyst who stopped work due to idiopathic peripheral neuropathy in a sedentary occupation. There is a note of 07/08/03 from Dr. Ward, pain medicine physician indicated a condition of lumbar pain associated with degenerative disc disease. He was described as having a lateral rotation on extension that did not exacerbate pain. However, prolonged standing, and forward flexion does exacerbate the pain suggestive of degenerative disc disease and pain

associated with degenerative discogenic back pain. Plan was to do an epidural steroid injection. Note of 04/22/04 indicates persistent right-sided low back pain. Diagnostic imaging noted degenerated discs at L4-5 and L5-S1 with annular tear at L4-5. He also had significant facet arthropathy. They discussed possible radiofrequency denervation of the facet joint. It was noted that the claimant understood his options and did not wish to pursue any modality at that time.

Note of 02/04/11 with Dr. Turney Williams indicates MRI showing multilevel degenerative disc disease with no central stenosis. There was characteristic of L5 radiculopathy on the right when he stands. There is a negative straight leg raise while seated. Physical exam indicates symptomatic in the L5 distribution with standing and ambulation. There is multilevel degenerative disc disease and neuroforaminal outlet stenosis at the lower lumbar levels, and early symptomatic neurogenic claudication. He is noted to have chronic cervical disc discomfort with some radiation towards the right shoulder. Neurologically, he was intact. It was noted that he was not a good surgical candidate as he had degenerative disc disease at every lumbar level. Note of 03/15/11 from Dr. Turney Williams indicates the claimant with complicated back pain, reporting lower extremity discomfort. He has multilevel degenerative condition. He is status post C5-6 ACDF with no cervical radiculopathy or myelopathy at this time and they discussed surgical interventions in the lumbar levels. Note of 07/26/11 indicates lumbosacral spondylosis without myelopathy, status post facet joint injections. He reports that if he takes pain medications he is able to sit, stand, and walk, but if he has to sit for prolonged period of time he cannot handle the pain, so he is on short-term disability per Dr. Timothy Smyth. Plan was paravertebral facet joint injections bilaterally under fluoroscopy. Note of 08/18/11 with Dr. Smyth indicates will be performing facet joint injection. He is status post typical steroid injection without significant benefit. Note of 12/15/11 from Dr. Williams indicates he has an increased in low back pain with activities, has difficulty with bending forward at the waist and getting down on the floor to look at equipment. It was stated that the claimant was not reasonably eligible to return to the workforce.

An Abilities Form dated 12/05/13 noted that the claimant does not have functional limitation or restrictions. However, the form goes on to provide that the claimant could occasionally lift/carry up to 10 pounds, sit less than one hour continuously and less than four hours per day, stand less than one hour and walk. He could occasionally finger but would have difficulty with repetitive use of hands secondary to numbness. He could never climb, bend or kneel. He would require to be supine with feet elevated every two to three hours secondary to pain and swelling.

Moving forward to 03/09/12 with Johnson City Medical Center indicates the claimant presents for a trial of spinal cord stimulation. He has severe bilateral foot and lower leg pain. He had multilevel degenerative disc disease with EMG documented peripheral neuropathy. He is not felt to be a surgical candidate. Procedure was done of spinal cord stimulator trial.

EMG done on 03/28/11 showed no evidence of radiculopathy or findings suggestive of early peripheral polyneuropathy involving the right lower extremity.

There is an appeal for disability on 12/27/13 indicating he has ongoing back pain since 1987. He reports he is not able to tolerate sitting or doing any activity more than four hours per day.

The available medical records indicate a vocational assessment for transferrable skills dated 11/14/13. It is assessed that there were transferrable skills that demonstrated presence of physical and mental capacity, which will allow him to perform other occupations.

MRI of lumbar spine on 06/28/11 showed stable multilevel degenerative changes with mild facet joint hypertrophy at multiple levels.

Progress Note from Dr. McDonald of 08/29/13 indicates exam shows decreased pinprick in bilateral feet. There is decreased vibration in bilateral toes. His gait is normal. His motor strength is intact. Lab work was ordered.

Note of 02/13/14 indicates a skin biopsy was performed per Dr. Scott McDonald that indicates findings were consistent with small fiber peripheral neuropathy and reduced epidermal nerve fiber density. He is recommended for ongoing management that includes hydrocodone. He is reporting sedation with amitriptyline. He is re-tried gabapentin but developed mouth sores within 48 hours. The patient's laboratory showed normal serum. Small fiber peripheral neuropathy confirmed by biopsy and he continued on neuropathic pain meds.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

1. **Please state your findings upon review of the medical information.**

The available medical records provided for review are consistent with a polyneuropathy, a small fiber type with degenerative disc disease involving the lumbar and cervical region with a history of previous cervical surgery.

2. **Provide a description of those claimant impairments, if any, that are supported by the medical records, and outline how these impairments would translate into functional limitations and/or medically appropriate restrictions.**

The available medical records would support an ability to sit with ability to reposition as needed up to six hours per day, the ability to stand and walk up to 10 minutes at a time up to 30 minutes each per 8-hour day at a full-time capacity. He is otherwise supported for the ability to at lift, push, pull, and carry up to 10 pounds on an occasional basis, and otherwise ability to reach above shoulder, at the shoulder, below shoulder, and fine finger manipulate, grasp, and hold.

   a. **For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**

The available medical records would support that these restrictions are in place since at least 07/28/11 forward in to the present. He is previously noted to have a diagnosis of peripheral neuropathy with noted lumbar and cervical degeneration. It would be reasonable that the claimant be re-evaluated 90 days from the last visit dated 02/13/14.

3. **Are the restrictions or limitations placed upon the claimant's work activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

The available medical records provided for review indicating that the attending physician recommends complete inability to do any and all occupation is not supported in my opinion. The treating provider is reporting that the claimant would have the ability to tolerate sitting up to four hours and otherwise

ability to occasionally stand and walk. He is otherwise rated as having normal strength with the abnormal sensation. All these findings combined support the ability to work with the noted restrictions and limitations. In my medical opinion it does not support a complete inability to do any and all occupation as again he has demonstrated motor, sensory, reflex and coordination ability with no demonstrated formal Functional Capacity Evaluation with demonstrated validity measures to support complete inability to any and all occupation.

4. **Based on this claimant's medication list are there any side effects from any of the medications that would have an impact on occupational functioning? If so, please outline and elaborate the effects along with your clinical rationale.**

The available medical records do not support that the claimant is experiencing any side effects related to his ongoing therapy with the demonstrated severity effect on his functionality.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review (I do not have a contract to provide health care services to enrollees of the health benefit plan of the insurance issuer or group health plan that is the subject of this review); the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; (I do not have staff privileges at the facility where the recommended health care service or treatment would be provided if the insurance issuer's or group health plan's previous non-certification is reversed) or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**PHYSICIAN ADVISOR:**

Charles Brock, M.D.
Board Certified Neurology
Board Certified Pain Management
Assistant Professor of Neurology,
University of South Florida,
College of Medicine
Licensed in State of FL #ME0069227

*NMR CONFLICT OF INTEREST ATTESTATION:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

## Gregor, Nicholas

**To:** Arnold Dixon
**Subject:** RE: Claim # 1120006734

Hello,

Thank you for the new information. I will start working on setting up the medical review phase of the appeal and will let you know when the review is complete, which I anticipate will be around 30 days.

Thanks,

**Nick Gregor, DIA**
**Disability Appeals Specialist**
**Claim Shared Services**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free: (855) 818-2883
Phone: (402) 361-2759
Fax: (877) 843-3950
nicholas.gregor@lfg.com
**You're In Charge®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**From:** Arnold Dixon [mailto:
**Sent:** Thursday, February 20, 2014 6:16 PM
**To:** Gregor, Nicholas
**Subject:** Claim # 1120006734

Hello Nick,

I have attached the results from my biopsy and as you can see my readings are well below the abnormal levels. I wish they had performed this test before now but I had no idea there were two types of peripheral neuropathy so I am at the doctors mercy. As a result, this test shows why it would be difficult for me to return to work. As stated in my letter it is difficult for me to wear shoes and I have to keep my feet elevated, if not the pain a swelling intensifies. Along with the neuropathy I have to deal with the degenerative discs in my back in which I have to recline to be able to tolerate the pain. I will continue to see the neurologist on a regular basis in hopes to find some relief and hopefully a cure but at this point nothing has helped. To be honest, if all I had to deal with is my back issues or just the neuropathy it would make it difficult to work at 100% but with both problems to deal with it is completely impossible.

Along with the appeal letter and this test result is why I feel I should have my benefits reinstated and hope Lincoln feels likewise. If you have any questions at all please don't hesitate to call or email me at anytime.

Thank you,

Arnold Dixon

## Gregor, Nicholas

**From:** Arnold Dixon <
**Sent:** Thursday, February 20, 2014 6:16 PM
**To:** Gregor, Nicholas
**Subject:** Claim # 1120006734
**Attachments:** Test Results.pdf

Hello Nick,

I have attached the results from my biopsy and as you can see my readings are well below the abnormal levels. I wish they had performed this test before now but I had no idea there were two types of peripheral neuropathy so I am at the doctors mercy. As a result, this test shows why it would be difficult for me to return to work. As stated in my letter it is difficult for me to wear shoes and I have to keep my feet elevated, if not the pain a swelling intensifies. Along with the neuropathy I have to deal with the degenerative discs in my back in which I have to recline to be able to tolerate the pain. I will continue to see the neurologist on a regular basis in hopes to find some relief and hopefully a cure but at this point nothing has helped. To be honest, if all I had to deal with is my back issues or just the neuropathy it would make it difficult to work at 100% but with both problems to deal with it is completely impossible.

Along with the appeal letter and this test result is why I feel I should have my benefits reinstated and hope Lincoln feels likewise. If you have any questions at all please don't hesitate to call or email me at anytime.

Thank you,

Arnold Dixon

**NAME:** Arnold Dixon
**DATE:** 02/13/14
**D.O.B.:**
**CHART#:** 71509

Arnold Dixon's skin biopsy is consistent with small fiber peripheral neuropathy and reduced epidermal nerve fiber density, both the right calf and right foot. He remains on hydrocodone 10/325 prescribed by Dr. Turney Williams' pain clinic. He takes it b.i.d. In the past, he had sedation with amitriptyline and is willing to try nortriptyline which is less sedating 25 mg q.h.s. #30 with six refills. After one week if pain persists in his feet, I have asked him to add samples again of 5% Lidoderm patch, one-half patch on top of each foot. He retried gabapentin at home and developed mouth sores within 48 hours and had the same problem with Lyrica in the past and is likely allergic to both gabapentin and Lyrica. In the past, he could not tolerate Cymbalta samples due to dizziness. Recent laboratory showed normal serum glucose, small fiber peripheral neuropathy confirmed by a biopsy. Continue on neuropathic medicines.

R. Scott Macdonald, MD
RSM/ljm/3053*
cc: Dr. Randy McLaughlin
Dr. Turney Williams

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

## PATHOLOGY REPORT

**PATIENT: DIXON, ARNOLD L.**
*D.O.B.:* *AGE:* 53 *SEX:* M
*PHYSICIAN:* Jami Reaves M.D.
*COPY TO:*

**ACCESSION NUMBER: B14-00504**
*DATE COLLECTED:* 01/30/2014
*DATE RECEIVED:* 01/31/2014
*DATE REPORTED:* 02/06/2014

**Clinical History:**
337.00; Long standing skin sensitivity, swelling with failure to tolerate treatment. Disability concerns.

## DIAGNOSIS:

A. Rt Calf, skin biopsy: **Skin with significantly reduced epidermal nerve fiber density, consistent with small fiber neuropathy**

B. Rt Foot, skin biopsy: **Skin with significantly reduced epidermal nerve fiber density, consistent with small fiber neuropathy**



**Representative sample from a biopsy with normal epidermal nerve fiber density. Arrow points to a small nerve fiber.**



**Representative sample from an abnormal biopsy with absent epidermal nerve fibers**

### MICROSCOPIC DESCRIPTION:

A. From the samples that have been tested, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are very focal and this analysis does not exclude the diagnosis.

B. From the samples that have been tested, there is no evidence of vasculitis or other histological abnormalities based on the H&E stain. No amyloid is detected by the Congo Red stain. Both of these disorders are very focal and this analysis does not exclude the diagnosis.

### EPIDERMAL NERVE FIBER DENSITY TEST:

| Specimen | Result Value | ABNORMAL | LOW NORMAL |
|---|---|---|---|
| A. Rt Calf | 4.16 | < 5.4 | 5.4 - 5.7 |
| B. Rt Foot | 1.48 | < 3.11 | 3.11 - 4.50 |

THERAPATH
NEUROPATHOLOGY

Therapath
545 West 45th Street
New York, NY 10036
800-681-4338
www.therapath.com

**PATIENT: Dixon, Arnold L** **ACCESSION NUMBER: B14-00504**

**GROSS DESCRIPTION:**

A. Specimen received fixed in 2% PLP in one vial labeled "Rt Calf". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.4 cm.

B. Specimen received fixed in 2% PLP in one vial labeled "Rt Foot". It consists of a soft tan punch biopsy of skin, measuring 0.3 cm in diameter by 0.3 cm.

**Electronic Signature**

Lizette Henriquez-Cabrera, MD

**INTERPRETATION OF RESULTS:**

The epidermal nerve fiber density (ENFD) of each sample is determined by using the published counting rules (Lauria G et al. Eur J Neurol 2005; 12:1-12 and Kennedy WR et al. in Dyck PJ, Thomas PK (eds) Peripheral Neuropathy. 4th ed. Philadelphia: WB Sanders, 2004. pp 869-95. The analysis is performed by counting the number of epidermal fibers that cross the basement membrane, counting 5 separate tissue sections. The total number of fibers is divided by the length of the epidermis in the five sections, giving the ENFD (fibers per millimeter length of epidermis).

The ENFD is compared to the values in specimens from normal control subjects determined by Therapath. The lower limit of normal (95% confidence interval) for ENFD is 6.8 at the thigh, 5.4 at the calf, and 3.1 at the foot. Lower ENFD values are considered to be significantly decreased and consistent with the diagnosis of small fiber neuropathy.

Values that are in the low normal range (90% confidence interval), may be suspicious for early or mild neuropathy. These range between 6.8 to 8 at the thigh, 5.4 to 5.7 at the calf, and 3.1 to 4.5 at the foot.

On occasion, the ENFD can be normal, but morphological examination reveals structural abnormalities such as axonal swelling or excessive branching. These are considered to be pre-degenerative changes that are also associated with small fiber neuropathy (Lauria et al, J Neurol Sci 1999; 164: 172-8; Lauria et al, Neurology 2003; 61: 631-6).

In length dependent neuropathies, the ENFD is more severely reduced at the level of the calf or foot than at the thigh, consistent with the distal accentuation. A greater reduction of the ENFD at the thigh than the calf may indicate the presence of a multifocal sensory neuropathy or sensory neuronopathy (Chai et al. Neurology 2005; 65: 925-7).

The presence of normal ENFD does not by itself rule out a diagnosis of small fiber neuropathy. A reduced ENFD also does not indicate a particular cause for the neuropathy or predict a response to therapy. The diagnosis and treatment of any medical condition depends on the patient's clinical presentation and results of all laboratory investigations as interpreted by the physician.

This test was developed and its performance characteristics determined by Therapath LLC. Therapath is licensed under the Clinical Laboratory Improvement Amendments of 1998 (CLIA) to perform epidermal nerve fiber density testing. Therapath LLC. has performed assay validation studies and has developed its laboratory protocols and operating procedures in accordance with the standards of the National Committee on Clinical Laboratory Standards (NCCLS).

**CPT CODES:** 88305x2, 88314x2, 88356x2, 88342x2 **OTHER CODES:** 91x2

## Gregor, Nicholas

**To:**
**Subject:** Lincoln Financial Group

Hello,

My return email is: Nicholas.gregor@lfg.com – I will look for the records tomorrow when I get back to the office, as I am leaving in a little bit.

Thank you,

**Nick Gregor, DIA**
**Disability Appeals Specialist**
**Claim Shared Services**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free: (855) 818-2883
Phone: (402) 361-2759
Fax: (877) 843-3950
nicholas.gregor@lfg.com
**You're In Charge®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 10, 2014

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Group Policy Number: 00040000300202706
Group Claim Number: 1120006734

Dear Mr. Dixon:

On 1/6/2014 we acknowledged your appeal and advised that it would be in your best interest to provide additional supportive documentation in order to complete your appeal. To date, we have not received a response.

We are approaching our initial deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA). Since we have not received a response from you, we have determined that an extension of time to process your appeal is required. Due to these special circumstances we are exercising our right to take a 45-day extension of time to decide your appeal.

Please submit any and all additional information that you believe would support your appeal. Please have this information submitted to our office no later than 3/12/2014. We expect to make our determination within 30 days of receipt of any new information. For your convenience, all documents may be sent via facsimile to 1-402-361-1460. If for some reason you require more time to submit any additional information in support of your appeal, please contact us immediately so we can discuss further.

If we do not receive the additional information by 3/12/2013, we will review your appeal and render a decision by 3/27/2014 or as soon as possible based upon the information currently available in your file.

Please contact me with any questions you may have at 402-361-2759.

Sincerely,

Nicholas Gregor, DIA
Disability Appeals Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 6, 2014

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Group Policy Number: 000400000300202706
Group Claim Number: 1120006734

Dear Mr. Dixon:

We acknowledge receipt of your 12/27/2013 appeal letter. We received your letter on 12/27/2013.

In an effort to provide your claim with a full and fair review, it may be in your best interest to submit additional medical records (in addition to what was previously submitted) for our review of your appeal. For specific details regarding the basis of our determination and the information previously reviewed, please refer to our letter dated 11/15/2013.

Please submit any and all additional medical evidence that you believe would support your appeal. Please have the medical records submitted to our office no later than 2/5/2014.

If you will not be submitting new medical records, please advise in writing so that we may begin an immediate review of your appeal. For your convenience, all documents may be sent via facsimile to 1-402-361-1460.

Please note that we are not making a final determination on your disability claim at this time, as we want to provide you with every opportunity to submit a complete appeal.

Please contact me with any questions you may have at 402-361-2759.

Sincerely,

Nick Gregor, DIA
Disability Appeals Specialist
The Lincoln National Life Insurance Company

## Nuttelmann, Annie

**From:** Nuttelmann, Annie
**Sent:** Monday, December 30, 2013 8:45 AM
**To:** 'Arnold Dixon'
**Subject:** RE: Letter

Mr. Dixon,

I do see the letter you faxed over regarding the appeal. Your claim has been placed with our Appeals Department and they will be contacting you in about a week or so to let you know the process has been started. You will also be assigned a new appeals specialist who you will handle your claim from now on. If you have further questions please contact us.

Thank you,

**Annie Nuttelmann**
**Associate LTD Benefit Specialist**
Lincoln Financial Group
8801 Indian Hills Dr
Omaha, NE 68114-4066
Phone: (402)-361-6940
Fax: (402)-951-8612
Email: Annie.Nuttelmann@LFG.com

**You're In Charge**[SM]

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**From:** Arnold Dixon [mailto:
**Sent:** Friday, December 27, 2013 9:47 PM
**To:** Nuttelmann, Annie
**Subject:** Letter

Hello Annie,

I just wanted to let you know I faxed the letter I spoke to you about a few days ago along with an updated abilities form from my December 5th appointment with Dr. Williams. I know you said it takes a couple of days for them to get it to you so I will email you at the end of next week to make sure you got it. Also I have an appointment with my neurologist January the 15th and if I can get him to do an abilities form or a letter I may email it to you if that's ok.

Thanks,

Arnold Dixon

The UPS Store®
1657 East Stone DR
Kingsport Tn 37660
423-765-1409 fax

# FAX

| | | | |
|---|---|---|---|
| To | ANNKE NUTTLEMANN | From | ARNOLD DIXON |
| Company | LINCOLN NATIONAL LIFE INS. | Phone number | |
| Fax number | 877-843-3950 | Fax number | |
| Date | 12-27-13 | Total pages | 6 INC. COVER SHEET |
| Job number | | | |

December 27, 2013

The Lincoln National Life Insurance Company
8801 Indian hills Drive
Omaha, NE 68114-4066

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Annie,

I have reviewed the letter of denial and I do not agree with the decision. The letter I am writing includes, but is not limited to, the reasons that prevent me from working.

First, I would like to say that I have been dealing with back pain since 1987, and unknowingly neuropathy since approximately the late 90's, so please know that my decision to stop working in July of 2011 was not taken lightly and was not easily or quickly made. In the fall of 2010, the pain and swelling in my feet and legs along with my back pain started getting worse and became so intense that I made a decision to see Dr. Williams at Pain Medicine Associates. I wanted to see if anything could be done for the pain and swelling even though they had told me in the past that they couldn't do anything for my back until it got to the point that I couldn't walk or lost strength. After several tests and procedures that resulted in no relief, Dr. Williams suggested doing an EMG to see what may show up. The EMG was scheduled and performed in March of 2011 and at that point, I was told that I had neuropathy. Before this I had thought all of my problems were related to my back. It was a struggle to go to work every day and perform at the level needed to do my job. The pain from my degenerative discs and the neuropathy distracted me and made it impossible to concentrate on my work. It also prevented me from sleeping at night and as a result, my performance level declined. Had my employer not been gracious enough to work with me since 2008 when I had neck surgery, I would have been terminated long before I made my decision to quit work in July of 2011.

Not only does the pain keep me from working at full capacity, but there are times the pain is so intense that I cannot drive or get out of bed. When this happens and I sit up, the pain makes me nauseous. This occurs at least once every two weeks or so and even more often when I am active. The pain gets worse and worse as the day goes on, even more so the more active I am. As you know, I take pain medicine. It only knocks the edge off the pain and wears off several hours before I can take another dose. The more active I am when doing activities like sitting, standing, walking or a combination of the three, the more pain I experience which elevates my blood pressure. This creates even more discomfort. If I were to work, I would have to take my medicine after arriving to work because I cannot drive for several hours after taking it. This would make it difficult to stay awake as the medicine causes drowsiness, so in addition to the distraction of the pain, the medicine also makes it impossible to concentrate

while working. These physical problems have caused me to not only quit work but basically everything I once enjoyed doing i.e. golfing, softball, basketball, fishing, going to church on a regular basis, traveling and even going to a theater to watch a movie. The pain I experience on a daily basis is too great to do these things. I can't wear socks and shoes for more than a few minutes without the pain caused by neuropathy intensifying so much that I have to take my shoes off. I have to use a cane when I experience numbness in my feet because I stumble. My skin gets hyper-sensitive to the point that I can't tolerate any material touching my skin and as a result will not allow me to wear pants or shirts.

Below are a few things the letter states that I do not agree with and/or have concerns about.

- In the denial letter it states that "it would be reasonable to conclude that you would be limited to the following:
  - Sitting up to 4 hours at a time per day".

    Dr. Williams' notes plainly state that I cannot sit for more than **4 hours/day**, occasionally through the week, not every day of the week. I cannot do anything for 4 hours or more/day, 5 days/week whether it's sitting, standing, walking or a combination of the 3. His notes also state that my feet need to be elevated so, I possibly could sit, walk, stand or a combination of the 3 if I can keep my feet elevated for at least 30 minutes to 1 hour every 2 hours. In addition his notes state that I would also have to work in a reclined position to relieve the pressure from my back to keep the pain at a minimum. In my experience there are simply no jobs available that could accommodate these needs. I am not able to sit for any amount of time that my back doesn't hurt to the point of severe distraction, and even when I lay down I have to lay for at least an hour to get enough relief so that I can sleep. This is on a day I haven't been active, doing things such as walking, sitting up, or standing. It is difficult to impossible for me to sit for more than a couple of hours at a time without having to elevate my feet and recline. On the few occasions that I have tried to sit up in places outside of my home, the pain is so intense that I am unable to do so, even while on my medication.

- The letter also gives the definition of sedentary work as a type of work I should be able to do. I understand the definition but it is based on an 8 hour day and sitting for at least 6 hours. As stated before in this letter and in my medical records, that is something I am not capable of doing.

- The suggested jobs listed in the denial letter were all sedentary occupations, as was the job I held before going on disability, the same job that you have agreed I am not physically capable of holding. I am indeed not physically capable of doing the job I had

before going on disability just as I am not physically capable of holding other similar sedentary jobs. I did little to no lifting in my previous occupation and sitting was my biggest problem as it would be in the other sedentary positions mentioned in the denial letter. This has been stated throughout my medical records. I also am not qualified to do these jobs due to experience, training and/or education. It has been over 22 years since I obtained my degree which is ancient in computer technology. Therefore I would have to start out at an entry level position and would not make or even come close to the income that I made in my previous job because of lack of experience. These are my concerns and thoughts on the occupations listed:

- Computer Operations Manager: This is very similar to my old occupation and I actually held this job in 2008, a few months before my surgery. I was relieved of my responsibilities in 2010 because I could not keep up with my duties due to my physical limitations. The job requires a lot of standing and walking because you cannot manage effectively while sitting behind a desk. Businesses today require a "working manager" to get the most for their money so to speak.
- System Analyst: I have never worked as an analyst at any level; therefore I have no experience in this field. The courses I took to obtain my degree had very little to do with any type of analyst work whatsoever.
- Computer Programmer: My degree covered programming as a minor not a major which would not be sufficient in obtaining employment in this field. The programming language I did learn is obsolete compared to what I learned over 20 years ago. To do this job I would have to go back to school which I could not do due to my physical limitations.
- User Support Analyst: It has been 15 years since I worked as a computer technician and the hardware and software for computers has changed exponentially since then. I would again have to go back to school to be up to date on the new changes in this field. This is also a much more physically demanding job than the one I held before going on disability, the job that it has been agreed upon that I am not capable of performing, requiring traveling to customer sites, frequent kneeling, standing, and bending to diagnose and repair problems.

In my previous occupation I helped do the hiring for these positions and know exactly what they require and what businesses want from their employees. With my experience and knowledge these are not suitable replacements for my previous occupation.

In closing, the denial letter and documentation acknowledges and includes, along with medical records that I am suffering from peripheral neuropathy and degenerative discs. LFG along with SSID determined two years ago that I was disabled and couldn't work. I was not able to work then and I certainly am not able to work now. My condition has not improved in those two years. The conditions I suffer from usually do not stabilize and only get worse with time as mine have to this point. The pain I experience day in and day out is debilitating and exhausting. If there was any way possible for me to go back to work and not have to depend

on a disability check or insurance I would more than gladly do so. Please reconsider your decision of denial. That decision would put me and my family in financial hardship as I am simply not able to hold a job considering my physical limitations. Since I received the letter of denial I have been back to Dr. Turney Williams for an office visit on 12-5-13 and obtained an updated abilities form from him. That form is included with this letter.

Regards,

Arnold Dixon

Lincoln Financial Group

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

## ABILITIES FORM

Patient Name: Arnold Dixon Jr  Date of Birth: ____

Occupation: Computers, ED, disabled  Claim Number: ____

Date of Last Office Visit: 12/5/13  Date of Next Office Visit: ____

☑ The patient does not have functional/limitations or restrictions

Provider's Signature: ____  Date: ____

Provider Printed Name: ____  Degree: ☐ MD ☐ DO Other ____

Specialty: ____  Phone: ____

**OR**

☐ ***The patient has the following functional/limitations or restrictions:***

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X less than 1hr cont | less than | 4 hr/d | |
| Stand | | X less than 1 hr | | | |
| Walk | | X cont | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | | | | |
| Finger | | X difficulty c repetitive use of hands | | | R / L / Both |
| Handle | | | 2° numbness | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☑ No  Specify: ____

Specific Limitations or Restrictions not noted above:
pt requires supine c feet elevated q 2-3 hrs 2° pain + swelling

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature]  Date: 12/5/13

Provider Printed Name: R.T. Williams  Degree: ☒ MD ☐ DO Other ____

Specialty: Pain Medicine  Phone: 423 232 6120

Address: 101 MedTech Park Johnson City Tenn 37601

The UPS Store®
1657 East Stone DR
Kingsport Tn 37660
423-765-1409 fax

# FAX

| | | | |
|---|---|---|---|
| To | ANNIE NUTTLEMANN | From | ARNOLD DIXON |
| Company | LINCOLN NATIONAL LIFE INS. | Phone number | |
| Fax number | 877-843-3950 | Fax number | |
| Date | 12-27-13 | Total pages | 6 INC. COVER SHEET |
| Job number | | | |

December 27, 2013

The Lincoln National Life Insurance Company
8801 Indian hills Drive
Omaha, NE 68114-4066

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Annie,

I have reviewed the letter of denial and I do not agree with the decision. The letter I am writing includes, but is not limited to, the reasons that prevent me from working.

First, I would like to say that I have been dealing with back pain since 1987, and unknowingly neuropathy since approximately the late 90's, so please know that my decision to stop working in July of 2011 was not taken lightly and was not easily or quickly made. In the fall of 2010, the pain and swelling in my feet and legs along with my back pain started getting worse and became so intense that I made a decision to see Dr. Williams at Pain Medicine Associates. I wanted to see if anything could be done for the pain and swelling even though they had told me in the past that they couldn't do anything for my back until it got to the point that I couldn't walk or lost strength. After several tests and procedures that resulted in no relief, Dr. Williams suggested doing an EMG to see what may show up. The EMG was scheduled and performed in March of 2011 and at that point, I was told that I had neuropathy. Before this I had thought all of my problems were related to my back. It was a struggle to go to work every day and perform at the level needed to do my job. The pain from my degenerative discs and the neuropathy distracted me and made it impossible to concentrate on my work. It also prevented me from sleeping at night and as a result, my performance level declined. Had my employer not been gracious enough to work with me since 2008 when I had neck surgery, I would have been terminated long before I made my decision to quit work in July of 2011.

Not only does the pain keep me from working at full capacity, but there are times the pain is so intense that I cannot drive or get out of bed. When this happens and I sit up, the pain makes me nauseous. This occurs at least once every two weeks or so and even more often when I am active. The pain gets worse and worse as the day goes on, even more so the more active I am. As you know, I take pain medicine. It only knocks the edge off the pain and wears off several hours before I can take another dose. The more active I am when doing activities like sitting, standing, walking or a combination of the three, the more pain I experience which elevates my blood pressure. This creates even more discomfort. If I were to work, I would have to take my medicine after arriving to work because I cannot drive for several hours after taking it. This would make it difficult to stay awake as the medicine causes drowsiness, so in addition to the distraction of the pain, the medicine also makes it impossible to concentrate

while working. These physical problems have caused me to not only quit work but basically everything I once enjoyed doing i.e. golfing, softball, basketball, fishing, going to church on a regular basis, traveling and even going to a theater to watch a movie. The pain I experience on a daily basis is too great to do these things. I can't wear socks and shoes for more than a few minutes without the pain caused by neuropathy intensifying so much that I have to take my shoes off. I have to use a cane when I experience numbness in my feet because I stumble. My skin gets hyper-sensitive to the point that I can't tolerate any material touching my skin and as a result will not allow me to wear pants or shirts.

Below are a few things the letter states that I do not agree with and/or have concerns about.

- In the denial letter it states that "it would be reasonable to conclude that you would be limited to the following:
    - Sitting up to 4 hours at a time per day".

      Dr. Williams' notes plainly state that I cannot sit for more than **4 hours/day**, occasionally through the week, not every day of the week. I cannot do anything for 4 hours or more/day, 5 days/week whether it's sitting, standing, walking or a combination of the 3. His notes also state that my feet need to be elevated so, I possibly could sit, walk, stand or a combination of the 3 if I can keep my feet elevated for at least 30 minutes to 1 hour every 2 hours. In addition his notes state that I would also have to work in a reclined position to relieve the pressure from my back to keep the pain at a minimum. In my experience there are simply no jobs available that could accommodate these needs. I am not able to sit for any amount of time that my back doesn't hurt to the point of severe distraction, and even when I lay down I have to lay for at least an hour to get enough relief so that I can sleep. This is on a day I haven't been active, doing things such as walking, sitting up, or standing. It is difficult to impossible for me to sit for more than a couple of hours at a time without having to elevate my feet and recline. On the few occasions that I have tried to sit up in places outside of my home, the pain is so intense that I am unable to do so, even while on my medication.

- The letter also gives the definition of sedentary work as a type of work I should be able to do. I understand the definition but it is based on an 8 hour day and sitting for at least 6 hours. As stated before in this letter and in my medical records, that is something I am not capable of doing.

- The suggested jobs listed in the denial letter were all sedentary occupations, as was the job I held before going on disability, the same job that you have agreed I am not physically capable of holding. I am indeed not physically capable of doing the job I had

before going on disability just as I am not physically capable of holding other similar sedentary jobs. I did little to no lifting in my previous occupation and sitting was my biggest problem as it would be in the other sedentary positions mentioned in the denial letter. This has been stated throughout my medical records. I also am not qualified to do these jobs due to experience, training and/or education. It has been over 22 years since I obtained my degree which is ancient in computer technology. Therefore I would have to start out at an entry level position and would not make or even come close to the income that I made in my previous job because of lack of experience. These are my concerns and thoughts on the occupations listed:

- Computer Operations Manager: This is very similar to my old occupation and I actually held this job in 2008, a few months before my surgery. I was relieved of my responsibilities in 2010 because I could not keep up with my duties due to my physical limitations. The job requires a lot of standing and walking because you cannot manage effectively while sitting behind a desk. Businesses today require a "working manager" to get the most for their money so to speak.
- System Analyst: I have never worked as an analyst at any level; therefore I have no experience in this field. The courses I took to obtain my degree had very little to do with any type of analyst work whatsoever.
- Computer Programmer: My degree covered programming as a minor not a major which would not be sufficient in obtaining employment in this field. The programming language I did learn is obsolete compared to what I learned over 20 years ago. To do this job I would have to go back to school which I could not do due to my physical limitations.
- User Support Analyst: It has been 15 years since I worked as a computer technician and the hardware and software for computers has changed exponentially since then. I would again have to go back to school to be up to date on the new changes in this field. This is also a much more physically demanding job than the one I held before going on disability, the job that it has been agreed upon that I am not capable of performing, requiring traveling to customer sites, frequent kneeling, standing, and bending to diagnose and repair problems.

In my previous occupation I helped do the hiring for these positions and know exactly what they require and what businesses want from their employees. With my experience and knowledge these are not suitable replacements for my previous occupation.

In closing, the denial letter and documentation acknowledges and includes, along with medical records that I am suffering from peripheral neuropathy and degenerative discs. LFG along with SSID determined two years ago that I was disabled and couldn't work. I was not able to work then and I certainly am not able to work now. My condition has not improved in those two years. The conditions I suffer from usually do not stabilize and only get worse with time as mine have to this point. The pain I experience day in and day out is debilitating and exhausting. If there was any way possible for me to go back to work and not have to depend

on a disability check or insurance I would more than gladly do so. Please reconsider your decision of denial. That decision would put me and my family in financial hardship as I am simply not able to hold a job considering my physical limitations. Since I received the letter of denial I have been back to Dr. Turney Williams for an office visit on 12-5-13 and obtained an updated abilities form from him. That form is included with this letter.

Regards,

Arnold Dixon

Lincoln Financial Group

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

## ABILITIES FORM

Patient Name: Arnold Dixon Jr
Date of Birth: ___
Occupation: Computers, SD, disabled
Claim Number: ___
Date of Last Office Visit: 12/5/13
Date of Next Office Visit: ___

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: ___ Date: ___
Provider Printed Name: ___ Degree: ☐ MD ☐ DO Other ___
Specialty: ___ Phone: ___

**OR**

☐ ***The patient has the following functional/limitations or restrictions:***

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | X | | | |
| 36 - 50 lbs. | X | | | |
| 51 - 100 lbs. | X | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X less than 1 hr | cont less than | 4 hr/d | |
| Stand | | X less than 1 hr | | | |
| Walk | | X cont | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | | | | |
| Finger | | X difficulty c̄ | repetitive use of hands | | R / L / Both |
| Handle | | | 2° numbness | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☒ No Specify: ___

Specific Limitations or Restrictions not noted above:
pt requires supine c̄ feet elevated q 2-3 hrs 2° pain + swelling

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] Date: 12/5/13
Provider Printed Name: R.T. Williams Degree: ☒ MD ☐ DO Other ___
Specialty: Pain Medicine Phone: 423 232 6120
Address: 101 MedTech Park Johnson City Tenn 37601

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC10248

## Nuttelmann, Annie

**From:** Nuttelmann, Annie
**Sent:** Monday, November 25, 2013 12:34 PM
**To:** 'Arnold Dixon'
**Subject:** RE: Question

Mr. Dixon,
The last payment you received of 1,759.00 is for your last benefit period of 11/5/13 to 1/5/14. This will be the last payment you receive for your claim. If you have any other questions please let me know.
Thank you,

**Annie Nuttelmann**
**Associate LTD Benefit Specialist**
Lincoln Financial Group
8801 Indian Hills Dr
Omaha, NE 68114-4066
Phone: (402)-361-6940
Fax: (402)-951-8612
Email: Annie.Nuttelmann@LFG.com

**You're In Charge[SM]**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**From:** Arnold Dixon [mailto:
**Sent:** Monday, November 25, 2013 12:28 PM
**To:** Nuttelmann, Annie
**Subject:** Question

Hey Annie,

I hope you are having a good day. I received a deposit of $1,759.00 from Lincoln today. Do you know why?

Thanks,

Arnold

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

November 21, 2013

ARNOLD DIXON

Re: Policy Number: 000400003000202706
Claim Number: 1120006734
Insured: ARNOLD DIXON

Dear Mr. Dixon

I have received your request for a copy of your disability claim file.

I am enclosing the information as requested, including all file documentation as well as any correspondence in the file.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Annie Nuttelmann
Associate Long Term Disability Benefit Specialist
The Lincoln National Life Insurance Company

## Nuttelmann, Annie

**From:** Nuttelmann, Annie
**Sent:** Thursday, November 21, 2013 10:49 AM
**To:** 'Arnold Dixon'
**Subject:** RE: Request
**Attachments:** Arnold Dixon Claim File 11-21-13.pdf; C00001.doc

Mr. Dixon,

Actually the email you sent asking for the documents is sufficient enough of a request for me to send you a copy of your entire file. I have attached everything in your claim file as well as copy of the policy. Please let me know if you need anything further.

Thank you,


**Annie Nuttelmann**
**Associate LTD Benefit Specialist**
Lincoln Financial Group
8801 Indian Hills Dr
Omaha, NE 68114-4066
Phone: (402)-361-6940
Fax: (402)-951-8612
Email: Annie.Nuttelmann@LFG.com


**You're In Charge[SM]**


Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.


---

**From:** Arnold Dixon [mailto: ]
**Sent:** Wednesday, November 20, 2013 10:47 PM
**To:** Nuttelmann, Annie
**Subject:** Request

Hello Annie,

I need a copy of the insurance plan and all documents that were used to come to the decision to stop my benefits. Can I request this by email or do I need to call in to request it. If email is ok please feel free to email them to me versus mailing them unless you have to.

Thanks,

Arnold

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

November 15, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon

We have completed our review of your Long Term Disability claim and have determined that we must deny benefits beyond 1/5/2014.

The Policy issued to SARATOGA TECHNOLOGIES INC contains, but is not limited to the following:

TOTAL DISABILITY or TOTALLY DISABLED means that an Insured Employee, due to an Injury or Sickness is unable:

1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.

The Own Occupation Period for this claim will end on 1/5/2014. Your own occupation was identified at the time benefits were approved and listed as Service Coordinator. After a thorough review of the information currently contained in your claim file, we have determined you are capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

**Information Reviewed and Action Taken**

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

We evaluated current information from your physician(s), as well as other sources, including vocational information. The documentation contained in your claim file includes the following:

- An Attending Physician Statement completed by Dr. W. Turney Williams on 6/29/2011
- Treatment notes and test results from Dr. Christopher Pendola dated 3/28/2011 through 10/26/2011

- Clinic notes Fr. Dr. W. Turney Williams dated 1/17/2011 through 3/29/2012
- New Patient Visit notes as well as MRI results dated 4/18/2011 from Dr. Scott Dulebohn
- Office notes dated 8/18/2011 from Dr. Timothy Smyth
- On 12/15/2011 Dr. W Turney Williams completed a level of functioning form.
- Lab results and office visit notes signed by Dr. Scott Macdonald on 6/13/2012 and again on 12/13/2012
- Updated clinic note from Dr. W. Turney Williams on 6/20/2013
- Dr. Scott Macdonald provided another office visit note dated 8/29/2013
- An Abilities form completed by Dr. W Turney Williams dated 10/24/2013

Furthermore, we reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity.

According to the information contained in your claim file, you stopped working on 7/9/2011 due to a diagnosis of Idiopathic Peripheral Neuorpathy.

EMG test results done on 3/28/2011 showed no evidence of radiculopathy in both LE's but did suggest early peripheral polyneuropathy in involving right lower extremity.

On 4/18/11 got results of stable MRI of cervical spine without contrast when compared to examination of 10/21/2010 demonstrating some moderate to severe central canal stenosis both at C4-C5 and C6-C6 with some deformity at the cord at these levels.

Dr. Turney Williams completed the Attending Physician Statement on 6/29/2011. Stated you were diagnosed with Peripheral Neuropathy/ degenerative disc disease. Subjective symptoms included lower back and leg pain and not able to stand or ambulate.

You had an exam done with Dr. Scott Macdonald on 7/28/2011 which stated the neuropathic pain felt to be secondary to early or mild peripheral neorpathy acording to EMG study.

12/12/2012 was an office visit with Dr. Scott Macdonald during which you stated you had burning and aching in feet which was worse at night. On exam you had normal pinprick in the feet, decreased vibration in bilateral toes compared to ankles, normal motor strength in both legs, and your gait was normal.

You had an office visit with Dr. Turney Williams on 6/20/2013 for numbness and pain in fingertips bilaterally, feet bilaterally, as well as low back pain. Sensory deficit in fingertips bilaterally as well as mild sensory deficit in feet to mid ankles was noted. It

was also found that you ambulated with an unencumbered gait and motor function was 5/5 in upper and lower extremities.

On 8/29/2013 you had a follow up appointment with Dr. Scott Macdonald. You presented with pain in your feet. The exam showed decreased pinprick in bilateral feet with decreased vibration in bilateral toes compared to ankles and fingertips compared to wrists. Motor strength was intact and your gait was normal.

An Abilities form was completed on 10/24/2013 with Dr. Turney Wiliams. It stated you could occasionally lift up to 10 lbs and could sit up to 4 hours a day. You can never climb, bend, kneel but there are no environmental factors you must avoid.

On 11/11/2013 an internal medical review was done and found that the medical findings do not support functional impairment due to lumbar disc degeneration or peripheral neuropathy. The only restriction or limitation preventing sedentary work is sitting more than 4 hours. No pathology behind this condition by the MRI or EMG. No danger in sitting and may rise from sitting position as needed, this is not an accommodation.

Based on the above medical documentation and information submitted to our office, it would be reasonable to conclude that you would be limited to the following:

- Lifting more than 10 lbs
- Sitting up to 4 hours at a time per day
- Climbing
- Bending
- Kneeling

We have concluded that these restrictions and limitations would preclude you from performing your Own Occupation as a Service Coordinator

However, the documentation provided suggests you are not limited from working in a Sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is outlined as:

Sedentary: Seated occupations with only occasional walking or standing and less than 10 pounds of occasional lifting per U.S. Department of Labor standards.

Using The Dictionary of Occupation Titles as a reference, we found that you would be capable of performing the following occupations:

| DOT# | Occupation | Wage (mean) | Physical Demand |
|---|---|---|---|
| 1. 3619.167-082 | Manager, Computer Operations | $110,60 | Sedentary |
| 2. 030.167-014 | System Analyst | $75,270 | Sedentary |
| 3. 030.162-010 | Computer Programmer | $47,740 | Sedentary |
| 4. 032.262-010 | User Support Analyst | $41,120 | Sedentary |

The occupations listed above require the transferrable skills you obtained in your prior occupation and/or schooling which include, but are not limited to the following: The ability to understand instructions and underlying concepts, and to reason and make judgements. The ability to learn simple processes. The ability to set and meet standards. The ability and knowledge of how to observe and document observations. These occupations do not require the **same level of physical exertion** as your Own Occupation required. We have concluded that you have the capacity to perform gainful employment at a sedentary occupation, as defined above.

The preceding list is just a sample of various occupations that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The occupations listed are found to exist within your area of residence and are appropriate from the standpoint of adequate salary levels relative to your prior earnings of $4229.16 NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives; only that the occupations identified exist within the local labor market.

**Summary**

In summary, it is our determination that based upon your age, education, training, past work experience and your current abilities, that you are not prevented from performing work in other occupations, even if you can no longer perform your Own Occupation. Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 1/5/2014 Your payment for benefits through 1/5/2014 is being sent under separate cover.

> As a reminder, on 1/5/2014, your Own Occupation Period of the policy ends. This means, to qualify for ongoing Total Disability benefits, you must have restrictions and limitations beyond 1/5/2014 that render you unable to work in any gainful occupation (sedentary or otherwise) that your past training, education and experience will reasonably allow. If you believe that your condition prevents you from working in any occupation, please submit medical records, not previously submitted, that will help us evaluate your capacity to work as of 1/5/2014. You may send the information to my attention at the address listed on the letterhead or you may fax the information directly to my attention at 877-843-3950. After reviewing the information, we will be in further contact with you regarding your claim for continued benefits after 1/5/2014

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 180 days after you receive this denial notice.

Risk Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Your request for an appeal needs to include the following:

- A letter of appeal outlining the reason(s) for your appeal. This letter needs to include your policy number and claim number.
- Medical records to support your appeal such as office and treatment notes, laboratory results, x-rays and testing results.

If you wish, you may also request copies of the pertinent documents. We will then provide you with a full written explanation of the decision within 45 days of receipt of your appeal.

You and your plan may have other voluntary alternative dispute resolution options, such as mediation, if your plan is subject to ERISA. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Annie Nuttelmann
Associate Long Term Disability Benefit Specialist
The Lincoln National Life Insurance Company

# TENNESSEE OES WAGE DATA

The following wage calculations are based on survey results. The Occupational Employment Statistics (OES) survey collects wages for wage and salary workers in non-farm establishments by industry.

**Wages for Area:** Kingsport-Bristol-Bristol, TN-VA Metropolitan Statistical
**Estimated Wage Data For:** May 2012

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|---|---|---|---|---|---|---|---|
| 032.262-010 | 15-1151 | Computer User Support Specialists | $19.77 | $17.56 | $41,120 | 300 | 4 |

# OCCUPATIONAL DESCRIPTION

**032.262-010  User Support Analyst**

Investigates and resolves computer software and hardware problems of users: Receives telephone calls from users having problems using computer software and hardware or inquiring how to use specific software, such as statistical, graphics, data base, printing, word processing, programming languages, electronic mail, and operating systems. Talks to user to learn procedures followed and source of error. Answers questions, applying knowledge of computer software, hardware, and procedures. Asks user with problem to use telephone and participate in diagnostic procedures, using diagnostic software, or by listening to and following instructions. Determines whether problem is caused by hardware, such as modem, printer, cables, or telephone. Talks with coworkers to research problem and find solution. Talks to programmers to explain software errors or to recommend changes to programs. Calls software and hardware vendors to request service regarding defective products. Reads trade magazines and attends computer trade shows to obtain current information about computers. May test software and hardware to evaluate ease of use and whether product will aid user in performing work. May write software and hardware evaluation and recommendation for management review. May write or revise user training manuals and procedures. May develop training materials, such as exercises and visual displays. May train users on software and hardware on-site or in classroom, or recommend outside contractors to provide training. May install microcomputers, software, and peripheral equipment, following procedures and using handtools [MICROCOMPUTER SUPPORT SPECIALIST (profess & kin.) 039.264-010]. May work as in-house consultant and research alternate approaches to existing software and hardware when standardized approaches cannot be applied. May conduct office automation feasibility studies, including work flow analysis, space design, and cost comparison analysis. May specialize by type of software, computer language, or computer operating system.
Alternate Titles: Customer Service Representative; End User Consultant; Help Desk Representative; Information Center Specialist; Office Automation Analyst

DLU: 1990

# OCCUPATIONAL REQUIREMENTS

**Title:** User Support Analyst
**Industry:** Professional and Kindred

**DOT Code:** 032.262-010

**Specific Vocational Preparation:** Level 7 (2 to 4 years)

**General Educational Development:** Reasoning Level 4
Mathematics Level 3
Language Level 4

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | |
|---|---|
| Climbing | Never |
| Balancing | Never |
| Stooping | Never |
| Kneeling | Never |
| Crouching | Never |
| Crawling | Never |
| Reaching | Frequently |
| Handling | Frequently |
| Fingering | Frequently |
| Feeling | Never |
| Talking | Constantly |
| Hearing | Constantly |
| Tasting/Smelling | Never |
| Near Acuity | Constantly |
| Far Acuity | Never |
| Depth Perception | Never |
| Accommodation | Occasionally |
| Color Vision | Never |
| Field of Vision | Never |

| Environmental Conditions: | |
|---|---|
| Noise Intensity Level | Moderate |
| Exposure to Weather | Never |
| Extreme Cold | Never |
| Extreme Heat | Never |
| Wet and/or Humid | Never |
| Vibration | Never |
| Atmospheric Conditions | Never |
| Proximity to Moving Mechanical Parts | Never |
| Exposure to Electrical Shock | Never |
| Working in High Exposed Places | Never |
| Exposure to Radiation | Never |
| Working with Explosives | Never |
| Exposure to Toxic or Caustic Chemicals | Never |
| Other Environmental Conditions | Never |

**Work Situations:** Dealing with people.
Making judgments and decisions.
Attaining precise set limits, tolerances, and standards.

**Data:** Analyzing
**People:** Speaking-Signaling
**Things:** Operating-Controlling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | Not Included |
| Verbal Aptitude | 2 (67-89 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

# TENNESSEE OES WAGE DATA

The following wage calculations are based on survey results. The Occupational Employment Statistics (OES) survey collects wages for wage and salary workers in non-farm establishments by industry.

**Wages for Area:** Kingsport-Bristol-Bristol, TN-VA Metropolitan Statistical
**Estimated Wage Data For:** May 2012

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|---|---|---|---|---|---|---|---|
| 030.167-014 | 15-1121 | Computer Systems Analysts | $36.19 | $34.81 | $75,270 | 300 | 4 |



Case 2:21-cv-00038-CEA-CRW Document 17-3 Filed 06/11/21 Page 575 of 1097 PageID #: 676
Lincoln/Dixon 0613

# OCCUPATIONAL DESCRIPTION

**030.167-014 Systems Analyst**

Analyzes user requirements, procedures, and problems to automate processing or to improve existing computer system: Confers with personnel of organizational units involved to analyze current operational procedures, identify problems, and learn specific input and output requirements, such as forms of data input, how data is to be summarized, and formats for reports. Writes detailed description of user needs, program functions, and steps required to develop or modify computer program. Reviews computer system capabilities, workflow, and scheduling limitations to determine if requested program or program change is possible within existing system. Studies existing information processing systems to evaluate effectiveness and develops new systems to improve production or workflow as required. Prepares workflow charts and diagrams to specify in detail operations to be performed by equipment and computer programs and operations to be performed by personnel in system. Conducts studies pertaining to development of new information systems to meet current and projected needs. Plans and prepares technical reports, memoranda, and instructional manuals as documentation of program development. Upgrades system and corrects errors to maintain system after implementation. May assist COMPUTER PROGRAMMER (profess. & kin.) 030.162-010 in resolution of work problems related to flow charts, project specifications, or programming. May prepare time and cost estimates for completing projects. May direct and coordinate work of others to develop, test, install, and modify programs.
DLU: 1990

# OCCUPATIONAL REQUIREMENTS

**Title:** Systems Analyst
**Industry:** Professional and Kindred
**DOT Code:** 030.167-014

**Specific Vocational Preparation:** Level 7 (2 to 4 years)

**General Educational Development:** Reasoning Level 5
Mathematics Level 4
Language Level 5

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Occasionally | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Directing, controlling, or planning activities of others.
Dealing with people.
Making judgments and decisions.

**Data:** Coordinating
**People:** Speaking-Signaling
**Things:** Handling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 2 (76 - 82 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Numerical Aptitude | 2 (67-89 Percentile) | 2- (67 - 74 Percentile) |
| Spatial Aptitude | 4 (11-33 Percentile) | 3 (46 - 54 Percentile) |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

# TENNESSEE OES WAGE DATA

The following wage calculations are based on survey results. The Occupational Employment Statistics (OES) survey collects wages for wage and salary workers in non-farm establishments by industry.

**Wages for Area:** Kingsport-Bristol-Bristol, TN-VA Metropolitan Statistical
**Estimated Wage Data For:** May 2012

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|---|---|---|---|---|---|---|---|
| 169.167-082 | 11-3021 | Computer and Information Systems Managers | $53.17 | $55.01 | $110,600 | 150 | 2 |

# OCCUPATIONAL DESCRIPTION

**169.167-082  Manager, Computer Operations**

Directs and coordinates activities of workers engaged in computer operations:  Plans and develops policies and procedures for carrying out computer operations.  Meets with subordinate supervisors to discuss progress of work, resolve problems, and ensure that standards for quality and quantity of work are met.  Adjusts hours of work, priorities, and staff assignments to ensure efficient operation, based on work load.  Reviews daily logs and reports to detect recurring slowdowns or errors, using computer terminal.  Consults with software and hardware vendors and other establishment workers to solve problems impeding computer processing.  Meets with users to determine quality of service and identify needs.  Meets with data processing managers to determine impact of proposed changes in hardware or software on computer operations and service to users.  Evaluates new software and hardware to determine usefulness and compatibility with existing software and hardware.  Evaluates proposed data processing projects to assess adequacy of existing hardware, and recommends purchase of equipment.  Develops budget and monitors expenditures.  May direct and coordinate activities of tape library and supervise TAPE LIBRARIAN (clerical) 206.367-018.
DLU:  1990

# OCCUPATIONAL REQUIREMENTS

**Title:** Manager, Computer Operations **DOT Code:** 169.167-082
**Industry:** Professional and Kindred

**Specific Vocational Preparation:** Level 8 (4 to 10 years)

**General Educational Development:** Reasoning Level 5
Mathematics Level 4
Language Level 4

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Constantly | Exposure to Radiation | Never |
| Hearing | Constantly | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Occasionally | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Directing, controlling, or planning activities of others.
Dealing with people.
Making judgments and decisions.

**Data:** Coordinating
**People:** Speaking-Signaling
**Things:** Handling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 2 (76 - 82 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Numerical Aptitude | 3 (34-66 Percentile) | 2- (67 - 74 Percentile) |
| Spatial Aptitude | 3 (34-66 Percentile) | 3 (46 - 54 Percentile) |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

# TENNESSEE OES WAGE DATA

The following wage calculations are based on survey results. The Occupational Employment Statistics (OES) survey collects wages for wage and salary workers in non-farm establishments by industry.

**Wages for Area:** Kingsport-Bristol-Bristol, TN-VA Metropolitan Statistical
**Estimated Wage Data For:** May 2012

| DOT Code | SOC (OES) | SOC (OES) Title | Hourly Mean | Hourly Median | Annual | Empl. | DOTs |
|---|---|---|---|---|---|---|---|
| 030.162-010 | 15-1131 | Computer Programmers | $22.95 | $20.42 | $47,740 | 50 | 3 |

# OCCUPATIONAL DESCRIPTION

**030.162-010 Computer Programmer**

Converts data from project specifications and statements of problems and procedures to create or modify computer programs: Prepares, or receives from SYSTEMS ANALYST (profess. & kin.) 030.167-014, detailed workflow chart and diagram to illustrate sequence of steps that program must follow and to describe input, output, and logical operations involved. Analyzes workflow chart and diagram, applying knowledge of computer capabilities, subject matter, and symbolic logic. Confers with supervisor and representatives of departments concerned with program to resolve questions of program intent, data input, output requirements, and inclusion of internal checks and controls. Converts detailed logical flow chart to language processable by computer. Enters program codes into computer system. Inputs test data into computer. Observes computer monitor screen to interpret program operating codes. Corrects program errors, using methods such as modifying program or altering sequence of program steps. Writes instructions to guide operating personnel during production runs. Analyzes, reviews, and rewrites programs to increase operating efficiency or to adapt program to new requirements. Compiles and writes documentation of program development and subsequent revisions. May train workers to use program. May assist COMPUTER OPERATOR (clerical) 213.362-010 to resolve problems in running computer program. May work with SYSTEMS ANALYST (profess. & kin.) to obtain and analyze project specifications and flow charts. May direct and coordinate work of others to write, test, and modify computer programs. Alternate Titles: Applications Programmer; Programmer, Business

DLU: 1990

# OCCUPATIONAL REQUIREMENTS

**Title:** Computer Programmer **DOT Code:** 030.162-010
**Industry:** Professional and Kindred

**Specific Vocational Preparation:** Level 7 (2 to 4 years)

**General Educational Development:** Reasoning Level 5
Mathematics Level 4
Language Level 5

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Occasionally | Exposure to Radiation | Never |
| Hearing | Occasionally | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Occasionally | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Attaining precise set limits, tolerances, and standards.
Making judgments and decisions.
Dealing with people.

**Data:** Coordinating
**People:** Speaking-Signaling
**Things:** Operating-Controlling

| **Aptitudes:** | **DOT** | **OAP** |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 2 (76 - 82 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | 3 (46 - 54 Percentile) |
| Numerical Aptitude | 2 (67-89 Percentile) | 2- (67 - 74 Percentile) |
| Spatial Aptitude | 4 (11-33 Percentile) | 3 (46 - 54 Percentile) |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 1 (Above 89 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

# VOCATIONAL ASSESSMENT
## Transferable Skills Analysis

**CLAIM INFORMATION**:

| | |
|---|---|
| Claimant: | Arnold Dixon |
| Employer: | Saratoga Technologies |
| DOD: | 7/9/2011 |
| DOB: | |
| Claim #: | 1120006734 |
| Policy #: | 000400003002027 |
| SS#: | |
| COD: | 1/5/2014 |
| Benefit Specialist: | Annie Nuttelman |
| Date: | 11/14/2013 |

**OVERVIEW**: Mr. Dixon is a 53 year-old female Service Coordinator who ceased work on 57/8/2011 due to low back and lower extremity pain.

Mr. Dixon's mailing address is: . His telephone number is .

**MEDICAL STATUS**: This transferable skills assessment is based on a medical review performed on 11/11/2013. Abilities form states that claimant is able to lift up to 10 pounds occasionally, sit less than 4 hours and never climb, bend kneel or squat.

Mr. Dixon's own occupation has a sedentary physical level. Mr. Dixon is able to perform his own occupation as well as other occupations.

This transferable skills assessment is to determine work at the **sedentary physical** requirement level as defined by the U.S. Department of Labor.

**EDUCATION:**

Mr. Dixon reported completing the High School. He holds an Associate's Degree in Computer Engineering.

**WORK HISTORY**:

Mr. Dixon reported the following work history:

2004-2011 Service Coordinator
Saratoga Technologies

1994-2004 Operations Manager
Automation Solutions

**MILITARY HISTORY**: Mr. Dixon reported no service in the military.

**APTITUDES:**

Based on the information available regarding work history and duties, Mr. Dixon appears to possess the following vocational aptitudes:

- The ability to understand instructions and underlying concepts, and to reason and make judgments.
- The ability to understand the meaning of words and to use them effectively, comprehend language, understand the relationship between words and the understanding of words and understand the meaning of whole sentences.
- The ability to learn simple processes.
- The ability to perform the same task over and over again.
- The ability to set and meet standards.
- The ability for simple verbal and written communication.
- The ability and knowledge of how to observe and document observations.
- The ability to work effectively as a team member.

**TRANSFERABLE SKILLS:**
A review of Mr. Dixon's work experience shows support for the fact that he has acquired the following skills and abilities that are transferable to other occupations:

- Data Processing
- Information Giving

**MATERIALS, PRODUCTS, SUBJECT MATTER & SERVICE COMPONENTS:**
In addition, Mr. Dixon has experience working with the following:

- General Administrations & Administration Specialties

**EMPLOYMENT OPTIONS**:
A transferable skills analysis was performed to classify and transfer occupational skills sets and duties to assist in identifying potential occupations Mr. Dixon could pursue and would be qualified for based on her education, training, experience and gainful requirement.

The following listing is comprised of DOT, and eDOT specific occupational titles within certain industries. The DOT is the Dictionary of Occupational Titles published by the US Department of Labor and is a standard tool used in the fields of career development and vocational rehabilitation. Please note that the eDOT is published by the company ERI, and is an accepted and standard tool in the use of Transferable Skills Analysis. This listing is not intended to be all-inclusive nor is it put forth that any individual listing for the identified positions would be appropriate for Mr. Dixon.

The following are examples of positions that Mr. Dixon has the potential to perform. The identified positions are performed at the **sedentary level** and can be expected to exist within approximately a 60-mile radius of Mr. Dixon's home.

| Occupational Titles | Mean Annual | Level |
|---|---|---|
| Manager, Computer Operations<br>DOT #3169.167-082 | $110,600 | Sedentary |
| System Analyst<br>DOT #030.167-014 | $75,270 yr | Sedentary |
| Computer Programmer<br>DOT #030.162-010 | $47,740 yr | Sedentary |
| User Support Analyst<br>DOT #032.262-010 | $41,120 yr | Sedentary |

**CONCLUSION:**
The file review and transferable skills assessment has demonstrated the presence of physical and mental capacity which would allow Mr. Dixon to perform other occupations.

Based on Federal Census Wage data, the occupations that exist in the sample employment areas have a **full time salary range of $41,120 to $110,600 per year**. According to the Benefit Specialist, Mr. Dixon's policy dictates that gainful employment is **$2,537.50 per month or $30,450 per year**. Therefore, the outlook for wages within the identified occupations falls at or above the gainful occupation range.

Electronically Signed By: Date: 11/14/13
Jasmine L. Martin-Robinson, MRC, CRC
Rehabilitation Coordinator

saratoga

Services Coordinator

All tasks require the employee to pay close attention to detail.

Daily Tasks:

- Managing service calls for all Saratoga Technologies branches which includes but not limited to
  - Billing (getting service calls ready to invoice)
    - Making sure the notes are correct and complete
    - Making sure arrival and completed times are correct
    - Making sure parts are billed and accounted for
    - Remove parts from tech kits
    - Making sure labor is billed to the correct division and labor code ( e.g. service contract, BOT, limited hours, MAC hours, warranty, standard labor)
    - Making sure the correct contract is applied according to the work that is done
  - Deleting calls when needed
- Help manage Helpdesk
  - Manage technicians that are currently assigned to it
  - Handle any problems that may arise
- Managing service contract for networking which includes but not limited to
  - Creating contracts
  - Keeping equipment list current ( tag numbers applied, info updated, old equipment removed)
- Manage recurring visits for all contract customers
- Support for various divisions and branches
  - Scheduling
  - Invoicing
  - Management services
  - Bill requests
  - Support for billing service calls in Abingdon and Knoxville
- Handle customer complaints about billing
- GP support (sales orders, invoicing, Smartlist, etc.)
- Choosing calls for customer surveys

101 Med Tech Parkway | Suite 307 | Johnson City, TN 37604 | 423.282.4220 | 1.888.525.4220 | fax 423.282.4890
www.saratogaus.com

saratoga

Weekly Tasks:

- Making sure all calls are closed promptly and closed completely
  - Run a weekly report to find any calls not closed and send to techs
- Send copies of tech kits to Jamie Hall and David Sheppard
- Monitor calls coming into helpdesk and print out a weekly summary

Monthly Tasks:

- Track techs billable time and run monthly report

As Needed Tasks:

- User Administrator for vendors
- Run history of customer service calls through Smart list for sales reps
- Cover for dispatching, receiving, bill requests, and purchasing for all branches
- Inventory inquiries and/ or adjustments

Cross-Trained On:

- Purchasing
- Scheduling
- Shipping/ Receiving
- RMA
- Receptionist
- Checking in customer equipment

Lincoln Financial Group℠

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

**ABILITIES FORM**

Patient Name: ARNOLD L. DIXON JR. Date of Birth: ____
Occupation: DISABLED Claim Number: ____
Date of Last Office Visit: 9/12/13 Date of Next Office Visit: 12-5-13

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: [signature] Date: 10/24/13
Provider Printed Name: William Williams Degree: ☒ MD ☐ DO Other ____
Specialty: Pain Medicine Phone: ____

OR

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | X | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | X less than 4hrs/d | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | X | | | | |
| Bend | X | | | | |
| Kneel | X | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☒ No Specify: ____

Specific Limitations or Restrictions not noted above: Unable to sit > 4hrs Can't kneel squat Considered Unemployable

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: [signature] William Williams Date: 10/24/13
Provider Printed Name: William Williams Degree: ☒ MD ☐ DO Other ____
Specialty: Pain Medicine Phone: 423 392 6690
Address: 2002 Pavilion Drive Kingsport TN

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 30, 2013

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon :

We are writing to you regarding your claim for Long Term Disability benefits.

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Annie Nuttelmann
Associate Long Term Disability Benefit Specialist
The Lincoln National Life Insurance Company

CC: SARATOGA TECHNOLOGIES INC
ATTN WHITNEY STRANGE
101 MED TECH PARKWAY, SUITE 307
JOHNSON CITY TN 37604

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 12, 2013

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ASSOCIATED NEUROLOGISTS
RELEASE OF INFORMATION
8 SHERIDAN SQUARE, #200
KINGSPORT TN 37660

RE: Policy Number: 000400000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2013 to present |
| Diagnostic Test Results | 8/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

9/25/13
Pd by Lincoln Financial
Thank you for pmt

Dixon

Associated Neurologi
Eight Sheridan Squar
Kingsport, TN 37660

TERMINAL I.D.: LK845997
MERCHANT #: 000084283818

VISA
************9907*
SALE
BATCH: 000240 INV: 000004
DATE: SEP 25, 13 TIME: 08:12
RRN: 326813997858 AUTH: 020214
AVS RESPONSE: Y

TOTAL $20.00

X [signature]

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
THANK YOU

TOP COPY - MERCHANT
BOTTOM COPY - CUSTOMER

**NAME:** Arnold Dixon
**DATE:** 08/29/13
**D.O.B.:**
**CHART#:** 71509

Arnold Dixon is a 53-year-old with a history of peripheral neuropathy and lumbar DJD. He describes pain in his feet. He went to the orange and white scrimmage game and had to leave at halftime due to discomfort in his legs. He had stopped the amitriptyline as it made him too sedated in the morning. He has had problem with sedation with multiple medicines taken in the past. He possibly has taken both Lyrica and gabapentin in the past and is willing to try low dose gabapentin again. The 5% Lidoderm patches have not assisted him.

Examination shows decreased pinprick in the bilateral feet. Decreased vibration in bilateral toes compared to ankles and fingertips compared to wrists. Motor strength intact. Gait normal. Started on gabapentin 100 mg t.i.d. for the first month #90 with zero refills to be followed by gabapentin 300 mg b.i.d. #60 with six refills. Given lab slip for CMP and B12 folate and given a return office appointment in 6 months. I advised him to take a Centrum Silver chewable tablet daily. He is presently off multivitamins.

R. Scott Macdonald, MD
RSM/ljm/1080*
cc: Dr. Randy McLaughlin

08/29/2013 Lab Report 22:42

SOLSTAS LAB PARTNERS

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: Final

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| **550307** | **N324159231** |

PATIENT NAME: **DIXON,ARNOLD** ROOM #:

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| **71509** | | **53 Years** | **Male** |

PATIENT PHONE #: CHART #:

REFERRING PHYSICIAN: **MACDONALD,ROBERT**

| CLIENT REF. # | COLLECTED DATE/TIME |
|---|---|
| **5503070041542** | **08/29/2013 08:25** |

| RECEIVED | REPORTED |
|---|---|
| **08/29/2013 21:21** | **08/29/2013 22:41** |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX 423 392 6042 DR MCLAUGHLIN**

Comprehensive Metabolic Panel; Vitamin B12; Folate

Patient Address:

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| Comprehensive Metabolic Panel | | | | |
| FAX 423 392 6042 DR MCLAUGHLIN | | | | |
| Sodium | 140 | | 135-145 mEq/L | SLN |
| Potassium | 4.1 | | 3.5-5.3 mEq/L | SLN |
| Chloride | 107 | | 96-112 mEq/L | SLN |
| CO2 | 27 | | 19-32 mEq/L | SLN |
| **Glucose** | | **111 H** | **70-99 mg/dL** | **SLN** |
| BUN | 15 | | 6-23 mg/dL | SLN |
| Creatinine | 1.16 | | 0.50-1.35 mg/dL | SLN |
| Bilirubin, Total | 1.1 | | 0.3-1.2 mg/dL | SLN |
| Alkaline Phosphatase | 56 | | 39-117 U/L | SLN |
| AST/SGOT | 17 | | 0-37 U/L | SLN |
| ALT/SGPT | 17 | | 0-53 U/L | SLN |
| Total Protein | 6.5 | | 6.0-8.3 g/dL | SLN |
| Albumin | 4.2 | | 3.5-5.2 g/dL | SLN |
| Calcium | 9.3 | | 8.4-10.5 mg/dL | SLN |
| Vitamin B12 | 443 | | 211-911 pg/mL | SLN |
| Folate | 12.7 | | ng/mL | SLN |

Reference Ranges

| | |
|---|---|
| Deficient: | 0.4 - 3.3 ng/mL |
| Indeterminate: | 3.4 - 5.4 ng/mL |
| Normal: | > 5.4 ng/mL |

Legend:

SLN----------> Solstas Lab Partners - Main
4380 Federal Drive, Suite 100
Greensboro, NC 27410

Normal saw card see Time Line

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 12, 2013

ASSOCIATED NEUROLOGISTS
RELEASE OF INFORMATION
8 SHERIDAN SQUARE, #200
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2013 to present |
| Diagnostic Test Results | 8/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** *upon receipt of your invoice.*

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

# ASSOCIATED NEUROLOGISTS OF KINGSPORT

SCOTT MACDONALD, MD, PC
MICHAEL S. DEW, MD
OTAKAR KRCAL, MD

DATE: 9/13/13

RE: MEDICAL RECORDS REQUEST

PATIENT: Arnold Dixon

DOB:

Dear Lincoln Financial Group

Our office requires prepayment for medical records. Our fee for this service is **$20.00**. Please send payment immediately and we will forward the records to you. If you prefer to make prepayment over the phone with a credit card, we can accommodate you in this way.

Thank you for your cooperation and if I can help you in any way please let me know.

Sincerely,

Medical Records Clerk

Our tax ID# is 62-1435043

*Practice Limited To:*
- *Neurology*
- *EMG, EEG*
- *Evoked Potentials*
- *Carotid Duplex Ultrasound*
- *Transcranial Ultrasound*
- *Sleep Disorders*
- *Botox Administration*

EIGHT SHERIDAN SQUARE
SUITE 200
KINGSPORT, TN 37660
(423) 247-5553
FAX (423) 247-9254

September 12, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ASSOCIATED NEUROLOGISTS
RELEASE OF INFORMATION
8 SHERIDAN SQUARE, #200
KINGSPORT TN 37660

| | | |
|---|---|---|
| RE: | Policy Number: | 000400000300202706 |
| | Claim Number: | 1120006734 |
| | Patient: | ARNOLD DIXON |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2013 to present |
| Diagnostic Test Results | 8/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 3, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of medical records from Associated Neurologists for the dates of 8/1/13 to the present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Sherry Brown for Jason Nadeau
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 29, 2013

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 000400003OO202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2013 to present |
| Diagnostic Test Results | 4/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **06-20-13** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**SUBJECTIVE**: Mr. Dixon appears with three primary pain-related complaints. He notes numbness and pain in his fingertips bilaterally, feet bilaterally, as well as low back pain. He states that his hands are actually becoming more painful than his feet. He has relatively mild low back pain compared to the discomfort felt in his hands and feet. He notes significant weakness. Patient reports no bowel or bladder dysfunction. He had been trialed on amitriptyline by neurology, but noted excessive sedation despite low dose and discontinued same. Previous trial of Neurontin and Lyrica were not well tolerated. He continues to utilize a hydrocodone 10/500 mg at most b.i.d., more typically once per day.

**ROS**: No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE**: Height: 6'5". Weight: 266 lb. Vital signs as recorded. Ambulates with an unencumbered gait. Sensory deficit in fingertips bilaterally, all fingers. Sensory deficit, mild, both feet to mid ankles in a stocking distribution. Motor function is 5/5, upper and lower extremities. Pulses intact. Mild lumbar paravertebral tenderness.

**ASSESSMENT**:

1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease, lumbar spine, multilevel, L2/3, L3/4, L4/5, L5/S1.
3. Chronic pain syndrome with opiate dependency.

**PLAN/PATIENT EDUCATION**: A long discussion was held with Mr. Dixon regarding treatment options. We discussed that he has trialed most of the agents typically utilized for neuropathic pain except Cymbalta, and several second- or third-tier agents, such as Trileptal, etc. He does not wish to pursue any additional medication trials at this time. We did discuss the risks of tolerance, dependency and addiction relative to his chronic use of opiates, although the dosage and frequency are relatively low. He also understands that Tennessee law will change effective 10/01/13 that will require him to be present on a monthly basis for medications and body fluid examination. I renewed his hydrocodone 10/325 mg, #60, one p.o. b.i.d. with 1 refill, likely sufficient until late August/early September. Database appropriate this date. Urine drug screen pending, will review.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 06-20-13; T: 06-21-13 *Dictated but not edited.

Aug-08-2013 10 45 AM PAIN MED ASSO KPT 4233926695 2/2

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

July 29, 2013

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 000400000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2013 to present |
| Diagnostic Test Results | 4/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

**PAIN MEDICINE ASSOCIATES, P.C.** **2202 N John B Dennis Hwy, Suite 200** **KINGSPORT, TN 37660**

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **06-20-13** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**SUBJECTIVE**: Mr. Dixon appears with three primary pain-related complaints. He notes numbness and pain in his fingertips bilaterally, feet bilaterally, as well as low back pain. He states that his hands are actually becoming more painful than his feet. He has relatively mild low back pain compared to the discomfort felt in his hands and feet. He notes significant weakness. Patient reports no bowel or bladder dysfunction. He had been trialed on amitriptyline by neurology, but noted excessive sedation despite low dose and discontinued same. Previous trial of Neurontin and Lyrica were not well tolerated. He continues to utilize a hydrocodone 10/500 mg at most b.i.d., more typically once per day.

**ROS**: No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE**: Height: 6'5". Weight: 266 lb. Vital signs as recorded. Ambulates with an unencumbered gait. Sensory deficit in fingertips bilaterally, all fingers. Sensory deficit, mild, both feet to mid ankles in a stocking distribution. Motor function is 5/5, upper and lower extremities. Pulses intact. Mild lumbar paravertebral tenderness.

**ASSESSMENT**:
1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease, lumbar spine, multilevel, L2/3, L3/4, L4/5, L5/S1.
3. Chronic pain syndrome with opiate dependency.

**PLAN/PATIENT EDUCATION**: A long discussion was held with Mr. Dixon regarding treatment options. We discussed that he has trialed most of the agents typically utilized for neuropathic pain except Cymbalta, and several second- or third-tier agents, such as Trileptal, etc. He does not wish to pursue any additional medication trials at this time. We did discuss the risks of tolerance, dependency and addiction relative to his chronic use of opiates, although the dosage and frequency are relatively low. He also understands that Tennessee law will change effective 10/01/13 that will require him to be present on a monthly basis for medications and body fluid examination. I renewed his hydrocodone 10/325 mg, #60, one p.o. b.i.d. with 1 refill, likely sufficient until late August/early September. Database appropriate this date. Urine drug screen pending, will review.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 06-20-13; T: 06-21-13 *Dictated but not edited.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 29, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ASSOCIATED NEUROLOGISTS
RELEASE OF INFORMATION
ATTN MEDICAL RECORDS
8 SHERIDAN SQUARE #200
KINGSPORT TN 37660

No Records in the requested time frame. 8/29/13 – Next appt @ 8:00 AM

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient:
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2013 to present |
| Diagnostic Test Results | 4/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your Invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

July 29, 2013

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ASSOCIATED NEUROLOGISTS
RELEASE OF INFORMATION
ATTN MEDICAL RECORDS
8 SHERIDAN SQUARE #200
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2013 to present |
| Diagnostic Test Results | 4/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950**.
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 29, 2013

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2013 to present |
| Diagnostic Test Results | 4/1/2013 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Jason Nadeau
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 7-9-13

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: ( ) ______

______ (City) (State) (Zip Code)

Lincoln Financial Group

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: ARNOLD DIXON CLAIM NUMBER: 1120006734

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES ________ TO ________***

**DOCTORS:** TURNEY WILLIAMS
Name PAIN MEDICINE ASSOC Specialty PAIN MGT
Address 2020 BROOKSIDE DR. STE 21
City KINGSPORT State TN Zip Code 37660
Phone: 423-392-6690 Fax:
Dates Seen 10/05 to 6-20-13

SCOTT MACDONALD
Name ASSOCIATED NEUR. Specialty NEUROLOGY
Address 8 SHERIDAN SQUARE
City KINGSPORT State TN Zip Code 37660
Phone: 423-247-5553 Fax:
Dates Seen 7-11 to PRESENT

Name Specialty
Address
City State Zip Code
Phone: Fax:
Dates Seen to

Name Specialty
Address
City State Zip Code
Phone: Fax:
Dates Seen to

**PHARMACIES:**
Name CVS
Address 5213 MEMORIAL BLVD.
City KINGSPORT State TN Zip Code 37664
Phone 423-279-7430 Fax:
Dates: to

Name
Address
City State Zip Code
Phone: Fax:
Dates: to

**HOSPITALS:**
Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

Name
Address
City State Zip Code
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name HUMANA INSURANCE CO. Policy Number 633724
Address P.O. BOX 14601 Member ID 012238518
City LEXINGTON State KY Zip Code 40512 Dates of Coverage 1-1-13 to PRESENT
Phone Number: 866-427-7478 Fax Number:

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 7-9-13

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

PLEASE see FRAUD NOTICES attached.

Claimant's Name ARNOLD DIXON    Return Form By 8-5-2013

Policy No 00400000300202706    Claim No 120006734

When do you expect to be able to return to work in either your own or another occupation?

WILL NOT BE RETURNING TO WORK

Describe your current symptoms.

PAIN IN HANDS, FEET AND BACK, NUMBNESS & BURNING IN HANDS & FEET

What do you believe is the cause of your continuing disability and what could be done about it?

PERIPHERAL NEUROPATHY (NO CURE IS KNOWN) DEGENERITIVE DISCS, SURGERY WILL NOT HELP

Describe your current restrictions/limitations specifically and thoroughly.

STANDING, WALKING AND SITTING FOR LONG PERIODS OF TIME

Describe your present activities

WHEN I AM ABLE I DO SOME LIGHT HOUSEWORK & MOWING WHEN NEEDED

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No

If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

TURNEY WILLIAMS, 2020 BROOKSIDE DR, KINGSPORT, TN 37660 423-392-6690 6-20-2013

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☒ Yes ☐ No | 7-26-12 | $ 658.00 | Unemployment Compensation | ☐ Yes ☒ No | | $ |
| Dependent Social Security | ☐ Yes ☒ No | | $ | State Disability Benefits | ☐ Yes ☒ No | | $ |
| Workers' Compensation | ☐ Yes ☒ No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☒ No | | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | | $ | Disability Income from Automobile Policy | ☐ Yes ☒ No | | $ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | | $ | Statement from injury causing disability | ☐ Yes ☒ No | | $ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☒ Yes ☐ No    Dates of Total Disability: From 7-9-11 Through PRESENT

Are you claiming Partial Disability? ☐ Yes ☒ No    Dates of Partial Disability: From ______ Through ______

Have you performed any type of work? ☐ Yes ☒ No    Dates of any Work: From ______ Through ______

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date 7-9-13    Telephone Number ______    Social Security # ______

Employee's Signature [signature]

Address

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC-01706

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 23, 2013

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We are writing to you regarding your claim for Long Term Disability benefits.

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Jason C. Nadeau
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 22, 2013

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of your medical records from Drs. Turney Williams and Scott MacDonald for the dates of4/1/2013 to present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

   Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 7-9-13

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: ( ) ______

______ (City) (State) (Zip Code)

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: ARNOLD DIXON CLAIM NUMBER: 120006734

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES ______ TO ______***

**DOCTORS:** TURNEY WILLIAMS

| | |
|---|---|
| Name PAIN MEDICINE ASSOC Specialty PAIN MGT | Name SCOTT MACDONALD ASSOCIATED NEUR. Specialty NEUROLOGY |
| Address 2020 BROOKSIDE DR. STE 21 | Address 8 SHERIDAN SQUARE |
| City KINGSPORT State TN Zip Code 37660 | City KINGSPORT State TN Zip Code 37660 |
| Phone: 423-392-6690 Fax: | Phone: 423-247-5553 Fax: |
| Dates Seen 10/05 to 6-20-13 | Dates Seen 7-11 to PRESENT |
| Name Specialty | Name Specialty |
| Address | Address |
| City State Zip Code | City State Zip Code |
| Phone: Fax: | Phone: Fax: |
| Dates Seen to | Dates Seen to |

**PHARMACIES:**

| | |
|---|---|
| Name CVS | Name |
| Address 5213 MEMORIAL BLVD. | Address |
| City KINGSPORT State TN Zip Code 37664 | City State Zip Code |
| Phone: 423-279-7430 Fax: | Phone: Fax: |
| Dates: to | Dates: to |

**HOSPITALS:**

| | |
|---|---|
| Name | Name |
| Address | Address |
| City State Zip Code | City State Zip Code |
| Phone: Fax: | Phone: Fax: |
| Dates Confined: to | Dates Confined: to |

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

| | |
|---|---|
| Name HUMANA INSURANCE CO. | Policy Number 633724 |
| Address P.O. BOX 14601 | Member ID 012238518 |
| City LEXINGTON State KY Zip Code 40512 | Dates of Coverage 1-1-13 to PRESENT |
| Phone Number: 866-427-7478 | Fax Number: |

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 7-9-13

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

**PLEASE see FRAUD NOTICES attached.**

Claimant's Name ARNOLD DIXON Return Form By 8-5-2013

Policy No 00400003002027O6 Claim No 1120006734

When do you expect to be able to return to work in either your own or another occupation?

WILL NOT BE RETURNING TO WORK

Describe your current symptoms.

PAIN IN HANDS, FEET AND BACK, NUMBNESS + BURNING IN HANDS + FEET

What do you believe is the cause of your continuing disability and what could be done about it?

PERIPHERAL NEUROPATHY (NO CURE IS KNOWN) DEGENERITVE DISCS, SURGERY WILL NOT HELP

Describe your current restrictions/limitations specifically and thoroughly.

STANDING, WALKING AND SITTING FOR LONG PERIODS OF TIME

Describe your present activities.

WHEN I AM ABLE I DO SOME LIGHT HOUSEWORK + MOWING WHEN NEEDED

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No

If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

TURNEY WILLIAMS, 2020 BROOKSIDE DR, KINGSPORT, TN 37660 423-392-6690 6-20-2013

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☒ Yes ☐ No | 7-26-12 | $1658.00 | Unemployment Compensation | ☐ Yes ☒ No | | $ |
| Dependent Social Security | ☐ Yes ☒ No | | $ | State Disability Benefits | ☐ Yes ☒ No | | $ |
| Workers' Compensation | ☐ Yes ☒ No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☒ No | | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | | $ | Disability Income from Automobile Policy | ☐ Yes ☒ No | | $ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | | $ | Statement from injury causing disability | ☐ Yes ☒ No | | $ |

Please refer to your Policy for definitions:

Are you claiming Total Disability? ☒ Yes ☐ No Dates of Total Disability: From 7-9-11 Through PRESENT

Are you claiming Partial Disability? ☐ Yes ☒ No Dates of Partial Disability: From ____ Through ____

Have you performed any type of work? ☐ Yes ☒ No Dates of any Work: From ____ Through ____

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date 7-9-13 Telephone Number ____ Social Security # ____

Employee's Signature [signature]

Address

**Egger, Melanie**

**From:** Arnold Dixon [
**Sent:** Wednesday, July 10, 2013 8:19 PM
**To:** Egger, Melanie
**Subject:** RE: Forms
**Attachments:** Lincoln Forms.pdf

Hey Melanie,

Here are the forms, please let me know if there is anything else you need.

Thanks,

Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Wednesday, July 10, 2013 10:29 AM
**To:** Arnold Dixon
**Subject:** RE: Forms

That is actually a better way. Then I get them back faster.

Thanks for checking in on that!

---

**From:** Arnold Dixon [mailto:
**Sent:** Tuesday, July 09, 2013 8:44 PM
**To:** Egger, Melanie
**Subject:** Forms

Hello Melanie,

I hope you are doing well. I received the forms that include the Insured's Supplementary Statement, Authorization For Release of Information and Treating medical Professionals. I now have the ability to scan and email and just wanted to check and make sure this is acceptable.

Thanks as always,

Arnold

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

July 5, 2013

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

This letter is in reference to your claim for Long Term Disability benefits.

To remain eligible for benefits, you must be disabled as defined in the policy issued to Saratoga Technologies, Inc, which states:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** means that an Insured Employee, due to an Injury or Sickness is unable:
> 1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
> 2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.
>
> For Insured Employees employed as pilots, co-pilots or crew of aircraft, Total Disability or Totally Disabled means that the Insured Employee due to an Injury or Sickness is unable:
> 1. to perform the material and substantial duties of such Insured Employee's regular occupation; and
> 2. after benefits have been paid for 12 months, to perform the material and substantial duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow. The loss of a pilot's license for any reason does not, by itself, constitute Total Disability.

Own Occupation Period means a period beginning at the end of the Elimination Period and ending 24 months later.

Gainful means that your education, training or experience will allow you to perform the main duties of other occupations that we have identified exist within your area of residence that will provide earnings within 60% of your pre-disability income of $4,229.16 per month.

Your Own Occupation Period will end on 1/5/2014. At this time we are re-evaluating your claim to determine if you are Totally Disabled from earning a gainful wage in any occupation as defined above. To make this determination, we will be evaluating current information from your physicians, as well as other sources, including vocational information such as your past training, education and work experience.

In order to make that determination we must obtain the following information from you:

- Insured Supplemental Statement (Completed By You)
- Education Background (Completed By You)
- Current Authorization signed and dated -- needed to obtain copies of all medical records (Completed By You)
- Treating Medical Professionals (Completed By You)

Information to be completed by your treating physician(s):

- Abilities Form (Completed By Your Physician)

Please complete all sections of the forms to insure that a proper investigation can be made regarding your eligibility for benefits beyond 1/5/2014. In addition, please verify the Treating Medical Professional information is correct on the attached document by signing and returning it to our office within the next 30 days.

We will assist you in obtaining the medical records from your physicians by sending a request to them for this information. However, you are ultimately responsible for providing proof of your disability beyond the own occupation period as defined by this policy. We will let you know if they do not respond to our requests. We appreciate your assistance in acquiring copies of your medical records.

We will be unable to consider benefits beyond 1/5/2014 until our investigation has been completed; therefore, please return the completed forms to our office no later than 8/5/2013.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

MAR 0 8 2013

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

March 4, 2013

*The Lincoln National Life* **Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

R SCOTT MACDONALD
8 SHERIDAN SQUARE
SUITE 200
KINGSPORT TN 37660

Re: Policy Number: 000400003000202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Dr. MacDonald:

On 2/1/2013, a request was sent to your office for additional information regarding Mr. Dixon's claim for Long Term Disability benefits. A photocopy of the original request is enclosed.

A benefit determination cannot be made without this information. Please provide this information to our office no later than 4/3/2013. For your convenience, you may fax these records to 1-877-843-3950.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

**ABILITIES FORM**

Patient Name: Arnold Dixon
Date of Birth:
Occupation: Control Clerk
Claim Number: 112006734
Date of Last Office Visit: 1-28-13
Date of Next Office Visit: 7-29-13

☒ **The patient does not have functional/limitations or restrictions**

Provider's Signature: R S MacDonald
Date: 2-6-13
Provider Printed Name: R S MacDonald
Degree: ☒ MD ☐ DO Other
Specialty: Neurology
Phone: 4232475553

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

SEE ATTACHED

Are there environmental factors that the patient should avoid? ☐ Yes ☐ No Specify:

Specific Limitations or Restrictions not noted above:

Dx Peripheral Neuropathy - Burning Feet

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: R Scott MacDonald M
Date: 2-6-13
Provider Printed Name: R. SCOTT MACDONALD, MD
Degree: ☒ MD ☐ DO Other
Specialty: NEUROLOGY
Phone: 423.247.5553
Address: Associated Neurologists of Kingsport, Eight Sheridan Square, Suite 200, Kingsport, TN 37660

# *ASSOCIATED NEUROLOGISTS OF KINGSPORT*

*R. SCOTT MACDONALD, MD, PC*

*MICHAEL S. DEW, MD*

*OTAKAR KRCAL, MD*

***Practice Limited To:***
- *Neurology*
- *EMG, EEG*
- *Evoked Potentials*
- *Carotid Duplex Ultrasound*
- *Transcranial Ultrasound*
- *Sleep Disorders*
- *Botox Administration*

*EIGHT SHERIDAN SQUARE*
*SUITE 200*
*KINGSPORT, TN 37660*
*(423) 247-5553*
*FAX (423) 247-9254*


To Whom It May Concern:

The doctors at Associated Neurologists of Kingsport do not perform physical capacity examinations. For an adequate assessment of those capacities, a physical capacity examination should be obtained either from a Disability examiner trained to perform physical capacity examinations or through one of the physical therapy departments at a local hospital.

Sincerely,

Dr. R. Scott Macdonald
Dr. Michael S. Dew
Dr. Otakar Krcal

R. SCOTT MACDONALD, MD, PC
MICHAEL S. DEW, MD
OTAKAR KRCAL, MD

# ASSOCIATED NEUROLOGISTS OF KINGSPORT

FAXED

DATE: 2-7-13

RE: MEDICAL INFORMATION REQUEST

PATIENT: ARNOLD DIXON

COMPANY: LINCOLN FINANCIAL GROUP

OUR OFFICE REQUIRES PREPAYMENT FOR MEDICAL INFORMATION.

OUR FEE FOR THIS SERVICE IS $ 20.00 FOR A ~~LETTER.~~ Form

PLEASE SEND PAYMENT AS SOON AS POSSIBLE AND WE WILL FORWARD THE NECESSARY INFORMATION TO YOU.

IF YOU PREFER TO MAKE PAYMENT OVER THE PHONE WITH A CREDIT /DEBIT CARD, WE CAN ACCOMMODATE YOU IN THIS WAY.

PLEASE FEEL FREE TO CALL IF WE CAN HELP YOU IN ANY WAY.

SINCERELY,

Vickie

MEDICAL RECORDS

TAX I.D. 62-1435043

SSN

DOB

Clm # 112006734

*Practice Limited To:*

- *Neurology*
- *EMG, EEG*
- *Evoked Potentials*
- *Carotid Duplex Ultrasound*
- *Transcranial Ultrasound*
- *Sleep Disorders*
- *Botox Administration*

EIGHT SHERIDAN SQUARE
SUITE 200
KINGSPORT, TN 37660
(423) 247-5553
FAX (423) 247-9254

## Egger, Melanie

| | |
|---|---|
| **From:** | Egger, Melanie |
| **Sent:** | Monday, March 04, 2013 11:22 AM |
| **To:** | 'Arnold Dixon' |
| **Subject:** | RE: Overpayment |
| **Attachments:** | ACKREF.pdf |

Hi Arnold,

Ironically, I was just working in your claim when this email came in. Probably the quickest thing to do is for me to attach the letter I sent to you originally that verifies we received your payment.

Additionally, I am in the process of sending out a letter to you and Dr. MacDonald for the Abilities form we need back from Dr. MacDonald to continue reviewing your claim. Can you please contact his office and let him know that we need to receive this form back by 4/3/2013?

Thank you and have a great day!

*Melanie Egger*
**Associate LTD Benefit Specialist**
**Insurance Solutions - Group Protection**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: (800) 423-2765
Phone: 402-361-7165
Toll Free Fax: (877) 843-3950
melanie.egger@lfg.com

---

**From:** Arnold Dixon [mailto:
**Sent:** Monday, March 04, 2013 11:18 AM
**To:** Egger, Melanie
**Subject:** RE: Overpayment

Hello Melanie,

I hope you are doing well. I need a favor, we are trying to refinance our home and I need a receipt or proof of payment for the $7,775.72 over payment so they can show I no longer have that against me. If you could please fax it to Robert Cotton at 866-315-3949. If that is a problem you can just send it to me and I can forward it on.

Thanks,
Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Monday, September 17, 2012 2:25 PM
**To:** Arnold Dixon
**Subject:** RE: Overpayment

I am glad we got it cleared up for you and am sorry it took a bit of time for me to get to it.

Please let me know if you have any other questions.

Melanie Egger

---

**From:** Arnold Dixon [mailto:
**Sent:** Monday, September 17, 2012 1:19 PM
**To:** Egger, Melanie
**Subject:** RE: Overpayment

Hey Melanie,

I appreciate you looking over this for me. I now understand more about it and do agree. I have put a check in the mail in the amount of $7,775.72. Again thanks for checking it again.

Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Tuesday, September 11, 2012 5:39 PM
**To:** Arnold Dixon
**Subject:** Overpayment

Hi Arnold,

I am writing to give you an update on your overpayment amount here. I believe that you had the question of how we figured this with the Short Term Disability that was paid. Our system automatically deducted the amount of Short Term Disability you were paid from 10/7/11 to 1/7/12 at $7612.86. The Long Term Disability amount for that time frame was $8458.74. I believe these were the figures you were looking for on this and concerned hadn't been addressed. From the date of 1/5 to 1/14/12 the Short Term Disability paid out was the $187.73 that was deducted, but the calculation used the full amounts paid out from 10/7/11 to 1/7/12 due to a full payment being made.

After reviewing, this overpayment is correct.

Please let me know if you have any other questions.

Thank you,

*Melanie Egger*
**Associate LTD Benefit Specialist**
**Insurance Solutions - Group Protection**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: (800) 423-2765
Phone: 402-361-7165
Toll Free Fax: (877) 843-3950
melanie.egger@lfg.com

**Hello future.®**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

March 4, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

Please refer to our letter of 1/15/2013 in which we advised you of the need for proof of continued disability to consider additional benefits.

The initial request was sent from our office on your behalf to Dr. Scott MacDonald to complete an Abilities form and no response has been received. As previously explained, benefits are dependent upon you meeting these requirements:

> **TOTAL DISABILITY BENEFIT.** The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> (1) is Totally Disabled;
> (2) becomes Disabled while insured for this benefit;
> (3) is under the Regular Care of a Physician; and
> (4) at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Our most recent review of your file finds that we do not have adequate proof of disability beyond 4/5/2013; therefore you are required to submit proof of continued Total Disability.

We will allow an additional 30 days to have the information submitted to our office for review. Without this information, benefits beyond 4/5/2013 may not be released and it will be necessary to suspend our review of your claim.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

March 4, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

R SCOTT MACDONALD
8 SHERIDAN SQUARE
SUITE 200
KINGSPORT TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Dr. MacDonald:

On 2/1/2013, a request was sent to your office for additional information regarding Mr. Dixon's claim for Long Term Disability benefits. A photocopy of the original request is enclosed.

A benefit determination cannot be made without this information. Please provide this information to our office no later than 4/3/2013. For your convenience, you may fax these records to 1-877-843-3950.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

March 4, 2013

R SCOTT MACDONALD
8 SHERIDAN SQUARE
SUITE 200
KINGSPORT TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Dr. MacDonald:

On 2/1/2013, a request was sent to your office for additional information regarding Mr. Dixon's claim for Long Term Disability benefits. A photocopy of the original request is enclosed.

A benefit determination cannot be made without this information. Please provide this information to our office no later than 4/3/2013. For your convenience, you may fax these records to 1-877-843-3950.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 1, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

R SCOTT MACDONALD
8 SHERIDAN SQUARE
SUITE 200
KINGSPORT TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Dr. MacDonald:

We are the Long Term Disability carrier for Mr. Dixon. At this time, we would appreciate your assistance in providing additional information needed in order to evaluate his continued eligibility for benefits under our policy provisions.

The policy states:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** means that an Insured Employee, due to an Injury or Sickness is unable:
> 1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
> 2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.
>
> For Insured Employees employed as pilots, co-pilots or crew of aircraft, Total Disability or Totally Disabled means that the Insured Employee due to an Injury or Sickness is unable:
> 1. to perform the material and substantial duties of such Insured Employee's regular occupation; and
> 2. after benefits have been paid for 12 months, to perform the material and substantial duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow. The loss of a pilot's license for any reason does not, by itself, constitute Total Disability.

At this time, we are asking for your opinion as to the ability of Mr. Dixon to work. Please indicate on the attached abilities form at what level you feel he would be able to function at any type of work.

Thank you in advance for your time and cooperation. Please do not hesitate to contact me with any questions you may have at 402-361-7165 or by email at melanie.egger@ LFG.com.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

REC'D JAN 28 2013

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 15, 2013

The Lincoln National Life Insurance Company
Service Office.
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

R SCOTT MACDONALD
WEST PARK PROFESSIONAL BLDG
914 BOARD STREET
STE 3A
KINGSPORT TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Dr. MacDonald:

We are the Long Term Disability carrier for Mr. Dixon. At this time, we would appreciate your assistance in providing additional information needed in order to evaluate his continued eligibility for benefits under our policy provisions.

The policy states:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** means that an Insured Employee, due to an Injury or Sickness is unable:
> 1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
> 2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.
>
> For Insured Employees employed as pilots, co-pilots or crew of aircraft, Total Disability or Totally Disabled means that the Insured Employee due to an Injury or Sickness is unable:
> 1. to perform the material and substantial duties of such Insured Employee's regular occupation; and
> 2. after benefits have been paid for 12 months, to perform the material and substantial duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow. The loss of a pilot's license for any reason does not, by itself, constitute Total Disability.

At this time, we are asking for your opinion as to the ability of Mr. Dixon to work. Please indicate on the attached Abilities Form at what level you feel he would be able to function.

Thank you in advance for your time and cooperation. Please contact our office with any questions you may have at the number listed above or you may reach me directly at 402-361-7165.

Sincerely,

Melanie Egger
Melanie Egger
Benefit Specialist

Lincoln Financial Group℠

Please Return Response To:
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

## ABILITIES FORM

Patient Name: Arnold Dixon Date of Birth: ____________

Occupation: Control Clerk Claim Number: 112000[illegible]6734

Date of Last Office Visit: ____________ Date of Next Office Visit: ____________

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ____________ Date: ____________

Provider Printed Name: ____________ Degree: ☐ MD ☐ DO Other ____________

Specialty: ____________ Phone: ____________

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐ Yes ☐ No Specify: ____________

Specific Limitations or Restrictions not noted above: ____________

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ____________ Date: ____________

Provider Printed Name: ____________ Degree: ☐ MD ☐ DO Other ____________

Specialty: ____________ Phone: ____________

Address: ____________

REC'D JAN 28 2013

NIXIE 372 SE 1 72 01/23/13

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 68114406699 *1447 01406 33 26

6811 4@4066

37560$3817 C002

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 15, 2013

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

R SCOTT MACDONALD
WEST PARK PROFESSIONAL BLDG
914 BOARD STREET
STE 3A
KINGSPORT TN 37660

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Dr. MacDonald:

We are the Long Term Disability carrier for Mr. Dixon. At this time, we would appreciate your assistance in providing additional information needed in order to evaluate his continued eligibility for benefits under our policy provisions.

The policy states:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** means that an Insured Employee, due to an Injury or Sickness is unable:
> 1. during the Elimination Period and the Own Occupation Period, to perform each of the main duties of the Insured Employee's regular occupation; and
> 2. after the Own Occupation Period, to perform each of the main duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow.
>
> For Insured Employees employed as pilots, co-pilots or crew of aircraft, Total Disability or Totally Disabled means that the Insured Employee due to an Injury or Sickness is unable:
> 1. to perform the material and substantial duties of such Insured Employee's regular occupation; and
> 2. after benefits have been paid for 12 months, to perform the material and substantial duties of any gainful occupation for which the Insured Employee's training, education or experience will reasonably allow. The loss of a pilot's license for any reason does not, by itself, constitute Total Disability.

At this time, we are asking for your opinion as to the ability of Mr. Dixon to work. Please indicate on the attached Abilities Form at what level you feel he would be able to function.

Thank you in advance for your time and cooperation. Please contact our office with any questions you may have at the number listed above or you may reach me directly at 402-361-7165.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

January 15, 2013

ARNOLD DIXON

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. DIXON:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

> **TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> 1. is Totally Disabled;
> 2. becomes Disabled while insured for this benefit;
> 3. is under the Regular Care of a Physician; and
> 4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.
>
> Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

At this time, we have requested that Dr. R. Scott MacDonald complete an Abilities Form outlining your functional restrictions and limitations.

The Abilities Form must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

December 7, 2012

CHRIS PENDOLA, M.D.
RELEASE OF INFORMATION
WEST PARK PROFESSIONAL BLDG.
914 BOARD STREET, STE 3A
KINGSPORT TN 37660

RE: Policy Number: 000400003002027O6
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 7/1/2012 to present |
| Diagnostic Test Results | 7/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

**NAME:** Arnold Dixon
**DATE:** 12/13/12
**D.O.B.:**
**CHART#:** 71509

Arnold Dixon is a 52-year-old with history of peripheral neuropathy and pain in his feet. He describes he has to rest with his feet outside of the covers. He has both burning and aching pain in his feet which is worse at night. He said the Lidoderm patches did not assist him. He is no longer using them. In the past he was intolerant of Lyrica and Neurontin. He has tried gels on his feet and anodyne therapy without relief. Laboratory on 06/12 was unremarkable including B6 of 9.4. He was prescribed hydrocodone and acetaminophen by the pain clinic. History of previous cervical disc surgery in 2008. On exam he has normal pinprick in the feet. Decreased vibration in bilateral toes compared to ankles. Normal motor strength in both legs. Pedal pulses 2+ and symmetric. Gait normal. Speech normal. He had previous EMG at Pain Medicine Associates. He is placed on a trial of amitriptyline 25 mg one tablet q.h.s. x one week and then increase to two tablets q.h.s. #60 with six refills. He is given a return office appointment in one month.

R. Scott Macdonald, MD
RSM/lse/7719*
cc: Dr. Randy McLaughlin

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

December 7, 2012

CHRIS PENDOLA, M.D.
RELEASE OF INFORMATION
WEST PARK PROFESSIONAL BLDG.
914 BOARD STREET, STE 3A
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 7/1/2012 to present |
| Diagnostic Test Results | 7/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your Invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

# ASSOCIATED NEUROLOGISTS OF KINGSPORT

SCOTT MACDONALD, MD, PC
MICHAEL S. DEW, MD
OTAKAR KRCAL, MD

actice Limited To:
- Neurology
- EMG, EEG
- Evoked Potentials
- Carotid Duplex Ultrasound
- Transcranial Ultrasound
- Sleep Disorders
- Botox Administration

DATE: 12/19/12

RE: MEDICAL RECORDS REQUEST

PATIENT: Arnold Dixon

DOB: ______

Dear Lincoln Financial

Our office requires prepayment for medical records. Our fee for this service is $20.00. Please send payment immediately and we will forward the records to you. If you prefer to make prepayment over the phone with a credit card, we can accommodate you in this way.

Thank you for your cooperation and if I can help you in any way please let me know.

Sincerely,

Medical Records Clerk

Our tax ID# is 62-1435043

IGHT SHERIDAN SQUARE
SUITE 200
KINGSPORT, TN 37660
(423) 247-5553
FAX (423) 247-9254

December 7, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

CHRIS PENDOLA, M.D.
RELEASE OF INFORMATION
WEST PARK PROFESSIONAL BLDG.
914 BOARD STREET, STE 3A
KINGSPORT TN 37660

RE: Policy Number: 000400003002027O6
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 7/1/2012 to present |
| Diagnostic Test Results | 7/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950**.
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 6, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of your medical records from Dr. Chris Pendola for the dates of 7/1/2012 to present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Jo:

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 21, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

CHRIS PENDOLA, M.D.
RELEASE OF INFORMATION
WEST PARK PROFESSIONAL BLDG.
914 BOARD STREET, STE 3A
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2012 to present |
| Diagnostic Test Results | 6/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made Immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

**NAME**: Arnold Dixon
**DATE:** 06/13/12
**D.O.B.:**
**CHART#:** 71509

Arnold Dixon is a 51-year-old with a history of polyneuropathy, spinal DJD, previous cervical disc surgery by Dr. Austin in 2008. He has chronic low back pain and most recently has seen Dr. Dulebohn of neurosurgery in Johnson City and was advised conservative care. He remains on hydrocodone/acetaminophen 10/325 t.i.d. p.r.n. He relates he was intolerant of Lyrica and Neurontin in the past due to a gel placed on his feet did not assist him. He said he tried the anodyne therapy every 3 months which did not assist him. Previous B6 level had been high. At that time, he had stopped all his vitamin supplements. I advised him to return to a multivitamin daily. He has decreased vibration in bilateral toes compared to ankles. Normal pinprick in the feet. Normal motor strength in his lower extremities. Gait is normal. Knee jerks and ankle jerks 1+ and symmetric. He is given a lab slip for CMP, CBC, TSH, B12 folate, and a B6 level. He is placed on a trial of 5% Lidoderm patch one-half patch on top of each foot #30 with six refills and given one sample patch. He is given a return appointment in 6 months.

**Impression:** Peripheral neuropathy – stable.

R. Scott Macdonald, MD
RSM/ljm/5231*
cc: Dr. Randy McLaughlin

06/14/2012 Lab Report 15:36

Solstas Lab Partners
4380 Federal Drive
Greensboro, NC 27410
1-888-664-7601

Order Status: Final

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| 550307 | N216565192 |

PATIENT NAME: DIXON,ARNOLD ROOM #:

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 71509 | | 51 Years | Male |

PATIENT PHONE #: CHART #:

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX TO 1 423 392 6042 DR MCLAUGHLIN**

REFERRING PHYSICIAN: MACDONALD, ROBERT S

| CLIENT REF. # | COLLECTED DATE/TIME |
|---|---|
| 5503070037679 | 06/13/2012 09:08 |
| RECEIVED | REPORTED |
| 06/13/2012 22:32 | 06/14/2012 15:36 |

Comprehensive Metabolic Panel; CBC with Diff; Folate; TSH; Vitamin B12; Vitamin B6, Plasma; Phlebotomy Charge

Patient Address: , cell #

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| CBC with Diff | | | | |
| FAX TO 1 423 392 6042 DR MCLAUGHLIN | | | | |
| WBC | 5.5 | | 4.0-10.5 K/uL | SLN |
| RBC | 5.14 | | 4.22-5.81 MIL/uL | SLN |
| Hemoglobin | 15.1 | | 13.0-17.0 g/dL | SLN |
| Hematocrit | 44.7 | | 39.0-52.0 % | SLN |
| MCV | 87.0 | | 78.0-100.0 fL | SLN |
| MCH | 29.4 | | 26.0-34.0 pg | SLN |
| MCHC | 33.8 | | 30.0-36.0 g/dL | SLN |
| RDW | 13.8 | | 11.5-15.5 % | SLN |
| Platelet Count | 229 | | 150-400 K/uL | SLN |
| Granulocyte % | 61 | | 43-77 % | SLN |
| Absolute Gran | 3.4 | | 1.7-7.7 K/uL | SLN |
| Lymph % | 29 | | 12-46 % | SLN |
| Absolute Lymph | 1.6 | | 0.7-4.0 K/uL | SLN |
| Mono % | 8 | | 3-12 % | SLN |
| Absolute Mono | 0.5 | | 0.1-1.0 K/uL | SLN |
| Eos % | 1 | | 0-5 % | SLN |
| Absolute Eos | 0.1 | | 0.0-0.7 K/uL | SLN |
| Baso % | 0 | | 0-1 % | SLN |
| Absolute Baso | 0.0 | | 0.0-0.1 K/uL | SLN |
| Smear Review | Criteria for review not met | | | SLN |
| Comprehensive Metabolic Panel | | | | |
| Sodium | 141 | | 135-145 mEq/L | SLN |
| Potassium | 4.0 | | 3.5-5.3 mEq/L | SLN |
| Chloride | 104 | | 96-112 mEq/L | SLN |
| CO2 | 24 | | 19-32 mEq/L | SLN |
| **Glucose** | | **113 H** | **70-99 mg/dL** | **SLN** |
| BUN | 18 | | 6-23 mg/dL | SLN |
| Creatinine | 1.22 | | 0.50-1.35 mg/dL | SLN |
| Bilirubin, Total | 0.6 | | 0.3-1.2 mg/dL | SLN |

06/14/2012 Lab Report 15:36

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: **Final**

| ACCOUNT NUMBER | ACCESSION # | |
|---|---|---|
| **550307** | **N216565192** | |
| PATIENT NAME **DIXON,ARNOLD** | | ROOM # |
| PATIENT ID # D.O.B. **71509** | AGE **51 Years** | GENDER **Male** |
| PATIENT PHONE # | CHART # | |
| REFERRING PHYSICIAN **MACDONALD, ROBERT S** | | |
| CLIENT REF. # **5503070037679** | COLLECTED DATE/TIME **06/13/2012 09:08** | |
| RECEIVED **06/13/2012 22:32** | REPORTED **06/14/2012 15:36** | |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX TO 1 423 392 6042 DR MCLAUGHLIN**

**Comprehensive Metabolic Panel; CBC with Diff; Folate; TSH; Vitamin B12; Vitamin B6, Plasma; Phlebotomy Charge**

Patient Address: , cell # ,

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 63 | | 39-117 U/L | SLN |
| AST/SGOT | 17 | | 0-37 U/L | SLN |
| ALT/SGPT | 14 | | 0-53 U/L | SLN |
| Total Protein | 6.8 | | 6.0-8.3 g/dL | SLN |
| Albumin | 4.4 | | 3.5-5.2 g/dL | SLN |
| Calcium | 9.4 | | 8.4-10.5 mg/dL | SLN |
| TSH | 3.412 | | 0.350-4.500 uIU/mL | SLN |
| Vitamin B12 | 353 | | 211-911 pg/mL | SLN |
| Folate | 10.5 | | ng/mL | SLN |

Reference Ranges
Deficient: 0.4 - 3.3 ng/mL
Indeterminate: 3.4 - 5.4 ng/mL
Normal: > 5.4 ng/mL

Vitamin B6, Plasma

| | | |
|---|---|---|
| Vitamin B6, Plasma | Test Not Performed | AML |

Quantity not sufficient, unable to perform test(s).
FPO LEAKED IN TRANSIT

| | | |
|---|---|---|
| Results Received | Test Not Performed | AML |

Legend:

SLN----------> Solstas Lab Partners - Main
4380 Federal Drive, Suite 100
Greensboro, NC 27410

AML----------> Quest Diag, Nichols Inst
14225 Newbrook Dr.
Chantilly, VA 20151

06/24/2012 Lab Report 18:28

SOLSTAS LAB PARTNERS

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: Final

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| **550307** | **N217069497** |
| PATIENT NAME **DIXON,ARNOLD** | ROOM # |
| PATIENT ID # D.O.B. **71509** | AGE **51 Years** GENDER **Male** |
| PATIENT PHONE # | CHART # |
| REFERRING PHYSICIAN **MACDONALD,ROBERT** | |
| CLIENT REF. # **5503070037732** | COLLECTED DATE/TIME **06/18/2012 14:11** |
| RECEIVED **06/18/2012 21:53** | REPORTED **06/24/2012 18:27** |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**RECOLLECT FROM 06/13/12 NO CHARGE**

Vitamin B6, Plasma

Patient Address: , cell # ,

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| Vitamin B6, Plasma | | | | |
| RECOLLECT FROM 06/13/12 NO CHARGE | | | | |
| Vitamin B6, Plasma | 9.4 | | 2.1-21.7 ng/mL | AML |
| Conversion Factor: Nanograms/mL x 4.046 = nanomoles/L | | | | |
| Results Received | 06/24/12 | | | AML |

Reference lab accession: 90091492
Test performed by:
Quest Diagnostics Nichols Institute
33608 Ortega Hwy
San Juan Capistrano, CA 92675
Phone: 800-553-5445
Director: Jon M. Nakamoto, M.D.

Legend:

AML-----------> Quest Diag, Nichols Inst
14225 Newbrook Dr.
Chantilly, VA 20151

Mmd Gad cw

See Time Line (AA)

1 of 1

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 28, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We have received your refund payment of $7,775.72. The overpayment of $7,775.72 which occurred due to your receipt of Social Security Disability benefits has now been paid in full. Thank you for your prompt response in refunding this amount.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Jo:

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 21, 2012

CHRIS PENDOLA, M.D.
RELEASE OF INFORMATION
WEST PARK PROFESSIONAL BLDG.
914 BOARD STREET, STE 3A
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2012 to present |
| Diagnostic Test Results | 6/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

# ASSOCIATED NEUROLOGISTS OF KINGSPORT

SCOTT MACDONALD, MD, PC
MICHAEL S. DEW, MD
OTAKAR KRCAL, MD

DATE: 9/21/12

RE: MEDICAL RECORDS REQUEST

PATIENT: Arnold Dixon

DOB:

Dear Lincoln Financial Group

Our office requires prepayment for medical records. Our fee for this service is $20.00. Please send payment immediately and we will forward the records to you. If you prefer to make prepayment over the phone with a credit card, we can accommodate you in this way.

Thank you for your cooperation and if I can help you in any way please let me know.

Sincerely,

Medical Records Clerk

Our tax ID# is 62-1435043

ctice Limited To:
- Neurology
- EMG, EEG
- Evoked Potentials
- Carotid Duplex Ultrasound
- Transcranial Ultrasound
- Sleep Disorders
- Botox Administration

3HT SHERIDAN SQUARE
SUITE 200
INGSPORT, TN 37660
(423) 247-5553
FAX (423) 247-9254

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

**From:**
Name: Jeorme Wallace
Fax Number: 1-877-843-3950
Voice Phone: 1-800-423-2765

**To:**
Name: DR TURNEY WILLIAMS
Company:
Fax Number: 14233926695
Voice Phone:

**Fax Notes :**

* We have no records for dates requested!

Pain Medicine Associates, P.C.
2202 N John B. Dennis Hwy., Ste. 200
Kingsport, TN 37660

Date and time of transmission: Friday, September 21, 2012 9:03:56 AM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

Lincoln Financial Group

The Lincoln National Life Insurance Company, PO Box 2609, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 280-2325
www.LincolnFinancial.com

# AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor/employment/unemployment insurance, group policyholder employer, or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

Date of Birth: Social Security Number:

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had),
   - any information regarding insurance coverage, and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history)

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 672408
   Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans, or
   - as otherwise may be required by law or as I may further authorize

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent
   1. the Company has taken action in reliance on this Authorization, or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: [signature] DATE: 7-8-11

(Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.)

PRINT NAME: ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ PHONE NO: ______

(Zip Code)

September 21, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

CHRIS PENDOLA, M.D.
RELEASE OF INFORMATION
WEST PARK PROFESSIONAL BLDG.
914 BOARD STREET, STE 3A
KINGSPORT TN 37660

| RE: | Policy Number: | 00040000300202706 |
|---|---|---|
| | Claim Number: | 1120006734 |
| | Patient: | ARNOLD DIXON |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2012 to present |
| Diagnostic Test Results | 6/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

September 21, 2012

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2012 to present |
| Diagnostic Test Results | 6/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 20, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of your medical records from Drs. Turney Williams and Chris Pendola for the dates of 6/1/2012 to present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

## Egger, Melanie

**From:** Arnold Dixon [
**Sent:** Monday, September 17, 2012 1:19 PM
**To:** Egger, Melanie
**Subject:** RE: Overpayment

Hey Melanie,

I appreciate you looking over this for me. I now understand more about it and do agree. I have put a check in the mail in the amount of $7,775.72. Again thanks for checking it again.

Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Tuesday, September 11, 2012 5:39 PM
**To:** Arnold Dixon
**Subject:** Overpayment

Hi Arnold,

I am writing to give you an update on your overpayment amount here. I believe that you had the question of how we figured this with the Short Term Disability that was paid. Our system automatically deducted the amount of Short Term Disability you were paid from 10/7/11 to 1/7/12 at $7612.86. The Long Term Disability amount for that time frame was $8458.74. I believe these were the figures you were looking for on this and concerned hadn't been addressed. From the date of 1/5 to 1/14/12 the Short Term Disability paid out was the $187.73 that was deducted, but the calculation used the full amounts paid out from 10/7/11 to 1/7/12 due to a full payment being made.

After reviewing, this overpayment is correct.

Please let me know if you have any other questions.

Thank you,

*Melanie Egger*
**Associate LTD Benefit Specialist**
**Insurance Solutions - Group Protection**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: (800) 423-2765
Phone: 402-361-7165
Toll Free Fax: (877) 843-3950
melanie.egger@lfg.com

**Hello future.®**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,

or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**AFFIDAVIT OF CUSTODIAN OF RECORDS**
**WALGREEN COMPANY, PO BOX 4039, MS #735, DANVILLE, IL 61834**

**Patient Name:** ARNOLD DIXON **Date of Birth:** ______

**AKA:** ______

I, the undersigned, being the duly authorized Custodian of Records or other qualified witness for Walgreen Co., and having the authority to certify the records declare the following: The copies of records for which this Affidavit is made are true and correct copies of the original records; The original records were prepared in the ordinary course of business at or near the time of the act, condition, or event by a person with knowledge of the facts recorded; and That:

A) **CERTIFICATION OF RECORDS:**

☐ Paper print outs of information for our retail drug stores and mail order facilities electronically stored in Walgreen Co.'s Pharmacy system responsive to the subpoena or authorization and reasonably accessible are provided and total ______ page(s).

B) **CERTIFICATION OF NO RECORDS:**

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

☐ All records for the time period in question have been destroyed in accordance with our document retention policy.

☑ A thorough search of the requested date range 4/1/12 to Present has been performed and, understanding that such records could exist under another spelling, name, or other classification but with the information furnished to our office and to the best of our knowledge, no such records exist.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on 09/05/2012 at Danville, Illinois.

Jill Bosch
(Print Name)

**Signature:** Jill Bosch

Subscribed and sworn to before me this 5 day of September, 2012

S. Doggett
**Notary Public**

"OFFICIAL SEAL"
SHANNA R. DOGGETT
Notary Public, State of Illinois
My commission expires 04/02/14

**WALGREEN COMPANY**
**CORPORATE AND REGULATORY LAW**
**INVOICE FOR RECORD REQUEST SERVICES**

REC'D SEP 17 2012

**Billed to:**
THE LINCOLN NATIONAL LIFE INS CO
8801 INDIAN HILLS DR.
PO BOX 2609
OMAHA NE 68103-2609

**Make Checks Payable to:**
Walgreen Company
16797 Collections Center Dri
Chicago, Illinois 60693

**Invoice Number:** 1394857

**Patient Name:** ARNOLD DIXON

**Amount Due:** $55.00

**PatientDOB:**

---

# INVOICE

**Re:** ARNOLD DIXON

Dear Sir/Madam

In accordance with your request, pharmacy records for the above referenced patient were forwarded after a complete search was conducted, pursuant to the statutory retention period for pharmacy records. An invoice for our services is attached.

Please remit payment, together with this invoice. If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount.

Sincerely,

Jodi Drews
Records Custodian

(217) 554-8590 (Phone)
FEIN 36-192-4025 (Tax ID)

**Walgreen Co.**
P.O. Box 4039
MS #735
Danville, Illinois 61834-4039

RECD SEP 17 2012

THE LINCOLN NATIONAL LIFE INS CO

PO BOX 2609
OMAHA, NE 68103-2609

68103$2609 B050

August 23, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 000400000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

This letter is to acknowledge receipt of the following items:

- Direct deposit request

**Direct Deposit**

We have documented your request for Direct Deposit of this Long Term Disability benefit check. Your next check will be electronically deposited.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

August 9, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We have received notification of your award of Social Security Disability Income (SSDI) benefits. Due to this award, your Long Term Disability claim has been overpaid by $7,775.72

Your policy indicates your monthly disability benefit will be reduced by any amount you and/or your dependents receive for SSDI benefits.

You have been awarded $1,658.00 in SSDI benefits beginning on 1/1/2012. Due to your Social Security award, your new monthly benefit will be $879.50.

Please forward a check made payable to The Lincoln National Life Insurance Company for $7,775.72 within 30 days from the date of this letter. Please mail your payment to the following address and include both your policy number and claim number provided in this letter:

Lincoln Financial Group
P.O. Box 26028
Greensboro, NC 27420-6028

If you are unable to refund this full amount, you must contact our office within 30 days to make arrangements for repayment. A copy of the overpayment calculation is attached for your review.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Overpayment Calculation

| Description | Amount/Mo | From | To | Months | Days | Total |
|---|---|---|---|---|---|---|
| A) Gross Monthly Benefit | $2,537.50 | 1/5/12 | 8/5/12 | 7 | 0 | $17,762.50 |
| B) SSDI – Primary | $1,658.00 | 1/5/12 | 8/5/12 | 7 | 0 | - $11,606.00 |
| C) Other Source of Income **Short Term Disability** | $ 625.75 | 1/5/12 | 1/14/12 | 0 | 9 | - $ 187.73 |
| **Benefits that should have been paid** | | | | | | $ 5,968.77 |
| Previously Paid | | | | | | - $16,231.49 |
| Sub-Total | | | | | | $10,262.72 |
| E) Less Attorney Fee | | | | | | +$ 2,487.00 |
| Total Amount Due | | | | | | $ 7,775.72 |

A) Gross Monthly Benefit is the amount of your Long Term Disability benefit payment issued by our company before any reductions.
B) SSDI Primary is the amount by which your Gross Monthly Benefit will be reduced by your award from the Social Security Administration (SSA).
C) Other Sources of Income is the amount by which your Gross Monthly Benefit will be reduced by your award of Other Income Benefits as defined by your policy.
D) The attorney fee is the amount that has been credited toward your overpayment based on the approved amount the SSA withheld from your retroactive benefit.

**Mountain States Medical Group**
*Neurosurgery*

408 N. State of Franklin Rd
Suite 42
Johnson City, TN 37601
Phone (423) 431-2350
Fax (423) 431-2372

# FAX

TO: Lincoln Financial Group

FAX#: 1-877-843-3950

FROM: Neuro

DATE: 08-07-12

SUBJECT: Arnold Dixon DOB

Have a Nice Day ☺

NUMBER OF PAGES (Including Cover): 4

CONFIDENTIALITY STATEMENT: The documents accompanying this transmission may contain confidential information. The information is intended only for the use by the individual or entity named above. The authorized recipient is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to protect the information from all unauthorized access.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If they have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Appalachian urosurgical 408 N State of Frank Rd, Suite 42
Johnson City, TN 37604

92

Patient: Arnold Dixon (M)
Birth Date: (50)
Height: 6' 5"; Weight: 255; BMI: 30.2
ChartId: 92
Insurance: Blue Cross

Physician: Scott Dulebohn, MD
Current Visit: 4/13/2011
Visit Type: New Patient Interview

# New Patient Visit

***CHIEF COMPLAINT***

The patient's chief complaint is his lower back. He also has a problem with his left leg and right leg.

Lower back - sharp pain, shooting pain, dull pain, aching pain; Worst pain 10/10; Average pain 8/10; Trend: Worsening
Right leg - sharp pain, shooting pain, aching pain, burning, tingling, numbness; Worst pain 10/10; Average pain 8/10; Trend: Worsening
Left leg - sharp pain, shooting pain, aching pain, burning, tingling, numbness; Worst pain 10/10; Average pain 8/10; Trend: Worsening

The left leg pain travels to the hip, knee, whole foot and medial thigh.

The right leg pain travels to the hip, knee, whole foot and medial thigh. The pain is distributed Back 50% - Leg 50%.

The patient stated that he has pain 100% of his waking hours. The patient indicated that 90% of his pain is relieved in his most comfortable position.

The patient indicated that he recently experienced the following serious (i.e red flag) problems: hard to fall asleep, pain awakes from sleep, persistent sweating at night and unbalanced walking.

***HISTORY OF PRESENT ILLNESS*** with onset 2 years ago. He has had a similar problem on several occasions. The first episode was over 5 years ago. The last episode was less than 3 months ago. The problem reoccurs more than twice a year. He has had more than 5 previous episodes in the last 3 years.
DAILY ACTIVITIES: Working with sedentary daily activities. The patient likes the job somewhat and was absent less than 1 week last year.
PRIOR SPINE SURGERIES: Neck: 1; The most recent neck surgery (Discectomy) occurred 2 to 3 years ago to relieve both neck and arm pain. The previous symptoms were not at all similar. This surgery provided no relief at all. Complications: None. The patient was very satisfied with the results.
PRIOR PHYSICAL THERAPY: Active modality more than three times a week for more than 3 months with no relief
PRIOR INJECTIONS: Two injections in the last year with the last injection (+XR) 2-4 weeks ago. The injection provided no relief
PRIOR TREATMENTS: brace/corset, home exercise, chiropractic/manipulation, massage, acupuncture and chronic pain clinic
PRIOR STUDIES: MRI
CURRENT SPINE MEDICATIONS:
OTC (not within the last week last week) Side Effects: no side effects
Rx NSAID (not within the last week last week) Side Effects: no side effects
Pain Narcotic (occasionally last week) Side Effects: dizziness and drowsiness
Muscle Relaxant (not within the last week last week) Side Effects: no side effects
Sleeping Pill (not within the last week last week) Side Effects: no side effects
Anti-Depressant (not within the last week last week) Side Effects: no side effects

***FUNCTIONAL STATUS***:
WORST TIME: The pain is constant.

AGGRAVATING FACTORS: sitting, standing, walking, lying down and coughing or sneezing
MITIGATING FACTORS: None
IMPACT: The problem limits both work and recreational activities. He can walk for 5-10 minutes. He can sit for 15 - 30 minutes.
SATISFACTION: The patient would be very dissatisfied to spend the rest of their life this way.
WORK STATUS: The patient is working.. He is working full time but with modified duty. The patient likes the job somewhat and was absent less than 1 week last year.

***PATIENT DEMOGRAPHICS***: White; male; 50; Married; Adult support: Yes; Children < 6: 0; Graduated from college;

***FAMILY HISTORY***: cancer, high blood pressure and stroke

***SOCIAL HISTORY***: Tobacco - Quit > 6 months Exercise - never; Alcohol - Does not drink; Drug Abuse - never

***ALLERGIES***: The patient indicated that he has had allergic reactions to penicillin or other antibiotics He considers his reaction to penicillin or other antibiotics as serious.

***PREVIOUS MEDICAL HISTORY***:None

PRIOR SURGERIES: Tonsillectomy and Some other surgery

***REVIEW OF SYSTEMS***:
The patient was asked about symptoms in eleven major areas.

Patient reported the following problems and was referred to their primary care physician for evaluation of these concerns:
- varicose veins, dizziness, nausea, vomiting or diarrhea, sinus trouble, sore throat, dizziness or unsteadiness, ringing in the ears, frequent muscle cramps, frequent itching, depression, feeling of loneliness or hopelessness, feeling of worthlessness, trouble sleeping and constant worry

***VITAL SIGNS***
The patient's vital signs were recorded by the nurse and stored in the patient's chart.

***PATIENT MEDICATIONS***
The patient's medications were recorded by the nurse and stored in the patient's chart.

***GENERAL ASSESSMENT***
The patient's appearance, affect, orientation and ambulation were normal.

***INSPECTION***
No visible scars or skin conditions were noted

Scott Dulebohn, MD

**Egger, Melanie**

**From:** Arnold Dixon [
**Sent:** Monday, August 06, 2012 2:08 PM
**To:** Egger, Melanie
**Subject:** RE: Rehabilitation Survey
**Attachments:** SSA Award Letter_0001.pdf

Hey Melanie,

I have attached the award letter plus an invoice for $135 from my attorney for his fees that isn't covered under the amount the government automatically deducts. The services for these fees were used to fight my disability case. Please let me know if there is anything else you need and if not where we need to go from here.

Thanks,
Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Monday, August 06, 2012 1:43 PM
**To:** Arnold Dixon
**Subject:** RE: Rehabilitation Survey

That is fine to scan and email me the award letter.

---

**From:** Arnold Dixon [mailto:
**Sent:** Monday, August 06, 2012 12:39 PM
**To:** Egger, Melanie
**Subject:** RE: Rehabilitation Survey

Ok you're welcome. I also got my information on what I will be getting from social security and what they will be deducting for the attorney. Is it ok if I just scan it and send it to you or would you prefer it another way?

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Monday, August 06, 2012 11:16 AM
**To:** Arnold Dixon
**Subject:** RE: Rehabilitation Survey

Thank you for returning this Arnold. We do have to have this information in the file, so I appreciate your prompt response on it.

Melanie Egger

---

**From:** Arnold Dixon [mailto:
**Sent:** Sunday, August 05, 2012 7:36 PM
**To:** Egger, Melanie
**Subject:** RE: Rehabilitation Survey

Hey Melanie,

Here is the completed form. Please let me know if you have any questions. As I said though there is no chance short of a miracle for me to be able to return to work.

Thanks,

Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Wednesday, August 01, 2012 8:45 AM
**To:**
**Subject:** Rehabilitation Survey

Hi Arnold,

I looked for this in your documentation for your claim and we have not received your rehabilitation survey. Could you please fill this out and mail, fax or email it back to me as soon as possible?

Thank you and don't hesitate to call with any questions.

*Melanie Egger*
**Associate LTD Benefit Specialist**
**Insurance Solutions - Group Protection**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: (800) 423-2765
Phone: 402-361-7165
Toll Free Fax: (877) 843-3950
melanie.egger@lfg.com

**Hello future.®**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in

relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: July 29, 2012
Claim Number: HA

002679 3 MB 0.654 0018 LTR M08 PC7 0725
ARNOLD L DIXON JR

3828

You are entitled to monthly disability benefits beginning January 2012.

## What We Will Pay And When

- You will receive $7,461.00 around August 4, 2012.
- This is the money you are due for January 2012 through June 2012.
- Your next payment of $1,658.00, which is for July 2012, will be received on or about the fourth Wednesday of August 2012.
- After that you will receive $1,658.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

The day we make payments on this record is based on your date of birth.

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $9,948.00 for January 2012 through June 2012. Under the fee agreement, the representative cannot charge you more than $2,487.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C

See Next Page

*0303IIG4GA002767*NOTAFP.X3.PBMCSNOT.PC7.R120725.PAM 000000110 00200106356031183766037617384366

## PAYMENT SUMMARY

**Your Payment Of $7,461.00**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for January 2012 through June 2012, less monthly rounding of benefits | $ 9,948.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 2,487.00 |
| This equals the amount of your first payment | $ 7,461.00 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective July 2012:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 1,658.10 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .10 |
| This equals the amount of your regular monthly payment | $ 1,658.00 |

Telephone (423) 247-7171

**H. LYNN SHOEMAKER**
ATTORNEY AT LAW
223 BROAD STREET
KINGSPORT, TENNESSEE 37660

July 30, 2012

Mr. Arnold L. Dixon, Jr.

FOR PROFESSIONAL SERVICES:

FILE EXPENSES:

| | |
|---|---|
| A. Bentley Hankins (report letter) | $100.00 |
| Dr. Randy McLaughlin | 20.00 |
| Copy charge (for ODAR) | 15.00 |
| Total Expenses | $135.00 |

THANK YOU!

## Egger, Melanie

**From:** Arnold Dixon [
**Sent:** Friday, August 03, 2012 2:47 PM
**To:** Egger, Melanie
**Subject:** RE: Rehabilitation Survey

Hey Melanie,

I remember receiving this from Lindsey and if I'm not mistaken I talked to her about it and since there is no chance of me returning back to work this was not needed. Is that not the case?

Thanks,

Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Wednesday, August 01, 2012 8:45 AM
**To:**
**Subject:** Rehabilitation Survey

Hi Arnold,

I looked for this in your documentation for your claim and we have not received your rehabilitation survey. Could you please fill this out and mail, fax or email it back to me as soon as possible?

Thank you and don't hesitate to call with any questions.

*Melanie Egger*
**Associate LTD Benefit Specialist**
**Insurance Solutions - Group Protection**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: (800) 423-2765
Phone: 402-361-7165
Toll Free Fax: (877) 843-3950
melanie.egger@lfg.com

**Hello future.®**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln
Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## REHABILITATION SURVEY
**(PLEASE see FRAUD NOTICES attached)**

Date of Request: ______________________

Policy # 004000030D202706 | Employer SARATOGA TECHNOLOGIES

**Information About Yourself**

Name: ARNOLD L. DIXON JR. | Phone Number:

Address

Social Security Number: | Date of Birth:

**Education History**

Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 (12) GED | Year Completed 1979 G.P.A.

College 1 2 3 4 (AS) BA BS MA MS PhD | Major COMPUTER ENGINEERING | Year Completed 1990 G.P.A. 3.4

Vocational Training:

Certifications Held:

**Military**

Year: From __________ To __________ Rank: __________ Job Title: __________

Responsibilities:

**Vocational History**

Please fill out completely and be as specific as possible starting with most recent employer. If you have a resume, please attach and return. This information is important in determining what services may be available to you. Thank You!

Job Title: SERVICE COORDINATOR | Employer: SARATOGA TECHNOLOGIES

Dates: From: 5/2004 To: 7/2011 | Wage: 50K | hourly/monthly/(yearly)

Job Tasks/Duties/Special Training (include supervisory responsibilities)

MANAGED OTHER WORKERS IN THEIR DUTIES, PROVIDED TECHNICAL SUPPORT AND TRAINING TO FELLOW EMPLOYEES, BILLED CUSTOMERS FOR SERVICE WORK AND HANDLED CUSTOMER DISPUTES

Reason for leaving: HEALTH

Job Title: OPERATIONS MANAGER | Employer: AUTOMATION SOLUTIONS

Dates: From: 11/94 To: 5/04 | Wage: 47,500 | hourly/monthly/(yearly)

Job Tasks/Duties/Special Training (include supervisory responsibilities) SCHEDULE TECHS, RECEIVED + SHIPPED PRODUCTS, PHONE SUPPORT, BILLED CUSTOMERS FOR SERVICE WORK, MANAGED INVENTORY

Reason for leaving: MERGED WITH SARATOGA TECHNOLOGIES

**Vocational History Continued**

Job Title: Employer:

Dates: From: To: Wage: hourly/monthly/yearly

Job Tasks/Duties/Special Training (include supervisory responsibilities)

Reason for leaving:

Job Title: Employer:

Dates: From: To: Wage: hourly/monthly/yearly

Job Tasks/Duties/Special Training (include supervisory responsibilities)

Reason for leaving:

**Activities of Daily Living:**

How long can you continuously: Sit? 1HR Stand? 15MIN Walk? 10 MIN Drive? 1HR

How far can you: Walk? 10MIN Drive? 1HR.

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0 - 10 lbs | | X | | |
| 11 - 20 lbs | X | | | |
| 21 - 50 lbs | X | | | |
| 50 - 100 lbs | X | | | |
| over 100 lbs | X | | | |

How often can you do the following? (use the following codes) N = never; O = occasionally; F = frequently; C = constantly

Climb? N Balance? O Stoop? N Kneel? N Crouch? N Crawl? N Reach? N

Perform repetitive movements? hands? O feet? O

Describe how your disability impacts your ability to work. I HAVE CONTINUOUS PAIN WHICH KEEPS ME FROM CONCENTRATING ON DETAILS WHICH IS THE BIGGEST PART OF MY JOB. ALSO, PAIN KEEPS ME FROM SITTING OR STANDING FOR LONG PERIODS ON A DAILY BASIS

Describe any hobbies, recreational activities or special interests you have. BASICALLY ALL SPORTS, CAMPING

How does your disability impact your ability to engage in recreational interests? CAN'T DO ANY SPORTS OTHER THAN A LITTLE FISHING EVERY NOW AND THEN

**Medical Information**

Describe your current medical problems and how they prevent you from working. DEGENERATIVE DISCS + PERIPHERAL NEUROPATHY CAUSE CONTINUOUS PAIN WHICH KEEPS ME FROM BEING ABLE TO CONCENTRATE + SITTING + STANDING FOR LONG PERIODS ON A DAILY BASIS

Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment). CURRENTLY I AM NOT SEEING ANY DOCTORS AND HAVE NO APPOINTMENTS SCHEDULED. DOCTORS HAVE SAID SURGERY IS NOT AN OPTION FOR MY BACK AND THERE IS NO CURE FOR THE NEUROPATHY

Names, dates and addresses of hospitals you have been in for your current disability. HAVE NOT BEEN ADMITTED TO A HOSPITAL AT THIS POINT

Names and dosages of current medications. HYDROCODONE - TAKE AS NEEDED FOR PAIN

What special equipment do you use (wheelchair, cane, TENS unit, brace etc.)? DEPENDING ON PAIN LEVEL AND BALANCE I USE A CANE SOMETIMES

Describe the measures your physician is taking to assist you in returning to work. I HAVE BEEN TOLD I WILL NOT BE RETURNING TO WORK

**Benefit Information:**

List the amount of benefits you are receiving for (include effective dates):

Social Security: ______ Workers Compensation: ______ State Disability: ______

VA Benefits: ______ Retirement: ______ Other: ______

If you do not receive Social Security Disability benefits, have you applied and what is the status? I HAVE APPLIED AND BEEN APPROVED, I AM WAITING ON MY [illegible] LETTER LETTING ME KNOW HOW MUCH I WILL BE RECEIVING EACH MONTH

**Rehabilitation Activities**

Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name. N/A

Status of above services (active, discontinued, etc.). Be specific and give details.

Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.). N/A
Why?

Describe what you will require to return to your regular occupation. N/A

If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? N/A

Are there any other conditions that will affect your ability to return to work? Please explain.
NO

Are you interested in Vocational Rehabilitation to assist you in returning to work? (Circle one) Yes (No)

Additional Comments:

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature [signature] Date 8-1-12

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

## Egger, Melanie

| | |
|---|---|
| **From:** | Arnold Dixon [ |
| **Sent:** | Sunday, August 05, 2012 7:36 PM |
| **To:** | Egger, Melanie |
| **Subject:** | RE: Rehabilitation Survey |
| **Attachments:** | Lincoln Rehab Survey Form.pdf |

Hey Melanie,

Here is the completed form. Please let me know if you have any questions. As I said though there is no chance short of a miracle for me to be able to return to work.

Thanks,

Arnold

---

**From:** Egger, Melanie [mailto:Melanie.Egger@lfg.com]
**Sent:** Wednesday, August 01, 2012 8:45 AM
**To:**
**Subject:** Rehabilitation Survey

Hi Arnold,

I looked for this in your documentation for your claim and we have not received your rehabilitation survey. Could you please fill this out and mail, fax or email it back to me as soon as possible?

Thank you and don't hesitate to call with any questions.

*Melanie Egger*
**Associate LTD Benefit Specialist**
**Insurance Solutions - Group Protection**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: (800) 423-2765
Phone: 402-361-7165
Toll Free Fax: (877) 843-3950
melanie.egger@lfg.com

**Hello future.®**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

July 31, 2012

DR. ROBERT MACDONALD
RELEASE OF INFORMATION
8 SHERIDAN SQUARE
SUITE 200
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2012 to present |
| Diagnostic Test Results | 6/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

**NAME:** Arnold Dixon
**DATE:** 06/13/12
**D.O.B.:**
**CHART#:** 71509

Arnold Dixon is a 51-year-old with a history of polyneuropathy, spinal DJD, previous cervical disc surgery by Dr. Austin in 2008. He has chronic low back pain and most recently has seen Dr. Dulebohn of neurosurgery in Johnson City and was advised conservative care. He remains on hydrocodone/acetaminophen 10/325 t.i.d. p.r.n. He relates he was intolerant of Lyrica and Neurontin in the past due to a gel placed on his feet did not assist him. He said he tried the anodyne therapy every 3 months which did not assist him. Previous B6 level had been high. At that time, he had stopped all his vitamin supplements. I advised him to return to a multivitamin daily. He has decreased vibration in bilateral toes compared to ankles. Normal pinprick in the feet. Normal motor strength in his lower extremities. Gait is normal. Knee jerks and ankle jerks 1+ and symmetric. He is given a lab slip for CMP, CBC, TSH, B12 folate, and a B6 level. He is placed on a trial of 5% Lidoderm patch one-half patch on top of each foot #30 with six refills and given one sample patch. He is given a return appointment in 6 months.

**Impression:** Peripheral neuropathy – stable.

R. Scott Macdonald, MD
RSM/ljm/5231*
cc: Dr. Randy McLaughlin

06/14/2012 Lab Report 15:36

SOLSTAS LAB PARTNERS

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: **Final**

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| **550307** | **N216565192** |

PATIENT NAME: **DIXON,ARNOLD** ROOM #

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| **71509** | | **51 Years** | **Male** |

PATIENT PHONE # | CHART #

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX TO 1 423 392 6042 DR MCLAUGHLIN**

REFERRING PHYSICIAN: **MACDONALD, ROBERT S**

| CLIENT REF. # | COLLECTED DATE/TIME |
|---|---|
| **5503070037679** | **06/13/2012 09:08** |
| RECEIVED | REPORTED |
| **06/13/2012 22:32** | **06/14/2012 15:36** |

**Comprehensive Metabolic Panel; CBC with Diff; Folate; TSH; Vitamin B12; Vitamin B6, Plasma; Phlebotomy Charge**

Patient Address: , cell # ,

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| CBC with Diff | | | | |
| FAX TO 1 423 392 6042 DR MCLAUGHLIN | | | | |
| WBC | 5.5 | | 4.0-10.5 K/uL | SLN |
| RBC | 5.14 | | 4.22-5.81 MIL/uL | SLN |
| Hemoglobin | 15.1 | | 13.0-17.0 g/dL | SLN |
| Hematocrit | 44.7 | | 39.0-52.0 % | SLN |
| MCV | 87.0 | | 78.0-100.0 fL | SLN |
| MCH | 29.4 | | 26.0-34.0 pg | SLN |
| MCHC | 33.8 | | 30.0-36.0 g/dL | SLN |
| RDW | 13.8 | | 11.5-15.5 % | SLN |
| Platelet Count | 229 | | 150-400 K/uL | SLN |
| Granulocyte % | 61 | | 43-77 % | SLN |
| Absolute Gran | 3.4 | | 1.7-7.7 K/uL | SLN |
| Lymph % | 29 | | 12-46 % | SLN |
| Absolute Lymph | 1.6 | | 0.7-4.0 K/uL | SLN |
| Mono % | 8 | | 3-12 % | SLN |
| Absolute Mono | 0.5 | | 0.1-1.0 K/uL | SLN |
| Eos % | 1 | | 0-5 % | SLN |
| Absolute Eos | 0.1 | | 0.0-0.7 K/uL | SLN |
| Baso % | 0 | | 0-1 % | SLN |
| Absolute Baso | 0.0 | | 0.0-0.1 K/uL | SLN |
| Smear Review | Criteria for review not met | | | SLN |
| Comprehensive Metabolic Panel | | | | |
| Sodium | 141 | | 135-145 mEq/L | SLN |
| Potassium | 4.0 | | 3.5-5.3 mEq/L | SLN |
| Chloride | 104 | | 96-112 mEq/L | SLN |
| CO2 | 24 | | 19-32 mEq/L | SLN |
| **Glucose** | | **113 H** | **70-99 mg/dL** | **SLN** |
| BUN | 18 | | 6-23 mg/dL | SLN |
| Creatinine | 1.22 | | 0.50-1.35 mg/dL | SLN |
| Bilirubin, Total | 0.6 | | 0.3-1.2 mg/dL | SLN |

06/14/2012 Lab Report 15:36

SOLSTAS LAB PARTNERS

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: **Final**

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| **550307** | **N216565192** |

| PATIENT NAME | ROOM # |
|---|---|
| **DIXON,ARNOLD** | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| **71509** | | **51 Years** | **Male** |

| PATIENT PHONE # | CHART # |
|---|---|
| | |

| REFERRING PHYSICIAN |
|---|
| **MACDONALD, ROBERT S** |

| CLIENT REF. # | COLLECTED DATE/TIME |
|---|---|
| **5503070037679** | **06/13/2012 09:08** |

| RECEIVED | REPORTED |
|---|---|
| **06/13/2012 22:32** | **06/14/2012 15:36** |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX TO 1 423 392 6042 DR MCLAUGHLIN**

**Comprehensive Metabolic Panel; CBC with Diff; Folate; TSH; Vitamin B12; Vitamin B6, Plasma; Phlebotomy Charge**

Patient Address: , cell #

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 63 | | 39-117 U/L | SLN |
| AST/SGOT | 17 | | 0-37 U/L | SLN |
| ALT/SGPT | 14 | | 0-53 U/L | SLN |
| Total Protein | 6.8 | | 6.0-8.3 g/dL | SLN |
| Albumin | 4.4 | | 3.5-5.2 g/dL | SLN |
| Calcium | 9.4 | | 8.4-10.5 mg/dL | SLN |
| TSH | 3.412 | | 0.350-4.500 uIU/mL | SLN |
| Vitamin B12 | 353 | | 211-911 pg/mL | SLN |
| Folate | 10.5 | | ng/mL | SLN |

Reference Ranges
- Deficient: 0.4 - 3.3 ng/mL
- Indeterminate: 3.4 - 5.4 ng/mL
- Normal: > 5.4 ng/mL

Vitamin B6, Plasma

| | | | | |
|---|---|---|---|---|
| Vitamin B6, Plasma | Test Not Performed | | | AML |

Quantity not sufficient, unable to perform test(s).
FPO LEAKED IN TRANSIT

| | | | | |
|---|---|---|---|---|
| Results Received | Test Not Performed | | | AML |

Legend:

SLN----------> Solstas Lab Partners - Main
4380 Federal Drive, Suite 100
Greensboro, NC 27410

AML----------> Quest Diag, Nichols Inst
14225 Newbrook Dr.
Chantilly, VA 20151

06/24/2012 Lab Report 18:28

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: **Final**

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| **550307** | **N217069497** |
| PATIENT NAME **DIXON,ARNOLD** | ROOM # |
| PATIENT ID # D.O.B. **71509** | AGE **51 Years** GENDER **Male** |
| PATIENT PHONE # | CHART # |
| REFERRING PHYSICIAN **MACDONALD,ROBERT** | |
| CLIENT REF. # **5503070037732** | COLLECTED DATE/TIME **06/18/2012 14:11** |
| RECEIVED **06/18/2012 21:53** | REPORTED **06/24/2012 18:27** |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**RECOLLECT FROM 06/13/12 NO CHARGE**

Vitamin B6, Plasma
Patient Address: , cell # ,

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| Vitamin B6, Plasma | | | | |
| RECOLLECT FROM 06/13/12 NO CHARGE | | | | |
| Vitamin B6, Plasma | 9.4 | | 2.1-21.7 ng/mL | AML |
| Conversion Factor: Nanograms/mL x 4.046 = nanomoles/L | | | | |
| Results Received | 06/24/12 | | | AML |

Reference lab accession: 90091492
Test performed by:
Quest Diagnostics Nichols Institute
33608 Ortega Hwy
San Juan Capistrano, CA 92675
Phone: 800-553-5445
Director: Jon M. Nakamoto, M.D.

Legend:

AML-----------> Quest Diag, Nichols Inst
14225 Newbrook Dr.
Chantilly, VA 20151

Mml Sad CN

See Time Line (AA)

Mountain States Medical Group
*Neurosurgery*

408 N. State of Franklin Rd
Suite 42
Johnson City, TN 37601
Phone (423) 431-2350
Fax (423) 431-2372

# FAX

TO: Lincoln Financial Group

FAX#: 1-877-843-3950

FROM: Neuro

DATE: 07-31-12

SUBJECT: 112000-6734 Arnold Dixon DOB

NUMBER OF PAGES (Including Cover): 4

CONFIDENTIALITY STATEMENT: The documents accompanying this transmission may contain confidential information. The information is intended only for the use by the individual or entity named above. The authorized recipient is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to protect the information from all unauthorized access.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If they have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**Appalachian urosurgical 408 N State of Frank Rd, Suite 42**
**Johnson City, TN 37604**

92

**Patient: Arnold Dixon (M)**
**Birth Date: (50)**
**Height: 6' 5"; Weight: 255; BMI: 30.2**
**ChartId: 92**
**Insurance: Blue Cross**

**Physician: Scott Dulebohn, MD**
**Current Visit: 4/13/2011**
**Visit Type: New Patient Interview**

# New Patient Visit

***CHIEF COMPLAINT***
The patient's chief complaint is his lower back. He also has a problem with his left leg and right leg.

Lower back - sharp pain, shooting pain, dull pain, aching pain; Worst pain 10/10; Average pain 8/10; Trend: Worsening
Right leg - sharp pain, shooting pain, aching pain, burning, tingling, numbness; Worst pain 10/10; Average pain 8/10; Trend: Worsening
Left leg - sharp pain, shooting pain, aching pain, burning, tingling, numbness; Worst pain 10/10; Average pain 8/10; Trend: Worsening

The left leg pain travels to the hip, knee, whole foot and medial thigh.

The right leg pain travels to the hip, knee, whole foot and medial thigh. The pain is distributed Back 50% - Leg 50%.

The patient stated that he has pain 100% of his waking hours. The patient indicated that 90% of his pain is relieved in his most comfortable position.

The patient indicated that he recently experienced the following serious (i.e red flag) problems: hard to fall asleep, pain awakes from sleep, persistent sweating at night and unbalanced walking.

***HISTORY OF PRESENT ILLNESS*** with onset 2 years ago. He has had a similar problem on several occasions. The first episode was over 5 years ago. The last episode was less than 3 months ago. The problem reoccurs more than twice a year. He has had more than 5 previous episodes in the last 3 years.
DAILY ACTIVITIES: Working with sedentary daily activities. The patient likes the job somewhat and was absent less than 1 week last year.
PRIOR SPINE SURGERIES: Neck: 1; The most recent neck surgery (Discectomy) occurred 2 to 3 years ago to relieve both neck and arm pain. The previous symptoms were not at all similar. This surgery provided no relief at all. Complications: None. The patient was very satisfied with the results.
PRIOR PHYSICAL THERAPY: Active modality more than three times a week for more than 3 months with no relief
PRIOR INJECTIONS: Two injections in the last year with the last injection (+XR) 2-4 weeks ago. The injection provided no relief
PRIOR TREATMENTS: brace/corset, home exercise, chiropractic/manipulation, massage, acupuncture and chronic pain clinic
PRIOR STUDIES: MRI
CURRENT SPINE MEDICATIONS:
OTC (not within the last week last week) Side Effects: no side effects
Rx NSAID (not within the last week last week) Side Effects: no side effects
Pain Narcotic (occasionally last week) Side Effects: dizziness and drowsiness
Muscle Relaxant (not within the last week last week) Side Effects: no side effects
Sleeping Pill (not within the last week last week) Side Effects: no side effects
Anti-Depressant (not within the last week last week) Side Effects: no side effects

***FUNCTIONAL STATUS***:
WORST TIME: The pain is constant.

**Patient: Arnold Dixon; ChartId: 92; .: 4/13/2011**

AGGRAVATING FACTORS: sitting, standing, walking, lying down and coughing or sneezing
MITIGATING FACTORS: None
IMPACT: The problem limits both work and recreational activities. He can walk for 5-10 minutes. He can sit for 15 - 30 minutes.
SATISFACTION: The patient would be very dissatisfied to spend the rest of their life this way.
WORK STATUS: The patient is working.. He is working full time but with modified duty. The patient likes the job somewhat and was absent less than 1 week last year.

***PATIENT DEMOGRAPHICS***: White; male; 50; Married; Adult support: Yes; Children < 6: 0; Graduated from college;

***FAMILY HISTORY***: cancer, high blood pressure and stroke

***SOCIAL HISTORY***: Tobacco - Quit > 6 months Exercise - never; Alcohol - Does not drink; Drug Abuse - never

***ALLERGIES***: The patient indicated that he has had allergic reactions to penicillin or other antibiotics He considers his reaction to penicillin or other antibiotics as serious.

***PREVIOUS MEDICAL HISTORY***:None

PRIOR SURGERIES: Tonsillectomy and Some other surgery

***REVIEW OF SYSTEMS***:
The patient was asked about symptoms in eleven major areas.

Patient reported the following problems and was referred to their primary care physician for evaluation of these concerns:
- varicose veins, dizziness, nausea, vomiting or diarrhea, sinus trouble, sore throat, dizziness or unsteadiness, ringing in the ears, frequent muscle cramps, frequent itching, depression, feeling of loneliness or hopelessness, feeling of worthlessness, trouble sleeping and constant worry

***VITAL SIGNS***
The patient's vital signs were recorded by the nurse and stored in the patient's chart.

***PATIENT MEDICATIONS***
The patient's medications were recorded by the nurse and stored in the patient's chart.

***GENERAL ASSESSMENT***
The patient's appearance, affect, orientation and ambulation were normal.

***INSPECTION***
No visible scars or skin conditions were noted

Scott Dulebohn, MD

July 31, 2012

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR. ROBERT MACDONALD
RELEASE OF INFORMATION
8 SHERIDAN SQUARE
SUITE 200
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2012 to present |
| Diagnostic Test Results | 6/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

July 30, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of your medical records from Dr. Robert S. MacDonald for the dates of 6/1/2012 to present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

July 25, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

SCOTT DULEBOHN MD
RELEASE OF INFORMATION
408 N STATE OF FRANKLIN RD STE 42
JOHNSON CITY TN 37604

RE: Policy Number: 000400003002O2706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2012 to present |
| Diagnostic Test Results | 4/1/2012 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Melanie Egger
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

July 24, 2012

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of your medical records from Dr. Scott Dulebohn for the dates of 4/1/2012 to present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

May 2, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR CHRISTOPHER PENDOLA
RELEASE OF INFORMATION
2212 JOHN B DENNIS HWY SUITE C
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006794
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 7/1/2011 to present |
| Diagnostic Test Results | 7/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Lindsey A. Kass
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: ARNOLD DIXON

Date of Birth: ______________ Social Security Number: ______________

- data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
- any information regarding insurance coverage: and
- any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

- to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
- to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
- to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
- to the employer for self-insured disability plans; or
- as otherwise may be required by law or as I may further authorize.

I further understand that refusal to sign this Authorization may result in the denial of benefits.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.
7. A photocopy of this Authorization is to be considered as valid as the original.
8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: [signature] DATE: 4-26-12

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______________

ADDRESS: ______________ PHONE NO: (____) ______________
(Street)

______________
(City) (State) (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**NAME**: Arnold Dixon
**DATE:** 06/13/12
**D.O.B.:**
**CHART#:** 71509

Arnold Dixon is a 51-year-old with a history of polyneuropathy, spinal DJD, previous cervical disc surgery by Dr. Austin in 2008. He has chronic low back pain and most recently has seen Dr. Dulebohn of neurosurgery in Johnson City and was advised conservative care. He remains on hydrocodone/acetaminophen 10/325 t.i.d. p.r.n. He relates he was intolerant of Lyrica and Neurontin in the past due to a gel placed on his feet did not assist him. He said he tried the anodyne therapy every 3 months which did not assist him. Previous B6 level had been high. At that time, he had stopped all his vitamin supplements. I advised him to return to a multivitamin daily. He has decreased vibration in bilateral toes compared to ankles. Normal pinprick in the feet. Normal motor strength in his lower extremities. Gait is normal. Knee jerks and ankle jerks 1+ and symmetric. He is given a lab slip for CMP, CBC, TSH, B12 folate, and a B6 level. He is placed on a trial of 5% Lidoderm patch one-half patch on top of each foot #30 with six refills and given one sample patch. He is given a return appointment in 6 months.

**Impression:** Peripheral neuropathy – stable.

R. Scott Macdonald, MD
RSM/ljm/5231*
cc: Dr. Randy McLaughlin

**ASSOCIATED NEUROLOGISTS OF KINGSPORT**
Eight Sheridan Square
Kingsport, TN 37660
(423) 247-5553

**NAME:** Arnold Dixon
**DATE:** 10/26/11
**D.O.B.:**
**CHART#:** 71509

**PRIMARY CARE PHYSICIAN:** Randy McLaughlin, MD
**REFERRING PHYSICIAN:** Turney Williams, MD

**REASON FOR CONSULTATION:** Peripheral neuropathy.

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon is a 51-year-old gentleman who began experiencing numbness and a burning sensation in his feet back in 2009. He has been on a variety of different agents to treat neuropathic pain. He is currently being followed in the pain clinic by Dr. Williams. He has tried Lyrica, gabapentin, and Trileptal but he said that he just cannot tolerate a lot of medications. He said that even taking Aleve can make him feel dizzy. His two-hour glucose tolerance test revealed some mild hypoglycemia. At two hours he did not have any criteria to make the diagnosis of diabetes or impaired glucose tolerance. His B12 was 594, folate greater than 20, TSH 2.242, B6 elevated at 117 with range being 2.1 to 21.7 and he was advised to stop any type of supplementation containing B6 (pyridoxine). His anti-MAG antibodies were negative and serum immunofixation revealed no monoclonal proteins. Mr. Dixon said that he has been doing about the same. He has been seeing Dr. Williams for his lumbar degenerative disc disease and Dr. Williams was considering placing a pain pump and neurostimulator to help him with his pain. The patient states that he has tried neuropathy gel about every two hours for about a month but it didn't help him at all. He said that he just really cannot tolerate a lot of medications and he is very sensitive in that regard. He has never tried anodyne therapy. He has not experienced any new neurological sign or symptoms since last being seen. Back in September he was having some type of chest discomfort. He was advised to see his primary care physician or go to the ER. He said that he did see his primary care physician who performed EKG that was normal. His symptoms were felt to be likely due to a GI cause or medication. He thought that the Trileptal that he was taking for his pain made him nauseated therefore he stopped it and his nausea did indeed resolve.

**PAST SURGICAL HISTORY:**

1. Cervical discectomy 2008 (Dr. Austin).
2. Tonsillectomy.

**ALLERGIES:** **Penicillin.**

**PHYSICAL EXAMINATION:**

Vital Signs:

| | | | |
|---|---|---|---|
| BP: 130/800 | Pulse: 72 | Temp: 97.4 | WT: 266 |

Patient: Arnold Dixon
Date: 10/26/11
Page: 2

**GENERAL EXAMINATION:** The patient is awake, alert, attentive, cooperative and pleasant. Sensorium is clear. Speech and language are normal. Mood and affect are normal. He is in good spirits. He does not appear to be depressed or anxious. Pupils are about 4 mm, midposition. Versions are full. No INO. No facial weakness, hemifacial spasm or blepharospasm. Motor strength appears to be normal. Finger-to-nose maneuvers are normal. Gait and station appear to be normal. Sensory exam reveals mild decrease in vibratory sense in his feet. Light touch and temperature are preserved. Reflexes are decreased at the right knee. Extremities: No clubbing or cyanosis. No erythema nodosum or stigmata of complex regional pain syndrome.

**IMPRESSION:**

1. Chronic neuropathic pain felt to be secondary to underlying peripheral neuropathy.
2. Chronic low back pain secondary to a degenerative disc disease.

**RECOMMENDATIONS:**

1. Avoid any type of vitamin supplementation with B6 since excessive levels can lead to a peripheral neuropathy.
2. Daily foot inspection and care.
3. Since he really doesn't like taking medications and cannot tolerate these well we will go ahead and try anodyne therapy to see if this may help and also I am going to refer him over to Victory Orthotics to see if they can fit him with a pair of shoes and also some inserts for shoes that may help disperse his weight and help his neuropathic symptoms.
4. Return to clinic in six months for reassessment. Call back anytime sooner if needed.

Christopher A. Pendola, MD
Diplomate of the American Board
of Psychiatry and Neurology
(Signed but not read to expedite mailing)
CAP/jsb*
Cc: Randy McLaughlin, MD
Turney Williams, MD

**ASSOCIATED NEUROLOGISTS OF KINGSPORT**
Eight Sheridan Square
Kingsport, TN 37660
(423) 247-5553

**NAME:** Arnold Dixon
**DATE:** 08/24/11
**D.O.B.:**
**CHART#:** 71509

**PRIMARY CARE PHYSICIAN:** Randy McLaughlin, MD
**REFERRING PHYSICIAN:** Turney Williams, MD

**REASON FOR CONSULTATION:** Peripheral neuropathy.

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon is a 51-year-old gentleman who began experiencing numbness and a burning sensation in his feet back in 2009. He said that it started about a year after he underwent cervical discectomy back in 2008. He said that his feet just tend to burn and sensitive to touch. He said that he tried gabapentin but it made no difference at all in his discomfort. He tried Lyrica but it made him feel sleepy and kind of sedated and drunk. He just couldn't work taking neither that medication nor the gabapentin. He said that Dr. Gupta, a physiatrist at Dr. Williams' office performed an EMG nerve study that revealed evidence of a mild peripheral neuropathy. The patient has undergone diagnostic facet block in the lumbar spine without any significant improvement nor did he experience any improvement with an epidural steroid injection. He was given a prescription for Trileptal by Dr. Williams. He said that he got it filled but he hasn't started it yet. He said that now he is off work on medical leave he is willing to give it a try. He said that he just couldn't risk taking something that would make him sedate while he was trying to go to work. He has not had any hemiplegia, hemisensory loss, amaurosis fugax, bowel or bladder changes. He does not recall any type of chemical or toxin exposure. No family history of neuropathy although he did have a grandmother with diabetes mellitus. His father died at 94 and had a stroke. His mother had colon cancer. He says that his symptoms are about the same. They still burn especially at nighttime. He reports that the topical neuropathy gel was of no benefit at all.

**PAST SURGICAL HISTORY:**

1. Cervical discectomy 2008 (Dr. Austin).
2. Tonsillectomy.

**ALLERGIES:** **Penicillin.**

**ACCESSORY CLINICAL DATA:** Blood work drawn on 8/3/11: TSH 2.242, B12 594, folate greater than 20, Two-hour glucose tolerance test revealed a fasting blood sugar of 84, one-hour reading of 149 and two-hour reading of 53(normal 70-139). His B6 level was elevated at 117 normal range being 2.1 to 21.7. The patient was advised to stop his B6 supplementation as elevated levels of B6 can actually cause a neuropathy as can low levels.

Patient: Arnold Dixon
Date: 08/24/11
Page: 2

**PHYSICAL EXAMINATION:**

Vital Signs:

| BP: 134/82 | Pulse: 84 | Temp: 98.8 | WT: 261 |
|---|---|---|---|

**GENERAL EXAMINATION:** The patient is awake, alert, attentive, cooperative and pleasant. Sensorium is clear. He is very pleasant. Mood and affect are normal. General fund of knowledge is normal. Pupils are equally round and reactive to light. Versions are full. No INO. Smooth pursuit is normal. No nystagmus, dysmetria. Facial grimace is symmetric. No hemifacial spasm or blepharospasm. I do not appreciate any facial myokymia. Sternocleidomastoid function is normal. Motor strength appears to be normal. Finger-to-nose maneuvers are normal. Sensory exam reveals mild decrease in vibratory sense in both feet. Proprioception appears to be normal. His gait and station appear to be normal. Reflexes reveal a decreased right knee jerk compared to the left, otherwise they are symmetric (he reports that his decreased right knee jerk has been chronic finding since his high school years). Extremities: No clubbing or cyanosis. No edema, tremor, atrophic skin or nail changes to suggest complex regional pain syndrome.

**IMPRESSION:**

1. Neuropathic pain felt to be secondary to mild peripheral neuropathy according to his electrodiagnostic study.
2. Elevated B6 level.

**RECOMMENDATIONS:**

1. Avoid B6 supplementation.
2. Serum immunofixation.
3. Anti-MAG antibodies.
4. I told him that he can go ahead and try the Trileptal that was given to him by Dr. Williams to see if this may help with his neuropathic pain. He said that he believes that the dose was 300 mg b.i.d. but I told him that I would recommend cutting the dose in half to 150 po b.i.d. for a week or two to get acclimated to it and if he tolerates that without any problems and still is having neuropathic symptoms and pain then he can go ahead and increase it at that point to 300 mg po b.i.d. I told him not to abruptly stop the medication as that is a general rule for all anti-epileptic drugs. He understands that.
5. I told him to call back in one week for the results of his blood work that he is going to have drawn today. I will make sure that Dr. McLaughlin, his primary care physician, and Dr. Williams both get a copy of that.
6. Daily foot inspection and care.
7. Return to clinic in eight weeks for reassessment. Call back anytime sooner if needed.

Christopher A. Pendola, MD
Diplomate of the American Board
of Psychiatry and Neurology
(Signed but not read to expedite mailing)
CAP/jsb

**ASSOCIATED NEUROLOGISTS OF KINGSPORT**
Eight Sheridan Square
Kingsport, TN 37660
(423) 247-5553

**NAME:** Arnold Dixon
**DATE:** 07/28/11
**D.O.B.:**
**CHART#:** 71509

**PRIMARY CARE PHYSICIAN:** Randy McLaughlin, MD
**REFERRING PHYSICIAN:** Turney Williams, MD

**REASON FOR CONSULTATION:** Peripheral neuropathy.

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon is a 51-year-old gentleman who began experiencing numbness and a burning sensation in his feet back in 2009. He said that it started about a year after he underwent cervical discectomy back in 2008. He experiences a burning numb-like sensation in his feet and hands. He says that his skin is very sensitive to touch. He said that he has to basically sleep with his feet outside the bed sheets because they will make his feet feel uncomfortable. He says that it feels like he is walking on gravel. He said that he basically had to quit working because he just couldn't tolerate the medications that were tried to treat his neuropathic pain such as gabapentin or Lyrica. He said that they made him feel drunk, sleepy and sedate. He also said that he was concerned he may have an accident while at work. He was concerned about differentiating a brake pedal from an accelerator and didn't want to hurt him or someone else so he felt like he had to quit working. He has been on short-term disability for a while and plans on seeing Dr. Williams back within the next few weeks for a follow up. He had an EMG nerve conduction study performed by Dr. Gupta, a physiatrist who practices with Dr. Williams at Pain Management Associates. This was consistent with a mild early neuropathy. The patient has undergone epidural steroid injections without any significant improvement in his low back pain. He did have an MRI of the lumbar spine performed on 1/28/11 that revealed multi-level degenerative disc changes. There was facet hypertrophy noted at L1-L2, L3-L4, L4-L5, and L5-S1. Some associated foraminal stenosis was seen but no reported nerve root compression. MRI of the cervical spine on 2/10/11 revealed stable multi-level degenerative changes associated with some foraminal stenosis but no reported nerve root encroachment or stenosis. The patient states that he has tried Lyrica and gabapentin and just could not tolerate these medications even at low doses. He said that they just made him feel drunk, somnolent and dizzy.

**PAST MEDICAL HISTORY:**
1. Depression.
2. Degenerative disc disease.
3. Sinus problems.

**PAST SURGICAL HISTORY:**
1. Cervical discectomy 2008 (Dr. Austin).
2. Tonsillectomy.

**ALLERGIES:** **Penicillin.**

Patient: Arnold Dixon
Date: 07/28/11
Page: 2

**CURRENT MEDICATIONS:** None.

**SOCIAL HISTORY:** He is married. He used to work for Saratoga Technologies. He lives in Blountville, Tn. He is currently on short-term disability. He doesn't use tobacco, ethanol or illicit drugs.

**FAMILY HISTORY:** His mother had colon cancer. His father had strokes and died at age 94.

**REVIEW OF SYSTEMS:**
The patient's medical review of system questionnaire was reviewed and discussed with the patient today in clinic. Please refer to that sheet for specific details.

Constitutional: Denies fever, significant weight gain/weight loss. He has been experiencing numbness in his hands and feet for about three years.

HEENT: Denies cataracts, glaucoma, eye pain, hearing loss, ear drainage, epistaxis.

Cardiovascular: Denies chest pain, chest pressure, passing out spells.

Respiratory: Denies shortness of breath, productive cough, wheezing, hemoptysis.

Gastrointestinal: Denies hematochezia, hematemesis.

Genitourinary: Denies pain with urination, blood in urine, incontinence, significant urgency.

Musculoskeletal: Denies rheumatoid arthritis, osteoarthritis, swollen/red joints.

Dermatological: Denies bull's-eye lesions, discoloration of skin.

Psychological: Denies anxiety, new stressors. History of depression for about three years. Insomnia for two years.

Endocrine: Denies thyroid dysfunction, diabetes.

Hematologic: Denies bruising, anemia, clotting disorder.

Allergy/immunologic: Denies recurrent bacterial infections. He does admit to having allergies to penicillin for 30+ years.

The patient was instructed to follow up with primary care physician for positive review of systems.

**ACCESSORY CLINICAL DATA**: Dr. William's note dated 6/24/11 reviewed. EMG nerve conduction study report dated 3/28/11 reviewed.

Patient: Arnold Dixon
Date: 07/28/11
Page: 3

**PHYSICAL EXAMINATION:**

Vital Signs:

| | | | | |
|---|---|---|---|---|
| BP: 150/82 | Pulse: 80 | Temp: 98.6 | WT: 260 | HT: 6 ft 5 in |

**GENERAL EXAMINATION:** The patient is awake, alert, attentive, appropriate, oriented times three. Sensorium is clear. General fund of knowledge is normal. Mood and affect is normal. Speech is fluent and clear without any evidence of aphasia. There is no evidence of any apraxia on examination. Patient is well dressed and groomed.

**CRANIAL NERVES:** Pupils are approximately 4 mm bilaterally and reactive to light. Extraocular muscles are full without nystagmus, ocular dysmetria, or an intranuclear ophthalmoplegia. I see no papilledema or retinal hemorrhage. There is no afferent pupillary defect. There is no Horner's syndrome, titubation, or lid ptosis. Facial sensation is normal in all three divisions of the trigeminal nerve. There is no facial palsy, facial myokymia, or hemifacial spasm. Palate elevates in the midline. Sternocleidomastoids are intact. Hearing is intact to finger rub. Patient protrudes tongue in the midline.

**MOTOR EXAM:** Motor strength is normal. There is no atrophy of the upper extremities, intrinsic hand musculature, or shoulder girdle. No resting tremor, choreoathetosis, fasciculations, myoclonus, or ballistic movements.

**SENSORY EXAM:** Intact to light touch, temperature, and vibratory sense although he does report a mild decrease in vibratory sense in both feet. Pin-prick and sharp/dull discrimination are preserved. Proprioception appears to be intact.

**CEREBELLUM:** Finger-to-nose maneuvers are normal.

**GAIT AND STATION:** Within normal limits. There is no dystaxia, apraxia, festination. Tandem walk is performed normally.

**REFLEXES:** Reflexes reveal a decreased right knee jerk compared to the left, otherwise reflexes are obtained without reinforcement (patient reports that his knee jerk has been depressed on the right side since he was in high school). Babinski's are absent.

**HEART:** Regular rhythm and rate.

**NECK:** Supple without any carotid or vertebral bruits.

**CHEST:** Clear.

**HEENT:** No Horner's syndrome, proptosis, malar rash, aphthous ulcers, chemosis, or conjunctival injection.

Patient: Arnold Dixon
Date: 07/28/11
Page: 4

**EXTREMITIES:** No clubbing or cyanosis or edema. No stigmata of reflex sympathetic dystrophy (complex regional pain syndrome). No stigmata of DVT, livedo reticularis, erythema nodosum, etc. No Gottron's sign.

**IMPRESSION:** Neuropathic pain felt to be secondary to early or mild peripheral neuropathy according to his electrodiagnostic study.

**RECOMMENDATIONS:**

1. Two-hour glucose tolerance test, B12, TSH, folate, and B6 level.
2. Since he could not tolerate anti-epileptic drugs used to treat neuropathic pain, he is reluctant to go ahead and try the Trileptal that was given to him by Dr. Williams. I am going to go ahead and try him on topical neuropathy gel. He can get this compounded at the custom compounding center of America. He can apply a small amount to the affected area on his feet about three times a day. Dispense 120 g jar with five refills.
3. Metanx 1 po b.i.d. Dispense #60 with five refills.
4. I have advised him to avoid any climbing or getting around situations where he could fall such as uneven ground or steep ground, embankments, stairwells, etc. since he reports that he has had some balance issues in the past and has been concerned about this. I don't see any postural instability on his exam today but I did go ahead and give him those general recommendations and precautions. I also told him if he ever has any difficulty differentiating a brake pedal from an accelerator, he should refrain from driving because I don't want him getting involved in an accident and hurting himself or someone else and he understands this and says that basically that is why he had to give up his job.
5. In regard to physical capacity evaluation, I told him that I do not perform those but would recommend perhaps contacting Dr. Gupta, the physiatrist who may perform those types of evaluations. I will see him back in the office in several weeks to review the results of his neuropathy work up.

Christopher A. Pendola, MD
Diplomate of the American Board
of Psychiatry and Neurology
(Signed but not read to expedite mailing)
CAP/jsb*
Cc: Turney Williams, MD
Randy McLaughlin, MD

06/14/2012 Lab Report 15:36

SOLSTAS LAB PARTNERS
Solstas Lab Partners
4380 Federal Drive
Greensboro, NC 27410
1-888-664-7601

Order Status: Final

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| 550307 | N216565192 |

PATIENT NAME: DIXON,ARNOLD ROOM #:

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 71509 | | 51 Years | Male |

PATIENT PHONE #: CHART #:

Associated Neurologists - Kingsport
8 Sheridan Square
Kingsport, TN 37660

FAX TO 1 423 392 6042 DR MCLAUGHLIN

REFERRING PHYSICIAN: MACDONALD, ROBERT S

| CLIENT REF. # | COLLECTED DATE/TIME |
|---|---|
| 5503070037679 | 06/13/2012 09:08 |

| RECEIVED | REPORTED |
|---|---|
| 06/13/2012 22:32 | 06/14/2012 15:36 |

Comprehensive Metabolic Panel; CBC with Diff; Folate; TSH; Vitamin B12; Vitamin B6, Plasma; Phlebotomy Charge

Patient Address: , cell #

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| CBC with Diff | | | | |
| FAX TO 1 423 392 6042 DR MCLAUGHLIN | | | | |
| WBC | 5.5 | | 4.0-10.5 K/uL | SLN |
| RBC | 5.14 | | 4.22-5.81 MIL/uL | SLN |
| Hemoglobin | 15.1 | | 13.0-17.0 g/dL | SLN |
| Hematocrit | 44.7 | | 39.0-52.0 % | SLN |
| MCV | 87.0 | | 78.0-100.0 fL | SLN |
| MCH | 29.4 | | 26.0-34.0 pg | SLN |
| MCHC | 33.8 | | 30.0-36.0 g/dL | SLN |
| RDW | 13.8 | | 11.5-15.5 % | SLN |
| Platelet Count | 229 | | 150-400 K/uL | SLN |
| Granulocyte % | 61 | | 43-77 % | SLN |
| Absolute Gran | 3.4 | | 1.7-7.7 K/uL | SLN |
| Lymph % | 29 | | 12-46 % | SLN |
| Absolute Lymph | 1.6 | | 0.7-4.0 K/uL | SLN |
| Mono % | 8 | | 3-12 % | SLN |
| Absolute Mono | 0.5 | | 0.1-1.0 K/uL | SLN |
| Eos % | 1 | | 0-5 % | SLN |
| Absolute Eos | 0.1 | | 0.0-0.7 K/uL | SLN |
| Baso % | 0 | | 0-1 % | SLN |
| Absolute Baso | 0.0 | | 0.0-0.1 K/uL | SLN |
| Smear Review | Criteria for review not met | | | SLN |
| Comprehensive Metabolic Panel | | | | |
| Sodium | 141 | | 135-145 mEq/L | SLN |
| Potassium | 4.0 | | 3.5-5.3 mEq/L | SLN |
| Chloride | 104 | | 96-112 mEq/L | SLN |
| CO2 | 24 | | 19-32 mEq/L | SLN |
| **Glucose** | | **113 H** | **70-99 mg/dL** | **SLN** |
| BUN | 18 | | 6-23 mg/dL | SLN |
| Creatinine | 1.22 | | 0.50-1.35 mg/dL | SLN |
| Bilirubin, Total | 0.6 | | 0.3-1.2 mg/dL | SLN |

06/14/2012 Lab Report 15:36

SOLSTAS LAB PARTNERS

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: **Final**

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| **550307** | **N216565192** |
| PATIENT NAME **DIXON,ARNOLD** | ROOM # |
| PATIENT ID # D.O.B. **71509** | AGE **51 Years** GENDER **Male** |
| PATIENT PHONE # | CHART # |
| REFERRING PHYSICIAN **MACDONALD, ROBERT S** | |
| CLIENT REF. # **5503070037679** | COLLECTED DATE/TIME **06/13/2012 09:08** |
| RECEIVED **06/13/2012 22:32** | REPORTED **06/14/2012 15:36** |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX TO 1 423 392 6042 DR MCLAUGHLIN**

Comprehensive Metabolic Panel; CBC with Diff; Folate; TSH; Vitamin B12; Vitamin B6, Plasma; Phlebotomy Charge

Patient Address: , cell #

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 63 | | 39-117 U/L | SLN |
| AST/SGOT | 17 | | 0-37 U/L | SLN |
| ALT/SGPT | 14 | | 0-53 U/L | SLN |
| Total Protein | 6.8 | | 6.0-8.3 g/dL | SLN |
| Albumin | 4.4 | | 3.5-5.2 g/dL | SLN |
| Calcium | 9.4 | | 8.4-10.5 mg/dL | SLN |
| TSH | 3.412 | | 0.350-4.500 uIU/mL | SLN |
| Vitamin B12 | 353 | | 211-911 pg/mL | SLN |
| Folate | 10.5 | | ng/mL | SLN |

Reference Ranges
Deficient: 0.4 - 3.3 ng/mL
Indeterminate: 3.4 - 5.4 ng/mL
Normal: > 5.4 ng/mL

| | | | | |
|---|---|---|---|---|
| Vitamin B6, Plasma | | | | |
| Vitamin B6, Plasma | Test Not Performed | | | AML |

Quantity not sufficient, unable to perform test(s).
FPO LEAKED IN TRANSIT

| | | | | |
|---|---|---|---|---|
| Results Received | Test Not Performed | | | AML |

Legend:

SLN----------> Solstas Lab Partners - Main
4380 Federal Drive, Suite 100
Greensboro, NC 27410

AML----------> Quest Diag, Nichols Inst
14225 Newbrook Dr.
Chantilly, VA 20151

06/24/2012 Lab Report 18:28

SOLSTAS LAB PARTNERS

**Solstas Lab Partners**
**4380 Federal Drive**
**Greensboro, NC 27410**
**1-888-664-7601**

Order Status: **Final**

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| **550307** | **N217069497** |

| PATIENT NAME | ROOM # |
|---|---|
| **DIXON,ARNOLD** | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| **71509** | | **51 Years** | **Male** |

| PATIENT PHONE # | CHART # |
|---|---|
| | |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**RECOLLECT FROM 06/13/12 NO CHARGE**

| REFERRING PHYSICIAN | |
|---|---|
| **MACDONALD,ROBERT** | |
| CLIENT REF. # | COLLECTED DATE/TIME |
| **5503070037732** | **06/18/2012 14:11** |
| RECEIVED | REPORTED |
| **06/18/2012 21:53** | **06/24/2012 18:27** |

Vitamin B6, Plasma

Patient Address: cell #

| Result Name | Normal | Abnormal | Limits | Class / Lab |
|---|---|---|---|---|
| Vitamin B6, Plasma | | | | |
| RECOLLECT FROM 06/13/12 NO CHARGE | | | | |
| Vitamin B6, Plasma | 9.4 | | 2.1-21.7 ng/mL | AML |
| Conversion Factor: Nanograms/mL x 4.046 = nanomoles/L | | | | |
| Results Received | 06/24/12 | | | AML |

Reference lab accession: 90091492
Test performed by:
Quest Diagnostics Nichols Institute
33608 Ortega Hwy
San Juan Capistrano, CA 92675
Phone: 800-553-5445
Director: Jon M. Nakamoto, M.D.

Legend:

AML-----------> Quest Diag, Nichols Inst
14225 Newbrook Dr.
Chantilly, VA 20151

Mml Sad CW

See Time Line (AA)

08/31/2011 Lab Report 00:58

SOLSTAS LAB PARTNERS

Solstas Lab Partners
4380 Federal Drive
Greensboro, NC 27410
1-888-664-7601

Order Status: Final

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| 550307 | N123651961 |

| PATIENT NAME | ROOM # |
|---|---|
| DIXON,ARNOLD | |

| PATIENT ID # D.O.B. | AGE | GENDER |
|---|---|---|
| 71509 | 51 Years | Male |

| PATIENT PHONE # | CHART # |
|---|---|
| | |

REFERRING PHYSICIAN
Pendola,Christopher

| CLIENT REF. # | COLLECTED DATE/TIME |
|---|---|
| 5503070033953 | 08/24/2011 09:09 |
| RECEIVED | REPORTED |
| 08/25/2011 01:30 | 08/31/2011 00:58 |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX TO 1 423 392 6042 DR MCLAUGHLIN**

Date and initial: 8/31/11 [initials]
- Received
- Provider reviewed
- Patient notified
- OK to file

Immunofixation Electroph, Serum; MAG-SGPG Ab IgM; Phlebotomy Charge
Patient Address:

| Result Name | Normal | Abnormal | Limits | Lab |
|---|---|---|---|---|
| Immunofixation Electroph, Serum | | | | |
| FAX TO 1 423 392 6042 DR MCLAUGHLIN | | | | |
| Total Protein | 6.8 | | 6.0-8.3 g/dL | SLN |
| IgG | 937 | | 694-1618 mg/dL | SLN |
| IgA | 229 | | 68-378 mg/dL | SLN |
| **IgM** | | **51 L** | **60-263 mg/dL** | **SLN** |
| IFE Interpretation | | | | SLN |
| No monoclonal protein identified. Reviewed by Janice J. Hessling, MD, PhD, FCAP (Electronic Signature on File) | | | | |
| MAG-SGPG Ab IgM | | | | |
| MAG-SGPG Ab (IgM), EIA | <1:1600 | | < OR = 1:1 titer | AML |

This test was developed and its performance characteristics have been determined by Quest Diagnostics Nichols Institute, San Juan Capistrano. Performance characteristics refer to the analytical performance of the test.
Test performed by:
Quest Diagnostics Nichols Institute
33608 Ortega Hwy
San Juan Capistrano, CA 92675
Phone: 800-553-5445
Director: Jon M. Nakamoto, M.D.

8/31/11 [signature]

Legend:

SLN----------> Solstas Lab Partners - Main
4380 Federal Drive, Suite 100
Greensboro, NC 27410

AML----------> Quest Diag, Nichols Inst
14225 Newbrook Dr.
PO Box 10841
Chantilly, VA 20153

08/13/2011 Lab Report 01:12

SOLSTAS LAB PARTNERS

Solstas Lab Partners
4380 Federal Drive
Greensboro, NC 27410
1-888-664-7601

Order Status: Final

| ACCOUNT NUMBER | ACCESSION # |
|---|---|
| 550307 | N121557844 |
| PATIENT NAME: DIXON,ARNOLD | ROOM # |
| PATIENT ID # D.O.B.: 71509 | AGE: 51 Years GENDER: Male |
| PATIENT PHONE # | CHART # |
| REFERRING PHYSICIAN: Pendola,Christopher | |
| CLIENT REF. #: 5503070033545 | COLLECTED DATE/TIME: 08/03/2011 10:41 |
| RECEIVED: 08/03/2011 23:11 | REPORTED: 08/13/2011 01:10 |

**Associated Neurologists - Kingsport**
**8 Sheridan Square**
**Kingsport, TN 37660**

**FAX TO 1 423 392 6042 DR MCLAUGHLIN**

Date and initial: 8/15/11 CC
- Received
- Provider reviewed
- Patient notified
- OK to file

Client Profile 2 HR GTT w/ 1HR; Vitamin B6, Plasma; TSH; Vitamin B12; Folate; Phlebotomy Charge

Patient Address:

| Result Name | Normal | Abnormal | Limits | Lab |
|---|---|---|---|---|
| TSH | | | | |
| FAX TO 1 423 392 6042 DR MCLAUGHLIN | | | | |
| TSH | 2.242 | | 0.350-4.500 uIU/mL | SLN |
| Vitamin B12 | 594 | | 211-911 pg/mL | SLN |
| Folate | >20.0 | | ng/mL | SLN |

Reference Ranges
- Deficient: 0.4 - 3.3 ng/mL
- Indeterminate: 3.4 - 5.4 ng/mL
- Normal: > 5.4 ng/mL

| Result Name | Normal | Abnormal | Limits | Lab |
|---|---|---|---|---|
| Client Profile 2 HR GTT w/ 1HR | | | | |
| Glucose, Fasting | 84 | | 70-99 mg/dL | SLN |

< 100 mg/dL = normal fasting glucose
100-125 mg/dL = IFG (impaired fasting glucose)
> 125 mg/dL = provisional diagnosis of diabetes

| Result Name | Normal | Abnormal | Limits | Lab |
|---|---|---|---|---|
| Glucose, 1 Hour | 149 | | 70-170 mg/dL | SLN |
| **Glucose, 2 Hour** | | **53 L** | **70-139 mg/dL** | **SLN** |

**< 140 mg/dL = normal 2 hour GT glucose**
**140-199 mg/dL = IGT (impaired glucose tolerance)**
**> 199 mg/dL = provisional diagnosis of diabetes**

| Result Name | Normal | Abnormal | Limits | Lab |
|---|---|---|---|---|
| Vitamin B6, Plasma | | | | |
| **Vitamin B6, Plasma** | | **117 H** | **2.1-21.7 ng/mL** | **AML** |

**Conversion Factor: Nanograms/mL x 4.046 = nanomoles/L**

| Result Name | Normal | Abnormal | Limits | Lab |
|---|---|---|---|---|
| Results Received | 08/13/11 | | | AML |

Reference lab accession: 80136514
Test performed by:
Quest Diagnostics Nichols Institute
33608 Ortega Hwy
San Juan Capistrano, CA 92675

8/15/11
Please stop B-6 supplements — too high. CC

'11 22:25 From: Attn: Stacy To: 18778433958 P.2/8

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 269-2325
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor/occupational insurance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

Date of Birth: ____ Social Security Number: ____

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and my medical condition I may now have or have had),
   - any information regarding insurance coverage, and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history)

3. Information to be released to: The Lincoln National Life Insurance Company
PO Box 672408
Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans, or
   - as otherwise may be required by law or as I may further authorize

I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent
   1. the Company has taken action in reliance on this Authorization, or
   2. the Company is using this Authorization in connection with a contestable claim

If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: [signature] DATE: 7-8-11

(Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____

ADDRESS: ____ (Street) PHONE NO ____

(City) (State) (Zip Code)

PAIN MEDICINE ASSOCIATES, P.C. 2202 N. JOHN B. DENNIS HIGHWAY, SUITE 200 KINGSPORT, TN 37660

CLINIC NOTE

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 3/29/2012 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | |

**INTERVAL HISTORY:** Mr. Dixon appears this date following trial dorsal column stimulator which was a failure on 3/9/2012. The lead was removed on 3/15/2012, as the patient could not tolerate the tingling. He said he had good coverage but the tingling made him a nervous wreck. We discontinued the trial that day. He is here today for a wound check.

**OBJECTIVE:** He describes the pain in his low back and feet to be shooting, hot, burning, aching, sharp, cramping, 7/10 on the visual analog scale. He walks with an antalgic gait to the right when using a cane for ambulatory assistance. He reports no bladder or bowel dysfunction. He has plenty of Lortab will we will go ahead and write him prescription today as he is going to have Dr. Randy McLaughlin, his primary care, refill his medicines here and he may return here on a p.r.n. basis. The wound looks well healed. There are no signs or symptoms of infection. There is no evidence that we had performed a procedure at all.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease of the lumbar spine, multilevel, L2-3, L3-4, L4-5, and L5-S1.
3. Bilateral lower extremity radiculitis.
4. Chronic pain syndrome with opioid dependence.

**PLAN:** Return to clinic on a p.r.n. basis. We renewed his Norco 10/325 mg one b.i.d. p.r.n. #60 with one refill. Return to Dr. McLaughlin at the patient's request. Plan amenable with Dr. Williams.

**VICKIE STUFFLESTREET, L.P.N.**

VS/lt
D: 3/29/2012; T: 4/17/2012
*Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C. 2202 N. JOHN B. DENNIS HIGHWAY, SUITE 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 3/15/2012 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | |

**INTERVAL HISTORY:** Mr. Dixon appears this date following his visit with Dr. Williams for implantation trial of dorsal column stimulator on 3/9/2012. He appears today wishing to have the trial discontinued. He said he gets good stimulation everywhere that he needs it, even some in the low back, not as good as in the legs but he says stimulation coverage is appropriate but the tingling makes him a nervous wreck. He says he gets more relief with his Lortab and he only utilizes his Lortab approximately one time per day and this is at night so he can sleep. He rates his pain today to be 8/10 on the visual analog scale. The pain continues in his low back and his feet. He had no adverse effects to the trial stimulator other than the fact that it made him nervous and did not allow him to sleep. He says that the tingling really aggravated him.

**OBJECTIVE:** He describes his pain to be gnawing, shooting, hot, burning, tiring, exhausting, aching, sickening, and heavy. Vital signs as recorded. He brings his wife in today and wishes to have the dorsal column stimulator trial discontinued.

**PROCEDURE:** Following informed verbal and written consent and Betadine prep to the suture areas x 3, suture removal kit was used to clip the sutures. The leads were then removed. All 16 electrodes accounted for. The wound was then re-cleaned. Band-aid was placed and he was discharged in stable condition. He is to continue his antibiotics. He is to not immerse in a tub for at least 10 days but may start taking a shower tonight and to pat the area dry.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease of lumbar spine, multilevel, L2-3, L3-4, L4-5, L5-S1.
3. Bilateral lower extremity radiculitis without clear neural impingement.
4. Chronic pain syndrome with opioid dependence.

**PLAN:** Return to clinic in ten days. No medications needed this date. He is to continue monitoring his temperature. His wife will watch the wound and we will see him back in ten days. Plan amenable with Dr. Williams.

**VICKIE STUFFLESTREET, L.P.N.**

VS/lt
D: 3/15/2012; T: 4/4/2012
*Dictated but not edited

***Johnson City Medical Center***
400 North State of Franklin Road
Johnson City, TN 37604
(423) 431-6440

Name: Dixon, Arnold L Jr
DOB:
Account Number: 34069256
Pt. Status: OA
MD ID: 11129

MR Number: 55-63-97
Admit Date: 03/09/2012 10:50
Room:
Hosp. Svc. Code: ASC
Document ID: 2181289

## Operative Note

**SURGEON:** William Turney Williams, M.D.

**DATE OF SERVICE:** 03/09/2012

INDICATIONS FOR PROCEDURE: Mr. Dixon appears this date in anticipation of trial of spinal cord stimulation. He has severe bilateral foot and lower leg pain, as well as bilateral low back pain. He has multilevel degenerative disk disease with EMG-documented peripheral neuropathy. He was not felt to be a surgical candidate. He requires potent narcotic analgesics for pain control. We agreed to a trial of spinal cord stimulation in hopes of diminishing his discomfort. We discussed the risks thereof, including bleeding and nerve injury, spinal cord injury, infection in or about the device, spinal cord or lumbar spine requiring device removal or surgical intervention, increased pain, paralysis, etc. He understands the procedure is a trial only, and he would be required to demonstrate a marked reduction in discomfort prior to considering implantation. After a complete discussion of all issues, it was elected to proceed.

PREOP DIAGNOSIS:
1. Idiopathic peripheral neuropathy.
2. Degenerative disk disease, lumbar spine, multilevel, 2-3, 3-4, 4-5, 5-1.
3. Bilateral lower extremity radiculitis without clear neural impingement.
4. Chronic pain syndrome with opiate dependency.

POSTOP DIAGNOSIS: Same.

PROCEDURE:
1. Percutaneous implantation of spinal cord stimulating electrode array -- left.
2. Percutaneous implantation of spinal cord stimulating electrode array -- right.
3. Fluoroscopy.

Patient seen in preoperative holding area. Intravenous access obtained. Ancef 2 g administered IV piggyback. The patient was moved to the operative suite and placed in the prone position with pillows and blankets underneath the chest and abdomen to reduce the thoracolumbar curve. All pressure points were padded. Monitored anesthesia care provided. The lumbar spine and flanks were prepped with povidone x3 which was allowed to dry. Sterile drapes were applied. The remainder of the surgical field

appropriately draped. An iodinated sticky drape applied. C-arm draped. Provider double-gloved. Local anesthesia consisted of a 50/50 mixture of 1% Xylocaine and 0.25% bupivacaine. From the left initially, and subsequently right, at L1-L2, the skin and deeper structures were anesthetized. A 14-gauge Medtronic introducer needle was then inserted L2 to L1, with loss of resistance at the ligamentum flavum noted. No CSF or paresthesias were noted. A 45-cm Medtronic Octrode electrode was then passed in the dorsal epidural space, with the initial electrode preferring to lie just to the left of midline. The most cephalad electrode was placed even with the inferior endplate at T8. Excellent paresthesias throughout the left buttock and left lower extremity were noted. Additional electrode was then placed to the right in a similar fashion, with the most cephalad electrode just cephalad to the inferior endplate at T9. Utilizing both electrodes, excellent paresthesias throughout the lower lumbar spine and bilateral lower extremities to the feet were noted, covering all painful areas. Stylet and needle was withdrawn. Hard copy radiograph generated. Silk 2-0 was utilized to secure the electrode to the skin x2. Benzoin, Steri-Strips, triple antibiotic, and sterile dressing applied. The patient tolerated the procedure well. He was transferred to the recovery room in good condition. He underwent instruction in use of the handheld programmer and was able to produce excellent paresthesias low back and bilateral lower extremity. He had an adequate supply of analgesics. Prescription Keflex 500 mg #20, 1 orally twice a day. He is to be followed for any fevers, chills, drainage, increased pain, etc., and appear in the emergency department should said occur. Office appointment six days. Call in the interval complaints.

William Turney Williams, M.D.

cc: Randy K Mclaughlin, M.D.
William Turney Williams, M.D.

D: 03/10/2012 12:38
T: 03/10/2012 13:59
WTW/ps

Operative Note
Dixon, Arnold L Jr
2181289 55-63-97 1870551
Page 2 of 2

DRAFT COPY

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold | DOB: | |
| DOS: | 02-28-12 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | |

**INTERVAL HISTORY:** Mr. Dixon appears this date with primary complaints of pain in the low back, bilateral lower extremities and feet secondary to lumbar radiculopathy and peripheral neuropathy. He rates his pain today to be 7/10 on VAS. He was last seen in the clinic by Dr. Williams on 12/15/11. At that time we discussed dorsal column stimulator trial. His insurance company was contacted and we have scheduled this for 03/09/12. He is here today for nasal swab and to ensure there are no infectious complications prior to this as well as his labs.

**OBJECTIVE:** He describes his pain to be hot, burning, constant, stabbing, aching, heavy, cramping, and discomforting. Vital signs as recorded. He is afebrile. Orders provided and he will go for labs this date.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Lumbar radiculopathy.
3. Degenerative disc disease lumbar spine, multilevel.
4. Degenerative joint disease right shoulder.
5. Chronic pain syndrome.

**PLAN:** Norco 10/325 mg #60 one q6 to 8 hours p.r.n. for pain with no refills provided as he will be out of medications prior to his procedure on 03/09. Nasal swabbing was completed and sent to the hospital. We will see him back following his procedure. Plan amenable with Dr. Williams.

VICKIE STUFFLESTREET, L.P.N.

VS/rsh
D: 02-28-12; T: 03-13-12 *Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **12-15-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**SUBJECTIVE:** Mr. Dixon appears with the primary complaint of bilateral foot pain, moderate low back pain, and right shoulder pain. There have been no dramatic interval changes. He notes marked difficulty with any prolonged sitting with, indeed, prolonged sitting producing increased numbness of the feet with difficulty driving. He also notes an increase in low back pain with activities. He has difficulty with bending forward at the waist, getting down on the floor to look at equipment, etc. He also notes marked difficulty with sleep. He had recently completed 17 days of treatment with anodyne therapy without benefit.

**ROS:** No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE:** Height: 6'5". Weight: 208 lb. Vital signs as recorded. Upper extremity sensory and motor function intact. Mild tenderness midline and bilateral lumbar paravertebral musculature. Nondermatomal sensory deficit about the feet.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy, marked in nature.
2. Degenerative joint disease, right shoulder.
3. Degenerative disc disease, lumbar spine, multilevel.
4. Depression.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** We reviewed his database which is unremarkable. He rarely utilizes analgesics and accordingly a medication agreement and urine drug screen are not available but will be obtained in followup. The patient would like to be considered for a trial of dorsal column stimulation and we agreed to pursue that issue at the beginning of the new year. Lincoln National Life Insurance form completed. The patient is not reasonably eligible to return to the workforce.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 12-15-11; T: 12-16-11 *Dictated but not edited.

cc: Randy K. McLaughlin, M.D. faxed 12-16-11 cn

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 11-10-11 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | |

**SUBJECTIVE:** Mr. Dixon appears with two primary complaints. The most significant issue is continued burning dysesthesia about the feet bilaterally with intermittent numbness of the feet. He has recently seen Dr. Christopher Pendola who referred him to orthopedics. Orthopedics had nothing to suggest at this time. He is working with Colonial Heights Physical Therapy on anodyne therapy, a walking and step program. He has completed approximately nine visits without change in his pain complaints. He also has some degree of low back pain and right shoulder pain. He did trial the Nucynta but noted chest tightness with same and prefers an intermittent Lortab for shoulder or foot pain, that utilized 2-3 times per week.

**ROS:** Stable depression, minimal sleep disturbance. No chest pain at this time, shortness of breath, fevers or chills.

**OBJECTIVE:** Height: 6'5". Weight: 267 lb. Vital signs as recorded. Ambulates with a relatively unencumbered gait with a right-handed cane. Upper extremity sensory and motor function intact. Restricted range of motion of the right shoulder. Negative straight leg raising. Motor function intact. Sensory deficit about the feet in a stocking distribution bilaterally.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Degenerative joint disease, right shoulder.
3. Degenerative disc disease, lumbar spine, multilevel.
4. Depression, stable.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** I encouraged him to continue the anodyne therapy and complete at least 12 visits. If not effective to at least some degree at that time, the likelihood of impact is limited. Nucynta was discontinued. He has some Norco 10 mg at home but is uncertain how many. I renewed a prescription for Norco 10 mg, #60, one p.o. q.6-8h., although they are utilized infrequently and should last for an extended period of time. Complete anodyne therapy. Discontinue treatment with Dr. Hardwick as he is felt to be stable, but the door is open to return p.r.n. Return appointment with this provider in six weeks. If no improvement and he so chooses, we will consider a percutaneous stimulator trial.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 11-10-11; T: 11-11-11 *Dictated but not edited.

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695 8/30

PAIN MEDICINE ASSOCIATES, P.C. 2202 N. JOHN B. DENNIS HIGHWAY, SUITE 200 KINGSPORT, TN 37660

CLINIC NOTE

| | | |
|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** |
| **DOS:** | **10-13-11** | **SS#:** |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** |

**SUBJECTIVE:** Mr. Dixon appears with two primary pain related complaints. He notes mechanical low back pain increased with activities and any prolonged sitting or standing. He also notes bilateral foot pain that increased at rest, but also increased with prolonged ambulation. He describes numbness with a burning sensation in the volar aspect of both feet extending cephalad. He has some discomfort chronically in the right shoulder. He remains relatively inactive secondary to these complaints. He had previously trialed Neurontin and Lyrica neither of which was tolerated. A short course of Trileptal produced GI distress and chest pain and was discontinued. Resumption of Trileptal reproduced chest pain and the medication was appropriately discontinued. He utilizes Hydrocodone primarily at night and notes relief, but a single Hydrocodone taken late p.m. produces a.m. lethargy.

**ROS:** Stable depression, recently evaluated by clinical psychology. No current chest pain, shortness of breath, fevers, or chills.

**OBJECTIVE:** Awake, alert, and oriented. Ambulates right handed cane. Upper extremity sensory motor function intact. Negative straight leg raising. Non-dermatomal sensory deficit about the feet bilaterally. Mildly dysesthetic. Motor function is intact. Tenderness in the lumbar spine, midline and bilateral lumbar paravertebral musculature.

**IMPRESSION:**

1. Degenerative disc disease lumbar spine, multilevel, without radiculopathy L2/3, 3/4, 4/5, 5/S1.
2. Lumbar facet arthropathy.
3. Idiopathic peripheral neuropathy affecting the feet primarily.
4. Depression.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** A long discussion was held with Mr. Dixon after the history and physical component with the discussion component exceeding 30 minutes in duration. We encouraged him to be more active and strongly suggested movement towards an aquatic program at The Great Body Company, etc. where he can exercise and develop a circle of friends and stay engaged. Also water aerobics would likely not aggravate either his mechanical low back pain or his peripheral neuropathy. He does appear to have clinical depression that concurred by Dr. Hardwick with psychology. We discussed behavioral medicine versus anti-depressant use and suggested a brief course of cognitive behavioral therapy with Dr. Hardwick particularly in view of his historic medication intolerance. He has an adequate supply of Hydrocodone utilized primarily at night. We agreed to a trial of Nucynta 50 mg #10 provided 1 q12 to 24 hours although he is so sensitive to medications he may well not be able to tolerate same. We also previously discussed a trial of either stimulation or intrathecal infusion therapy. We will defer those issues at this time. Return appointment with this provider in 30 days. Appointment with Dr. Daniel Hardwick.

**(Auto-Authentication)**
**W. Turney Williams, M.D.**

WTW:rsh
D: 10-13-11; T: 10-14-11 *Dictated but not edited.

cc: Randy McLaughlin, M.D. faxed 10-14-11 cn

9/30 Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695

PAIN MEDICINE ASSOCIATES, P.C.  2202 N John B Dennis Hwy, Suite 200  KINGSPORT, TN 37660

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **09-15-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**SUBJECTIVE:** Mr. Dixon appears with the primary complaint of bilateral low back pain and bilateral foot pain. He notes mild shoulder discomfort. He notes numbness about both feet, not dramatically extending to the lower legs or thighs. Since last seen by this provider he has undergone lumbar facet radiofrequency denervation 08/18/11 by Dr. Tim Smyth in my absence for medical leave. He does not report dramatic improvement following the lumbar facet RF. He is on Trileptal 150 mg p.o. b.i.d., that provided by this practitioner in June, but not utilized until the last two weeks. He notes burning dysesthesia in both feet with difficulty wearing socks, feet touching bed linen, etc. He has not noted improvement with Neurontin, Lyrica, neuropathy gel, or his current dose of Trileptal. He notes an inability to sit for a prolonged period of time secondary to his back pain, or to engage in significant activities for a prolonged period of time, that again primarily referable to his back pain.

**ROS:** No chest pain, shortness of breath, fevers or chills. Intermittent cervical discomfort, mild in nature.

**OBJECTIVE:** Awake, alert, and oriented. Height: 6'5". Weight: 264 lb. Vital signs as recorded. Sensory deficit and mild dysesthetic response in both feet, nondermatomal. Gross motor function intact. Reasonable range of motion of both hips. Mild tenderness midline and bilateral lumbar paravertebral musculature.

**ROD:** Review of prior radiographs reveals degenerative changes noted at 2/3, 3/4, 4/5, and 5/1 without evidence of neural impingement. Facet arthropathy noted. Electrical studies are consistent with peripheral neuropathy, that study 03/28/11.

**ASSESSMENT:**

1. Degenerative disc disease, lumbar spine, multilevel, 2/3, 3/4, 4/5, 5/1, without evidence of radiculopathy, no evidence of neural impingement.
2. Lumbar facet arthropathy, not responsive to radiofrequency denervation.
3. Idiopathic peripheral neuropathy.
4. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** I discussed the situation with Mr. Dixon. He utilizes an intermittent Lortab which is of some benefit but produces sedation. Tramadol was ineffective. He has utilized most of the membrane stabilizing agents without benefit. Unfortunately, he has had to discontinue work at Saratoga Computers secondary to his inability to tolerate the prolonged sitting, etc.

We reviewed his options in detail. We agreed that he would not be a surgical candidate and that he would likely have to consider multilevel lumbar fusion with little likelihood of improvement. We discussed other options, including a trial of dorsal column stimulation or intrathecal infusion therapy. It would appear to this provider that we will likely need to pursue one of those options if we have any hope of returning him to the workforce. We discussed the percutaneous stimulator trial. He understands it would be fairly straightforward to cover up the foot pain but the success rate for primary low back pain is probably about 50%. If he does not note adequate relief, one could consider a single-dose intrathecal injection, either Dilaudid or Prialt, and if he noted marked improvement, simply place a pump. It seems unlikely that he is going to be able to tolerate more potent analgesics.

**Continued**

We will have him visit with clinical psychology as a precursor to any implantable device. This will be for a psychological pain evaluation to assess if there are any significant psychological, social, or other factors that may interfere with a successful stimulation/pump trial. He has an appointment pending with Dr. Christopher Pendola 10/26/11. We will consider a percutaneous stimulator trial and/or intrathecal trial to ascertain if we can get his pain under adequate control such that he could return to gainful employment.

Prescription for Trileptal 150 mg, #60, one p.o. b.i.d. with 1 refill. Note to continue short-term disability, totally disabled, until 02/01/2012.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 09-15-11; T: 09-16-11 *Dictated but not edited.

cc: Christopher A. Pendola, M.D. faxed 09-16-11 cn
Randy K. McLaughlin, M.D. faxed 09-16-11 cn

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695 11/30

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **08-31-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Arnold has just completed bilateral lumbar radiofrequency. He does note some modest improvement, primarily in the sharp low back pain. However, some of the dull pain has not improved. We also know he has a peripheral neuropathy that is being treated and covered by neurology. He has disability issues and would like to visit with Dr. Williams regarding those and an extension of his off-work status that is only good until 10/01/11.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. Mechanical low back pain, modest improvement following recent radiofrequency ablation procedure. He still has EMG-confirmed peripheral neuropathy and low back pain is not entirely eliminated, but is better.

**ASSESSMENT:**

1. Lumbar spondylosis with facet syndrome, recently treated with bilateral lumbar radiofrequency ablation.
2. Multilevel degenerative disc disease, L2/3-L5/S1.
3. History of mechanical low back pain with chronic peripheral nondiabetic neuropathy.

**TREATMENT PLAN:** His neurologist has him on Trileptal and although he does not think it is helping, it is not causing any significant side effects. I think we are done with all the procedures we plan on doing. I think the situation with largely remain as is. He wants to visit with Dr. Williams regarding an extension of his off-work status before October 1st. We will try to set this up in Kingsport to tie up any of the disability loose ends and his work status at that time. No further procedures needed at the moment. He does not need a refill on any medication.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 08-31-11; T: 09-09-11 *Dictated but not edited

PMA SURGERY CENTER, L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **08-18-11** | **SS #:** | |
| **PHYSICIAN:** | **Timothy S. Smyth, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears for anticipated lumbar RFL. The reader may recall that I called him on the evening of 07/26/2011. This was after performing facet joint nerve blocks. He indicated that he did a fair amount of activity on the way home, including stopping at IHOP and shopping at Wal-Mart. He iced his back down and then did some mowing. Overall, he still had pain, but he felt the pain was somewhat better. When I questioned him closely he felt the relief had been substantial enough to warrant pursuing RFL.

Mr. Dixon also saw Mr. Powell recently. This was to get disability paperwork completed by Dr. Williams. Mr. Dixon tells me Dr. Williams has done so.

Today when I discuss the results of the facet blocks with Mr. Dixon he is quite positive regarding the results. He states for several days after the procedure, "it really felt good." He states that the day of the procedure he got some relief but not as dramatic as several days later. This benefit has largely worn off, however.

**OBJECTIVE:** Vital signs are noted on the chart.

Pain Location Diagram and Quality Assessment Form is noted.

My exam is unchanged.

**ASSESSMENT / PROBLEM LIST / CLINICAL DATA SUMMARY:**

1. Lumbosacral spondylosis without myelopathy.
   - 1.1. S/P facet joint injections (WTW) 06/24/2011.
   - 1.2. S/P facet joint injections (TSS) 07/26/2011.
     - 1.2.1. TSS called patient 07/26/2011 at 1840 hours.
       - 1.2.1.1. Patient described events following leaving the surgery center.
       - 1.2.1.2. He felt he was getting enough relief to warrant a trial of RFL to see if we could capture this relief on a more permanent basis.
2. Lumbar degenerative disc disease.
   - 2.1. S/P ESI x two (WTW) with no benefit.
3. Lumbago.
   - 3.1. Pain particularly increases with prolonged sitting.
   - 3.2. No specific antecedent trauma.
4. Lower extremity peripheral neuropathy.
   - 4.1. Appointment in two days to see Dr. Pendola regarding this (stated 06/24/2011).

**Continued**

13/30 Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695

5. Occupation: Service manager for Saratoga Technologies.
    - 5.1. On 30 days short-term disability.
        - 5.1.1. Forms completed by Dr. Williams
    - 5.2. Patient believes he will need to file for long-term disability as he states he can handle his pain if he is not working, but cannot handle the pain if he is working.
    - 5.3. Patient saw Mr. Powell 08/03/2011 in order to have more paperwork completed in order to continue his current disability.
        - 5.3.1. Patient tells me that Dr. Williams did this for him, and he is grateful.
6. Cervical degenerative disc disease.
7. S/P ACDF by Dr. Austin in 2008.

(Some problems listed may not be addressed in current note; they have been documented elsewhere in the chart.)

**DISCUSSION / PLAN:** I reviewed the situation in detail with Mr. Dixon. He understands and agrees with the following:

1. I told Mr. Dixon that, to be honest, I am unsure if the facet joint nerve blocks I performed helped him or if his benefit was a generalized steroid effect.
    - 1.1. This is based upon the fact that he got most of his benefit a day or two after the procedure and not very much benefit for the first several hours following the procedure.
    - 1.2. The above notwithstanding, he felt he got enough relief for the hours following the procedure that it would be worthwhile pursuing RFL.
2. Based upon my discussion in #1, I will proceed with RFL.
    - 2.1. The patient understands the same risks apply every time a procedure is performed.
        - 2.1.1. These risks include, but are not limited to, bleeding, infection, nerve damage, spinal cord damage, spinal headache.
    - 2.2. The patient understands that today's procedure is elective, it is not something that has to be performed.
3. I will have Mr. Dixon follow up with Mr. Powell and Dr. Williams in the near future.

**PROCEDURE DETAILS:** RFL was carried out as in the attached procedure note sheet. Lesioning took place at 80° C for 90 seconds each lesion. I performed three lesions at each level. Mr. Dixon tolerated this very well with no immediate complications.

**PROCEDURES:**

1. Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.
2. Fluoroscopy.

**PREOPERATIVE DIAGNOSES:** See Assessment / Problem List / Clinical Data Summary.

**POSTOPERATIVE DIAGNOSES:** Same.

**EBL:** Zero. **COMPLICATIONS:** None. **SPECIMENS:** None.

**ABNORMAL FINDINGS:** None.

**Continued**

**ALLERGIES:** <u>PENICILLIN</u>

**ANESTHESIA:** Local.

**SURGEON:** Timothy Smyth, M.D.

**ASSISTANT:** N/A.

(Auto Authentication)
**Timothy Smyth, M.D.**

TSS/wh
D: 08-18-11
T: 08-19-11

*Dictated but not edited.

cc: Randy McLaughlin, M.D. faxed 08-24-11 cn
Scott Dulebohn, M.D. faxed 08-24-11 cn

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695 15/30

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold | DOB: | |
| DOS: | 08-03-11 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Randy McLaughlin, M.D. |

**INTERVAL HISTORY:** Mr. Dixon scheduled an appointment today primarily just to inform me that the results of the last facet blocks were very positive. He already has radiofrequency scheduled for 08/18/11 with Dr. Smyth. I think this is as good as it gets for interventional treatment. He is not considered a surgical candidate at this time. He saw Dr. Chris Pendola in Kingsport last week for peripheral neuropathy. Prescriptions were given for a neuropathy gel and METRx, which is a nutritional supplement to help peripheral neuropathy. Sometimes it takes a number of months to notice any improvement with this. His real issue today is the attending physician statement completed by Dr. Williams 07/08/11. It was only given for one month to 08/08/11 and he needs this extended in order to continue to receive benefits. He is still applying for disability status.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. His situation is stable, although he continues to have peripheral neuropathy confirmed by EMG studies and mechanical low back pain with a positive response to posterior lumbar facet block procedures.

**ASSESSMENT:**

1. Lumbar spondylosis with facet arthropathy.
2. Multilevel lumbar degenerative disc disease, L2/3-L5/S1.
3. History of neurogenic claudication.
4. Mechanical low back pain with chronic peripheral neuropathy, nondiabetic.

**TREATMENT PLAN:** We talked about the fact that he needs to fax copies of his recent evaluation by Dr. Chris Pendola in Kingsport for his peripheral neuropathy and EMG studies along with a letter from Dr. Williams indicating continued ongoing disability and he needs to pick that up this week. His time limit runs out in a few days on the 8th, as early as next week, and I will try to get Dr. Williams to address that at the earliest opportunity.

JOHN POWELL, P. A.-C.

JP/bh
D: 08-03-11; T: 08-11-11 *Dictated but not edited

PMA SURGERY CENTER, L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **07-26-11** | **SS #:** | |
| **PHYSICIAN:** | **Timothy S. Smyth, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears for my evaluation with regard to his chief complaint of low back pain. He also has some peripheral neuropathy. He has been referred to Dr. Pendola for evaluation of this problem. Mr. Dixon had facet joint nerve blocks performed by Dr. Williams quite recently. When I ask how long the relief lasted, he states, "It didn't even last all day, it lasted just a few hours." He states that perhaps he got five hours of relief. He did very well for only about 30 minutes. He states by the time he drove home he had some pain. He states he did nothing after he got home and simply rested. Therefore, he had some relief in the afternoon as well.

Mr. Dixon states that if he takes his pain medication and is able to sit, stand and walk about at his leisure, he can handle the pain. He states that if he has to sit for a prolonged period of time, he cannot handle the pain. This is why he is on short-term disability. He feels he will need to apply for long-term disability. At the moment he is a service manager for Saratoga Technologies. However, the prolonged sitting in front of the computer causes his pain to become quite severe.

Mr. Dixon apparently saw Dr. Dulebohn recently. Dr. Dulebohn recommended the possibility of a provocative discography with an eye toward fusion surgery. Mr. Dixon would like to avoid surgery if at all possible. This is why more conservative measures were pursued.

As an aside, Mr. Dixon tells me that Mr. Powell told him that the provocative discography did not need to be performed if the epidurals did not help. He also has some confused concepts of facet joint nerve blocks and how they are meant to work. He also states that Dr. Dulebohn's office told him he would need discography, but when he called back after the failure of the last injections, he was told to simply return to this office. Mr. Dixon feels he is getting mixed messages and quite honestly does not know exactly what to think.

**OBJECTIVE:** Vital signs are noted on the chart.

Pain Location Diagram and Quality Assessment Form is noted.

General: Mr. Dixon is sitting in the chair in no distress. He appears to be a good historian.

Patient is awake, alert, and oriented x 3. Patient's mood and affect are appropriate.

Integument: No obvious lesions or rashes. No abnormal bruising or subcutaneous bleeding observed in the exposed areas.

Chest: Clear. Cardiac: RR. Abdomen: Benign.

I can get trace DTRs at both knees and ankles. He has good strength on both sides. Gross sensory exam is intact. Mr. Dixon has pain with standing erect. He particularly has pain with extension at the waist.

Mr. Dixon has some pain to palpation of the lower back, but I am not overly impressed with myofascial pain.

**ASSESSMENT:**

1. Lumbosacral spondylosis without myelopathy.
   1.1. S/P facet joint injections (WTW) 06/24/2011.

**Continued**

2. Lumbar degenerative disc disease.
   2.1. S/P ESI x two (WTW) with no benefit.
3. Lumbago.
   3.1. Pain particularly increases with prolonged sitting.
   3.2. No specific antecedent trauma.
4. Lower extremity peripheral neuropathy.
   4.1. Appointment in two days to see Dr. Pendola regarding this.
5. Occupation: Service manager for Saratoga Technologies.
   5.1. On 30 days short-term disability.
      5.1.1. Forms completed by Dr. Williams
   5.2. Patient believes he will need to follow for long-term disability as he states he can handle his pain if he is not working, but cannot handle the pain if he is working.
6. Cervical degenerative disc disease.
7. S/P ACDF by Dr. Austin in 2008.

(Some problems listed may not be addressed in current note; they have been documented elsewhere in the chart.)

**DISCUSSION / PLAN:** I reviewed the situation in detail with Mr. Dixon. He understands and agrees with the following:

1. I spent in excess of 25 minutes in 100% face-to-face counseling with Mr. Dixon.
   1.1. I tried to spell out exactly what we believe is going on in his back and what can be done to try to treat it.
   1.2. I indicated that it is my feeling that a vast majority of his pain is coming from the disc.
      1.2.1. I pointed out the only way to try to fix this is with a fusion surgery.
      1.2.2. I discussed the fact that provocative discography would need to be done first.
      1.2.3. I pointed out that if a single level is involved, then fusion may benefit. Any more levels than this, particularly given his size, would be very doubtful.
   1.3. I discussed what facet joints are and what facet joint injections and nerve blocks are.
      1.3.1. I discussed what RFL is.
      1.3.2. I discussed what the meaning of success is following facet joint nerve blocks.
      1.3.3. I told him that I would expect his relief to be longer lived than what he got, but the result he got may be a positive result.
   1.4. I discussed what epidural steroid injections are and what they are meant to do.
      1.4.1. I pointed out that these primarily treat radicular type pain.
      1.4.2. The fact that electrical studies have demonstrated peripheral neuropathy and not radicular pain helps confirm the fact that one would not expect much from epidural steroid injections.
2. With regard to how I would approach his situation at the moment:
   2.1. I indicated that I would suggest a repeat of facet joint nerve blocks this morning.
      2.1.1. I asked him to go home and do normal activities, activities that would normally cause him pain.
      2.1.2. I indicated I would call him later today to learn how he does.
         2.1.2.1. Depending on what he reports to me, we may proceed with RFL or we may not.
   2.2. The patient understands the same risks apply every time a procedure is performed.
      2.2.1. These risks include but are not limited to, bleeding, infection, nerve damage, spinal cord damage, spinal headache.
   2.3. The patient understands that today's procedure is elective; it is not something that has to be performed.
3. Facet joint nerve blocks were carried out as given below.
   3.1. In the PACU he was having very little pain.
   3.2. I called Mr. Dixon at 1840 hours in the evening.
      3.2.1. He described what he did during the day and how he did. I will not detail this here.
         3.2.1.1. Suffice it to say, overall Mr. Dixon feels that the injections have helped him.
         3.2.1.2. When I asked him if he felt they had helped him enough, that he would not pursue surgery if we could achieve this kind of relief, he answered in the affirmative.

**Continued**

4. Based upon information gathered above, I am going to schedule Mr. Dixon for RFL at the next available opportunity.

**PROCEDURE DETAILS:** Facet joint nerve blocks were carried out as in the attached procedure note sheet. Mr. Dixon tolerated these well with no immediate complications.

**PROCEDURES:**
1. Paravertebral facet joint injections, bilateral, L5/S1, L4/5, L3/4.
2. Fluoroscopy.

**PREOPERATIVE DIAGNOSES:** See Assessment / Problem List / Clinical Data Summary.

**POSTOPERATIVE DIAGNOSES:** Same.

**EBL:** Zero. **COMPLICATIONS:** None. **SPECIMENS:** None.

**ABNORMAL FINDINGS:** None.

**ALLERGIES:** PENICILLIN

**ANESTHESIA:** Local.

**SURGEON:** Timothy Smyth, M.D.

**ASSISTANT:** N/A.

(Auto Authentication)
**Timothy Smyth, M.D.**

TSS/bh
D: 07-26-11
T: 07-27-11

*Dictated but not edited.

| | | |
|---|---|---|
| cc: | Randy McLaughlin, M.D. | faxed 07-28-11 cn |
| | Scott Dulebohn, M.D. | faxed 07-28-11 cn |

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

CLINIC NOTE

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold | DOB: | |
| DOS: | 07-20-11 | SS#: | - |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Randy McLaughlin, M.D. |

**INTERVAL HISTORY**: Much to my surprise the results of the recent lumbar facet block trialed by Dr. Williams on June 24th were positive. He had a very excellent response to elimination of his low back pain at least the day of the procedure. The next day he really couldn't say that it helped, but the test was only briefly and I think he was confirmed that a great deal of his mechanical low back pain is probably facet related. He does have some neuroforaminal stenosis and degenerative disc disease with radicular symptoms along with peripheral neuropathy so doing a radiofrequency ablation is not going to resolve all of his issues. Since he is not considered a surgical candidate immediately it may give him a significant amount of benefit to proceed with this.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. SLRs negative while seated. Pulses are palpable. Peripheral neuropathy confirmed by EMG studies. Positive mechanical low back pain with a positive response to a recent lumbar facet block procedure.

**ASSESSMENT:**

1. Multilevel degenerative disc disease, L2-L5/S1.
2. Neuroforaminal stenosis.
3. Neurogenic claudication.
4. Chronic mechanical low back pain, possibly facet related.
5. Chronic peripheral polyneuropathy.

**TREATMENT PLAN**: Since surgery is not an option at this point and he had a positive response to facet block trial, I would repeat this for confirmation and schedule a radiofrequency ablation. Although the benefit from brief it was quite dramatic. We talked about his medication in addition. I believe he has adequate medication from other sources. I have given him a prescription for Trileptal to try out, but he never did do it. He went back to Neurontin which makes him tired and dizzy, but if that if the medication he prefers then he would need to stay with that. We will check again after the second set of facet blocks are completed and see if he would be a future radiofrequency candidate.

JOHN POWELL, P. A.-C.

JP/rsh
D: 07-20-11; T: 07-27-11 *Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C.

William T. Williams, M.D.
Timothy Smyth, M.D.
Sameh A. Ward, M.D.
Navneet Gupta, M.D.
C. Marcus Cooper, Ph.D.
Heather C. Gow, Psy.D.
John Powell, P.A.-C
Vickie Stufflestreet, L.P.N.-C
Holly Broadwater, F.N.P.
Shannon Hollowell, F.N.P.
Benjamin A. Meeks, F.N.P.
Cheryl Conrad, F.N.P.
Tony Villanueva, P.T.
Jerome J. Cohen, A.N.P.
Daniel Hardwick, Psy.D.

438 East Vann Road, Suite 200
Greeneville, Tennessee. 37743
Phone: (423) 278-1849
Fax: (423) 278-1850

101 MedTech Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: (423) 232-6120
Fax: (423) 232-6125

2202 North John B. Dennis Hwy.
Suite 200
Kingsport, Tennessee 37660
Phone: (423) 392-6690
Fax: (423) 392-6695

240 Medical Park Blvd.,
Suite 1500
Bristol, Tennessee 37620
Phone: (423) 968-9313
Fax: (423) 968-9696

M 6-28-11
LC

June 24, 2011

Christopher A. Pendola, M.D.
Associated Neurologists of Kingsport
West Park Professional Building
914 Broad Street, Suite 3A
Kingsport, TN 37660

RE: ARNOLD L. DIXON DOB: SSN:

Dear Dr. Pendola:

I would very much appreciate your assessment of Arnold Dixon. Mr. Dixon is a very pleasant nearly 51-year-old with complaints of bilateral low back pain, right much greater than left. He also notes bilateral lower extremity discomfort, right greater than left. He has had discomfort of longstanding duration. He is status post a C6/7 ACDF in 2008 by Dr. Rebekah Austin. Diagnostic imaging of the lumbar spine reveals some degree of multilevel degenerative disc disease with some relative neuroforaminal stenosis at 5/1. An EMG suggests more of a peripheral neuropathy than a radiculopathy. A diagnostic facet block on the right at the lower three lumbar levels effectively relieved the low back pain but had no impact on the lower extremity pain. Epidural steroid injections administered at an alternate facility had no impact. He has trialed both Neurontin and Lyrica, both of which produced excessive sedation. He has a prescription for Trileptal which has not been utilized. He is finding it increasingly difficulty remaining in the workforce. We agreed to a temporary respite from work effective 07/08 for a 30-day period and will reassess.

I will include a copy of his EMG and cervical and lumbar MRIs for your review. Any insight you can provide would be greatly appreciated. I thank you in advance.

Sincerely yours,

W. Turney Williams, M.D.
Pain Medicine Associates, P.C.

WTW/wh

Enclosures: EMG, cervical and lumbar MRIs

## PROCEDURE NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **06-24-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**INDICATIONS FOR PROCEDURES:** Mr. Dixon appears with two primary pain-related complaints. He notes primary right lower lumbar discomfort and bilateral lower leg discomfort, both right greater than left. He had been treated at another facility with epidural steroid injections with improvement. A prior diagnostic facet block performed at this facility had produced some reduction in his discomfort. Diagnostic imaging reviewed, that revealing multilevel degenerative disc disease and facet arthropathy, no clear neural impingement. An EMG suggests a primary peripheral neuropathy without evidence of radiculopathy. We agreed to diagnostic facet blocks.

We discussed the risks, including bleeding, infection, nerve injury, corticosteroid effect, etc. He understands the issues involved and would like to proceed.

**PREOPERATIVE DIAGNOSES:**

1. Lumbar spondylosis/lumbar facet arthropathy.
2. Degenerative disc disease, lumbar spine, multilevel, most marked at L3/4 and L4/5.
3. Relative neuroforaminal stenosis, L5/S1, without clear neural impingement.
4. Peripheral neuropathy.
5. Chronic pain syndrome referable to above.

**POSTOPERATIVE DIAGNOSES:**

1. Lumbar spondylosis/lumbar facet arthropathy.
2. Degenerative disc disease, lumbar spine, multilevel, most marked at L3/4 and L4/5.
3. Relative neuroforaminal stenosis, L5/S1, without clear neural impingement.
4. Peripheral neuropathy.
5. Chronic pain syndrome referable to above.

**SURGEON:** W. Turney Williams, M.D.

**ASSISTANT:** N/A.

**ANESTHESIA:** Local.

**PROCEDURES PERFORMED:**

1. Local anesthetic and corticosteroid injection, facet joints, L3, L4, L5 – right.
2. Fluoroscopy.

**DETAILS OF PROCEDURES:** Prone position. Betadine prep, wide field x 3 with sterile drape. One percent Xylocaine x 3. A 25-gauge, 3.5" spinal needle inserted down the beam and walked intraarticular at 3, 4 and 5. No paresthesias. Contrast injected. Each joint delineated. Each joint injected with 20 mg of Depo-Medrol and the capsule anesthetized with 0.5 cc of 0.5% bupivacaine. The patient tolerated the procedures well. Transferred to the recovery room in good condition. Discharged in good condition.

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**Continued**

22/30 Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695

**SPECIMENS REMOVED:** None.

**ABNORMAL FINDINGS:** None.

**PLAN/PATIENT EDUCATION:** Patient was examined post procedure and noted a marked reduction in his discomfort. He has an appointment pending with Dr. Christopher Pendola on 07/18. Followup appointment at this facility 07/23. He will temporarily exit the workforce 07/08 for a 30-day duration.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 06-24-11; T: 06-27-11 *Dictated but not edited.

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **06-06-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Mr. Dixon has lumbar degenerative disc disease, neuroforaminal outlet stenosis, neurogenic claudication, peripheral neuropathy and mechanical low back pain. Apparently the neuropathy problem is worsening. Neurontin and Lyrica make him dizzy and tired and he has really failed both of those medications. His peripheral neuropathy may not have a solution, although we could try Trileptal. I have had good success with that with some patients and that is a medication he has not yet used. Surgery does not appear to be an option at the moment and we are not going forward with the discogram, at least at this time. Mr. Dixon tells me he is applying for disability and may need our assistance with that, even including a deposition if he decides to go forward.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. SLRs negative while seated. Although pulses are palpable, peripheral neuropathy is diagnosed and confirmed by EMG studies. He still has mechanical low back pain.

**ASSESSMENT:**

1. Multilevel degenerative disc disease, L2-L5/S1.
2. Neuroforaminal outlet stenosis.
3. Neurogenic claudication.
4. Chronic mechanical low back pain.
5. Chronic peripheral polyneuropathy.

**TREATMENT PLAN:** Since surgery does not appear to be a reasonable option at this time, we had done some facet blocks with a positive benefit in 2004. This seemed to relieve a great deal of his discomfort for a few days and I would like to repeat that just to see if he would benefit enough for radiofrequency. He has failed Lyrica and Neurontin, claiming it makes him dizzy and tired, and so I would like to trial Trileptal 150 mg one b.i.d. for one month. He may not have an answer to resolve the situation in its entirety. He realizes that there are no good options, but he may have a treatable issue. We will look into that a little further and see him back for review of the procedure and medications within 30 days.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 06-06-11; T: 06-15-11 *Dictated but not edited

## CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **05-18-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Mr. Dixon has multilevel degenerative disc disease, neuroforaminal outlet stenosis, neurogenic claudication and peripheral neuropathy. Sorting all of this out is highly problematic. He has had an EMG which is rather non specific, it indicates that he has poly neuropathy but no radiculopathy. There is nothing really to go in and fix at this point. His MRI shows some mild outlet stenosis but the two epidurals we did failed to give him much in the way of benefit. He can't tolerate Lyrica but I might try some Neurontin and see him back in three weeks for a three-way visit with Dr. Williams, myself and Mr. Dixon to try and decide if we should go forward with the lumbar discogram or not.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. He has bilateral foot pain, SLR's negative while seated, pulses palpable, peripheral neuropathy diagnosed by EMG studies. He is more symptomatic on the right side than the left.

**ASSESSMENT:**

1. Multilevel lumbar degenerative disc disease, L2-L5/S1.
2. Neuroforaminal outlet stenosis.
3. Neurogenic claudication.
4. Chronic peripheral poly neuropathy.

**TREATMENT PLAN:** We are going to need to stop Lyrica because it makes him too sleepy at work. I am going to try three weeks of Neurontin 400 mg t.i.d. and see him back for a three-way conversation on where we go next. I don't think the issues are well defined enough to recommend surgery. He may not have a surgical option if he has multilevel degenerative disc disease and positive discogram at more than two levels. So I wonder about facet blocks on him. No guarantees but if he does not have a surgical option it might be something I would consider. Return in three weeks for conversation with Dr. Williams, the patient and myself.

**JOHN POWELL, P. A.-C.**

JP/va
D: 05/18/11
T: 05/27/11 *Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **04-18-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Arnold has been evaluated by Scott Dulebohn, M.D., and apparently the decision is to wait a little while longer on the discogram surgery option. He is still in physical therapy and the plan is that if he does not improve with that, then the discogram is recommended. We have recently completed EMGs, which are apparently normal, and there is no evidence of radiculopathy. There is some peripheral neuropathy, but there is no surgical solution for that. He is on METRx, which is a nutritional vitamin B complex supplement. I gave him a few to take home. He has had a hard time with Lyrica in the past, but I gave him some 50 mg samples as the 75 mg made him too sleepy. Will see how things are in a month when he has been in physical therapy and then decide if we need to go ahead and do a discogram at that time.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. He has neurogenic claudication, bilateral foot pain and negative SLRs while seated. Peripheral pulses are palpable. He has peripheral neuropathy diagnosed by EMG studies. He is more symptomatic on the right side than the left.

**ASSESSMENT:**

1. Multilevel lumbar degenerative disc disease, L2/3, L3/4, L4/5, L5/S1.
2. Neuroforaminal outlet stenosis.
3. Neurogenic claudication.

**TREATMENT PLAN:** I am going to try him on Lyrica 50 mg b.i.d. and this is the lowest dose I have. He has adequate samples. I will see him back in a month for follow up. Some nutritional supplement is certainly recommended. Some METRx, which is a B complex, B6, B12, is given to the patient for his own use and study. I will see him in about 30 days after he has been in physical therapy. If the situation is ongoing and unresolved, then I think it could eventually come to a lumbar discogram decision. Return in 30 days and review progress or lack thereof at that time.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 04-18-11; T: 04-26-11 *Dictated but not edited

## PAIN MEDICINE ASSOCIATES, P.C.

William T. Williams, M.D.
Timothy Smyth, M.D.
Sameh A. Ward, M.D.
Navneet Gupta, M.D.
C. Marcus Cooper, Ph.D.
Heather C. Gow, Psy.D.
John Powell, P.A.-C
Vickie Stufflestreet, L.P.N.-C
Holly Broadwater, F.N.P.
Shannon Hollowell, F.N.P.
Benjamin A. Meeks, F.N.P.
Cheryl Conrad, F.N.P.
Tony Villanueva, P.T.
Jerome J. Cohan, A.N.P.

438 East Vann Road, Suite 200
Greeneville, Tennessee, 37743
Phone: (423) 278-1849
Fax: (423) 278-1850

101 MedTech Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: (423) 232-6120
Fax: (423) 232-6125

2202 North John B. Dennis Hwy.
Suite 200
Kingsport, Tennessee 37660
Phone: (423) 392-6690
Fax: (423) 392-6695

240 Medical Park Blvd.,
Suite 1500
Bristol, Tennessee 37620
Phone: (423) 968-9313
Fax: (423) 968-9696

March 15, 2011

Scott Dulebohn, M.D.
Appalachian Neurosurgical Clinic, P.C.
Medical Center Office Building, Suite 42
408 N. State of Franklin Road
Johnson City, TN 37604

RE: ARNOLD L. DIXON DOB: SSN:

Dear Dr. Dulebohn:

I would very much appreciate your assessment of Arnold Dixon. Mr. Dixon is a very pleasant gentleman with complicated pain-related complaints. He has primary bilateral low back pain and bilateral foot pain. He also notes lower extremity discomfort consistent with neurogenic claudication. He has some cervical discomfort, although that is relatively mild. He does have multilevel degenerative disc disease at 2/3, 3/4, 4/5, 5/1, most marked with endplate edema at 4/5 and 5/1, and relative neuroforaminal stenosis. He is status post a C5/6 ACDF and while he has some cervical discomfort, there is no cervical radiculopathy or myelopathy. A single TL ESI had no impact. I retreated him this date. He had been seen by neurosurgery previously by Rebekah Austin, M.D., five years prior, and most recently East Tennessee Brain & Spine Center, P.C., offered a dorsal column stimulator. He has an appointment for EMG pending. Recent radiographs are available on PACS for your review.

My question is whether one could consider surgical intervention at either the 4/5 or 5/1 levels if those levels can be documented to be the primary pain generator(s) and source of his presumed radicular complaints. He understands that he has multilevel disease and is not an outstanding surgical candidate, however his quality of life is becoming severely limited and we wish to revisit all options prior to pursuing disability and chronic analgesics.

I thank you for your review.

Sincerely yours,

W. Turney Williams, M.D.
Pain Medicine Associates, P.C.

WTW/wh

Cc: Randy K. McLaughlin, M.D.

M 3-18-11 LC

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695

27/30

PMA SURGERY CENTER,L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 03-15-11 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | |

**INDICATIONS FOR PROCEDURES:** Mr. Dixon appears with primary complaint of bilateral low back pain. He also notes bilateral lower extremity pain, variable in nature. He has constant discomfort in both feet. The lower extremity pain is daily, but variable, but is increased with ambulation. He also has low-grade chronic cervical discomfort status post prior C5/6 ACDF. A single epidural steroid injection produced no significant response. An attempt at lumbar traction exacerbated his complaints. A 30-minute discussion with the wife and patient was held prior to any treatment provided. Ultimately, we agreed to trial a second epidural steroid injection. If he is not improved, we will consider EMG of bilateral lower extremities and reassessment with Scott Dulebohn, M.D., with Appalachian Neurosurgical Clinic, P.C., regarding possible discography and/or surgical intervention. He has multilevel degenerative disc disease, certainly more marked at 4/5 and 5/1.

We discussed the risks, including bleeding, infection, nerve injury, corticosteroid effect, etc. They understand the issues involved and would like to proceed.

**PREOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, L2/3, 3/4, 4/5, 5/1, marked 4/5 and 5/1.
2. Bilateral lower extremity radiculitis/neurogenic claudication likely referable to neuroforaminal stenosis.
3. Lumbar facet arthropathy.
4. Degenerative disc disease, cervical spine, multilevel, status post anterior cervical discectomy and fusion, without radiculopathy or myelopathy.
5. Chronic pain syndrome referable to above.

**POSTOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, L2/3, 3/4, 4/5, 5/1, marked 4/5 and 5/1.
2. Bilateral lower extremity radiculitis/neurogenic claudication likely referable to neuroforaminal stenosis.
3. Lumbar facet arthropathy.
4. Degenerative disc disease, cervical spine, multilevel, status post anterior cervical discectomy and fusion, without radiculopathy or myelopathy.
5. Chronic pain syndrome referable to above.

**SURGEON:** W. Turney Williams, M.D.

**ASSISTANT:** N/A.

**ANESTHESIA:** Local.

**PROCEDURES PERFORMED:**

1. Lumbar epidural steroid injection.
2. Fluoroscopy.

**PROCEDURE DETAILS:** Prone. Betadine prep, wide field x 3 with sterile drape. One percent Xylocaine, L4/5. An 18-gauge Tuohy needle inserted. Loss of resistance obtained. No CSF. No paresthesia. Contrast injected and epidurogram obtained. Following negative aspiration, 80 mg Depo-Medrol injected. Needle cleared and withdrawn. Observed 30 minutes. Discharged good condition.

**Continued**

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**SPECIMENS REMOVED:** None.

**ABNORMAL FINDINGS:** None.

**PLAN/PATIENT EDUCATION:** Appointment for EMG of bilateral lower extremities. Appointment with Scott Dulebohn, M.D. Appointment with this provider following appointment with Dr. Dulebohn. Call with any interval complaints.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 03-15-11; T: 03-16-11 *Dictated but not edited.

Cc: Randy K. McLaughlin, M.D. faxed 03-17-11 cn

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695 29/30

PMA SURGERY CENTER,L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **02-22-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**INDICATIONS FOR PROCEDURES:** Mr. Dixon appears with multiple pain-related complaints. He notes particular discomfort about the feet as the day progresses. He has some discomfort into either lower extremity and moderate low back pain, right greater than left. He also has chronic cervical discomfort with some radiation toward the right shoulder. Neurologically, he is intact. Diagnostic imaging available and reviewed. We agreed to treat.

We discussed the risks, including bleeding, infection, nerve injury, corticosteroid effect, etc. He understands the issues involved and would like to proceed.

**PREOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, 2/3, 3/4, 4/5, 5/1, fairly marked 4/5 and 5/1.
2. Neuroforaminal stenosis, most marked L5/S1.
3. Bilateral lower extremity radiculitis/neurogenic claudication.
4. Degenerative disc disease, cervical spine, 3/4, 4/5, 5/6, 6/7, status post C5/6 anterior cervical discectomy and fusion.
5. Neuroforaminal narrowing, mild, right C4/5, right C5/6, bilateral C6/7, possible cervical radiculitis.

**POSTOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, 2/3, 3/4, 4/5, 5/1, fairly marked 4/5 and 5/1.
2. Neuroforaminal stenosis, most marked L5/S1.
3. Bilateral lower extremity radiculitis/neurogenic claudication.
4. Degenerative disc disease, cervical spine, 3/4, 4/5, 5/6, 6/7, status post C5/6 anterior cervical discectomy and fusion. 08
5. Neuroforaminal narrowing, mild, right C4/5, right C5/6, bilateral C6/7, possible cervical radiculitis.

**SURGEON:** W. Turney Williams, M.D.

**ASSISTANT:** N/A.

**ANESTHESIA:** Local.

**PROCEDURES PERFORMED:**

1. Lumbar epidural steroid injection.
2. Fluoroscopy.

**PROCEDURE DETAILS:** Prone. Betadine prep, wide field x 3 with sterile drape. One percent Xylocaine, L5/S1. An 18-gauge Tuohy needle inserted. Loss of resistance obtained. No CSF. No paresthesia. Contrast injected and epidurogram obtained. Following negative aspiration, 100 mg Depo-Medrol injected. Needle cleared and withdrawn. Observed 30 minutes. Discharged good condition.

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**Continued**

**SPECIMENS REMOVED:** None.

**ABNORMAL FINDINGS:** None.

**PLAN/PATIENT EDUCATION:** I took the opportunity to introduce Mr. Dixon to Tony Villanueva with physical therapy. Mr. Dixon works down the street and could likely easily accomplished intermittent lumbar traction, having previously noted improvement with VAX-D. Return appointment in three weeks. Call with any interval complaints.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 02-22-11; T: 02-23-11 *Dictated but not edited.

Cc: Randy K. McLaughlin, M.D. faxed 2-24-11 (WL)

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **02-04-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** I evaluated Mr. Dixon for chronic low back and bilateral leg pain suggestive of neuroforaminal stenosis with neurogenic claudication on January 17th. A lumbar MRI has been completed and although he has multilevel degenerative disc disease he does not really demonstrate any central stenosis but there is some mild neuroforaminal narrowing at the outlet at the lower lumbar levels. He has a characteristic L5 radiculopathy on the right when he stands and ambulates and we believe he is beginning to develop early symptomatic spinal stenosis with neurogenic claudication. We would suggest an epidural trial. He really does not have a good surgical answer for correcting his lumbar problem as he has degenerative disc disease at every lumbar level.

**PE/ASSESSMENT:** PLDQA and vital signs are reviewed. Negative SLR while seated. Peripheral pulses are palpable. Feet are warm. His right lower extremity becomes symptomatic in an L5 distribution with standing and ambulation and if he stands long enough he will become symptomatic on the left side as well. He has chronic low back pain secondary to his degenerative changes. No bowel or bladder dysfunction reported.

**ASSESSMENT:**

1. Multilevel lumbar degenerative disc disease and neuroforaminal outlet stenosis at the lower lumbar levels and early symptomatic neurogenic claudication.

**TREATMENT PLAN:** We will set up an epidural and we are also going to request a cervical MRI because he has had a previous C6/7 ACDF and still having significant neck pain with limited range of motion. He will bring the study with him on the day of his lumbar epidural and Dr. Williams will review that with him and make recommendations.

**JOHN POWELL, P. A.-C.**

JP/va
D: 02/04/11
T: 02/23/11 *Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**NEW PATIENT CONSULTATION**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **01-17-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**CC:** Low back and bilateral leg pain.

**HISTORY OF PRESENT ILLNESS:** Arnold Dixon is a 50-year-old male who was last seen here at Pain Medicine Associates in 2007 for cervical issues at C6/7. He subsequently went on to a cervical decompression C6/7 by Dr. Rebekah Austin in 2008 at Blue Ridge Neuroscience in Kingsport. He has never had any lumbar surgery however. I do note that he has an old MRI with degenerative changes at the L5/S1 level from 2005 although I don't believe he has actually had any new studies done on his lumbar area. He is here today because he is having more difficulty with claudication and walking. The right leg hurts worse than the left. He has numbness in the feet. This is somewhat similar to some things that we had noted on examination back several years previously.

**PMH/PSH:** He had a cervical decompression at C6/7 by Dr. Austin in June 2008. He has had no lumbar surgery.

**ALLERGIES:** Penicillin.

**ROS:** Positive for fatigue, weakness, numbness in his lower extremities.
All other systems were reviewed and unless otherwise stated are negative.

**CURRENT MEDICATIONS:** Occasional Lortab 7.5 mg from Dr. McLaughlin.

**SOCIAL HISTORY:** Non-smoker, denies the use of alcohol since 1978. Denies alcohol abuse. Denies recreational drugs. College educated, married, and has one son age 23 and a daughter age 25. Occupation – service manager. He has a shirt that says Saratoga. He is not disabled. He is still employed.

**FH:** Positive mother – colon cancer. Positive father – high blood pressure and stroke.

**PE:**
General: Mr. Dixon is a 50-year-old male who is 6'3" tall, weight 261, blood pressure 150/86, heart rate 95, and respirations 18. He is well developed and nourished in no acute distress. A&O x 3. Speech is clear and articulate. Affect and orientation are appropriate. He is well groomed and pleasant.
Skin: Pink, warm, dry with no lesions.
HEENT: Atraumatic, normocephalic with symmetrical features.
PERLA: Neck supple, no thyromegaly or lymphadenopathy.
Cranial nerves II-XII are intact.
Cardiac: Regular rate and rhythm without murmur.
Chest: Clear to A&P, no rales or rhonchi.
Abdomen: Soft and non tender. Normal bowel sounds in all quadrants.
Upper Extremity Exam: History of previous C6/7 cervical decompression in 2008.
Lower Extremity Exam: He is really asymmetric while seated and straight leg raises are negative at 90 degrees. Plantar and dorsiflexion 5/5. I don't detect any motor or sensory deficit. I did look for peripheral pulses and I believe I can feel the posterior tibialis. The feet are warm and there is no loss of hair pattern. I don't think this is vascular ischemia, but he is more symptomatic with standing and ambulation than he is while seated. His circulation seems adequate. He has no swelling or edema. Neurologically he is intact while seated.

**ASSESSMENT:**

1. History of lumbar degenerative disc disease L4/5 with increasing lower extremity symptoms with standing and ambulation indicating some degree of neurogenic claudication.
2. History of previous C6/7 decompression.

**TREATMENT PLAN:** I believe Mr. Dixon needs a new lumbar MRI to review his treatment options and look at the pathology as we have no recent studies available. He has some adequate pain medication so I am going to place him on some Lyrica 75 mg b.i.d. through PMA. I gave him two weeks of samples and then a prescription if needed. I will see him back after the MRI is completed and look at the pathology before making any further recommendations for treatment. The last epidurals we had done were of little impact. I believe this was primarily for a surgical problem Mr. Dixon seems less than enthusiastic about repeating those, but depending on the pathology we may make recommendations for a trial before suggesting a surgical consultation. When he comes back with the MRI in hand for review we will have a better idea of the pathology that we are dealing with and the treatable issues involved.

**JOHN POWELL, P. A.-C.**

JP/rsh
D: 01-17-11; T: 01-29-11 *Dictated but not edited

cc: Randy McLaughlin, M.D. faxed 01-31-11 rh

**PAIN MEDICINE ASSOCIATES, PMA**
**Patient Pain Data Questionnaire (PPDQ)**

Date: 1-16-11

Randy McLaughlin

Account #: 15265

N Wtw/jp

Arnold L Dixon

## BACKGROUND

1. How long have you been experiencing your pain? 18 yrs
2. Is your pain ☒Constant ☐Intermittent ☐Varies in intensity?
3. How has the intensity of your pain changed since it first began? ☒Increased ☐Decreased ☐Stayed the same
4. Is your pain the result of an accident or injury? ☐Yes ☒No
   If yes, date of injury ______
   If yes, is this a Workman's Comp. Claim? ☐Yes ☐No
5. Is there pending litigation concerning your pain? ☐Yes ☒No
6. Do you currently work? ☒Yes ☐No
   If no, date last worked: ______
7. Are you rated as disabled because of your pain? ☐Yes ☒No
8. Are you applying for disability because of pain? ☐Yes ☒No
9. Do you consider yourself disabled by pain? ☐Yes ☒No

## FACTORS AFFECTING PAIN

How do the following activities or therapies affect your pain?

| | Increase | Decrease | No Effect | Not Tried |
|---|---|---|---|---|
| **Activities** | | | | |
| Sitting | ☒ | ☐ | ☐ | ☐ |
| Standing | ☒ | ☐ | ☐ | ☐ |
| Walking | ☒ | ☐ | ☐ | ☐ |
| Lying Down | ☒ | ☐ | ☐ | ☐ |
| Shifting Positions | ☐ | ☒ | ☐ | ☐ |
| Bending Forward | ☐ | ☐ | ☒ | ☐ |
| Bending Backward | ☐ | ☐ | ☒ | ☐ |
| Twisting | ☒ | ☐ | ☐ | ☐ |
| Cough / Sneeze | ☒ | ☐ | ☐ | ☐ |
| **Therapies** | | | | |
| Resting | ☐ | ☒ | ☐ | ☐ |
| Pain Medicines | ☐ | ☐ | ☒ | ☐ |
| Steroids by mouth | ☐ | ☐ | ☐ | ☒ |
| Physical Therapy | ☒ | ☐ | ☒ | ☐ |
| Chiropractic | ☒ | ☐ | ☐ | ☐ |
| Massage | ☐ | ☐ | ☒ | ☐ |
| Surgery | ☐ | ☐ | ☐ | ☒ |
| Injections, trigger points | ☐ | ☐ | ☒ | ☐ |
| Injections, epidurals | ☐ | ☐ | ☒ | ☐ |
| Injections, other types | ☐ | ☐ | ☐ | ☒ |
| TENS unit | ☐ | ☐ | ☐ | ☒ |

### Exercise Tolerance

Please indicate the most active thing you do now and what you used to do before developing your painful condition.

| | Now | Before |
|---|---|---|
| Nothing | ☐ | ☐ |
| Walking | ☐ | ☐ |
| Go to Mailbox | ☐ | ☐ |
| Go Shopping | ☐ | ☐ |
| Drive in car | ☒ | ☐ |
| Housework | ☐ | ☐ |
| Yard work | ☐ | ☐ |
| Jog / Run | ☐ | ☒ |
| Sports | ☐ | ☒ |

TB 5 a 7 26'

## CONSEQUENCES OF PAIN*

Do you feel your pain has *caused*, or caused you to *think about*, any of the following. Check *neither* if not applicable or no effect.

| | Caused | Think About | Neither |
|---|---|---|---|
| Difficulty performing Activities of Daily Living | ☒ | ☐ | ☐ |
| Inability to perform Activities of Daily Living | ☒ | ☐ | ☐ |
| Loss of control of bowel | ☐ | ☐ | ☒ |
| Loss of control of bladder | ☐ | ☐ | ☒ |
| Difficulty falling asleep | ☒ | ☐ | ☐ |
| Awaken from sleep | ☒ | ☐ | ☐ |
| Restless sleep | ☒ | ☐ | ☐ |
| Inability to sleep | ☒ | ☐ | ☐ |
| Decreased social activity | ☒ | ☐ | ☐ |
| Decreased family interaction | ☒ | ☐ | ☐ |
| Problems with relationship(s) | ☒ | ☐ | ☐ |
| Decreased desire for sex | ☐ | ☒ | ☐ |
| Feeling depressed | ☒ | ☐ | ☐ |
| Diagnosis of depression | ☒ | ☐ | ☐ |
| Irritable | ☒ | ☐ | ☐ |
| Feelings of anger | ☐ | ☒ | ☐ |
| Feelings of suicide | ☐ | ☒ | ☐ |

*Please note, although the above consequences may be related to your pain, many of these are psychosocial consequences and are beyond the scope of treatment available in our clinic.

**Doctor's / Reviewer's Comments:**

Verification: Date: 1/17

©TSSmyth20000914

PAIN MEDICINE ASSOCIATES PMA
Patient Medical Data Questionnaire (PMDQ)

Randy McLaughlin

Account #: 15265

Nan Wtw/jp

Arnold L Dixon

Date: 1-16-11

*Page 1 of 2*

## Past Medical History / Review Of Systems

How do you consider your overall health?
☐ Excellent ☒ Good ☐ Fair ☐ Poor

Females: Are you pregnant? ☐ No ☐ Yes ☐ Maybe

Date of last menstrual period ________

Please check any of the following that you currently have or have recently had:

1. General
☐ Night fever/chills ☐ Unexplained weight gain / loss
☐ Frequent nausea ☐ Change in appetite ☒ General weakness
☒ General fatigue ☐ Fibromyalgia ☐ Lupus

2. Integument
☐ Skin cancer ☐ Skin sores ☐ Skin rash
☐ Hair changes ☐ Change in Skin appearance
☐ Easy bruising

3. HEENT
☐ Change in vision ☐ Eye discharge ☐ Blindness/glaucoma
☐ Nasal discharge ☐ Nasal bleeding ☐ Sinusitis
☐ Hearing loss ☐ Mouth sores ☐ Sore throat

4. Cardio-Vascular
☐ Heart attack ☐ Cardiac arrest ☐ High blood pressure
☐ Heart failure ☐ Skipped beats ☐ Palpitations
☐ Arrhythmia ☐ Heart murmur ☐ Valve disease
☐ Heart surgery ☐ Rheumatic fever ☐ Angina chest pain

5. Respiratory
☐ Bronchitis ☐ Asthma ☐ Emphysema
☐ Wheezing ☐ Pneumonia ☐ Shortness of breath
☐ Tuberculosis ☐ Chronic cough ☐ Lung cancer

6. Nervous System
☐ Anxiety disorder ☐ Depression ☐ Tension headaches
☐ Migraines ☐ Nervous tension ☐ Nervous exhaustion
☐ Chronic insomnia ☒ Numbness ☐ Paralysis
☐ Weakness ☐ Fainting ☐ Blackout spells
☐ Brain disease ☐ Alzheimer's dz ☐ Spinal cord dz
☐ Meningitis ☐ Epilepsy ☐ Seizures
☐ Polio

7. Gastro-Intestinal
☐ Jaundice ☐ Hepatitis ☐ Liver disease
☐ Ulcers ☐ Hiatal Hernia ☐ Chronic reflux
☐ Irritable bowel ☐ Diarrhea ☐ Constipation
☐ Crohn's disease ☐ Ulcerative colitis ☐ Polyps
☐ Blood in stools ☐ Black/tarry stools ☐ Colon cancer
☐ Gallbladder dz ☐ Loss of bowel control

8. Endocrine
☐ Diabetes ☐ Thyroid disease ☐ Pancreatitis

9. Musculo-Skeletal
☐ Osteoporosis ☐ Osteo-Arthritis ☐ Rheumatoid arthritis
☐ Bursitis ☐ Osteomyelitis ☐ Artificial joints

10. Genito-Urinary
☐ Kidney stones ☐ Kidney infection ☐ Kidney failure
☐ Dialysis ☐ Bladder infection ☐ Loss of control

11. Hematological
☐ Take blood thinning medications ☐ Easy bleeding
☐ Blood clots ☐ Abnormal clotting ☐ Hemophilia
☐ Anemia ☐ Sickle cell disease ☐ Sickle cell trait
☐ Swollen glands or lymph nodes

12. Other medical problems not listed: (please list)

## Allergies

Are you allergic to shellfish? ☐ Don't know ☒ No ☐ Yes
Are you allergic to I.V. Dye? ☐ Don't know ☒ No ☐ Yes
Are you allergic to any other medications? ☐ No ☒ Yes, list:

PENICILLIN

## Past Surgical History

Have you ever had any surgery? ☐ No ☒ Yes, list:
(please list most recent surgeries, including date or approximate date)

| | |
|---|---|
| DISCECTOMY | 6-2008 - Austin |
| CERVICAL C6/7 | |

Have you ever had difficulty with anesthesia? ☒ No ☐ Yes:
☐ Difficult/slow to wake up ☐ Weakness waking up
☐ High fever ☐ Nausea and/or vomiting

Patients: please do not write here.

Verification: Date:

©TSSmyth20000914

PAIN MEDICINE ASSOCIATES, P.C. 101 MED TECH PARKWAY, STE. 200 JOHNSON CITY TN 37604

CLINIC NOTE

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold | DOB: | |
| DOS: | 02-19-07 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Paul Peterson, M.D. |

**INTERVAL HISTORY:** Mr. Dixon made a clinic appointment to discuss the possibility of being referred to someone who might be able to accomplish a minimally invasive lumbar fusion such as has been discussed on previous clinic visits. I do note that Mr. Dixon has multi-level lumbar degenerative disc disease so whether this mini-invasive procedure could be accomplished for his situation is difficult to say. Most of these are accomplished at the L5-S1 level but it may be difficult to incorporate additional levels. Since he has been referred through Blue Ridge Neuroscience it might be suggested he return there for re-evaluation and they suggested a CT/myelogram and then further recommendations could be made.

**PE/ASSESSMENT:** Physical exam is consistent with chronic low back pain. He has noted some mild improvement in radicular pain in his lower extremities and does not have any numbness or weakness in the lower dermatomes. No bowel or bladder dysfunction.

**ASSESSMENT:**

1. Lumbar degenerative disc disease L3-4, L4-5, L5-S1.
2. History of right lower extremity radicular pain, improved following last ESI in December, 2006.

**TREATMENT PLAN:** Discussed the issues regarding minimally invasive surgery or other surgery. Since he was originally referred by a neurosurgeon he would need to return to that referral source for their further evaluation work up and then he is free to seek a second opinion after obtaining these recommendations if he wishes to do so. An appointment was scheduled with Dr. Austin in Dr. Paul Peterson's absence for review of his current issues and further evaluation as appropriate.

JOHN POWELL, P. A.

JP/vs

D: 02-19-07 T: 02-27-07 *Dictated but not edited.

Cc: Rebekah Austin, M.D. Faxed 3/1 RH

.PAIN MEDICINE ASSOCIATES, P.C. 101 MED TECH PARKWAY, STE. 200 JOHNSON CITY TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold | DOB: | |
| DOS: | 01-26-07 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Paul Peterson, M.D. |

**INTERVAL HISTORY:** I interviewed Arnold today who is here after two lumbar epidural steroid injections for a very acute flare up of low back and bilateral lower extremity pain, right greater than left, that I saw him for back in November. He had an epidural on 12/5 and another one on 12/26. He is improved but no home run. Surgery referral could be considered although he may need a multi-level lumbar fusion. Lumbar discogram might be next as far as diagnostic procedures. I feel L5-S1 is causing the majority of his symptoms although he may have some DDD at other levels.

**PE/ASSESSMENT:** Physical exam confirms improvement in right sided radicular pain. He has a normal bitandem non-antalgic gait. He is mildly symptomatic but I would say he is 80 percent improved over baseline presentation.

**ASSESSMENT:**

1. Lumbar degenerative disc disease L3-4, L4-5, L5-S1.
2. Right lower extremity radicular pain.

**TREATMENT PLAN:** I will let him call for a repeat epidural as needed. He may do this directly without a prior clinic visit with me in order to speed up the treatment process. He has a refill on his Lortab but has discontinued Lyrica because of insurance issues. He may call for a repeat epidural PRN directly with Dr. Williams for retreatment and then further suggestions could be made as far as diagnostic work up and referral if he wishes to pursue this.

**JOHN POWELL, P. A.**

JP/vs

D: 01-26-07 T: 01-31-07 *Dictated but not edited.

**MOUNTAIN EMPIRE SURGERY CENTER**
**601 Med Tech Parkway**
**Johnson City, TN 37604**
**423-610-1020**

## OPERATIVE REPORT

**PATIENT NAME:** Dixon Jr., Arnold
**DATE:** 12/26/06
**UNIT RECORD:** 41511
**PHYSICIAN:** Turney Williams, M.D.

**PREOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, multilevel, L3-L4, L4-L5, and L5-S1.
2. Herniated nucleus pulposus, right L5-S1 with intermittent lower extremity discomfort.
3. Chronic pain syndrome referable to above.

**POSTOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, multilevel, L3-L4, L4-L5, and L5-S1.
2. Herniated nucleus pulposus, right L5-S1 with intermittent lower extremity discomfort.
3. Chronic pain syndrome referable to above.

**OPERATIONS PERFORMED:**

1. Lumbar epidural steroid injection.
2. Fluoroscopy.

**INDICATIONS FOR PROCEDURE:** Mr. Dixon appears in anticipation of an epidural steroid injection #2 following treatment on December 5, 2006. He has a primary complaint of bilateral low back pain intermittently. He notes lower extremity discomfort described as a sharp, shooting, and stabbing pain radiating to the foot. Overwhelmingly, the primary issue is low back discomfort, which is constant in nature. He has noted a significant improvement following the previous epidural steroid injection but certainly not a complete resolution. We discussed the issues and options. We agreed to retreat. We discussed the risks of bleeding, infection, nerve injury, corticosteroid effect, etc. He understands the issues involved and would like to proceed.

**DESCRIPTION OF PROCEDURE:** Prone. Betadine prep wide field x3. Sterile drape. 1% Xylocaine, right L5-S1. An 18-gauge Tuohy needle was inserted, and loss of resistance was obtained. Contrast was injected. Epidurogram was obtained. Following negative aspiration, 80 mg of Depo-Medrol was injected. The needle was cleared and withdrawn. He was observed for 30 minutes and discharged in good condition. Office appointment in three weeks. Prescription for Lortab 10/500, #60, one p.o. b.i.d., no refill. He has an adequate supply of Tramadol, discontinued ineffective at low dose. We discussed other options including provocative discography, lumbar myelography, and surgical intervention. However, he understands that he has a preponderant to the low back pain and resolution of the same may well require multilevel lumbar fusion with no guarantee of improvement.

Turney Williams, M.D.
TW/SN/sndovmt007/713932
D: 12/26/06 01:27 P
T: 12/27/06 01:02 A

cc: Randy Keith McLaughlin, M.D.
Brookside Drive,
Kingsport, TN
4 1.307

MOUNTAIN EMPIRE SURGERY CENTER
601 Med Tech Parkway
Johnson City, TN 37604
423-610-1020

## OPERATIVE REPORT

**PATIENT NAME:** Dixon Jr, Arnold
**DATE:** 12/05/06
**UNIT RECORD:** 41511
**PHYSICIAN:** Turney Williams, M.D.

**SSN#:**

**PREOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, multilevel, most marked at L5-S1.
2. Intermittent bilateral lower extremity pain, right greater than left, probable S1 radiculitis.

**POSTOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, multilevel, most marked at L5-S1.
2. Intermittent bilateral lower extremity pain, right greater than left, probable S1 radiculitis.

**OPERATIONS PERFORMED:**

1. Lumbar epidural steroid injection.
2. Fluoroscopy.

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**TISSUE/SPECIMEN REMOVED:** None.

**INDICATIONS FOR PROCEDURE:** Mr. Dixon appears with primary complaint of bilateral low back and bilateral lower extremity pain. He was treated for similar complaints in 2004 with some relief and has overall done reasonably well. Over the last year he has noted increase in discomfort.

Diagnostic imaging was performed on November 30, 2005, that revealing multilevel degenerative disc disease with a mild disc protrusion at L5-S1. No clear dramatic neural impingement was noted, although the operative need to abut the right S1 nerve root was noted. We discussed the issues and options. He would like to avoid surgical intervention particularly in the face of multilevel degenerative changes. We agreed to an epidural corticosteroid injection. I discussed the risks of bleeding, infection, nerve injury, corticosteroid effect, etc. He understands the issues involved and would like to proceed.

**DESCRIPTION OF PROCEDURE:** Prone. Betadine prep wide field x3. Sterile drape. 1% Xylocaine, right L5-S1. An 18-gauge Tuohy needle was inserted, and loss of resistance was obtained. Contrast was injected. Epidurogram was obtained. Following negative aspiration, 80 mg of Depo-Medrol was injected. The needle was cleared and withdrawn. He was observed for 30 minutes and discharged in good condition. Return appointment in two weeks. Call for any interval complaint.

Turney Williams, M.D.
TW/SN/sndovmt005/696873
D: 12/05/06 07:54 P
T: 12/05/06 09:35 P

cc: Randy Keith McLaughlin, M.D.
Brookside Drive
Kingsport, TN
faxed 12-6 06

PAIN MEDICINE ASSOCIATES, P.C. 2020 BROOKSIDE DRIVE KINGSPORT, TN 37660

REEVALUATION

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 11-22-06 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Paul Peterson, M.D. |

**INTERVAL HISTORY:** Mr. Dixon is here for revaluation from Dr. Paul Peterson and Dr. Rebekah Austin at Blue Ridge Neuroscience for issues concerning continued low back pain and right lower extremity radiculopathy. We had seen and treated this several years ago, back in 2004, with no home run. He got some relief from facet injections, but has had more difficulty in the last couple of years with an exacerbation of sciatica and chronic low back pain. I note that his last MRI was in 2005, just a year ago. He has significant herniation at L5/S1. This is impinging the right S1 nerve root. This was in November 2005, so although this study is a year old, he has had this problem for a prolonged period of time.

**PE/ASSESSMENT:** He has an SLR positive on the right for sciatica, but I can get him to 90° and get full knee extension, so it's not severe. His motor still seems good at 5/5, even to heel and toe, without weakness. And I can get DTRs bilaterally at the ankles. His patellar reflex on the right is a little depressed, but the ankle is still good, so I don't think he really has a true S1 deficit. There is no numbness, clonus, long tract signs, bowel or bladder dysfunction.

**ASSESSMENT:**

1. Lumbar disc herniation, L5/S1.
2. Bilateral lower extremity radicular pain, right greater than left.

**TREATMENT PLAN:** I will set him up for an ESI with Dr. Williams, probably a series of several of these. The situation appears moving toward some kind of surgical intervention. This has been a longstanding problem, not improving, getting more acute with each passing year. There is a chance we might pull him back out of this with conservative management, but each time seems a little more problematic for continued conservative treatment. I wrote Lortab 10 mg, #90, 1/2-1 up to t.i.d. p.r.n.; and Lyrica 50 mg b.i.d., #60 with samples from our office, to take for the neuropathic component. Return on followup after epidural trial, probably a series of these with 1-2 back to back.

**JOHN POWELL, P.A.-C.**

JP/wh
D: 11-22-06; T: 11-29-06 *Dictated but not edited.

Cc: Paul Peterson, M.D.

**PAIN MEDICINE ASSOCIATES, PMA**
**Patient Pain Data Questionnaire (PPDQ)**

Date: 11-21-06

PAUL PETERSON

Account # 15265
JP/WTW
ARNOLD L. DIXON

## BACKGROUND

1. How long have you been experiencing your pain? 16 yrs
2. Is your pain [X] Constant [ ] Intermittent [ ] Varies in intensity?
3. How has the intensity of your pain changed since it first began?
   [X] Increased [ ] Decreased [ ] Stayed the same
4. Is your pain the result of an accident or injury? [X] Yes [ ] No
   If yes, date of injury 08/87
   If yes, is this a Workman's Comp. Claim? [ ] Yes [X] No
5. Is there pending litigation concerning your pain? [ ] Yes [X] No
6. Do you currently work? [X] Yes [ ] No
   If no, date last worked: ____________
7. Are you rated as disabled because of your pain? [ ] Yes [X] No
8. Are you applying for disability because of pain? [ ] Yes [X] No
9. Do you consider yourself disabled by pain? [X] Yes [ ] No

## FACTORS AFFECTING PAIN

How do the following activities or therapies affect your pain?

| | Increase | Decrease | No Effect | Not Tried |
|---|---|---|---|---|
| **Activities** | | | | |
| Sitting | [X] | [ ] | [ ] | [ ] |
| Standing | [X] | [ ] | [ ] | [ ] |
| Walking | [X] | [ ] | [ ] | [ ] |
| Lying Down | [ ] | [X] | [ ] | [ ] |
| Shifting Positions | [ ] | [X] | [ ] | [ ] |
| Bending Forward | [X] | [ ] | [ ] | [ ] |
| Bending Backward | [X] | [ ] | [ ] | [ ] |
| Twisting | [X] | [ ] | [ ] | [ ] |
| Cough / Sneeze | [X] | [ ] | [ ] | [ ] |
| **Therapies** | | | | |
| Resting | [ ] | [X] | [ ] | [ ] |
| Pain Medicines | [ ] | [X] | [ ] | [ ] |
| Steroids by mouth | [ ] | [ ] | [ ] | [X] |
| Physical Therapy | [X] | [ ] | [ ] | [ ] |
| Chiropractic | [X] | [ ] | [ ] | [ ] |
| Massage | [ ] | [ ] | [ ] | [X] |
| Surgery | [ ] | [ ] | [ ] | [X] |
| Injections, trigger points | [ ] | [X] | [ ] | [ ] |
| Injections, epidurals | [ ] | [X] | [ ] | [ ] |
| Injections, other types | [ ] | [ ] | [ ] | [X] |
| TENS unit | [ ] | [ ] | [ ] | [X] |

**Exercise Tolerance**

Please indicate the most active thing you do now and what you used to do before developing your painful condition.

| | Now | Before |
|---|---|---|
| Nothing | [ ] | [ ] |
| Walking | [ ] | [X] |
| Go to Mailbox | [ ] | [ ] |
| Go Shopping | [ ] | [ ] |
| Drive in car | [X] | [ ] |
| Housework | [ ] | [ ] |
| Yard work | [ ] | [X] |
| Jog / Run | [ ] | [ ] |
| Sports | [ ] | [X] |

## CONSEQUENCES OF PAIN*

Do you feel your pain has *caused*, or caused you to *think about*, any of the following. Check *neither* if not applicable or no effect.

| | Caused | Think About | Neither |
|---|---|---|---|
| Difficulty performing Activities of Daily Living | [X] | [ ] | [ ] |
| Inability to perform Activities of Daily Living | [X] | [ ] | [ ] |
| Loss of control of bowel | [ ] | [ ] | [X] |
| Loss of control of bladder | [ ] | [ ] | [X] |
| Difficulty falling asleep | [X] | [ ] | [ ] |
| Awaken from sleep | [X] | [ ] | [ ] |
| Restless sleep | [X] | [ ] | [ ] |
| Inability to sleep | [X] | [ ] | [ ] |
| Decreased social activity | [X] | [ ] | [ ] |
| Decreased family interaction | [X] | [ ] | [ ] |
| Problems with relationship(s) | [ ] | [ ] | [X] |
| Decreased desire for sex | [ ] | [X] | [ ] |
| Feeling depressed | [X] | [ ] | [ ] |
| Diagnosis of depression | [ ] | [X] | [ ] |
| Irritable | [X] | [ ] | [ ] |
| Feelings of anger | [ ] | [X] | [ ] |
| Feelings of suicide | [ ] | [X] | [ ] |

*Please note, although the above consequences may be related to your pain, many of these are psychosocial consequences and are beyond the scope of treatment available in our clinic.

**Doctor's / Reviewer's Comments:**

Verification: [signature] Date: 12/5/06

©TSSmyth20000914

14/38

Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

PAIN MEDICINE ASSOCIATES PMA
Patient Medical Data Questionnaire (PMDQ)

PAUL PETERSON

Account # 15265
JP/WTW
ARNOLD L. DIXON

Date: 12-21-06

*Page 1 of 2*

## Past Medical History / Review Of Systems

How do you consider your overall health?
☐ Excellent ☒ Good ☐ Fair ☐ Poor

Females: Are you pregnant? ☐ No ☐ Yes ☐ Maybe

Date of last menstrual period ______________

Please check any of the following that you currently have or have recently had:

1. General
☐ Night fever/chills ☐ Unexplained weight gain / loss
☐ Frequent nausea ☐ Change in appetite ☒ General weakness
☒ General fatigue ☐ Fibromyalgia ☐ Lupus

2. Integument
☐ Skin cancer ☐ Skin sores ☒ Skin rash
☐ Hair changes ☐ Change in Skin appearance
☐ Easy bruising

3. HEENT
☐ Change in vision ☒ Eye discharge ☐ Blindness/glaucoma
☐ Nasal discharge ☐ Nasal bleeding ☒ Sinusitis
☐ Hearing loss ☒ Mouth sores ☒ Sore throat

4. Cardio-Vascular
☐ Heart attack ☐ Cardiac arrest ☒ High blood pressure
☐ Heart failure ☐ Skipped beats ☐ Palpitations
☐ Arrhythmia ☐ Heart murmur ☐ Valve disease
☐ Heart surgery ☐ Rheumatic fever ☐ Angina chest pain

5. Respiratory
☐ Bronchitis ☐ Asthma ☐ Emphysema
☐ Wheezing ☐ Pneumonia ☐ Shortness of breath
☐ Tuberculosis ☐ Chronic cough ☐ Lung cancer

6. Nervous System
☐ Anxiety disorder ☐ Depression ☐ Tension headaches
☐ Migraines ☐ Nervous tension ☐ Nervous exhaustion
☐ Chronic insomnia ☐ Numbness ☐ Paralysis
☐ Weakness ☐ Fainting ☐ Blackout spells
☐ Brain disease ☐ Alzheimer's dz ☐ Spinal cord dz
☐ Meningitis ☐ Epilepsy ☐ Seizures
☐ Polio

7. Gastro-Intestinal
☐ Jaundice ☐ Hepatitis ☐ Liver disease
☐ Ulcers ☐ Hiatal Hernia ☐ Chronic reflux
☐ Irritable bowel ☐ Diarrhea ☐ Constipation
☐ Crohn's disease ☐ Ulcerative colitis ☐ Polyps
☐ Blood in stools ☐ Black/tarry stools ☐ Colon cancer
☐ Gallbladder dz ☐ Loss of bowel control

8. Endocrine
☐ Diabetes ☐ Thyroid disease ☐ Pancreatitis

9. Musculo-Skeletal
☐ Osteoporosis ☐ Osteo-Arthritis ☐ Rheumatoid arthritis
☐ Bursitis ☐ Osteomyelitis ☐ Artificial joints

10. Genito-Urinary
☐ Kidney stones ☐ Kidney infection ☐ Kidney failure
☐ Dialysis ☐ Bladder infection ☐ Loss of control

11. Hematological
☐ Take blood thinning medications ☐ Easy bleeding
☐ Blood clots ☐ Abnormal clotting ☐ Hemophilia
☐ Anemia ☐ Sickle cell disease ☐ Sickle cell trait
☐ Swollen glands or lymph nodes

12. Other medical problems not listed: (please list)

## Allergies

Are you allergic to shellfish? ☐ Don't know ☒ No ☐ Yes
Are you allergic to I.V. Dye? ☐ Don't know ☒ No ☐ Yes
Are you allergic to any other medications? ☐ No ☒ Yes, list:

PENICILLAN

## Past Surgical History

Have you ever had any surgery? ☐ No ☐ Yes, list:
(please list most recent surgeries, including date or approximate date)

TONSILECTOMY 1978

Have you ever had difficulty with anesthesia? ☒ No ☐ Yes:
☐ Difficult/slow to wake up ☐ Weakness waking up
☐ High fever ☐ Nausea and/or vomiting

Patients: please do not write here.

Verification: [signature] Date: 12/8/06

©TSSmyth20000914



Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

PAUL PETERSON

Account # 15265
JP/WTW
ARNOLD L. DIXON

**PAIN MEDICINE ASSOCIATES PMA**
**Patient Medical Data Questionnaire (PMDQ)**

Date: 11-21-06

*Page 2 of 2*

## SOCIAL HISTORY:

1. Do you smoke? [X]No [ ]Yes, ________ packs per day.
   If no, did you ever smoke? [X]No [ ]Yes, date quit________
2. Do you drink? [X]No [ ]Yes, ________ drinks / beers per day.
   If no, did you ever drink? [ ]No [X]Yes, date quit 1990
   Do you, or did you ever, have a drinking problem? [X]No [ ]Yes
   If yes, have you sought professional treatment? [ ]No [ ]Yes
3. Do you use any other recreational drugs? [X]No [ ]Yes
   If yes: [ ]Cocaine [ ]Marijuana [ ]Other: ________
4. What is your highest level of education?
   [ ]Grade School [ ]High School [X]College [ ]Grad Sch.
5. Are you: [X]Married [ ]Divorced [ ]Single
6. Do you live with: [X]Spouse [ ]Companion [ ]Friend [ ]Family member, or [ ]Alone
7. How many people live in your household? 5
8. How many children do you have: 1 girls 1 boys
   Children's ages: girls: 21 boys 19
   Number of children living at home: 2, ages ________
9. Your occupation: OPERATIONS MANAGER
10. Spouse's/companion's occupation: LABOR WORKER
11. Are you disabled? [X]No [ ]Yes
    Is your spouse/companion disabled? [X]No [ ]Yes

## Family History

Please check if any blood relative of yours have, or have a history of, any of the following:

| | Mother | Father | Bro/Sis | Grandparent |
|---|---|---|---|---|
| High blood pressure | [ ] | [X] | [ ] | [ ] |
| Heart attack | [ ] | [ ] | [ ] | [ ] |
| Heart failure | [ ] | [ ] | [ ] | [ ] |
| Asthma | [ ] | [ ] | [ ] | [ ] |
| Emphysema | [ ] | [ ] | [ ] | [ ] |
| Lung cancer | [ ] | [ ] | [ ] | [ ] |
| Chronic pain | [ ] | [ ] | [ ] | [ ] |
| Fibromyalgia | [ ] | [ ] | [ ] | [ ] |
| Migraines | [ ] | [ ] | [ ] | [ ] |
| Depression | [ ] | [ ] | [ ] | [ ] |
| Anxiety disorder | [ ] | [ ] | [ ] | [ ] |
| Epilepsy | [ ] | [ ] | [ ] | [ ] |
| Stroke | [ ] | [ ] | [ ] | [X] |
| Mini stroke (TIA) | [ ] | [X] | [ ] | [ ] |
| Irritable bowel | [ ] | [ ] | [ ] | [ ] |
| Intestinal polyps | [ ] | [ ] | [ ] | [ ] |
| Colon cancer | [X] | [ ] | [ ] | [ ] |
| Diabetes | [ ] | [ ] | [ ] | [X] |
| Osteoarthritis | [ ] | [ ] | [ ] | [ ] |
| Rheumatoid arthritis | [X] | [ ] | [ ] | [ ] |
| Osteoporosis | [ ] | [ ] | [ ] | [ ] |

Patients: please do not write in this space

Reviewer's Comments:

Verification: [signature] Date: 12/5/06

©TSSmyth20000914

16/38 Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

# PAIN MEDICINE ASSOCIATES, P.C.

William T. Williams, M.D.
Timothy Smyth, M.D.
Sameh A. Ward, M.D.
C. Marcus Cooper, Ph.D.
Deborah Beall, N.P.
John Powell, P.A.-C
Vickie Bowman, L.P.N.
Holly Broadwater, F.N.P.
Benjamin A. Meeks, A.P.R.N., B.C.

101 MedTech Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: (423) 232-6120
Fax: (423) 232-6125

2020 Brookside Drive, Suite 21
Kingsport, Tennessee 37660
Phone: (423) 392-6690
Fax: (423) 392-6695

240 Medical Park Blvd.,
Suite 1500
Bristol, Tennessee 37620
Phone: (423) 968-9313
Fax: (423) 968-9696


April 22, 2004

Randy McLaughlin, M.D.
1916 Brookside Drive
Kingsport, TN 37660

RE: Arnold Lee Dixon, Jr.; Date of Birth:

Dear Randy,

I had the opportunity to visit with Arnold Dixon on 4-22-04. As you recall, Mr. Dixon is a very pleasant 44 year old with persistent right sided low back pain. Diagnostic imaging reveals degenerative disc disease at all lumbar levels, most marked at 4/5 and 5/1 with an annular tear at 4/5. He also has significant facet arthropathy.

When his lumbar facets are anesthetized he notes a marked reduction, although not a complete resolution of his symptoms, suggesting at least a facetal component. I have explained that it is my impression his complaints with prolonged flexion are likely referable to the 4/5 disc level and the more routine discomfort probably his facets. He is at work on Vioxx, and rarely utilizes an Ultram.

We discussed a possible radiofrequency denervation of the facet joint nerves vs an intra-discal procedure to assist with the discomfort at the 4/5 level, and functionally elected to leave the situation as is, as he just appears too functional to pursue at this time. He understands his options and appreciates the discussion, but does not wish to pursue any modality at this time, although we have left those options open should his situation change.

We appreciate the opportunity to treat your patient.

Thank you.

Sincerely yours,

W. Turney Williams, M.D.
Pain Medicine Associates

WTW:ej

PAIN MEDICINE ASSOCIATES, P.C., 2020 BROOKSIDE DRIVE, KINGSPORT, TN 37660

CLINIC NOTE

| | | |
|---|---|---|
| **PATIENT:** | **DIXON, ARNOLD, JR.** | **DOB:** |
| **DOS:** | **4-22-04** | **SS#:** |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** |

**SUBJECTIVE:** Mr. Dixon appears with primary complaint of right sided low back pain with some radiation towards the right hip. When his pain is most severe he will note some radiation to the right posterior thigh, overwhelmingly the complaint is low back in nature. There is no lower extremity numbness, weakness, no bowel or bladder dysfunction. He notes an increase in his symptoms with any prolonged flexion, walking uphill, and moderately at night. He utilizes Vioxx daily and infrequently Ultram, which he finds effective.

**OBJECTIVE:** On examination he is awake, alert, and oriented. VS as recorded. Height 6'5", weight 270. Ambulates with an unencumbered gait. Excellent range of motion lumbar spine. Negative straight leg raising. Sensory and motor function intact. Mild tenderness right iliacus. No sacral notch or greater trochanteric tenderness. Full range of motion about the hips.

Radiographs reviewed, that revealing multi-level degenerative disc disease, most marked L4/5, L5/S1, bilateral facet arthropathy, annular tear noted L4/5. Results of previous diagnostic facet block, essentially pain free 6 hours, markedly improved several days thereafter. No long term improvement.

**ASSESSMENT:**

1. Lumbar spondylosis with combined degenerative disc disease and symptomatic facet arthropathy; no evidence of radiculopathy

**PLAN/PATIENT EDUCATION:** I had a long discussion with the patient regarding his options. He utilizes physical therapy, chiropractic manipulation, VAX-D, etc. We discussed radiofrequency denervation, discography, nucleoplasty, IDET, etc. It is likely that some symptoms are both discogenic and facetal in nature. Functionally he does well and has elected to leave the situation as is and have him return on a p.r.n. basis for epidural steroid injection for acute flare-up of symptomatology. He was provided the names IDET and nucleoplasty to review.

**W. Turney Williams, M.D.**

WTW:ej

D: 4-22-04; T: 4-23-04 *Dictated but not edited.

# *Kingsport Day Surgery*

2204 Pavilion Drive, Suite 300
Kingsport, Tennessee 37660
(423) 857-6300

| | |
|---|---|
| Name: Dixon, Arnold L | Med. Rec. Number: 00-92-80 |
| DOB: | Admit Date: 03/25/2004 |
| Account Number: 46016880 | Room: |
| Pt. Status: OA | Hos. Scv. Code: KDS |

## Operative Note

DATE OF PROCEDURE: 03/25/2004

Mr. Dixon appears with a primary complaint of bilateral low back pain, right greater than left. He has noted moderate improvement following epidural corticosteroid injection on February 19, 2003, not as effective as the one performed July 17, 2003. As he has persistent discomfort, we agreed to diagnostic block of the right-sided lumbar facet joints. If he notes improvement, we could consider a component of his discomfort facetal in nature; if not, this is likely referable to his multilevel degenerative disc disease. Discussed the risks of bleeding, infection, nerve injury, corticosteroid effect, etc. He understands the issues involved and would like to proceed.

PROCEDURES:

1. Local anesthetic and corticosteroid injection, facet joint 3-4, 4-5, 5-1, right.
2. Fluoroscopy.

Prone, Betadine prep and drape, 1% Xylocaine x 3. A 25-gauge, 3-1/2-inch spinal needle inserted intra-articular at 3-4, 4-5, and 5-1 facet joints. Contrast injected and the facet joint well-delineated. Fifteen milligrams of Depo-Medrol injected in each site. The needle was then withdrawn to the capsular level to avoid any epidural spread, and the joint capsule treated with 0.5 cc of 2% Xylocaine. The patient tolerated the procedure extremely well. It was examined 30 minutes post-procedure and he had some discomfort at the lower lumbar segment, although overall, he thought there was a significant improvement. He was discharged in the care of his wife, to stress his low back over the next several hours and to keep a pain diary the remainder of the 24-hour period. Office appointment in 3 weeks.

IMPRESSION:

1. Degenerative disc disease, lumbar spine, multilevel.
2. Lumbar facet arthropathy.

(Auto Authenticated)

Turney Williams, M.D.

cc: Randy McLaughlin, M.D.
Turney Williams, M.D.

D: 03/25/2004 10:34 A
T: 03/30/2004 9:55 A
vra

Operative Note
Dixon, Arnold L
87740 00-92-80 000000555



*Send copy to:* Turney Williams, M.D.

**PAIN MEDICINE ASSOCIATES, P.C.**
**2020 BROOKSIDE DRIVE**
**KINGSPORT, TN 37660**

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | DIXON, ARNOLD L. | **DOB:** | |
| **DOS:** | 3-10-04 | **SS#:** | |
| **PHYSICIAN:** | Timothy Smyth, M.D. | **REFERRING:** | |

**INTERVAL HISTORY:** Mr. Dixon has mechanical low back pain and multi-level degenerative disc disease and posterior facet osteoarthritis. He has received another lumbar epidural steroid injection by Dr. Williams and although he got excellent results reportedly from the one last summer, this one didn't do as well as the one previously. He still says that it "helped some" but not as dramatic an improvement as he noted previously. We looked at possible facet injections to see if this would give him more benefit although the issues are unclear as to where most or his pain-related complaints are originating.

**PE/ASSESSMENT:** Still positive for mechanical low back pain without evidence of lower extremity radiculopathy or other symptomatology.

**ASSESSMENT:**

1. Multi-level lumbar degenerative disc disease
2. Posterior facet osteoarthritis

**TREATMENT PLAN:** Mr. Dixon is willing to try posterior facet injections to see if the arthritic component of his low back pain is responsive to posterior facet blocks or injections. We went over the procedure, the process of what we are trying to find out. He has two issues primarily including the osteoarthritis and the facets and degenerative disc disease but which one is the biggest issue is still unclear. He is willing to try facets to see if he could be benefited without surgery and I am scheduling this trial for Dr. Williams at Kingsport Day Surgery at his request. No medications were written this visit.

**JOHN POWELL, P. A.-C.**

JP/mlf
D: 3-10-04 T: 3-13-04 *Dictated but not edited.

**_Kingsport Day Surgery_**
**2204 Pavilion Drive, Suite 300**
**Kingsport, Tennessee 37660**
**(423) 857-6300**

**Name:** Dixon, Arnold L
**DOB:**
**Account Number:** 46016230
**Pt. Status:** OA

**Med. Rec. Number:** 00-92-80
**Admit Date:** 02/19/2004
**Room:**
**Hos. Sev. Code:** KDS

## Operative Note

DATE OF PROCEDURE: 02/19/2004

Mr. Dixon appears this date with primary complaint of bilateral lower lumbar discomfort. Intermittently, he will note a sharp shooting discomfort to either hip. There is no lower extremity complaints, no numbness or weakness, no bowel or bladder symptoms. He had been treated for similar complaints July of 2003, and noted a marked improvement, persisting for several months. Recent MRI reviewed that revealed a multilevel degenerative disc disease, 2-3, 3-4, 4-5 and 5-1, without evidence of neural impingement.

IMPRESSION: Degenerative disc disease, lumbar spine, multilevel.

PROCEDURES:
1. Lumbar epidural steroid injection.
2. Fluoroscopy.

Informed consent obtained, risks explained, bleeding, infection, nerve injury, corticosteroid effect. He understands the issues involved and would like to proceed. Prone position, Betadine prep and drape, 1% Xylocaine, left L4-5, 18-gauge Tuohy needle inserted, loss of resistance obtained, contrast injected, epidurogram obtained. No CSF, no paresthesia. Eighty milligrams Depo-Medrol injected, needle cleared and withdrawn, observed 30 minutes, discharged in good condition. Office appointment in 3 weeks. Other options include re-treatment versus possible diagnostic facet block.

(Auto Authenticated)

Turney Williams, M.D.

cc: Randy McLaughlin, M.D.
Turney Williams, M.D.

D: 02/19/2004
T: 02/19/2004 2:41 P
vra

**PAIN MEDICINE ASSOCIATES, P.C.** **2020 BROOKSIDE DRIVE** **KINGSPORT, TN 37660**

**CLINIC NOTE**

| | | |
|---|---|---|
| **PATIENT:** | **DIXON, ARNOLD** | **DOB:** |
| **DOS:** | **1-21-04** | **SS#:** |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** |

**INTERVAL HISTORY:** We are re-evaluating Mr. Dixon today for chronic low back pain. He has lumbar degenerative disc disease and received one lumbar epidural steroid injection in July 2003. The patient never returned for follow-up and did not complete his MRI study as requested. He is here today with the same issue. No new signs or symptoms, stating the epidural did help quite a bit for a period of time. He thinks he received significant benefit and would like a repeat procedure.

**PE/ASSESSMENT:** Same as presentation last summer. He has no lower extremity symptoms, no radiculopathy. Normal neurological exam. Negative straight leg raising. No bowel or bladder dysfunction. He has chronic low back pain increased with forward flexion. I do not appreciate positive facet signs to extension and his diagnosis remains discogenic low back pain.

**TREATMENT PLAN:** Schedule repeat lumbar epidural steroid injection as he reportedly stated these were helpful. MRI study of the lumbar spine is ordered today since his last one was in 1998. He is happy with the situation as is and is not interested in surgical intervention.

**JOHN POWELL, P. A.**

JP/cj
D: 1-21-04; T: 1-23-04 *Dictated but not edited.

*Kingsport Day Surgery*
2204 Pavilion Drive, Suite 300
Kingsport, Tennessee 37660
(423) 857-6300

| | |
|---|---|
| Name: Dixon, Arnold L | Med. Rec. Number: 00-92-80 |
| DOB: | Admit Date: 07/17/2003 |
| Account Number: 46012580 | Room: |
| Pt. Status: OA | Hos. Sev. Code: KDS |

## Procedure Note

DATE OF PROCEDURE: 07/17/2003

Mr. Dixon appears this date with primary complaint of low back pain, chronic in nature. There is no radiation to either lower extremity, no numbness or weakness, no bowel or bladder symptoms. Previous radiologic imaging in 1998 had revealed multi-level degenerative disc disease 2-3, 3-4, 4-5 mild in nature, moderate at 5-1. Neurologically intact. Flexes well, some discomfort on extension and far lateral tilt.

IMPRESSION:
1. Degenerative disc disease lumbar spine, multi-level.
2. Lumbar facet arthropathy, questionably symptomatic.

I discussion situation with Mr. Dixon at length. We agreed to a single epidural steroid injection. We suggested repeat three-dimensional imaging exam be performed to re-assess his spinal anatomy. We discussed the risks of treatment (bleeding, infection, nerve injury, corticosteroid effect, etc.); he understands the issues involved and would like to proceed. He understands that the treatment is more effective for acute flare-ups of degenerative disc disease than the chronic discomfort he experiences. After complete discussion of all issues it was elected to proceed.

PROCEDURE:
1. Lumbar epidural steroid injection.
2. Fluoroscopy.

Prone. Betadine prep and drape. 1% Xylocaine, midline L4-5. 18-gauge Tuohy needle inserted, loss of resistance, contrast injected and epidurogram obtained. No CSF, no paresthesias. 80 mg Depo-Medrol injected, needle cleared and withdrawn. Observed 30 minutes, discharged in good condition.

Appointment to be scheduled at Indian Path Hospital for MRI of lumbar spine without contrast. Appointment with T. Williams in three weeks, call interval complaints.

(Auto Authenticated)

Turney Williams, M.D.

cc: Randy McLaughlin, M.D.
Turney Williams, M.D.
D: 07/17/2003 11:02 A
T: 07/17/2003 6:52 P
mjw

Operative Note
Dixon, Arnold L
63715 00-92-80 000029655



*Send copy to:* Turney Williams, M.D.

**PAIN MEDICINE ASSOCIATES, P.C.**
**2020 BROOKSIDE DRIVE**
**KINGSPORT, TN 37660**

**INITIAL MEDICAL EVALUATION**

| | | | |
|---|---|---|---|
| **PATIENT:** | **DIXON, ARNOLD** | **DOB:** | |
| **DOS:** | **7-08-03** | **SS#:** | |
| **PHYSICIAN:** | **Sameh A. Ward, M.D.** | **REFERRING:** | **Randy McLaughlin, MD** |

**CC:** Chronic lumbosacral back pain

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon has a history of chronic low back pain without lower extremity features. He has no pain in the legs but primarily in the low back for 7-8 years. He has had an MRI in 1998 and although the study is 5 years old, it does show significant degenerative disc disease at L4/5 on that study. The patient has seen a chiropractor which has helped him temporarily. Currently, the chiropractic treatment does not seem to be helping. I believe he has had some kind of disc traction therapy, possibly Vax D in Knoxville. This used to help but currently is not helping. He is here today to see if perhaps an epidural steroid injection might help the problem.

**PMH/PSH:** No previous surgical procedure. He is allergic to penicillin.

**ROS:** Negative for any significant issues. He takes Vioxx 25 mg 1 a day, Ultram 50 1 a day p.r.n. and Zyrtec.

**SOCIAL HISTORY:** Still employed. Working on a daily basis. He has problems standing but doesn't do any strenuous labor, primarily has a desk job with sitting. He is an operations manager and computer operator. No utilization of alcohol, non-smoker, not disabled. Family history: non-contributory.

**PE:** B/P and VS are normal and stable. Affect and orientation are appropriate. No facial weakness. Full cervical range of motion. No motor or sensory deficit in the upper extremities. .
RESPIRATORY: Lung fields are clear
HEART: RRR without murmur.
Abdomen: negative with normal bowel sounds.
Straight leg raises are negative to testing. DTR's 2+ knees and ankles and equal bilaterally. No numbness, paresthesias, no motor weakness. Patient's lumbosacral pain is primarily in the midline increased to full with flexion but negative facet signs to extension. Lateral rotation on extension did not exacerbate his pain. Prolonged standing or forward flexion will exacerbate his pain suggestive of degenerative disc disease and pain associated with degenerative discogenic back pain.

**ASSESSMENT:**

1. Lumbar pain associated with degenerative disc disease

**TREATMENT PLAN:** We will try a lumbar epidural steroid injection as the patient has requested. He has had several friends who have had this done with some benefit. We talked about the length of benefit to be obtained is uncertain. If he finds it helpful, it could be repeated 3-4 times a year. If not helpful, then he would have to explore other alternatives. He is not interested in surgery and not interested particularly in any pain medication other than Vioxx, which he takes on a daily basis. Hopefully, as the Vioxx is helpful, an epidural steroid injection would give him some prolonged benefit. It is certainly worth a try and we are scheduling this the first available opening at the ambulatory surgery center.

**JOHN POWELL, P.A.**

JP/mlf D: 7-08-03 T: 7-14-03 *Dictated but not edited.

**PAIN MEDICINE ASSOCIATES PMA**
**Patient Medical Data Questionnaire (PMDQ)**

Account # 15265

ARNOLD DIXON

Date: 7/8/03

*Page 1 of 2*

## Past Medical History / Review Of Systems

How do you consider your overall health?
☐ Excellent ☑ Good ☐ Fair ☐ Poor

Females: Are you pregnant? ☐ No ☐ Yes ☐ Maybe

Date of last menstrual period ____________

**Please check any of the following that you currently have or have recently had:**

**1. General**
☐ Night fever/chills ☐ Unexplained weight gain / loss
☐ Frequent nausea ☐ Change in appetite ☐ General weakness
☐ General fatigue ☐ Fibromyalgia ☐ Lupus

**2. Integument**
☐ Skin cancer ☐ Skin sores ☐ Skin rash
☐ Hair changes ☐ Change in Skin appearance
☐ Easy bruising

**3. HEENT**
☐ Change in vision ☐ Eye discharge ☐ Blindness/glaucoma
☐ Nasal discharge ☐ Nasal bleeding ☐ Sinusitis
☐ Hearing loss ☐ Mouth sores ☐ Sore throat

**4. Cardio-Vascular**
☐ Heart attack ☐ Cardiac arrest ☐ High blood pressure
☐ Heart failure ☐ Skipped beats ☐ Palpitations
☐ Arrhythmia ☐ Heart murmur ☐ Valve disease
☐ Heart surgery ☐ Rheumatic fever ☐ Angina chest pain

**5. Respiratory**
☐ Bronchitis ☐ Asthma ☐ Emphysema
☐ Wheezing ☐ Pneumonia ☐ Shortness of breath
☐ Tuberculosis ☐ Chronic cough ☐ Lung cancer

**6. Nervous System**
☐ Anxiety disorder ☐ Depression ☐ Tension headaches
☐ Migraines ☐ Nervous tension ☐ Nervous exhaustion
☐ Chronic insomnia ☐ Numbness ☐ Paralysis
☐ Weakness ☐ Fainting ☐ Blackout spells
☐ Brain disease ☐ Alzheimer's dz ☐ Spinal cord dz
☐ Meningitis ☐ Epilepsy ☐ Seizures
☐ Polio

**7. Gastro-Intestinal**
☐ Jaundice ☐ Hepatitis ☐ Liver disease
☐ Ulcers ☐ Hiatal Hernia ☐ Chronic reflux
☐ Irritable bowel ☐ Diarrhea ☐ Constipation
☐ Crohn's disease ☐ Ulcerative colitis ☐ Polyps
☐ Blood in stools ☐ Black/tarry stools ☐ Colon cancer
☐ Gallbladder dz ☐ Loss of bowel control

**8. Endocrine**
☐ Diabetes ☐ Thyroid disease ☐ Pancreatitis

**9. Musculo-Skeletal**
☐ Osteoporosis ☐ Osteo-Arthritis ☐ Rheumatoid arthritis
☐ Bursitis ☐ Osteomyelitis ☐ Artificial joints

**10. Genito-Urinary**
☐ Kidney stones ☐ Kidney infection ☐ Kidney failure
☐ Dialysis ☐ Bladder infection ☐ Loss of control

**11. Hematological**
☐ Take blood thinning medications ☐ Easy bleeding
☐ Blood clots ☐ Abnormal clotting ☐ Hemophilia
☐ Anemia ☐ Sickle cell disease ☐ Sickle cell trait
☐ Swollen glands or lymph nodes

**12. Other medical problems not listed: (please list)**

## Allergies

Are you allergic to shellfish? ☑ Don't know ☐ No ☐ Yes
Are you allergic to I.V. Dye? ☑ Don't know ☐ No ☐ Yes
Are you allergic to any other medications? ~~☐ No~~ ~~☐ Yes~~, list:

Penecillin

## Past Surgical History

Have you ever had any surgery? ☐ No ☐ Yes, list:
(please list most recent surgeries, including date or approximate date)

?

Have you ever had difficulty with anesthesia? ☑ No ☐ Yes:
☐ Difficult/slow to wake up ☐ Weakness waking up
☐ High fever ☐ Nausea and/or vomiting

Patients: please do not write here.

Verification: [signature] Date: 7/8/03

©TSSmyth20000914

**PAIN MEDICINE ASSOCIATES PMA**
**Patient Medical Data Questionnaire (PMDQ)**

Account # 15265

**ARNOLD DIXON**

Date: 7/8/03

*Page 2 of 2*

## SOCIAL HISTORY:

1. Do you smoke? [x] No [ ] Yes, ________ packs per day.
   If no, did you ever smoke? [x] No [ ] Yes, date quit ________
2. Do you drink? [x] No [ ] Yes, ________ drinks / beers per day.
   If no, did you ever drink? [ ] No [ ] Yes, date quit ________
   Do you, or did you ever, have a drinking problem? [x] No [ ] Yes
   If yes, have you sought professional treatment? [ ] No [ ] Yes
3. Do you use any other recreational drugs? [x] No [ ] Yes
   If yes: [ ] Cocaine [ ] Marijuana [ ] Other: ________
4. What is your highest level of education?
   [ ] Grade School [x] High School [x] College [ ] Grad Sch.
5. Are you: [x] Married [ ] Divorced [ ] Single
6. Do you live with: [x] Spouse [ ] Companion [ ] Friend [ ] Family member, or [ ] Alone
7. How many people live in your household? 5
8. How many children do you have: 1 girls 1 boys
   Children's ages: girls: 18 boys 15
   Number of children living at home: 2, ages 18, 15
9. Your occupation: Operations Manager Company
10. Spouse's/companion's occupation: Cafeteria Worker
11. Are you disabled? [x] No [ ] Yes
    Is your spouse/companion disabled? [x] No [ ] Yes

## Family History

Please check if any blood relative of yours have, or have a history of, any of the following:

| | Mother | Father | Bro/Sis | Grandparent |
|---|---|---|---|---|
| High blood pressure | [ ] | [x] | [x] | [ ] |
| Heart attack | [ ] | [ ] | [ ] | [ ] |
| Heart failure | [ ] | [ ] | [ ] | [ ] |
| Asthma | [ ] | [ ] | [ ] | [ ] |
| Emphysema | [ ] | [x] | [ ] | [ ] |
| Lung cancer | [ ] | [ ] | [ ] | [x] |
| Chronic pain | [ ] | [ ] | [ ] | [ ] |
| Fibromyalgia | [ ] | [ ] | [ ] | [ ] |
| Migraines | [ ] | [ ] | [ ] | [ ] |
| Depression | [ ] | [ ] | [ ] | [ ] |
| Anxiety disorder | [ ] | [ ] | [ ] | [ ] |
| Epilepsy | [ ] | [ ] | [ ] | [ ] |
| Stroke | [ ] | [ ] | [ ] | [ ] |
| Mini stroke (TIA) | [ ] | [ ] | [ ] | [ ] |
| Irritable bowel | [ ] | [ ] | [ ] | [ ] |
| Intestinal polyps | [ ] | [ ] | [ ] | [ ] |
| Colon cancer | [x] | [ ] | [ ] | [x] |
| Diabetes | [ ] | [ ] | [ ] | [x] |
| Osteoarthritis | [ ] | [ ] | [ ] | [ ] |
| Rheumatoid arthritis | [ ] | [ ] | [ ] | [ ] |
| Osteoporosis | [ ] | [ ] | [ ] | [ ] |

Patients: please do not write in this space

**Reviewer's Comments:**

Verification: [signature] Date: 7/8/03

©TSSmyth20000914

26/38

Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

## PAIN MEDICINE ASSOCIATES, PMA
**Patient Pain Data Questionnaire (PPDQ)**

Date: 7/8/03

Account # 15265

**ARNOLD DIXON**

### BACKGROUND

1. How long have you been experiencing your pain? 19
2. Is your pain ☐ Constant ☐ Intermittent ☐ Varies in intensity?
3. How has the intensity of your pain changed since it first began?
   ☐ Increased ☐ Decreased ☐ Stayed the same
4. Is your pain the result of an accident or injury? ☑ Yes ☐ No
   If yes, date of injury ______
   If yes, is this a Workman's Comp. Claim? ☐ Yes ☑ No
5. Is there pending litigation concerning your pain? ☐ Yes ☑ No
6. Do you currently work? ☑ Yes ☐ No
   If no, date last worked: ______
7. Are you rated as disabled because of your pain? ☐ Yes ☑ No
8. Are you applying for disability because of pain? ☐ Yes ☑ No
9. Do you consider yourself disabled by pain? ☐ Yes ☐ No

### FACTORS AFFECTING PAIN

How do the following activities or therapies affect your pain?

| | Increase | Decrease | No Effect | Not Tried |
|---|---|---|---|---|
| **Activities** | | | | |
| Sitting | X | | | |
| Standing | X | | | |
| Walking | X | | | |
| Lying Down | | X | | |
| Shifting Positions | | X | | |
| Bending Forward | X | | | |
| Bending Backward | X | | | |
| Twisting | | | X | |
| Cough / Sneeze | X | | | |
| **Therapies** | | | | |
| Resting | | X | | |
| Pain Medicines | | X | | |
| Steroids by mouth | | | | X |
| Physical Therapy | X | | | |
| Chiropractic | X | | | |
| Massage | | | | X |
| Surgery | | | | X |
| Injections, trigger points | | | | X |
| Injections, epidurals | | | | X |
| Injections, other types | | | | X |
| TENS unit | | | | X |

**Exercise Tolerance**

Please indicate the most active thing you do now and what you used to do before developing your painful condition.

| | Now | Before |
|---|---|---|
| Nothing | | |
| Walking | | |
| Go to Mailbox | | |
| Go Shopping | | |
| Drive in car | | |
| Housework | | |
| Yard work | | |
| Jog / Run | | |
| Sports | X | X |

### CONSEQUENCES OF PAIN*

Do you feel your pain has *caused*, or caused you to *think about*, any of the following. Check *neither* if not applicable or no effect.

| | Caused | Think About | Neither |
|---|---|---|---|
| Difficulty performing Activities of Daily Living | X | | |
| Inability to perform Activities of Daily Living | | X | |
| Loss of control of bowel | | | X |
| Loss of control of bladder | | | X |
| Difficulty falling asleep | X | | |
| Awaken from sleep | X | | |
| Restless sleep | X | | |
| Inability to sleep | | X | |
| Decreased social activity | X | | |
| Decreased family interaction | X | | |
| Problems with relationship(s) | | | X |
| Decreased desire for sex | | | X |
| Feeling depressed | X | | |
| Diagnosis of depression | | | X |
| Irritable | X | | |
| Feelings of anger | | X | |
| Feelings of suicide | | | X |

*Please note, although the above consequences may be related to your pain, many of these are psychosocial consequences and are beyond the scope of treatment available in our clinic.

**Doctor's / Reviewer's Comments:**

Verification: [signature] Date: 7/8/03

©TSSmyth20000914

27/38 Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

FRANKLIN WOODS COMMUNITY HOSP
300 MED TECH PARKWAY, JOHNSON CITY, TN 37604
DIAGNOSTIC IMAGING

| | | | |
|---|---|---|---|
| **Ordering Clinician:** | | Patient: | DIXON, ARNOLD L |
| | W TURNEY WILLIAMS MD | Med Rec #: | 017331 |
| | 101 MED TECH PARKWAY | Admission #: | 20223610 |
| | SUITE 200 | DOB: | |
| | JOHNSON CITY, TN 37604 | Sex: | M |
| | | Status: | A |
| **Attending/Primary Care Clinician:** | | Class: | O |
| | W TURNEY WILLIAMS MD | Rm/Bed: | - |
| | 101 MED TECH PARKWAY | Service: | RDG |
| | SUITE 200 | Exam Class: | O |
| | JOHNSON CITY, TN 37604 | Admit Date: | 01/28/2011 |
| | | Corp ID: | 757223 |

CC:

***** Final Report *****

PROCEDURE: GMR 0761 - MRI L SPINE WO CONT
ACCESSION NO: 6734308
DATE OF EXAM: Jan 28 2011 8:06AM RMS ORDER NO: 90001 CPT(s): 72148

ADMITTING DIAGNOSIS: SP STENOSIS-LUMB S CLAUD

REASON FOR EXAM: STENOSIS W/CLAUDICATION

RESULT:
REASON FOR EXAM: STENOSIS W/CLAUDICATION

COMPARISON: None.

TECHNIQUE: Multiplanar multisequence MRI lumbar spine without contrast was performed.

FINDINGS:

There is disc desiccation, loss of height and adjacent reactive endplate changes L4/5 and L5/S1. Minimal reactive endplate changes are present L2 and L3. There is partial loss of height to the L1/2, L2/3 and L3/4 disc. Conus demonstrates normal signal and terminates posterior to L1. Vertebral body heights are fairly well-maintained. Again demonstrated is minimal kyphosis L2/3.

L1/L2: There is mild facet joint hypertrophy.

L2/L3: No significant degenerative changes are present.

L3/L4: There is mild facet joint hypertrophy. There is moderate right foraminal stenosis and mild left foraminal stenosis

L4/L5: There is a mild concentric disc bulge and mild facet joint hypertrophy. There is mild narrowing to the left lateral recess. There is mild bilateral anterior/inferior foraminal stenosis.

L5/S1: There is a mild concentric disc bulge. There is mild facet joint hypertrophy. There is moderate stenosis neural foramen.

**IMPRESSION:**

**1. Stable multilevel degenerative changes as above.**



28/38 Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

FRANKLIN WOODS COMMUNITY HOSP
300 MED TECH PARKWAY, JOHNSON CITY, TN 37604
DIAGNOSTIC IMAGING

| | | | |
|---|---|---|---|
| **Ordering Clinician:** | | Patient: | DIXON, ARNOLD L |
| | W TURNEY WILLIAMS MD | Med Rec #: | 017331 |
| | 101 MED TECH PARKWAY | Admission #: | 20225252 |
| | SUITE 200 | DOB: | |
| | JOHNSON CITY, TN 37604 | Sex: | M |
| | | Status: | A |
| **Attending/Primary Care Clinician:** | | Class: | O |
| | W TURNEY WILLIAMS MD | Rm/Bed: | - |
| | 101 MED TECH PARKWAY | Service: | RDG |
| | SUITE 200 | Exam Class: | O |
| | JOHNSON CITY, TN 37604 | Admit Date: | 02/10/2011 |
| | | Corp ID: | 757223 |

CC:

***** Final Report *****

PROCEDURE: GMR 0732 - MRI C SPINE WWO CONT
ACCESSION NO: 6751426
DATE OF EXAM: Feb 10 2011 6:20PM RMS ORDER NO: 90002 CPT(s): 72156

ADMITTING DIAGNOSIS: CERVICAL DISC DEGEN POSTLAMINE

REASON FOR EXAM: 723.4/Cervical DD 722.81/ Post Laminec Synd

RESULT:

Dixon, Arnold

INDICATION: Neck pain extending down the right arm

TECHNIQUE: Sagittal and axial images are submitted for evaluation without and with the administration of 20 cc of Magnevist.

COMPARISON: April 1, 2009

FINDINGS: MRI CERVICAL SPINE WITHOUT AND WITH CONTRAST: There is straightening of the normal cervical lordosis. Prior anterior fusion of C5-C6. The craniocervical junction is normal

Stable broad posterior spondylotic change at C3-C4 effacing the ventral thecal sac. This is most prominent in the left foraminal location where it is producing left neuroforaminal stenosis.

Broad posterior spondylotic changes are present at C4-C5 most prominent in the right preforaminal location. Mild right neural foraminal narrowing. Questionable effacement of the ventral cervical cord at this level.

Right paracentral spur disc complex at C5-C6 effacing the ventral thecal sac.

Bilateral preforaminal spur-disc complex at C6-C7 effacing the ventral thecal sac. Bilateral neural foraminal narrowing is present.

No abnormal enhancement after the administration of contrast

**IMPRESSION:**
**Multilevel degenerative changes as described above. Stable since the prior examination.**

Received 1/31/11 (J.H)

**FRANKLIN WOODS COMMUNITY HOSP**
**300 MED TECH PARKWAY, JOHNSON CITY, TN 37604**
**DIAGNOSTIC IMAGING**

| | | | |
|---|---|---|---|
| **Ordering Clinician:** | | **Patient:** | DIXON, ARNOLD L |
| | W TURNEY WILLIAMS MD | **Med Rec #:** | 017331 |
| | 101 MED TECH PARKWAY | **Admission #:** | 20223610 |
| | SUITE 200 | **DOB:** | |
| | JOHNSON CITY, TN 37604 | **Sex:** | M |
| | | **Status:** | A |
| **Attending/Primary Care Clinician:** | | **Class:** | O |
| | W TURNEY WILLIAMS MD | **Rm/Bed:** | - |
| | 101 MED TECH PARKWAY | **Service:** | RDG |
| | SUITE 200 | **Exam Class:** | O |
| | JOHNSON CITY, TN 37604 | **Admit Date:** | 01/28/2011 |
| | | **Corp ID:** | 757223 |

CC:

***** Final Report *****

PROCEDURE: GMR 0761 - MRI L SPINE WO CONT
ACCESSION NO: 6734308
DATE OF EXAM: Jan 28 2011 8:06AM RMS ORDER NO: 90001 CPT(s): 72148

ADMITTING DIAGNOSIS: SP STENOSIS-LUMB S CLAUD

REASON FOR EXAM: STENOSIS W/CLAUDICATION

RESULT:
REASON FOR EXAM: STENOSIS W/CLAUDICATION

COMPARISON: None.

TECHNIQUE: Multiplanar multisequence MRI lumbar spine without contrast was performed.

FINDINGS:

There is disc desiccation, loss of height and adjacent reactive endplate changes L4/5 and L5/S1. Minimal reactive endplate changes are present L2 and L3. There is partial loss of height to the L1/2, L2/3 and L3/4 disc. Conus demonstrates normal signal and terminates posterior to L1. Vertebral body heights are fairly well-maintained. Again demonstrated is minimal kyphosis L2/3.

L1/L2: There is mild facet joint hypertrophy.

L2/L3: No significant degenerative changes are present.

L3/L4: There is mild facet joint hypertrophy. There is moderate right foraminal stenosis and mild left foraminal stenosis

L4/L5: There is a mild concentric disc bulge and mild facet joint hypertrophy. There is mild narrowing to the left lateral recess. There is mild bilateral anterior/inferior foraminal stenosis.

L5/S1: There is a mild concentric disc bulge. There is mild facet joint hypertrophy. There is moderate stenosis neural foramen.

**IMPRESSION:**

B5 0726 V

**1. Stable multilevel degenerative changes as above.**

The information contained in this transmission may contain health information that is privileged and confidential. The transmitted information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that State and Federal Law strictly prohibit any dissemination, distribution or copying of this communication. If you received this communication in error, please notify the sender immediately by telephone and destroy the transmitted material



30/38 Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

FRANKLIN WOODS COMMUNITY HOSP
300 MED TECH PARKWAY, JOHNSON CITY, TN 37604
DIAGNOSTIC IMAGING

**Ordering Clinician:**
W TURNEY WILLIAMS MD
101 MED TECH PARKWAY
SUITE 200
JOHNSON CITY, TN 37604

**Attending/Primary Care Clinician:**
W TURNEY WILLIAMS MD
101 MED TECH PARKWAY
SUITE 200
JOHNSON CITY, TN 37604

| | |
|---|---|
| **Patient:** | DIXON, ARNOLD L |
| **Med Rec #:** | 017331 |
| **Admission #:** | 20225252 |
| **DOB:** | |
| **Sex:** | M |
| **Status:** | A |
| **Class:** | O |
| **Rm/Bed:** | - |
| **Service:** | RDG |
| **Exam Class:** | O |
| **Admit Date:** | 02/10/2011 |
| **Corp ID:** | 757223 |

CC:

***** Final Report *****

PROCEDURE: GMR 0732 - MRI C SPINE WWO CONT
ACCESSION NO: 6751426
DATE OF EXAM: Feb 10 2011 6:20PM RMS ORDER NO: 90002 CPT(s): 72156

ADMITTING DIAGNOSIS: CERVICAL DISC DEGEN POSTLAMINE

REASON FOR EXAM: 723.4/Cervical DD 722.81/ Post Laminec Synd

RESULT:

Dixon, Arnold

INDICATION: Neck pain extending down the right arm

TECHNIQUE: Sagittal and axial images are submitted for evaluation without and with the administration of 20 cc of Magnevist.

COMPARISON: April 1, 2009

FINDINGS: MRI CERVICAL SPINE WITHOUT AND WITH CONTRAST: There is straightening of the normal cervical lordosis. Prior anterior fusion of C5-C6. The craniocervical junction is normal.

Stable broad posterior spondylotic change at C3-C4 effacing the ventral thecal sac. This is most prominent in the left foraminal location where it is producing left neuroforaminal stenosis.

Broad posterior spondylotic changes are present at C4-C5 most prominent in the right preforaminal location. Mild right neural foraminal narrowing. Questionable effacement of the ventral cervical cord at this level.

Right paracentral spur disc complex at C5-C6 effacing the ventral thecal sac.

Bilateral preforaminal spur-disc complex at C6-C7 effacing the ventral thecal sac. Bilateral neural foraminal narrowing is present.

No abnormal enhancement after the administration of contrast.

**IMPRESSION:**
**Multilevel degenerative changes as described above. Stable since the prior examination.**

The information contained in this transmission may contain health information that is privileged and confidential. The transmitted information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that State and Federal Law strictly prohibit any dissemination, distribution or copying of this communication. If you received this communication in error, please notify the sender immediately by telephone and destroy the transmitted material.



TSS 02 26 11

RADIOLOGY REPORT

WELLMONT HEALTH SYSTEM
Holston Valley Hospital
130 West Ravine Street
Kingsport, TN 37660
(423)224-6800 (423)224-6823 fax

Patient: DIXON,ARNOLD LEE
Unit#: H0000278780
DOB: Age: 43Y SEX: M
Account: H0402800072

Dt of Svc: 01/30/2004 1845

Location: DIS - OPH

Ord Phys: WILLIAMS,TURNEY
Att Phys: WILLIAMS,TURNEY

Ref Phys:
Pri Phys: LEE,ROBERT C

*******************************************************************************

| Check-in# | Ord# | Exam | CPT4 | Exam Description |
|---|---|---|---|---|
| 2478897 | 0001 | 3535 | 72148 | OMR SPINE LUMBAR WO CON |

Ord Diag: 722.52-LUMB/LUMBOSAC DISC DEGE

Ord Phys: WILLIAMS,TURNEY

*******************************************************************************

Exam Stop : 01/30/04 1845

PMR/mbs

LUMBAR SPINE MRI WITHOUT CONTRAST MATERIAL:

HISTORY: Lower back pain.

Multiplanar, multiecho unenhanced lumbar spine MRI was performed.

There is reversal of the normal lumbar lordosis in the mid lumbar spine region. There is diffuse loss of disc height and hydration particularly from L2-3 inferiorly. There are discogenic changes in the end plates mainly at the L4-5 disc space level and L5-S1. The spinal cord terminates at the L1 vertebral body level. The conus shows no acute abnormal signal.

Paraspinal soft tissues show no acute abnormality.

At L5-S1, there is moderate bilateral facet and ligamentous hypertrophy. There is moderate disc bulging which is slightly eccentric to the right posteriorly. There is moderate bilateral exit foraminal narrowing.

At L4-5, there is an annular tear. There is moderate and diffuse disc bulging and moderate facet and ligamentous hypertrophy. There is mild bilateral exit foraminal narrowing.

At L3-4, there is moderate and diffuse disc bulging. There is right

(Continued)

32/38
Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

RADIOLOGY REPORT

WELLMONT HEALTH SYSTEM
Holston Valley Hospital
130 West Ravine Street
Kingsport, TN 37660
(423)224-6800 (423)224-6823 fax

Patient: DIXON,ARNOLD LEE
Unit#: H0000278780
DOB: Age: 43Y SEX: M
Account: H0402800072

Dt of Svc: 01/30/2004 1845
Location: DIS - OPH

Ord Phys: WILLIAMS,TURNEY
Att Phys: WILLIAMS,TURNEY
Ref Phys:
Pri Phys: LEE,ROBERT C

*****************************************************************************

Checkin-Exam Code Summary
2478897-3535

greater than left facet and ligamentous hypertrophy. There is mild right greater than left exit foraminal narrowing.

At L2-3, there is mild and diffuse disc bulging and mild bilateral facet and ligamentous hypertrophy. Exit foramina are not significantly compromised.

IMPRESSION:
MILD-TO-MODERATE AND DIFFUSE DEGENERATIVE CHANGES AS DETAILED ABOVE.

TECHNOLOGIST : JOHN H ROBERTS, RT(R)(SP)

DDT : 01/31/04 1713

/READ BY/ PATRICK M RAO, RADIOLOGIST
/Released By/ PATRICK M RAO, RADIOLOGIST

MBS
02/01/04 1224



Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695 33/38

2/28 VS 3/9 WNL Trial Stm

**LabCorp**
Laboratory Corporation of America

LabCorp Burlington
1447 York Court
Burlington, NC 27215-3361

Phone: 919-572-6900

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 059-045-0700-0 | 15265 | BD641606580 | 41606580 | 423-232-6120 | 02 |

Patient Last Name: DIXON
Patient First Name: ARNOLD
Patient Middle Name: L
Patient SS#:
Patient Phone:
Total Volume:
Age (Y/M/D): 51/08/02
Date of Birth:
Sex: M
Fasting:
Patient Address:

Account Address:
Pain Medicine Associates
101 Med Tech Parkway, Suite 200
Johnson City TN 37601

Additional Information:
CCU:0300476864 H-00576909
LM
UPIN: A13094

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 02/28/12 00:00 | 02/28/12 | 03/03/12 07:49ET | WILLIAMS , W | 1952396236 | WILLIAMS |

Tests Ordered
764888 10+Oxyco+A1c+Crt-Bund

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **764888 10+Oxyco+A1c+Crt-Bund** | | | | | |
| . | | | | | 01 |
| Amphetamine | Negative | | ng/mL | Cutoff=1000 | 01 |
| Barbiturate | Negative | | ng/mL | Cutoff=200 | 01 |
| Benzodiazepines | Negative | | ng/mL | Cutoff=200 | 01 |
| Cannabinoids | Negative | | ng/mL | Cutoff=20 | 01 |
| Cocaine (Metabolite) | Negative | | ng/mL | Cutoff=300 | 01 |
| **Opiates** | **Positive** | | | Cutoff=300 | |
| Opiate test includes Codeine, Morphine, Hydromorphone, Hydrocodone. | | | | | |
| Codeine | Negative | | | | |
| Morphine | Negative | | | | |
| **Hydromorphone** | **Positive** | | | | |
| Hydromorphone GC/MS Conf | 655 | | ng/mL | Cutoff=300 | 01 |
| **Hydrocodone** | **Positive** | Norco | | | |
| Hydrocodone GC/MS Conf | 620 | | ng/mL | Cutoff=300 | 01 |
| Oxycodone/Oxymorphone, Urine | Negative | | ng/mL | Cutoff=300 | 01 |
| Test includes Oxycodone and Oxymorphone | | | | | |
| Phencyclidine | Negative | | ng/mL | Cutoff=25 | 01 |
| Methadone | Negative | | ng/mL | Cutoff=300 | 01 |
| Propoxyphene | Negative | | ng/mL | Cutoff=300 | 01 |
| Meperidine | Negative | | ng/mL | Cutoff=200 | 01 |
| Ethanol U, Quan | Negative | | % | Cutoff=0.020 | 01 |
| Creatinine | 290.5 | | mg/dL | 20.0 - 300.0 | 01 |

01 UI LabCorp OTS RTP · Dir: Michael Fox, MD
1904 Alexander Drive, RTP, NC 27709-9998
For inquiries, the physician may contact Branch: 800-762-4344 Lab: 919-572-6900

| DIXON, ARNOLD L | 15265 | 059-045-0700-0 | Seq # 4064 |
|---|---|---|---|

03/03/12 07:49 ET **FINAL REPORT** 

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-762-4344

©2004-12 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.48

Excel Tech Ltd
NeuroMax
Pain Medicine Associates, P.C.

| | | | |
|---|---|---|---|
| Patient: | Arnold Dixon | Physician: | N Gupta, M.D. |
| Sex: | Male | Test Date: | 03/28/11 |
| Age: | 50 | | |
| Height: | 77 inches | | |
| Weight: | 257 lbs | | |
| I.D.#: | | | |
| Ref. M.D.: | W T Williams MD | | |

**History/Comments:**

C/C - pain in both LEs

**Motor Nerve Study**







Peroneal Nerve

| Rec Site: EDB | Lat (ms) | | Amp (mV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| Ankle | 4.0 | 4.7 | 10.0 | 9.0 | 80 | 80 | | |
| Fib.Head | 14.0 | 14.3 | 9.5 | 8.8 | 400 | 400 | 40.0 | 41.4 |
| Pop.Fos. | 16.4 | | 8.7 | | 100 | | 41.4 | |

35/38
Jun-07-2012 09:37 AM Pain Med Associates - KPT 4233926695

Patient: Arnold Dixon 03/28/11
I.D.#:

## Motor Nerve Study







Tibial Nerve

| Rec Site: AH | Lat (ms) | | Amp (mV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| Ankle | 3.8 | 3.8 | 18.8 | 17.6 | 80 | 80 | | |
| Pop.Fos. | 15.5 | 15.8 | 12.2 | 10.8 | 470 | 470 | 40.3 | 39.4 |

## Sensory Nerve Study







Peroneal Nerve

| Rec Site: dors.ft | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| Lower leg | 3.8 | 4.2 | 9.2 | 5.6 | 120 | 120 | 38.7 | 37.5 |

| Patient: | Arnold Dixon | 03/28/11 |
|---|---|---|
| I.D.#: | | |

## Sensory Nerve Study





Sural Nerve

| Rec Site: Ankle | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| mid calf | 4.2 | 4.6 | 12.9 | 10.2 | 140 | 140 | 41.8 | 38.0 |

## EMG Study

| Name | Ins Act | Fibs | PSW | Fascics | Polyph | Recr |
|---|---|---|---|---|---|---|
| L. Tibialis An | norm | none | none | none | none | norm |
| L. Ext.Hal.Ln. | norm | none | none | none | none | norm |
| L. Gastroc.Med | norm | none | none | none | none | norm |
| L. Flx.Dig.Ln. | norm | none | none | none | none | norm |
| L. Ext.Dig.Br. | norm | none | none | none | none | norm |
| L. Vastus Med. | norm | none | none | none | none | norm |
| L. Rectus Fem. | norm | none | none | none | none | norm |
| R. Tibialis An | norm | none | none | none | none | norm |
| R. Ext.Hal.Ln. | norm | none | none | none | none | norm |
| R. Gastroc.Med | norm | none | none | none | none | norm |
| R. Flx.Dig.Ln. | norm | none | none | none | none | norm |
| R. Ext.Dig.Br. | norm | none | none | none | none | norm |
| R. Abd.Hallus | norm | none | none | none | none | norm |
| R. Vastus Med. | norm | none | none | none | none | norm |

Patient: Arnold Dixon 03/28/11
I.D.#:

**Summary/Interpretation:**

MNC -
Bilateral Peroneal and Tibial nerves showed normal CMAP parameters.

SNC -
Right Supf peroneal and Sural nerves showed prolonged latencies. Left Supf peroneal and Sural nerves showed normal latencies.

EMG -
All muscles were normal.

SUMMARY -
1. No evidence of a radiculopathy in both LEs.
2. Evidence suggestive of early peripheral polyneuropathy involving the R LE. Clinical correlation advised.

x
N Gupta MD

072611

Attn: Stacy

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 269-2325
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor/employment, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

Date of Birth: Social Security Number:

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had),
   - any information regarding insurance coverage, and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history)

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 672408
   Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans, or
   - as otherwise may be required by law or as I may further authorize

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent
   1. the Company has taken action in reliance on this Authorization, or
   2. the Company is using this Authorization in connection with a contestable claim

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: Arnold Dixon DATE: 7-8-11

(Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO ______

______ (City) (State) (Zip Code)

PAIN MEDICINE ASSOCIATES, P.C. 2202 N. JOHN B. DENNIS HIGHWAY, SUITE 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 3/29/2012 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | |

**INTERVAL HISTORY:** Mr. Dixon appears this date following trial dorsal column stimulator which was a failure on 3/9/2012. The lead was removed on 3/15/2012, as the patient could not tolerate the tingling. He said he had good coverage but the tingling made him a nervous wreck. We discontinued the trial that day. He is here today for a wound check.

**OBJECTIVE:** He describes the pain in his low back and feet to be shooting, hot, burning, aching, sharp, cramping, 7/10 on the visual analog scale. He walks with an antalgic gait to the right when using a cane for ambulatory assistance. He reports no bladder or bowel dysfunction. He has plenty of Lortab will we will go ahead and write him prescription today as he is going to have Dr. Randy McLaughlin, his primary care, refill his medicines here and he may return here on a p.r.n. basis. The wound looks well healed. There are no signs or symptoms of infection. There is no evidence that we had performed a procedure at all.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease of the lumbar spine, multilevel, L2-3, L3-4, L4-5, and L5-S1.
3. Bilateral lower extremity radiculitis.
4. Chronic pain syndrome with opioid dependence.

**PLAN:** Return to clinic on a p.r.n. basis. We renewed his Norco 10/325 mg one b.i.d. p.r.n. #60 with one refill. Return to Dr. McLaughlin at the patient's request. Plan amenable with Dr. Williams.

**VICKIE STUFFLESTREET, L.P.N.**

VS/lt
D: 3/29/2012; T: 4/17/2012
*Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C. 2202 N. JOHN B. DENNIS HIGHWAY, SUITE 200 KINGSPORT, TN 37660

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | Dixon, Arnold L. | **DOB:** | |
| **DOS:** | 3/15/2012 | **SS#:** | |
| **PHYSICIAN:** | W. Turney Williams, M.D. | **REFERRING:** | |

**INTERVAL HISTORY:** Mr. Dixon appears this date following his visit with Dr. Williams for implantation trial of dorsal column stimulator on 3/9/2012. He appears today wishing to have the trial discontinued. He said he gets good stimulation everywhere that he needs it, even some in the low back, not as good as in the legs but he says stimulation coverage is appropriate but the tingling makes him a nervous wreck. He says he gets more relief with his Lortab and he only utilizes his Lortab approximately one time per day and this is at night so he can sleep. He rates his pain today to be 8/10 on the visual analog scale. The pain continues in his low back and his feet. He had no adverse effects to the trial stimulator other than the fact that it made him nervous and did not allow him to sleep. He says that the tingling really aggravated him.

**OBJECTIVE:** He describes his pain to be gnawing, shooting, hot, burning, tiring, exhausting, aching, sickening, and heavy. Vital signs as recorded. He brings his wife in today and wishes to have the dorsal column stimulator trial discontinued.

**PROCEDURE:** Following informed verbal and written consent and Betadine prep to the suture areas x 3, suture removal kit was used to clip the sutures. The leads were then removed. All 16 electrodes accounted for. The wound was then re-cleaned. Band-aid was placed and he was discharged in stable condition. He is to continue his antibiotics. He is to not immerse in a tub for at least 10 days but may start taking a shower tonight and to pat the area dry.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Degenerative disc disease of lumbar spine, multilevel, L2-3, L3-4, L4-5, L5-S1.
3. Bilateral lower extremity radiculitis without clear neural impingement.
4. Chronic pain syndrome with opioid dependence.

**PLAN:** Return to clinic in ten days. No medications needed this date. He is to continue monitoring his temperature. His wife will watch the wound and we will see him back in ten days. Plan amenable with Dr. Williams.

**VICKIE STUFFLESTREET, L.P.N.**

VS/lt
D: 3/15/2012; T: 4/4/2012
*Dictated but not edited

**_Johnson City Medical Center_**
400 North State of Franklin Road
Johnson City, TN 37604
(423) 431-6440

**Name:** Dixon, Arnold L Jr
**DOB:**
**Account Number:** 34069256
**Pt. Status:** OA
**MD ID:** 11129

**MR Number:** 55-63-97
**Admit Date:** 03/09/2012 10:50
**Room:**
**Hosp. Svc. Code:** ASC
**Document ID:** 2181289

## Operative Note

**SURGEON:** William Turney Williams, M.D.

**DATE OF SERVICE:** 03/09/2012

INDICATIONS FOR PROCEDURE: Mr. Dixon appears this date in anticipation of trial of spinal cord stimulation. He has severe bilateral foot and lower leg pain, as well as bilateral low back pain. He has multilevel degenerative disk disease with EMG-documented peripheral neuropathy. He was not felt to be a surgical candidate. He requires potent narcotic analgesics for pain control. We agreed to a trial of spinal cord stimulation in hopes of diminishing his discomfort. We discussed the risks thereof, including bleeding and nerve injury, spinal cord injury, infection in or about the device, spinal cord or lumbar spine requiring device removal or surgical intervention, increased pain, paralysis, etc. He understands the procedure is a trial only, and he would be required to demonstrate a marked reduction in discomfort prior to considering implantation. After a complete discussion of all issues, it was elected to proceed.

PREOP DIAGNOSIS:
1. Idiopathic peripheral neuropathy.
2. Degenerative disk disease, lumbar spine, multilevel, 2-3, 3-4, 4-5, 5-1.
3. Bilateral lower extremity radiculitis without clear neural impingement.
4. Chronic pain syndrome with opiate dependency.

POSTOP DIAGNOSIS: Same.

PROCEDURE:
1. Percutaneous implantation of spinal cord stimulating electrode array -- left.
2. Percutaneous implantation of spinal cord stimulating electrode array -- right.
3. Fluoroscopy.

Patient seen in preoperative holding area. Intravenous access obtained. Ancef 2 g administered IV piggyback. The patient was moved to the operative suite and placed in the prone position with pillows and blankets underneath the chest and abdomen to reduce the thoracolumbar curve. All pressure points were padded. Monitored anesthesia care provided. The lumbar spine and flanks were prepped with povidone x3 which was allowed to dry. Sterile drapes were applied. The remainder of the surgical field

appropriately draped. An iodinated sticky drape applied. C-arm draped. Provider double-gloved. Local anesthesia consisted of a 50/50 mixture of 1% Xylocaine and 0.25% bupivacaine. From the left initially, and subsequently right, at L1-L2, the skin and deeper structures were anesthetized. A 14-gauge Medtronic introducer needle was then inserted L2 to L1, with loss of resistance at the ligamentum flavum noted. No CSF or paresthesias were noted. A 45-cm Medtronic Octrode electrode was then passed in the dorsal epidural space, with the initial electrode preferring to lie just to the left of midline. The most cephalad electrode was placed even with the inferior endplate at T8. Excellent paresthesias throughout the left buttock and left lower extremity were noted. Additional electrode was then placed to the right in a similar fashion, with the most cephalad electrode just cephalad to the inferior endplate at T9. Utilizing both electrodes, excellent paresthesias throughout the lower lumbar spine and bilateral lower extremities to the feet were noted, covering all painful areas. Stylet and needle was withdrawn. Hard copy radiograph generated. Silk 2-0 was utilized to secure the electrode to the skin x2. Benzoin, Steri-Strips, triple antibiotic, and sterile dressing applied. The patient tolerated the procedure well. He was transferred to the recovery room in good condition. He underwent instruction in use of the handheld programmer and was able to produce excellent paresthesias low back and bilateral lower extremity. He had an adequate supply of analgesics. Prescription Keflex 500 mg #20, 1 orally twice a day. He is to be followed for any fevers, chills, drainage, increased pain, etc., and appear in the emergency department should said occur. Office appointment six days. Call in the interval complaints.

William Turney Williams, M.D.

cc: Randy K Mclaughlin, M.D.
William Turney Williams, M.D.

D: 03/10/2012 12:38
T: 03/10/2012 13:59
WTW/ps

Operative Note
Dixon, Arnold L Jr
2181289 55-63-97 1870551
Page 2 of 2

DRAFT COPY

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **02-28-12** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**INTERVAL HISTORY:** Mr. Dixon appears this date with primary complaints of pain in the low back, bilateral lower extremities and feet secondary to lumbar radiculopathy and peripheral neuropathy. He rates his pain today to be 7/10 on VAS. He was last seen in the clinic by Dr. Williams on 12/15/11. At that time we discussed dorsal column stimulator trial. His insurance company was contacted and we have scheduled this for 03/09/12. He is here today for nasal swab and to ensure there are no infectious complications prior to this as well as his labs.

**OBJECTIVE:** He describes his pain to be hot, burning, constant, stabbing, aching, heavy, cramping, and discomforting. Vital signs as recorded. He is afebrile. Orders provided and he will go for labs this date.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Lumbar radiculopathy.
3. Degenerative disc disease lumbar spine, multilevel.
4. Degenerative joint disease right shoulder.
5. Chronic pain syndrome.

**PLAN:** Norco 10/325 mg #60 one q6 to 8 hours p.r.n. for pain with no refills provided as he will be out of medications prior to his procedure on 03/09. Nasal swabbing was completed and sent to the hospital. We will see him back following his procedure. Plan amenable with Dr. Williams.

**VICKIE STUFFLESTREET, L.P.N.**

VS/rsh
D: 02-28-12; T: 03-13-12 *Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

CLINIC NOTE

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 12-15-11 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | |

**SUBJECTIVE:** Mr. Dixon appears with the primary complaint of bilateral foot pain, moderate low back pain, and right shoulder pain. There have been no dramatic interval changes. He notes marked difficulty with any prolonged sitting with, indeed, prolonged sitting producing increased numbness of the feet with difficulty driving. He also notes an increase in low back pain with activities. He has difficulty with bending forward at the waist, getting down on the floor to look at equipment, etc. He also notes marked difficulty with sleep. He had recently completed 17 days of treatment with anodyne therapy without benefit.

**ROS:** No chest pain, shortness of breath, fevers or chills.

**OBJECTIVE:** Height: 6'5". Weight: 208 lb. Vital signs as recorded. Upper extremity sensory and motor function intact. Mild tenderness midline and bilateral lumbar paravertebral musculature. Nondermatomal sensory deficit about the feet.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy, marked in nature.
2. Degenerative joint disease, right shoulder.
3. Degenerative disc disease, lumbar spine, multilevel.
4. Depression.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** We reviewed his database which is unremarkable. He rarely utilizes analgesics and accordingly a medication agreement and urine drug screen are not available but will be obtained in followup. The patient would like to be considered for a trial of dorsal column stimulation and we agreed to pursue that issue at the beginning of the new year. Lincoln National Life Insurance form completed. The patient is not reasonably eligible to return to the workforce.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 12-15-11; T: 12-16-11 *Dictated but not edited.

cc: Randy K. McLaughlin, M.D. faxed 12-16-11 cn

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | Dixon, Arnold L. | **DOB:** | |
| **DOS:** | 11-10-11 | **SS#:** | |
| **PHYSICIAN:** | W. Turney Williams, M.D. | **REFERRING:** | |

**SUBJECTIVE:** Mr. Dixon appears with two primary complaints. The most significant issue is continued burning dysesthesia about the feet bilaterally with intermittent numbness of the feet. He has recently seen Dr. Christopher Pendola who referred him to orthopedics. Orthopedics had nothing to suggest at this time. He is working with Colonial Heights Physical Therapy on anodyne therapy, a walking and step program. He has completed approximately nine visits without change in his pain complaints. He also has some degree of low back pain and right shoulder pain. He did trial the Nucynta but noted chest tightness with same and prefers an intermittent Lortab for shoulder or foot pain, that utilized 2-3 times per week.

**ROS:** Stable depression, minimal sleep disturbance. No chest pain at this time, shortness of breath, fevers or chills.

**OBJECTIVE:** Height: 6'5". Weight: 267 lb. Vital signs as recorded. Ambulates with a relatively unencumbered gait with a right-handed cane. Upper extremity sensory and motor function intact. Restricted range of motion of the right shoulder. Negative straight leg raising. Motor function intact. Sensory deficit about the feet in a stocking distribution bilaterally.

**ASSESSMENT:**

1. Idiopathic peripheral neuropathy.
2. Degenerative joint disease, right shoulder.
3. Degenerative disc disease, lumbar spine, multilevel.
4. Depression, stable.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** I encouraged him to continue the anodyne therapy and complete at least 12 visits. If not effective to at least some degree at that time, the likelihood of impact is limited. Nucynta was discontinued. He has some Norco 10 mg at home but is uncertain how many. I renewed a prescription for Norco 10 mg, #60, one p.o. q.6-8h., although they are utilized infrequently and should last for an extended period of time. Complete anodyne therapy. Discontinue treatment with Dr. Hardwick as he is felt to be stable, but the door is open to return p.r.n. Return appointment with this provider in six weeks. If no improvement and he so chooses, we will consider a percutaneous stimulator trial.

(Auto Authentication)

**W. Turney Williams, M.D.**

WTW/wh

D: 11-10-11; T: 11-11-11 *Dictated but not edited.

PAIN MEDICINE ASSOCIATES, P.C. 2202 N. JOHN B. DENNIS HIGHWAY, SUITE 200 KINGSPORT, TN 37660

**CLINIC NOTE**

| | | |
|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** |
| **DOS:** | **10-13-11** | **SS#:** |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** |

**SUBJECTIVE:** Mr. Dixon appears with two primary pain related complaints. He notes mechanical low back pain increased with activities and any prolonged sitting or standing. He also notes bilateral foot pain that increased at rest, but also increased with prolonged ambulation. He describes numbness with a burning sensation in the volar aspect of both feet extending cephalad. He has some discomfort chronically in the right shoulder. He remains relatively inactive secondary to these complaints. He had previously trialed Neurontin and Lyrica neither of which was tolerated. A short course of Trileptal produced GI distress and chest pain and was discontinued. Resumption of Trileptal reproduced chest pain and the medication was appropriately discontinued. He utilizes Hydrocodone primarily at night and notes relief, but a single Hydrocodone taken late p.m. produces a.m. lethargy.

**ROS:** Stable depression, recently evaluated by clinical psychology. No current chest pain, shortness of breath, fevers, or chills.

**OBJECTIVE:** Awake, alert, and oriented. Ambulates right handed cane. Upper extremity sensory motor function intact. Negative straight leg raising. Non-dermatomal sensory deficit about the feet bilaterally. Mildly dysesthetic. Motor function is intact. Tenderness in the lumbar spine, midline and bilateral lumbar paravertebral musculature.

**IMPRESSION:**

1. Degenerative disc disease lumbar spine, multilevel, without radiculopathy L2/3, 3/4, 4/5, 5/S1.
2. Lumbar facet arthropathy.
3. Idiopathic peripheral neuropathy affecting the feet primarily.
4. Depression.
5. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** A long discussion was held with Mr. Dixon after the history and physical component with the discussion component exceeding 30 minutes in duration. We encouraged him to be more active and strongly suggested movement towards an aquatic program at The Great Body Company, etc. where he can exercise and develop a circle of friends and stay engaged. Also water aerobics would likely not aggravate either his mechanical low back pain or his peripheral neuropathy. He does appear to have clinical depression that concurred by Dr. Hardwick with psychology. We discussed behavioral medicine versus anti-depressant use and suggested a brief course of cognitive behavioral therapy with Dr. Hardwick particularly in view of his historic medication intolerance. He has an adequate supply of Hydrocodone utilized primarily at night. We agreed to a trial of Nucynta 50 mg #10 provided 1 q12 to 24 hours although he is so sensitive to medications he may well not be able to tolerate same. We also previously discussed a trial of either stimulation or intrathecal infusion therapy. We will defer those issues at this time. Return appointment with this provider in 30 days. Appointment with Dr. Daniel Hardwick.

**(Auto-Authentication)**
**W. Turney Williams, M.D.**

WTW:rsh
D: 10-13-11; T: 10-14-11 *Dictated but not edited.

cc: Randy McLaughlin, M.D. faxed 10-14-11 cn

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **09-15-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**SUBJECTIVE:** Mr. Dixon appears with the primary complaint of bilateral low back pain and bilateral foot pain. He notes mild shoulder discomfort. He notes numbness about both feet, not dramatically extending to the lower legs or thighs. Since last seen by this provider he has undergone lumbar facet radiofrequency denervation 08/18/11 by Dr. Tim Smyth in my absence for medical leave. He does not report dramatic improvement following the lumbar facet RF. He is on Trileptal 150 mg p.o. b.i.d., that provided by this practitioner in June, but not utilized until the last two weeks. He notes burning dysesthesia in both feet with difficulty wearing socks, feet touching bed linen, etc. He has not noted improvement with Neurontin, Lyrica, neuropathy gel, or his current dose of Trileptal. He notes an inability to sit for a prolonged period of time secondary to his back pain, or to engage in significant activities for a prolonged period of time, that again primarily referable to his back pain.

**ROS:** No chest pain, shortness of breath, fevers or chills. Intermittent cervical discomfort, mild in nature.

**OBJECTIVE:** Awake, alert, and oriented. Height: 6'5". Weight: 264 lb. Vital signs as recorded. Sensory deficit and mild dysesthetic response in both feet, nondermatomal. Gross motor function intact. Reasonable range of motion of both hips. Mild tenderness midline and bilateral lumbar paravertebral musculature.

**ROD:** Review of prior radiographs reveals degenerative changes noted at 2/3, 3/4, 4/5, and 5/1 without evidence of neural impingement. Facet arthropathy noted. Electrical studies are consistent with peripheral neuropathy, that study 03/28/11.

**ASSESSMENT:**

1. Degenerative disc disease, lumbar spine, multilevel, 2/3, 3/4, 4/5, 5/1, without evidence of radiculopathy, no evidence of neural impingement.
2. Lumbar facet arthropathy, not responsive to radiofrequency denervation.
3. Idiopathic peripheral neuropathy.
4. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** I discussed the situation with Mr. Dixon. He utilizes an intermittent Lortab which is of some benefit but produces sedation. Tramadol was ineffective. He has utilized most of the membrane stabilizing agents without benefit. Unfortunately, he has had to discontinue work at Saratoga Computers secondary to his inability to tolerate the prolonged sitting, etc.

We reviewed his options in detail. We agreed that he would not be a surgical candidate and that he would likely have to consider multilevel lumbar fusion with little likelihood of improvement. We discussed other options, including a trial of dorsal column stimulation or intrathecal infusion therapy. It would appear to this provider that we will likely need to pursue one of those options if we have any hope of returning him to the workforce. We discussed the percutaneous stimulator trial. He understands it would be fairly straightforward to cover up the foot pain but the success rate for primary low back pain is probably about 50%. If he does not note adequate relief, one could consider a single-dose intrathecal injection, either Dilaudid or Prialt, and if he noted marked improvement, simply place a pump. It seems unlikely that he is going to be able to tolerate more potent analgesics.

**Continued**

We will have him visit with clinical psychology as a precursor to any implantable device. This will be for a psychological pain evaluation to assess if there are any significant psychological, social, or other factors that may interfere with a successful stimulation/pump trial. He has an appointment pending with Dr. Christopher Pendola 10/26/11. We will consider a percutaneous stimulator trial and/or intrathecal trial to ascertain if we can get his pain under adequate control such that he could return to gainful employment.

Prescription for Trileptal 150 mg, #60, one p.o. b.i.d. with 1 refill. Note to continue short-term disability, totally disabled, until 02/01/2012.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 09-15-11; T: 09-16-11 *Dictated but not edited.

cc: Christopher A. Pendola, M.D. faxed 09-16-11 cn
Randy K. McLaughlin, M.D. faxed 09-16-11 cn

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695 11/30

PAIN MEDICINE ASSOCIATES, P.C.    101 MEDTECH PARKWAY, SUITE 200    JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **08-31-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Arnold has just completed bilateral lumbar radiofrequency. He does note some modest improvement, primarily in the sharp low back pain. However, some of the dull pain has not improved. We also know he has a peripheral neuropathy that is being treated and covered by neurology. He has disability issues and would like to visit with Dr. Williams regarding those and an extension of his off-work status that is only good until 10/01/11.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. Mechanical low back pain, modest improvement following recent radiofrequency ablation procedure. He still has EMG-confirmed peripheral neuropathy and low back pain is not entirely eliminated, but is better.

**ASSESSMENT:**

1. Lumbar spondylosis with facet syndrome, recently treated with bilateral lumbar radiofrequency ablation.
2. Multilevel degenerative disc disease, L2/3-L5/S1.
3. History of mechanical low back pain with chronic peripheral nondiabetic neuropathy.

**TREATMENT PLAN:** His neurologist has him on Trileptal and although he does not think it is helping, it is not causing any significant side effects. I think we are done with all the procedures we plan on doing. I think the situation with largely remain as is. He wants to visit with Dr. Williams regarding an extension of his off-work status before October 1st. We will try to set this up in Kingsport to tie up any of the disability loose ends and his work status at that time. No further procedures needed at the moment. He does not need a refill on any medication.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 08-31-11; T: 09-09-11 *Dictated but not edited

PMA SURGERY CENTER, L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

PROCEDURE NOTE

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold L. | DOB: | |
| DOS: | 08-18-11 | SS #: | |
| PHYSICIAN: | Timothy S. Smyth, M.D. | REFERRING: | Randy McLaughlin, M.D. |

**SUBJECTIVE:** Mr. Dixon appears for anticipated lumbar RFL. The reader may recall that I called him on the evening of 07/26/2011. This was after performing facet joint nerve blocks. He indicated that he did a fair amount of activity on the way home, including stopping at IHOP and shopping at Wal-Mart. He iced his back down and then did some mowing. Overall, he still had pain, but he felt the pain was somewhat better. When I questioned him closely he felt the relief had been substantial enough to warrant pursuing RFL.

Mr. Dixon also saw Mr. Powell recently. This was to get disability paperwork completed by Dr. Williams. Mr. Dixon tells me Dr. Williams has done so.

Today when I discuss the results of the facet blocks with Mr. Dixon he is quite positive regarding the results. He states for several days after the procedure, "it really felt good." He states that the day of the procedure he got some relief but not as dramatic as several days later. This benefit has largely worn off, however.

**OBJECTIVE:** Vital signs are noted on the chart.

Pain Location Diagram and Quality Assessment Form is noted.

My exam is unchanged.

**ASSESSMENT / PROBLEM LIST / CLINICAL DATA SUMMARY:**

1. Lumbosacral spondylosis without myelopathy.
   1.1. S/P facet joint injections (WTW) 06/24/2011.
   1.2. S/P facet joint injections (TSS) 07/26/2011.
      1.2.1. TSS called patient 07/26/2011 at 1840 hours.
         1.2.1.1. Patient described events following leaving the surgery center.
         1.2.1.2. He felt he was getting enough relief to warrant a trial of RFL to see if we could capture this relief on a more permanent basis.
2. Lumbar degenerative disc disease.
   2.1. S/P ESI x two (WTW) with no benefit.
3. Lumbago.
   3.1. Pain particularly increases with prolonged sitting.
   3.2. No specific antecedent trauma.
4. Lower extremity peripheral neuropathy.
   4.1. Appointment in two days to see Dr. Pendola regarding this (stated 06/24/2011).

**Continued**

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695 13/30

5. Occupation: Service manager for Saratoga Technologies.
   5.1. On 30 days short-term disability.
      5.1.1. Forms completed by Dr. Williams
   5.2. Patient believes he will need to file for long-term disability as he states he can handle his pain if he is not working, but cannot handle the pain if he is working.
   5.3. Patient saw Mr. Powell 08/03/2011 in order to have more paperwork completed in order to continue his current disability.
      5.3.1. Patient tells me that Dr. Williams did this for him, and he is grateful.
6. Cervical degenerative disc disease.
7. S/P ACDF by Dr. Austin in 2008.

(Some problems listed may not be addressed in current note; they have been documented elsewhere in the chart.)

**DISCUSSION / PLAN:** I reviewed the situation in detail with Mr. Dixon. He understands and agrees with the following:

1. I told Mr. Dixon that, to be honest, I am unsure if the facet joint nerve blocks I performed helped him or if his benefit was a generalized steroid effect.
   1.1. This is based upon the fact that he got most of his benefit a day or two after the procedure and not very much benefit for the first several hours following the procedure.
   1.2. The above notwithstanding, he felt he got enough relief for the hours following the procedure that it would be worthwhile pursuing RFL.
2. Based upon my discussion in #1, I will proceed with RFL.
   2.1. The patient understands the same risks apply every time a procedure is performed.
      2.1.1. These risks include, but are not limited to, bleeding, infection, nerve damage, spinal cord damage, spinal headache.
   2.2. The patient understands that today's procedure is elective, it is not something that has to be performed.
3. I will have Mr. Dixon follow up with Mr. Powell and Dr. Williams in the near future.

**PROCEDURE DETAILS:** RFL was carried out as in the attached procedure note sheet. Lesioning took place at 80° C for 90 seconds each lesion. I performed three lesions at each level. Mr. Dixon tolerated this very well with no immediate complications.

**PROCEDURES:**

1. Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.
2. Fluoroscopy.

**PREOPERATIVE DIAGNOSES:** See Assessment / Problem List / Clinical Data Summary.

**POSTOPERATIVE DIAGNOSES:** Same.

**EBL:** Zero. **COMPLICATIONS:** None. **SPECIMENS:** None.

**ABNORMAL FINDINGS:** None.

**Continued**

**ALLERGIES:** PENICILLIN

**ANESTHESIA:** Local.

**SURGEON:** Timothy Smyth, M.D.

**ASSISTANT:** N/A.

(Auto Authentication)
**Timothy Smyth, M.D.**

TSS/wh
D: 08-18-11
T: 08-19-11

*Dictated but not edited.

| | |
|---|---|
| cc: Randy McLaughlin, M.D. | faxed 08-24-11 cn |
| Scott Dulebohn, M.D. | faxed 08-24-11 cn |

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **08-03-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Mr. Dixon scheduled an appointment today primarily just to inform me that the results of the last facet blocks were very positive. He already has radiofrequency scheduled for 08/18/11 with Dr. Smyth. I think this is as good as it gets for interventional treatment. He is not considered a surgical candidate at this time. He saw Dr. Chris Pendola in Kingsport last week for peripheral neuropathy. Prescriptions were given for a neuropathy gel and METRx, which is a nutritional supplement to help peripheral neuropathy. Sometimes it takes a number of months to notice any improvement with this. His real issue today is the attending physician statement completed by Dr. Williams 07/08/11. It was only given for one month to 08/08/11 and he needs this extended in order to continue to receive benefits. He is still applying for disability status.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. His situation is stable, although he continues to have peripheral neuropathy confirmed by EMG studies and mechanical low back pain with a positive response to posterior lumbar facet block procedures.

**ASSESSMENT:**

1. Lumbar spondylosis with facet arthropathy.
2. Multilevel lumbar degenerative disc disease, L2/3-L5/S1.
3. History of neurogenic claudication.
4. Mechanical low back pain with chronic peripheral neuropathy, nondiabetic.

**TREATMENT PLAN:** We talked about the fact that he needs to fax copies of his recent evaluation by Dr. Chris Pendola in Kingsport for his peripheral neuropathy and EMG studies along with a letter from Dr. Williams indicating continued ongoing disability and he needs to pick that up this week. His time limit runs out in a few days on the 8th, as early as next week, and I will try to get Dr. Williams to address ~~that at~~ the earliest opportunity.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 08-03-11; T: 08-11-11 *Dictated but not edited

PMA SURGERY CENTER, L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **07-26-11** | **SS #:** | |
| **PHYSICIAN:** | **Timothy S. Smyth, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears for my evaluation with regard to his chief complaint of low back pain. He also has some peripheral neuropathy. He has been referred to Dr. Pendola for evaluation of this problem. Mr. Dixon had facet joint nerve blocks performed by Dr. Williams quite recently. When I ask how long the relief lasted, he states, "It didn't even last all day, it lasted just a few hours." He states that perhaps he got five hours of relief. He did very well for only about 30 minutes. He states by the time he drove home he had some pain. He states he did nothing after he got home and simply rested. Therefore, he had some relief in the afternoon as well.

Mr. Dixon states that if he takes his pain medication and is able to sit, stand and walk about at his leisure, he can handle the pain. He states that if he has to sit for a prolonged period of time, he cannot handle the pain. This is why he is on short-term disability. He feels he will need to apply for long-term disability. At the moment he is a service manager for Saratoga Technologies. However, the prolonged sitting in front of the computer causes his pain to become quite severe.

Mr. Dixon apparently saw Dr. Dulebohn recently. Dr. Dulebohn recommended the possibility of a provocative discography with an eye toward fusion surgery. Mr. Dixon would like to avoid surgery if at all possible. This is why more conservative measures were pursued.

As an aside, Mr. Dixon tells me that Mr. Powell told him that the provocative discography did not need to be performed if the epidurals did not help. He also has some confused concepts of facet joint nerve blocks and how they are meant to work. He also states that Dr. Dulebohn's office told him he would need discography, but when he called back after the failure of the last injections, he was told to simply return to this office. Mr. Dixon feels he is getting mixed messages and quite honestly does not know exactly what to think.

**OBJECTIVE:** Vital signs are noted on the chart.

Pain Location Diagram and Quality Assessment Form is noted.

General: Mr. Dixon is sitting in the chair in no distress. He appears to be a good historian.

Patient is awake, alert, and oriented x 3. Patient's mood and affect are appropriate.

Integument: No obvious lesions or rashes. No abnormal bruising or subcutaneous bleeding observed in the exposed areas.

Chest: Clear. Cardiac: RR. Abdomen: Benign.

I can get trace DTRs at both knees and ankles. He has good strength on both sides. Gross sensory exam is intact. Mr. Dixon has pain with standing erect. He particularly has pain with extension at the waist.

Mr. Dixon has some pain to palpation of the lower back, but I am not overly impressed with myofascial pain.

**ASSESSMENT:**

1. Lumbosacral spondylosis without myelopathy.
   1.1. S/P facet joint injections (WTW) 06/24/2011.

**Continued**

Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695 17/30

2. Lumbar degenerative disc disease.
    - 2.1. S/P ESI x two (WTW) with no benefit.
3. Lumbago.
    - 3.1. Pain particularly increases with prolonged sitting.
    - 3.2. No specific antecedent trauma.
4. Lower extremity peripheral neuropathy.
    - 4.1. Appointment in two days to see Dr. Pendola regarding this.
5. Occupation: Service manager for Saratoga Technologies.
    - 5.1. On 30 days short-term disability.
        - 5.1.1. Forms completed by Dr. Williams
    - 5.2. Patient believes he will need to follow for long-term disability as he states he can handle his pain if he is not working, but cannot handle the pain if he is working.
6. Cervical degenerative disc disease.
7. S/P ACDF by Dr. Austin in 2008.

(Some problems listed may not be addressed in current note; they have been documented elsewhere in the chart.)

**DISCUSSION / PLAN:** I reviewed the situation in detail with Mr. Dixon. He understands and agrees with the following:

1. I spent in excess of 25 minutes in 100% face-to-face counseling with Mr. Dixon.
    - 1.1. I tried to spell out exactly what we believe is going on in his back and what can be done to try to treat it.
    - 1.2. I indicated that it is my feeling that a vast majority of his pain is coming from the disc.
        - 1.2.1. I pointed out the only way to try to fix this is with a fusion surgery.
        - 1.2.2. I discussed the fact that provocative discography would need to be done first.
        - 1.2.3. I pointed out that if a single level is involved, then fusion may benefit. Any more levels than this, particularly given his size, would be very doubtful.
    - 1.3. I discussed what facet joints are and what facet joint injections and nerve blocks are.
        - 1.3.1. I discussed what RFL is.
        - 1.3.2. I discussed what the meaning of success is following facet joint nerve blocks.
        - 1.3.3. I told him that I would expect his relief to be longer lived than what he got, but the result he got may be a positive result.
    - 1.4. I discussed what epidural steroid injections are and what they are meant to do.
        - 1.4.1. I pointed out that these primarily treat radicular type pain.
        - 1.4.2. The fact that electrical studies have demonstrated peripheral neuropathy and not radicular pain helps confirm the fact that one would not expect much from epidural steroid injections.
2. With regard to how I would approach his situation at the moment:
    - 2.1. I indicated that I would suggest a repeat of facet joint nerve blocks this morning.
        - 2.1.1. I asked him to go home and do normal activities, activities that would normally cause him pain.
        - 2.1.2. I indicated I would call him later today to learn how he does.
            - 2.1.2.1. Depending on what he reports to me, we may proceed with RFL or we may not.
    - 2.2. The patient understands the same risks apply every time a procedure is performed.
        - 2.2.1. These risks include but are not limited to, bleeding, infection, nerve damage, spinal cord damage, spinal headache.
    - 2.3. The patient understands that today's procedure is elective; it is not something that has to be performed.
3. Facet joint nerve blocks were carried out as given below.
    - 3.1. In the PACU he was having very little pain.
    - 3.2. I called Mr. Dixon at 1840 hours in the evening.
        - 3.2.1. He described what he did during the day and how he did. I will not detail this here.
            - 3.2.1.1. Suffice it to say, overall Mr. Dixon feels that the injections have helped him.
            - 3.2.1.2. When I asked him if he felt they had helped him enough, that he would not pursue surgery if we could achieve this kind of relief, he answered in the affirmative.

**Continued**

4. Based upon information gathered above, I am going to schedule Mr. Dixon for RFL at the next available opportunity.

**PROCEDURE DETAILS:** Facet joint nerve blocks were carried out as in the attached procedure note sheet. Mr. Dixon tolerated these well with no immediate complications.

**PROCEDURES:**

1. Paravertebral facet joint injections, bilateral, L5/S1, L4/5, L3/4.
2. Fluoroscopy.

**PREOPERATIVE DIAGNOSES:** See Assessment / Problem List / Clinical Data Summary.

**POSTOPERATIVE DIAGNOSES:** Same.

**EBL:** Zero. **COMPLICATIONS:** None. **SPECIMENS:** None.

**ABNORMAL FINDINGS:** None.

**ALLERGIES:** PENICILLIN

**ANESTHESIA:** Local.

**SURGEON:** Timothy Smyth, M.D.

**ASSISTANT:** N/A.

(Auto Authentication)
**Timothy Smyth, M.D.**

TSS/bh
D: 07-26-11
T: 07-27-11

*Dictated but not edited.

| | | |
|---|---|---|
| cc: | Randy McLaughlin, M.D. | faxed 07-28-11 cn |
| | Scott Dulebohn, M.D. | faxed 07-28-11 cn |

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

CLINIC NOTE

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold | DOB: | 0 |
| DOS: | 07-20-11 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Randy McLaughlin, M.D. |

**INTERVAL HISTORY**: Much to my surprise the results of the recent lumbar facet block trialed by Dr. Williams on June 24th were positive. He had a very excellent response to elimination of his low back pain at least the day of the procedure. The next day he really couldn't say that it helped, but the test was only briefly and I think he was confirmed that a great deal of his mechanical low back pain is probably facet related. He does have some neuroforaminal stenosis and degenerative disc disease with radicular symptoms along with peripheral neuropathy so doing a radiofrequency ablation is not going to resolve all of his issues. Since he is not considered a surgical candidate immediately it may give him a significant amount of benefit to proceed with this.

**PE/ASSESSMENT**: PLDQA/vital signs reviewed. SLRs negative while seated. Pulses are palpable. Peripheral neuropathy confirmed by EMG studies. Positive mechanical low back pain with a positive response to a recent lumbar facet block procedure.

**ASSESSMENT**:

1. Multilevel degenerative disc disease, L2-L5/S1.
2. Neuroforaminal stenosis.
3. Neurogenic claudication.
4. Chronic mechanical low back pain, possibly facet related.
5. Chronic peripheral polyneuropathy.

**TREATMENT PLAN**: Since surgery is not an option at this point and he had a positive response to facet block trial, I would repeat this for confirmation and schedule a radiofrequency ablation. Although the benefit from brief it was quite dramatic. We talked about his medication in addition. I believe he has adequate medication from other sources. I have given him a prescription for Trileptal to try out, but he never did do it. He went back to Neurontin which makes him tired and dizzy, but if that if the medication he prefers then he would need to stay with that. We will check again after the second set of facet blocks are completed and see if he would be a future radiofrequency candidate.

JOHN POWELL, P. A.-C.

JP/rsh
D: 07-20-11; T: 07-27-11 *Dictated but not edited

## PAIN MEDICINE ASSOCIATES, P.C.

William T. Williams, M.D.
Timothy Smyth, M.D.
Sameh A. Ward, M.D.
Navneet Gupta, M.D.
C. Marcus Cooper, Ph.D.
Heather C. Gow, Psy.D.
John Powell, P.A.-C
Vickie Stufflestreet, L.P.N.-C
Holly Broadwater, F.N.P.
Shannon Hollowell, F.N.P.
Benjamin A. Meeks, F.N.P.
Cheryl Conrad, F.N.P.
Tony Villanueva, P.T.
Jerome J. Cohen, A.N.P.
Daniel Hardwick, Psy.D.

438 East Vann Road, Suite 200
Greeneville, Tennessee, 37743
Phone: (423) 278-1849
Fax: (423) 278-1850

101 MedTech Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: (423) 232-6120
Fax: (423) 232-6125

2202 North John B. Dennis Hwy,
Suite 200
Kingsport, Tennessee 37660
Phone: (423) 392-6690
Fax: (423) 392-6695

240 Medical Park Blvd.,
Suite 1500
Bristol, Tennessee 37620
Phone: (423) 968-9313
Fax: (423) 968-9696

M 6-28-11
LC

June 24, 2011

Christopher A. Pendola, M.D.
Associated Neurologists of Kingsport
West Park Professional Building
914 Broad Street, Suite 3A
Kingsport, TN 37660

RE: ARNOLD L. DIXON DOB: SSN:

Dear Dr. Pendola:

I would very much appreciate your assessment of Arnold Dixon. Mr. Dixon is a very pleasant nearly 51-year-old with complaints of bilateral low back pain, right much greater than left. He also notes bilateral lower extremity discomfort, right greater than left. He has had discomfort of longstanding duration. He is status post a C6/7 ACDF in 2008 by Dr. Rebekah Austin. Diagnostic imaging of the lumbar spine reveals some degree of multilevel degenerative disc disease with some relative neuroforaminal stenosis at 5/1. An EMG suggests more of a peripheral neuropathy than a radiculopathy. A diagnostic facet block on the right at the lower three lumbar levels effectively relieved the low back pain but had no impact on the lower extremity pain. Epidural steroid injections administered at an alternate facility had no impact. He has trialed both Neurontin and Lyrica, both of which produced excessive sedation. He has a prescription for Trileptal which has not been utilized. He is finding it increasingly difficulty remaining in the workforce. We agreed to a temporary respite from work effective 07/08 for a 30-day period and will reassess.

I will include a copy of his EMG and cervical and lumbar MRIs for your review. Any insight you can provide would be greatly appreciated. I thank you in advance.

Sincerely yours,

W. Turney Williams, M.D.
Pain Medicine Associates, P.C.

WTW/wh

Enclosures: EMG, cervical and lumbar MRIs

PMA SURGERY CENTER,L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **06-24-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**INDICATIONS FOR PROCEDURES:** Mr. Dixon appears with two primary pain-related complaints. He notes primary right lower lumbar discomfort and bilateral lower leg discomfort, both right greater than left. He had been treated at another facility with epidural steroid injections with improvement. A prior diagnostic facet block performed at this facility had produced some reduction in his discomfort. Diagnostic imaging reviewed, that revealing multilevel degenerative disc disease and facet arthropathy, no clear neural impingement. An EMG suggests a primary peripheral neuropathy without evidence of radiculopathy. We agreed to diagnostic facet blocks.

We discussed the risks, including bleeding, infection, nerve injury, corticosteroid effect, etc. He understands the issues involved and would like to proceed.

**PREOPERATIVE DIAGNOSES:**

1. Lumbar spondylosis/lumbar facet arthropathy.
2. Degenerative disc disease, lumbar spine, multilevel, most marked at L3/4 and L4/5.
3. Relative neuroforaminal stenosis, L5/S1, without clear neural impingement.
4. Peripheral neuropathy.
5. Chronic pain syndrome referable to above.

**POSTOPERATIVE DIAGNOSES:**

1. Lumbar spondylosis/lumbar facet arthropathy.
2. Degenerative disc disease, lumbar spine, multilevel, most marked at L3/4 and L4/5.
3. Relative neuroforaminal stenosis, L5/S1, without clear neural impingement.
4. Peripheral neuropathy.
5. Chronic pain syndrome referable to above.

**SURGEON:** W. Turney Williams, M.D.

**ASSISTANT:** N/A.

**ANESTHESIA:** Local.

**PROCEDURES PERFORMED:**

1. Local anesthetic and corticosteroid injection, facet joints, L3, L4, L5 – right.
2. Fluoroscopy.

**DETAILS OF PROCEDURES:** Prone position. Betadine prep, wide field x 3 with sterile drape. One percent Xylocaine x 3. A 25-gauge, 3.5" spinal needle inserted down the beam and walked intraarticular at 3, 4 and 5. No paresthesias. Contrast injected. Each joint delineated. Each joint injected with 20 mg of Depo-Medrol and the capsule anesthetized with 0.5 cc of 0.5% bupivacaine. The patient tolerated the procedures well. Transferred to the recovery room in good condition. Discharged in good condition.

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**Continued**

**SPECIMENS REMOVED:** None.

**ABNORMAL FINDINGS:** None.

**PLAN/PATIENT EDUCATION:** Patient was examined post procedure and noted a marked reduction in his discomfort. He has an appointment pending with Dr. Christopher Pendola on 07/18. Followup appointment at this facility 07/23. He will temporarily exit the workforce 07/08 for a 30-day duration.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 06-24-11; T: 06-27-11 *Dictated but not edited.

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **06-06-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY**: Mr. Dixon has lumbar degenerative disc disease, neuroforaminal outlet stenosis, neurogenic claudication, peripheral neuropathy and mechanical low back pain. Apparently the neuropathy problem is worsening. Neurontin and Lyrica make him dizzy and tired and he has really failed both of those medications. His peripheral neuropathy may not have a solution, although we could try Trileptal. I have had good success with that with some patients and that is a medication he has not yet used. Surgery does not appear to be an option at the moment and we are not going forward with the discogram, at least at this time. Mr. Dixon tells me he is applying for disability and may need our assistance with that, even including a deposition if he decides to go forward.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. SLRs negative while seated. Although pulses are palpable, peripheral neuropathy is diagnosed and confirmed by EMG studies. He still has mechanical low back pain.

**ASSESSMENT:**

1. Multilevel degenerative disc disease, L2-L5/S1.
2. Neuroforaminal outlet stenosis.
3. Neurogenic claudication.
4. Chronic mechanical low back pain.
5. Chronic peripheral polyneuropathy.

**TREATMENT PLAN:** Since surgery does not appear to be a reasonable option at this time, we had done some facet blocks with a positive benefit in 2004. This seemed to relieve a great deal of his discomfort for a few days and I would like to repeat that just to see if he would benefit enough for radiofrequency. He has failed Lyrica and Neurontin, claiming it makes him dizzy and tired, and so I would like to trial Trileptal 150 mg one b.i.d. for one month. He may not have an answer to resolve the situation in its entirety. He realizes that there are no good options, but he may have a treatable issue. We will look into that a little further and see him back for review of the procedure and medications within 30 days.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 06-06-11; T: 06-15-11 *Dictated but not edited

CLINIC NOTE

| | | | |
|---|---|---|---|
| PATIENT: | Dixon, Arnold | DOB: | |
| DOS: | 05-18-11 | SS#: | |
| PHYSICIAN: | W. Turney Williams, M.D. | REFERRING: | Randy McLaughlin, M.D. |

**INTERVAL HISTORY:** Mr. Dixon has multilevel degenerative disc disease, neuroforaminal outlet stenosis, neurogenic claudication and peripheral neuropathy. Sorting all of this out is highly problematic. He has had an EMG which is rather non specific, it indicates that he has poly neuropathy but no radiculopathy. There is nothing really to go in and fix at this point. His MRI shows some mild outlet stenosis but the two epidurals we did failed to give him much in the way of benefit. He can't tolerate Lyrica but I might try some Neurontin and see him back in three weeks for a three-way visit with Dr. Williams, myself and Mr. Dixon to try and decide if we should go forward with the lumbar discogram or not.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. He has bilateral foot pain, SLR's negative while seated, pulses palpable, peripheral neuropathy diagnosed by EMG studies. He is more symptomatic on the right side than the left.

**ASSESSMENT:**

1. Multilevel lumbar degenerative disc disease, L2-L5/S1.
2. Neuroforaminal outlet stenosis.
3. Neurogenic claudication.
4. Chronic peripheral poly neuropathy.

**TREATMENT PLAN:** We are going to need to stop Lyrica because it makes him too sleepy at work. I am going to try three weeks of Neurontin 400 mg t.i.d. and see him back for a three-way conversation on where we go next. I don't think the issues are well defined enough to recommend surgery. He may not have a surgical option if he has multilevel degenerative disc disease and positive discogram at more than two levels. So I wonder about facet blocks on him. No guarantees but if he does not have a surgical option it might be something I would consider. Return in three weeks for conversation with Dr. Williams, the patient and myself.

JOHN POWELL, P. A.-C.

JP/va
D: 05/18/11
T: 05/27/11 *Dictated but not edited

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **04-18-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Arnold has been evaluated by Scott Dulebohn, M.D., and apparently the decision is to wait a little while longer on the discogram surgery option. He is still in physical therapy and the plan is that if he does not improve with that, then the discogram is recommended. We have recently completed EMGs, which are apparently normal, and there is no evidence of radiculopathy. There is some peripheral neuropathy, but there is no surgical solution for that. He is on METRx, which is a nutritional vitamin B complex supplement. I gave him a few to take home. He has had a hard time with Lyrica in the past, but I gave him some 50 mg samples as the 75 mg made him too sleepy. Will see how things are in a month when he has been in physical therapy and then decide if we need to go ahead and do a discogram at that time.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. He has neurogenic claudication, bilateral foot pain and negative SLRs while seated. Peripheral pulses are palpable. He has peripheral neuropathy diagnosed by EMG studies. He is more symptomatic on the right side than the left.

**ASSESSMENT:**

1. Multilevel lumbar degenerative disc disease, L2/3, L3/4, L4/5, L5/S1.
2. Neuroforaminal outlet stenosis.
3. Neurogenic claudication.

**TREATMENT PLAN:** I am going to try him on Lyrica 50 mg b.i.d. and this is the lowest dose I have. He has adequate samples. I will see him back in a month for follow up. Some nutritional supplement is certainly recommended. Some METRx, which is a B complex, B6, B12, is given to the patient for his own use and study. I will see him in about 30 days after he has been in physical therapy. If the situation is ongoing and unresolved, then I think it could eventually come to a lumbar discogram decision. Return in 30 days and review progress or lack thereof at that time.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 04-18-11; T: 04-26-11 *Dictated but not edited

William T. Williams, M.D.
Timothy Smyth, M.D.
Sameh A. Ward, M.D.
Navneet Gupta, M.D.
C. Marcus Cooper, Ph.D.
Heather C. Gow, Psy.D.
John Powell, P.A.-C
Vickie Stufflestreet, L.P.N.-C
Holly Broadwater, F.N.P.
Shannon Hollowell, F.N.P.
Benjamin A. Meeks, F.N.P.
Cheryl Conrad, F.N.P.
Tony Villanueva, P.T.
Jerome J. Cohan, A.N.P.

438 East Vann Road, Suite 200
Greeneville, Tennessee, 37743
Phone: (423) 278-1849
Fax: (423) 278-1850

101 MedTech Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: (423) 232-6120
Fax: (423) 232-6125

2202 North John B. Dennis Hwy,
Suite 200
Kingsport, Tennessee 37660
Phone: (423) 392-6690
Fax: (423) 392-6695

240 Medical Park Blvd.,
Suite 1500
Bristol, Tennessee 37620
Phone: (423) 968-9313
Fax: (423) 968-9696

M 3-18-11
LC

# PAIN MEDICINE ASSOCIATES, P.C.

March 15, 2011

Scott Dulebohn, M.D.
Appalachian Neurosurgical Clinic, P.C.
Medical Center Office Building, Suite 42
408 N. State of Franklin Road
Johnson City, TN 37604

RE: ARNOLD L. DIXON DOB: SSN:

Dear Dr. Dulebohn:

I would very much appreciate your assessment of Arnold Dixon. Mr. Dixon is a very pleasant gentleman with complicated pain-related complaints. He has primary bilateral low back pain and bilateral foot pain. He also notes lower extremity discomfort consistent with neurogenic claudication. He has some cervical discomfort, although that is relatively mild. He does have multilevel degenerative disc disease at 2/3, 3/4, 4/5, 5/1, most marked with endplate edema at 4/5 and 5/1, and relative neuroforaminal stenosis. He is status post a C5/6 ACDF and while he has some cervical discomfort, there is no cervical radiculopathy or myelopathy. A single TL ESI had no impact. I retreated him this date. He had been seen by neurosurgery previously by Rebekah Austin, M.D., five years prior, and most recently East Tennessee Brain & Spine Center, P.C., offered a dorsal column stimulator. He has an appointment for EMG pending. Recent radiographs are available on PACS for your review.

My question is whether one could consider surgical intervention at either the 4/5 or 5/1 levels if those levels can be documented to be the primary pain generator(s) and source of his presumed radicular complaints. He understands that he has multilevel disease and is not an outstanding surgical candidate, however his quality of life is becoming severely limited and we wish to revisit all options prior to pursuing disability and chronic analgesics.

I thank you for your review.

Sincerely yours,

W. Turney Williams, M.D.
Pain Medicine Associates, P.C.

WTW/wh

Cc: Randy K. McLaughlin, M.D.

27/30 Jun-07-2012 09:30 AM Pain Med Associates - KPT 4233926695

PMA SURGERY CENTER,L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **03-15-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**INDICATIONS FOR PROCEDURES:** Mr. Dixon appears with primary complaint of bilateral low back pain. He also notes bilateral lower extremity pain, variable in nature. He has constant discomfort in both feet. The lower extremity pain is daily, but variable, but is increased with ambulation. He also has low-grade chronic cervical discomfort status post prior C5/6 ACDF. A single epidural steroid injection produced no significant response. An attempt at lumbar traction exacerbated his complaints. A 30-minute discussion with the wife and patient was held prior to any treatment provided. Ultimately, we agreed to trial a second epidural steroid injection. If he is not improved, we will consider EMG of bilateral lower extremities and reassessment with Scott Dulebohn, M.D., with Appalachian Neurosurgical Clinic, P.C., regarding possible discography and/or surgical intervention. He has multilevel degenerative disc disease, certainly more marked at 4/5 and 5/1.

We discussed the risks, including bleeding, infection, nerve injury, corticosteroid effect, etc. They understand the issues involved and would like to proceed.

**PREOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, L2/3, 3/4, 4/5, 5/1, marked 4/5 and 5/1.
2. Bilateral lower extremity radiculitis/neurogenic claudication likely referable to neuroforaminal stenosis.
3. Lumbar facet arthropathy.
4. Degenerative disc disease, cervical spine, multilevel, status post anterior cervical discectomy and fusion, without radiculopathy or myelopathy.
5. Chronic pain syndrome referable to above.

**POSTOPERATIVE DIAGNOSES:**

1. Degenerative disc disease, lumbar spine, L2/3, 3/4, 4/5, 5/1, marked 4/5 and 5/1.
2. Bilateral lower extremity radiculitis/neurogenic claudication likely referable to neuroforaminal stenosis.
3. Lumbar facet arthropathy.
4. Degenerative disc disease, cervical spine, multilevel, status post anterior cervical discectomy and fusion, without radiculopathy or myelopathy.
5. Chronic pain syndrome referable to above.

**SURGEON:** W. Turney Williams, M.D.

**ASSISTANT:** N/A.

**ANESTHESIA:** Local.

**PROCEDURES PERFORMED:**

1. Lumbar epidural steroid injection.
2. Fluoroscopy.

**PROCEDURE DETAILS:** Prone. Betadine prep, wide field x 3 with sterile drape. One percent Xylocaine, L4/5. An 18-gauge Tuohy needle inserted. Loss of resistance obtained. No CSF. No paresthesia. Contrast injected and epidurogram obtained. Following negative aspiration, 80 mg Depo-Medrol injected. Needle cleared and withdrawn. Observed 30 minutes. Discharged good condition.

**Continued**

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**SPECIMENS REMOVED:** None.

**ABNORMAL FINDINGS:** None.

**PLAN/PATIENT EDUCATION:** Appointment for EMG of bilateral lower extremities. Appointment with Scott Dulebohn, M.D. Appointment with this provider following appointment with Dr. Dulebohn. Call with any interval complaints.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 03-15-11; T: 03-16-11 *Dictated but not edited.

Cc: Randy K. McLaughlin, M.D. faxed 03-17-11 cn

**PMA SURGERY CENTER,L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604**

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **02-22-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**INDICATIONS FOR PROCEDURES:** Mr. Dixon appears with multiple pain-related complaints. He notes particular discomfort about the feet as the day progresses. He has some discomfort into either lower extremity and moderate low back pain, right greater than left. He also has chronic cervical discomfort with some radiation toward the right shoulder. Neurologically, he is intact. Diagnostic imaging available and reviewed. We agreed to treat.

We discussed the risks, including bleeding, infection, nerve injury, corticosteroid effect, etc. He understands the issues involved and would like to proceed.

**PREOPERATIVE DIAGNOSES:**
1. Degenerative disc disease, lumbar spine, 2/3, 3/4, 4/5, 5/1, fairly marked 4/5 and 5/1.
2. Neuroforaminal stenosis, most marked L5/S1.
3. Bilateral lower extremity radiculitis/neurogenic claudication.
4. Degenerative disc disease, cervical spine, 3/4, 4/5, 5/6, 6/7, status post C5/6 anterior cervical discectomy and fusion.
5. Neuroforaminal narrowing, mild, right C4/5, right C5/6, bilateral C6/7, possible cervical radiculitis.

**POSTOPERATIVE DIAGNOSES:**
1. Degenerative disc disease, lumbar spine, 2/3, 3/4, 4/5, 5/1, fairly marked 4/5 and 5/1.
2. Neuroforaminal stenosis, most marked L5/S1.
3. Bilateral lower extremity radiculitis/neurogenic claudication.
4. Degenerative disc disease, cervical spine, 3/4, 4/5, 5/6, 6/7, status post C5/6 anterior cervical discectomy and fusion.
5. Neuroforaminal narrowing, mild, right C4/5, right C5/6, bilateral C6/7, possible cervical radiculitis.

**SURGEON:** W. Turney Williams, M.D.

**ASSISTANT:** N/A.

**ANESTHESIA:** Local.

**PROCEDURES PERFORMED:**
1. Lumbar epidural steroid injection.
2. Fluoroscopy.

**PROCEDURE DETAILS:** Prone. Betadine prep, wide field x 3 with sterile drape. One percent Xylocaine, L5/S1. An 18-gauge Tuohy needle inserted. Loss of resistance obtained. No CSF. No paresthesia. Contrast injected and epidurogram obtained. Following negative aspiration, 100 mg Depo-Medrol injected. Needle cleared and withdrawn. Observed 30 minutes. Discharged good condition.

**ESTIMATED BLOOD LOSS:** None.

**COMPLICATIONS:** None.

**Continued**

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

May 25, 2012

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We are writing to you regarding your claim for Long Term Disability benefits.

To ensure we maintain a high level of service, we have adjusted some of our workload assignments. As a result, I have been assigned to your case.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Melanie Egger
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

May 2, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR CHRISTOPHER PENDOLA
RELEASE OF INFORMATION
2212 JOHN B DENNIS HWY SUITE C
KINGSPORT TN 37660

RE: Policy Number: 000400000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 7/1/2011 to present |
| Diagnostic Test Results | 7/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.
- **Please fax your invoice to 1-877-843-3950.**
- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Lindsey A. Kass
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

# ASSOCIATED NEUROLOGISTS OF KINGSPORT

SCOTT MACDONALD, MD, PC
MICHAEL S. DEW, MD
OTAKAR KRCAL, MD

DATE: 5/3/12

RE: MEDICAL RECORDS REQUEST

PATIENT: Arnold Dixon

DOB:

Dear Lincoln Financial Group

Our office requires prepayment for medical records. Our fee for this service is $20.00. Please send payment immediately and we will forward the records to you. If you prefer to make prepayment over the phone with a credit card, we can accommodate you in this way.

Thank you for your cooperation and if I can help you in any way please let me know.

Sincerely,

Medical Records Clerk

Our tax ID# is 62-1435043

*actice Limited To:*
- *Neurology*
- *EMG, EEG*
- *Evoked Potentials*
- *Carotid Duplex Ultrasound*
- *Transcranial Ultrasound*
- *Sleep Disorders*
- *Botox Administration*

IGHT SHERIDAN SQUARE
SUITE 200
KINGSPORT, TN 37660
(423) 247-5553
FAX (423) 247-9254

May 2, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

DR TURNEY WILLIAMS
RELEASE OF INFORMATION
2020 BROOKSIDE DRIVE SUITE 21
KINGSPORT TN 37660

RE: Policy Number: 00040000300202706
Claim Number: 1120006734
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 7/1/2011 to present |
| Diagnostic Test Results | 7/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Lindsey A. Kass
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

May 1, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

> **TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:
> 1. is Totally Disabled;
> 2. becomes Disabled while insured for this benefit;
> 3. is under the Regular Care of a Physician; and
> 4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.
>
> Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office / treatment notes and diagnostic test results from Dr. Turney Williams for the dates of 7/1/11 to present and Dr. Christopher Pendola for the dates of 7/1/11 to present.

The records must document, based upon a physical examination by a physician finding significant abnormalities or abnormal testing results, what specific restrictions and limitations are present as a result of the abnormal findings.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lindsey Kass
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: ARNOLD DIXON CLAIM NUMBER: 112006734

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES ________ TO ________***

**DOCTORS:**

| | |
|---|---|
| Name: TURNEY WILLIAMS PAIN MEDICINE ASSOC. Specialty: PAIN MGT. | Name: CHRIS PENDOLA ASSOCIATED NEUR. Specialty: NEUROLOGY |
| Address: 2020 BROOKSIDE DR. STE 21 | Address: 8 SHERIDAN |
| City: KINGSPORT State: TN Zip Code: 37660 | City: KINGSPORT State: TN Zip Code: 37660 |
| Phone: 423-392-6690 Fax: | Phone: 423-247-5553 Fax: |
| Dates Seen: 10/05 to 3-29-12 | Dates Seen: 7/11 to PRESENT |
| Name: Specialty: | Name: Specialty: |
| Address: | Address: |
| City: State: Zip Code: | City: State: Zip Code: |
| Phone: Fax: | Phone: Fax: |
| Dates Seen: to | Dates Seen: to |

**PHARMACIES:**

| | |
|---|---|
| Name: CVS | Name: |
| Address: 5213 MEMORIAL BLVD. | Address: |
| City: KINGSPORT State: TN Zip Code: 37664 | City: State: Zip Code: |
| Phone: 423-279-7430 Fax: | Phone: Fax: |
| Dates: to | Dates: to |

**HOSPITALS:**

| | |
|---|---|
| Name: | Name: |
| Address: | Address: |
| City: State: Zip Code: | City: State: Zip Code: |
| Phone: Fax: | Phone: Fax: |
| Dates Confined: to | Dates Confined: to |

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

| | |
|---|---|
| Name: UNITED HEALTHCARE | Policy Number: 911-95378-08 |
| Address: P.O. BOX 5230 | Member ID: JD509281B |
| City: KINGSTON State: NY Zip Code: 12402 | Dates of Coverage: 9-1-11 to PRESENT |
| Phone Number: 800-224-6602 | Fax Number: |

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 4-26-12

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: ARNOLD DIXON

Date of Birth: ______ Social Security Number: ______

- data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
- any information regarding insurance coverage; and
- any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

- to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
- to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
- to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
- to the employer for self-insured disability plans; or
- as otherwise may be required by law or as I may further authorize.

I further understand that refusal to sign this Authorization may result in the denial of benefits.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.
7. A photocopy of this Authorization is to be considered as valid as the original.
8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 4-25-12

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ PHONE NO: (   ) ______
(Street)

______
(City) (State) (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

# COPY & PRINT DEPOT FAX TRANSMISSION

TO: LINDSEY KASS

FROM: ARNOLD DIXON

FAX NUMBER: 877-843-3950

SENDER'S PHONE #:

DATE: 4-30-12

# OF PAGES: 3

| CUSTOMER'S NOTES: |
| --- |
| |
| |
| |
| |
| |

**OFFICE DEPOT'S TERMS OF USE**

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

**CUSTOMER SIGNATURE** (REQUIRED): Arnold Dixon

THANK YOU FOR USING OFFICE DEPOT'S CUSTOMER FAX SERVICES

**STORE INFORMATION**

**OFFICE DEPOT STORE #382**
2003 N. EASTMAN RD.
KINGSPORT, TN 37660
PHONE: 423/378-3594
FAX: 423/378-0062

| | | |
| --- | --- | --- |
| First Page Local Fax 833-071 | First Page Long Distance Fax 833-081 | First Page International Fax 833-191 |
| Additional Local Fax 456-687 | Additional Long Distance Fax 833-091 | Additional International Fax 833-201 |

REV 3/19/12

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

PLEASE see
FRAUD NOTICES attached.

# INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

Claimant's Name ARNOLD DIXON Return Form By 5-24-12

Policy No 000400003002706 Claim No 1120006734

When do you expect to be able to return to work in either your own or another occupation?

DO NOT ANTICIPATE RETURNING TO WORK

Describe your current symptoms.

PAIN IN HANDS AND FEET, NUMBNESS AND BURNING IN HANDS AND FEET

What do you believe is the cause of your continuing disability and what could be done about it?

PERIPHERAL NEUROPATHY, AT THIS POINT NO CURE IS KNOWN

Describe your current restrictions/limitations specifically and thoroughly.

STANDING, WALKING AND SITTING FOR LONG PERIODS OF TIME

Describe your present activities.

WHEN I'M ABLE I DO SOME LIGHT HOUSEWORK AND MOWING WHEN NEEDED

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No

If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

TURNEY WILLIAMS, 2020 BROOKSIDE DR. KINGSPORT, TN 37660, 423-392-6640 3-29-12

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☒ No | | $ | Unemployment Compensation | ☐ Yes ☒ No | | $ |
| Dependent Social Security | ☐ Yes ☒ No | | $ | State Disability Benefits | ☐ Yes ☒ No | | $ |
| Workers' Compensation | ☐ Yes ☒ No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☒ No | | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | | $ | Disability Income from Automobile Policy | ☐ Yes ☒ No | | $ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | | $ | Statement from injury causing disability | ☐ Yes ☒ No | | $ |

Please refer to your Policy for definitions:

| | | | | | |
|---|---|---|---|---|---|
| Are you claiming Total Disability? | ☒ Yes ☐ No | Dates of Total Disability: | From 7-9-11 | Through PRESENT |
| Are you claiming Partial Disability? | ☐ Yes ☒ No | Dates of Partial Disability: | From — | Through — |
| Have you performed any type of work? | ☐ Yes ☒ No | Dates of any Work: | From — | Through — |

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date 4-26-12 Telephone Number Social Security #

Employee's Signature [signature]

Address

**Kass, Lindsey**

**From:** Arnold Dixon [
**Sent:** Monday, April 30, 2012 8:37 AM
**To:** Kass, Lindsey
**Subject:** RE: LFG Requested Paperwork

Hey Lindsey,

I hope you had a nice weekend. I just wanted to let you know I faxed over the forms this morning so let me know if you don't get them.

Also my appointment with my neurologist today was cancelled. The doctor I had been seeing is no longer there and they didn't reschedule me with someone else. They have me scheduled for June 13th but if there is a cancellation they will fit me in sooner.

Thanks,

Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, April 24, 2012 2:12 PM
**To:** Arnold Dixon
**Subject:** LFG Requested Paperwork

April 24, 2012

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We are writing regarding your claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your eligibility for continued benefits. Please complete and return the following form(s):

- Insured Supplementary Statement
- Authorization
- Treating Medical Professional Form

This information must be returned to our office no later than 5/24/12 to avoid interruption of your Long Term Disability benefits. You may fax it to 877-843-3950.

Please contact our office with any questions you may have at the number listed above or email us at

Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

**Lindsey Kass**
**Associate LTD Benefits Specialist**
**Group Protection Claim Solutions**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765
Phone: 402-361-7980
Fax: 402-361-1435
Email: lindsey.kass@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# COPY & PRINT DEPOT™ FAX TRANSMISSION

TO: LINDSEY KASS

FROM: ARNOLD DIXON

FAX NUMBER: 877-843-3950

SENDER'S PHONE #:

DATE: 4-30-12

# OF PAGES: 3

| CUSTOMER'S NOTES: |
|---|
| |
| |
| |
| |
| |

## OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

**CUSTOMER SIGNATURE** (REQUIRED): Arnold Dixon

THANK YOU FOR USING OFFICE DEPOT'S CUSTOMER FAX SERVICES

STORE INFORMATION

**OFFICE DEPOT STORE #382**
2003 N. EASTMAN RD.
KINGSPORT, TN 37660
PHONE: 423/378-3594
FAX: 423/378-0062

| | | |
|---|---|---|
| First Page Local Fax 833-071 | First Page Long Distance Fax 833-081 | First Page International Fax 833-191 |
| Additional Local Fax 456-687 | Additional Long Distance Fax 833-091 | Additional International Fax 833-201 |

REV 3/19/12

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

# INSURED'S SUPPLEMENTARY STATEMENT

(To Avoid Delay Please Answer ALL Questions)

**PLEASE see FRAUD NOTICES attached.**

Claimant's Name ARNOLD DIXON Return Form By 5-24-12

Policy No 000400200300202706 Claim No 112000 6734

When do you expect to be able to return to work in either your own or another occupation?

DO NOT ANTICIPATE RETURNING TO WORK

Describe your current symptoms.

PAIN IN HANDS AND FEET, NUMBNESS AND BURNING IN HANDS AND FEET

What do you believe is the cause of your continuing disability and what could be done about it?

PERIPHERAL NEUROPATHY, AT THIS POINT NO CURE IS KNOWN

Describe your current restrictions/limitations specifically and thoroughly.

STANDING, WALKING AND SITTING FOR LONG PERIODS OF TIME

Describe your present activities.

WHEN I'M ABLE I DO SOME LIGHT HOUSEWORK AND MOWING WHEN NEEDED

Do you require another person's active, hands-on help to safely perform activities of daily living? ☐ Yes ☒ No

If "yes", please explain what kind of help you receive and who provides it:

Provide the name, address and telephone number of your current attending physician and the date you were last seen by him/her.

TURNEY WILLIAMS, 2020 BROOKSIDE DR. KINGSPORT, TN 37660, 423-392-6690 3-29-12

Are you now eligible for, have applied for or are you now receiving benefits from: **(If the answer is "Yes" to any of these questions, provide a date you began receiving benefits and the monthly amount)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Social Security | ☐ Yes ☒ No | | $ | Unemployment Compensation | ☐ Yes ☒ No | | $ |
| Dependent Social Security | ☐ Yes ☒ No | | $ | State Disability Benefits | ☐ Yes ☒ No | | $ |
| Workers' Compensation | ☐ Yes ☒ No | | $ | Any other disability benefit-Federal, State | ☐ Yes ☒ No | | $ |
| Pension Disability or Pension Retirement | ☐ Yes ☒ No | | $ | Disability Income from Automobile Policy | ☐ Yes ☒ No | | $ |
| Railroad or Canadian Pension | ☐ Yes ☒ No | | $ | Statement from injury causing disability | ☐ Yes ☒ No | | $ |

Please refer to your Policy for definitions:

| | | | | |
|---|---|---|---|---|
| Are you claiming Total Disability? | ☒ Yes ☐ No | Dates of Total Disability: | From 7-9-11 | Through PRESENT |
| Are you claiming Partial Disability? | ☐ Yes ☒ No | Dates of Partial Disability: | From — | Through — |
| Have you performed any type of work? | ☐ Yes ☒ No | Dates of any Work: | From — | Through — |

Please explain:

The above Statements are true and complete to the best of my knowledge and belief. I hereby authorize any hospital or physician who has treated me, or other person who has attended me or examined me, or any company or government agency to furnish to The Lincoln National Life Insurance Company (or their representatives) any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits, and copies of all applicable records. I have read and understand the attached Fraud Warning Statements. A photostatic copy of this form will be as valid as the original.

Date 4-26-12 Telephone Number Social Security #

Employee's Signature [signature]

Address

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: ARNOLD DIXON

Date of Birth: ____________ Social Security Number: ____________

- data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
- any information regarding insurance coverage; and
- any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

- to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
- to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
- to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
- to the employer for self-insured disability plans; or
- as otherwise may be required by law or as I may further authorize.

I further understand that refusal to sign this Authorization may result in the denial of benefits.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.
7. A photocopy of this Authorization is to be considered as valid as the original.
8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** [signature] **DATE:** 4-25-12

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ____________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____________

ADDRESS: ____________ PHONE NO: (____) ____________
(Street)

____________
(City) (State) (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: ARNOLD DIXON CLAIM NUMBER: 1120006734

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES ________ TO ________***

**DOCTORS:**

Name: TURNEY WILLIAMS — PAIN MEDICINE ASSOC. Specialty: PAIN MGT.
Address: 2020 BROOKSIDE DR. STE 21
City: KINGSPORT State: TN Zip Code: 37660
Phone: 423-392-6690 Fax:
Dates Seen: 10/05 to 3-29-12

Name: CHRIS PENDOLA — ASSOCIATED NEUR. Specialty: NEUROLOGY
Address: 8 SHERIDAN
City: KINGSPORT State: TN Zip Code: 37660
Phone: 423-247-5553 Fax:
Dates Seen: 7/11 to PRESENT

Name ____ Specialty ____
Address ____
City ____ State ____ Zip Code ____
Phone: ____ Fax: ____
Dates Seen ____ to ____

Name ____ Specialty ____
Address ____
City ____ State ____ Zip Code ____
Phone: ____ Fax: ____
Dates Seen ____ to ____

**PHARMACIES:**

Name: CVS
Address: 5213 MEMORIAL BLVD.
City: KINGSPORT State: TN Zip Code: 37664
Phone: 423-279-7430 Fax:
Dates: ____ to ____

Name ____
Address ____
City ____ State ____ Zip Code ____
Phone: ____ Fax: ____
Dates: ____ to ____

**HOSPITALS:**

Name ____
Address ____
City ____ State ____ Zip Code ____
Phone: ____ Fax: ____
Dates Confined: ____ to ____

Name ____
Address ____
City ____ State ____ Zip Code ____
Phone: ____ Fax: ____
Dates Confined: ____ to ____

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: UNITED HEALTHCARE Policy Number: 911-95378-08
Address: P.O. BOX 5230 Member ID: JD509 2818
City: KINGSTON State: NY Zip Code: 12402 Dates of Coverage: 9-1-11 to PRESENT
Phone Number: 800-224-6602 Fax Number:

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 4-26-12

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

April 24, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

We are writing regarding your claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your eligibility for continued benefits. Please complete and return the following form(s):

- Insured Supplementary Statement
- Authorization
- Treating Medical Professional Form

This information must be returned to our office no later than 5/24/12 to avoid interruption of your Long Term Disability benefits.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lindsey Kass
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

*Law Offices*
H. LYNN SHOEMAKER
*Attorney at Law*

H. LYNN SHOEMAKER

223 BROAD STREET
KINGSPORT, TENNESSEE 37660
TELEPHONE 423-247-7171
FACSIMILE 423-247-6294

DATE: April 5, 2012

**FACSIMILE INSTRUCTIONS**

PLEASE DELIVER THE FOLLOWING PAGES TO: Lincoln Financial
ATTN: Sheila Linpach

877-843-3950

THIS TRANSMISSION IS FROM: Cindy

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 2

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL!

**MESSAGE:** RE: ARNOLD DIXON
Claim No. 1110329464

Please find copy of Receipt of Request for Hearing filed April 5, 2012.

Thank You

Social Security Online

# Disability Appeal

www.socialsecurity.gov

Name: **Arnold L Dixon, Jr.**
SSN:

## Print your reentry number and receipt

To print or save this page, please use your browser's Print button or File menu commands.

You have completed the initial portion of your disability appeal. You have provided enough information to obtain a receipt and reentry number. Your reentry number allows you to continue the appeal later if you cannot proceed at this time.

During the next, and final, part of the disability appeal process, we will ask you to provide information on your medical condition. This information is necessary to make a medical decision on your appeal. We recommend you complete your appeal now. **Select "Next" to continue.**

**Your reentry number is:**

**27238955**

To continue with this appeal later, go to www.socialsecurity.gov/disability/appeal and select "Go Back to the Appeal You Already Started."

Guard your reentry number carefully because you must have it to reenter the appeal. Do not put it where an unauthorized person can see it.

Social Security employees cannot access your reentry number.

### Receipt of Request for Hearing

We received your Request for a hearing by Administrative Law Judge on April 5, 2012, at 10:57:47 am Eastern Time.

This is your receipt for the request portion of your appeal. Contact Social Security within ten days after April 5, 2012 if any of the information below is not correct.

Claimant's name is Arnold L Dixon, Jr.. The Claimant's mailing address is The Claimant's phone number is

**Kass, Lindsey**

**From:** Kass, Lindsey
**Sent:** Monday, April 02, 2012 8:31 AM
**To:** 'Arnold Dixon'
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hi Arnold,

Thank you for letting me know and keeping me posted.

Have a great week.

~Lindsey

---

**From:** Arnold Dixon [mailto:
**Sent:** Saturday, March 31, 2012 1:02 PM
**To:** Kass, Lindsey
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hey Lindsey,

Just wanted to let you know the results of the stimulator. I went back to the doctor after having the stimulator in for about a week and the results weren't as good as I had hoped for. The stimulator helped relieve me of my pain for a period but almost as soon as I turned it off the pain was back and I still had to take my medication. There was also some other problems with it making me feel jittery and anxious sort of, it's really hard to describe but it wasn't a good feeling at all. As a result of this it was determined by myself and my doctor it would be best to not have it inserted on a permanent basis.

Arnold

---

**From:** Arnold Dixon [mailto:
**Sent:** Tuesday, March 13, 2012 10:19 PM
**To:** 'Kass, Lindsey'
**Subject:** RE: Lincoln Financial Group - LTD Claim

Thanks Lindsey

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, March 13, 2012 11:45 AM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hi Arnold,

Thank you for letting me know about the dorsal stimulator.

It appears that the Social Security department did receive your forms last week.

Thanks!

Lindsey

---

**From:** Arnold Dixon [mailto:
**Sent:** Tuesday, March 13, 2012 10:34 AM
**To:** Kass, Lindsey
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hey Lindsey,

I just wanted to let you know on Friday the 9th I had a Dorsal Stimulator inserted in my back for a trial run to see if it will help manage the pain stemming from my neuropathy. I will have it for 7-10 days and if I think it helps it will be put in permanently. I will let you know how it affects me and what decision I make. Please let me know if you have any questions.

Also, I faxed a form in concerning my social security last week. Could you please let me know if you received it or not?

Thanks,
Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, February 07, 2012 2:10 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group - LTD Claim

You are welcome. Happy to help!

Take care,
Lindsey

---

**From:** Arnold Dixon [mailto:
**Sent:** Tuesday, February 07, 2012 1:05 PM
**To:** Kass, Lindsey
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hey Lindsey,

Yes I understand now. I understood the $1,054 is what I was underpaid but I thought all of it went towards my STD. I understand now it is to not only make up for the taxes that were withheld mistakenly but also my payment from the 1-15 through the 2-5 I believe.

Thanks for the help,

Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, February 07, 2012 1:25 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hi Arnold,

The $1,054 was what you were underpaid. We had to offset for what you were paid with the first deposit in the amount of $798.08 plus the overlap days of Short Term and taxes taken out. You are all paid correctly up to date. Your next benefit direct deposit is due to be released on 2/29/12 in the amount of $2,537.50 and this will be your full benefit month with no offsets.

Let me know if that still doesn't make sense.

Thanks!

---

**From:** Arnold Dixon [mailto:
**Sent:** Tuesday, February 07, 2012 11:42 AM
**To:** Kass, Lindsey
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hey Lindsey,

I must have misunderstood. I thought I was to get a full month benefit plus the $1054 that I was underpaid. Is that not correct?

Thanks,

Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, February 07, 2012 8:35 AM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hi Arnold,

I show on my side that your direct deposit was released on 2/2/12. It can take anywhere from 24 – 48 hours for the deposit to be into your account and with the weekend in there, I would imagine it would be in there by today.

Let me know if you don't see it in there by Friday.

Thanks!
Lindsey

---

**From:** Arnold Dixon [mailto:
**Sent:** Monday, February 06, 2012 6:17 PM
**To:** Kass, Lindsey
**Subject:** FW: Lincoln Financial Group - LTD Claim

Hey Lindsey,

I have been watching my claims status on the Lincoln website and I have noticed that the check for my monthly benefit hasn't be processed yet. The letter you sent me says it will be issued for direct deposit on 2-2-12. I just wanted to make sure something isn't wrong as I have a mortgage payment I need to make in a few days.

Thanks,

Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Wednesday, January 25, 2012 1:38 PM
**To:**
**Subject:** Lincoln Financial Group - LTD Claim

Hi Arnold,

Attached is your revised approval letter.

Please let me know if you have any further questions.

Thanks!
Lindsey

**Lindsey Kass**
**Associate LTD Benefits Specialist**
**Omaha Disability Claims**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765
Phone: 402-361-7980
Fax: 402-361-1435
Email: lindsey.kass@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of

companies. This E-mail is intended solely for the use of the
individual or entity to
which it is addressed. If you are not the intended recipient of this
E-mail, you are
hereby notified that any dissemination, distribution, copying, or
action taken in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please
notify the
sender immediately and permanently delete the original and any copy of
this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments
may contain
Lincoln National Corporation proprietary information, which is
privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation
family of
companies. This E-mail is intended solely for the use of the
individual or entity to
which it is addressed. If you are not the intended recipient of this
E-mail, you are
hereby notified that any dissemination, distribution, copying, or
action taken in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please
notify the
sender immediately and permanently delete the original and any copy of
this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments
may contain
Lincoln National Corporation proprietary information, which is
privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation
family of
companies. This E-mail is intended solely for the use of the
individual or entity to
which it is addressed. If you are not the intended recipient of this
E-mail, you are

hereby notified that any dissemination, distribution, copying, or
action taken in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please
notify the
sender immediately and permanently delete the original and any copy of
this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments
may contain
Lincoln National Corporation proprietary information, which is
privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation
family of
companies. This E-mail is intended solely for the use of the
individual or entity to
which it is addressed. If you are not the intended recipient of this
E-mail, you are
hereby notified that any dissemination, distribution, copying, or
action taken in
relation to the contents of and attachments to this E-mail is strictly
prohibited
and may be unlawful. If you have received this E-mail in error, please
notify the
sender immediately and permanently delete the original and any copy of
this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments
may contain
Lincoln National Corporation proprietary information, which is
privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation
family of
companies. This E-mail is intended solely for the use of the
individual or entity to
which it is addressed. If you are not the intended recipient of this
E-mail, you are
hereby notified that any dissemination, distribution, copying, or
action taken in
relation to the contents of and attachments to this E-mail is strictly
prohibited

and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

*Law Offices*
H. LYNN SHOEMAKER
*Attorney at Law*

H. LYNN SHOEMAKER

223 BROAD STREET
KINGSPORT, TENNESSEE 37660
TELEPHONE 423-247-7171
FACSIMILE 423-247-6294

DATE: March 19, 2012

**FACSIMILE INSTRUCTIONS**

PLEASE DELIVER THE FOLLOWING PAGES TO: Lincoln Financial
ATTN: Sheila Linpach

877-843-3950

THIS TRANSMISSION IS FROM: Cindy

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 1

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL!

**MESSAGE:** RE: ARNOLD DIXON
Claim No. 1110329464

Our office has been retained by Mr. Dixon regarding his Social Security disability case. We will be requesting Mr. Dixon's hearing and will forward receipt of filing to your office.

Thank You

**Kass, Lindsey**

**From:** Arnold Dixon [
**Sent:** Tuesday, March 13, 2012 10:34 AM
**To:** Kass, Lindsey
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hey Lindsey,

I just wanted to let you know on Friday the 9th I had a Dorsal Stimulator inserted in my back for a trial run to see if it will help manage the pain stemming from my neuropathy. I will have it for 7-10 days and if I think it helps it will be put in permanently. I will let you know how it affects me and what decision I make. Please let me know if you have any questions.

Also, I faxed a form in concerning my social security last week. Could you please let me know if you received it or not?

Thanks,
Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, February 07, 2012 2:10 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group - LTD Claim

You are welcome. Happy to help!

Take care,
Lindsey

---

**From:** Arnold Dixon [mailto:
**Sent:** Tuesday, February 07, 2012 1:05 PM
**To:** Kass, Lindsey
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hey Lindsey,

Yes I understand now. I understood the $1,054 is what I was underpaid but I thought all of it went towards my STD. I understand now it is to not only make up for the taxes that were withheld mistakenly but also my payment from the 1-15 through the 2-5 I believe.

Thanks for the help,

Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, February 07, 2012 1:25 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hi Arnold,

The $1,054 was what you were underpaid. We had to offset for what you were paid with the first deposit in the amount of $798.08 plus the overlap days of Short Term and taxes taken out. You are all paid correctly up to date. Your next benefit direct deposit is due to be released on 2/29/12 in the amount of $2,537.50 and this will be your full benefit month with no offsets.

Let me know if that still doesn't make sense.

Thanks!

---

**From:** Arnold Dixon [mailto:
**Sent:** Tuesday, February 07, 2012 11:42 AM
**To:** Kass, Lindsey
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hey Lindsey,

I must have misunderstood. I thought I was to get a full month benefit plus the $1054 that I was underpaid. Is that not correct?

Thanks,

Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Tuesday, February 07, 2012 8:35 AM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group - LTD Claim

Hi Arnold,

I show on my side that your direct deposit was released on 2/2/12. It can take anywhere from 24 – 48 hours for the deposit to be into your account and with the weekend in there, I would imagine it would be in there by today.

Let me know if you don't see it in there by Friday.

Thanks!
Lindsey

---

**From:** Arnold Dixon [mailto:
**Sent:** Monday, February 06, 2012 6:17 PM
**To:** Kass, Lindsey
**Subject:** FW: Lincoln Financial Group - LTD Claim

Hey Lindsey,

I have been watching my claims status on the Lincoln website and I have noticed that the check for my monthly

benefit hasn't be processed yet. The letter you sent me says it will be issued for direct deposit on 2-2-12. I just wanted to make sure something isn't wrong as I have a mortgage payment I need to make in a few days.

Thanks,

Arnold

---

**From:** Kass, Lindsey [mailto:Lindsey.Kass@lfg.com]
**Sent:** Wednesday, January 25, 2012 1:38 PM
**To:**
**Subject:** Lincoln Financial Group - LTD Claim

Hi Arnold,

Attached is your revised approval letter.

Please let me know if you have any further questions.

Thanks!
Lindsey

**Lindsey Kass**
**Associate LTD Benefits Specialist**
**Omaha Disability Claims**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 800-423-2765
Phone: 402-361-7980
Fax: 402-361-1435
Email: lindsey.kass@lfg.com

**Hello future.®**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the

individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or

action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

Form Approved
OMB No. 0960-0566

Social Security Administration
Consent for Release of Information

TO: Social Security Administration

ARNOLD L. DIXON JR.
Name Date of Birth Social Security Number

I authorize the Social Security Administration to release information or records about me to:

**The Lincoln National Life Insurance Company 8801 Indian Hills Drive, Omaha, NE 68114-4066**

I want this information released because:

Information is needed to properly adjudicate the disability income claim under policy no.__________
And to accurately calculate the disability benefit.

(There may be a charge for releasing information.)

Please release the following information:

___ Social Security Number
___ Identifying information (includes date and place of birth, parents' names)
X Monthly Social Security benefit amount
___ Monthly Supplemental Security Income payment amount
X ~~Information about benefits/payments I received from~~ ______ to ______
___ Information about my Medicare claim/coverage from ______ to ______
(specify) ______
___ Medical records
___ Record(s) from my file (specify)______
X Other (specify) FACT QUERY, AACT QUERY, MBR, SEQY, PEBE, DEQY

I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees. I understand the Summary Earnings Query contains a history of my earnings reported to my Social Security record by the IRS.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: Arnold L. Dixon Jr.
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 3-6-12 Relationship: ______

Form SSA-3288 (3-2005) EF (3-2005)

*Sullivan County Clerks Office*
225 W. Center St.
Kingsport, TN 37660
Phone 423-224-1790
Fax 423-224-1791

# FAX COVER SHEET

**To:** Lincoln Financial Group

**Fax #:** 1-877-843-3950

**Phone:**

**From:** Arnold Dixon

**Date:** 3/8/12

**Pages:** 2

**Comments:**

Lincoln Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 004000030020270b Claim No. 1120006734 Disability Date 7-9-11

Issued To: ARNOLD L. DIXON JR. Address

Claimant: ARNOLD L. DIXON JR. Address SAME

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☒ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Not withstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| Arnold L. Dixon Jr. (Insured) | Calley Dixon (Witness) |
| (Address) | SAME (Address) |
| 3-6-12 (Date) | 3-6-12 (Date) |

*Sullivan County Clerks Office*
225 W. Center St.
Kingsport, TN 37660
Phone 423-224-1790
Fax 423-224-1791

# FAX COVER SHEET

To: Lincoln Financial Group

Fax #: 1-877-843-3950

Phone:

From: Arnold Dixon

Date: 3/8/12

Pages: 2

Comments:

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company (Herein Referred to as "we" and "us")
8801 Indian Hills Drive
Omaha, NE 68114

Policy Number: 004000030020706 Claim No. 1120006734 Disability Date 7-9-11

Issued To: ARNOLD L. DIXON JR. Address

Claimant: ARNOLD L. DIXON JR. Address SAME

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☒ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Not withstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

| | |
|---|---|
| [signature] (Insured) | [signature] (Witness) |
| (Address) | SAME (Address) |
| 3-6-12 (Date) | 3-6-12 (Date) |

Form Approved
OMB No. 0960-0566

Social Security Administration
Consent for Release of Information

TO: Social Security Administration

ARNOLD L. DIXON JR.
Name Date of Birth Social Security Number

I authorize the Social Security Administration to release information or records about me to:

**The Lincoln National Life Insurance Company 8801 Indian Hills Drive, Omaha, NE 68114-4066**

I want this information released because:

Information is needed to properly adjudicate the disability income claim under policy no.__________
And to accurately calculate the disability benefit.

(There may be a charge for releasing information.)

Please release the following information:

___ Social Security Number
___ Identifying information (includes date and place of birth, parents' names)
X Monthly Social Security benefit amount
___ Monthly Supplemental Security Income payment amount
X ~~Information about benefits/payments I received from~~ ______ to ______
___ Information about my Medicare claim/coverage from ______ to ______
(specify) ______
___ Medical records
___ Record(s) from my file (specify)______
X Other (specify) FACT QUERY, AACT QUERY, MBR, SEQY, PEBE, DEQY

I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees. I understand the Summary Earnings Query contains a history of my earnings reported to my Social Security record by the IRS.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: [signature]
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 3-6-12 Relationship: ______

Form SSA-3288 (3-2005) EF (3-2005)

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 15, 2012

ARNOLD DIXON

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

RE: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

On 1/17/12 we sent you a SSA authorization and a Disability Payment Option form and asked you to sign and return them to our office within 30 days. As of the above date, we have not received the forms. Another copy of both these forms is enclosed for your convenience.

It is important that you return this information by 3/17/12 in order to prevent your Long-Term Disability benefits from being affected. If we do not receive the requested information by 3/17/12, we will begin to reduce your monthly Long-Term Disability benefits with a Social Security estimate. This estimate would be in the amount of $1,778.00, reducing your Long-Term Disability benefit to $759.50. If you have filed for Social Security Disability Income benefits, please send us proof of filing as soon as possible to prevent this estimate from being placed on your claim.

Please let us know if you were denied Social Security benefits and if you have appealed the determination. In addition, you will need to inform us if you have a Social Security representative. If you do not have a representative, we can assist you with obtaining someone to represent your Social Security Appeal.

Please send the requested information or call us at the number listed above regarding your Social Security status. If you wish, you may fax this information to 1-877-843-3950.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Jason Schiebel
Social Security Specialist
The Lincoln National Life Insurance Company

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 25, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

SARATOGA TECHNOLOGIES INC
ATTN WHITNEY STRANGE
101 MED TECH PARKWAY, SUITE 307
JOHNSON CITY TN 37604

**REVISED**

Re: Policy Number: 00040000300202706
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Ms. Strange:

This letter is to inform you of the Long Term Disability claim filed by Mr. Dixon has been approved beginning on 1/5/12.

A detailed letter has been sent to Mr. Dixon explaining how the benefits are administered. Due to the confidential nature of the approval documentation, we are unable to provide you with a copy of the actual letter sent.

Please notify us immediately should the employee return to work.

The LTD waiver of premium is effective on 2/1/12.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lindsey Kass
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 25, 2012

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

**REVISED**

Re: Policy Number: 00040000300202706
Claim Number: 1120006734

Dear Mr. Dixon:

This letter is to advise your claim for Long-Term Disability benefits has been approved.

This policy has a 180 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 1/5/12. Your first benefit payment will cover the period of disability from 1/5/12 to 2/5/12. Your payment will be issued as a direct deposit on 2/2/12. It may take 2-3 days for the payment to be deposited into your account.

**YOUR BENEFIT AMOUNT**

The information provided to our office reports your basic monthly earnings as $4,229.16. Your benefit will equal 60% of your basic monthly earnings, subject to a maximum benefit of $6,000.00 per month, minus other sources of income. Please see the "Other Sources of Income" portion of this letter for further explanation.

Based on your reported basic monthly earnings, your benefit will equal $2,537.50. However, the initial benefit payment has been coordinated with your STD benefits which terminated on 1/14/12.

Long Term Disability benefits are usually paid once per month, so you can expect to receive your disability benefits by the 5th of each month. A disability benefit will be released each month as long as you remain eligible by the terms of this policy.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short-Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined by your policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

Your policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

This policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

Either you, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals.

To aid in this endeavor, we are asking that you complete the enclosed Rehabilitation Survey and return it to our office within the next 30 days.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lindsey Kass
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and i

January 17, 2012

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

RE: Policy Number: 00001014686700000
Claim Number: 1120006734

Dear Mr. Dixon:

When receiving long-term disability (LTD) benefits, claimants who are considered likely to receive Other Income benefits, such as Social Security Disability Income benefits (SSDI), are requested to apply for such benefits. Additionally, claimants are expected to keep Lincoln Financial Group (LFG) notified of the application status through all Social Security Administration (SSA) levels, if necessary. This includes informing our office about any SSA decisions and status updates. After review of your claim information, we believe that you are a good candidate for SSDI benefits and are likely to meet their eligibility guidelines.

Please review the enclosed financial advantage worksheet that will outline the many SSDI benefits that may be available to both you and your family members.

<u>Our Pledge To You:</u>

Lincoln Financial Group would like to offer Social Security coordination services to you. This assistance includes legal representation through an independent law firm who specializes in SSDI eligibility and claim handling. The SSA may have long delays in making a final award decision and the process can be complex. LFG's Social Security Specialists and independent lawyers serve as the resource between you and the SSA through the duration of the SSDI process.

You soon will be contacted by one of our Social Security Specialists or a representative from **The Social Security Law Group, (800) 603-7754** to help discuss your application options and answer any questions you may have. Please feel free to contact this firm directly to begin any discussions at your convenience. Be assured that in most cases there are no costs associated with this service. Though SSLG's assistance is optional, LFG recommends their help and representation through the entire SSDI claim process. We have enclosed their brochure and some additional materials to help supply you with detailed information about their firm and available services.

SSDI & Disability Benefits:

If you are approved for SSDI benefits, your LTD benefit will be reduced by the amount you receive for you and any dependents. This benefit offset is in accordance with the provisions of your policy. Additionally, please note that SSDI may be awarded in a lump sum payment for retroactive SSA benefits that you are owed. If you receive your full LTD payment throughout the SSA's review, your LTD claim will have had benefits advanced (overpaid), in some cases by thousands of dollars. Please note that the SSA award decision is independent of our claim decision; receiving one benefit does not guarantee receipt and/or duration of the other. Both of these benefits and organizations use different eligibility guidelines to make their initial and on-going determinations.

Payment Options and Estimated Award Amounts:

We have enclosed a Disability Payment Option form that offers you two choices:

**OPTION 1**: To avoid a potential overpayment by full LTD benefits being advanced, we can estimate the monthly amount you will receive in SSDI benefits and reduce your LTD benefit by this monthly estimate amount. This helps prevent large overpayments and allows you to keep all or most of your lump sum SSDI award.

We estimate that your SSDI benefits would be $1778.00 per month, beginning January 2012. Any dependent benefits that you may also be eligible for would be an additional 50% of your monthly SSDI benefit.

**OPTION 2**: We can continue to pay your full LTD benefits until SSA approves your claim. Remember, if this option is chosen, you will be required to pay back LFG any past due amounts that were overpaid once the award amounts and calculations have been verified. (Please note that the legal representation's services can also help you with the repayment delivery methods that can offer you additional cost savings.)

LFG Required Forms:

Please indicate on the Disability Payment Option ( #GLC-01767) form which option that you prefer (as described above). Then, please sign, date, and return the form to our office. Also enclosed is a SSA authorization (#SSA-3288) that you will need to complete and return. This authorization will allow LFG to obtain SSDI updates on your claim without involvement on your part, regardless of any representation service.

SSLG forms:

We have also enclosed copies of the Attorney/Client: Memorandum of Understanding & Fee Arrangement, SSA-1696 Appointment of Representation, Authorization for Release of Long Term Disability File and Authorization to Release Social Security Information to Lincoln Financial forms for you to sign and return which will allow an attorney from The

Social Security Law Group to assist you with your Social Security disability application and/or appeal.

For your convenience, we have enclosed one return envelope that you can return all enclosed forms to easily. These forms need returned no later than 2/17/2012.

If you have any questions or need any additional assistance, please feel free to contact our office at the number listed above.

Sincerely,

Lori Jones,
Social Security Specialist
The Lincoln National Life Insurance Company

SOCIAL SECURITY ADVOCATES FOR THE DISABLED®

SSLG®

When Results Matter

BIMS®

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 13, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

SARATOGA TECHNOLOGIES INC
ATTN WHITNEY STRANGE
101 MED TECH PARKWAY, SUITE 307
JOHNSON CITY TN 37604

Re: Policy Number: 000010146867000000
Claim Number: 1120006734
Claimant: Arnold Dixon

Dear Ms. Strange:

This letter is to inform you of the Long Term Disability claim filed by Mr. Dixon has been approved beginning on 10/7/11.

A detailed letter has been sent to Mr. Dixon explaining how the benefits are administered. Due to the confidential nature of the approval documentation, we are unable to provide you with a copy of the actual letter sent.

The LTD waiver of premium is effective on 11/1/11.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lindsey Kass
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

January 13, 2012

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 000010146867000000
Claim Number: 1120006734

Dear Mr. Dixon:

This letter is to advise your claim for Long-Term Disability benefits has been approved.

This policy has a 90 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 10/7/11. Your first benefit payment will cover the period of disability from 10/7/11 to 1/7/11. Your payment will be issued as a direct deposit on 1/12/12. It may take 2-3 days for the payment to be deposited into your account.

**YOUR BENEFIT AMOUNT**

The information provided to our office reports your basic monthly earnings as $4,229.16. Your benefit will equal 66.67% of your basic monthly earnings, subject to a maximum benefit of $6,000.00 per month, minus other sources of income. Please see the "Other Sources of Income" portion of this letter for further explanation.

Based on your reported basic monthly earnings, your benefit will equal $2,819.58. However, the initial benefit payment has been coordinated with your STD benefits which terminate on 1/14/12.

Long Term Disability benefits are usually paid once per month, so you can expect to receive your disability benefits by the 7th of each month. A disability benefit will be released each month as long as you remain eligible by the terms of this policy.

In addition to your base monthly benefit, your policy contains a "Family Care Expense Benefit." This benefit provides an additional monthly benefit as a reimbursement for any family care costs you may have incurred while you are out on disability. To be eligible for this additional benefit you must satisfy the guidelines as defined by the contract language and have incurred family care expenses.

The information provided to our office indicates that you are not eligible and/or have not incurred family care expenses. Therefore you are not eligible for the "Family Care Expense Benefit."

If you disagree with the information provided to our office, please submit proof of eligibility and/or incurred expenses within 30 days.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short-Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 60 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined by your policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

Your policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

This policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

Either you, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals.

To aid in this endeavor, we are asking that you complete the enclosed Rehabilitation Survey and return it to our office within the next 30 days.

**FIT, FICA AND DIRECT DEPOSIT**

All or part of your benefits are taxable and could be subject to Federal Income Tax (FIT). You can have FIT deducted from your monthly benefits if you wish to do so. Please complete the enclosed W-4S form to show the exact dollar amount you would like withheld each month and return it to our office. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Even if you indicated this election on your claim form, we will not be able to begin withholding FIT until we receive the completed W-4S form.

Your Long Term Disability benefit is 100% taxable; therefore, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your benefit is deposited directly into your bank account on the date it is due each month. You will need to complete the enclosed form and return it to our office to initiate the direct deposit. Please make sure the account and routing numbers provided on the form are legible. If you wish, you may also provide our office with a voided check to ensure the correct information is used to establish the electronic funds transfer. Alternatively, you may also sign up for direct deposit on our website, www.jpfic.com. If you choose to register for direct deposit via the website, please note benefits must be payable to you.

**PROGRESSIVE INCOME BENEFIT**

During our review, we have determined that you are not eligible for the Progressive Income Benefit. The Progressive Income Benefit is offered as an additional benefit on your LTD policy. The decision to deny the Progressive Income Benefit does not affect our decision to approve your LTD claim.

To be eligible for the Progressive Income Benefit under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes but is not limited to the following:

> **"Loss of Activities of Daily Living"** means that, due to an Injury or Sickness, \the Insured Employee has lost the ability to safely and completely perform **two or more** of the following six Activities of Daily Living without another person's active, hands-on help with all or most of the activity.
>
> The six Activities of Daily Living are:
> 1. **Bathing** - washing self in a tub, in a shower or by sponge bath; with or without equipment.
> 2. **Dressing** - putting on, taking off, fastening or unfastening garments, any medically necessary braces, or any artificial limbs normally worn.

3. **Toileting** - getting to, from, on and off toilet; and performing related personal hygiene.
4. **Transferring** - moving in and out of bed, chair or any wheelchair; with or without equipment such as canes, walkers, crutches, grab bars, other support devices, or mechanical or motorized devices.
5. **Continence** - voluntarily maintaining control of bladder and bowel function; or performing related personal hygiene, including care of any catheter or colostomy bag, if not continent.
6. **Eating** - once food is prepared and made available, getting nourishment into one's body by any means. This includes eating from a table, tray or container (such as a bowl or cup); or using special equipment (such as a feeding tube or intravenous tube).

**"Cognitive Impairment"** means that due to an Injury or Sickness, the Insured Employee:

1. has suffered a permanent deterioration or loss of cognitive or intellectual capacity; and

2. requires another person's active, hands-on help or verbal cues to prevent harm to self or others, due to that impairment.

**<u>Information reviewed and action taken</u>**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the requirements as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes the following:

- Attending Physician Statement completed by Dr. William Williams on 6/29/11

According to the information contained in your claim file, you stopped working on 7/9/11 due to a diagnosis of peripheral neuropathy.

Dr. Williams completed the Attending Physician Statement on 6/29/11, on which he stated your current restrictions and limitations at that time were unable to stand or ambulate.

**<u>Summary</u>**

In summary, the medical documentation contained in your claim file does not support a loss of 2 or more Activities of Daily living as defined by this policy.

The current medical documentation we have on file does not state you have lost the ability to safely and completely perform two or more of the above six Activities of Daily Living without another person's active, hands-on help with all or most of the activity.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

If you wish, you may request copies of the pertinent documents upon which our decision was based, prior to submitting a formal appeal.

You, your attorney or a person legally authorized as your representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 180 days after you receive this denial notice. We will then provide you with a full written explanation of the decision within 45 days of receipt of your appeal.

Risk Services –
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Your request for an appeal needs to include the following:

- A letter of appeal outlining the reason(s) for your appeal.
- Please include your policy number and claim number.
- Medical records to support your appeal such as office and treatment notes, laboratory results, x-rays and testing results.
- If you have no medical records to submit, but would like for us to review your claim again with the information currently in file, please state this in your letter of appeal.

You and your plan may have other voluntary alternative dispute resolution options, such as mediation, if your plan is subject to ERISA. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lindsey Kass
Associate LTD Benefit Specialist
The Lincoln National Life Insurance Company

**Roszelle, Michael**

**From:** LFGAppeals
**Sent:** Tuesday, January 5, 2021 4:39 PM
**To:** entrprserip
**Subject:** FW: LTD Appeal 1120006734 (secure)

---

**From:** Booth, Jeff
**Sent:** Tuesday, January 5, 2021 9:38:51 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: LTD Appeal 1120006734 (secure)


**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Tuesday, January 5, 2021 2:06 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal 1120006734 (secure)

Ok, I would have responded earlier but I tested positive for COVID and have been unable to do much of anything the last couple weeks.

Thank you,

Arnold

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, January 5, 2021 2:56 PM
**To:** Arnold Dixon
**Subject:** RE: LTD Appeal 1120006734 (secure)

This message was sent securely using Zix®

Arnold,

At this point our physician contractually cannot speak with her. She can call me if she needs information as to what we review for. Due to HIPPA I can only speak in general terms. Medical records are the most important information.

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, January 5, 2021 1:45 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal 1120006734 (secure)

What number should I give her to call?

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, January 4, 2021 4:54 PM
**To:** Arnold Dixon
**Subject:** RE: LTD Appeal 1120006734 (secure)

This message was sent securely using Zix®

Arnold,

I received your letter. I did not see any calls from your physician, but medical records or notes regarding specific restrictions and limitations would be most telling.

Thank you

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Arnold Dixon <
**Sent:** Monday, January 4, 2021 3:16 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Jeff,

I am attaching a letter to this in hopes it will make a difference in their decision. Could you see that the appropriate people get it. Also do you know whether my doctor was able to talk to anyone or not?

Thanks,

Arnold

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, December 15, 2020 12:50 PM
**To:**
**Subject:** LTD Appeal (secure)

This message was sent securely using Zix®

Mr. Dixon

Attached is the information that we spoke about on the phone this morning.

Thank you,

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, January 5, 2021 2:56 PM |
| **To:** | entrprserip |
| **Subject:** | FW: LTD Appeal 1120006734 (secure) |

---

**From:** Booth, Jeff
**Sent:** Tuesday, January 5, 2021 7:56:14 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: LTD Appeal 1120006734 (secure)


**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Tuesday, January 5, 2021 1:54 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal 1120006734 (secure)

Jeff,

I called her and gave them your number and explained if she could go into more detail of the restrictions and limitations that she listed in her report.  Hopefully she will call.

Thank you

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, January 4, 2021 4:54 PM
**To:** Arnold Dixon
**Subject:** RE: LTD Appeal 1120006734 (secure)

This message was sent securely using Zix®

Arnold,

I received your letter. I did not see any calls from your physician, but medical records or notes regarding specific restrictions and limitations would be most telling.

Thank you


**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Monday, January 4, 2021 3:16 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal (secure)


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hello Jeff,

I am attaching a letter to this in hopes it will make a difference in their decision. Could you see that the appropriate people get it. Also do you know whether my doctor was able to talk to anyone or not?

Thanks,

Arnold

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, December 15, 2020 12:50 PM
**To:**
**Subject:** LTD Appeal (secure)


This message was sent securely using Zix®


Mr. Dixon

Attached is the information that we spoke about on the phone this morning.

Thank you,

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Tuesday, January 5, 2021 2:56 PM
**To:** entrprserip
**Subject:** FW: LTD Appeal 1120006734 (secure)

---

**From:** Booth, Jeff
**Sent:** Tuesday, January 5, 2021 7:55:45 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Arnold Dixon
**Subject:** RE: LTD Appeal 1120006734 (secure)

Arnold,

At this point our physician contractually cannot speak with her. She can call me if she needs information as to what we review for. Due to HIPPA I can only speak in general terms. Medical records are the most important information.


**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Tuesday, January 5, 2021 1:45 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal 1120006734 (secure)

What number should I give her to call?

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, January 4, 2021 4:54 PM
**To:** Arnold Dixon
**Subject:** RE: LTD Appeal 1120006734 (secure)

This message was sent securely using Zix®

Arnold,

I received your letter. I did not see any calls from your physician, but medical records or notes regarding specific restrictions and limitations would be most telling.

Thank you

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Arnold Dixon <
**Sent:** Monday, January 4, 2021 3:16 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Jeff,

I am attaching a letter to this in hopes it will make a difference in their decision. Could you see that the appropriate people get it. Also do you know whether my doctor was able to talk to anyone or not?

Thanks,

Arnold

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, December 15, 2020 12:50 PM
**To:**
**Subject:** LTD Appeal (secure)

This message was sent securely using Zix®

Mr. Dixon

Attached is the information that we spoke about on the phone this morning.

Thank you,

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Monday, January 4, 2021 4:54 PM
**To:** entrprserip
**Subject:** FW: LTD Appeal 1120006734 (secure)

---

**From:** Booth, Jeff
**Sent:** Monday, January 4, 2021 9:53:38 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Arnold Dixon
**Subject:** RE: LTD Appeal 1120006734 (secure)

Arnold,

I received your letter. I did not see any calls from your physician, but medical records or notes regarding specific restrictions and limitations would be most telling.

Thank you

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Arnold Dixon <
**Sent:** Monday, January 4, 2021 3:16 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Jeff,

I am attaching a letter to this in hopes it will make a difference in their decision. Could you see that the appropriate people get it. Also do you know whether my doctor was able to talk to anyone or not?

Thanks,

Arnold

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, December 15, 2020 12:50 PM
**To:**
**Subject:** LTD Appeal (secure)

This message was sent securely using Zix®

Mr. Dixon

Attached is the information that we spoke about on the phone this morning.

Thank you,

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Monday, January 4, 2021 4:52 PM
**To:** entrprserip
**Subject:** FW: LTD Appeal 1120006734 (secure)
**Attachments:** Appeal Letter 1-4-21.doc

---

**From:** Booth, Jeff
**Sent:** Monday, January 4, 2021 9:51:54 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: LTD Appeal 1120006734 (secure)




**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Monday, January 4, 2021 3:16 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal (secure)


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hello Jeff,

I am attaching a letter to this in hopes it will make a difference in their decision. Could you see that the appropriate people get it. Also do you know whether my doctor was able to talk to anyone or not?

Thanks,

Arnold

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, December 15, 2020 12:50 PM
**To:**
**Subject:** LTD Appeal (secure)

This message was sent securely using Zix®

Mr. Dixon

Attached is the information that we spoke about on the phone this morning.

Thank you,

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**From:** LFGAppeals
**Sent:** Wednesday, December 23, 2020 9:07 AM
**To:** entrprserip
**Subject:** FW: LTD Appeal 1120006734 (secure)

---

**From:** Booth, Jeff
**Sent:** Wednesday, December 23, 2020 2:07:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: LTD Appeal 1120006734 (secure)

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, December 22, 2020 3:46 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: LTD Appeal (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Jeff,

I just wanted to let you know that my doctors office called to get the phone number that they need to call. I gave them yours so hopefully they can either talk to you or you can give them the correct number that they need to call. I just wanted to give you a heads up.

Thanks,
Arnold

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, December 15, 2020 12:50 PM
**To:**
**Subject:** LTD Appeal (secure)

This message was sent securely using Zix®

Mr. Dixon

Attached is the information that we spoke about on the phone this morning.

Thank you,

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**Roszelle, Michael**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, December 15, 2020 12:50 PM |
| **To:** | entrprserip |
| **Subject:** | FW: LTD Appeal (secure) |
| **Attachments:** | Peer Report.pdf; Peer clarification.pdf; TSA.pdf; Letter.pdf |

---

**From:** Booth, Jeff
**Sent:** Tuesday, December 15, 2020 5:50:12 PM (UTC+00:00) Monrovia, Reykjavik
**To:**
**Subject:** LTD Appeal (secure)

Mr. Dixon

Attached is the information that we spoke about on the phone this morning.

Thank you,

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Roszelle, Michael**

**From:** Disability Claims
**Sent:** Thursday, December 10, 2020 7:04 PM
**To:** entrprserip
**Subject:** FW: (secure) Please add to claim file
**Attachments:** Dixon5433ArnoldTSA1.pdf

---

**From:** Thomas, Brandy
**Sent:** Thursday, December 10, 2020 7:03:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Booth, Jeff
**Subject:** (secure) Please add to claim file

**For Disability Claims**
**Please add to:**
**Claim number – 1120006734/Arnold Dixon**
**Business Area GPDISCLMS**
**Source Type- VOCRHBG**
**Source Identifier- VOCR- VOC OTHER**
**Provider – TSA**

**Brandy Thomas, MA,CRC**
Consultant, Quality Assurance

**Lincoln Financial Group**
1600 Riveredge Pkwy
Suite 130
Atlanta, GA 30328

678-295-3209 Office
678-938-7828 Fax

LincolnFinancial.com

**Follow us on:**



## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Monday, December 7, 2020 2:37 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Booth, Jeff
**Sent:** Monday, December 7, 2020 7:36:35 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)


**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Monday, December 7, 2020 12:25 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Ok no problem at all. Hope you had a good time off. Hope to hear from you soon.

Thanks,
Arnold

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, December 7, 2020 10:49 AM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

I apologize for the delay in responding, I have been out of the office. I had to request some additional information from the physician reviewing the file which did come back. Our vocational staff is currently reviewing the file, hopefully I will have an answer later this week or early next week.

Thank you,


**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Friday, December 4, 2020 11:36 AM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hello Jeff,

Not trying to rush anyone at all but I was just checking in to see if you might know approximately when a decision could be made.

Thank you,

Arnold

---

**From:** Jeff Booth [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, November 16, 2020 11:06 AM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jeff Booth**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2665
Fax: 402-501-9321
Email: Jeff.Booth@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to

which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Monday, December 7, 2020 10:49 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Booth, Jeff
**Sent:** Monday, December 7, 2020 3:49:08 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Arnold,

I apologize for the delay in responding, I have been out of the office. I had to request some additional information from the physician reviewing the file which did come back. Our vocational staff is currently reviewing the file, hopefully I will have an answer later this week or early next week.

Thank you,


**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Arnold Dixon <
**Sent:** Friday, December 4, 2020 11:36 AM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hello Jeff,

Not trying to rush anyone at all but I was just checking in to see if you might know approximately when a decision could be made.

Thank you,

Arnold

**From:** Jeff Booth [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, November 16, 2020 11:06 AM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.


**Jeff Booth**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2665
Fax: 402-501-9321
Email: Jeff.Booth@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of

companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Wednesday, December 2, 2020 11:28 AM
**To:** entrprserip
**Subject:** FW: A DIXON 1120006734 - CLARIFICATION REPORT.pdf
**Attachments:** A DIXON 1120006734 - CLARIFICATION REPORT.pdf

---

**From:** Mitilier, Deanna
**Sent:** Wednesday, December 2, 2020 4:27:55 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Cc:** Booth, Jeff
**Subject:** A DIXON 1120006734 - CLARIFICATION REPORT.pdf

Please index as:
Business Area: GPRISKCLMS
Source Type as MEDRECSG
Source Identifier as MEDR – CLARIFICATION REPORT


**Deanna Mitilier**
Medical Records Coordinator
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

800-423-2765 Office
402-361-7527 Desk

**LincolnFinancial.com**

**Follow us on:**


**You're In Charge** SM


Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Tuesday, November 17, 2020 12:42 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Booth, Jeff
**Sent:** Tuesday, November 17, 2020 5:42:05 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Arnold Dixon <
**Sent:** Monday, November 16, 2020 4:13 PM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thank you

---

**From:** Jeff Booth [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, November 16, 2020 11:06 AM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jeff Booth**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2665
Fax: 402-501-9321
Email: Jeff.Booth@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Thursday, November 12, 2020 7:25 AM
**To:** entrprserip
**Subject:** FW: A DIXON 1120006734 - FINAL REPORT.pdf
**Attachments:** A DIXON 1120006734 - FINAL REPORT.pdf

---

**From:** Young, Amy D. (Medical Review)
**Sent:** Thursday, November 12, 2020 12:25:12 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Cc:** Booth, Jeff
**Subject:** A DIXON 1120006734 - FINAL REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT




**Amy D. Young**
Specialist, Medical Records & File Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

800-423-2765 Office
402-361-7041 Mobile

**LincolnFinancial.com**


**Follow us on:**

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Tuesday, October 20, 2020 1:31 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Booth, Jeff
**Sent:** Tuesday, October 20, 2020 5:31:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, October 20, 2020 11:57 AM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

You're welcome, thought you would want to know.

---

**From:** Booth, Jeff [mailto:Jeff.Booth@lfg.com]
**Sent:** Tuesday, October 20, 2020 12:25 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

Thank you for letting me know, I will have to find out why our system pulled that dated in.

**Jeff Booth**
Specialist Claims
Appeals Department

**Lincoln Financial Group**
LincolnFinancial.com

402-361-2665 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, October 20, 2020 10:16 AM
**To:** Booth, Jeff <Jeff.Booth@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Jeff,

Thank you for the confirmation and the phone call yesterday. Just FYI, your letter says you received my info on 12-27-13.

Arnold

---

**From:** Jeff Booth [mailto:Jeff.Booth@lfg.com]
**Sent:** Monday, October 19, 2020 4:16 PM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Jeff Booth**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-2665
Fax: 402-501-9321
Email: Jeff.Booth@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**Roszelle, Michael**

**From:** LFGAppeals
**Sent:** Monday, September 14, 2020 9:00 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Vance, Sherri R.
**Sent:** Monday, September 14, 2020 1:00:09 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)


**Sherri Vance, DIA**
Claims Specialist
Claims Solutions Shared Services
402-361-7970 Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Vance, Sherri R.
**Sent:** Monday, September 14, 2020 8:00 AM
**To:** Arnold Dixon <
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Arnold,

We will allow the additional extension to 10/16/2020. Please submit your appeal to our office by 10/16/2020.

Please let me know if you have any questions.

Thank you,


**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

**From:** Arnold Dixon <
**Sent:** Wednesday, September 9, 2020 9:59 AM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Sherri,

I have been to the doctors and have the tests completed however I have not received the results back and I am still waiting on one more report too. I should get them at anytime and may get them by the 16th but I'm afraid I won't get them in time to meet the deadline. I am sorry to keep dragging this on but everything has just slowed way down and is still not back up to normal. Would it be possible to get one more month extension? Please let me know.

Thank you,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Thursday, July 23, 2020 8:14 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

We will grant the additional extension you requested to 9/16/2020. Please contact our office if you have any further questions.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Wednesday, July 22, 2020 10:06 AM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Sherri,

I finally got a call from my doctors office today and have an appointment scheduled for 8-13-20. I also have another doctors appt next week on the 30th of this month. These should be the last two appointments but I don't know what the extent of them will be so due to the fact that the deadline is 8-16-20 I will probably need to see if I can get it extended a little longer. I would think one more month at the most will do it. Please let me know if this is possible.

Thank you,

Arnold

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Wednesday, May 13, 2020 8:20 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

We will grant the extension to 8/16/2020. If you need additional time beyond 8/16/2020 please contact our office to advise.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 7:45 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

As of right now I would hope so but who knows. If you can do that I will do my best to get everything done but it's kind of out of my hands.

Thanks,
Arnold

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 2:57 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

I completely understand regarding things being shut down. That is the situation all over due to COVID-19.

Do you think 60 days beyond 6/18/2020 would be enough time?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 1:18 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

No sorry I don't, it took me 6 weeks just to see an orthopedic doctor just to be referred to another doctor. I am waiting on 2 more doctors to schedule me now. They've pretty much shut everything down around her unless it's life threatening. Things are starting to open up a bit here but it's still slow, I guess they are taking the more urgent cases first which I can understand. If you can't extend it that's fine, just thought I would ask because it doesn't look like I will be able to get everything done in time due to them being shut down. Our state is still under quarantine at least until the 18th of this month. Even if it is lifted after that I'm sure the hospitals and doctors' offices are still going to be cautious which makes things slower as I'm sure you know.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 8:35 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

The current deadline to submit the appeal is 6/16/2020, which would be 180 days from the date of the prior appeal determination. Do you know how much time you would need beyond 6/16/2020?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Monday, May 11, 2020 1:07 PM

**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I hope this message finds you well during this crazy time. I would like to see it there is any way I can get an extension on my appeal. Due to the COVID-19 pandemic I am having a hard time getting doctor visits and tests scheduled since they are not for life threatening issues. Anything you could do will be appreciated.

Thanks,
Arnold

---

**From:** Sherri Vance [mailto:Sherri.Vance@lfg.com]
**Sent:** Thursday, December 19, 2019 2:31 PM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

## Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are

hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Thursday, July 23, 2020 8:14 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Vance, Sherri R.
**Sent:** Thursday, July 23, 2020 12:13:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Arnold,

We will grant the additional extension you requested to 9/16/2020. Please contact our office if you have any further questions.

Thank you,




**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com


**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Wednesday, July 22, 2020 10:06 AM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Sherri,

I finally got a call from my doctors office today and have an appointment scheduled for 8-13-20. I also have another doctors appt next week on the 30th of this month. These should be the last two appointments but I don't know what the extent of them will be so due to the fact that the deadline is 8-16-20 I will probably need to see if I can get it extended a little longer. I would think one more month at the most will do it. Please let me know if this is possible.

Thank you,

Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Wednesday, May 13, 2020 8:20 AM
**To:** Arnold Dixon

**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

We will grant the extension to 8/16/2020. If you need additional time beyond 8/16/2020 please contact our office to advise.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 7:45 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

As of right now I would hope so but who knows. If you can do that I will do my best to get everything done but it's kind of out of my hands.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 2:57 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

I completely understand regarding things being shut down. That is the situation all over due to COVID-19.

Do you think 60 days beyond 6/18/2020 would be enough time?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 1:18 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

No sorry I don't, it took me 6 weeks just to see an orthopedic doctor just to be referred to another doctor. I am waiting on 2 more doctors to schedule me now. They've pretty much shut everything down around her unless it's life threatening. Things are starting to open up a bit here but it's still slow, I guess they are taking the more urgent cases first which I can understand. If you can't extend it that's fine, just thought I would ask because it doesn't look like I will be able to get everything done in time due to them being shut down. Our state is still under quarantine at least until the 18th of this month. Even if it is lifted after that I'm sure the hospitals and doctors' offices are still going to be cautious which makes things slower as I'm sure you know.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 8:35 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

The current deadline to submit the appeal is 6/16/2020, which would be 180 days from the date of the prior appeal determination. Do you know how much time you would need beyond 6/16/2020?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Monday, May 11, 2020 1:07 PM

**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I hope this message finds you well during this crazy time. I would like to see it there is any way I can get an extension on my appeal. Due to the COVID-19 pandemic I am having a hard time getting doctor visits and tests scheduled since they are not for life threatening issues. Anything you could do will be appreciated.

Thanks,
Arnold

---

**From:** Sherri Vance [mailto:Sherri.Vance@lfg.com]
**Sent:** Thursday, December 19, 2019 2:31 PM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**Roszelle, Michael**

---

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, July 22, 2020 11:18 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE) |

---

**From:** Vance, Sherri R.
**Sent:** Wednesday, July 22, 2020 3:18:25 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Wednesday, July 22, 2020 10:06 AM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Sherri,

I finally got a call from my doctors office today and have an appointment scheduled for 8-13-20. I also have another doctors appt next week on the 30th of this month. These should be the last two appointments but I don't know what the extent of them will be so due to the fact that the deadline is 8-16-20 I will probably need to see if I can get it extended a little longer. I would think one more month at the most will do it. Please let me know if this is possible.

Thank you,

Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Wednesday, May 13, 2020 8:20 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

We will grant the extension to 8/16/2020. If you need additional time beyond 8/16/2020 please contact our office to advise.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 7:45 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

As of right now I would hope so but who knows. If you can do that I will do my best to get everything done but it's kind of out of my hands.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 2:57 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

I completely understand regarding things being shut down. That is the situation all over due to COVID-19.

Do you think 60 days beyond 6/18/2020 would be enough time?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 1:18 PM

**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

No sorry I don't, it took me 6 weeks just to see an orthopedic doctor just to be referred to another doctor. I am waiting on 2 more doctors to schedule me now. They've pretty much shut everything down around her unless it's life threatening. Things are starting to open up a bit here but it's still slow, I guess they are taking the more urgent cases first which I can understand. If you can't extend it that's fine, just thought I would ask because it doesn't look like I will be able to get everything done in time due to them being shut down. Our state is still under quarantine at least until the 18th of this month. Even if it is lifted after that I'm sure the hospitals and doctors' offices are still going to be cautious which makes things slower as I'm sure you know.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 8:35 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

The current deadline to submit the appeal is 6/16/2020, which would be 180 days from the date of the prior appeal determination. Do you know how much time you would need beyond 6/16/2020?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Monday, May 11, 2020 1:07 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I hope this message finds you well during this crazy time. I would like to see it there is any way I can get an extension on my appeal. Due to the COVID-19 pandemic I am having a hard time getting doctor visits and tests scheduled since they are not for life threatening issues. Anything you could do will be appreciated.

Thanks,

**From:** Sherri Vance [mailto:Sherri.Vance@lfg.com]
**Sent:** Thursday, December 19, 2019 2:31 PM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,

or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**Roszelle, Michael**

**From:** LFGAppeals
**Sent:** Thursday, May 14, 2020 12:15 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Vance, Sherri R.
**Sent:** Thursday, May 14, 2020 4:14:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Thursday, May 14, 2020 10:55 AM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Great, thank you and I sure will.

Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Wednesday, May 13, 2020 8:20 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

We will grant the extension to 8/16/2020. If you need additional time beyond 8/16/2020 please contact our office to advise.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 7:45 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

As of right now I would hope so but who knows. If you can do that I will do my best to get everything done but it's kind of out of my hands.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 2:57 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

I completely understand regarding things being shut down. That is the situation all over due to COVID-19.

Do you think 60 days beyond 6/18/2020 would be enough time?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 1:18 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

No sorry I don't, it took me 6 weeks just to see an orthopedic doctor just to be referred to another doctor. I am waiting on 2 more doctors to schedule me now. They've pretty much shut everything down around her unless it's life threatening. Things are starting to open up a bit here but it's still slow, I guess they are taking the more urgent cases

first which I can understand. If you can't extend it that's fine, just thought I would ask because it doesn't look like I will be able to get everything done in time due to them being shut down. Our state is still under quarantine at least until the 18th of this month. Even if it is lifted after that I'm sure the hospitals and doctors' offices are still going to be cautious which makes things slower as I'm sure you know.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 8:35 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

The current deadline to submit the appeal is 6/16/2020, which would be 180 days from the date of the prior appeal determination. Do you know how much time you would need beyond 6/16/2020?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Monday, May 11, 2020 1:07 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I hope this message finds you well during this crazy time. I would like to see it there is any way I can get an extension on my appeal. Due to the COVID-19 pandemic I am having a hard time getting doctor visits and tests scheduled since they are not for life threatening issues. Anything you could do will be appreciated.

Thanks,
Arnold

---

**From:** Sherri Vance [mailto:Sherri.Vance@lfg.com]
**Sent:** Thursday, December 19, 2019 2:31 PM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group
LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Wednesday, May 13, 2020 8:21 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Vance, Sherri R.
**Sent:** Wednesday, May 13, 2020 12:20:28 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Arnold,

We will grant the extension to 8/16/2020. If you need additional time beyond 8/16/2020 please contact our office to advise.

Thank you,




**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**


---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 7:45 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

As of right now I would hope so but who knows. If you can do that I will do my best to get everything done but it's kind of out of my hands.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 2:57 PM
**To:** Arnold Dixon
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

I completely understand regarding things being shut down. That is the situation all over due to COVID-19.

Do you think 60 days beyond 6/18/2020 would be enough time?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, May 12, 2020 1:18 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

No sorry I don't, it took me 6 weeks just to see an orthopedic doctor just to be referred to another doctor. I am waiting on 2 more doctors to schedule me now. They've pretty much shut everything down around her unless it's life threatening. Things are starting to open up a bit here but it's still slow, I guess they are taking the more urgent cases first which I can understand. If you can't extend it that's fine, just thought I would ask because it doesn't look like I will be able to get everything done in time due to them being shut down. Our state is still under quarantine at least until the 18th of this month. Even if it is lifted after that I'm sure the hospitals and doctors' offices are still going to be cautious which makes things slower as I'm sure you know.

Thanks,
Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Tuesday, May 12, 2020 8:35 AM
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

Arnold,

The current deadline to submit the appeal is 6/16/2020, which would be 180 days from the date of the prior appeal determination. Do you know how much time you would need beyond 6/16/2020?

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Omaha NE, 68114

---

**From:** Arnold Dixon <
**Sent:** Monday, May 11, 2020 1:07 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I hope this message finds you well during this crazy time. I would like to see it there is any way I can get an extension on my appeal. Due to the COVID-19 pandemic I am having a hard time getting doctor visits and tests scheduled since they are not for life threatening issues. Anything you could do will be appreciated.

Thanks,
Arnold

---

**From:** Sherri Vance [mailto:Sherri.Vance@lfg.com]
**Sent:** Thursday, December 19, 2019 2:31 PM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group®

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver

Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Tuesday, May 12, 2020 8:35 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Vance, Sherri R.
**Sent:** Tuesday, May 12, 2020 12:35:08 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Arnold Dixon
**Cc:** LFGAppeals
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

Arnold,

The current deadline to submit the appeal is 6/16/2020, which would be 180 days from the date of the prior appeal determination. Do you know how much time you would need beyond 6/16/2020?

Thank you,


**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**


---

**From:** Arnold Dixon <
**Sent:** Monday, May 11, 2020 1:07 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I hope this message finds you well during this crazy time. I would like to see it there is any way I can get an extension on my appeal. Due to the COVID-19 pandemic I am having a hard time getting doctor visits and tests scheduled since they are not for life threatening issues. Anything you could do will be appreciated.

Thanks,
Arnold

---

**From:** Sherri Vance [mailto:Sherri.Vance@lfg.com]
**Sent:** Thursday, December 19, 2019 2:31 PM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group®

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

**From:** LFGAppeals
**Sent:** Friday, December 6, 2019 10:06 AM
**To:** entrprserip
**Subject:** FW: Arnold Dixon LTD Appeal 1120006734 (secure)

---

**From:** Vance, Sherri R.
**Sent:** Friday, December 06, 2019 10:05:17 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Arnold Dixon LTD Appeal 1120006734 (secure)

**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

Follow us on:

---

**From:** Vance, Sherri R.
**Sent:** Friday, December 6, 2019 9:05 AM
**To:** Arnold Dixon <
**Subject:** RE: Arnold Dixon LTD Appeal 1120006734 (secure)

Arnold,

We received the additional medical information that you submitted. I have just reviewed this information. We will be having an addendum medical review. At this time I am unable to provide you with a date that the review will be completed since this new information was just referred for an addendum review. I will contact you once the appeal review is completed.

Thank you,

**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

Follow us on:

---

**From:** Arnold Dixon <
**Sent:** Friday, December 6, 2019 8:48 AM

**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Arnold Dixon LTD Appeal 1120006734 (secure)

Hello Sherri,

Can you give me an idea of when a decision will be made?

Thank you,

Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Wednesday, November 13, 2019 10:15 AM
**To:** Arnold Dixon
**Subject:** RE: Arnold Dixon LTD Appeal 1120006734 (secure)

This message was sent securely using Zix®

Arnold,

We will provide an extension to 12/4/2019 to submit information.

Thank you,

**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, November 12, 2019 3:16 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Arnold Dixon LTD Appeal 1120006734 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I am still waiting on the results of my biopsy which I had done on October, 31st to come back. They had to send the biopsy to a lab in New York to be tested and I just talked to the doctors office a few minutes ago and they haven't heard anything from the lab to this point. Is it possible for me to get an extension since it may not be back by the deadline which is tomorrow? They overnighted the biopsy but there is no other way to expedite it.

Please let me know.

Thank you,

Arnold

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Monday, October 28, 2019 11:07 AM
**To:**
**Subject:** Arnold Dixon LTD Appeal 1120006734 (secure)

This message was sent securely using Zix®

Arnold,

I just received your message requesting that the medical review be emailed to you. I was out of the office part of last week. The letter was previously mailed to you; however, I am emailing a copy of the letter, appeals medical review, along with the medical review that was completed on claim level.

Let me know if you have any questions.

Thank you,


**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com


**Follow us on:**


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix®.



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

## Roszelle, Michael

**From:** LFGAppeals
**Sent:** Thursday, December 5, 2019 2:48 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

---

**From:** Vance, Sherri R.
**Sent:** Thursday, December 05, 2019 2:48:21 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1120006734 (SECURE)


**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

**LincolnFinancial.com**

**Follow us on:**


---

**From:** Arnold Dixon <
**Sent:** Wednesday, December 4, 2019 4:29 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Lincoln Financial Group Information for Claim 1120006734 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I have faxed in the reports and evaluations. Please let me know if you don't get them or if there is anything else that I need or can do.

Thank you,

Arnold

---

**From:** Sherri Vance [mailto:Sherri.Vance@lfg.com]
**Sent:** Wednesday, November 13, 2019 10:26 AM
**To:**
**Subject:** Lincoln Financial Group Information for Claim 1120006734 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1120006734

Please review the attached letter and/or document(s) regarding the Claim #1120006734 for Arnold Dixon. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sherri Vance**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Driver
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext. 7970
Phone: 800-423-2765 *7970
Fax: 402-501-9351
Email: Sherri.Vance@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

**Roszelle, Michael**

**From:** LFGAppeals
**Sent:** Wednesday, November 13, 2019 10:16 AM
**To:** entrprserip
**Subject:** FW: Arnold Dixon LTD Appeal 1120006734 (secure)

---

**From:** Vance, Sherri R.
**Sent:** Wednesday, November 13, 2019 10:16:08 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Arnold Dixon LTD Appeal 1120006734 (secure)

**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

---

**From:** Vance, Sherri R.
**Sent:** Wednesday, November 13, 2019 9:15 AM
**To:** Arnold Dixon <
**Subject:** RE: Arnold Dixon LTD Appeal 1120006734 (secure)

Arnold,

We will provide an extension to 12/4/2019 to submit information.

Thank you,

**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

---

**From:** Arnold Dixon <
**Sent:** Tuesday, November 12, 2019 3:16 PM
**To:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Subject:** RE: Arnold Dixon LTD Appeal 1120006734 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Sherri,

I am still waiting on the results of my biopsy which I had done on October, 31st to come back. They had to send the biopsy to a lab in New York to be tested and I just talked to the doctors office a few minutes ago and they haven't heard anything from the lab to this point. Is it possible for me to get an extension since it may not be back by the deadline which is tomorrow? They overnighted the biopsy but there is no other way to expedite it.

Please let me know.

Thank you,

Arnold

---

**From:** Vance, Sherri R. [mailto:Sherri.Vance@lfg.com]
**Sent:** Monday, October 28, 2019 11:07 AM
**To:**
**Subject:** Arnold Dixon LTD Appeal 1120006734 (secure)

This message was sent securely using Zix®

Arnold,

I just received your message requesting that the medical review be emailed to you. I was out of the office part of last week. The letter was previously mailed to you; however, I am emailing a copy of the letter, appeals medical review, along with the medical review that was completed on claim level.

Let me know if you have any questions.

Thank you,

**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

## Roszelle, Michael

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, October 28, 2019 11:08 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Arnold Dixon LTD Appeal 1120006734 (secure) |
| **Attachments:** | Arnold Dixon Appeal letter.pdf; Arnold Dixon Appeal medical review.pdf; Arnold Dixon initial peer.pdf |

---

**From:** Vance, Sherri R.
**Sent:** Monday, October 28, 2019 11:07:43 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Arnold Dixon LTD Appeal 1120006734 (secure)


**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**


---

**From:** Vance, Sherri R.
**Sent:** Monday, October 28, 2019 10:07 AM
**To:**
**Subject:** Arnold Dixon LTD Appeal 1120006734 (secure)

Arnold,

I just received your message requesting that the medical review be emailed to you. I was out of the office part of last week. The letter was previously mailed to you; however, I am emailing a copy of the letter, appeals medical review, along with the medical review that was completed on claim level.

Let me know if you have any questions.

Thank you,


**Sherri Vance**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

## Roszelle, Michael

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, August 21, 2019 1:05 PM |
| **To:** | entrprserip |
| **Subject:** | FW: A DIXON 1120006734 FINAL REPORT |
| **Attachments:** | A DIXON 1120006734 FINAL REPORT.pdf |

---

**From:** Portrey, Kathleen
**Sent:** Wednesday, August 21, 2019 1:04:49 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Henry, Sheridan
**Subject:** A DIXON 1120006734 FINAL REPORT

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source identifier as MEDR – FINAL REPORT

**Kathleen Portrey**
Coordinator,
Administrative Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

402-361-8037 Office

LincolnFinancial.com

**Follow us on:**

**Roszelle, Michael**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, March 2, 2017 10:28 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: (secure) Re: Info for continued benefits SARATOGATE <oma_91688> |
| **Attachments:** | Supplementary.pdf; Release Form.pdf; Physicians Statement Page 2.pdf; Physicians Statement Page 1.pdf |

---

**From:** Claims
**Sent:** Thursday, March 02, 2017 10:27:33 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** arnoldjr60@centurylink.net
**Subject:** (secure) Re: Info for continued benefits SARATOGATE <oma_91688>

Hello Arnold,

Thank you for your email. I have forwarded this information to our Disability department to attach to claim 1120006734. Please allow 5-7 business days for review.

In the future, please feel free to email your Disability Claim forms directly to our Disability team at DisabilityClaims@lfg.com for processing. If you should have questions regarding the items you are submitting, please continue to contact us at Claims@lfg.com.

Thank you,


**Shana Gardner**
**Customer Care and Field Support**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance

Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 3/1/2017 3:24 PM, From: arnoldjr60@centurylink.net, To: claims@lfg.com; , Subject: Info for continued benefits CTI_CALL, Arnold Dixon wrote:

Adam,

Thank you for returning my call.  Please let me know if anything else is needed.

Thank you,

Arnold

## Roszelle, Michael

**From:** Atlanta Disability Claims
**Sent:** Thursday, October 9, 2014 8:36 AM
**To:** ENTRPRSERIP; sa-entrprseript
**Subject:** FW: LTD Status Update (secure)

---

From: Kauffman, Claire
Sent: Thursday, October 09, 2014 8:35:36 AM (UTC-05:00) Eastern Time (US & Canada)
To: Atlanta Disability Claims
Subject: FW: LTD Status Update (secure)

Please upload to cl# 1120006734

-----Original Message-----
From: [mailto:
Sent: Thursday, October 02, 2014 4:14 PM
To: Kauffman, Claire
Subject: RE: LTD Status Update (secure)

Hello Claire, please see below. Please let me know if there is anything else you may need.

------------Original Message:

FROM: Claire.Kauffman@lfg.com
TO: " <
DATE: October 2, 2014 10:53:04 AM EDT
SUBJECT: LTD Status Update (secure)

Hello Mr. Dixon,

I just want to follow-up with you on your Long Term Disability and your current medical status. If you could just answer the following questions, I would appreciate it.

1) Have you decided to schedule any additional surgery? If so, do you have a date for that surgery? No I haven't decided to have any surgery. The option of surgery is not without consequences at this point because they have found three discs that are causing the pain. If I have the surgery my mobility will decrease quite a bit because I have had one disc already removed (2008) and removing the other 3 will leave me with just one so my neck will pretty much be fused together entirely. As a result I am trying to manage the pain and put off surgery as long as I can.

2) When was the last office visit with your health care providers, particularly Dr. Turney Williams and The Tennessee Brain and Spine Center? When are you next office visit, if scheduled? I last seen Dr. Williams but I am no longer seeing him unless something else comes up because there is no other treatment that can be done at this point except to prescribe pain meds and I can do that through my medical doctor. As for East TN Brain and Spine I last saw them in July

and have an appointment with them on October 13th. More than likely this will be the last visit with them until I decide to have surgery.

3) Has there been any additional treatment for your condition since the last update in August? There has been no additional treatment for my spinal condition for either my cervical or my lumbar region. The recommendations are to put off surgery as long as I possibly can because the risks out weigh the benefits at this point. As for my neuropathy there is no treatment for it as far as a cure. I am taking meds to help manage the pain but it does nothing for the swelling and burning of which I have found no relief other than keeping my feet elevated on a regular basis and wearing only sandals as opposed to regular shoes.

If any additional medical records are needed, I will let you know if we request them. If you have any questions yourself, please email me or call me at the number below.

Sincerely,
Claire Kauffman
Associate LTD Benefit Specialist
Lincoln Financial Group
400 Interstate North Parkway S.E., Suite 1400 Atlanta, GA 30339
Office: 678-295-3130
Toll Free: 800.423.2765 ext. 3130
Fax: 877.843.3950
Email: Claire.Kauffman@lfg.com (link:
mailto:Claire.Kauffman@lfg.com)

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Roszelle, Michael**

**From:** LFGAppeals
**Sent:** Monday, March 10, 2014 8:28 AM
**To:** ENTRPRSERIP
**Subject:** FW: ARNOLD DIXON 1120006734
**Attachments:** ARNOLD DIXON 1120006734.pdf

---

From: Wingfield, Stephanie
Sent: Monday, March 10, 2014 8:27:33 AM (UTC-05:00) Eastern Time (US & Canada)
To: LFGAppeals
Cc: Gregor, Nicholas
Subject: ARNOLD DIXON 1120006734

Please Index As

Business Area: GPRISKCLMS

Source Type: MEDRECSG

Source Identifier: MEDR - PEER REVIEW REPORT


Stephanie Wingfield

The Lincoln National Life Insurance Company

Insurance Solutions - Group Protection

External Vendor Coordinator

Medical Records Technician

8801 Indian Hills Drive

Omaha, NE 68114

(402)361-7250

Stephanie.Wingfield@lfg.com

Hello future.®

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

## Roszelle, Michael

**From:** ssvendor <ssvendor@lfg.com>
**Sent:** Tuesday, January 17, 2012 11:51 AM
**To:** ENTRPRSERIP
**Subject:** FW: COMPLETED 1120006734
**Attachments:** image001.jpg; ARNOLD DIXON.doc

-----------------------------------------

From: Pamela Korotsky[SMTP:PKOROTSKY@SSLG.COM]
Sent: Tuesday, January 17, 2012 10:50:45 AM
To: ssvendor
Subject: COMPLETED 1120006734
Auto forwarded by a Rule

Pamela Korotsky
Client Service Administrator
136 Longwater Drive, Ste. 100 Norwell, MA 02061
800-603-7754 (Toll Free)
781-794-3010 (Firm Facsimile)
pkorotsky@sslg.com <mailto:pkorotsky@sslg.com> / www.sslg.com <http://www.sslg.com>

Description: cid:image001.jpg@01CBB31C.AF286F30

*Not a toll free call
----------------------------------------------------------------------
----------------
CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. This electronic transmission (and any enclosures or attachments thereto) is for the sole use of those identified by the author and is the property of the author. It is confidential and may be protected by the attorney /client privilege. Any further distribution or copying of this message is strictly prohibited by law. If you received this transmission in error, Please notify the author and/or SOCIAL SECURITY ADVOCATES FOR THE DISABLED, LLC® at (781) 794-5150 and destroy the message (and all attachments and enclosures thereto) immediately
Thank you for your compliance.

# STD CLAIM PROFILE

**Date:** 3/18/2021 **LFG** **Claim #:** 1110329464

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 6/28/2011 | **Location:** | HOME |
| **Policy:** | 00040000200002852 - Saratoga Technologies, Inc. | **Status:** | CLOSED | **User ID:** | L2K |
| | | **Business:** | VOLUNTARY STD | | |

**Close Date:** 1/12/2012 **Close Reason:** Maximum Benefit Reached (T65, RBD, etc.)

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | ARNOLD DIXON | **Phone:** | ( | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 5/7/2004 |
| **Address:** | | **Ins Eff:** | 4/1/2011 | | |
| | USA | **Occ:** | SERVICE CLERK (clerical) a | **DOT** ate titles | 221367070 |
| | | **Salary:** | $975.96 | **Period:** | Weekly |

**Claim Information**

**LTD Pol:** 1267764

**Special Provisions:** **Min Ben:** $100.00

**Ben:** 60% / $1,000.00 **Flat:** 0 **Labor:** 1 **Age:** 51 **Elim Per:** 7 day

**DLW:** 7/8/2011 **DOD:** 7/9/2011 **S/A:** S **W/R:** N **Ben Amt:** $586.00

**Diagnosis Pri:** 356.8 Idiopathic Peripheral Neuropathy **Max Weeks:** 26

**Sec:** **Max Days:** 0

**Recovery Date:** 1/14/2012

**Benefit Information**

**Date Ben Begin:** 7/16/2011 **Weeks Paid:** 26

**Policy Information**

**SS Offset:** NONE **Prex:** 12/12

**Offset Information**

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|

**Alert Information**

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|
| T | W | PRE-X PROVISION APPLIES TO CLAIM | 6/28/2011 | 6/30/2011 |
| T | W | FICA MAY APPLY TO BENEFITS PAID ON THIS REOPENED CLAIM | 9/16/2011 | 9/16/2011 |

**Action Plan**

Initial Claim Template
DATE: 1/10/12
RATIONALE/DIRECTION: Approval
REASON: Clmt is a 51 yom Services Coordinator (sedentary) with a DOD of 7/9/11. Dx w/peripheral neuropathy and degenerative disc disorder.

PATH: Will approve LTD benefit.

EXPECTED RETURN TO WORK DATE: undetermined
COMMENTS:

DIAGNOSIS: peripheral neuropathy and degenerative disc disorder

SUBJECTIVE FINDING: low back / leg pain

OBJECTIVE FINDING: EMG - peripheral neuropathy; MRI - degenerative disc disorder, multi-level

MEDICAL HISTORY:

TX: Neurology pending, medication trial pending

DOCTOR: Dr. William T. Williams (pain med) signed APS on 6/29/11

MEMBER IS ELIGIBLE: Yes
COMMENTS: EE DOH is 5/7/04. EE and ER eff date 4/1/11. Clmt w orked minimum hours per w eek.

EOI INVESTIGATION: E of I not required
COMMENTS: Group is non-contributory

POLICY INFORMATION: Verified
COMMENTS: 60% benefit, $6,000 maximum, $100 or 15% minimum, 180 day elimination period, list-billed.

PRE-X INVESTIGATION: Pre-ex does not apply - state reason in comments
COMMENTS: Completed Pre-Ex investigation as pre-ex is 12/12/24, EE eff date is 4/1/11. DOD is 7/9/11 and clmt did go out w ithin 24 months of effective date. Located prior plan in AWD. Found differences in elim period, benefit %, minimum benefit, AO period and M&N. Completed Pre-Ex Calculator and appears LFG plan is lesser plan so pre-ex considered satisfied. Will pay under LFG plan. All Pre-Ex investigation paperw ork copied into AWD.

PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provision
COMMENTS:

CLAIM INFORMATION: Verified
COMMENTS:

FINANCIAL OFFSETS: Further Verification Needed
COMMENTS:

INITIALS: L2K
****************************************

1/10/12
INITIAL CALL w /EE: Verified DOB, address, SSN and phone. Cell - Email - Started off w ith back problem, DDD. Had neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Dx w ith peripheral neuropathy. Couldn't feel feet after sitting at desk for 8 - 10 hours and w ould have hard time driving home, dangerous. Was told feet problem has nothing to do w ith back, not diabetic. Was seeing dr 2 x per month but has thinned out because neuro told him there is nothing really more they can do. One more thing to try, stimulator, and w as told they w ould contact him after 1st of the year to get it scheduled. Not receiving any other income, just STD. Spouse - Cathy - 6/3/61; Lee, 9/19/87. Explained w hen STD ends and LTD begins. Stated w ould email approval letter out this w eek. Final STD deposit w ould be released this w eek and 1st LTD deposit w ould be paid out about 3 w eeks into benefit period. Stated I w ould transfer over DD info from STD claim to LTD claim. Gave clmt contact information. Had no further questions. L2K

1/10/12
LM for Whitney (ER) for initial call. L2K

1/3/2012 Clmnt is a 51 year old male, Service manager (Sedentary occ), dx w ith neuropathy. 12/28/11 Med review supports R&L's to the STD max. LTD BCD is 1/5/2012. Pre-x/PIC investigation w ould need to be completed as clmt's LTD eff is 4/1/2011. Will assign claim to L2K for further handling. J2D/CSL

12/29/11 per the MED review , supported. Will get ready to Roll to LTD
** sending out STD EXT LTR to undetermined, STD MAX is 1/14/12.
** email to DDJ to release the payment. AWE

12/21/11 MAIL
** recvd the clarify letter answ er back from Dr. Williams, WIll send back for a Med review . AWE

12/7/11 Sending the clarifying letter to Dr Williams.
** emailed to the EE also. AWE

12/6/11 MAIL

11/25/11 sending out CLARIFY LTR to the DR per the med review . AWE

11/14/11 PER MME, Supervisor TRiage, this needs to go for a med review . AWE

11/3/11 MAIL
** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts
** WIll triage to MME

10/24/11 setting final payment to release to 10/27/11 and closing claim. AWE

9/28/11 MAIL
** recvd OV notes from 9/15/11 stating his primary complaint is bilateral low back pain and bilateral foot pain w ith mild shoulder discomfort. he underw ent lumbar facet radiofrequency denervation on 8/18/11 w ith not dramatic improvement. He has burning dysesthesia in both feet, Assessed w ith DDD, lumbar spine, mulitlevel, lumbar facet arthropathy, idiopathis peripheral neuropathy and chronc pain. He w ould not be a surgical candidate. he has an appt pending iw th Dr Christopher Pendola 10/26/11 and w ill consider a percutaneous stimuator trial.
** sending out STD EXT LTR to 10/27/11, day after the appt. AWE

9/22/11 MAIL
** recvd an unsupported note on a script pad dated 9/15/11. Unable to read most of the note.
** Left a vm for the EE, this note on a script pad is not enough to support an extension of benefits beyond 9/16/11. Left the fax and call back#. AWE

9/16/11 per the MED REVIEW, benefits supported to today 9/16/11.
** Placed a call to the EE, he stated he seen the Dr yesterday so w ill be faxing in addl records. Advised that the Med review support to today 9/16/11 so w ill get a check released to him. No other questions. AWE

9/14 DIRETION: Took over claim for AWE. Sent file for w alk in j2a

9/14 Claim previous apprvd to 8/8. Clmnt has sedentary occ. Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included. Exam is normal. Neuropathic pain is secondary to mild peripheral neuropathy according to his electrodiagnostic study. He has elevated B6 level.... Med recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but the benefits w ore off. Clmnt to proceed w ith RFL. j2a

9/8/11 Placed a call to the EE, advised that the medical records request has been paid. Advised that as soon as the records are recevied and review ed w e w ill be in touch w ith him. AWE

9/6/11 MAIL
** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters. The right

supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy involving the R LE, clinical correlation advised.
** sendng for a Med Walk In.

09/01/11 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA MD for 08/01/11 to present via FAX J2B.

09/01/11 - office/treatment notes,diagnostic test results requested from PAIN MEDICINE ASSOCIATES for 08/01/11 to present via FAX J2B.

8/31/2011 CALL TO EE/direction WE WILL NEED MEDS From PAIN MANGAEMNT and NEURO: ee stated that he did not have the PCE- Physical capacity eval. HE w as going to get one but did not. Advised him that w e w ere holding on for that piece of information. Spoke at length w ith ee on his condition, he stated that since 2008 he has gotten progressively w orse, he is not able to feel the gas petals in his car or break. He felt it w as a danger. He had a back surgery in 08 and that's w hen this all began, he w as told that he is not a surgical candidate. That he can not have sx again, he had a radiofrequency. Advised him that I w ill order meds from Pain management as he w as seen 2x in the last month and from Neurologist as he has been seen on 8/24 w ith a med change. eE stated that the meds he is on for the neuropathy he can not function, hard to stay aw ake, the back is getting w orse. Upset about how claim handled. Advised him of my apologies going forw ard how things w ill be handled. Email to MME asking if w e could as a courtesy release a 2 w k benefit. DDJ for AWE.

8/26/11 Placed a call to Donna at the Dr's office, 423-247-5553, in the OV notes under recommendations, it refers to Dr Gupta's physical capacity evaluation. We need a copy of it and need to know if they have a copy of it or contact info to get it. Donna states , i need to talk to Vicki Spino and she w as not in the office and to call back on Monday . AWE

8/24/11 per the med review :
Need the Report that w as done by Dr Gupta.
** Placed a call to the EE, Dr Gupta did the test but he only sees Dr Williams. He stated he does not have the test resutls. Advised that I w ould call D Willaims office and see if they have the test results or if i should send a request to Dr Gupta as they are in the same office. AWE

08/18/11. File response routed to AWE. TWH
AUG 11 C/O's AWe
8/16/2011 MEDICAL ISSUE: (brief summary of condition, treatment, outcome)
Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP. Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE

8/16/2011 in error the claim w as not sent for med w alkin consultation, It is being sent over today. DDJ for AWE

8/10/2011 mail: mail rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport dated 7/28/2011. Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval. MD advised that he does not do them. Added to claim file. Sending claim for MED w alkin 8/11 DDJ for AWE.

8/1/11 releasing final payment to 8/8/11 and closing claim. AWE

**Sending out STD APPROV LTR, approving to 8/8/11.

7/6/11 OA-- Sed

7/5/11 recvd the prior plan via email. PIC w ith Principal, 1/8/26, 60% $1000 max,Pre Ex 12/12, mirrors LFG coverage.

6/30/11 ACTION
** email send to Edw in Dupree/IT team, need a copy of the Prior Plan, not finding in AWD. AWE
** sending for an OA. AWE

Initial Claim Template

DATE: 6/30/11
RATIONALE/DIRECTION: Pending
REASON: Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. APS states he w ill be off from 7/8 to 8/8/11,

EXPECTED RETURN TO WORK DATE:8/8/11
COMMENTS:
DIAGNOSIS: peripheral neuropathy
SUBJECTIVE FINDING: low back and leg pain
OBJECTIVE FINDING:EMG-peripheral neuropathy, MRI, deg disc disease lumbar multi level
MEDICAL HISTORY: April 2011
TX: Neurology pending , medication trial pending
DOCTOR: William Williams Pain, Med, signed the APS on 6/29/11

MEMBER IS ELIGIBLE: Yes
COMMENTS: Clmnt is a List Billed Member in ARDIS
POLICY INFORMATION: Verified
COMMENTS: 60%, $1000 max ben, 1/8/26, Has LTD
PRE-X INVESTIGATION: Plan has pre-ex & invest is needed
COMMENTS:group effective 4/1/11 w ith PIC, unable to find the Prior Plan w ill need to email ITeam.
PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provision
COMMENTS: N/A
CLAIM INFORMATION: Verified
COMMENTS: Recvd complete ER, EE, auth and APS
FINANCIAL OFFSETS: Verified
COMMENTS: no, just hours w orked.

INITIALS: AWE ****************************************

# Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | ARNOLD DIXON | | | **Occupation:** | SERVICE CLERK (clerical) alternate titles: | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 6/28/2011 | **Months Dis:** | 505 |
| **Claim #:** | 1110329464 | **DOD:** | 7/9/2011 | **Ben:** | $586.00 | **Months Pd:** | 26 |
| **Coverage:** | STD | **Status:** | CLOSED | **Close Date:** | 1/12/2012 | **Assignee:** | L2K |
| **Policy Holder:** | Saratoga Technologies, Inc. | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | **Close Code:** | Maximum Benefit Reached (T65, RBD, etc.) | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Action Plan

Initial Claim TemplateDATE: 1/10/12RATIONALE/DIRECTION: Approval REASON: Clmt is a 51 yom Services Coordinator (sedentary) w ith a DOD of 7/9/11. Dx w /peripheral neuropathy and degenerative disc disorder. PATH: Will approve LTD benefit. EXPECTED RETURN TO WORK DATE: undeterminedCOMMENTS: DIAGNOSIS: peripheral neuropathy and degenerative disc disorderSUBJECTIVE FINDING: low back / leg painOBJECTIVE FINDING: EMG - peripheral neuropathy; MRI - degenerative disc disorder, multi-levelMEDICAL HISTORY: TX: Neurology pending, medication trial pendingDOCTOR: Dr. William T. Williams (pain med) signed APS on 6/29/11MEMBER IS ELIGIBLE: YesCOMMENTS: EE DOH is 5/7/04. EE and ER eff date 4/1/11. Clmt w orked minimum hours per w eek. EOI INVESTIGATION: E of I not requiredCOMMENTS: Group is non-contributoryPOLICY INFORMATION: VerifiedCOMMENTS: 60% benefit, $6,000 maximum, $100 or 15% minimum, 180 day elimination period, list-billed.PRE-X INVESTIGATION: Pre-ex does not apply - state reason in commentsCOMMENTS: Completed Pre-Ex investigation as pre-ex is 12/12/24, EE eff date is 4/1/11. DOD is 7/9/11 and clmt did go out w ithin 24 months of effective date. Located prior plan in AWD. Found differences in elim period, benefit %, minimum benefit, AO period and M&N. Completed Pre-Ex Calculator and appears LFG plan is lesser plan so pre-ex considered satisfied. Will pay under LFG plan. All Pre-Ex investigation paperw ork copied into AWD. PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provisionCOMMENTS: CLAIM INFORMATION: VerifiedCOMMENTS: FINANCIAL OFFSETS: Further Verification NeededCOMMENTS: INITIALS: L2K*****************************************1/10/12INITIAL CALL w /EE: Verified DOB, address, SSN and phone. Cell - Email - Started off w ith back problem, DDD. Had neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Dx w ith peripheral neuropathy. Couldn't feel feet after sitting at desk for 8 - 10 hours and w ould have hard time driving home, dangerous. Was told feet problem has nothing to do w ith back, not diabetic. Was seeing dr 2 x per month but has thinned out because neuro told him there is nothing really more they can do. One more thing to try, stimulator, and w as told they w ould contact him after 1st of the year to get it scheduled. Not receiving any other income, just STD. Spouse - Cathy - 6/3/61; Lee, 9/19/87. Explained w hen STD ends and LTD begins. Stated w ould email approval letter out this w eek. Final STD deposit w ould be released this w eek and 1st LTD deposit w ould be paid out about 3 w eeks into benefit period. Stated I w ould transfer over DD info from STD claim to LTD claim. Gave clmt contact information. Had no further questions. L2K1/10/12LM for Whitney (ER) for initial call. L2K1/3/2012 Clmnt is a 51 year old male, Service manager (Sedentary occ), dx w ith neuropathy. 12/28/11 Med review supports R&L's to the STD max. LTD BCD is 1/5/2012. Pre-x/PIC investigation w ould need to be completed as clmt's LTD eff is 4/1/2011. Will assign claim to L2K for further handling. J2D/CSL 12/29/11 per the MED review , supported. Will get ready to Roll to LTD** sending out STD EXT LTR to undetermined, STD MAX is 1/14/12. ** email to DDJ to release the payment. AWE12/21/11 MAIL** recvd the clarify letter answ er back from Dr. Williams, Will send back for a Med review . AWE12/7/11 Sending the clarifying letter to Dr Williams. ** emailed to the EE also. AWE12/6/11 MAIL11/25/11 sending out CLARIFY LTR to the DR per the med review . AWE11/14/11 PER MME, Supervisor TRiage, this needs to go for a med review . AWE11/3/11 MAIL** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts** WIll triage to MME10/24/11 setting final payment to release to 10/27/11 and closing claim. AWE9/28/11 MAIL** recvd OV notes from 9/15/11 stating his primary complaint is bilateral low back pain and bilateral foot pain w ith mild shoulder discomfort. he underw ent lumbar facet radiofrequency denervation on 8/18/11 w ith not dramatic improvement. He has burning dysesthesia in both feet, Assessed w ith DDD, lumbar spine, mulitlevel, lumbar facet arthropathy, idiopathis peripheral neuropathy and chronc pain. He w ould not be a surgical candidate. he has an appt pending iw th Dr Christopher Pendola 10/26/11 and w ill consider a percutaneous stimuator trial. ** sending out STD EXT LTR to 10/27/11, day after the appt. AWE9/22/11 MAIL** recvd an unsupported note on a script pad dated 9/15/11. Unable to read most of the note. ** Left a vm for the EE, this note on a script pad is not enough to support an extension of benefits beyond 9/16/11. Left the fax and call back#. AWE9/16/11 per the MED REVIEW, benefits supported to today 9/16/11. ** Placed a call to the EE, he stated he seen the Dr yesterday so w ill be faxing in addl records. Advised that the Med review support to today 9/16/11 so w ill get a check released to him. No other questions. AWE9/14 DIRETION: Took over claim for AWE. Sent file for w alk in j2a9/14 Claim previous apprvd to 8/8. Clmnt has sedentary occ. Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included. Exam is normal. Neuropathic pain is secondary to mild peripheral neuropathy

according to his electrodiagnostic study. He has elevated B6 level.... Med recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but the benefits w ore off. Clmnt to proceed w ith RFL. j2a9/8/11 Placed a call to the EE, advised that the medical records request has been paid. Advised that as soon as the records are recevied and review ed w e w ill be in touch w ith him. AWE9/6/11 MAIL ** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters. The right supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy involving the R LE, clinical correlation advised. ** sendng for a Med Walk In. 09/01/11 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA MD for 08/01/11 to present via FAX J2B.09/01/11 - office/treatment notes,diagnostic test results requested from PAIN MEDICINE ASSOCIATES for 08/01/11 to present via FAX J2B.8/31/2011 CALL TO EE/direction WE WILL NEED MEDS From PAIN MANGAEMNT and NEURO: ee stated that he did not have the PCE- Physical capacity eval. HE w as going to get one but did not. Advised him that w e w ere holding on for that piece of information. Spoke at length w ith ee on his condition, he stated that since 2008 he has gotten progressively w orse, he is not able to feel the gas petals in his car or break. He felt it w as a danger. He had a back surgery in 08 and that's w hen this all began, he w as told that he is not a surgical candidate. That he can not have sx again, he had a radiofrequency. Advised him that I w ill order meds from Pain management as he w as seen 2x in the last month and from Neurologist as he has been seen on 8/24 w ith a med change. eE stated that the meds he is on for the neuropathy he can not function, hard to stay aw ake, the back is getting w orse. Upset about how claim handled. Advised him of my apologies going forw ard how things w ill be handled. Email to MME asking if w e could as a courtesy release a 2 w k benefit. DDJ for AWE. 8/26/11 Placed a call to Donna at the Dr's office, 423-247-5553, in the OV notes under recommendations, it refers to Dr Gupta's physical capacity evaluation. We need a copy of it and need to know if they have a copy of it or contact info to get it. Donna states , i need to talk to Vicki Spino and she w as not in the office and to call back on Monday . AWE8/24/11 per the med review :Need the Report that w as done by Dr Gupta. ** Placed a call to the EE, Dr Gupta did the test but he only sees Dr Williams. He stated he does not have the test resutls. Advised that I w ould call D Willaims office and see if they have the test results or if i should send a request to Dr Gupta as they are in the same office. AWE08/18/11. File response routed to AWE. TWHAUG 11 C/O's AWe8/16/2011 MEDICAL ISSUE: (brief summary of condition, treatment, outcome)Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP. Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE 8/16/2011 in error the claim w as not sent for med w alkin consultation, It is being sent over today. DDJ for AWE8/10/2011 mail: mail rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport dated 7/28/2011. Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval. MD advised that he does not do them. Added to claim file. Sending claim for MED w alkin 8/11 DDJ for AWE. 8/1/11 releasing final payment to 8/8/11 and closing claim. AWE**Sending out STD APPROV LTR, approving to 8/8/11. 7/6/11 OA-- Sed 7/5/11 recvd the prior plan via email. PIC w ith Principal, 1/8/26, 60% $1000 max,Pre Ex 12/12, mirrors LFG coverage. 6/30/11 ACTION** email send to Edw in Dupree/IT team, need a copy of the Prior Plan, not finding in AWD. AWE** sending for an OA. AWEInitial Claim TemplateDATE: 6/30/11RATIONALE/DIRECTION: Pending REASON: Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. APS states he w ill be off from 7/8 to 8/8/11, EXPECTED RETURN TO WORK DATE:8/8/11 COMMENTS: DIAGNOSIS: peripheral neuropathySUBJECTIVE FINDING: low back and leg painOBJECTIVE FINDING:EMG-peripheral neuropathy, MRI, deg disc disease lumbar multi level MEDICAL HISTORY: April 2011TX: Neurology pending , medication trial pendingDOCTOR: William Williams Pain, Med, signed the APS on 6/29/11 MEMBER IS ELIGIBLE: YesCOMMENTS: Clmnt is a List Billed Member in ARDIS POLICY INFORMATION: VerifiedCOMMENTS: 60%, $1000 max ben, 1/8/26, Has LTDPRE-X INVESTIGATION: Plan has pre-ex & invest is neededCOMMENTS:group effective 4/1/11 w ith PIC, unable to find the Prior Plan w ill need to email ITeam. PROGRESSIVE INCOME BENEFIT: Policy does not have PIB provisionCOMMENTS: N/ACLAIM INFORMATION: VerifiedCOMMENTS: Recvd complete ER, EE, auth and APSFINANCIAL OFFSETS: VerifiedCOMMENTS: no, just hours w orked. INITIALS: AWE ****************************************

| | | | | | |
|---|---|---|---|---|---|
| 6/30/2011 8:45:57 AM | Claim Tasks | 6 | Open Review | Requested | AWE |

DOCSQL Investigation Type: Other
Source: I Team / Prior Plan
6/30/11 email send to Edw in Dupree/IT team, need a copy of the Prior Plan, not finding in AWD. AWE

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/30/2011 8:53:35 AM | Referrals | 11037 | Occ Analysis | Initial | AWE |
| 7/5/2011 | Claim Tasks | 6 | Open Review | Completed | AWE |

DOCSQL Investigation Type: Other
Source: I Team / Prior Plan
6/30/11 email send to Edw in Dupree/IT team, need a copy of the Prior Plan, not finding in AWD. AWE

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/5/2011 | Documents/Mail | 1 | EMAIL | Completed | AWE |

Amy Weir, DIAShort Term Disability SpecialistInsurance Solutions-Disability ClaimsLincoln Financial Group8801 Indian Hills DriveOmaha, NE 68114Toll Free: (800)-423-2765Phone: (402) 361-2756Fax: (877) 843-3950amy.w eir@lfg.comHello future.?Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.-----------------------------------------------------------------------------From: Dupree, Edw in Sent: Thursday, June 30, 2011 8:50 AMTo: Weir, AmySubject: RE: Group SARATOGATEHi Amy,There is a copy of the prior plan in AWD. I have attached it for you.Thanks,Edw in-----------------------------------------------------------------------------From: Weir, Amy Sent: Thursday, June 30, 2011 8:45 AMTo: Dupree, Edw inSubject: Group SARATOGATEGood Morning Edw in, I have a claim for Saratoga Technologies Inc, they came on w ith us on 4/1/11. They have Pre Ex w / PIC but I am not finding a copy of the Prior Plan in AWD. Let me know w hat you can find out. ThanksAmy Weir, DIAShort Term Disability SpecialistInsurance Solutions-Disability ClaimsLincoln Financial Group8801 Indian Hills DriveOmaha, NE 68114Toll Free: (800)-423-2765Phone: (402) 361-2756Fax: (877) 843-3950amy.w eir@lfg.comHello future.?Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/5/2011 | Referrals | 11037 | Occ Analysis | Completed | AWE |
| 7/7/2011 | Telephone (OUT) | 1 | ARNOLD DIXON | Completed | AWE |

DOCSQL SubCategory: CALL TO EE
Left a vm for the EE, need to verify address and go over benefits. AWE

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/7/2011 | Documents/Mail | 2 | STD APPROVAL | Completed | AWE |

July 7, 2011ARNOLD DIXON Re:Policy Number: 00040000200002852
Claim Number: 1110329464Dear Mr. Dixon:This letter is to advise your claim for Short-Term Disability benefits has been approved beginning on 7/9/2011.The policy issued to Saratoga Technologies Inc, has a 7 day elimination period during w hich no benefits are payable. The elimination period w ill extend from 7/9/2011 to 7/16/2011. Your benefits w ill begin on 7/16/2011. Your first benefit payment w ill cover the period of disability from 7/16/2011 to 7/30/2011. We received your completed direct deposit form, and the payment w ill be issued as a direct deposit on 7/26/2011. It may take 2-3 days for the payment to be deposited into your account. Future payments, if payable, w ill be issued every 2 w eeks.The information provided to our office reports your basic w eekly earnings as $975.96. Your benefit w ill equal 60% of your basic w eekly earnings, subject to a maximum benefit of $1000.00 per w eek. Based on your reported w eekly earnings, your benefit w ill equal $586.00. Your benefits are being allow ed to 8/8/2011. This represents the recovery period that has been suggested by your physician. If you feel that you are unable to w ork, it is important for you to provide medical documentation that supports continued disability. Medical documentation includes, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and/or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physician(s) and should be provided at your ow n expense. A note from your physician w ithout any supporting documentation may not be sufficient to consider benefits. Your benefits w ill end as of 8/8/2011. If you return to w ork prior to this date, please notify our office as soon as possible to avoid an overpayment. Please contact our office w ith any questions toll free at 1-800-423-2765 or email us at claims@LFG.com. You can also check the status of this claim 24 hours a day by registering at w w w .jpfic.com. Our toll-free fax number is 1-877-843-3950. Sincerely,Amy WeirBenefit SpecialistThe Lincoln National Life Insurance Companycc: SARATOGA TECHNOLOGIES INCATTN WHITNEY STRANGE101 MED TECH PARKWAY, SUITE 307JOHNSON CITY TN 37604

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/7/2011 7:14:41 AM | Referrals | 12613 | UNKNOWN | Initial | AWE |

STD RTW Tracking
ext to 10/27/11rtw 8/8/11, STD MAX is 1/14/127/8/11 2nd attempt at INTIAL CALL, left a vm. AWE7/7/11 Left a vm for the EE, need to verify address and go over benefits. AWE
[1339229: Entered By DZF on 07/05/2011 10:37:48 AM]
7/5/5011 VOCATIONAL RESPONSE TO OWN OCCUPATION DETERMINATION: I have review ed claim documents including
JD to determine this is 2 DOT occupations: #221.367-010 Service Clerk and #032.262-010 User Support Analyst. These are

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | sedentary physical requirement by Dept of Labor standards. Summary reports prepared in for claimant file. D FRAZEE, MS<br>ED CRC<br><br>[1335857: Entered By AWE on 06/30/2011 08:54:22 AM]<br>Clmnt is a service manager. Job description is in the file. Need an OA Thanks AWE | | | | |
| 7/7/2011 7:14:41 AM | Referrals<br>STD RTW Tracking<br>ext to 10/27/11rtw 8/8/11, STD MAX is 1/14/127/8/11 2nd attempt at INTIAL CALL, left a vm. AWE7/7/11 Left a vm for the EE, need to verify address and go over benefits. AWE | 12613 | UNKNOWN | Initial | AWE |
| 7/7/2011 7:16:55 AM | Claim Tasks<br>DOCSQL Investigation Type: Claim Direction<br>Source: CSL LINKS<br>Contact Date: 07-JUL-11<br>1/3/2012 Clmnt is a 51 year old male, Service manager (Sedentary occ), dx with neuropathy. 12/28/11 Med review supports R&L's to the STD max. LTD BCD is 1/5/2012. Pre-x/PIC investigation would need to be completed as clmt's LTD eff is 4/1/2011. Will assign claim to L2K for further handling. J2D/CSL 12/29/11 Per the MED Review , supported, 11/3/11 MAIL** recvd an OV notes from 10/26/11 with Associated neurologists of Kingsport. He is having a hard time taking the medications. he was advised to avoid any type of B6 supplements , daily foot inspection and care, referreing him to get a pair of shoes and some inserts** Will triage to MME** benefits paid to 10/27/119/16/11 per the MED REVIEW, benefits supported to today 9/16/11. ** Placed a call to the EE, he stated he seen the Dr yesterday so will be faxing in addl records. Advised that the Med review support to today 9/16/11 so will get a check released to him. No other questions. AWEOA --SedClmnt is a 51 year old male, Service manager, with neuropathy, dlw will be 7/8/11, no guidelines in MDA, he will be doing a medication trial and the ER will not let him work while on pain meds. APS states he will be off from 7/8 to 8/8/11, STD MAx is 1/14/12 | 5 | Update Claim Direction | Requested | L2K |
| 7/7/2011 7:17:32 AM | Claim Tasks<br>DOCSQL Investigation Type: Other<br>Source: Final Payment<br>rtw 8/8/11 | 7 | Open Review | Requested | AWE |
| 7/8/2011 | Telephone (OUT)<br>DOCSQL SubCategory: INIT call to ee<br>2nd atempt at INITIAL CALL, left a vm,. AWE | 2 | ARNOLD DIXON | Completed | AWE |
| 7/11/2011 | Telephone (IN)<br>DOCSQL SubCategory: Claim Status<br>adv approved 8-8-11 first pymnt will be printed 7-26-2011 | 4 | Arnold Dixon | Completed | BMVANDE |
| 7/26/2011 9:10:20 PM | Payments | | DEPOSIT 7/16/2011 - 7/30/2011 | INITIAL | AWE |
| 8/1/2011 | Claim Tasks<br>DOCSQL Investigation Type: Other<br>Source: Final Payment<br>rtw 8/8/11 | 7 | Open Review | Completed | AWE |
| 8/1/2011 9:17:09 PM | Status | | RTW (Dr Release) | CLOSED | AWE |
| 8/2/2011 | Telephone (IN)<br>DOCSQL SubCategory: Claim Status<br>3950 fax # for faxing in ovn/test res/sup doc w/clm # to ext past 080811. | 5 | Arnold Dixon | Completed | DKS |
| 8/5/2011 1:28:19 PM | Documents/Mail<br>AWD::9pg fax. | 3 | MED RECS | Received | DDJONES |
| 8/8/2011 | Telephone (IN)<br>DOCSQL SubCategory: Claim Status<br>EE called for status of claim. Let them know BS has received the information and it is currently under review . | 7 | Arnold Dixon | Completed | M7M |
| 8/10/2011 | Documents/Mail<br>AWD::9pg fax. | 3 | MED RECS | Completed | DDJONES |
| 8/15/2011 | Telephone (IN)<br>DOCSQL SubCategory: Claims (excl. taxes)<br>Meds received on 8/10, allow 5 business days. | 8 | Arnold Dixon | Completed | PAHASWE |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/16/2011 8:59:49 AM | Referrals | 11458: | UNKNOWN | Initial | AWE |
| | Converted from DOCSQL Results = Other | | | | |
| 8/17/2011 | Telephone (IN) | 9 | Arnold Dixon | Completed | 737 |
| | DOCSQL SubCategory: Claim Status<br>8/16/11 sent to w alk in | | | | |
| 8/17/2011 | Referrals | 11458: | UNKNOWN | Completed | AWE |
| | Converted from DOCSQL Results = Other | | | | |
| 8/17/2011 3:42:33 PM | Referrals | 11478( | UNKNOWN | Initial | AWE |
| 8/18/2011 | Referrals | 11478( | UNKNOWN | Completed | AWE |
| 8/24/2011 | Telephone (IN) | 10 | Arnold Dixon | Completed | GDPARKS |

DOCSQL SubCategory: Disability Claim Status
----- e-Mail Text -----
From: Claims <claims@lfg.com>
To:
Cc: Weir, Amy
Subject: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

Good morning Arnold,

Thank you for your inquiry. Our records indicate that your file w as sent to have the nurse review . At the nurse's recommendation, the file w as sent to full medical review on 08/18/11. Full medical review can take 10-14 business days.

I have included your benefit specialist on your email.

Amy, w hen the medical review has been completed please contact Arnold. When you contact him, please respond to all.

Your satisfaction is of the utmost importance to us, and I hope that the above information is helpful to you.

My goal is to resolve your issue the first time you contact us via email and I hope I have accomplished that for you today. We appreciate your business and thank you for being a valued Lincoln Financial Group customer.

Helpful Hint: You can register for our employee w ebsite <http://w w w .jpfic.com/> and view your benefits and claim status online 24 hours a day!

Gloria Parks

Insurance Solutions - Customer Operations

Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Phone: 800-423-2765

Atlanta Disability Fax: 800-259-2335

Omaha Disability Fax: 877-843-3950

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Dental Fax: 877-843-3945

Life Fax: 800-462-4660

Email: claims@lfg.com

Hello future.?

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

________________________________

From: arnoldjr60@charter.net;
Sent: 08/22/2011, Mon 01:39 PM
To: Claims@LFG.com;
Cc: ;
Subject: Lincoln Financial Group: Claims

Name: Arnold Dixon Jr.
Group ID: SARATOGATE
Group Name: Saratoga Technologies Inc
Member SSN:
Member Name: Arnold Dixon Jr.
Comments:
I would like to find out the status of my claim. I sent in the papers from the doctors to extend my benefits on August the 4th. I have called in the last two weeks and have been told first they have 5 days to make a decision and then when the 5 days were up I was told it had been turned over to medical and that they have 5 more days to make a decision. It has been over 2 weeks since I last received a benefit payment but my bills have not stopped coming. My health status has not changed and a I am still undergoing tests and doctor visits. Please let me know if there is anything I need to do to expedite the process or let me know when I can expect to receive a benefit payment.Thank you.

| | | | | | |
|---|---|---|---|---|---|
| 8/24/2011 | Telephone (OUT) | 11 | ARNOLD DIXON | Completed | AWE |

DOCSQL SubCategory: CALL TO EE
Placed a call to the EE, Dr Gupta did the test but he only sees Dr Williams. He stated he does not have the test resutls. Advised that I would call D Willaims office and see if they have the test results or if i should send a request to Dr Gupta as they are in the same office. AWE

| | | | | | |
|---|---|---|---|---|---|
| 8/24/2011 4:20:37 PM | Claim Tasks | 8 | Open Review | Requested | DDJONES |

DOCSQL Investigation Type: Other
Source: call to DR
8/26/11 Placed a call to Donna at the Dr's office, 423-247-5553, in the OV notes under recommendations, it refers to Dr Gupta's physical capacity evaluation. We need a copy of it and need to know if they have a copy of it or contact info to get it. Donna states , i need to talk to Vicki Spino and she was not in the office and to call back on Monday . AWE8/25/11 Office called. will try tomorow. Placed a call to the EE, Dr Gupta did the test but he only sees Dr Williams. He stated he does not have the test resutls. Advised that I would call D Willaims office and see if they have the test results or if i should send a request to Dr Gupta as they are in the same office. AWE

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/25/2011 | Telephone (IN) | 12 | Arnold Dixon | Completed | MYR |

DOCSQL SubCategory: Disability Claim Status
----- e-Mail Text -----
From: Claims <claims@lfg.com>
To:
Cc: Weir, Amy
Subject: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

Hi Arnold,

Thank you for the email. We have forw arded your email on to the Benefit Specialist assigned to the claim, Amy Weir. Please allow 1 business day for a response.

Amy,

Is there any w ay you can expedite Arnold's claim? Please contact him to advise. Thank you.

Your satisfaction is of the utmost importance to us, and I hope that the above information is helpful to you.

My goal is to resolve your issue the first time you contact us via email and I hope I have accomplished that for you today. We appreciate your business and thank you for being a valued Lincoln Financial Group customer.

Helpful Hint: You can register for our employee w ebsite <http://w w w .jpfic.com/> and view your benefits and claim status online 24 hours a day!

Marcus Robbins

Insurance Solutions - Customer Operations

Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Phone: 800-423-2765

Atlanta Disability Fax: 800-259-2335

Omaha Disability Fax: 877-843-3950

Dental Fax: 877-843-3945

Life Fax: 800-462-4660

Email: claims@lfg.com

Hello future.?

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

________________________________

From: ;
Sent: 08/24/2011, Wed 12:47 PM
To: claims@lfg.com;
Cc: Amy.Weir@lfg.com;
Subject: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

I appreciate the response but no this w asn't much help. I w as expected to make my monthly benfit payments each month so I w ould receive a WEEKLY benefit.
I don't understand w hy I am not getting paid w eekly w hen I have sent all the required documents you have asked for.
I have bills that continue to come in and now you are saying I may not know anything for another 10 business days w hich could be 2 more w eeks.
Each w eek I have called and I keep getting told something different.
I don't see w hy there is a hold up, I still have the same symptoms as I did a month ago and I w as approved. I am also still undergoing tests.
Is there anyone else I can talk to so I can get my benefits started again?

Thank you,

Arnold Dixon

On Wednesday August 24, 2011 at 9:52 AM, Claims w rote:

>
Good morning Arnold,
Thank you for your inquiry. Our records indicate that your file w as sent to have the nurse review. At the nurse's recommendation, the file w as sent to full medical review on 08/18/11. Full medical review can take 10-14 business days.
I have included your benefit specialist on your email.
Amy, w hen the medical review has been completed please contact Arnold. When you contact him, please respond to all.

Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Phone: 800-423-2765

Atlanta Disability Fax: 800-259-2335

Omaha Disability Fax: 877-843-3950

Dental Fax: 877-843-3945

Life Fax: 800-462-4660

Email: claims@lfg.com

Hello future.?

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

From: arnoldjr60@charter.net;
Sent: 08/22/2011, Mon 01:39 PM
To: Claims@LFG.com;

8/26/2011 Telephone (IN) 13 Arnold Dixon Completed GDPARKS
DOCSQL SubCategory: Disability Claim Status
no response needed

----- e-Mail Text -----
From:
To: Claims <claims@lfg.com>
Cc: Amy.Weir@lfg.com
Subject: Re: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

Thank you very much. Amy actually contacted me yesterday and let me know w hat w as needed. She w as supposed to get in touch w ith my doctors this morning for a report she needed.
I haven't heard anything from her yet and w hile this hasn't totally resolved my issue it has let me know w hat exactly is being done and I appreciate that.
I am looking forw ard to this being resolved in the near future.

Thank you.

On Thursday August 25, 2011 at 12:40 PM, Claims w rote:

> Hi Arnold,

Thank you for the email. We have forw arded your email on to the Benefit Specialist assigned to the claim, Amy Weir. Please allow 1 business day for a response.

Amy,

Is there any w ay you can expedite Arnold's claim? Please contact him to advise. Thank you.

Your satisfaction is of the utmost importance to us, and I hope that the above information is helpful to you.

My goal is to resolve your issue the first time you contact us via email and I hope I have accomplished that for you today. We appreciate your business and thank you for being a valued Lincoln Financial Group customer.

Helpful Hint: You can register for our employee w ebsite and view your benefits and claim status online 24 hours a day!

Marcus Robbins
Insurance Solutions - Customer Operations
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Phone: 800-423-2765
Atlanta Disability Fax: 800-259-2335
Omaha Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Hello future.?

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

From: ;
Sent: 08/24/2011, Wed 12:47 PM
To: claims@lfg.com;
Cc: Amy.Weir@lfg.com;
Subject: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

I appreciate the response but no this w asn't much help. I w as expected to make my monthly benfit payments each month so I w ould receive a WEEKLY benefit.
I don't understand w hy I am not getting paid w eekly w hen I have sent all the required documents you have asked for.
I have bills that continue to come in and now you are saying I may not know anything for another 10 business days w hich could be 2 more w eeks.
Each w eek I have called and I keep getting told something different.
I don't see w hy there is a hold up, I still have the same symptoms as I did a month ago and I w as approved. I am also still undergoing tests.
Is there anyone else I can talk to so I can get my benefits started again?

Thank you,

Arnold Dixon

On Wednesday August 24, 2011 at 9:52 AM, Claims w rote:

>
Good morning Arnold,

Thank you for your inquiry. Our records indicate that your file w as sent to have the nurse review . At the nurse's recommendation, the file w as sent to full medical review on 08/18/11. Full medical review can take 10-14 business days.

I have included your benefit specialist on your email.

Amy, w hen the medical review has been completed please contact Arnold. When you contact him, please respond to all.

Your satisfaction is of the utmost importance to us, and I hope that the above information is helpful to you.

My goal is to resolve your issue the first time you contact us via email and I hope I have accomplished that for you today. We appreciate your business and thank you for being a valued Lincoln Financial Group customer.

Helpful Hint: You can register for our employee w eb

| | | | | | |
|---|---|---|---|---|---|
| 8/26/2011 | Telephone (OTHER) | 14 | Donna | Completed | AWE |

Placed a call to Donna at the Dr's office, 423-247-5553, in the OV notes under recommendations, it refers to Dr Gupta's physical capacity evaluation. We need a copy of it and need to know if they have a copy of it or contact info to get it. Donna states , i need to talk to Vicki Spino and she w as not in the office and to call back on Monday . AWE

| | | | | | |
|---|---|---|---|---|---|
| 8/30/2011 | Telephone (IN) | 15 | Arnold Dixon | Completed | NMLORKO |

DOCSQL SubCategory: Disability Claim Status
----- e-Mail Text -----
From: Claims <claims@lfg.com>
To:
Subject: Re: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

Hi Arnold,

Thank you for your e-mail.

I do not show that w e have received any updated medical records in from your doctor's office. The last medical documentation w e received w as on 8/4/11. I show w e are needing Dr Gupta's physical capacity evaluation. We need a copy of it and or need to know if your doctor's office has a copy of it or if not the contact info to get it.

Amy, w ho is handling your claim, spoke w ith your doctor's office on 8/26/11 asking for Dr Gupta's physical capacity evaluation but w e have not yet received the needed information. If it w as recently sent to our office, please allow 24-48 hours to verify receipt.

Your satisfaction is of the utmost importance to us, and I hope that the above information is helpful to you.

My goal is to resolve your issue the first time you contact us via email and I hope I have accomplished that for you today. We appreciate your business and thank you for being a valued Lincoln Financial Group customer.

Helpful Hint: You can register for our employee w ebsite <http://w w w .jpfic.com/> and view your benefits and claim status online 24 hours a day!

Nicole Lorkovic

Insurance Solutions - Customer Operations

Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Phone: 800-423-2765

Atlanta Disability Fax: 800-259-2335

Omaha Disability Fax: 877-843-3950

Dental Fax: 877-843-3945

Life Fax: 800-462-4660

Email: claims@lfg.com

Hello future.?

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

________________________________

From: arnoldjr60@charter.net;
Sent: 08/29/2011, Mon 04:54 PM
To: claims@lfg.com;
Cc: Amy.Weir@lfg.com;
Subject: Re: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

Hello Marcus,

I am trying to find out if the document from my doctor's office w as received.
I am going to be there on Wednesday and if there is some kind of problem maybe I can straighten it out w hen I am there.

On Thursday August 25, 2011 at 12:40 PM, Claims w rote:

> Hi Arnold,

Thank you for the email. We have forw arded your email on to the Benefit Specialist assigned to the claim, Amy Weir. Please allow 1 business day for a response.

Amy,
Is there any w ay you can expedite Arnold's claim? Please contact him to advise. Thank you.

Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Phone: 800-423-2765

Atlanta Disability Fax: 800-259-2335

Omaha Disability Fax: 877-843-3950

Dental Fax: 877-843-3945

Life Fax: 800-462-4660

Email: claims@lfg.com

Hello future.?

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for

Lincoln National Corporation and its affiliates.

From: ;
Sent: 08/24/2011, Wed 12:47 PM
To: claims@lfg.com;
Cc: Amy.Weir@lfg.com;
Subject: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

I appreciate the response but no this w asn't much help. I w as expected to make my monthly benfit payments each month so I w

8/31/2011 | Telephone (IN) | 16 | Arnold Dixon | Completed | DDJONES

DOCSQL SubCategory: Claim Status
CB:
EEupset w ith processing time. I tried to go over the action lan and timeline, but he w anted someone else. Please call to discuss. He faxed report from Gupta today, has not posted yet. Can take 2 bday

8/31/2011 | Telephone (OUT) | 17 | ARNOLD DIXON | Completed | DDJONES

DOCSQL SubCategory: Additional information needed call
8/31/2011 CALL TO EE: he stated that he did not have the PCE- Physical capacity eval. HE w as going to get one but did not. Advised him that w e w ere holding on for that piece of information. Spoke at length w ith ee on his condition, he stated that since 2008 he has gotten progressively w orse, he is not able to feel the gas petals in his car or break. He felt it w as a danger. He had a back surgery in 08 and that's w hen this all began, he w as told that he is not a surgical candidate. That he can not have sx again, he had a radiofrequency. Advised him that I w ill order meds from Pain management as he w as seen 2x in the last month and from Neurologist as he has been seen on 8/24 w ith a med change. eE stated that the meds he is on for the neuropathy he can not function, hard to stay aw ake, the back is getting w orse. Upset about how claim handled. Advised him of my apologies going forw ard how things w ill be handled. DDJ for AWE.

8/31/2011 | Claim Tasks | 8 | Open Review | Completed | DDJONES

DOCSQL Investigation Type: Other
Source: call to DR
8/26/11 Placed a call to Donna at the Dr's office, 423-247-5553, in the OV notes under recommendations, it refers to Dr Gupta's physical capacity evaluation. We need a copy of it and need to know if they have a copy of it or contact info to get it. Donna states , i need to talk to Vicki Spino and she w as not in the office and to call back on Monday . AWE8/25/11 Office called. w ill try tomorow . Placed a call to the EE, Dr Gupta did the test but he only sees Dr Williams. He stated he does not have the test resutls. Advised that I w ould call D Willaims office and see if they have the test results or if i should send a request to Dr Gupta as they are in the same office. AWE

8/31/2011 6:24:11 PM | Claim Tasks | 1 | Update Claim Information | Requested | AWE

DOCSQL Investigation Type: Claim Update
Source: MEDS back from Pain/Neuro
9/8/11 Placed a call to the EE, advised that the medical records request has been paid. Advised that as soon as the records are recevied and review ed w e w ill be in touch w ith him. AWE8/31/2011 CALL TO EE: he stated that he did not have the PCE- Physical capacity eval. HE w as going to get one but did not. Advised him that w e w ere holding on for that piece of information. Spoke at length w ith ee on his condition, he stated that since 2008 he has gotten progressively w orse, he is not able to feel the gas petals in his car or break. He felt it w as a danger. He had a back surgery in 08 and that's w hen this all began, he w as told that he is not a surgical candidate. That he can not have sx again, he had a radiofrequency. Advised him that I w ill order meds from Pain management as he w as seen 2x in the last month and from Neurologist as he has been seen on 8/24 w ith a med change. eE stated that the meds he is on for the neuropathy he can not function, hard to stay aw ake, the back is getting w orse. Upset about how claim handled. Advised him of my apologies going forw ard how things w ill be handled. DDJ for AWE.

9/1/2011 | Telephone (IN) | 18 | ARNOLD DIXON | Completed | K1S

DOCSQL SubCategory: Enrollment
FW to bs Amy Weir

From: [mailto:
Sent: Tuesday, August 30, 2011 6:15 PM
To: Claims

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Subject: Re: (secure)RE: Lincoln Financial Group: Claims SARATOGATE/1110329464

Amy told me she was supposed to contact them yesterday to get it but since she would be gone her backup was going to do it which they may have.
I will check tomorrow while I am there to see if it has been sent and if not I will get a copy.

Thank you.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/1/2011 12:27:44 PM | Documents/Mail | 4 | MED RECS | Received | AWE |

8/31/11 AWD 5 PGS

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/1/2011 1:13:57 PM | Medical | 1 | | Initial | J2A |

Type = Medical Records - Entered: 18-JUL-14 by DOCSQL - Converted from DOCSQL.ACTMEDSTD.

Medical Comments: 9/12/2011 REC'D MEDRECS WITH PAID INVOICE IN AWD. 6 PAGES. H1L 9/8/11 PD CC $20.00 FOR MED RECS, LMW9/6/11 recvd prepay invoice-a1h09/01/11 - office/treatment notes,diagnostic test results requested from PAIN MEDICINE ASSOCIATES for 08/01/11 to present via FAX J2B.
Received Date: 08-SEP-11

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/1/2011 1:16:19 PM | Medical | 2 | | Initial | J2A |

Type = Medical Records - Entered: 18-JUL-14 by DOCSQL - Converted from DOCSQL.ACTMEDSTD.

Medical Comments: 9/8/11 RCVD OV NOTES VIA AWD VXW9/8/11 PD CC $20.00 FOR MED RECS, ASSOCIATED NEUROLOGISTS OF KINGSPORT, LMW9/2/11--RCVD INVOICE FOR O & T NOTES VIA AWD 2 PGS ~C2S09/01/11 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA MD for 08/01/11 to present via FAX J2B.
Received Date: 08-SEP-11

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/2/2011 | Telephone (IN) | 19 | Arnold Dixon | Completed | R5B |

DOCSQL SubCategory: Claim Status
09/01/11 - office/treatment notes,diagnostic test results requested from CHRIS PENDOLA MD for 08/01/11 to present via FAX J2B.

09/01/11 - office/treatment notes,diagnostic test results requested from PAIN MEDICINE ASSOCIATES for 08/01/11 to present via FAX J2B.
haven't received either yet;

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/4/2011 4:50:15 PM | Documents/Mail | 5 | INVOICE | Received | LMWELLE |

RCVD 2 PGS VIA AWD ~C2S

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/6/2011 | Documents/Mail | 4 | MED RECS | Completed | AWE |

8/31/11 AWD 5 PGS

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/6/2011 1:06:18 PM | Referrals | 11651 | UNKNOWN | Initial | AWE |
| 9/7/2011 9:00:26 AM | Documents/Mail | 6 | PREPAY invoice | Received | LMWELLE |

9/6/11 AWD

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/7/2011 5:02:45 PM | Telephone (IN) | 20 | ARNOLD DIXON | Requested | AWE |

DOCSQL SubCategory: Escalated call
From: Jones, Danielle Sent: Wednesday, September 07, 2011 5:02 PMTo: Weir, Amy; Weller, Lisa; Howe, MaryCc: Melgoza, Monica; Powley, Terri; Jones, DanielleSubject: 1110329464- Escalated callImportance: HighHi all, I have an escalated call from the member Arnold Dixon. We have to invoices in on his claim for medical records, one from Dr. Pendola and one from Pain Management. If the MD offices are not willing to take the credit card pre pay for recs, and will only do ck request, please call the Member right away, he will have someone in his family pay for the recs and he will pick them up.His home number is if not avail call him on his cell at I have assurred him that we will call him if there is further delay we will call him. Please advise me if there are issues with making a payment for the records as the member would like to make sure we get everything we need to further review his claim for benefits. Thank you, Danielle Danielle Jones Senior Short Term Disability Specialist Insurance

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Solutions-Group Protection Lincoln Life & Annuity Company of New York PO BOX 2609Omaha, NE 68103-2609Home Office: Syracuse, NY Toll Free: 800-423-2765Phone: 402-361-2662Fax: 402-361-1377Email: danielle.jones@lfg.com

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/8/2011 | Telephone (OUT) | 21 | ARNOLD DIXON | Completed | AWE |

DOCSQL SubCategory: CALL TO EE
Placed a call to the EE, advised that the medical records request has been paid. Advised that as soon as the records are recevied and review ed w e w ill be in touch w ith him. AWE

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/8/2011 | Documents/Mail | 6 | PREPAY invoice | Completed | LMWELLE |

9/6/11 AWD

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/8/2011 | Documents/Mail | 5 | INVOICE | Completed | LMWELLE |

RCVD 2 PGS VIA AWD ~C2S

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/10/2011 | Telephone (IN) | 20 | ARNOLD DIXON | Completed | AWE |

DOCSQL SubCategory: Escalated call
From: Jones, Danielle Sent: Wednesday, September 07, 2011 5:02 PMTo: Weir, Amy; Weller, Lisa; How e, MaryCc: Melgoza, Monica; Pow ley, Terri; Jones, DanielleSubject: 1110329464- Escalated callImportance: HighHi all, I have an escalated call from the member Arnold Dixon. We have to invoices in on his claim for medical records, one from Dr. Pendola and one from Pain Management. If the MD offices are not w illing to take the credit card pre pay for recs, and w ill only do ck request, please call the Member right aw ay, he w ill have someone in his family pay for the recs and he w ill pick them up.His home number is if not avail call him on his cell at I have assurred him that w e w ill call him if there is further delay w e w ill call him. Please advise me if there are issues w ith making a payment for the records as the member w ould like to make sure w e get everything w e need to further review his claim for benefits. Thank you, Danielle Danielle Jones Senior Short Term Disability Specialist Insurance Solutions-Group Protection Lincoln Life & Annuity Company of New York PO BOX 2609Omaha, NE 68103-2609Home Office: Syracuse, NY Toll Free: 800-423-2765Phone: 402-361-2662Fax: 402-361-1377Email: danielle.jones@lfg.com

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/12/2011 | Referrals | 11651 | UNKNOWN | Completed | AWE |
| 9/14/2011 | Claim Tasks | 1 | Update Claim Information | Completed | AWE |

DOCSQL Investigation Type: Claim Update
Source: MEDS back from Pain/Neuro
9/8/11 Placed a call to the EE, advised that the medical records request has been paid. Advised that as soon as the records are recevied and review ed w e w ill be in touch w ith him. AWE8/31/2011 CALL TO EE: he stated that he did not have the PCE- Physical capacity eval. HE w as going to get one but did not. Advised him that w e w ere holding on for that piece of information. Spoke at length w ith ee on his condition, he stated that since 2008 he has gotten progressively w orse, he is not able to feel the gas petals in his car or break. He felt it w as a danger. He had a back surgery in 08 and that's w hen this all began, he w as told that he is not a surgical candidate. That he can not have sx again, he had a radiofrequency. Advised him that I w ill order meds from Pain management as he w as seen 2x in the last month and from Neurologist as he has been seen on 8/24 w ith a med change. eE stated that the meds he is on for the neuropathy he can not function, hard to stay aw ake, the back is getting w orse. Upset about how claim handled. Advised him of my apologies going forw ard how things w ill be handled. DDJ for AWE.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/14/2011 | Medical | 1 | | Closed | J2A |

Type = Medical Records - Entered: 18-JUL-14 by DOCSQL - Converted from DOCSQL.ACTMEDSTD.

Medical Comments: 9/12/2011 REC'D MEDRECS WITH PAID INVOICE IN AWD. 6 PAGES. H1L 9/8/11 PD CC $20.00 FOR MED RECS, LMW9/6/11 recvd prepay invoice-a1h09/01/11 - office/treatment notes,diagnostic test results requested from PAIN MEDICINE ASSOCIATES for 08/01/11 to present via FAX J2B.
Received Date: 08-SEP-11

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/14/2011 | Medical | 2 | | Closed | J2A |

Type = Medical Records - Entered: 18-JUL-14 by DOCSQL - Converted from DOCSQL.ACTMEDSTD.

Medical Comments: 9/8/11 RCVD OV NOTES VIA AWD VXW9/8/11 PD CC $20.00 FOR MED RECS, ASSOCIATED NEUROLOGISTS OF KINGSPORT, LMW9/2/11--RCVD INVOICE FOR O & T NOTES VIA AWD 2 PGS ~C2S09/01/11 -

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | office/treatment notes,diagnostic test results requested from CHRIS PENDOLA MD for 08/01/11 to present via FAX J2B.<br>Received Date: 08-SEP-11 | | | | |
| 9/14/2011 12:51:39 PM | Documents/Mail | 7 | INVOICE | Received | VLHOFFM |
| | 9/12/11 VIA MAIL SCAN AWD | | | | |
| 9/14/2011 1:42:22 PM | Referrals | 11733 | UNKNOWN | Initial | AWE |
| 9/14/2011 4:40:18 PM | Telephone (IN) | 22 | Arnold Dixon | Requested | AWE |
| | DOCSQL SubCategory: Claim Status<br>still in rvw , please cb clmt at | | | | |
| 9/16/2011 | Telephone (IN) | 22 | Arnold Dixon | Completed | AWE |
| | DOCSQL SubCategory: Claim Status<br>still in rvw , please cb clmt at | | | | |
| 9/16/2011 | Telephone (OUT) | 23 | ARNOLD DIXON | Completed | AWE |
| | DOCSQL SubCategory: CALL TO EE<br>Placed a call to the EE, he stated he seen the Dr yesterday so w ill be faxing in addl records. Advised that the Med review support to today 9/16/11 so w ill get a check released to him. No other questions. AWE | | | | |
| 9/16/2011 | Claim Tasks | 9 | Audit | Completed | DDJONES |
| | DOCSQL Investigation Type: Audit<br>Source: High Dollar<br>Contact Date: 16-SEP-11<br>Med review supported from 8/8 to 9/16/11. Please release the payment | | | | |
| 9/16/2011 | Documents/Mail | 8 | STD EXTEND | Completed | AWE |
| | September 16, 2011ARNOLD DIXON Re:Policy Number: 00040000200002852 Claim Number: 1110329464Dear Mr. Dixon:We are w riting to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 8/8/2011 and have recently received updated medical documentation for consideration of additional benefits. Based on the information received, your benefits have been extended to 9/16/2011. To consider benefits beyond this date, you w ill need to provide our office w ith current medical documentation. Medical documentation refers, but is not limited to, office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your ow n expense. A note from your physician, w ithout any supporting medical documentation, may not be sufficient to consider further benefits.If you return to w ork prior to this date, please notify our office as soon as possible to avoid an overpayment.Please contact our office w ith any questions you may have at the number listed above or email us at claims@lfg.com. You can also register for our employee w ebsite at w w w .lincoln4benefits.com and view your benefits and claim status online 24 hours a day! To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950. Sincerely,Amy WeirBenefit SpecialistThe Lincoln National Life Insurance CompanyCC: SARATOGA TECHNOLOGIES INCATTN WHITNEY STRANGE101 MED TECH PARKWAY, SUITE 307JOHNSON CITY TN 37604 | | | | |
| 9/16/2011 | Referrals | 11733 | UNKNOWN | Completed | AWE |
| 9/16/2011 1:36:24 PM | Status | | | REOPENED | AWE |
| 9/16/2011 9:06:36 PM | Status | | RTW (Dr Release) | CLOSED | AWE |
| 9/17/2011 1:35:04 PM | Status | | | REOPENED | AWE |
| 9/20/2011 12:46:37 PM | Documents/Mail | 9 | DR NOTE | Received | AWE |
| | 9/16/11 Rcvd Dr Note via AWD (2 pages) - DXW | | | | |
| 9/22/2011 | Telephone (OUT) | 24 | ARNOLD DIXON | Completed | AWE |
| | DOCSQL SubCategory: CALL TO EE<br>Left a vm for the EE, this note on a script pad is not enough to support an extension of benefits beyond 9/16/11. Left the fax and call back#. AWE | | | | |
| 9/22/2011 | Documents/Mail | 9 | DR NOTE | Completed | AWE |
| | 9/16/11 Rcvd Dr Note via AWD (2 pages) - DXW | | | | |
| 9/26/2011 2:26:28 PM | Documents/Mail | 10 | MED RECS | Received | AWE |
| | 09/26/11 CZV 7 PG FX | | | | |
| 9/28/2011 | Documents/Mail | 10 | MED RECS | Completed | AWE |
| | 09/26/11 CZV 7 PG FX | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/28/2011 | Documents/Mail | 11 | STD EXTEND | Completed | AWE |

September 28, 2011ARNOLD DIXON Re:Policy Number: 00040000200002852 Claim Number: 1110329464Dear Mr. DIXON:We are w riting to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 9/16/2011 and have recently received updated medical documentation for consideration of additional benefits. Based on the information received, your benefits have been extended to 10/27/2011. To consider benefits beyond this date, you w ill need to provide our office w ith current medical documentation. Medical documentation refers, but is not limited to, office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your ow n expense. A note from your physician, w ithout any supporting medical documentation, may not be sufficient to consider further benefits.If you return to w ork prior to this date, please notify our office as soon as possible to avoid an overpayment.Please contact our office w ith any questions you may have at the number listed above or email us at claims@lfg.com. You can also register for our employee w ebsite at w w w .lincoln4benefits.com and view your benefits and claim status online 24 hours a day! To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950. Sincerely,Amy WeirBenefit SpecialistThe Lincoln National Life Insurance CompanyCC: SARATOGA TECHNOLOGIES INCATTN WHITNEY STRANGE101 MED TECH PARKWAY, SUITE 307JOHNSON CITY TN 37604

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/20/2011 | Documents/Mail | 7 | INVOICE | Completed | VLHOFFM |

9/12/11 VIA MAIL SCAN AWD

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/24/2011 | Referrals | 12613 | UNKNOWN | Completed | AWE |

STD RTW Tracking
ext to 10/27/11rtw 8/8/11, STD MAX is 1/14/127/8/11 2nd attempt at INTIAL CALL, left a vm. AWE7/7/11 Left a vm for the EE, need to verify address and go over benefits. AWE
[1339229: Entered By DZF on 07/05/2011 10:37:48 AM]
7/5/5011 VOCATIONAL RESPONSE TO OWN OCCUPATION DETERMINATION: I have review ed claim documents including
JD to determine this is 2 DOT occupations: #221.367-010 Service Clerk and #032.262-010 User Support Analyst. These are
sedentary physical requirement by Dept of Labor standards. Summary reports prepared in for claimant file. D FRAZEE, MS
ED CRC

[1335857: Entered By AWE on 06/30/2011 08:54:22 AM]
Clmnt is a service manager. Job description is in the file. Need an OA Thanks AWE

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/24/2011 | Referrals | 12613 | UNKNOWN | Completed | AWE |

STD RTW Tracking
ext to 10/27/11rtw 8/8/11, STD MAX is 1/14/127/8/11 2nd attempt at INTIAL CALL, left a vm. AWE7/7/11 Left a vm for the EE, need to verify address and go over benefits. AWE

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/25/2011 9:10:10 PM | Status | | RTW (Dr Release) | CLOSED | AWE |
| 10/31/2011 | Claim Tasks | 2 | Audit | Completed | AWE |

DOCSQL Investigation Type: Audit
Source: CM AUDIT
Contact Date: 31-OCT-11

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/31/2011 2:23:47 PM | Documents/Mail | 12 | MED NOTES | Received | AWE |

10/31-VIA AWD

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/3/2011 | Documents/Mail | 12 | MED NOTES | Completed | AWE |

10/31-VIA AWD

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/3/2011 10:51:30 AM | Claim Tasks | 4 | Open Review | Requested | ORN |

DOCSQL Investigation Type: Other
Source: Supervisor Triage
11/15/11 Supervisor has triaged, recommend full med review mme11/11/11 This needs to go over for medical review . mme11/3/11 MAIL** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts and to rtc in 6 months. ** w ill TRIAGE to MME for review . AWECLmnt is a 51 year old male, Service. SED OCC w ith perophERAL meuropathy. dlw w as 7/8/11, dod 7/9/11, benefits have been paid to 10/27/11, ST D MAX is 1/14/12

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/9/2011 | Telephone (IN) | 28 | Arnold Dixon | Completed | NMLORKO |

DOCSQL SubCategory: Medical Records
Adv recv'd an OV notes from 10/26/11 adv in rvw allow 5-7 bus days for rvw. Adv noted in claim from 11/3 also shows note "** Will triage to MME" but no further updates.
Adv we last approved and paid to 10/27/11 so recs will be used to consider ext beyond 10/27/11.

Adv of how LINKS works from STD to LTD so he does not start LTD claim forms if he is going to remain unable to return to work

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/14/2011 2:31:32 PM | Referrals | 12295(UNKNOWN | | Initial | AWE |

[1537307: Entered By VDT on 12/28/2011 08:34:36 AM]
12/28/11 MEDICAL ADDENDUM Rec'd a clarification letter back from Dr. Williams. dated it 12/15/11. As of this date he documents that
clmt is able to sit up to 4 hrs out of 8 hrs; able to lift/carry, push/pull occasionally, but did not give the amount of weight limit. Unable to
reach overhead, "would consider kneeling and squatting", climbing stairs "limited". Current ROM of lumbar spine documented with FF 45
deg, SideBend bilat, 10 deg; Ext 10 deg. With clmt limited to 4hrs of sitting out of 8hr/day, R and L's are supported. V.Thomas-Davis RN
BSN

[1533029: Entered By AWE on 12/21/2011 01:40:37 PM]
Recvd the answered back to the Clarify Letter sent out to Dr Williams. Please review and advise. Thanks. AWE

[1499497: Entered By VDT on 11/17/2011 03:30:27 PM]
11/17/11 MEDICAL WALKIN The documentation date 9/15/11 from Dr. Williams indicates that clmt rec'd moderate but transient relief
from the RFA. performed on 8/18/11. Review of the most recent MRI does reveal DDD multilevel at L2-3, L3-4, L4-5, L5-S1 w/o evidence
of radiculopathy or neural impingement. Additionally, he does have positive EMG/NCS findings for peripheral neuropathy, lower
extremities fro testing performed on 3/28/11. He documents that clmt had to "discontinue work at Saratoga Computers secondary to his
inablility to tolerate the prolonged sitting, etc." No additional functional information was provided by Dr. Williams (pain managment) in
this OV note. Next note rec'd was from from Dr McLaughlin (Neuro) reports clmt has fail multiple medications to control his low back and
peripheral pain. He states that Dr. Willimas was considering placing a pain pump and a neurostimulator to help with pain. PE reveals
clmt has normal motor strength, gait and station appear to be normal, sensory exam revealed decrease sensation to vibration, but intact
to light touch and temp. Reflexes normal except right knee was decreased. No range of motion or other functional information was
included in the exam. Since clmt does have positive radiologic and electrical studies, but lacks the functional evalutation or specific
restrictions and limitations from the physicians, and because clmt's occupation is sedentary, recommend clarification letter to Dr.
McLaughlin (neuro). Below is recommended question for the letter. V.Thomas-Davis RN BSN

[1494421: Entered By AWE on 11/14/2011 02:32:22 PM]
11/3/11 MAIL
** recvd an OV notes from 10/26/11 with Associated neurologists of Kingsport. He is having a hard time taking the medications. he was
advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts and to
rtc in 6 months.
** Per Supervisor TRIAGE to MME --send for a med review. AWE

[1426875: Entered By VDT on 09/16/2011 01:34:29 PM]
9/16/11 MEDICAL ADDENDUM. Rec'd documentation from Dr. Smyth from 8/18/11. At this appt clmt reports he had temporary relief with

teh facet joint blocks. Dr. Smith recommended the RFL procedure for a more permanent results. It w as agreed upon. With the additional
Lumbar RFL performed at this OV, it is reasonable to support r/l's to the next f/u appt that w as today, for re-evaluation of clmt's condition.
Please request f/u OV notes, notes from Dr. Pendola's OV, also any notes from Dr. Gupta and any PT notes if available. V.Thomas-Davis
RN BSN

[1423533: Entered By J2A on 09/14/2011 01:43:38 PM]
ADDENDUM Claim previous apprvd to 8/8. Clmnt has sedentary occ. On 9/12 it w as noted that w e w ere w aiting for med recs before
doing the addendum.

Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included. Exam is normal.
Neuropathic pain is secondary to mild peripheral neuropathy according to his electrodiagnostic study. He has elevated B6 level.... Med
recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but
the benefits w ore off. Clmnt to proceed w ith RFL.

Question: Would the medical records support R&Ls from a sedentary occ beyond 8/8/2011?

[1419207: Entered By TWH on 09/12/2011 07:32:12 AM]
09/12/11. Addendum request related to the previous full med review dated 08/18/11. The submitted 03/18/11 EMG report has already been
review ed in the last review and is a duplicate. In discussion w ith the BS today, she advised me that the records in the last 08/18/11 from Dr
Gupta has been requsted and are on the w ay. Will aw ait those records and have BS refer back as an addendum. Ted Hartsock, RN, BSN,
TWH

[1417909: Entered By VDT on 09/09/2011 09:16:26 AM]
9/9/11 Addendum for TWH

[1413359: Entered By AWE on 09/06/2011 01:07:41 PM]
9/6/11 ** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters.
The right supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All
muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy
involving the R LE, clinical correlation advised.
** are these test results enough to support addl benefits and for how long? Thanks AWE

[1392289: Entered By TWH on 08/18/2011 06:45:13 AM]
MEDICAL REVIEW RESPONSE

Claimant Name: Dixon, Arnold
Claim Number: 1110329464
Date Review Completed: 08/18/11
Completed by: Ted Hartsock, RN

R&L¿s as stated by AP: APS dated

Medical Issue: Whether the submitted Neurology MD ov notes support ongoing R&L's beyond 08/08/11 from ow n sedentary occ.

Summary of Data Review ed: All submitted Neurology MD ov notes w ere review ed including the EMG study results.

This is a 51 year old male Service Manager (Sed occ per OA) w ith dx of peripheral neuropathy. DOD is 07/09/11. Benefits considered to
08/08/11.
Review of the 07/28/11 Neurology MD consult notes reflects the clmt started having numbness and burning sensation in his feet in 2009. Hx of
having a cervical discectomy in 2008. Also has numbness in his hands since that neck surgery. Clmt indicates he had to quit w ork because he
couldn't tolerate the medications he w as required to take to treat his neuropathic pain such as Neurontin and Lyrica. Made him feel sedated.
The MD states clmt had an EMG performed recently by Dr Gupta (A physiatrist Pain Management). The EMG results w ere consistent w ith mild
early neupothy. States clmt had epidural injections w ithout any significant improvements in his low back area. Also indicates clmt had a MRI of the
lumbar spine in 01/2011 that show ed multilevel DDD changes. Facet hypertrophy noted at L1-2, L3-4, L4-5 and L5-S1. Some foraminal stenosis
w as seen but no reported nerve root compression. MRI of the cervical spine from 02/10/11 revealed stable multilevel DDD changes associated w ith
foraminal stenosis but no reported nerve root encroachment or stenosis. Past hx of depression, DDD and sinus problems. . No current medications.
Exam show s clmt alert and orientated. No evidence of apraxia. Has a normal motor exam. No atrophy of extremities noted. Does indicate the clmt
reports mild decrease in vibratory sense in both feet. Pinprick intact. Has a normal gait. Has a decreased rt knee reflex compared to left. Rest of
the exam unremarkable.
MD impression is neuropathic pain secondary to mild peripheral neuropathy as indicated on the EMG report.
Plan is to get glucose labs, try using topical neuropathy gel. Also RX for Metanx. To avoid any climbing or situations that involve uneven steep
ground, embankments, stairw ells, etc. Since clmt reports balance issues in the past. . MD states he see's no postural instability on exam today.
Does advise clmt to take precautions for any difficulties differentiating a brake pedal from an accelerator, should refrain from driving. In regards
to a physical capacity evaluation, told the clmt he does not perform this test. To contact Dr Gupta (Physiatrist for possibly doing the evaluation.
To see back in several w eeks to review the results of his neuropathy w ork up.

Conclusion: Additional information needed

Analysis and Rationale: Based on the submitted Neurology 07/28/11 consult notes, it appears the clmt also see's Dr Gupta from Pain
Management. Before a determination of R&L's can be made in regards to the clmt's dx of peripheral neuropathy, it w ould be helpful to obtain Dr
Gupta's office visit notes as w ell as all test results that should also include the mentioned physical capacity evaluation report if this w as performed.
Return as an addendum w hen records become available.

Referral Questions and Answ ers: If records support R&L's beyond 08/08/11.

Next Steps/Recommendations: Obtain additional medical records from Dr Gupta that should include test results and the physical capacity evaluation
report if this w as performed.

Recommendation Specifics: As above

Ted Hartsock, RN, BSN
Nurse Disability Consultant

[1392053: Entered By TWH on 08/17/2011 03:42:28 PM]
08/17/11. Changed to a full med review due to possible non support. TWH

[1389409: Entered By DDJ on 08/16/2011 09:00:19 AM]
MEDICAL REVIEW

Date: August 16, 2011
Claimant: ARNOLD DIXON
Claim Number: 1110329464
Occupation: service mana
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:7/16/2011
Reinsurer:

Occ level is: Sedentary

MDA recommendations for recovery:
None in MDA

REASON FOR REFERRAL:
Ongoing Claim Review

CURRENT PROVIDERS:
NameSpecialtyLast visitRLs if provided

Associate Neurologists of Kingsport 7/28/2011 avoid climbing, or getting around situations w here he could fall due to balance issues, no driving

SURGERY:
Name of Procedure:Date Performed:

None

ABNORMAL FINDINGS:
Physical Exam:
See ovn in AWD under medical records

X-Ray or MRI:

Lab Results:

MEDICAL ISSUE: (brief summary of condition, treatment, outcome)

Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP.
Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE

QUESTION:

11/15/2011 Claim Tasks 4 Open Review Completed ORN

DOCSQL Investigation Type: Other
Source: Supervisor Triage
11/15/11 Supervisor has triaged, recommend full med review mme11/11/11 This needs to go over for medical review . mme11/3/11 MAIL** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts and to rtc in 6 months. ** w ill TRIAGE to MME for review . AWECLmnt is a 51 year old male, Service. SED OCC w ith perophera meuropathy. dlw w as 7/8/11, dod 7/9/11, benefits have been paid to 10/27/11, ST D MAX is 1/14/12

11/17/2011 Referrals 12295(UNKNOWN Completed AWE

[1537307: Entered By VDT on 12/28/2011 08:34:36 AM]
12/28/11 MEDICAL ADDENDUM Rec'd a clarification letter back from Dr. Williams. dated it 12/15/11. As of this date he documents that
clmt is able to sit up to 4 hrs out of 8 hrs; able to lift/carry, push/pull occasionally, but did not give the amount of w eight limit. Unable to
reach overhead, "w ould consider kneeling and squatting", climbing stairs "limited". Current ROM of lumbar spine documented w ith FF 45
deg, SideBend bilat, 10 deg; Ext 10 deg. With clmt limited to 4hrs of sitting out of 8hr/day, R and L's are supported. V.Thomas-Davis RN
BSN

[1533029: Entered By AWE on 12/21/2011 01:40:37 PM]
Recvd the answ ered back to the Clarify Letter sent out to Dr Williams. Please review and advise. Thanks. AWE

[1499497: Entered By VDT on 11/17/2011 03:30:27 PM]
11/17/11 MEDICAL WALKIN The documentation date 9/15/11 from Dr. Williams indicates that clmt rec'd moderate but transient relief
from the RFA. performed on 8/18/11. Review of the most recent MRI does reveal DDD multilevel at L2-3, L3-4, L4-5, L5-S1 w /o evidence
of radiculopathy or neural impingement. Additionally, he does have positive EMG/NCS findings for peripheral neuropathy, low er
extremities fro testing performed on 3/28/11. He documents that clmt had to "discontinue w ork at Saratoga Computers secondary to his
inablility to tolerate the prolonged sitting, etc." No additional functional information w as provided by Dr. Williams (pain managment) in
this OV note. Next note rec'd w as from from Dr McLaughlin (Neuro) reports clmt has fail multiple medications to control his low back and
peripheral pain. He states that Dr. Willimas w as considering placing a pain pump and a neurostimulator to help w ith pain. PE reveals
clmt has normal motor strength, gait and station appear to be normal, sensory exam revealed decrease sensation to vibration, but intact
to light touch and temp. Reflexes normal except right knee w as decreased. No range of motion or other functional information w as
included in the exam. Since clmt does have positive radiologic and electrical studies, but lacks the functional evalutation or specific
restrictions and limitations from the physicians, and because clmt's occupation is sedentary, recommend clarification letter to Dr.
McLaughlin (neuro). Below is recommended question for the letter. V.Thomas-Davis RN BSN

[1494421: Entered By AWE on 11/14/2011 02:32:22 PM]

11/3/11 MAIL
** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as
advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts and to
rtc in 6 months.
** Per Supervisor TRIAGE to MME --send for a med review . AWE

[1426875: Entered By VDT on 09/16/2011 01:34:29 PM]
9/16/11 MEDICAL ADDENDUM. Rec'd documentation from Dr. Smyth from 8/18/11. At this appt clmt reports he had temporary relief w ith
teh facet joint blocks. Dr. Smith recommended the RFL procedure for a more permanent results. It w as agreed upon. With the additional
Lumbar RFL performed at this OV, it is reasonable to support r/l's to the next f/u appt that w as today, for re-evaluation of clmt's condition.
Please request f/u OV notes, notes from Dr. Pendola's OV, also any notes from Dr. Gupta and any PT notes if available. V.Thomas-Davis
RN BSN

[1423533: Entered By J2A on 09/14/2011 01:43:38 PM]
ADDENDUM Claim previous apprvd to 8/8. Clmnt has sedentary occ. On 9/12 it w as noted that w e w ere w aiting for med recs before
doing the addendum.

Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included. Exam is normal.
Neuropathic pain is secondary to mild peripheral neuropathy according to his electrodiagnostic study. He has elevated B6 level.... Med
recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but
the benefits w ore off. Clmnt to proceed w ith RFL.

Question: Would the medical records support R&Ls from a sedentary occ beyond 8/8/2011?

[1419207: Entered By TWH on 09/12/2011 07:32:12 AM]
09/12/11. Addendum request related to the previous full med review dated 08/18/11. The submitted 03/18/11 EMG report has already been
review ed in the last review and is a duplicate. In discussion w ith the BS today, she advised me that the records in the last 08/18/11 from Dr
Gupta has been requsted and are on the w ay. Will aw ait those records and have BS refer back as an addendum. Ted Hartsock, RN, BSN,
TWH

[1417909: Entered By VDT on 09/09/2011 09:16:26 AM]
9/9/11 Addendum for TWH

[1413359: Entered By AWE on 09/06/2011 01:07:41 PM]
9/6/11 ** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters.
The right supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All
muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy
involving the R LE, clinical correlation advised.
** are these test results enough to support addl benefits and for how long? Thanks AWE

[1392289: Entered By TWH on 08/18/2011 06:45:13 AM]
MEDICAL REVIEW RESPONSE

Claimant Name: Dixon, Arnold

Claim Number: 1110329464
Date Review Completed: 08/18/11
Completed by: Ted Hartsock, RN

R&L¿s as stated by AP: APS dated

Medical Issue: Whether the submitted Neurology MD ov notes support ongoing R&L's beyond 08/08/11 from ow n sedentary occ.

Summary of Data Review ed: All submitted Neurology MD ov notes w ere review ed including the EMG study results.
This is a 51 year old male Service Manager (Sed occ per OA) w ith dx of peripheral neuropathy. DOD is 07/09/11. Benefits considered to
08/08/11.
Review of the 07/28/11 Neurology MD consult notes reflects the clmt started having numbness and burning sensation in his feet in 2009. Hx of
having a cervical discectomy in 2008. Also has numbness in his hands since that neck surgery. Clmt indicates he had to quit w ork because he
couldn't tolerate the medications he w as required to take to treat his neuropathic pain such as Neurontin and Lyrica. Made him feel sedated.
The MD states clmt had an EMG performed recently by Dr Gupta (A physiatrist Pain Management). The EMG results w ere consistent w ith mild
early neupothy. States clmt had epidural injections w ithout any significant improvements in his low back area. Also indicates clmt had a MRI of the
lumbar spine in 01/2011 that show ed multilevel DDD changes. Facet hypertrophy noted at L1-2, L3-4, L4-5 and L5-S1. Some foraminal stenosis
w as seen but no reported nerve root compression. MRI of the cervical spine from 02/10/11 revealed stable multilevel DDD changes associated w ith
foraminal stenosis but no reported nerve root encroachment or stenosis. Past hx of depression, DDD and sinus problems. . No current medications.
Exam show s clmt alert and orientated. No evidence of apraxia. Has a normal motor exam. No atrophy of extremities noted. Does indicate the clmt
reports mild decrease in vibratory sense in both feet. Pinprick intact. Has a normal gait. Has a decreased rt knee reflex compared to left. Rest of
the exam unremarkable.
MD impression is neuropathic pain secondary to mild peripheral neuropathy as indicated on the EMG report.
Plan is to get glucose labs, try using topical neuropathy gel. Also RX for Metanx. To avoid any climbing or situations that involve uneven steep
ground, embankments, stairw ells, etc. Since clmt reports balance issues in the past. . MD states he see's no postural instability on exam today.
Does advise clmt to take precautions for any difficulties differentiating a brake pedal from an accelerator, should refrain from driving. In regards
to a physical capacity evaluation, told the clmt he does not perform this test. To contact Dr Gupta (Physiatrist for possibly doing the evaluation.
To see back in several w eeks to review the results of his neuropathy w ork up.

Conclusion: Additional information needed

Analysis and Rationale: Based on the submitted Neurology 07/28/11 consult notes, it appears the clmt also see's Dr Gupta from Pain
Management. Before a determination of R&L's can be made in regards to the clmt's dx of peripheral neuropathy, it w ould be helpful to obtain Dr
Gupta's office visit notes as w ell as all test results that should also include the mentioned physical capacity evaluation report if this w as performed.
Return as an addendum w hen records become available.

Referral Questions and Answ ers: If records support R&L's beyond 08/08/11.

Next Steps/Recommendations: Obtain additional medical records from Dr Gupta that should include test results and the physical capacity evaluation
report if this w as performed.

Recommendation Specifics: As above

Ted Hartsock, RN, BSN
Nurse Disability Consultant

[1392053: Entered By TWH on 08/17/2011 03:42:28 PM]
08/17/11. Changed to a full med review due to possible non support. TWH

[1389409: Entered By DDJ on 08/16/2011 09:00:19 AM]
MEDICAL REVIEW

Date: August 16, 2011
Claimant: ARNOLD DIXON
Claim Number: 1110329464
Occupation: service mana
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:7/16/2011
Reinsurer:

Occ level is: Sedentary

MDA recommendations for recovery:
None in MDA

REASON FOR REFERRAL:
Ongoing Claim Review

CURRENT PROVIDERS:
NameSpecialtyLast visitRLs if provided

Associate Neurologists of Kingsport 7/28/2011 avoid climbing, or getting around situations w here he could fall due to balance issues, no driving

SURGERY:
Name of Procedure:Date Performed:

None

ABNORMAL FINDINGS:
Physical Exam:
See ovn in AWD under medical records

X-Ray or MRI:

Lab Results:

MEDICAL ISSUE: (brief summary of condition, treatment, outcome)

Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see

and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP.
Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE

QUESTION:

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2011 | Documents/Mail | 13 | CLFY LTR TO DR | Completed | AWE |

November 22, 2011CHRISTOPHER PENDOLA MDASSOCIATED NEUROLOGISTS8 SHERIDAN SQUAREKINGPORT, TN 37660Re:Policy Number: 00040000200002852Claim Number: 1110329464Claimant: Arnold Dixon
Dear Dr. Pendola:We are w riting in regard to the The Lincoln National Life Insurance Company Short Term Disability claim for your patient, Arnold Dixon. Thank you for the information you have provided to date. We need your further assistance and additional information in order to appropriately manage Mr. Dixon's claim.INFORMATION REVIEWEDIn our review of Mr. Dixon's claim, w e have received the follow ing information from your office:"Office Visit note from 10/26/2011 stating he is to avoid any type of vitamin supplement, daily foot inspection and care. He w as being referred for Orthotic shoes and inserts and a follow up visit to the clinic in 6 months. SUMMARYAs you know , Mr. Dixon is a 51 patient of yours w ith a diagnosis of Idiopathic Peripheral Neuropathy. Currently w e are investigating ability to perform sedentary w ork. The Department of Labor defines sedentary w ork capacity as follow s:Sedentary: Sitting for 6 hours out of an 8-hour w ork day and lifting no more than 10 pounds occasionally.Do you agree Mr. Dixon can return to w ork on a fulltime basis to a sedentaryoccupation? If so, please indicate your agreement by signing and dating below.______________________________________________________SignatureDateIf you do not agree w ith our assessment, please respond to the follow ing questions and include copies of office and treatment notes, testing results, and/or therapy and progress notes that support your opinion that have not previously been submitted, as outlined above.Please find attached a copy of Mr. Arnold's job description and identify clmt's current level of functioning below.1) In an eight-hour period the patient may:Stand ____hours Walk _____ hours Sit _____ hours Drive ____ hours2) Patient may lift/carry the follow ing:____ occasionally (1-33% of w ork day) _____ frequently (34-66% of w ork day) ______ Constantly (67-100% of w ork day)3) Patient may push/pull the follow ing:_____ occasionally (1-33% of w ork day) _____ frequently (34-66% of w ork day) ______ constantly (67-100% of w ork day)4) Please mark 'Y' for yes; and 'N' for no:Bend ____ Squat _____ Kneel ____ Climb stairs ____Reach over head _____ Grasp ____ Finger ____ Keyboarding ____5) Current range of motion for lumbar spine in degreesForw ard flexion _____ side bend right ______ side bend left____Extension ______ Additional Comments:_________________________________________________________________________________
a decision regarding Mr. Dixon's eligibility for continued benefits is dependent on this information, please provide your response on or before 12/22/2011. Please fax your response and supporting documentation to me at 877-843-3950Enclosed is an authorization signed by your patient allow ing you to release this information to our office. Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com.Sincerely,Amy WeirBenefit SpecialistThe Lincoln National Life Insurance Company

| | | | | | |
|---|---|---|---|---|---|
| 11/29/2011 1:28:10 PM | Documents/Mail | 14 | MEDRECS | Received | AWE |

11/29/2011, L1M, MEDRECS, 6 PGS

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2011 | Telephone (IN) | 29 | Arnold Dixon | Completed | GDPARKS |

DOCSQL SubCategory: Acknow ledgement of Receipt
Have w e received medical doc to extend the benefits? Upon medical review w e sent letter to dr for clarification. 6 pages of med recds received on Monday and posted yesterday Amy has not reveiw ed yet

| | | | | | |
|---|---|---|---|---|---|
| 12/5/2011 10:14:00 AM | Telephone (IN) | 30 | Arnold Dixon | Requested | AWE |

DOCSQL SubCategory: EOB (post claim)

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

claim is in med review . bs sent clarify ltr to dr on 11/25. ee w ould like a call back form his bs to discuss his claim. f/u to bs to call ee @ home ph# - or cell# 4

| | | | | | |
|---|---|---|---|---|---|
| 12/6/2011 | Telephone (IN) | 30 | Arnold Dixon | Completed | AWE |

DOCSQL SubCategory: EOB (post claim)
claim is in med review . bs sent clarify ltr to dr on 11/25. ee w ould like a call back form his bs to discuss his claim. f/u to bs to call ee @ home ph# or cell# 4

| | | | | | |
|---|---|---|---|---|---|
| 12/6/2011 | Claim Tasks | 3 | Update Claim Information | Completed | AWE |

DOCSQL Investigation Type: Claim Update
Source: SUP TRIAGE
12/6/11 Please contact dr office to advise them w e do not need a Physical capacity exam, w e need to know w hat his functional abilities are or r&ls to be able to determine if ee is disabled. Also recommend contacting ee to obtain all treating physicians to determine w here w e can request additional records fromk. mme

| | | | | | |
|---|---|---|---|---|---|
| 12/6/2011 | Documents/Mail | 14 | MEDRECS | Completed | AWE |

11/29/2011, L1M, MEDRECS, 6 PGS

| | | | | | |
|---|---|---|---|---|---|
| 12/7/2011 | Documents/Mail | 15 | CLARIFY LTR TO DR | Completed | AWE |

December 7, 2011WILLIAM WILLIAMS MD101 MEDICINE TECH PARKEWAYSUTE 200JOHNSON CITY TN 37604Re:Policy Number: 00040000200002852Claim Number: 1110329464Claimant: Arnold Dixon
Dear Dr. WillaimsWe are w riting in regard to the The Lincoln National Life Insurance Company Short Term Disability claim for your patient, Arnold Dixon. Thank you for the information you have provided to date. We need your further assistance and additional information in order to appropriately manage Mr. Dixon's claim.DINFORMATION REVIEWEIn our review of Mr. Dixon's claim, w e have received the follow ing information from your office:SUMMARYAs you know , Mr. Dixon is a 51 patient of yours w ith a diagnosis of Idiopathic Peripheral Neuropathy. Currently w e are investigating ability to perform sedentary w ork. The Department of Labor defines sedentary w ork capacity as follow s:Sedentary: Sitting for 6 hours out of an 8-hour w ork day and lifting no more than 10 pounds occasionally.Do you agree Mr. Dixon can return to w ork on a fulltime basis to a sedentary occupation? If so, please indicate your agreement by signing and dating below.____________________________________________________SignatureDateIf you do not agree w ith our assessment, please respond to the follow ing questions and include copies of office and treatment notes, testing results, and/or therapy and progress notes that support your opinion that have not previously been submitted, as outlined above.Please find attached a copy of Mr. Arnold's job description and identify clmt's current level of functioning below .1) In an eight-hour period the patient may:Stand ____hours Walk _____ hours Sit _____ hours Drive ____ hours2) Patient may lift/carry the follow ing:____ occasionally (1-33% of w ork day) _____ frequently (34-66% of w ork day) ______ Constantly (67-100% of w ork day)3) Patient may push/pull the follow ing:_____ occasionally (1-33% of w ork day) _____ frequently (34-66% of w ork day) ______ constantly (67-100% of w ork day)4) Please mark 'Y' for yes; and 'N' for no:Bend ____ Squat _____ Kneel ____ Climb stairs ____Reach over head _____ Grasp ____ Finger ____ Keyboarding ____5) Current range of motion for lumbar spine in degreesForw ard flexion _____ side bend right ______ side bend left____Extension ______ Additional Comments:____________________________________________________________________________________ a decision regarding Mr. Dixon's eligibility for continued benefits is dependent on this information, please provide your response on or before 12/22/2011. Please fax your response and supporting documentation to me at 877-843-3950Enclosed is an authorization signed by your patient allow ing you to release this information to our office. Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com.Sincerely,Amy WeirBenefit SpecialistThe Lincoln National Life Insurance CompanyCC: ARNOLD DIXON

| | | | | | |
|---|---|---|---|---|---|
| 12/19/2011 7:28:50 AM | Documents/Mail | 16 | QUESTIONAIRE | Received | AWE |

12/16/11 VIA AWD VXW

| | | | | | |
|---|---|---|---|---|---|
| 12/21/2011 | Documents/Mail | 16 | QUESTIONAIRE | Completed | AWE |

12/16/11 VIA AWD VXW

| | | | | | |
|---|---|---|---|---|---|
| 12/21/2011 1:39:47 PM | Referrals | 12613 | UNKNOWN | Initial | AWE |

[1537307: Entered By VDT on 12/28/2011 08:34:36 AM]
12/28/11 MEDICAL ADDENDUM Rec'd a clarification letter back from Dr. Williams. dated it 12/15/11. As of this date he documents that
clmt is able to sit up to 4 hrs out of 8 hrs; able to lift/carry, push/pull occasionally, but did not give the amount of w eight limit. Unable to
reach overhead, "w ould consider kneeling and squatting", climbing stairs "limited". Current ROM of lumbar spine documented w ith FF 45

deg, SideBend bilat, 10 deg; Ext 10 deg. With clmt limited to 4hrs of sitting out of 8hr/day, R and L's are supported.
V.Thomas-Davis RN
BSN

[1533029: Entered By AWE on 12/21/2011 01:40:37 PM]
Recvd the answ ered back to the Clarify Letter sent out to Dr Williams. Please review and advise. Thanks. AWE

[1499497: Entered By VDT on 11/17/2011 03:30:27 PM]
11/17/11 MEDICAL WALKIN The documentation date 9/15/11 from Dr. Williams indicates that clmt rec'd moderate but transient relief
from the RFA. performed on 8/18/11. Review of the most recent MRI does reveal DDD multilevel at L2-3, L3-4, L4-5, L5-S1 w /o evidence
of radiculopathy or neural impingement. Additionally, he does have positive EMG/NCS findings for peripheral neuropathy, low er
extremities fro testing performed on 3/28/11. He documents that clmt had to "discontinue w ork at Saratoga Computers secondary to his
inablility to tolerate the prolonged sitting, etc." No additional functional information w as provided by Dr. Williams (pain managment) in
this OV note. Next note rec'd w as from from Dr McLaughlin (Neuro) reports clmt has fail multiple medications to control his low back and
peripheral pain. He states that Dr. Willimas w as considering placing a pain pump and a neurostimulator to help w ith pain. PE reveals
clmt has normal motor strength, gait and station appear to be normal, sensory exam revealed decrease sensation to vibration, but intact
to light touch and temp. Reflexes normal except right knee w as decreased. No range of motion or other functional information w as
included in the exam. Since clmt does have positive radiologic and electrical studies, but lacks the functional evalutation or specific
restrictions and limitations from the physicians, and because clmt's occupation is sedentary, recommend clarification letter to Dr.
McLaughlin (neuro). Below is recommended question for the letter. V.Thomas-Davis RN BSN

[1494421: Entered By AWE on 11/14/2011 02:32:22 PM]
11/3/11 MAIL
** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as
advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts and to
rtc in 6 months.
** Per Supervisor TRIAGE to MME --send for a med review . AWE

[1426875: Entered By VDT on 09/16/2011 01:34:29 PM]
9/16/11 MEDICAL ADDENDUM. Rec'd documentation from Dr. Smyth from 8/18/11. At this appt clmt reports he had temporary relief w ith
teh facet joint blocks. Dr. Smith recommended the RFL procedure for a more permanent results. It w as agreed upon. With the additional
Lumbar RFL performed at this OV, it is reasonable to support r/l's to the next f/u appt that w as today, for re-evaluation of clmt's condition.
Please request f/u OV notes, notes from Dr. Pendola's OV, also any notes from Dr. Gupta and any PT notes if available. V.Thomas-Davis
RN BSN

[1423533: Entered By J2A on 09/14/2011 01:43:38 PM]
ADDENDUM Claim previous apprvd to 8/8. Clmnt has sedentary occ. On 9/12 it w as noted that w e w ere w aiting for med recs before
doing the addendum.

Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included. Exam is normal.
Neuropathic pain is secondary to mild peripheral neuropathy according to his electrodiagnostic study. He has

elevated B6 level.... Med
recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but
the benefits w ore off. Clmnt to proceed w ith RFL.

Question: Would the medical records support R&Ls from a sedentary occ beyond 8/8/2011?

[1419207: Entered By TWH on 09/12/2011 07:32:12 AM]
09/12/11. Addendum request related to the previous full med review dated 08/18/11. The submitted 03/18/11 EMG report has already been
review ed in the last review and is a duplicate. In discussion w ith the BS today, she advised me that the records in the last 08/18/11 from Dr
Gupta has been requsted and are on the w ay. Will aw ait those records and have BS refer back as an addendum.
Ted Hartsock, RN, BSN,
TWH

[1417909: Entered By VDT on 09/09/2011 09:16:26 AM]
9/9/11 Addendum for TWH

[1413359: Entered By AWE on 09/06/2011 01:07:41 PM]
9/6/11 ** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters.
The right supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All
muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy
involving the R LE, clinical correlation advised.
** are these test results enough to support addl benefits and for how long? Thanks AWE

[1392289: Entered By TWH on 08/18/2011 06:45:13 AM]
MEDICAL REVIEW RESPONSE

Claimant Name: Dixon, Arnold
Claim Number: 1110329464
Date Review Completed: 08/18/11
Completed by: Ted Hartsock, RN

R&L¿s as stated by AP: APS dated

Medical Issue: Whether the submitted Neurology MD ov notes support ongoing R&L's beyond 08/08/11 from ow n sedentary occ.

Summary of Data Review ed: All submitted Neurology MD ov notes w ere review ed including the EMG study results.
This is a 51 year old male Service Manager (Sed occ per OA) w ith dx of peripheral neuropathy. DOD is 07/09/11. Benefits considered to
08/08/11.
Review of the 07/28/11 Neurology MD consult notes reflects the clmt started having numbness and burning sensation in his feet in 2009. Hx of
having a cervical discectomy in 2008. Also has numbness in his hands since that neck surgery. Clmt indicates he had to quit w ork because he
couldn't tolerate the medications he w as required to take to treat his neuropathic pain such as Neurontin and Lyrica. Made him feel sedated.
The MD states clmt had an EMG performed recently by Dr Gupta (A physiatrist Pain Management). The EMG results w ere consistent w ith mild
early neupothy. States clmt had epidural injections w ithout any significant improvements in his low back area. Also indicates clmt had a MRI of the
lumbar spine in 01/2011 that show ed multilevel DDD changes. Facet hypertrophy noted at L1-2, L3-4, L4-5 and L5-S1. Some foraminal stenosis
w as seen but no reported nerve root compression. MRI of the cervical spine from 02/10/11 revealed stable multilevel DDD changes associated w ith
foraminal stenosis but no reported nerve root encroachment or stenosis. Past hx of depression, DDD and sinus

problems. . No current medications.
Exam show s clmt alert and orientated. No evidence of apraxia. Has a normal motor exam. No atrophy of extremities noted. Does indicate the clmt
reports mild decrease in vibratory sense in both feet. Pinprick intact. Has a normal gait. Has a decreased rt knee reflex compared to left. Rest of
the exam unremarkable.
MD impression is neuropathic pain secondary to mild peripheral neuropathy as indicated on the EMG report.
Plan is to get glucose labs, try using topical neuropathy gel. Also RX for Metanx. To avoid any climbing or situations that involve uneven steep
ground, embankments, stairw ells, etc. Since clmt reports balance issues in the past. . MD states he see's no postural instability on exam today.
Does advise clmt to take precautions for any difficulties differentiating a brake pedal from an accelerator, should refrain from driving. In regards
to a physical capacity evaluation, told the clmt he does not perform this test. To contact Dr Gupta (Physiatrist for possibly doing the evaluation.
To see back in several w eeks to review the results of his neuropathy w ork up.

Conclusion: Additional information needed

Analysis and Rationale: Based on the submitted Neurology 07/28/11 consult notes, it appears the clmt also see's Dr Gupta from Pain
Management. Before a determination of R&L's can be made in regards to the clmt's dx of peripheral neuropathy, it w ould be helpful to obtain Dr
Gupta's office visit notes as w ell as all test results that should also include the mentioned physical capacity evaluation report if this w as performed.
Return as an addendum w hen records become available.

Referral Questions and Answ ers: If records support R&L's beyond 08/08/11.

Next Steps/Recommendations: Obtain additional medical records from Dr Gupta that should include test results and the physical capacity evaluation
report if this w as performed.

Recommendation Specifics: As above

Ted Hartsock, RN, BSN
Nurse Disability Consultant

[1392053: Entered By TWH on 08/17/2011 03:42:28 PM]
08/17/11. Changed to a full med review due to possible non support. TWH

[1389409: Entered By DDJ on 08/16/2011 09:00:19 AM]
MEDICAL REVIEW

Date: August 16, 2011
Claimant: ARNOLD DIXON
Claim Number: 1110329464
Occupation: service mana
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:7/16/2011
Reinsurer:

Occ level is: Sedentary

MDA recommendations for recovery:
None in MDA

REASON FOR REFERRAL:
Ongoing Claim Review

CURRENT PROVIDERS:
NameSpecialtyLast visitRLs if provided

Associate Neurologists of Kingsport 7/28/2011 avoid climbing, or getting around situations w here he could fall due to balance issues, no driving

SURGERY:
Name of Procedure:Date Performed:

None

ABNORMAL FINDINGS:
Physical Exam:
See ovn in AWD under medical records

X-Ray or MRI:

Lab Results:

MEDICAL ISSUE: (brief summary of condition, treatment, outcome)

Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP.
Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE

QUESTION:

| | | | | |
|---|---|---|---|---|
| 12/28/2011 | Referrals | 12613‹UNKNOWN | Completed | AWE |

[1537307: Entered By VDT on 12/28/2011 08:34:36 AM]
12/28/11 MEDICAL ADDENDUM Rec'd a clarification letter back from Dr. Williams. dated it 12/15/11. As of this date he documents that
clmt is able to sit up to 4 hrs out of 8 hrs; able to lift/carry, push/pull occasionally, but did not give the amount of w eight limit. Unable to

reach overhead, "w ould consider kneeling and squatting", climbing stairs "limited". Current ROM of lumbar spine documented w ith FF 45
deg, SideBend bilat, 10 deg; Ext 10 deg. With clmt limited to 4hrs of sitting out of 8hr/day, R and L's are supported. V.Thomas-Davis RN
BSN

[1533029: Entered By AWE on 12/21/2011 01:40:37 PM]
Recvd the answ ered back to the Clarify Letter sent out to Dr Williams. Please review and advise. Thanks. AWE

[1499497: Entered By VDT on 11/17/2011 03:30:27 PM]
11/17/11 MEDICAL WALKIN The documentation date 9/15/11 from Dr. Williams indicates that clmt rec'd moderate but transient relief
from the RFA. performed on 8/18/11. Review of the most recent MRI does reveal DDD multilevel at L2-3, L3-4, L4-5, L5-S1 w /o evidence
of radiculopathy or neural impingement. Additionally, he does have positive EMG/NCS findings for peripheral neuropathy, low er
extremities fro testing performed on 3/28/11. He documents that clmt had to "discontinue w ork at Saratoga Computers secondary to his
inablility to tolerate the prolonged sitting, etc." No additional functional information w as provided by Dr. Williams (pain managment) in
this OV note. Next note rec'd w as from from Dr McLaughlin (Neuro) reports clmt has fail multiple medications to control his low back and
peripheral pain. He states that Dr. Willimas w as considering placing a pain pump and a neurostimulator to help w ith pain. PE reveals
clmt has normal motor strength, gait and station appear to be normal, sensory exam revealed decrease sensation to vibration, but intact
to light touch and temp. Reflexes normal except right knee w as decreased. No range of motion or other functional information w as
included in the exam. Since clmt does have positive radiologic and electrical studies, but lacks the functional evalutation or specific
restrictions and limitations from the physicians, and because clmt's occupation is sedentary, recommend clarification letter to Dr.
McLaughlin (neuro). Below is recommended question for the letter. V.Thomas-Davis RN BSN

[1494421: Entered By AWE on 11/14/2011 02:32:22 PM]
11/3/11 MAIL
** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as
advised to avoid any type of B6 supplements, , daily foot inspection and care, referreing him to get a pair of shoes and some inserts and to
rtc in 6 months.
** Per Supervisor TRIAGE to MME --send for a med review . AWE

[1426875: Entered By VDT on 09/16/2011 01:34:29 PM]
9/16/11 MEDICAL ADDENDUM. Rec'd documentation from Dr. Smyth from 8/18/11. At this appt clmt reports he had temporary relief w ith
teh facet joint blocks. Dr. Smith recommended the RFL procedure for a more permanent results. It w as agreed upon. With the additional
Lumbar RFL performed at this OV, it is reasonable to support r/l's to the next f/u appt that w as today, for re-evaluation of clmt's condition.
Please request f/u OV notes, notes from Dr. Pendola's OV, also any notes from Dr. Gupta and any PT notes if available. V.Thomas-Davis
RN BSN

[1423533: Entered By J2A on 09/14/2011 01:43:38 PM]
ADDENDUM Claim previous apprvd to 8/8. Clmnt has sedentary occ. On 9/12 it w as noted that w e w ere w aiting for med recs before
doing the addendum.

Recd med recs. Med recs from Dr. Pendola dated 8/24 clmnt has peripheral neuropathy. Lab results included.

Exam is normal.
Neuropathic pain is secondary to mild peripheral neuropathy according to his electrodiagnostic study. He has elevated B6 level.... Med
recs from pain management clinic DOS 8/18 Mostly focused on lumbar issues. Clmnt had face blocks. Felt good after procedure but
the benefits w ore off. Clmnt to proceed w ith RFL.

Question: Would the medical records support R&Ls from a sedentary occ beyond 8/8/2011?

[1419207: Entered By TWH on 09/12/2011 07:32:12 AM]
09/12/11. Addendum request related to the previous full med review dated 08/18/11. The submitted 03/18/11 EMG report has already been
review ed in the last review and is a duplicate. In discussion w ith the BS today, she advised me that the records in the last 08/18/11 from Dr
Gupta has been requsted and are on the w ay. Will aw ait those records and have BS refer back as an addendum. Ted Hartsock, RN, BSN,
TWH

[1417909: Entered By VDT on 09/09/2011 09:16:26 AM]
9/9/11 Addendum for TWH

[1413359: Entered By AWE on 09/06/2011 01:07:41 PM]
9/6/11 ** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves show ed normal CMPA parameters.
The right supt peromeal and sural verves show ed prolonged latencies. Left Supf peroneal and sural nerves show ed normal latencies. All
muscled w ere normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy
involving the R LE, clinical correlation advised.
** are these test results enough to support addl benefits and for how long? Thanks AWE

[1392289: Entered By TWH on 08/18/2011 06:45:13 AM]
MEDICAL REVIEW RESPONSE

Claimant Name: Dixon, Arnold
Claim Number: 1110329464
Date Review Completed: 08/18/11
Completed by: Ted Hartsock, RN

R&L¿s as stated by AP: APS dated

Medical Issue: Whether the submitted Neurology MD ov notes support ongoing R&L's beyond 08/08/11 from ow n sedentary occ.

Summary of Data Review ed: All submitted Neurology MD ov notes w ere review ed including the EMG study results.
This is a 51 year old male Service Manager (Sed occ per OA) w ith dx of peripheral neuropathy. DOD is 07/09/11. Benefits considered to
08/08/11.
Review of the 07/28/11 Neurology MD consult notes reflects the clmt started having numbness and burning sensation in his feet in 2009. Hx of
having a cervical discectomy in 2008. Also has numbness in his hands since that neck surgery. Clmt indicates he had to quit w ork because he
couldn't tolerate the medications he w as required to take to treat his neuropathic pain such as Neurontin and Lyrica. Made him feel sedated.
The MD states clmt had an EMG performed recently by Dr Gupta (A physiatrist Pain Management). The EMG results w ere consistent w ith mild
early neupothy. States clmt had epidural injections w ithout any significant improvements in his low back area. Also indicates clmt had a MRI of the
lumbar spine in 01/2011 that show ed multilevel DDD changes. Facet hypertrophy noted at L1-2, L3-4, L4-5 and L5-S1. Some foraminal stenosis
w as seen but no reported nerve root compression. MRI of the cervical spine from 02/10/11 revealed stable

multilevel DDD changes associated w ith
foraminal stenosis but no reported nerve root encroachment or stenosis. Past hx of depression, DDD and sinus problems. . No current medications.
Exam show s clmt alert and orientated. No evidence of apraxia. Has a normal motor exam. No atrophy of extremities noted. Does indicate the clmt
reports mild decrease in vibratory sense in both feet. Pinprick intact. Has a normal gait. Has a decreased rt knee reflex compared to left. Rest of
the exam unremarkable.
MD impression is neuropathic pain secondary to mild peripheral neuropathy as indicated on the EMG report.
Plan is to get glucose labs, try using topical neuropathy gel. Also RX for Metanx. To avoid any climbing or situations that involve uneven steep
ground, embankments, stairw ells, etc. Since clmt reports balance issues in the past. . MD states he see's no postural instability on exam today.
Does advise clmt to take precautions for any difficulties differentiating a brake pedal from an accelerator, should refrain from driving. In regards
to a physical capacity evaluation, told the clmt he does not perform this test. To contact Dr Gupta (Physiatrist for possibly doing the evaluation.
To see back in several w eeks to review the results of his neuropathy w ork up.

Conclusion: Additional information needed

Analysis and Rationale: Based on the submitted Neurology 07/28/11 consult notes, it appears the clmt also see's Dr Gupta from Pain
Management. Before a determination of R&L's can be made in regards to the clmt's dx of peripheral neuropathy, it w ould be helpful to obtain Dr
Gupta's office visit notes as w ell as all test results that should also include the mentioned physical capacity evaluation report if this w as performed.
Return as an addendum w hen records become available.

Referral Questions and Answ ers: If records support R&L's beyond 08/08/11.

Next Steps/Recommendations: Obtain additional medical records from Dr Gupta that should include test results and the physical capacity evaluation
report if this w as performed.

Recommendation Specifics: As above

Ted Hartsock, RN, BSN
Nurse Disability Consultant

[1392053: Entered By TWH on 08/17/2011 03:42:28 PM]
08/17/11. Changed to a full med review due to possible non support. TWH

[1389409: Entered By DDJ on 08/16/2011 09:00:19 AM]
MEDICAL REVIEW

Date: August 16, 2011
Claimant: ARNOLD DIXON
Claim Number: 1110329464
Occupation: service mana
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date:7/16/2011
Reinsurer:

Occ level is: Sedentary

MDA recommendations for recovery:
None in MDA

REASON FOR REFERRAL:
Ongoing Claim Review

CURRENT PROVIDERS:
NameSpecialtyLast visitRLs if provided

Associate Neurologists of Kingsport 7/28/2011 avoid climbing, or getting around situations w here he could fall due to balance issues, no driving

SURGERY:
Name of Procedure:Date Performed:

None

ABNORMAL FINDINGS:
Physical Exam:
See ovn in AWD under medical records

X-Ray or MRI:

Lab Results:

MEDICAL ISSUE: (brief summary of condition, treatment, outcome)

Clmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. EE paid to 8/8/2011. We rec'd Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee w as to avoid in climbing or getting around situations w here he could fall due to him having some balance issues, md did not see and postural instability on exam but that he is to take Metanz 1 po bid w ith 5 refills EE to be careful driving, ee w anted a Physical capacity eval, how ever MD does not do those types of exams, w anted him to follow up w ith PCP.
Based on the Neuro eval, w ould it be reasonable to say that ee w ould continue to be TD his ow n sedentary occ beyond 8/8/2011? If so w hat w ould be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank you, DDJ for AWE

QUESTION:

| | | | | | |
|---|---|---|---|---|---|
| 12/29/2011 | Claim Tasks | 10 | Audit | Completed | DDJONES |

DOCSQL Investigation Type: Audit
Source: High Dollar
Contact Date: 29-DEC-11
Med Supported, Please release the payment. Thanks AWE

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/29/2011 | Documents/Mail | 17 | STD APPROVAL | Completed | AWE |

December 29, 2011ARNOLD DIXON Re:Policy Number: 00040000200002852 Claim Number: 1110329464Dear Mr. Dixon:We are w riting to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 10/27/2011 and have recently received updated medical documentation for consideration of additional benefits. Based on the information provided to our office, w e are unable to determine your recovery period at this time. We w ill continue to monitor your condition through contact w ith you and your treating doctors. In addition, w e may also be requesting medical documentation to help us understand how your condition may continue to prevent you from w orking. The duration of benefits w ill be determined once the medical records are received and review ed. If you return to w ork, please notify our office as soon as possible to avoid an overpayment.Please contact our office w ith any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our w ebsite at w w w .Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day. To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950. Sincerely,Amy WeirBenefit SpecialistThe Lincoln National Life Insurance CompanyCC: SARATOGA TECHNOLOGIES INCATTN WHITNEY STRANGE101 MED TECH PARKWAY, SUITE 307JOHNSON CITY TN 37604

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/29/2011 11:32:40 AM | Status | | | REOPENED | AWE |
| 1/10/2012 | Telephone (OUT) | 33 | WHITNEY | Completed | L2K |

1/10/12LM for Whitney (ER) for initial call. L2K

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/10/2012 | Telephone (OUT) | 34 | ARNOLD DIXON | Completed | L2K |

1/10/12INITIAL CALL w /EE: Verified DOB, address, SSN and phone. Cell - Email - Started off w ith back problem, DDD. Had neck sx in 2008 to have disc removed. Has been told sx isn't an option w ith back problems now as too many issues. Has tried everything else, therapy, injections, accupuncture, nothing w orks. Then starting in January 2011, feet w ould go numb / burning sensation. Dx w ith peripheral neuropathy. Couldn't feel feet after sitting at desk for 8 - 10 hours and w ould have hard time driving home, dangerous. Was told feet problem has nothing to do w ith back, not diabetic. Was seeing dr 2 x per month but has thinned out because neuro told him there is nothing really more they can do. One more thing to try, stimulator, and w as told they w ould contact him after 1st of the year to get it scheduled. Not receiving any other income, just STD. Spouse - Cathy - 6/3/61; Lee, 9/19/87. Explained w hen STD ends and LTD begins. Stated w ould email approval letter out this w eek. Final STD deposit w ould be released this w eek and 1st LTD deposit w ould be paid out about 3 w eeks into benefit period. Stated I w ould transfer over DD info from STD claim to LTD claim. Gave clmt contact information. Had no further questions. L2K

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/10/2012 | Claim Tasks | 5 | Update Claim Direction | Completed | L2K |

DOCSQL Investigation Type: Claim Direction
Source: CSL LINKS
Contact Date: 07-JUL-11
1/3/2012 Clmnt is a 51 year old male, Service manager (Sedentary occ), dx w ith neuropathy. 12/28/11 Med review supports R&L's to the STD max. LTD BCD is 1/5/2012. Pre-x/PIC investigation w ould need to be completed as clmt's LTD eff is 4/1/2011. Will assign claim to L2K for further handling. J2D/CSL 12/29/11 Per the MED Review , supported, 11/3/11 MAIL** recvd an OV notes from 10/26/11 w ith Associated neurologists of Kingsport. He is having a hard time taking the medications. he w as advised to avoid any type of B6 supplements , daily foot inspection and care, referreing him to get a pair of shoes and some inserts** WIll triage to MME** benefits paid to 10/27/119/16/11 per the MED REVIEW, benefits supported to today 9/16/11. ** Placed a call to the EE, he stated he seen the Dr yesterday so w ill be faxing in addl records. Advised that the Med review support to today 9/16/11 so w ill get a check released to him. No other questions. AWEOA --SedClmnt is a 51 year old male, Service manager, w ith neuropathy, dlw w ill be 7/8/11, no guidelines in MDA, he w ill be doing a medication trial and the ER w ill not let him w ork w hile on pain meds. APS states he w ill be off from 7/8 to 8/8/11, STD MAx is 1/14/12

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/10/2012 9:51:02 AM | Claim Tasks | 11 | Update Claim Information | Requested | L2K |

DOCSQL Investigation Type: Claim Update
Source: Release final STD benefit, roll to LTD
Transfer over DD infoEmail over Approval Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/12/2012 | Claim Tasks | 11 | Update Claim Information | Completed | L2K |

DOCSQL Investigation Type: Claim Update
Source: Release final STD benefit, roll to LTD
Transfer over DD infoEmail over Approval Letter

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/12/2012 8:42:00 PM | Payments | | DEPOSIT 1/4/2012 - 1/14/2012 | CURRENT | L2K |
| 1/12/2012 8:43:41 PM | Status | | Maximum Benefit Reached (T65, RBD, etc.) | CLOSED | L2K |

**NOTICE CONCERNING COVERAGE UNDER**

**THE TENNESSEE LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT**

Residents of Tennessee who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Tennessee Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of the insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The state law that provides for this safety-net coverage is called the Tennessee Life and Health Insurance Guaranty Association Act. The following is a brief summary of this law's coverages, exclusions and limits. **This summary does not cover all provisions of the law or describe all of the conditions and limitations relating to coverage. This summary does not it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association.**

COVERAGE

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, an annuity, or if they are insured under a group insurance contract issued by an insurer authorized to conduct business in Tennessee. Health insurance includes disability and long term care policies. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guaranty Association if:

1) They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);

2) The insurer was not authorized to do business in this state;

3) Their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does not provide coverage for:

1) Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

2) Any policy of reinsurance (unless an assumption certificate was issued);

3) Interest rate yields that exceed an average rate;

4) Dividends;

5) Credits given in connection with the administration of a policy by a group contractholder;

6) Employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

7) Unallocated annuity contracts (which give rights to group contractholders, not individuals);

LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Guaranty Association is obligated to pay out. The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. For any one insured life, the Guaranty Association guarantees payments up to a stated maximum no matter how many policies and contracts there were with the same company, even if they provided different types of coverage. These aggregate limits per life are as follows:

- $300,000 for policies and contracts of all types, except as described in the next point
- $500,000 for basic hospital, medical and surgical insurance and major medical insurance issued by companies that become insolvent after January 1, 2010

Within these overall limits, the Guaranty Association cannot guarantee payment of benefits greater than the following:

- Life insurance death benefits - $300,000
- Life insurance cash surrender value - $100,000
- Present value of annuity benefits for companies insolvent before July 1, 2009 - $100,000
- Present value of annuity benefits for companies insolvent after June 30, 2009 - $250,000
- Health insurance benefits for companies declared insolvent before January 1, 2010 - $100,000
- Health insurance benefits for companies declared insolvent on or after January 1, 2010:
    - $100,000 for limited benefits and supplemental health coverages
    - $300,000 for disability and long term care insurance
    - $500,000 for basic hospital, medical and surgical insurance or major medical insurance

The Tennessee Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Tennessee. You should not rely on coverage by the Tennessee Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

Tennessee Life and Health Insurance Guaranty Association
1200 One Nashville Place
150 4th Avenue North
Nashville, Tennessee 37219

Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, Tennessee 37243

# The Lincoln National Life Insurance Company

A Stock Company     Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066 (402) 361-7300

CERTIFIES THAT Group Policy No. GL 000400002000-02852 has been issued to
The Commerce Trust Company as Trustee for
The Lincoln National Life Insurance Company Voluntary Insurance Trust

The Issue Date is April 1, 2011 for the Participating Employer.

Participating Employer: Saratoga Technologies Inc

The insurance is effective only if the Employee is eligible for insurance and becomes and remains insured as provided in the Group Policy.

Certificate of Insurance for Class 1

{INSURED}

**{Schedule of Insurance}**

| **{Coverage}** | **{Insurance Amount}** |
|---|---|
| {BENEFIT_1} | |
| {BENPRD_1} | |
| {DBB_1} | |
| {DBB_2} | |
| {DBB_3} | |

You are entitled to the benefits described in this Certificate if you are eligible for insurance under the provisions of the Policy. This Certificate replaces any other certificates for the benefits described inside. As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms.

Dennis R Glass
President

**CERTIFICATE OF GROUP WEEKLY INCOME INSURANCE**

**Saratoga Technologies Inc**
**000400002000-02852**

## SCHEDULE OF INSURANCE

CLASS 1

All Full-Time Employees

WAITING PERIOD (For date insurance begins, refer to "Effective Dates of Coverages" section)
(a) None for employees who were hired on or before the Policy Issue Date.
(b) 90 days of continuous Active Work for employees who were hired after the Policy Issue Date.

MINIMUM HOURS: 30 hours per week

### WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MAXIMUM BENEFIT PERIOD: 26 weeks

DAY BENEFITS BEGIN: 1st day of Total Disability due to Accidental Injury; and
8th consecutive day of Total Disability due to Sickness.

The Minimum Weekly Disability Benefit is 15% of your Maximum Benefit, or $50 per month ($12.50 per week), whichever is greater.

The Maximum Weekly Disability Benefit will not exceed the Benefit Percentage times your Basic Weekly Earnings, rounded to the nearest $1. **Basic Weekly Earnings** means your average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It also includes:
1. paid commissions averaged over the 12 months just prior to the Determination Date; or over the actual period of employment with the Employer just prior to that date, if shorter.

It does **not** include bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by the Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.)

The Maximum Benefit Period for Weekly Disability Income Insurance Benefits will be reduced by 50% when you attain age 70. Weekly Disability Income Insurance will terminate when you retire.

If any evidence of insurability is required, it will be provided at your own expense.

## TABLE OF CONTENTS

Amount of Insurance....3

Definitions....3

Eligibility....4

Effective Dates of Coverages....4

Termination of Coverage....4

Weekly Disability Income Insurance....5

Claims Procedures for Weekly Disability Income Benefits....7

Prior Insurance Credit Provision....10

## AMOUNT OF INSURANCE

The amount of your insurance is determined by the Schedule of Insurance in the Policy. The initial amount of coverage is the amount which applies to your classification on the day your coverage becomes effective. You may become eligible for increases in the amount of insurance in accordance with the Schedule of Insurance. Any such increase will be effective on:

(1) the first of the Insurance Month which coincides with or follows the date on which you become eligible for the increase; provided you are Actively at Work on that day;
(2) the day you resume Active Work, if not Actively at Work on the day the increase otherwise would have been effective; or
(3) the day determined by the Company after any required evidence of insurability is approved by the Company.

Any decrease will take effect on the day of the change; whether or not you are Actively at Work.

## DEFINITIONS

ACTIVE WORK OR ACTIVELY AT WORK means the full-time performance of all customary duties of an employee's occupation at the EMPLOYER'S place of business (or other business location to which the EMPLOYER requires the employee to travel.)

COMPANY means The Lincoln National Life Insurance Company, an Indiana corporation, whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

DAY or DATE means at 12:01 A.M., Standard Time, at the Group Policyholder's place of business when used with regard to eligibility dates and effective dates. It means 12:00 midnight, Standard Time, at the same place, when used with regard to termination dates.

EMPLOYER means the Group Policyholder or the Participating Employer named on the Face Page.

FULL-TIME EMPLOYEE means an employee of the EMPLOYER:

(1) whose employment with the EMPLOYER is the employee's principal occupation;
(2) who is not a temporary or seasonal employee; and
(3) who is regularly scheduled to work at such occupation at least the number of hours as shown in the Schedule of Insurance.

INSURANCE MONTH means:

(1) that period of time beginning on the Issue Date of the Policy and extending for one month; and
(2) each subsequent month beginning on the same day after that.

POLICY means the Group Insurance Policy issued by the Company to the Group Policyholder. A copy of the Policy may be examined upon request at the Group Insurance Service Office of the Group Policyholder.

YOU or YOUR means a FULL-TIME EMPLOYEE who is covered by Personal Insurance.

## ELIGIBILITY

If you are a Full-Time Employee and a member of an employee class shown in the Schedule of Insurance; then you will become eligible for the coverage provided by the Policy on the later of:

(1) the Policy's date of issue; or
(2) the day you complete the Waiting Period.

WAITING PERIOD. (See Schedule of Insurance).

## EFFECTIVE DATES OF COVERAGES

Your insurance is effective on the latest of:

(1) the first day of the Insurance Month coinciding with or next following the day you become eligible for the coverage;
(2) the day you resume Active Work, if you are not Actively at Work on the day you become eligible;
(3) the day you make written application for coverage; and sign:
  (a) a payroll deduction order, or
  (b) an order to pay premiums from your Flexible Benefit Plan account, if Employer contributions are paid through a Flexible Benefit Plan; or
(4) the day determined by the Company, after the Company approves your coverage, if evidence of insurability is required.

Evidence of insurability is required if:

(1) you apply for coverage in excess of the Guarantee Acceptance Amount (or in any amount when first applying at age 70 or older);
(2) you apply for coverage (or an increased amount of coverage) more than 31 days after you become eligible;
(3) you make written application to re-enroll for coverage after you have requested:
  (a) to cancel your coverage;
  (b) to stop payroll deductions for the coverage; or
  (c) to stop premium payments from your Flexible Benefit Plan account; or
(4) you apply to reinstate coverage after it lapses, due to failure to pay premiums when due.

EXCEPTION. If your coverage terminates due to an approved leave of absence or a military leave, any Waiting Period or evidence of insurability requirement will be waived upon your return; provided:

(1) you return within six months after the leave begins;
(2) you apply or are enrolled within 31 days after resuming Active Work; and
(3) the reinstated amount of insurance does not exceed the amount which terminated.

## TERMINATION OF COVERAGE

Your coverage terminates on the earliest of:

(1) the day the Policy terminates or your Employer ceases to be a Participating Employer;
(2) the last day of the Insurance Month in which you request termination;
(3) the last day of the period for which the premium for your insurance has been paid;
(4) the day you cease to be a member of an eligible employee class;
(5) with respect to any particular insurance benefit, the day the part of the Policy providing that benefit terminates;
(6) the day your employment with the Employer terminates; or
(7) the day you enter the armed services of any state or country on active duty; except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

Ceasing Active Work results in termination of insurance; but coverage may be continued if you are disabled due to illness or injury:

(1) until you are no longer disabled;
(2) provided premium payments are made on your behalf. Premium payments will be required until the day benefits begin but will be waived for any period for which benefits are payable. If coverage is to continue following a period during which premium payments are waived, premium payments must resume as they become due.

## WEEKLY DISABILITY INCOME INSURANCE

TOTAL DISABILITY BENEFIT. If you become Totally Disabled while insured for this benefit, the Company will pay the Weekly Total Disability Benefit for each week the Total Disability continues:

(1) beginning on the Day Benefits Begin; and
(2) ending on the day the Maximum Benefit Period ends or you cease to be Totally Disabled (whichever occurs first).

The amount of the Weekly Total Disability Benefit equals:

(1) the Benefit Percentage (as shown in the Schedule of Insurance) times your Basic Weekly Earnings; or
(2) the Maximum Weekly Benefit (whichever is less).

In no event will the amount be less than $12.50 per week, or 15% of the Insured Person's Maximum Weekly Benefit; whichever is more. The Day Benefits Begin, the Maximum Benefit Period, the Maximum Weekly Benefit and the definition of Basic Weekly Earnings are shown in the Schedule of Insurance.

PARTIAL DISABILITY BENEFIT. The Company will pay the Weekly Partial Disability Benefit if:

(1) you become Partially Disabled within 30 days after Total Disability Benefits cease;
(2) the Partial Disability is due to a Sickness or Injury which is the same as (or related to) the cause of the prior period of Total Disability for which benefits were payable; and
(3) you earn less than 80% of Basic Weekly Earnings when Partial Disability employment begins.

Partial Disability Benefits will end on the earliest of:

(1) the date the Maximum Benefit Period ends;
(2) the date you cease to be Partially Disabled; or
(3) the date your current earnings exceed 85% of Basic Weekly Earnings.

The amount of the Weekly Partial Disability Benefit equals the lesser of:

(1) the Benefit Percentage (as shown in the Schedule of Insurance) times your Basic Weekly Earnings (limited to the Maximum Weekly Benefit); or
(2) your Basic Weekly Earnings minus earnings received from any form of employment for that period of Disability.

In no event will the amount be less than $12.50 per week, or 15% of the Insured Person's Maximum Weekly Benefit; whichever is more. The Maximum Weekly Benefit and the definition of Basic Weekly Earnings are shown in the Schedule of Insurance.

SUCCEEDING PERIODS OF DISABILITY. Two or more periods of Disability will be treated as one period of Disability, unless:

(1) you return to Active Work on a full-time basis for at least two weeks in a row between periods of Disability; or
(2) the succeeding period of Disability is due to a Sickness or Injury unrelated to the cause of the prior period of Disability for which benefits were payable.

EXCLUSIONS. Weekly Income Benefits will not be payable for any period of Disability:

(1) which is the result of an intentional self-inflicted injury or self-destruction (while sane);
(2) for which you have not furnished satisfactory proof of Disability to the Company (including your Employer's statement and your Physician's statement, as requested by the Company);
(3) which is the result of a Sickness or Injury covered by Worker's Compensation;
(4) which is the result of, or due to, a Sickness or Injury arising out of, or in the course of, any employment for wage or profit;
(5) during which you receive payment under a salary continuance or retirement plan sponsored by the Employer.

PRE-EXISTING CONDITION LIMITATION. The Policy will not cover any period of Disability:

(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 12 months after your Effective Date.

DEFINITIONS. "Disability" means Total Disability or Partial Disability.

"Injury" means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Disability Income benefits, a Disability will be considered due to a Sickness if:

(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before your Effective Date under the Policy.

"Partial Disability" means that, due to Sickness or Injury, you are:

(1) unable to perform one or more of the material and substantial duties of your regular occupation; or
(2) unable to perform such duties on a full-time basis.

"Pre-Existing Condition" means a Sickness or Injury for which you received treatment within 12 months prior to your Effective Date.

"Sickness" means illness, disease, pregnancy or its complications.

"Total Disability" means your inability, due to Sickness or Injury, to perform the material and substantial duties of your regular occupation. A person engaging in any employment for wage or profit is not Totally Disabled.

"Treatment" means consultation, care or services provided by a Physician (including diagnostic measures and taking prescribed drugs or medicines).

ASSIGNMENT. Weekly Income Benefits may not be assigned.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

### NOTICE AND PROOF OF CLAIM

**Notice of Claim**. Written notice of a disability claim must be given:

(1) within 20 days after the injury or sickness causing Disability begins;
(2) by the Day Benefits Begin, if later; or
(3) as soon as reasonably possible after that.*

The notice must be sent to the Company's Group Insurance Service Office. It should include your name, address and Policy number.

**Claim Forms**. When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days; then you may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send you additional claim forms.

**Proof of Claim**. The Company must be given written proof of a disability claim within 90 days after the Day Benefits Begin; or as soon as reasonably possible after that.*

Proof of claim must be provided at your own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:

(1) Completed statements by you and your Employer.
(2) A completed statement by your attending Physician. This must describe any restrictions on your performance of the duties of your regular occupation.
(3) Proof of any other income received, which may affect Policy benefits.
(4) A signed authorization for the Company to obtain more information.
(5) Any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, regular care of a Physician, and any other income benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended, until such proof is received.

*** Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim; if it is shown that it was done:

(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while you lack legal capacity.

**EXAM OR AUTOPSY**. At anytime while a claim is pending, the Company may have you examined:

(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required.

If you fail to cooperate with an examiner or fail to take an exam, without good cause; then the Company may deny or suspend benefits, until the exam is completed. In case of death, the Company may also have an autopsy done, where it is not forbidden by law. Any such exam or autopsy will be at the Company's expense.

**TIME OF PAYMENT OF CLAIMS**. Disability income benefits payable under the Policy will be paid immediately after the Company receives complete proof of claim and confirms liability. Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week; then they will be paid on a pro rata basis. The daily rate will equal 1/7 of the weekly benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

**TO WHOM PAYABLE.** All disability income benefits are payable to you, while living. After your death, such benefits will be payable:

(1) to your estate; or
(2) in accord with the Facility of Payment section.

**NOTICE OF CLAIM DECISION.** The Company will send you a written notice of its claim decision. If the Company denies any part of the claim; then the written notice will explain:

(1) the reason for the denial, under the terms of the Policy and any internal guidelines;
(2) how you may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.

This notice will be sent:

(1) within 15 days after the Company resolves the claim;
(2) within 30 days after the Company receives acceptable proof of claim; and
(3) within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice.** If the Company needs more than 15 days to process the claim, due to matters beyond its control; then an extension will be permitted. If needed, the Company will send you a written delay notice:

(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:

(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.

If you do not receive a written decision by the 105th day after the Company receives your first proof of claim; then you have a right to an immediate review, as if the claim was denied.

**Exception:** If the Company needs more information from you to process a claim; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE.** Within 180 days after receiving a denial notice, you may request a claim review by sending the Company:

(1) a written request; and
(2) any written comments or other items to support the claim.

You may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send you a written notice of its decision. The notice will explain the reasons for the Company's decision, under the terms of the Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim; then the notice will also describe:

(1) any further appeal procedures available under the Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review; or within 90 days, if a special case requires more time.

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case; then an extension of up to 45 more days will be permitted. In that event, the Company will send you a written delay notice, by the 30th day after receiving the request for review. The notice will explain:

(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**Exception:** If the Company needs more information from you to process an appeal; then it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA** (Employee Retirement Income Security Act of 1974). Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, you must first seek two administrative reviews of the adverse claim decision, in accord with this section. If you bring legal action under Section 502(a) of ERISA after the required reviews; then the Company will waive any right to assert that you failed to exhaust administrative remedies.

**RIGHT OF RECOVERY**. If benefits have been overpaid on any claim; then full reimbursement to the Company is required within 60 days. If reimbursement is not made; then the Company has the right to:

(1) reduce future benefits until full reimbursement is made; and
(2) recover such overpayments from you, or from your estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

# CERTIFICATE AMENDMENT

TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO.: 000400002000-02852
ISSUED TO: Saratoga Technologies Inc

Your Certificate is amended by adding the following provisions.

## PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS

This provision prevents loss of disability income coverage for you, which could otherwise occur solely because of a transfer of insurance carriers. The Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

"Prior Plan" means a prior carrier's group disability income policy, which the Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, the Policy will provide disability income coverage if you:
(1) were insured by the prior plan on its termination date; and
(2) were otherwise eligible under the Policy; but were not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until you satisfy the Policy's Active Work rule, your disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:
(1) the benefit the prior plan would have paid; minus
(2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition if you:
(1) were insured by the prior plan on its termination date; and
(2) were Actively-At-Work and became insured under the Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply the Policy's Pre-Existing Condition Limitation. If you qualify for benefits, you will be paid according to the Policy's benefit schedule.

B. If you cannot satisfy the Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:
(1) If you satisfy the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
(2) If you cannot satisfy the Pre-Existing Condition Limitation of the Policy, or that of the prior plan; then no benefit will be paid.

This Amendment takes effect on your effective date of coverage under the Policy. In all other respects, your Certificate remains the same.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Charles A. Brawley III
Officer of the Company

# SUMMARY PLAN DESCRIPTION

The following information together with your group insurance certificate issued to you by The Lincoln National Life Insurance Company of Fort Wayne, Indiana, is the Summary Plan Description required by the Employee Retirement Income Security Act of 1974 to be distributed to participants in the Plan. This Summary Plan Description is only intended to provide an outline of the Plan's benefits. The Plan Document will govern if there is any discrepancy between the information contained in this Description and the Plan.

The name of the Plan is: Weekly Disability Income Insurance for Employees of Saratoga Technologies Inc.

The name, address and ZIP code of the Sponsor of the Plan is: Saratoga Technologies Inc, 101 Med Tech Parkway, Suite 307, Johnson City, TN, 37604.

Employer Identification Number (EIN): 62-1853760 IRS Plan Number: 501

The name, business address, ZIP code and business telephone number of the Plan Administrator is: Saratoga Technologies Inc, 101 Med Tech Parkway, Suite 307, Johnson City, TN, 37604, (423) 282-4220.

The Plan Administrator is responsible for the administration of the Plan and is the designated agent for the service of legal process for the Plan. Functions performed by the Plan Administrator include: the receipt and deposit of contributions, maintenance of records of Plan participants, authorization and payment of Plan administrative expenses, selection of the insurance consultant, selection of the insurance carrier and assisting The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company has the sole discretionary authority to determine eligibility and to administer claims in accord with its interpretation of policy provisions, on the Plan Administrator's behalf (this does not apply to employers sitused in California or to California residents).

Type of Administration. The Plan is administered directly by the Plan Administrator with benefits provided in accordance with provisions of the group insurance policy issued by The Lincoln National Life Insurance Company whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

Type of Plan. The benefits provided under the Plan are: Weekly Disability Income Insurance benefits.

Type of Funding Arrangement: The Lincoln National Life Insurance Company.

All employees are given a Certificate of Group Insurance which contains a detailed description of the Benefits, any Pre-Existing Condition Limitation and Exclusions. The Certificate also contains the Schedule of Insurance which includes the Benefit Percentage, Maximum and Minimum Weekly Benefits, Maximum Benefit Period, Day Benefits Begin, Waiting Period and age reduction information. If your Booklet, Certificate or Schedule of Insurance has been misplaced, you may obtain a copy from the Plan Administrator at no charge.

Eligibility. Full-time employees working at least 30 hours per week.

Employees become eligible on the first of the month coinciding with or next following completion of 90 days of active full-time employment.

Contributions. You are required to make contributions for Weekly Disability Income Insurance.

The Plan's year ends on: March 31st of each year.

The name and section of relevant Collective Bargaining Agreements: None

The name, title and address of each Plan Trustee: None

**Loss of Benefits**. The Plan Administrator may terminate the policy, or, subject to The Lincoln National Life Insurance Company's approval, may modify, amend or change the provisions, terms and conditions of the policy. Coverage will also terminate if the premiums are not paid when due. No consent of any Insured Person or any other person referred to in the policy will be required to terminate, modify, amend or change the policy. See your Plan Administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease active work.

**Claims Procedures**. You may obtain claim forms and instructions for filing claims from the Plan Administrator or from the Group Insurance Service Office of The Lincoln National Life Insurance Company. To expedite the processing of your claim, instructions on the claim form should be followed carefully; be sure all questions are answered fully. In accordance with ERISA, The Lincoln National Life Insurance Company will send you a written notice of its claim decision within:

- 45 days after receiving the first proof of a claim for disability benefits (105 days under special circumstances).

If a claim is partially or wholly denied, this written notice will explain the reason(s) for denial, how a review of the decision may be requested, and whether more information is needed to support the claim. You may request a review of the claim by making a written request to The Lincoln National Life Insurance Company within:

- 180 days after receiving a denial notice of a claim for disability income benefits.

This written request for review should state the reasons why you feel the claim should not have been denied and should include any additional documentation to support your claim. You may also submit for consideration additional questions or comments you feel are appropriate, and you may review certain non-privileged information relating to the request for review. The Lincoln National Life Insurance Company will make a full and fair review of the claim and provide a final written decision to you within:

- 45 days after receiving the request for review of a claim for disability income benefits (90 days under special circumstances).

If more information is needed to resolve a claim, the information must be supplied within 45 days after requested. Any resulting delay will not count toward the above time limits for claims or appeals processing. Please refer to your certificate of insurance for more information about how to file a claim, how to appeal a denied claim, and for details regarding the claims procedures.

**Statement of ERISA Rights**

The following statement of ERISA rights is required by federal law and regulation. As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits.** Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if any, and updated summary plan description. The administrator may make a reasonable charge for copies.

Receive a summary of the plan's annual financial report if the plan covers 100 or more participants. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries.** In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights.** If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions.** If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

LINCOLN FINANCIAL GROUP® PRIVACY PRACTICES NOTICE

The Lincoln Financial Group companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. **We do not sell your personal information to third parties.** We share your personal information with third parties as necessary to provide you with the products or services you request and to administer your business with us. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. **You do not need to take any action because of this Notice, but you do have certain rights as described below.**

## INFORMATION WE MAY COLLECT AND USE

We collect personal information about you to help us identify you as our customer or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; or to tell you about our products or services we believe you may want and use. The type of personal information we collect depends on the products or services you request and may include the following:

- **Information from you**: When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history.
- **Information about your transactions**: We keep information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; and your payment history.
- **Information from outside our family of companies**: If you are purchasing insurance products, we may collect information from consumer reporting agencies such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information, such as medical information from other individuals or businesses.
- **Information from your employer**: If your employer purchases group products from us, we may obtain information about you from your employer in order to enroll you in the plan.

## HOW WE USE YOUR PERSONAL INFORMATION

We may share your personal information within our companies and with certain service providers. They use this information to process transactions you have requested; provide customer service; and inform you of products or services we offer that you may find useful. Our service providers may or may not be affiliated with us. They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements). Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf). Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law.

When you apply for one of our products, we may share information about your application with credit bureaus. We also may provide information to group policy owners, regulatory authorities and law enforcement officials and to others when we believe in good faith that the law requires disclosure. In the event of a sale of all or part of our businesses, we may share customer information as part of the sale. **We do not sell or share your information with outside marketers who may want to offer you their own products and services; nor do we share information we receive about you from a consumer reporting agency. You do not need to take any action for this benefit.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

## SECURITY OF INFORMATION

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. Our employees are authorized to access your information only when they need it to provide you with products, services, or to maintain your accounts. Employees who have access to your personal information are required to keep it confidential. Employees are trained on the importance of data privacy.

Questions about your personal information should be directed to:

Lincoln Financial Group
Attn: Enterprise Services Compliance-Privacy, 7C-01
1300 S. Clinton St.
Fort Wayne, IN 46802

**Please include all policy/contract/account numbers with your correspondence.**

*This information applies to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Investment Services Corporation
Lincoln Investment Advisors Corporation
Lincoln Life & Annuity Company of New York
Lincoln Variable Insurance Products Trust
The Lincoln National Life Insurance Company

## *ADDITIONAL PRIVACY INFORMATION FOR INSURANCE PRODUCT CUSTOMERS*

## CONFIDENTIALITY OF MEDICAL INFORMATION

We understand that you may be especially concerned about the privacy of your medical information. We do not sell or rent your medical information to anyone; nor do we share it with others for marketing purposes. We only use and share your medical information for the purpose of underwriting insurance, administering your policy or claim and other purposes permitted by law, such as disclosure to regulatory authorities or in response to a legal proceeding.

## MAKING SURE MEDICAL INFORMATION IS ACCURATE

We want to make sure we have accurate information about you. Upon written request we will tell you, within 30 business days, what personal information we have about you. You may see a copy of your personal information in person or receive a copy by mail, whichever you prefer. We will share with you who provided the information. In some cases we may provide your medical information to your personal physician. We will not provide you with information we have collected in connection with, or in anticipation of, a claim or legal proceeding. If you believe that any of our records are not correct, you may write and tell us of any changes you believe should be made. We will respond to your request within 30 business days. A copy of your request will be kept on file with your personal information so anyone reviewing your information in the future will be aware of your request. If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received the information within the prior two years. We will also send the updated information to any insurance support organization that gave us the information, and any service provider that received the information within the prior 7 years.

Questions about your personal medical information should be directed to:

Lincoln Financial Group
Attn: Medical Underwriting
P.O. Box 21008
Greensboro, NC 27420-1008

The CONFIDENTIALITY OF MEDICAL INFORMATION and MAKING SURE INFORMATION IS ACCURATE sections of this Notice apply to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Life & Annuity Company of New York
The Lincoln National Life Insurance Company

FIRST NAME Arnold

LAST NAME Dixon

SSN

CLAIM NUMBER 1110329464

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

July 7, 2011

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

ARNOLD DIXON

Re: Policy Number: 00040000200002852
Claim Number: 1110329464

Dear Mr. Dixon:

This letter is to advise your claim for Short-Term Disability benefits has been approved beginning on 7/9/2011.

The policy issued to Saratoga Technologies Inc, has a 7 day elimination period during which no benefits are payable. The elimination period will extend from 7/9/2011 to 7/16/2011. Your benefits will begin on 7/16/2011. Your first benefit payment will cover the period of disability from 7/16/2011 to 7/30/2011. We received your completed direct deposit form, and the payment will be issued as a direct deposit on 7/26/2011. It may take 2-3 days for the payment to be deposited into your account. Future payments, if payable, will be issued every 2 weeks.

The information provided to our office reports your basic weekly earnings as $975.96. Your benefit will equal 60% of your basic weekly earnings, subject to a maximum benefit of $1000.00 per week. Based on your reported weekly earnings, your benefit will equal $586.00.

Your benefits are being allowed to 8/8/2011. This represents the recovery period that has been suggested by your physician. If you feel that you are unable to work, it is important for you to provide medical documentation that supports continued disability. Medical documentation includes, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and/or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physician(s) and should be provided at your own expense. A note from your physician without any supporting documentation may not be sufficient to consider benefits.

Your benefits will end as of 8/8/2011. If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment. Please contact our office with any questions toll free at 1-800-423-2765 or email us at claims@LFG.com. You can also check the status of this claim 24 hours a day by registering at www.jpfic.com. Our toll-free fax number is 1-877-843-3950.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

cc: SARATOGA TECHNOLOGIES INC
ATTN WHITNEY STRANGE
101 MED TECH PARKWAY, SUITE 307
JOHNSON CITY TN 37604

# Prior Plan Comparison Worksheet

| Claimant Name: Arnold Dixon | Claim #: |
|---|---|
| Group Name: | |
| Prior Carrier Name: | Date Completed: |

Principal

| | LFG Contract | Prior Plan |
|---|---|---|
| Policy Effective Date | | |
| Eligibility | | |
| Waiting Period | | |
| Pre-Existing Exclusion | | 4/5 12 |
| Prior Plan Benefit | | |
| Contrib/Non-Contrib | | |
| Elimination Period | Acc: 1 Sick: 8 | Acc: 1 Sick: 8 |
| Benefit % | 60 | 60 |
| Maximum Benefit Amount | $1000 | $1000 |
| Maximum Benefit Period | 26 | 26 |
| Minimum Benefit | | $15 |
| Partial Benefit/Residual | | |
| Offsets | | |
| Exclusions | | |
| Special Provisions | | |
| | | Claimant Eff Date: |
| Completed By: | | Eligibility Verified? |

S7

Policyholder: Saratoga Technologies

Effective Date: 4/1/2011

**Short-Term Disability (STD) Insurance**

This is a summary of your short-term disability insurance from Principal Life Insurance Company. Short-Term disability insurance provides you with weekly income if you are disabled because of injury or illness.

| Your Benefits at a Glance | |
|---|---|
| **Qualifying as Disabled** | You may qualify as disabled during the elimination period and benefit payment period if because of sickness, injury or pregnancy, one of the following applies:<br>• You cannot perform the majority of the substantial and material duties of your own occupation.<br>• You are performing the duties of your own occupation on a modified basis and lose at least 20% of the income you earned before becoming disabled.<br>• You are performing the duties of any other occupation and lose at least 20% of the income you earned before becoming disabled.<br><br>The income you earned before becoming disabled is referred to as predisability earnings. |
| **When Benefits Begin** | STD benefits begin on the 1st day of disability when your disability is due to injury. Benefits begin on the 8th day of disability when your disability is due to sickness. The amount of time you must be disabled before receiving benefits is called the elimination period. It can be satisfied with days of total or partial disability. |
| **Benefits if Not Working** | When you are unable to work in any capacity during the benefit payment period, your weekly benefit equals your primary weekly benefit less income from other sources.<br><br>Your primary weekly benefit is equal to 60% of your earnings before becoming disabled, but will not exceed $1,000.<br><br>Your weekly benefit will not be less than the minimum benefit of $15. |
| **Benefits if Working** | If you are able to work while disabled, you may still be eligible to receive a disability benefit.<br><br>If you are working during the benefit payment period, your weekly benefit is the lesser of:<br>• 100% of the earnings you received before becoming disabled, less income from other sources, less current earnings; or<br>• Your primary weekly benefit, less income from other sources.<br><br>You must work to your full medical and vocational capacity. If you choose not to, your benefits will be paid as if you are working to your full capacity. |
| **Maternity** | Treated same as any other disability. |
| **Your Benefit Duration** | You are eligible to receive STD benefits for 26 weeks after the benefit payment period begins.<br><br>*However, your disability benefits will end when you:*<br>• Recover<br>• Cease to be under the regular and appropriate care of a physician<br>• Fail to provide any required proof of disability |

| | |
|---|---|
| | • Fail to submit to a required medical examination<br>• Fail to report income from other sources, or any other required earnings information<br>• Fail to pursue Social Security disability benefits or Workers' Compensation benefits<br>• Die<br><br>If you recover and return to work for 30 days or less during the benefit duration and then again become disabled from the same or related cause, you are not required to complete a new elimination period. |

| **Rehabilitation Services and Benefits** | |
|---|---|
| **Rehabilitation Services** | While disabled, you may qualify to participate in a rehabilitation plan. Our rehabilitation staff works with you, your physician(s) and your employer to create an individual rehabilitation plan to assist you in returning to work.<br><br>If you are not disabled, but have a condition that could prevent you from performing the substantial and material duties of your own occupation, preventive rehabilitation services may be offered. |
| **Mandatory Rehabilitation** | This provision indicates that, if appropriate, you may be required to participate in an individual rehabilitation plan. Any expenses associated with the rehabilitation plan will be paid for by Principal Life. If you do not comply with the rehabilitation plan without good cause, your disability benefits may cease. |

| **Limitations of Benefits** | |
|---|---|
| **Limitations** | No benefits will be paid for disabilities resulting from:<br>• Willful self injury, while sane or insane<br>• War or an act of war<br>• Participation in an assault or felony<br>• A new or continuing disability that begins after your benefit payment period has ended, but you have not returned to active work<br>• Sickness or injury arising out of or in the course of employment for wage or profit |

| | |
|---|---|
| **Preexisting Conditions** | A preexisting condition is a sickness or injury, including all related conditions and complications, or pregnancy for which you:<br>• Received medical treatment, consultation, care or service; or<br>• Were prescribed or took prescription medications<br>in the 12 months prior to your effective date under this policy.<br><br>Benefits will be payable during the preexisting investigation for up to 6 weeks following the date of disability. Benefits will not be paid beyond the date six weeks following the date of disability for disabilities resulting from preexisting conditions unless, when you become disabled, you have been actively at work for one full day after being covered under the policy for 12 consecutive months.<br><br>No benefits will be paid for any disability that is caused by, a complication of, or resulting from the same preexisting condition that you had previously received benefits for.<br><br>Preexisting condition limitations also apply to benefit increases due to:<br>• Policy amendments<br>• Changes in earnings of 25% or greater |

## Terms to Know

**Income from Other Sources** – Income you receive from other sources can be deducted from your primary monthly benefit amount. Other sources include:

- All retirement or disability benefits that you and your dependents receive or could have received, from Social Security or other government agencies
- Salary continuance, personal time off or sick pay
- Workers' Compensation benefits
- Income from state disability plans
- Payments from policies that provide coverage for time away from work, if paid in part by or deducted from payroll by the policyholder
- Income from other group disability insurance policies
- Disability or retirement benefits paid by pension plans sponsored by the policyholder
- Income received from no-fault auto laws
- Renewal commissions received from the policyholder
- Severance pay

Other income sources do not include:

- Individual disability insurance
- Profit sharing plans
- Thrift savings plans
- Nonqualified deferred compensation plans
- 401(k) plans
- Individual retirement accounts (IRA)
- Stock ownership plans
- Keogh (HR-10) plans
- Any cost of living increases paid in connection with other sources of income
- Social Security or pension plan payments that were being received prior to the current disability

**Modified Basis** – You are considered to be working on a modified basis if you are working to your full medical and vocational capacity on a part-time basis.
**Own Occupation** – The occupation you are routinely performing at the time of disability.



Case 2:21-cv-00038-CEA-CRW Document 17-3 Filed 06/11/21 Page 1008 of 1097
PageID #: 1109
Lincoln/Dixon 1047

**Predisability Earnings** – The weekly earnings you receive before becoming disabled.
Your weekly earnings are based on your basic wage, which includes:

- Earnings under a qualified deferred compensation plan
- Voluntary earnings reduction under a Section 125 plan

Your basic wage does not include:

- Commissions
- Bonuses
- Overtime pay
- Tips
- Differential Pay
- Housing or car allowances

**Primary Weekly Benefit** – Your primary weekly benefit is equal to 60% of your earnings before becoming disabled, but will not exceed the maximum weekly benefit of $1,000.
**Substantial and Material Duties** – The essential tasks, which cannot be modified or omitted, that you are required to perform in any given occupation. You are considered able to perform the substantial and material duties of an occupation if you are working, or have the ability to work, 40 hours per week.
**Weekly Payment Limit** – The benefits paid to you are reduced if your total income exceeds 100% if your predisability earnings. Total income includes:

- Your normal benefit payable
- Additional benefits payable under your policy
- Return to work earnings
- Other Income Sources defined in the policy
- PTO, sick pay, and salary continuance payments (if these income sources are not considered Other Income Sources)
- Payments attributable to individual disability insurance policies (if not already considered an Other Income Source)

This summary of disability coverage from Principal Life Insurance Company supplements any materials presented by your employer. This handout is for illustrative purposes. You'll receive a benefit booklet with details about your coverage. If there is a discrepancy between this handout and your benefit booklet, the benefit booklet prevails.

FIRST NAME Arnold

LAST NAME Dixon

SSN___

CLAIM NUMBER 1110329464

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 259-2335
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name of Patient: Arnold Dixon
2. Social Security Number:
3. Employer Name:

4. When did symptoms first appear or accident happen?
5. Date you believe patient was unable to work?

6. Diagnosis (including complications): peripheral neuropathy / deg disc disease
7. Subjective symptoms: low back / leg pain

8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings):
EMG — peripheral neuropathy
MRI deg disc disease lumbar multilevel

Height: 6'5"
Weight: 265

9. List of Restrictions & Limitations: Unable to stand / ambulate

10. Nature of treatment (Including surgery and medications prescribed, if any): Neurology pending medication trial pending

12. Has patient ever had same or similar condition? ☐ Yes ☒ No If "Yes" provide dates

13. Do you consider this condition to be due to your patient's employment? ☐ Yes ☒ No

14. If pregnancy, estimated date of delivery.
Actual date of delivery.

15. Date first treated: 1/17/11

16. Date of last visit/treatment: 6/24/11

17. Has patient been hospital confined? ☐ Yes ☒ No Confined from to
If "Yes" give name of hospital

18. Has surgery been scheduled or performed? ☐ Yes ☒ No If "Yes" date of surgery.
Type of surgery scheduled:

19. Prognosis and Rehabilitation:
a. When do you think your patient will be able to return to work in their occupation? indeterminate
b. When could trial employment commence? ☐ Full-time ☐ Part-time
off work 7/8/11 – 8/8/11
Please submit clinical documentation to support your decision.

Print Name (Attending Physician): William T. Williams MD
Specialty: Pain Medicine
Telephone (Include Area Code): 423 232 6120

Street Address/City or Town/State or Providence/Zip Code: 101 Med Tech Pkwy Johnson City Tenn 37604

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements

Signature (Attending Physician) No stamps please:
Date: 6/24/11
Fax Number (Include Area Code): 423 232 6125

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

**Medical Review REFERRAL Entered by VDT 9/9/2011 at 9:16 am**

9/9/11 Addendum for TWH

**Medical Review REFERRAL Entered by AWE 9/6/2011 at 1:07 pm**

9/6/11 ** recvd test results from Dr Gupta done on 3/28/11 stating the bilteral peoneal and tibial nerves showed normal CMPA parameters.
The right supt peromeal and sural verves showed prolonged latencies. Left Supf peroneal and sural nerves showed normal latencies. All
muscled were normal. in summary, no evidence of a radiculopathy in boht LE's but evidence suggestive of early peripheral polyneuropathy
involving the R LE, clinical correlation advised.
** are these test results enough to support addl benefits and for how long? Thanks AWE

**Medical Review REFERRAL Entered by TWH 8/18/2011 at 6:45 am**

MEDICAL REVIEW RESPONSE

Claimant Name: Dixon, Arnold
Claim Number: 1110329464
Date Review Completed: 08/18/11
Completed by: Ted Hartsock, RN

R&L□s as stated by AP: APS dated

Medical Issue: Whether the submitted Neurology MD ov notes support ongoing R&L's beyond 08/08/11 from own sedentary occ.

Summary of Data Reviewed: All submitted Neurology MD ov notes were reviewed including the EMG study results.
This is a 51 year old male Service Manager (Sed occ per OA) with dx of peripheral neuropathy. DOD is 07/09/11. Benefits considered to
08/08/11.
Review of the 07/28/11 Neurology MD consult notes reflects the clmt started having numbness and burning sensation in his feet in 2009. Hx of
having a cervical discectomy in 2008. Also has numbness in his hands since that neck surgery. Clmt indicates he had to quit work because he
couldn't tolerate the medications he was required to take to treat his neuropathic pain such as Neurontin and Lyrica. Made him feel sedated.
The MD states clmt had an EMG performed recently by Dr Gupta (A physiatrist Pain Management). The EMG results were consistent with mild
early neupothy. States clmt had epidural injections without any significant improvements in his low back area. Also indicates clmt had a MRI of the
lumbar spine in 01/2011 that showed multilevel DDD changes. Facet hypertrophy noted at L1-2, L3-4, L4-5 and L5-S1. Some foraminal stenosis
was seen but no reported nerve root compression. MRI of the cervical spine from 02/10/11 revealed stable multilevel DDD changes associated with

RFL

foraminal stenosis but no reported nerve root encroachment or stenosis. Past hx of depression, DDD and sinus problems. . No current medications.
Exam shows clmt alert and orientated. No evidence of apraxia. Has a normal motor exam. No atrophy of extremities noted. Does indicate the clmt reports mild decrease in vibratory sense in both feet. Pinprick intact. Has a normal gait. Has a decreased rt knee reflex compared to left. Rest of the exam unremarkable.
MD impression is neuropathic pain secondary to mild peripheral neuropathy as indicated on the EMG report.
Plan is to get glucose labs, try using topical neuropathy gel. Also RX for Metanx. To avoid any climbing or situations that involve uneven steep ground, embankments, stairwells, etc. Since clmt reports balance issues in the past. . MD states he see's no postural instability on exam today.
Does advise clmt to take precautions for any difficulties differentiating a brake pedal from an accelerator, should refrain from driving. In regards to a physical capacity evaluation, told the clmt he does not perform this test. To contact Dr Gupta (Physiatrist for possibly doing the evaluation.
To see back in several weeks to review the results of his neuropathy work up.

Conclusion: Additional information needed

Analysis and Rationale: Based on the submitted Neurology 07/28/11 consult notes, it appears the clmt also see's Dr Gupta from Pain Management. Before a determination of R&L's can be made in regards to the clmt's dx of peripheral neuropathy, it would be helpful to obtain Dr Gupta's office visit notes as well as all test results that should also include the mentioned physical capacity evaluation report if this was performed.
Return as an addendum when records become available.

Referral Questions and Answers: If records support R&L's beyond 08/08/11.

Next Steps/Recommendations: Obtain additional medical records from Dr Gupta that should include test results and the physical capacity evaluation report if this was performed.

Recommendation Specifics: As above

Ted Hartsock, RN, BSN
Nurse Disability Consultant

**Medical Review REFERRAL Entered by TWH 8/17/2011 at 3:42 pm**

08/17/11. Changed to a full med review due to possible non support. TWH

**Medical Review REFERRAL Entered by DDJ 8/16/2011 at 9:00 am**

MEDICAL REVIEW

Date: August 16, 2011
Claimant: ARNOLD DIXON
Claim Number: 1110329464
Occupation: service mana
Diagnosis: Idiopathic Peripheral Neuropathy
DOD: 7/9/2011
DOB:
Benefit Start Date: 7/16/2011
Reinsurer:

Occ level is: Sedentary

MDA recommendations for recovery:
None in MDA

REASON FOR REFERRAL:
Ongoing Claim Review

CURRENT PROVIDERS:
Name Specialty Last visit RLs if provided

Associate Neurologists of Kingsport 7/28/2011 avoid climbing, or getting around situations
where he could fall due to balance issues, no driving

SURGERY:
Name of Procedure: Date Performed:

None

ABNORMAL FINDINGS:
Physical Exam:
See ovn in AWD under medical records

X-Ray or MRI:

Lab Results:

MEDICAL ISSUE: (brief summary of condition, treatment, outcome)

Clmnt is a 51 year old male, Service manager, with neuropathy, dlw will be 7/8/11, no guidelines in MDA, he will
be doing a medication trial and the ER will not let him work while on pain meds. EE paid to 8/8/2011. We rec'd
Neuro eval dated 7/28/2011 from Assoc Neurlogists of Kingsport: Assess peripheral neuropathy, ee was to avoid
in climbing or getting around situations where he could fall due to him having some balance issues, md did not see
and postural instability on exam but that he is to take Metanz 1 po bid with 5 refills EE to be careful driving, ee
wanted a Physical capacity eval, however MD does not do those types of exams, wanted him to follow up with PCP.
Based on the Neuro eval, would it be reasonable to say that ee would continue to be TD his own sedentary occ
beyond 8/8/2011? If so what would be a reasonable duration, keeping in mind the STD max is 1/14/2012. Thank
you, DDJ for AWE

QUESTION:

FIRST NAME Arnold

LAST NAME Dixon

SSN__

CLAIM NUMBER 1110329464

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 872408, Marietta, GA 30008-0041
toll free (800) 423-2765 Fax (800) 259-2335
www.LincolnFinancial.com

# GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): DIXON, ARNOLD, L.
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
   May we contact you via e-mail? (X Yes) ☐ No
9. Date of Birth:
10. Date Last Worked:
    Date of Disability: 7-8-11
11. Gender: ☒ Male ☐ Female
12. Hospital Confined ☐ Yes ☒ No
    Dates of confinement:
13. Have you ever had the same or similar condition in the past?
    ☐ Yes ☒ No If "Yes" provide dates:
14. Is your disability due to a ☐ Sickness ☐ Injury ☐ Other
    Date of Injury:

14a. Please describe your Sickness or how your Injury occurred: I WAS DIAGNOSED WITH NEUROPATHY APRIL 2010
Height: 6'5" Weight: 260

15. I returned to work part-time on:
    I returned to work full-time on:
16. Is your disability due to your occupation? ☐ Yes ☒ No If "Yes" explain in 14a
    Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☒ No
17. Treated by (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability)
    Doctor: W. TURNEY WILLIAMS M.D.
    Phone Number: 423-232-6120 Specialty: PAIN MANAGEMENT
    Address: 101 MED TECH PKWY SUITE 200 JOHNSON CITY, TN 37604
18. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☐ Yes ☐ No
    If yes, how much should be withheld each week? (minimum is $20.00 per week)
19. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☒ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

20. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee: [signature] Date: 7-8-11

21. Payment Method
    ☒ Direct Deposit
    Financial Institution's Name: SUNTRUST BANK
    Type of Account: ☒ Checking
    Bank/Routing Number:
    Checking Account Number:

***(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)***

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 259-2335
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor, acquaintance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

Date of Birth: Social Security Number:

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had).
   - any information regarding insurance coverage, and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history)

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 672408
   Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans, or
   - as otherwise may be required by law or as I may further authorize

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent
   1. the Company has taken action in reliance on this Authorization, or
   2. the Company is using this Authorization in connection with a contestable claim

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization

SIGNATURE: [signature] DATE: 7-8-11

(Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO ______

______ (City) ______ (State) ______ (Zip Code)

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 259-2335
www.LincolnFinancial.com

**EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)**

**Please submit a copy of this employee's complete Job Description with this claim form.**

**Please submit a copy of this employee's enrollment statement with this claim.**

**(PLEASE see FRAUD NOTICES attached)**

1 Full Name (last, first, middle initial): Dixon, Arnold L.

2. Social Security Number:

3 Occupation of Employee/Claimant: Services Coordinator

4. Insurance Class: Class 1

5 Employee Date of Hire: 5-17-2004

6 Date Insured: 4-1-2011

7 Date Employee was last present at work: 7/8/2011
On that day, did employee work a full day? ☒ Yes ☐ No

8 Employee's Basic Weekly Earnings: $975.96

9 Returned to Work? ☐ Full-time ☐ Part-time Date

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ☒ Yes ☐ No
If yes, what percent is paid by the employee? 100 %
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11 What was the employee's regular scheduled work week? 40 hours per week 8 hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ☒ No

13 Has a claim been filed with Workers' Compensation? ☐ Yes ☒ No
If yes, send initial report of illness or injury and award/denial notice
Name, address and telephone number of your compensation carrier
Name, address and telephone number of your medical insurance carrier

14 Is the employee receiving or has he/she received continued pay? ☐ Yes ☐ No
If yes, complete the following:
Pay Period: 6/27/11 to 7/10/11 Amount: Source of Income: hours worked

15 Can job be modified to fit accommodations? no - employee. has to be on pain medication and can't perform on pain medication

16 Physical Requirements (Include Job Description): Sitting at computer, attention to detail, some standing and walking

Employer's Name & Address (or name of policyholder, if other): Saratoga Technologies, Inc. 101 Med Tech Pkwy Suite 307 Johnson City, TN 37604

Telephone Number (Include Area Code and Extension): 423-282-4220

Group Policy Number & Division Number: Account #: SARATOGATE-BL-1162944
VWI Policy #: 000400002000 02852

E-mail address: Whitney.Strange@saratogaus.com Fax Number (Include Area Code): 423-282-4890

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Whitney Strange Accounting Clerk
Signature of Person Completing this form and Title

6/28/2011
Date

Whitney Strange Accounting Clerk
Print Name of Person Completing this form and Title

whitney.strange@saratogaus.com
E-mail address

Services Coordinator

All tasks require the employee to pay close attention to detail.

Daily Tasks:

- Managing service calls for all Saratoga Technologies branches which includes but not limited to
  - Billing (getting service calls ready to invoice)
    - Making sure the notes are correct and complete
    - Making sure arrival and completed times are correct
    - Making sure parts are billed and accounted for
    - Remove parts from tech kits
    - Making sure labor is billed to the correct division and labor code ( e.g. service contract, BOT, limited hours, MAC hours, warranty, standard labor)
    - Making sure the correct contract is applied according to the work that is done
  - Deleting calls when needed
- Help manage Helpdesk
  - Manage technicians that are currently assigned to it
  - Handle any problems that may arise
- Managing service contract for networking which includes but not limited to
  - Creating contracts
  - Keeping equipment list current ( tag numbers applied, info updated, old equipment removed)
- Manage recurring visits for all contract customers
- Support for various divisions and branches
  - Scheduling
  - Invoicing
  - Management services
  - Bill requests
  - Support for billing service calls in Abingdon and Knoxville
- Handle customer complaints about billing
- GP support (sales orders, invoicing, Smartlist, etc.)
- Choosing calls for customer surveys

101 Med Tech Parkway | Suite 307 | Johnson City, TN 37604 | 423.282.4220 | 1.888.525.4220 | fax 423.282.4890
www.saratogaus.com

Weekly Tasks:

- Making sure all calls are closed promptly and closed completely
    - Run a weekly report to find any calls not closed and send to techs
- Send copies of tech kits to Jamie Hall and David Sheppard
- Monitor calls coming into helpdesk and print out a weekly summary

Monthly Tasks:

- Track techs billable time and run monthly report

As Needed Tasks:

- User Administrator for vendors
- Run history of customer service calls through Smart list for sales reps
- Cover for dispatching, receiving, bill requests, and purchasing for all branches
- Inventory inquiries and/ or adjustments

Cross-Trained On:

- Purchasing
- Scheduling
- Shipping/ Receiving
- RMA
- Receptionist
- Checking in customer equipment

101 Med Tech Parkway | Suite 307 | Johnson City, TN 37604 | 423.282.4220 | 1.888.525.4220 | fax 423 282.4890
www.saratogaus.com

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
P. O. Box 2616, Omaha, NE 68103-2616
Phone: (800) 423-2765 Fax: (877) 573-6177

**ENROLLMENT FORM FOR GROUP INSURANCE**

| Your employer provided information used to create this enrollment form | Group ID: **SARATOGATE** | Group Policy #: | Billing Division or Location |
|---|---|---|---|

**Employee Information (Complete for ALL Enrollments)**

| | | | |
|---|---|---|---|
| Employer Name/Company Name **Saratoga Technologies** | County | Employer ZIP | State |
| Employee First Name / Middle Initial / Last Name **Dixon, Arnold L.** | Social Security Number | | Date of Birth |
| Street Address / City / State / Zip | | | |
| Gender: **Male** / Marital Status: | Home Phone ( ) | | Work Phone ( ) |
| Spouse First Name / Middle Initial / Last Name | Spouse Social Security Number | | |
| Date of Marriage/Civil Union/Domestic Partnership | Date of Family Status Change | | |

**Employee Work Information (Complete for ALL Enrollments)**

| Average Work Week Hours: | Occupation: **Service Manager** | Full-Time Employment Date: **5/7/2004** | Rehire Date: |
|---|---|---|---|

**Product Selection (Complete for ALL Enrollments)**

**Voluntary Coverage NOTE**: Please mark the box or boxes for each coverage you are applying for.
All coverage amounts are subject to the limitations and exclusions as stated in the policy.

| Type of Coverage | Selecting yes authorizes my employer to payroll deduct premium(s) | Amount of Coverage | Semi-Monthly Premium |
|---|---|---|---|
| Voluntary Employee Life + AD&D<br>Evidence of Insurability Required for Coverage Amounts Over $100 000 | ☐Yes ☒No*<br>*Employees must elect coverage in order to elect spouse and/or dependent coverage* | ☐ $20.000<br>☐ $40.000<br>☐ $60.000<br>☐ $80.000<br>☐ $100.000<br>☐ OTHER $_______ | Life+AD&D<br>$5.25<br>$10.50<br>$15.75<br>$21.00<br>$26.25 |
| Voluntary Spouse Life + AD&D<br>Evidence of Insurability Required for Coverage Amounts Over $10,000 | ☐Yes ☒No*<br>*Spouse coverage selection may not exceed 50% of the Employee amount selected* | ☐ $10.000<br>☐ OTHER $_____ | $2.63 |
| Voluntary Dependent Child Benefit | ☐Yes ☒No* | ☐ $10,000 | $1 00 |
| Voluntary Short Term Disability | ☒Yes ☐No* | **Weekly Benefit Amount: $586** | $16.70 |
| Voluntary Long Term Disability | ☒Yes ☐No* | **Monthly Benefit Amount: $2,537** | $24.95 |

*By selecting no, application for coverage at a later date may require further medical information and/or a physical exam, which will be at my own expense
– Actual deductions may vary slightly from above illustration due to rounding --

STEPS 02/10 ***Please See Reverse for Beneficiary and Signature.*** TN

**Beneficiary Information (Complete ONLY for Life or AD&D Enrollments)**

| Primary Beneficiary's Last Name | First | MI | Relationship of Beneficiary | Social Security Number | |
|---|---|---|---|---|---|
| DIXON | CATHY | A | SPOUSE | | |
| Street Address | | | City | State | Zip |

| Contingent Beneficiary's Last Name | First | MI | Relationship of Beneficiary | Social Security Number | |
|---|---|---|---|---|---|
| | | | | | |
| Street Address | | | City | State | Zip |

**Note:** A Contingent Beneficiary will receive benefits only if the Primary Beneficiary does not survive you. If you wish to designate more than one Primary or Contingent Beneficiary, please attach a separate sheet of paper.

**NOTE: IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.**

The insurance requested on this enrollment form will not be effective until approved by the Group Insurance Service Office of The Lincoln National Life Insurance Company, and the initial premium is paid to The Lincoln National Life Insurance Company. A delayed effective date will apply if the employee is not Actively at Work, or a dependent is in a period of limited activity on the date insurance would otherwise take effect.

Employee Full Name: ARNOLD LEE DIXON JR

Employee Signature: [signature] Date: 4-11-11

Group ID: SARATOGA1E Control: 0020

*0020*

STEPS 01/05 TN

# OCCUPATIONAL DESCRIPTION

**221.367-070 Service Clerk**

Receives, records, and distributes work orders to service crews upon customers' requests for service on articles or utilities purchased from wholesale or retail establishment or utility company: Records information, such as name, address, article to be repaired, or service to be rendered. Prepares work order and distributes to service crew. Schedules service call and dispatches service crew. Calls or writes customer to ensure satisfactory performance of service. Keeps record of service calls and work orders. May dispatch orders and relay messages and special instructions to mobile crews and other departments, using radio-telephone equipment.
Alternate Titles: Repair-Service Clerk; Service-Order Dispatcher

DLU: 1977



Case 2:21-cv-00038-CEA-CRW Document 17-3 Filed 06/11/21 Page 1024 of 1097
PageID #: 1125
Lincoln/Dixon 1063

## OCCUPATIONAL REQUIREMENTS

**Title:** Service-Order Dispatcher
**Industry:** Clerical and Kindred

**DOT Code:** 221.367-070

**Specific Vocational Preparation:** Level 4 (3 to 6 months)

**General Educational Development:** Reasoning Grades 7-8
Mathematics Grades 4-6
Language Grades 4-6

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.
Dealing with people.

**Data:** Compiling
**People:** Speaking-Signaling
**Things:** Handling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

# OCCUPATIONAL DESCRIPTION

**032.262-010 User Support Analyst**

Investigates and resolves computer software and hardware problems of users: Receives telephone calls from users having problems using computer software and hardware or inquiring how to use specific software, such as statistical, graphics, data base, printing, word processing, programming languages, electronic mail, and operating systems. Talks to user to learn procedures followed and source of error. Answers questions, applying knowledge of computer software, hardware, and procedures. Asks user with problem to use telephone and participate in diagnostic procedures, using diagnostic software, or by listening to and following instructions. Determines whether problem is caused by hardware, such as modem, printer, cables, or telephone. Talks with coworkers to research problem and find solution. Talks to programmers to explain software errors or to recommend changes to programs. Calls software and hardware vendors to request service regarding defective products. Reads trade magazines and attends computer trade shows to obtain current information about computers. May test software and hardware to evaluate ease of use and whether product will aid user in performing work. May write software and hardware evaluation and recommendation for management review. May write or revise user training manuals and procedures. May develop training materials, such as exercises and visual displays. May train users on software and hardware on-site or in classroom, or recommend outside contractors to provide training. May install microcomputers, software, and peripheral equipment, following procedures and using handtools [MICROCOMPUTER SUPPORT SPECIALIST (profess & kin.) 039.264-010]. May work as in-house consultant and research alternate approaches to existing software and hardware when standardized approaches cannot be applied. May conduct office automation feasibility studies, including work flow analysis, space design, and cost comparison analysis. May specialize by type of software, computer language, or computer operating system.
Alternate Titles: Customer Service Representative; End User Consultant; Help Desk Representative; Information Center Specialist; Office Automation Analyst

DLU: 1990

# OCCUPATIONAL REQUIREMENTS

**Title:** User Support Analyst
**Industry:** Professional and Kindred

**DOT Code:** 032.262-010

**Specific Vocational Preparation:** Level 7 (2 to 4 years)

**General Educational Development:** Reasoning Grades 9-12
Mathematics Grades 7-8
Language Grades 9-12

**Strength:** Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | |
|---|---|
| Climbing | Never |
| Balancing | Never |
| Stooping | Never |
| Kneeling | Never |
| Crouching | Never |
| Crawling | Never |
| Reaching | Frequently |
| Handling | Frequently |
| Fingering | Frequently |
| Feeling | Never |
| Talking | Constantly |
| Hearing | Constantly |
| Tasting/Smelling | Never |
| Near Acuity | Constantly |
| Far Acuity | Never |
| Depth Perception | Never |
| Accommodation | Occasionally |
| Color Vision | Never |
| Field of Vision | Never |

| Environmental Conditions: | |
|---|---|
| Noise Intensity Level | Moderate |
| Exposure to Weather | Never |
| Extreme Cold | Never |
| Extreme Heat | Never |
| Wet and/or Humid | Never |
| Vibration | Never |
| Atmospheric Conditions | Never |
| Proximity to Moving Mechanical Parts | Never |
| Exposure to Electrical Shock | Never |
| Working in High Exposed Places | Never |
| Exposure to Radiation | Never |
| Working with Explosives | Never |
| Exposure to Toxic or Caustic Chemicals | Never |
| Other Environmental Conditions | Never |

**Work Situations:** Dealing with people.
Making judgments and decisions.
Attaining precise set limits, tolerances, and standards.

**Data:** Analyzing
**People:** Speaking-Signaling
**Things:** Operating-Controlling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | Not Included |
| Verbal Aptitude | 2 (67-89 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 3 (34-66 Percentile) | Not Included |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 2 (67-89 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Lincoln Financial Group®**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.


**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com


CLS
A1H
6/28
REG 4

**Closure Information**
Date: 9/10/11
Benefit Specialist:
Closure Reason:

**STD Claimant: DIXON, ARNOLD**
**Group: SARATOGA TECHNOLOGIES INC**
**Claim Complete: Tuesday, June 28, 2011**

5/7/04
90days
1st Mo

51 y/o male — Service Manager

STD Claim #: 1110329464

STD POL #: 00040000200002852 — Neuropathy — No guidelines

**STD Max Date:** 1/14/12

| | |
|---|---|
| Ardis ID SARATOGATE | Class 1 |
| Group Eff 4/1/11 | FICA % ER<br>FICA% 100 EE pre post<br>Enrollment |
| **List/Self** | **STD Benefit %** 60 |
| Benefit Amt $ $586 | Maximum Amt $ 1000<br>Minimum Amt $ 100 |
| EE Eff 4/1/11<br>DLW: DOD:<br>Diagnosis:<br>Billing Location 1162944 | E of I<br>Plan 1/8/26<br>1st Day Hosp Y or N |
| Min Hours Required 30 | Premium Paid To 7/1/11 |
| Pre-Ex Y or N<br>Pre-Ex timeframe 12 12<br>Pre-Ex applies? Y or N<br>PIC (carrier name/ schedule of benefits etc.) | Other Income :<br>Exclusion Offset BD Int A/S<br>Sal Cont Received? Y N<br>Type: Dates: |

LTD Eligibility: $2538 EE

| | |
|---|---|
| EE Eff 4/1/11 | Pre-Ex 12/12/24 |

A 975 96
C 975 96
dlw 7/8/11
dod 7/9/11
rtw 8/8/11

**ARDIS ID:** SARATOGATE **Group Name:** Saratoga Technologies

**STATE:** EE TN ER TN

| CLAIM INFORMATION | |
|---|---|
| Benefit Specialist Initials JZL | Policy # 000400003002B Loc/Div: |
| Claimant Name Arnold Dixon | Claim # |
| Social Security , | EE e-mail |
| Date Received | ER e-mail: |

| Claimant Information | |
|---|---|
| Age 51 DOB 10-20-60 | LDW 7-8-11 DOD 7-9-11 |
| Occupation Services Coordinator | Diagnosis |
| Subj Symptoms | |
| Objective Findings | |
| Medical History | |

** list any documents submitted with initial claim:

Auth signed and dated, Yes / No; job description, Yes / No; medical records, Yes / No; Sal Verification/W2, etc Yes / No

Proof of Claim = Days

| Effective Date/Salary/Benefit Info | |
|---|---|
| DOH 5-7-04 Class | Earnings Definition: (Base) W-2 Sec 125/Pre-tax |
| Min hours 30 Worked hours 40 | Comm avg: 12 Mor Bonuses avg: OT/other |
| Waiting 90 (days)/mos | Salary $ Verified Yes No |
| ER eff date 4/1/11 ER term date / / | Volume on ARDIS: 2538 |
| EE eff date 4/1/11 EE term date 7/31/11 | Bene % 60 % Benefit calc $ |
| Premium pd to / / | Max $ 6000 Min $ 100 or 15% |
| FICA % ER pd EE pd pre EE pd post | COLA % CPI Duration |
| FICA pd to / / | Elim 180 (days)/mos Benefit Start Date / / |
| Self billed (List billed) | MBP RBOSS Date |
| Census / Enrollment card Date signed: | Own Occ 24 Any Occ Date |
| | M&N 24 mos / yr D&A mos / yr Spec Limits: Y N |
| APS - who signed and date signed: | ER - name of person who signed and date signed: Whitney Strange |

| POLICY INFORMATION | |
|---|---|
| Disability definition: Regular (Residual) | Partial Disability Type: (Progressive) Proportionate |
| Pre-existing 12/12/24 | ~~Vocational Rehab: Voluntary Mandatory~~ |
| PIC (Yes) No Prior carrier eff date | Recovery Benefit (No) Yes Duration |
| Copy of prior plan Yes No | **Riders:** ~~PIB %~~ Max |
| Recurrent Disability (Yes) No | ~~Family Care $~~ Duration |
| Survivor Benefit 3 (mos) | Spousal Disability $ Duration |
| Reasonable Accommodation Yes No | Medical Benefit $ Duration |
| Conversion Privilege Yes No | Other |

| OFFSETS | |
|---|---|
| | $ Amount / Start Date / End Date |
| STD/Salary Cont | |
| State Disability | |
| Pension/Retirement | |
| SSDI Primary (Full) | |
| SSDI - Dependent | |
| Soc Sec Retirement | |
| W/C | |
| Other | |

I:/ECC Training/Manuals/Both/Claims & Medical Investigation/INITIAL CL

*For Internal Use Only*

Arnold Dixon

## INITIAL CALL TO ER

Whitney
Strange

Verify day last worked? Full day?
7-8-11 ✓

Still employed?

RTW date?

Willing to accommodate any R&Ls?

$1951.92
biweekly

How long would job be held for?

Base
no 12 mos comm.

Other income?

% paid by ER, contributory or non-contributory, pre or post tax?
100% EE

Salary confirmation

List-billed or Self-billed? If self-billed, get 3 months of payroll records.

Verify hire date
5-7-04 ✓

Pension Plan
401(k)

Any other items that are unclear?

Can we contact you via email?

~~Job Description (if available)~~?

Arnold Dixon

## INITIAL CALL TO EE

✓ ✓ ✓ ✓

Verify DOB, address, SSN, phone #    cell –

History of disability

Current treatment?

Next visit?

Seeing which doctors?

RTW date, if any?

Any other income? (STD)

No

Spouse? Dependents under 25? (Names, DOB)

Cathy, | Lee

Any other items that are unclear?

2x month – stimulator for feet

Can we contact you via email?

feet has nothing to do w/ back

not diabetic

arnoldjrle0@charter.net

back problem – DDD

neck sx in 2008 – disc removed

sx isn't an option

therapy

injections

accupuncture

feet would go numb / burning

peripheral neuropathy

couldn't feel feet and driving home was dangerous

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

December 29, 2011

ARNOLD DIXON

Re: Policy Number: 00040000200002852
Claim Number: 1110329464

Dear Mr. Dixon:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 10/27/2011 and have recently received updated medical documentation for consideration of additional benefits.

Based on the information provided to our office, we are unable to determine your recovery period at this time. We will continue to monitor your condition through contact with you and your treating doctors. In addition, we may also be requesting medical documentation to help us understand how your condition may continue to prevent you from working. The duration of benefits will be determined once the medical records are received and reviewed.

If you return to work, please notify our office as soon as possible to avoid an overpayment.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day. To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

CC: SARATOGA TECHNOLOGIES INC
ATTN WHITNEY STRANGE
101 MED TECH PARKWAY, SUITE 307
JOHNSON CITY TN 37604

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 7, 2011

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

WILLIAM WILLIAMS MD
101 MEDICINE TECH PARKEWAY
SUTE 200
JOHNSON CITY TN 37604

Re: Policy Number: 00040000200002852
Claim Number: 1110329464
Claimant: Arnold Dixon

Dear Dr. Willaims

We are writing in regard to the The Lincoln National Life Insurance Company Short Term Disability claim for your patient, Arnold Dixon. Thank you for the information you have provided to date. We need your further assistance and additional information in order to appropriately manage Mr. Dixon's claim.

DINFORMATION REVIEWE

In our review of Mr. Dixon's claim, we have received the following information from your office:

SUMMARY

As you know, Mr. Dixon is a 51 patient of yours with a diagnosis of Idiopathic Peripheral Neuropathy. Currently we are investigating ability to perform sedentary work.

The Department of Labor defines sedentary work capacity as follows:

Sedentary: Sitting for 6 hours out of an 8-hour work day and lifting no more than 10 pounds occasionally.

Do you agree Mr. Dixon can return to work on a fulltime basis to a sedentary occupation? If so, please indicate your agreement by signing and dating below. No
he may not - See form

12/15/11

Signature ______________________ Date ______________________

If you do not agree with our assessment, please respond to the following questions and include copies of office and treatment notes, testing results, and/or therapy and progress notes that support your opinion that have not previously been submitted, as outlined above.

Please find attached a copy of Mr. Arnold's job description and identify clmt's current level of functioning below.

1) In an eight-hour period the patient may:
Stand ____ hours Walk _____ hours Sit __4__ hours Drive ____ hours

2) Patient may lift/carry the following:
__X__ occasionally (1-33% of work day) _____ frequently (34-66% of work day)
______ Constantly (67-100% of work day)

3) Patient may push/pull the following:
__X__ occasionally (1-33% of work day) _____ frequently (34-66% of work day)
______ constantly (67-100% of work day)

4) Please mark 'Y' for yes; and 'N' for no:
Bend ____ Squat __N__ Kneel __N__ Climb stairs __limited__
Reach over head __N__ Grasp __N__ Finger __Yes__ Keyboarding __Y__

5) Current range of motion for lumbar spine in degrees
Forward flexion __45__ side bend right __10__ side bend left __10__
Extension __10__

Additional Comments: Unable to sit for >4 hrs/d
kneel squat. Would consider
unemployable.

Since a decision regarding Mr. Dixon's eligibility for continued benefits is dependent on this information, please provide your response on or ~~before 12/22/2011~~. Please fax your response and supporting documentation to me at 877-843-3950

Enclosed is an authorization signed by your patient allowing you to release this information to our office.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

CC: ARNOLD DIXON

December 7, 2011

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

WILLIAM WILLIAMS MD
101 MEDICINE TECH PARKEWAY
SUTE 200
JOHNSON CITY TN 37604

Re: Policy Number: 00040000200002852
Claim Number: 1110329464
Claimant: Arnold Dixon

Dear Dr. Willaims

We are writing in regard to the The Lincoln National Life Insurance Company Short Term Disability claim for your patient, Arnold Dixon. Thank you for the information you have provided to date. We need your further assistance and additional information in order to appropriately manage Mr. Dixon's claim.

DINFORMATION REVIEWE

In our review of Mr. Dixon's claim, we have received the following information from your office:

SUMMARY

As you know, Mr. Dixon is a 51 patient of yours with a diagnosis of Idiopathic Peripheral Neuropathy. Currently we are investigating ability to perform sedentary work.

The Department of Labor defines sedentary work capacity as follows:

Sedentary: Sitting for 6 hours out of an 8-hour work day and lifting no more than 10 pounds occasionally.

Do you agree Mr. Dixon can return to work on a fulltime basis to a sedentary occupation? If so, please indicate your agreement by signing and dating below.

____________________________ Signature

____________________________ Date

If you do not agree with our assessment, please respond to the following questions and include copies of office and treatment notes, testing results, and/or therapy and progress notes that support your opinion that have not previously been submitted, as outlined above.

Please find attached a copy of Mr. Arnold's job description and identify clmt's current level of functioning below.

1) In an eight-hour period the patient may:
Stand ____hours Walk ______ hours Sit ______ hours Drive _____ hours

2) Patient may lift/carry the following:
_____ occasionally (1-33% of work day) ______ frequently (34-66% of work day)
_______ Constantly (67-100% of work day)

3) Patient may push/pull the following:
______ occasionally (1-33% of work day) ______ frequently (34-66% of work day)
_______ constantly (67-100% of work day)

4) Please mark 'Y' for yes; and 'N' for no:
Bend _____ Squat ______ Kneel _____ Climb stairs _____
Reach over head ______ Grasp _____ Finger _____ Keyboarding _____

5) Current range of motion for lumbar spine in degrees
Forward flexion ______ side bend right _______ side bend left_____
Extension _______

Additional
Comments:____________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
______________________________________________________________

Since a decision regarding Mr. Dixon's eligibility for continued benefits is dependent on this information, please provide your response on or before 12/22/2011. Please fax your response and supporting documentation to me at 877-843-3950

Enclosed is an authorization signed by your patient allowing you to release this information to our office.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

CC: ARNOLD DIXON

Lincoln Financial Group®

NOV 2 8 2011

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

November 22, 2011

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

CHRISTOPHER PENDOLA MD
ASSOCIATED NEUROLOGISTS
8 SHERIDAN SQUARE
KINGPORT, TN 37660

Re: Policy Number: 000400000200002852
Claim Number: 1110329464
Claimant: Arnold Dixon

Dear Dr. Pendola:

We are writing in regard to the The Lincoln National Life Insurance Company Short Term Disability claim for your patient, Arnold Dixon. Thank you for the information you have provided to date. We need your further assistance and additional information in order to appropriately manage Mr. Dixon's claim.

**INFORMATION REVIEWED**

In our review of Mr. Dixon's claim, we have received the following information from your office:

- Office Visit note from 10/26/2011 stating he is to avoid any type of vitamin supplement, daily foot inspection and care. He was being referred for Orthotic shoes and inserts and a follow up visit to the clinic in 6 months.

SUMMARY

As you know, Mr. Dixon is a 51 patient of yours with a diagnosis of Idiopathic Peripheral Neuropathy. Currently we are investigating ability to perform sedentary work.

The Department of Labor defines sedentary work capacity as follows:

Sedentary: Sitting for 6 hours out of an 8-hour work day and lifting no more than 10 pounds occasionally.

Do you agree Mr. Dixon can return to work on a fulltime basis to a sedentaryoccupation? If so, please indicate your agreement by signing and dating below.

________________________ Signature

________________________ Date

If you do not agree with our assessment, please respond to the following questions and include copies of office and treatment notes, testing results, and/or therapy and progress notes that support your opinion that have not previously been submitted, as outlined above.

Please find attached a copy of Mr. Arnold's job description and identify clmt's current level of functioning below.

1) In an eight-hour period the patient may:

Stand ____hours Walk _____ hours Sit _____ hours Drive ____ hours

2) Patient may lift/carry the following:

_____ occasionally (1-33% of work day) _____ frequently (34-66% of work day) ______ Constantly (67-100% of work day)

3) Patient may push/pull the following:

______ occasionally (1-33% of work day) _____ frequently (34-66% of work day) ______ constantly (67-100% of work day)

4) Please mark 'Y' for yes; and 'N' for no:

Bend _____ Squat _____ Kneel _____ Climb stairs _____

Reach over head _____ Grasp _____ Finger _____ Keyboarding _____

5) Current range of motion for lumbar spine in degrees

Forward flexion _____ side bend right _______ side bend left_____

Extension _____

Additional Comments: ____________________________________________

Since a decision regarding Mr. Dixon's eligibility for continued benefits is dependent on this information, please provide your response on or before 12/22/2011. Please fax your response and supporting documentation to me at 877-843-3950

Enclosed is an authorization signed by your patient allowing you to release this information to our office.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 259-2335
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor/acquaintance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

Date of Birth: Social Security Number

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had),
   - any information regarding insurance coverage, and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history)

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 672408
   Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans, or
   - as otherwise may be required by law or as I may further authorize

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent
   1. the Company has taken action in reliance on this Authorization, or
   2. the Company is using this Authorization in connection with a contestable claim

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: [signature] DATE: 7-8-11

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____

ADDRESS: ____ (Street) PHONE NO ____

____ (City) (State) (Zip Code)

# ASSOCIATED NEUROLOGISTS OF KINGSPORT

R. SCOTT MACDONALD, MD, PC
CHRIS A. PENDOLA, MD, PC
DOUGLAS A. WRIGHT, MD, PC
MICHAEL S. DEW, MD
OTAKAR KRCAL, MD
ANTHONY E. HOLT, DO

To Whom It May Concern:

The doctors at Associated Neurologists of Kingsport do not perform physical capacity examinations. For an adequate assessment of those capacities, a physical capacity examination should be obtained either from a Disability examiner trained to perform physical capacity examinations or through one of the physical therapy departments at a local hospital.

Sincerely,

Dr. R. Scott Macdonald
Dr. Chris A. Pendola
Dr. Douglas A. Wright
Dr. Michael S. Dew
Dr. Otakar Krcal
Dr. Anthony E. Holt

***Practice Limited To:***

- *Neurology*
- *EMG, EEG*
- *Evoked Potentials*
- *Carotid Duplex Ultrasound*
- *Transcranial Ultrasound*
- *Sleep Disorders*
- *Botox Administration*

EIGHT SHERIDAN SQUARE
KINGSPORT, TN 37660
(423) 247-5553
FAX (423) 247-9254

**ASSOCIATED NEUROLOGISTS OF KINGSPORT**
Eight Sheridan Square
Kingsport, TN 37660
(423) 247-5553

**NAME:** Arnold Dixon
**DATE:** 10/26/11
**D.O.B.:**
**CHART#:** 71509

**PRIMARY CARE PHYSICIAN:** Randy McLaughlin, MD
**REFERRING PHYSICIAN:** Turney Williams, MD

**REASON FOR CONSULTATION:** Peripheral neuropathy.

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon is a 51-year-old gentleman who began experiencing numbness and a burning sensation in his feet back in 2009. He has been on a variety of different agents to treat neuropathic pain. He is currently being followed in the pain clinic by Dr. Williams. He has tried Lyrica, gabapentin, and Trileptal but he said that he just cannot tolerate a lot of medications. He said that even taking Aleve can make him feel dizzy. His two-hour glucose tolerance test revealed some mild hypoglycemia. At two hours he did not have any criteria to make the diagnosis of diabetes or impaired glucose tolerance. His B12 was 594, folate greater than 20, TSH 2.242, B6 elevated at 117 with range being 2.1 to 21.7 and he was advised to stop any type of supplementation containing B6 (pyridoxine). His anti-MAG antibodies were negative and serum immunofixation revealed no monoclonal proteins. Mr. Dixon said that he has been doing about the same. He has been seeing Dr. Williams for his lumbar degenerative disc disease and Dr. Williams was considering placing a pain pump and neurostimulator to help him with his pain. The patient states that he has tried neuropathy gel about every two hours for about a month but it didn't help him at all. He said that he just really cannot tolerate a lot of medications and he is very sensitive in that regard. He has never tried anodyne therapy. He has not experienced any new neurological sign or symptoms since last being seen. Back in September he was having some type of chest discomfort. He was advised to see his primary care physician or go to the ER. He said that he did see his primary care physician who performed EKG that was normal. His symptoms were felt to be likely due to a GI cause or medication. He thought that the Trileptal that he was taking for his pain made him nauseated therefore he stopped it and his nausea did indeed resolve.

**PAST SURGICAL HISTORY:**
1. Cervical discectomy 2008 (Dr. Austin).
2. Tonsillectomy.

**ALLERGIES: Penicillin.**

**PHYSICAL EXAMINATION:**
Vital Signs:

| | | | |
|---|---|---|---|
| BP: 130/800 | Pulse: 72 | Temp: 97.4 | WT: 266 |

**GENERAL EXAMINATION:** The patient is awake, alert, attentive, cooperative and pleasant. Sensorium is clear. Speech and language are normal. Mood and affect are normal. He is in good spirits. He does not appear to be depressed or anxious. Pupils are about 4 mm, midposition. Versions are full. No INO. No facial weakness, hemifacial spasm or blepharospasm. Motor strength appears to be normal. Finger-to-nose maneuvers are normal. Gait and station appear to be normal. Sensory exam reveals mild decrease in vibratory sense in his feet. Light touch and temperature are preserved. Reflexes are decreased at the right knee. Extremities: No clubbing or cyanosis. No erythema nodosum or stigmata of complex regional pain syndrome.

**IMPRESSION:**
1. Chronic neuropathic pain felt to be secondary to underlying peripheral neuropathy.
2. Chronic low back pain secondary to a degenerative disc disease.

**RECOMMENDATIONS:**
1. Avoid any type of vitamin supplementation with B6 since excessive levels can lead to a peripheral neuropathy.
2. Daily foot inspection and care.
3. Since he really doesn't like taking medications and cannot tolerate these well we will go ahead and try anodyne therapy to see if this may help and also I am going to refer him over to Victory Orthotics to see if they can fit him with a pair of shoes and also some inserts for shoes that may help disperse his weight and help his neuropathic symptoms.
4. Return to clinic in six months for reassessment. Call back anytime sooner if needed.

Christopher A. Pendola, MD
Diplomate of the American Board
of Psychiatry and Neurology
(Signed but not read to expedite mailing)
CAP/jsb*
Cc: Randy McLaughlin, MD
Turney Williams, MD

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

November 22, 2011

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

CHRISTOPHER PENDOLA MD
ASSOCIATED NEUROLOGISTS
8 SHERIDAN SQUARE
KINGPORT, TN 37660

Re: Policy Number: 00040000200002852
Claim Number: 1110329464
Claimant: Arnold Dixon

Dear Dr. Pendola:

We are writing in regard to the The Lincoln National Life Insurance Company Short Term Disability claim for your patient, Arnold Dixon. Thank you for the information you have provided to date. We need your further assistance and additional information in order to appropriately manage Mr. Dixon's claim.

**INFORMATION REVIEWED**

In our review of Mr. Dixon's claim, we have received the following information from your office:

- Office Visit note from 10/26/2011 stating he is to avoid any type of vitamin supplement, daily foot inspection and care. He was being referred for Orthotic shoes and inserts and a follow up visit to the clinic in 6 months.

SUMMARY

As you know, Mr. Dixon is a 51 patient of yours with a diagnosis of Idiopathic Peripheral Neuropathy. Currently we are investigating ability to perform sedentary work.

The Department of Labor defines sedentary work capacity as follows:

Sedentary: Sitting for 6 hours out of an 8-hour work day and lifting no more than 10 pounds occasionally.

Do you agree Mr. Dixon can return to work on a fulltime basis to a sedentaryoccupation? If so, please indicate your agreement by signing and dating below.

____________________________ ____________________________
Signature Date

If you do not agree with our assessment, please respond to the following questions and include copies of office and treatment notes, testing results, and/or therapy and progress notes that support your opinion that have not previously been submitted, as outlined above.

Please find attached a copy of Mr. Arnold's job description and identify clmt's current level of functioning below.

1) In an eight-hour period the patient may:

Stand ____hours Walk _____ hours Sit _____ hours Drive ____ hours

2) Patient may lift/carry the following:

____ occasionally (1-33% of work day) _____ frequently (34-66% of work day) ______ Constantly (67-100% of work day)

3) Patient may push/pull the following:

_____ occasionally (1-33% of work day) _____ frequently (34-66% of work day) ______ constantly (67-100% of work day)

4) Please mark 'Y' for yes; and 'N' for no:

Bend ____ Squat _____ Kneel ____ Climb stairs ____

Reach over head _____ Grasp ____ Finger ____ Keyboarding ____

5) Current range of motion for lumbar spine in degrees

Forward flexion _____ side bend right ______ side bend left____

Extension ______

Additional Comments:______________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Since a decision regarding Mr. Dixon's eligibility for continued benefits is dependent on this information, please provide your response on or before 12/22/2011. Please fax your response and supporting documentation to me at 877-843-3950

Enclosed is an authorization signed by your patient allowing you to release this information to our office.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

The UPS Store 4603
4128 Fort Henry Drive. Ste. D
Kingsport TN, 37663
P: (423) 239-7500
F: (423) 239-7528

The UPS Store

# Fax Cover Sheet

**To:** CLAIM #111032946 4

**From:** ARNOLD DIXON

**Company:** LINCOLN FINANCIAL

**Phone Number:** -

**Fax Number:** 877-843-3950

**Total Pages:** 3

**Date:** 10-31-11

**ASSOCIATED NEUROLOGISTS OF KINGSPORT**
Eight Sheridan Square
Kingsport, TN 37660
(423) 247-5553

**NAME:** Arnold Dixon
**DATE:** 10/26/11
**D.O.B.:**
**CHART#:** 71509

**PRIMARY CARE PHYSICIAN:** Randy McLaughlin, MD
**REFERRING PHYSICIAN:** Turney Williams, MD

**REASON FOR CONSULTATION:** Peripheral neuropathy.

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon is a 51-year-old gentleman who began experiencing numbness and a burning sensation in his feet back in 2009. He has been on a variety of different agents to treat neuropathic pain. He is currently being followed in the pain clinic by Dr. Williams. He has tried Lyrica, gabapentin, and Trileptal but he said that he just cannot tolerate a lot of medications. He said that even taking Aleve can make him feel dizzy. His two-hour glucose tolerance test revealed some mild hypoglycemia. At two hours he did not have any criteria to make the diagnosis of diabetes or impaired glucose tolerance. His B12 was 594, folate greater than 20, TSH 2.242, B6 elevated at 117 with range being 2.1 to 21.7 and he was advised to stop any type of supplementation containing B6 (pyridoxine). His anti-MAG antibodies were negative and serum immunofixation revealed no monoclonal proteins. Mr. Dixon said that he has been doing about the same. He has been seeing Dr. Williams for his lumbar degenerative disc disease and Dr. Williams was considering placing a pain pump and neurostimulator to help him with his pain. The patient states that he has tried neuropathy gel about every two hours for about a month but it didn't help him at all. He said that he just really cannot tolerate a lot of medications and he is very sensitive in that regard. He has never tried anodyne therapy. He has not experienced any new neurological sign or symptoms since last being seen. Back in September he was having some type of chest discomfort. He was advised to see his primary care physician or go to the ER. He said that he did see his primary care physician who performed EKG that was normal. His symptoms were felt to be likely due to a GI cause or medication. He thought that the Trileptal that he was taking for his pain made him nauseated therefore he stopped it and his nausea did indeed resolve.

**PAST SURGICAL HISTORY:**

1. Cervical discectomy 2008 (Dr. Austin).
2. Tonsillectomy.

**ALLERGIES:** **Penicillin.**

**PHYSICAL EXAMINATION:**

Vital Signs:

| | | | |
|---|---|---|---|
| BP: 130/800 | Pulse: 72 | Temp: 97.4 | WT: 266 |

Patient: Arnold Dixon
Date: 10/26/11
Page: 2

**GENERAL EXAMINATION:** The patient is awake, alert, attentive, cooperative and pleasant. Sensorium is clear. Speech and language are normal. Mood and affect are normal. He is in good spirits. He does not appear to be depressed or anxious. Pupils are about 4 mm, midposition. Versions are full. No INO. No facial weakness, hemifacial spasm or blepharospasm. Motor strength appears to be normal. Finger-to-nose maneuvers are normal. Gait and station appear to be normal. Sensory exam reveals mild decrease in vibratory sense in his feet. Light touch and temperature are preserved. Reflexes are decreased at the right knee. Extremities: No clubbing or cyanosis. No erythema nodosum or stigmata of complex regional pain syndrome.

**IMPRESSION:**

1. Chronic neuropathic pain felt to be secondary to underlying peripheral neuropathy.
2. Chronic low back pain secondary to a degenerative disc disease.

**RECOMMENDATIONS:**

1. Avoid any type of vitamin supplementation with B6 since excessive levels can lead to a peripheral neuropathy.
2. Daily foot inspection and care.
3. Since he really doesn't like taking medications and cannot tolerate these well we will go ahead and try anodyne therapy to see if this ~~may~~ help and also I am going to refer him over to Victory Orthotics to see if they can fit him with a pair of shoes and also some inserts for shoes that may help disperse his weight and help his neuropathic symptoms.
4. Return to clinic in six months for reassessment. Call back anytime sooner if needed.

Christopher A. Pendola, MD
Diplomate of the American Board
of Psychiatry and Neurology
(Signed but not read to expedite mailing)
CAP/jsb*
Cc: Randy McLaughlin, MD
Turney Williams, MD



Case 2:21-cv-00038-CEA-CRW Document 17-3 Filed 06/11/21 Page 1047 of 1097 PageID #: 1148
Lincoln/Dixon 1086

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 28, 2011

ARNOLD DIXON

Re: Policy Number: 00040000200002852
Claim Number: 1110329464

Dear Mr. DIXON:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 9/16/2011 and have recently received updated medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 10/27/2011. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical documentation refers, but is not limited to, office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

Please contact our office with any questions you may have at the number listed above or email us at claims@lfg.com. You can also register for our employee website at www.lincoln4benefits.com and view your benefits and claim status online 24 hours a day! To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

CC: SARATOGA TECHNOLOGIES INC
ATTN WHITNEY STRANGE
101 MED TECH PARKWAY, SUITE 307
JOHNSON CITY TN 37604

RE: Arnold Dixon
DOB

Claim # 11103 2 9464

Per patient info
needed to extend
disability.

PAIN MEDICINE ASSOCIATES, P.C. 2202 N John B Dennis Hwy, Suite 200 KINGSPORT, TN 37660

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **09-15-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | |

**SUBJECTIVE:** Mr. Dixon appears with the primary complaint of bilateral low back pain and bilateral foot pain. He notes mild shoulder discomfort. He notes numbness about both feet, not dramatically extending to the lower legs or thighs. Since last seen by this provider he has undergone lumbar facet radiofrequency denervation 08/18/11 by Dr. Tim Smyth in my absence for medical leave. He does not report dramatic improvement following the lumbar facet RF. He is on Trileptal 150 mg p.o. b.i.d., that provided by this practitioner in June, but not utilized until the last two weeks. He notes burning dysesthesia in both feet with difficulty wearing socks, feet touching bed linen, etc. He has not noted improvement with Neurontin, Lyrica, neuropathy gel, or his current dose of Trileptal. He notes an inability to sit for a prolonged period of time secondary to his back pain, or to engage in significant activities for a prolonged period of time, that again primarily referable to his back pain.

**ROS:** No chest pain, shortness of breath, fevers or chills. Intermittent cervical discomfort, mild in nature.

**OBJECTIVE:** Awake, alert, and oriented. Height: 6'5". Weight: 264 lb. Vital signs as recorded. Sensory deficit and mild dysesthetic response in both feet, nondermatomal. Gross motor function intact. Reasonable range of motion of both hips. Mild tenderness midline and bilateral lumbar paravertebral musculature.

**ROD:** Review of prior radiographs reveals degenerative changes noted at 2/3, 3/4, 4/5, and 5/1 without evidence of neural impingement. Facet arthropathy noted. Electrical studies are consistent with peripheral neuropathy, that study 03/28/11.

**ASSESSMENT:**

1. Degenerative disc disease, lumbar spine, multilevel, 2/3, 3/4, 4/5, 5/1, without evidence of radiculopathy, no evidence of neural impingement.
2. Lumbar facet arthropathy, not responsive to radiofrequency denervation.
3. Idiopathic peripheral neuropathy.
4. Chronic pain syndrome referable to above.

**PLAN/PATIENT EDUCATION:** I discussed the situation with Mr. Dixon. He utilizes an intermittent Lortab which is of some benefit but produces sedation. Tramadol was ineffective. He has utilized most of the membrane stabilizing agents without benefit. Unfortunately, he has had to discontinue work at Saratoga Computers secondary to his inability to tolerate the prolonged sitting, etc.

We reviewed his options in detail. We agreed that he would not be a surgical candidate and that he would likely have to consider multilevel lumbar fusion with little likelihood of improvement. We discussed other options, including a trial of dorsal column stimulation or intrathecal infusion therapy. It would appear to this provider that we will likely need to pursue one of those options if we have any hope of returning him to the workforce. We discussed the percutaneous stimulator trial. He understands it would be fairly straightforward to cover up the foot pain but the success rate for primary low back pain is probably about 50%. If he does not note adequate relief, one could consider a single-dose intrathecal injection, either Dilaudid or Prialt, and if he noted marked improvement, simply place a pump. It seems unlikely that he is going to be able to tolerate more potent analgesics.

**Continued**

We will have him visit with clinical psychology as a precursor to any implantable device. This will be for a psychological pain evaluation to assess if there are any significant psychological, social, or other factors that may interfere with a successful stimulation/pump trial. He has an appointment pending with Dr. Christopher Pendola 10/26/11. We will consider a percutaneous stimulator trial and/or intrathecal trial to ascertain if we can get his pain under adequate control such that he could return to gainful employment.

Prescription for Trileptal 150 mg, #60, one p.o. b.i.d. with 1 refill. Note to continue short-term disability, totally disabled, until 02/01/2012.

(Auto Authentication)
**W. Turney Williams, M.D.**

WTW/wh
D: 09-15-11; T: 09-16-11 *Dictated but not edited.

cc: Christopher A. Pendola, M.D. faxed 09-16-11 cn
Randy K. McLaughlin, M.D. faxed 09-16-11 cn

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **08-31-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Arnold has just completed bilateral lumbar radiofrequency. He does note some modest improvement, primarily in the sharp low back pain. However, some of the dull pain has not improved. We also know he has a peripheral neuropathy that is being treated and covered by neurology. He has disability issues and would like to visit with Dr. Williams regarding those and an extension of his off-work status that is only good until 10/01/11.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. Mechanical low back pain, modest improvement following recent radiofrequency ablation procedure. He still has EMG-confirmed peripheral neuropathy and low back pain is not entirely eliminated, but is better.

**ASSESSMENT:**

1. Lumbar spondylosis with facet syndrome, recently treated with bilateral lumbar radiofrequency ablation.
2. Multilevel degenerative disc disease, L2/3-L5/S1.
3. History of mechanical low back pain with chronic peripheral nondiabetic neuropathy.

**TREATMENT PLAN:** His neurologist has him on Trileptal and although he does not think it is helping, it is not causing any significant side effects. I think we are done with all the procedures we plan on doing. I think the situation with largely remain as is. He wants to visit with Dr. Williams regarding an extension of his off-work status before October 1st. We will try to set this up in Kingsport to tie up any of the disability loose ends and his work status at that time. No further procedures needed at the moment. He does not need a refill on any medication.

**JOHN POWELL, P. A.-C.**

JP/bh
D: 08-31-11; T: 09-09-11 *Dictated but not edited

PMA SURGERY CENTER, L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **08-18-11** | **SS #:** | |
| **PHYSICIAN:** | **Timothy S. Smyth, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears for anticipated lumbar RFL. The reader may recall that I called him on the evening of 07/26/2011. This was after performing facet joint nerve blocks. He indicated that he did a fair amount of activity on the way home, including stopping at IHOP and shopping at Wal-Mart. He iced his back down and then did some mowing. Overall, he still had pain, but he felt the pain was somewhat better. When I questioned him closely he felt the relief had been substantial enough to warrant pursuing RFL.

Mr. Dixon also saw Mr. Powell recently. This was to get disability paperwork completed by Dr. Williams. Mr. Dixon tells me Dr. Williams has done so.

Today when I discuss the results of the facet blocks with Mr. Dixon he is quite positive regarding the results. He states for several days after the procedure, "it really felt good." He states that the day of the procedure he got some relief but not as dramatic as several days later. This benefit has largely worn off, however.

**OBJECTIVE:** Vital signs are noted on the chart.

Pain Location Diagram and Quality Assessment Form is noted.

My exam is unchanged.

**ASSESSMENT / PROBLEM LIST / CLINICAL DATA SUMMARY:**

1. Lumbosacral spondylosis without myelopathy.
    1.1. S/P facet joint injections (WTW) 06/24/2011.
    1.2. S/P facet joint injections (TSS) 07/26/2011.
        1.2.1. TSS called patient 07/26/2011 at 1840 hours.
            1.2.1.1. Patient described events following leaving the surgery center.
            1.2.1.2. He felt he was getting enough relief to warrant a trial of RFL to see if we could capture this relief on a more permanent basis.
2. Lumbar degenerative disc disease.
    2.1. S/P ESI x two (WTW) with no benefit.
3. Lumbago.
    3.1. Pain particularly increases with prolonged sitting.
    3.2. No specific antecedent trauma.
4. Lower extremity peripheral neuropathy.
    4.1. Appointment in two days to see Dr. Pendola regarding this (stated 06/24/2011).

**Continued**

5. Occupation: Service manager for Saratoga Technologies.
   5.1. On 30 days short-term disability.
      5.1.1. Forms completed by Dr. Williams
   5.2. Patient believes he will need to file for long-term disability as he states he can handle his pain if he is not working, but cannot handle the pain if he is working.
   5.3. Patient saw Mr. Powell 08/03/2011 in order to have more paperwork completed in order to continue his current disability.
      5.3.1. Patient tells me that Dr. Williams did this for him, and he is grateful.
6. Cervical degenerative disc disease.
7. S/P ACDF by Dr. Austin in 2008.

(Some problems listed may not be addressed in current note; they have been documented elsewhere in the chart.)

**DISCUSSION / PLAN:** I reviewed the situation in detail with Mr. Dixon. He understands and agrees with the following:
1. I told Mr. Dixon that, to be honest, I am unsure if the facet joint nerve blocks I performed helped him or if his benefit was a generalized steroid effect.
   1.1. This is based upon the fact that he got most of his benefit a day or two after the procedure and not very much benefit for the first several hours following the procedure.
   1.2. The above notwithstanding, he felt he got enough relief for the hours following the procedure that it would be worthwhile pursuing RFL.
2. Based upon my discussion in #1, I will proceed with RFL.
   2.1. The patient understands the same risks apply every time a procedure is performed.
      2.1.1. These risks include, but are not limited to, bleeding, infection, nerve damage, spinal cord damage, spinal headache.
   2.2. The patient understands that today's procedure is elective, it is not something that has to be performed.
3. I will have Mr. Dixon follow up with Mr. Powell and Dr. Williams in the near future.

**PROCEDURE DETAILS:** RFL was carried out as in the attached procedure note sheet. Lesioning took place at 80° C for 90 seconds each lesion. I performed three lesions at each level. Mr. Dixon tolerated this very well with no immediate complications.

**PROCEDURES:**
1. Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.
2. Fluoroscopy.

**PREOPERATIVE DIAGNOSES:** See Assessment / Problem List / Clinical Data Summary.

**POSTOPERATIVE DIAGNOSES:** Same.

**EBL:** Zero. **COMPLICATIONS:** None. **SPECIMENS:** None.

**ABNORMAL FINDINGS:** None.

**Continued**

**ALLERGIES:** PENICILLIN

**ANESTHESIA:** Local.

**SURGEON:** Timothy Smyth, M.D.

**ASSISTANT:** N/A.

(Auto Authentication)
**Timothy Smyth, M.D.**

TSS/wh
D: 08-18-11
T: 08-19-11

*Dictated but not edited.

cc: Randy McLaughlin, M.D. faxed 08-24-11 cn
Scott Dulebohn, M.D. faxed 08-24-11 cn

The UPS Store 4603
4128 Fort Henry Drive. Ste. D
Kingsport TN, 37663
P: (423) 239-7500
F: (423) 239-7528

The UPS Store

# Fax Cover Sheet

**To:** CLAIM # 1110329464

**From:** ARNOLD DIXON

**Company:** LINCOLN FINACIAL

**Phone Number:**

**Fax Number:** 877-843-3950

**Total Pages:** 2

**Date:** 9-16-11

THIS DOCUMENT CONTAINS A BLUE BACKGROUND & SECURITY WATERMARK.

℞ **PAIN MEDICINE ASSOCIATES, P.C.** ℞

2202 N. John B. Dennis Hwy., Suite 200, Kingsport, TN 37660
Phone: (423) 392-6690 • Fax: (423) 392-6695

☐ Timothy Smyth, M.D. Dea # BS2415
☐ Cheryl Conner, APRN-BC Dea # MC2217
☐ Navneet Gupta, M.D. Dea # BG8947
☐ John Powell, P.A.-C Dea # MP0603
☒ Jerome J. Cohen, APRN-BC Dea # MC1382
☐ Samoil A. Ward, M.D. Dea # BW8721
☐ Holly Broadwater, APRN-BC Dea # MB0861
☐ Benjamin A. Moses, APRN-BC Dea # MM0450
☐ William Turney Williams, M.D. Dea # BW1730
☐ Shannon Hollowell, APRN-BC Dea # MH0838

Name: Arnold Dixon  Date: 9/15/11
Address:

| | | Quantity | Refill X/MO |
|---|---|---|---|
| (1) Dose: | Mr Dixon off [illegible] work | | |
| (2) Dose: | 9/27/11 - 1/1/12 2° neuropathy/ | | |
| (3) Dose: | deg disc disease | | |

☐ No Refill ☐ Refill ___ Times
☐ Generic Substitution Allowed
☐ Dispense As Written

[illegible] M.D.

THERMOCHROMIC INK & SECURITY FEATURES LISTED ON BACK.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 16, 2011

ARNOLD DIXON

Re: Policy Number: 00040000200002852
Claim Number: 1110329464

Dear Mr. Dixon:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 8/8/2011 and have recently received updated medical documentation for consideration of additional benefits.

Based on the information received, your benefits have been extended to 9/16/2011. To consider benefits beyond this date, you will need to provide our office with current medical documentation.

Medical documentation refers, but is not limited to, office and treatment notes, progress notes, testing and/or laboratory results, x-ray results, therapy notes and operative reports. This documentation may be obtained from your physician and should be provided at your own expense. A note from your physician, without any supporting medical documentation, may not be sufficient to consider further benefits.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

Please contact our office with any questions you may have at the number listed above or email us at claims@lfg.com. You can also register for our employee website at www.lincoln4benefits.com and view your benefits and claim status online 24 hours a day! To expedite claim processing, please feel free to fax information toll-free to our office at 1-877-843-3950.

Sincerely,

Amy Weir
Benefit Specialist
The Lincoln National Life Insurance Company

CC: SARATOGA TECHNOLOGIES INC
ATTN WHITNEY STRANGE
101 MED TECH PARKWAY, SUITE 307
JOHNSON CITY TN 37604

Associated Neurologists Of Kin
Eight Sheridan Sq, Ste 200
Kingsport TN 37660-

Telephone
423-247-5553

REC'D SEP 12 2011

Arnold Dixon

RECORD NUMBER
71509

| DATE | CODE | CHARGES AND CREDITS | AMOUNT | BALANCE |
|---|---|---|---|---|
| 09/08/2011 | | Balance Forward | 96.00 | 96.00 |
| 09/08/2011 | 99084 | Fee to Pt. for Copying Records | 20.00 | 116.00 |
| 09/08/2011 | 12 | Credit Card Payment | -20.00 | 96.00 |

| STATEMENT | CURRENT | 30 DAYS | 60 DAYS | 90+DAYS | TOTAL | |
|---|---|---|---|---|---|---|
| 09/08/2011 | 96.00 | 0.00 | 0.00 | 0.00 | | 96.00 |

ASSOCIATED NEUROLOGISTS
OF KINGSPORT

Eight Sheridan Square
Suite 200
Kingsport, TN 37660

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.44 0
0004478572 SEP 08 2011
MAILED FROM ZIP CODE 37660

RECD SEP 1 2 2011

Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 1, 2011

PAIN MEDICINE ASSOCIATES
RELEASE OF INFORMATION
ALL TREATING MEDICAL PROFESSIONALS
101 MED TECH PARKWAY
JOHNSON CITY TN 37604

RE: Policy Number: 000400000200002852
Claim Number: 1110329464
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2011 to present |
| Diagnostic Test Results | 8/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at (800) 423-2765 with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Amy Weir
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **08-18-11** | **SS #:** | |
| **PHYSICIAN:** | **Timothy S. Smyth, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears for anticipated lumbar RFL. The reader may recall that I called him on the evening of 07/26/2011. This was after performing facet joint nerve blocks. He indicated that he did a fair amount of activity on the way home, including stopping at IHOP and shopping at Wal-Mart. He iced his back down and then did some mowing. Overall, he still had pain, but he felt the pain was somewhat better. When I questioned him closely he felt the relief had been substantial enough to warrant pursuing RFL.

Mr. Dixon also saw Mr. Powell recently. This was to get disability paperwork completed by Dr. Williams. Mr. Dixon tells me Dr. Williams has done so.

Today when I discuss the results of the facet blocks with Mr. Dixon he is quite positive regarding the results. He states for several days after the procedure, "it really felt good." He states that the day of the procedure he got some relief but not as dramatic as several days later. This benefit has largely worn off, however.

**OBJECTIVE:** Vital signs are noted on the chart.

Pain Location Diagram and Quality Assessment Form is noted.

My exam is unchanged.

**ASSESSMENT / PROBLEM LIST / CLINICAL DATA SUMMARY:**

1. Lumbosacral spondylosis without myelopathy.
   - 1.1. S/P facet joint injections (WTW) 06/24/2011.
   - 1.2. S/P facet joint injections (TSS) 07/26/2011.
     - 1.2.1. TSS called patient 07/26/2011 at 1840 hours.
       - 1.2.1.1. Patient described events following leaving the surgery center.
       - 1.2.1.2. He felt he was getting enough relief to warrant a trial of RFL to see if we could capture this relief on a more permanent basis.
2. Lumbar degenerative disc disease.
   - 2.1. S/P ESI x two (WTW) with no benefit.
3. Lumbago.
   - 3.1. Pain particularly increases with prolonged sitting.
   - 3.2. No specific antecedent trauma.
4. Lower extremity peripheral neuropathy.
   - 4.1. Appointment in two days to see Dr. Pendola regarding this (stated 06/24/2011).

**Continued**

5. Occupation: Service manager for Saratoga Technologies.
   - 5.1. On 30 days short-term disability.
     - 5.1.1. Forms completed by Dr. Williams
   - 5.2. Patient believes he will need to file for long-term disability as he states he can handle his pain if he is not working, but cannot handle the pain if he is working.
   - 5.3. Patient saw Mr. Powell 08/03/2011 in order to have more paperwork completed in order to continue his current disability.
     - 5.3.1. Patient tells me that Dr. Williams did this for him, and he is grateful.
6. Cervical degenerative disc disease.
7. S/P ACDF by Dr. Austin in 2008.

(Some problems listed may not be addressed in current note; they have been documented elsewhere in the chart.)

**DISCUSSION / PLAN:** I reviewed the situation in detail with Mr. Dixon. He understands and agrees with the following:

1. I told Mr. Dixon that, to be honest, I am unsure if the facet joint nerve blocks I performed helped him or if his benefit was a generalized steroid effect.
   - 1.1. This is based upon the fact that he got most of his benefit a day or two after the procedure and not very much benefit for the first several hours following the procedure.
   - 1.2. The above notwithstanding, he felt he got enough relief for the hours following the procedure that it would be worthwhile pursuing RFL.
2. Based upon my discussion in #1, I will proceed with RFL.
   - 2.1. The patient understands the same risks apply every time a procedure is performed.
     - 2.1.1. These risks include, but are not limited to, bleeding, infection, nerve damage, spinal cord damage, spinal headache.
   - 2.2. The patient understands that today's procedure is elective, it is not something that has to be performed.
3. I will have Mr. Dixon follow up with Mr. Powell and Dr. Williams in the near future.

**PROCEDURE DETAILS:** RFL was carried out as in the attached procedure note sheet. Lesioning took place at 80° C for 90 seconds each lesion. I performed three lesions at each level. Mr. Dixon tolerated this very well with no immediate complications.

**PROCEDURES:**

1. Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.
2. Fluoroscopy.

**PREOPERATIVE DIAGNOSES:** See Assessment / Problem List / Clinical Data Summary.

**POSTOPERATIVE DIAGNOSES:** Same.

**EBL:** Zero. **COMPLICATIONS:** None. **SPECIMENS:** None.

**ABNORMAL FINDINGS:** None.

**Continued**

**ALLERGIES:** PENICILLIN

**ANESTHESIA:** Local.

**SURGEON:** Timothy Smyth, M.D.

**ASSISTANT:** N/A.

(Auto Authentication)
**Timothy Smyth, M.D.**

TSS/wh
D: 08-18-11
T: 08-19-11

*Dictated but not edited.

cc: Randy McLaughlin, M.D. faxed 08-24-11 cn
Scott Dulebohn, M.D. faxed 08-24-11 cn

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

CLINIC NOTE

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **08-03-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Mr. Dixon scheduled an appointment today primarily just to inform me that the results of the last facet blocks were very positive. He already has radiofrequency scheduled for 08/18/11 with Dr. Smyth. I think this is as good as it gets for interventional treatment. He is not considered a surgical candidate at this time. He saw Dr. Chris Pendola in Kingsport last week for peripheral neuropathy. Prescriptions were given for a neuropathy gel and METRx, which is a nutritional supplement to help peripheral neuropathy. Sometimes it takes a number of months to notice any improvement with this. His real issue today is the attending physician statement completed by Dr. Williams 07/08/11. It was only given for one month to 08/08/11 and he needs this extended in order to continue to receive benefits. He is still applying for disability status.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. His situation is stable, although he continues to have peripheral neuropathy confirmed by EMG studies and mechanical low back pain with a positive response to posterior lumbar facet block procedures.

**ASSESSMENT:**

1. Lumbar spondylosis with facet arthropathy.
2. Multilevel lumbar degenerative disc disease, L2/3-L5/S1.
3. History of neurogenic claudication.
4. Mechanical low back pain with chronic peripheral neuropathy, nondiabetic.

**TREATMENT PLAN:** We talked about the fact that he needs to fax copies of his recent evaluation by Dr. Chris Pendola in Kingsport for his peripheral neuropathy and EMG studies along with a letter from Dr. Williams indicating continued ongoing disability and he needs to pick that up this week. His time limit runs out in a few days on the 8th, as early as next week, and I will try to get Dr. Williams to address ~~that~~ at the earliest opportunity.

JOHN POWELL, P. A.-C.

JP/bh
D: 08-03-11; T: 08-11-11 *Dictated but not edited

PAIN MEDICINE ASSOCIAT
101 MED TECH PKY
JOHNSON CITY, TN 37604

| | |
|---|---|
| 09/08/2011 | 11:28:17 |
| Merchant ID: | 000000000984577 |
| Terminal ID: | 01424792 |
| 276166910881 | |

CREDIT CARD

VISA SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXXX9810 |
| INVOICE | 0010 |
| Batch #: | 000875 |
| Approval Code: | 045213 |
| Entry Method: | Manual |
| Mode: | Online |
| Tax Amount: | $0.00 |
| Cust Code: | |
| **SALE AMOUNT** | **$20.00** |

CUSTOMER COPY

Med. record print [illegible] Dixon

Sep-08-2011 07:23 PM Pain Medicine Associates 423-232-6125 2/6

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 1, 2011

PAIN MEDICINE ASSOCIATES
RELEASE OF INFORMATION
ALL TREATING MEDICAL PROFESSIONALS
101 MED TECH PARKWAY
JOHNSON CITY TN 37604

RE: Policy Number: 000400000200002852
Claim Number: 1110329464
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2011 to present |
| Diagnostic Test Results | 8/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at (800) 423-2765 with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Amy Weir
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

PAIN MEDICINE ASSOCIAT
101 MED TECH PKY
JOHNSON CITY, TN 37604

| | |
|---|---|
| 09/08/2011 | 11:28:17 |
| Merchant ID: | 000000000984577 |
| Terminal ID: | 01424792 |
| 276166910881 | |

CREDIT CARD

VISA SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXXX9810 |
| INVOICE | 0010 |
| Batch #: | 000875 |
| Approval Code: | 045213 |
| Entry Method: | Manual |
| Mode: | Online |
| Tax Amount: | $0.00 |
| Cust Code: | |

**SALE AMOUNT** **$20.00**

CUSTOMER COPY

Med. record pmt Harold Dixon

PMA SURGERY CENTER, L.L.C., 101 MEDTECH PARKWAY, SUITE 205, JOHNSON CITY, TN 37604

**PROCEDURE NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold L.** | **DOB:** | |
| **DOS:** | **08-18-11** | **SS #:** | |
| **PHYSICIAN:** | **Timothy S. Smyth, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**SUBJECTIVE:** Mr. Dixon appears for anticipated lumbar RFL. The reader may recall that I called him on the evening of 07/26/2011. This was after performing facet joint nerve blocks. He indicated that he did a fair amount of activity on the way home, including stopping at IHOP and shopping at Wal-Mart. He iced his back down and then did some mowing. Overall, he still had pain, but he felt the pain was somewhat better. When I questioned him closely he felt the relief had been substantial enough to warrant pursuing RFL.

Mr. Dixon also saw Mr. Powell recently. This was to get disability paperwork completed by Dr. Williams. Mr. Dixon tells me Dr. Williams has done so.

Today when I discuss the results of the facet blocks with Mr. Dixon he is quite positive regarding the results. He states for several days after the procedure, "it really felt good." He states that the day of the procedure he got some relief but not as dramatic as several days later. This benefit has largely worn off, however.

**OBJECTIVE:** Vital signs are noted on the chart.

Pain Location Diagram and Quality Assessment Form is noted.

My exam is unchanged.

**ASSESSMENT / PROBLEM LIST / CLINICAL DATA SUMMARY:**

1. Lumbosacral spondylosis without myelopathy.
   1.1. S/P facet joint injections (WTW) 06/24/2011.
   1.2. S/P facet joint injections (TSS) 07/26/2011.
      1.2.1. TSS called patient 07/26/2011 at 1840 hours.
         1.2.1.1. Patient described events following leaving the surgery center.
         1.2.1.2. He felt he was getting enough relief to warrant a trial of RFL to see if we could capture this relief on a more permanent basis.
2. Lumbar degenerative disc disease.
   2.1. S/P ESI x two (WTW) with no benefit.
3. Lumbago.
   3.1. Pain particularly increases with prolonged sitting.
   3.2. No specific antecedent trauma.
4. Lower extremity peripheral neuropathy.
   4.1. Appointment in two days to see Dr. Pendola regarding this (stated 06/24/2011).

**Continued**

5. Occupation: Service manager for Saratoga Technologies.
   5.1. On 30 days short-term disability.
      5.1.1. Forms completed by Dr. Williams
   5.2. Patient believes he will need to file for long-term disability as he states he can handle his pain if he is not working, but cannot handle the pain if he is working.
   5.3. Patient saw Mr. Powell 08/03/2011 in order to have more paperwork completed in order to continue his current disability.
      5.3.1. Patient tells me that Dr. Williams did this for him, and he is grateful.
6. Cervical degenerative disc disease.
7. S/P ACDF by Dr. Austin in 2008.

(Some problems listed may not be addressed in current note; they have been documented elsewhere in the chart.)

**DISCUSSION / PLAN:** I reviewed the situation in detail with Mr. Dixon. He understands and agrees with the following:

1. I told Mr. Dixon that, to be honest, I am unsure if the facet joint nerve blocks I performed helped him or if his benefit was a generalized steroid effect.
   1.1. This is based upon the fact that he got most of his benefit a day or two after the procedure and not very much benefit for the first several hours following the procedure.
   1.2. The above notwithstanding, he felt he got enough relief for the hours following the procedure that it would be worthwhile pursuing RFL.
2. Based upon my discussion in #1, I will proceed with RFL.
   2.1. The patient understands the same risks apply every time a procedure is performed.
      2.1.1. These risks include, but are not limited to, bleeding, infection, nerve damage, spinal cord damage, spinal headache.
   2.2. The patient understands that today's procedure is elective, it is not something that has to be performed.
3. I will have Mr. Dixon follow up with Mr. Powell and Dr. Williams in the near future.

**PROCEDURE DETAILS:** RFL was carried out as in the attached procedure note sheet. Lesioning took place at 80° C for 90 seconds each lesion. I performed three lesions at each level. Mr. Dixon tolerated this very well with no immediate complications.

**PROCEDURES:**

1. Radiofrequency lesioning of paravertebral facet joint nerves, bilateral, L5, L4, L3.
2. Fluoroscopy.

**PREOPERATIVE DIAGNOSES:** See Assessment / Problem List / Clinical Data Summary.

**POSTOPERATIVE DIAGNOSES:** Same.

**EBL:** Zero. **COMPLICATIONS:** None. **SPECIMENS:** None.

**ABNORMAL FINDINGS:** None.

**Continued**

**ALLERGIES:** PENICILLIN

**ANESTHESIA:** Local.

**SURGEON:** Timothy Smyth, M.D.

**ASSISTANT:** N/A.

(Auto Authentication)
**Timothy Smyth, M.D.**

TSS/wh
D: 08-18-11
T: 08-19-11

*Dictated but not edited.

cc: Randy McLaughlin, M.D. faxed 08-24-11 cn
Scott Dulebohn, M.D. faxed 08-24-11 cn

PAIN MEDICINE ASSOCIATES, P.C. 101 MEDTECH PARKWAY, SUITE 200 JOHNSON CITY, TN 37604

**CLINIC NOTE**

| | | | |
|---|---|---|---|
| **PATIENT:** | **Dixon, Arnold** | **DOB:** | |
| **DOS:** | **08-03-11** | **SS#:** | |
| **PHYSICIAN:** | **W. Turney Williams, M.D.** | **REFERRING:** | **Randy McLaughlin, M.D.** |

**INTERVAL HISTORY:** Mr. Dixon scheduled an appointment today primarily just to inform me that the results of the last facet blocks were very positive. He already has radiofrequency scheduled for 08/18/11 with Dr. Smyth. I think this is as good as it gets for interventional treatment. He is not considered a surgical candidate at this time. He saw Dr. Chris Pendola in Kingsport last week for peripheral neuropathy. Prescriptions were given for a neuropathy gel and METRx, which is a nutritional supplement to help peripheral neuropathy. Sometimes it takes a number of months to notice any improvement with this. His real issue today is the attending physician statement completed by Dr. Williams 07/08/11. It was only given for one month to 08/08/11 and he needs this extended in order to continue to receive benefits. He is still applying for disability status.

**PE/ASSESSMENT:** PLDQA/vital signs reviewed. His situation is stable, although he continues to have peripheral neuropathy confirmed by EMG studies and mechanical low back pain with a positive response to posterior lumbar facet block procedures.

**ASSESSMENT:**

1. Lumbar spondylosis with facet arthropathy.
2. Multilevel lumbar degenerative disc disease, L2/3-L5/S1.
3. History of neurogenic claudication.
4. Mechanical low back pain with chronic peripheral neuropathy, nondiabetic.

**TREATMENT PLAN:** We talked about the fact that he needs to fax copies of his recent evaluation by Dr. Chris Pendola in Kingsport for his peripheral neuropathy and EMG studies along with a letter from Dr. Williams indicating continued ongoing disability and he needs to pick that up this week. His time limit runs out in a few days on the 8th, as early as next week, and I will try to get Dr. Williams to address ~~that~~ at the earliest opportunity.

JOHN POWELL, P. A.-C.

JP/bh
D: 08-03-11; T: 08-11-11 *Dictated but not edited

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 1, 2011

CHRIS PENDOLA MD
RELEASE OF INFORMATION
ASSOCIATED NEUROLOGIST OF KINGS PORT
8 SHERIDAN SQUARE
KINGSPORT TN 37660

| | | |
|---|---|---|
| RE: | Policy Number: | 00040000200002852 |
| | Claim Number: | 1110329464 |
| | Patient: | ARNOLD DIXON |
| | DOB: | |

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2011 to present |
| Diagnostic Test Results | 8/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at (800) 423-2765 with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Amy Weir
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Associated Neurologists Of Kin
Eight Sheridan Sq, Ste 200
Kingsport TN 37660-

Telephone
423-247-5553

Arnold Dixon

RECORD NUMBER
71509

| DATE | CODE | CHARGES AND CREDITS | AMOUNT | BALANCE |
|---|---|---|---|---|
| 09/08/2011 | | Balance Forward | 96.00 | 96.00 |
| 09/08/2011 | 99084 | Fee to Pt. for Copying Records | 20.00 | 116.00 |
| 09/08/2011 | 12 | Credit Card Payment | -20.00 | 96.00 |

| STATEMENT | CURRENT | 30 DAYS | 60 DAYS | 90+DAYS | TOTAL | 96.00 |
|---|---|---|---|---|---|---|
| 09/08/2011 | 96.00 | 0.00 | 0.00 | 0.00 | | |

**ASSOCIATED NEUROLOGISTS OF KINGSPORT**
Eight Sheridan Square
Kingsport, TN 37660
(423) 247-5553

**NAME:** Arnold Dixon
**DATE:** 08/24/11
**D.O.B.:**
**CHART#:** 71509

**PRIMARY CARE PHYSICIAN:** Randy McLaughlin, MD
**REFERRING PHYSICIAN:** Turney Williams, MD

**REASON FOR CONSULTATION:** Peripheral neuropathy.

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon is a 51-year-old gentleman who began experiencing numbness and a burning sensation in his feet back in 2009. He said that it started about a year after he underwent cervical discectomy back in 2008. He said that his feet just tend to burn and sensitive to touch. He said that he tried gabapentin but it made no difference at all in his discomfort. He tried Lyrica but it made him feel sleepy and kind of sedated and drunk. He just couldn't work taking neither that medication nor the gabapentin. He said that Dr. Gupta, a physiatrist at Dr. Williams' office performed an EMG nerve study that revealed evidence of a mild peripheral neuropathy. The patient has undergone diagnostic facet block in the lumbar spine without any significant improvement nor did he experience any improvement with an epidural steroid injection. He was given a prescription for Trileptal by Dr. Williams. He said that he got it filled but he hasn't started it yet. He said that now he is off work on medical leave he is willing to give it a try. He said that he just couldn't risk taking something that would make him sedate while he was trying to go to work. He has not had any hemiplegia, hemisensory loss, amaurosis fugax, bowel or bladder changes. He does not recall any type of chemical or toxin exposure. No family history of neuropathy although he did have a grandmother with diabetes mellitus. His father died at 94 and had a stroke. His mother had colon cancer. He says that his symptoms are about the same. They still burn especially at nighttime. He reports that the topical neuropathy gel was of no benefit at all.

**PAST SURGICAL HISTORY:**

1. Cervical discectomy 2008 (Dr. Austin).
2. Tonsillectomy.

**ALLERGIES: Penicillin.**

**ACCESSORY CLINICAL DATA:** Blood work drawn on 8/3/11: TSH 2.242, B12 594, folate greater than 20, Two-hour glucose tolerance test revealed a fasting blood sugar of 84, one-hour reading of 149 and two-hour reading of 53(normal 70-139). His B6 level was elevated at 117 normal range being 2.1 to 21.7. The patient was advised to stop his B6 supplementation as elevated levels of B6 can actually cause a neuropathy as can low levels.

Patient: Arnold Dixon
Date: 08/24/11
Page: 2

**PHYSICAL EXAMINATION:**

Vital Signs:

| | | | |
|---|---|---|---|
| BP: 134/82 | Pulse: 84 | Temp: 98.8 | WT: 261 |

**GENERAL EXAMINATION:** The patient is awake, alert, attentive, cooperative and pleasant. Sensorium is clear. He is very pleasant. Mood and affect are normal. General fund of knowledge is normal. Pupils are equally round and reactive to light. Versions are full. No INO. Smooth pursuit is normal. No nystagmus, dysmetria. Facial grimace is symmetric. No hemifacial spasm or blepharospasm. I do not appreciate any facial myokymia. Sternocleidomastoid function is normal. Motor strength appears to be normal. Finger-to-nose maneuvers are normal. Sensory exam reveals mild decrease in vibratory sense in both feet. Proprioception appears to be normal. His gait and station appear to be normal. Reflexes reveal a decreased right knee jerk compared to the left, otherwise they are symmetric (he reports that his decreased right knee jerk has been chronic finding since his high school years). Extremities: No clubbing or cyanosis. No edema, tremor, atrophic skin or nail changes to suggest complex regional pain syndrome.

**IMPRESSION:**

1. Neuropathic pain felt to be secondary to mild peripheral neuropathy according to his electrodiagnostic study.
2. Elevated B6 level.

**RECOMMENDATIONS:**

1. Avoid B6 supplementation.
2. Serum immunofixation.
3. Anti-MAG antibodies.
4. I told him that he can go ahead and try the Trileptal that was given to him by Dr. Williams to see if this may help with his neuropathic pain. He said that he believes that the dose was 300 mg b.i.d. but I told him that I would recommend cutting the dose in half to 150 po b.i.d. for a week or two to get acclimated to it and if he tolerates that without any problems and still is having neuropathic symptoms and pain then he can go ahead and increase it at that point to 300 mg po b.i.d. I told him not to abruptly stop the medication as that is a general rule for all anti-epileptic drugs. He understands that.
5. I told him to call back in one week for the results of his blood work that he is going to have drawn today. I will make sure that Dr. McLaughlin, his primary care physician, and Dr. Williams both get a copy of that.
6. Daily foot inspection and care.
7. Return to clinic in eight weeks for reassessment. Call back anytime sooner if needed.



Christopher A. Pendola, MD
Diplomate of the American Board
of Psychiatry and Neurology
(Signed but not read to expedite mailing)
CAP/jsb

William T. Williams, M.D.
Timothy Smyth, M.D.
Sameh A. Ward, M.D.
Navneet Gupta, M.D., FAAPMR
C. Marcus Cooper, Ph.D.
Regina Austin, Ph.D.
John Powell, P.A.-C
Vickie Stufflestreet, L.P.N.-C
Holly Broadwater, F.N.P.
Shannon Hollowell, F.N.P.
Benjamin A. Meeks, F.N.P.
Cheryl Conrad, F.N.P.
Tony Villanueva, P.T.
Jerome J. Cohan, A.N.P.

438 East Vann Road, Suite 200
Greeneville, Tennessee, 37743
Phone: (423) 278-1849
Fax: (423) 278-1850

101 MedTech Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: (423) 232-6120
Fax: (423) 232-6125

2202 North John B. Dennis Hwy,
Suite 200
Kingsport, Tennessee 37660
Phone: (423) 392-6690
Fax: (423) 392-6695

240 Medical Park Blvd.,
Suite 1500
Bristol, Tennessee 37620
Phone: (423) 968-9313
Fax: (423) 968-9696

PAIN MEDICINE ASSOCIATES, P.C.

Pain Medicine Associates, P.C.
101 Med Tech Parkway, Suite 200
Johnson City, TN 37604
423.232.6120

DATE: 9/6/11

TO: Lincoln

**RE: REQUEST FOR MEDICAL RECORDS**

06/26/1960
Account #: 15265
Wtw/jp
Arnold L Dixon

**TO WHOM IT MAY CONCERN:**

We have received a request for copies of medical records for the above named patient.

The charge for supplying these records is $20.00 for the first 40 pages and $0.25 per page copied thereafter. It is the policy of this office to send this information only after receiving payment.

In order to process the payment and forward the records in a timely fashion, please return a copy of this letter with your payment.

Thank you,

Jerry Hatton

Medical Records
Tax ID 621750527

Revised 11-07-08/O://Request for Medical Records.doc

Sep-06-2011 05:07 PM Pain Medicine Associates 423-232-6125

1/2

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

September 1, 2011

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

PAIN MEDICINE ASSOCIATES
RELEASE OF INFORMATION
ALL TREATING MEDICAL PROFESSIONALS
101 MED TECH PARKWAY
JOHNSON CITY TN 37604

RE: Policy Number: 000400002000002852
Claim Number: 1110329464
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2011 to present |
| Diagnostic Test Results | 8/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950.**

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at (800) 423-2765 with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Amy Weir
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

| | | |
|---|---|---|
| **From:** | Name: | Julie Brown |
| | Fax Number: | 877-843-3950 |
| | Voice Phone: | 402-361-7920 |
| **To:** | Name: | CHRIS PENDOLA MD |
| | Company: | |
| | Fax Number: | 14232479254 |
| | Voice Phone: | |

**Fax Notes :**

Date and time of transmission: Thursday, September 01, 2011 1:15:04 PM

Number of pages including this cover sheet: 03

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

# Associated Neurologists of Kingsport

R. SCOTT MACDONALD, MD, PC
CHRIS A. PENDOLA, MD, PC
DOUGLAS A. WRIGHT, MD, PC
MICHAEL S. DEW, MD
OTAKAR KRCAL, MD
ANTHONY E. HOLT, DO

DATE: 9/2/11

RE: MEDICAL RECORDS REQUEST

Patient: Arnold Dixon

DOB: ______

SSN: ______

Dear Lincoln Financial Group

Our office requires prepayment for medical records. Our fee for this service is $20.00. Please send payment immediately and we will forward the records to you. If you prefer to make prepayment over the phone with a credit card we can accommodate you in this way.

Thank you for your cooperation and if I can help you in any way, please let me know.

Sincerely,

Medical Records Clerk

Our tax ID# is 62-1435043

*Practice Limited To:*

- *Neurology*
- *EMG, EEG*
- *Evoked Potentials*
- *Carotid Duplex Ultrasound*
- *Transcranial Ultrasound*
- *Sleep Disorders*
- *Botox Administration*

EIGHT SHERIDAN SQUARE
KINGSPORT, TN 37660
(423) 247-5553
FAX (423) 247-9254

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765 Fax (800) 259-2335
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor, acquaintance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: DIXON (Last) ARNOLD (First) LEE (Middle)

   Date of Birth: ____ Social Security Number ____

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations (including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had),
   - any information regarding insurance coverage, and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history)

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 672408
   Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s), or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans, or
   - as otherwise may be required by law or as I may further authorize

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent
   1. the Company has taken action in reliance on this Authorization, or
   2. the Company is using this Authorization in connection with a contestable claim

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: [signature] DATE: 7-8-11

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ARNOLD DIXON

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____

ADDRESS: ____ (Street) PHONE NO ____

____ (City) (State) (Zip Code)

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

September 1, 2011

CHRIS PENDOLA MD
RELEASE OF INFORMATION
ASSOCIATED NEUROLOGIST OF KINGS PORT
8 SHERIDAN SQUARE
KINGSPORT TN 37660

RE: Policy Number: 00040000200002852
Claim Number: 1110329464
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2011 to present |
| Diagnostic Test Results | 8/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at (800) 423-2765 with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Amy Weir
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

September 1, 2011

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

PAIN MEDICINE ASSOCIATES
RELEASE OF INFORMATION
ALL TREATING MEDICAL PROFESSIONALS
101 MED TECH PARKWAY
JOHNSON CITY TN 37604

RE: Policy Number: 00040000200002852
Claim Number: 1110329464
Patient: ARNOLD DIXON
DOB:

**ATTN MED RECORDS/ROI DEPT:**
We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2011 to present |
| Diagnostic Test Results | 8/1/2011 to present |

- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN).*** Note that pre-payment via check will delay payment by up to 30 days.

- **Please fax your invoice to 1-877-843-3950**.

- **All medical records need to be faxed to 1-877-843-3950.**

Please contact Claim Services on our toll free line at (800) 423-2765 with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Amy Weir
Disability Claims Benefit Specialist
The Lincoln National Life Insurance Company

Encl: signed authorization

# Fax Transmission

saratoga

**From the Desk of** ______________________

**Date:** ______________________

**Attn:** ______________________

**Organization:** ______________________

**Telephone Number:** ______________________

**Fax Number:** (877) 843- 3950

**Number of Pages:** 5 **(Including Cover Page)**

Saratoga Technologies, Inc.
101 Med Tech Pkwy, Suite 307
Johnson City, TN 37604
423-282-4220
423-282-4890 Fax
888-525-4220
www.saratogaus.com

**Comments:**

Claim # 1110329464

Arnold Dixon

If your copy is not legible or you did not receive the correct number of pages, please contact Saratoga Technologies immediately. Thank you!

**Excel Tech Ltd**
**NeuroMax**
**Pain Medicine Associates, P.C.**

| | | | |
|---|---|---|---|
| Patient: | Arnold Dixon | Physician: | N Gupta, M.D. |
| Sex: | Male | Test Date: | 03/28/11 |
| Age: | 50 | | |
| Height: | 77 inches | | |
| Weight: | 257 lbs | | |
| I.D.#: | | | |
| Ref. M.D.: | W T Williams MD | | |

## History/Comments:

C/C - pain in both LEs

## Motor Nerve Study







Peroneal Nerve

| Rec Site: EDB | Lat (ms) | | Amp (mV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| Ankle | 4.0 | 4.7 | 10.0 | 9.0 | 80 | 80 | | |
| Fib.Head | 14.0 | 14.3 | 9.5 | 8.8 | 400 | 400 | 40.0 | 41.4 |
| Pop.Fos. | 16.4 | | 8.7 | | 100 | | 41.4 | |

Patient: Arnold Dixon 03/28/11
I.D.#:

## Motor Nerve Study







Tibial Nerve

| Rec Site: AH | Lat (ms) | | Amp (mV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| Ankle | 3.8 | 3.8 | 18.8 | 17.6 | 80 | 80 | | |
| Pop.Fos. | 15.5 | 15.8 | 12.2 | 10.8 | 470 | 470 | 40.3 | 39.4 |

## Sensory Nerve Study







Peroneal Nerve

| Rec Site: dors.ft | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| Lower leg | 3.8 | 4.2 | 9.2 | 5.6 | 120 | 120 | 38.7 | 37.5 |

Patient: Arnold Dixon 03/28/11
I.D.#:

**Sensory Nerve Study**





Sural Nerve

| Rec Site: Ankle | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| mid calf | 4.2 | 4.6 | 12.9 | 10.2 | 140 | 140 | 41 8 | 38.0 |

**EMG Study**

| Name | Ins Act | Fibs | PSW | Fascics | Polyph | Recr |
|---|---|---|---|---|---|---|
| L. Tibialis An | norm | none | none | none | none | norm |
| L. Ext.Hal.Ln. | norm | none | none | none | none | norm |
| L. Gastroc.Med | norm | none | none | none | none | norm |
| L. Flx.Dig.Ln. | norm | none | none | none | none | norm |
| L. Ext Dig Br. | norm | none | none | none | none | norm |
| L. Vastus Med. | norm | none | none | none | none | norm |
| L. Rectus Fem. | norm | none | none | none | none | norm |
| R. Tibialis An | norm | none | none | none | none | norm |
| R. Ext.Hal.Ln. | norm | none | none | none | none | norm |
| R. Gastroc.Med | norm | none | none | none | none | norm |
| R. Flx.Dig.Ln. | norm | none | none | none | none | norm |
| R. Ext.Dig.Br. | norm | none | none | none | none | norm |
| R. Abd.Hallus | norm | none | none | none | none | norm |
| R. Vastus Med. | norm | none | none | none | none | norm |

Patient: Arnold Dixon 03/28/11
I.D.#:

**Summary/Interpretation:**

MNC -
Bilateral Peroneal and Tibial nerves showed normal CMAP parameters.

SNC -
Right Supf peroneal and Sural nerves showed prolonged latencies. Left Supf peroneal and Sural nerves showed normal latencies.

EMG -
All muscles were normal.

SUMMARY -
1. No evidence of a radiculopathy in both LEs.
2. Evidence suggestive of early peripheral polyneuropathy involving the R LE. Clinical correlation advised.

x
N Gupta MD

07/26/11

FROM: ARNOLD DIXON
PH.
CLAIM # 111032946 4

THIS DOCUMENT CONTAINS A BLUE BACKGROUND & SECURITY WATERMARK

# PAIN MEDICINE ASSOCIATES, P.C.

2202 N. John B. Dennis Hwy. Suite 200 Kingsport, TN 37660
Phone: (423) 392-6690 • Fax: (423) 392-6695

| | | | |
|---|---|---|---|
| ☐ Timothy Smyth, M.D. Dea # BS2415 | ☐ Cheryl Conrad, APRN-BC Dea # MC1217 | ☐ Navneet Gupta, M.D. Dea # BG4947 | ☐ John Powell, P. A.- C Dea # MP[illegible] |
| ☐ Jerome J. Cohen, APRN-BC Dea # MC1582 | ☐ Sarah A. Ward, M.D. Dea # BW6221 | ☐ Holly Brockhouse, APRN-BC Dea # MB[illegible] | |
| ☐ Benjamin A. Meeks, APRN-BC Dea # MD40459 | ☒ William Tomey Williams, M.D. Dea # BW[illegible] | ☐ Shannon Hallowell, APRN-BC Dea # MH[illegible] | |

Name Arnold Dixon Date 8/2/11

Address

| | | Quantity | Refill X/MO |
|---|---|---|---|
| (1) Dose: | Mr Dixon is to remain | | |
| (2) Dose: | off work until 10/1/11 2° | | |
| (3) Dose: | medical condition | | |

☐ No Refill ☐ Refill ___ Times
☐ Generic Substitution Allowed
☐ Dispense As Written [signature] M.D.

**ASSOCIATED NEUROLOGISTS OF KINGSPORT**
Eight Sheridan Square
Kingsport, TN 37660
(423) 247-5553

**NAME:** Arnold Dixon
**DATE:** 07/28/11
**D.O.B.:**
**CHART#:** 71509

**PRIMARY CARE PHYSICIAN:** Randy McLaughlin, MD
**REFERRING PHYSICIAN:** Turney Williams, MD

**REASON FOR CONSULTATION:** Peripheral neuropathy.

**HISTORY OF PRESENT ILLNESS:** Mr. Dixon is a 51-year-old gentleman who began experiencing numbness and a burning sensation in his feet back in 2009. He said that it started about a year after he underwent cervical discectomy back in 2008. He experiences a burning numb-like sensation in his feet and hands. He says that his skin is very sensitive to touch. He said that he has to basically sleep with his feet outside the bed sheets because they will make his feet feel uncomfortable. He says that it feels like he is walking on gravel. He said that he basically had to quit working because he just couldn't tolerate the medications that were tried to treat his neuropathic pain such as gabapentin or Lyrica. He said that they made him feel drunk, sleepy and sedate. He also said that he was concerned he may have an accident while at work. He was concerned about differentiating a brake pedal from an accelerator and didn't want to hurt him or someone else so he felt like he had to quit working. He has been on short-term disability for a while and plans on seeing Dr. Williams back within the next few weeks for a follow up. He had an EMG nerve conduction study performed by Dr. Gupta, a physiatrist who practices with Dr. Williams at Pain Management Associates. This was consistent with a mild early neuropathy. The patient has undergone epidural steroid injections without any significant improvement in his low back pain. He did have an MRI of the lumbar spine performed on 1/28/11 that revealed multi-level degenerative disc changes. There was facet hypertrophy noted at L1-L2, L3-L4, L4-L5, and L5-S1. Some associated foraminal stenosis was seen but no reported nerve root compression. MRI of the cervical spine on 2/10/11 revealed stable multi-level degenerative changes associated with some foraminal stenosis but no reported nerve root encroachment or stenosis. The patient states that he has tried Lyrica and gabapentin and just could not tolerate these medications even at low doses. He said that they just made him feel drunk, somnolent and dizzy.

**PAST MEDICAL HISTORY:**
1. Depression.
2. Degenerative disc disease.
3. Sinus problems.

**PAST SURGICAL HISTORY:**
1. Cervical discectomy 2008 (Dr. Austin).
2. Tonsillectomy.

**ALLERGIES:** **Penicillin.**

Patient: Arnold Dixon
Date: 07/28/11
Page: 2

**CURRENT MEDICATIONS:** None.

**SOCIAL HISTORY:** He is married. He used to work for Saratoga Technologies. He lives in Blountville, Tn. He is currently on short-term disability. He doesn't use tobacco, ethanol or illicit drugs.

**FAMILY HISTORY:** His mother had colon cancer. His father had strokes and died at age 94.

**REVIEW OF SYSTEMS:**
The patient's medical review of system questionnaire was reviewed and discussed with the patient today in clinic. Please refer to that sheet for specific details.

Constitutional: Denies fever, significant weight gain/weight loss. He has been experiencing numbness in his hands and feet for about three years.

HEENT: Denies cataracts, glaucoma, eye pain, hearing loss, ear drainage, epistaxis.

Cardiovascular: Denies chest pain, chest pressure, passing out spells.

Respiratory: Denies shortness of breath, productive cough, wheezing, hemoptysis.

Gastrointestinal: Denies hematochezia, hematemesis.

Genitourinary: Denies pain with urination, blood in urine, incontinence, significant urgency.

Musculoskeletal: Denies rheumatoid arthritis, osteoarthritis, swollen/red joints.

Dermatological: Denies bull's-eye lesions, discoloration of skin.

Psychological: Denies anxiety, new stressors. History of depression for about three years. Insomnia for two years.

Endocrine: Denies thyroid dysfunction, diabetes.

Hematologic: Denies bruising, anemia, clotting disorder

Allergy/immunologic: Denies recurrent bacterial infections. He does admit to having allergies to penicillin for 30+ years.

The patient was instructed to follow up with primary care physician for positive review of systems.

**ACCESSORY CLINICAL DATA**: Dr. William's note dated 6/24/11 reviewed. EMG nerve conduction study report dated 3/28/11 reviewed.

Patient: Arnold Dixon
Date: 07/28/11
Page: 3

**PHYSICAL EXAMINATION:**

Vital Signs:

| | | | | |
|---|---|---|---|---|
| BP: 150/82 | Pulse: 80 | Temp: 98.6 | WT: 260 | HT: 6 ft 5 in |

**GENERAL EXAMINATION:** The patient is awake, alert, attentive, appropriate, oriented times three. Sensorium is clear. General fund of knowledge is normal. Mood and affect is normal. Speech is fluent and clear without any evidence of aphasia. There is no evidence of any apraxia on examination. Patient is well dressed and groomed.

**CRANIAL NERVES:** Pupils are approximately 4 mm bilaterally and reactive to light. Extraocular muscles are full without nystagmus, ocular dysmetria, or an intranuclear ophthalmoplegia. I see no papilledema or retinal hemorrhage. There is no afferent pupillary defect. There is no Horner's syndrome, titubation, or lid ptosis. Facial sensation is normal in all three divisions of the trigeminal nerve. There is no facial palsy, facial myokymia, or hemifacial spasm. Palate elevates in the midline. Sternocleidomastoids are intact. Hearing is intact to finger rub. Patient protrudes tongue in the midline.

**MOTOR EXAM:** Motor strength is normal. There is no atrophy of the upper extremities, intrinsic hand musculature, or shoulder girdle. No resting tremor, choreoathetosis, fasciculations, myoclonus, or ballistic movements.

**SENSORY EXAM:** Intact to light touch, temperature, and vibratory sense although he does report a mild decrease in vibratory sense in both feet. Pin-prick and sharp/dull discrimination are preserved. Proprioception appears to be intact.

**CEREBELLUM:** Finger-to-nose maneuvers are normal.

**GAIT AND STATION:** Within normal limits. There is no dystaxia, apraxia, festination. Tandem walk is performed normally.

**REFLEXES:** Reflexes reveal a decreased right knee jerk compared to the left, otherwise reflexes are obtained without reinforcement (patient reports that his knee jerk has been depressed on the right side since he was in high school). Babinski's are absent.

**HEART:** Regular rhythm and rate.

**NECK:** Supple without any carotid or vertebral bruits.

**CHEST:** Clear.

**HEENT:** No Horner's syndrome, proptosis, malar rash, aphthous ulcers, chemosis, or conjunctival injection.

Patient: Arnold Dixon
Date: 07/28/11
Page: 4

**EXTREMITIES:** No clubbing or cyanosis or edema. No stigmata of reflex sympathetic dystrophy (complex regional pain syndrome). No stigmata of DVT, livedo reticularis, erythema nodosum, etc. No Gottron's sign.

**IMPRESSION:** Neuropathic pain felt to be secondary to early or mild peripheral neuropathy according to his electrodiagnostic study.

**RECOMMENDATIONS:**

1. Two-hour glucose tolerance test, B12, TSH, folate, and B6 level.
2. Since he could not tolerate anti-epileptic drugs used to treat neuropathic pain, he is reluctant to go ahead and try the Trileptal that was given to him by Dr. Williams. I am going to go ahead and try him on topical neuropathy gel. He can get this compounded at the custom compounding center of America. He can apply a small amount to the affected area on his feet about three times a day. Dispense 120 g jar with five refills.
3. Metanx 1 po b.i.d. Dispense #60 with five refills.
4. I have advised him to avoid any climbing or getting around situations where he could fall such as uneven ground or steep ground, embankments, stairwells, etc. since he reports that he has had some balance issues in the past and has been concerned about this. I don't see any postural instability on his exam today but I did go ahead and give him those general recommendations and precautions. I also told him if he ever has any difficulty differentiating a brake pedal from an accelerator, he should refrain from driving because I don't want him getting involved in an accident and hurting himself or someone else and he understands this and says that basically that is why he had to give up his job.
5. In regard to physical capacity evaluation, I told him that I do not perform those but would recommend perhaps contacting Dr. Gupta, the physiatrist who may perform those types of evaluations. I will see him back in the office in several weeks to review the results of his neuropathy work up.

Christopher A. Pendola, MD
Diplomate of the American Board
of Psychiatry and Neurology
(Signed but not read to expedite mailing)
CAP/jsb*
Cc: Turney Williams, MD
Randy McLaughlin, MD

**Excel Tech Ltd**
**NeuroMax**
**Pain Medicine Associates, P.C.**

| | | | |
|---|---|---|---|
| Patient: | Arnold Dixon | Physician: | N Gupta, M.D. |
| Sex: | Male | Test Date: | 03/28/11 |
| Age: | 50 | | |
| Height: | 77 inches | | |
| Weight: | 257 lbs | | |
| I.D.#: | | | |
| Ref. M.D.: | W T Williams MD | | |

**History/Comments:**

C/C - pain in both LEs

**Motor Nerve Study**







Peroneal Nerve

| Rec Site: EDB | Lat (ms) | | Amp (mV) | | Dist (mm) | | CV. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| Ankle | 4.0 | 4.7 | 10.0 | 9.0 | 80 | 80 | | |
| Fib.Head | 14.0 | 14.3 | 9.5 | 8.8 | 400 | 400 | 40.0 | 41.4 |
| Pop.Fos. | 16.4 | | 8.7 | | 100 | | 41.4 | |

Patient: Arnold Dixon 03/28/11
I.D.#:

**Motor Nerve Study**







Tibial Nerve
Rec Site: AH

| STIM SITE | Lat (ms) L | Lat (ms) R | Amp (mV) L | Amp (mV) R | Dist (mm) L | Dist (mm) R | C.V. (m/s) L | C.V. (m/s) R |
|---|---|---|---|---|---|---|---|---|
| Ankle | 3.8 | 3.8 | 18.8 | 17.6 | 80 | 80 | | |
| Pop.Fos. | 15.5 | 15.8 | 12.2 | 10.8 | 470 | 470 | 40.3 | 39.4 |

**Sensory Nerve Study**







Peroneal Nerve
Rec Site: dors.ft

| STIM SITE | Pk Lat (ms) L | Pk Lat (ms) R | Amp (uV) L | Amp (uV) R | Dist (mm) L | Dist (mm) R | C.V. (m/s) L | C.V. (m/s) R |
|---|---|---|---|---|---|---|---|---|
| Lower leg | 3.8 | 4.2 | 9.2 | 5.6 | 120 | 120 | 38.7 | 37.5 |

Patient: Arnold Dixon 03/28/11
I.D.#:

**Sensory Nerve Study**





Sural Nerve

| Rec Site: Ankle | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|
| STIM SITE | L | R | L | R | L | R | L | R |
| mid calf | 4.2 | 4.6 | 12.9 | 10.2 | 140 | 140 | 41.8 | 38.0 |

**EMG Study**

| Name | Ins Act | Fibs | PSW | Fascics | Polyph | Recr |
|---|---|---|---|---|---|---|
| L. Tibialis An | norm | none | none | none | none | norm |
| L. Ext.Hal.Ln. | norm | none | none | none | none | norm |
| L. Gastroc.Med | norm | none | none | none | none | norm |
| L. Flx.Dig.Ln. | norm | none | none | none | none | norm |
| L. Ext.Dig.Br. | norm | none | none | none | none | norm |
| L. Vastus Med. | norm | none | none | none | none | norm |
| L. Rectus Fem. | norm | none | none | none | none | norm |
| R. Tibialis An | norm | none | none | none | none | norm |
| R. Ext.Hal.Ln. | norm | none | none | none | none | norm |
| R. Gastroc.Med | norm | none | none | none | none | norm |
| R. Flx.Dig.Ln. | norm | none | none | none | none | norm |
| R. Ext.Dig.Br. | norm | none | none | none | none | norm |
| R. Abd.Hallus | norm | none | none | none | none | norm |
| R. Vastus Med. | norm | none | none | none | none | norm |

Patient: Arnold Dixon 03/28/11
I.D.#:

**Summary/Interpretation:**

MNC -
Bilateral Peroneal and Tibial nerves showed normal CMAP parameters.

SNC -
Right Supf peroneal and Sural nerves showed prolonged latencies. Left Supf peroneal and Sural nerves showed normal latencies.

EMG -
All muscles were normal.

SUMMARY -
1. No evidence of a radiculopathy in both LEs.
2. Evidence suggestive of early peripheral polyneuropathy involving the R LE. Clinical correlation advised.

x
N Gupta MD

07/26/11