**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **ARNOLD LEE DIXON, JR.,** | ) | |
| | ) | CIVIL ACTION NO. 2:21-cv-00038-CEA-CRW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Charles E. Atchley, Jr. |
| | ) | |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | Chief Magistrate Judge Cynthia R. Wyrick |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER BY 30 DAYS**

Pursuant to paragraph 10 of the Court's March 29, 2021 Scheduling Order (Doc. 13), the parties hereby stipulate that all deadlines in the aforesaid scheduling order, except for paragraphs 8 and 9, are extended by thirty days such that the deadlines are modified in the following manner:

1. In the event discovery is appropriate, it will be completed by **August 12, 2021**. All discovery disputes will be resolved by Chief Magistrate Judge Cynthia R. Wyrick.
2. All parties are deemed to have moved for judgment in their respective favor based upon the administrative record.
3. The plaintiff must file a brief stating the grounds on which benefits or other relief in this case are claimed by **September 11, 2021**. At the same time, the plaintiff must file any objections to the authenticity of the administrative record.
4. The defendant must file a brief in response by **October 1, 2021**.
5. If the plaintiff desires, plaintiff may file a reply brief by **October 8, 2021**.

6. Oral argument will be held at **<u>2:00 p.m. on Wednesday, January 12, 2022</u>**, before the United States District Judge in Chattanooga, Tennessee. However, the Court may resolve the case based upon the written submissions prior to the time set for oral argument. Any request to reschedule oral argument should be made by filing a motion that states the position of each party as to the request.
7. The Court will dismiss the case if no agreed final order or judgment is submitted within **<u>30 days</u>** after the filing of a notice of settlement.

**SO STIPULATED** this 12th day of July, 2021.

BY:*/s/ D. Seth Holliday*
D. SETH HOLLIDAY, ESQ.
MCMAHAN LAW FIRM, LLC
Attorneys for Plaintiff
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
(706) 217-6188
sholliday@mcmahanfirm.com

BY:*/s/ Iwana Rademaekers (with express permission)*
IWANA RADEMAEKERS, ESQ.
LAW OFFICES OF IWANA RADEMAEKERS, PC
Attorney for Defendant
17304 Preston Road, Suite 800
Dallas, TX 75252
(214) 579-9319
iwana@rademaekerslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **12th day of July, 2021**, a true and correct copy of the foregoing **JOINT STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER BY 30 DAYS** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

Iwana Rademaekers, Esq.
Email: iwanarademaekerslaw.com

*/s/ D. Seth Holliday*
D. Seth Holliday