**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| **ARNOLD LEE DIXON, JR.,** | ) | |
| | ) | CIVIL ACTION NO. 2:21-cv-00038-CEA-CRW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Charles E. Atchley, Jr. |
| | ) | |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | Chief Magistrate Judge Cynthia R. Wyrick |
| | ) | |
| Defendant. | ) | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Arnold Lee Dixon, Jr., and Defendant The Lincoln National Life Insurance Company, hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 21st day of July 2021.

Respectfully submitted,

**MCMAHAN LAW FIRM, LLC**

/s/ D. Seth Holliday
D. Seth Holliday
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
PH: (706) 217-6118
Email: Sholliday@mcmahanfirm.com

ATTORNEY FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **21st day of July 2021**, a true and correct copy of the foregoing Pleading was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers