UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ARNOLD LEE DIXON, JR., *Plaintiff*, | ) | Case No. 2:21-cv-38 |
| v. | ) | District Judge Atchley |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendant*. | ) | Magistrate Judge Wyrick |

**ORDER**

On July 21, 2021, the Court was notified that the parties had reached a settlement of this case. [Doc. 19]. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **no later than August 13, 2021**. The parties are **ON NOTICE** that if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

/s/ ***Charles E. Atchley Jr.***
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**