**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| ARNOLD LEE DIXON, JR., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 2:21-cv-38 |
| v. | ) | |
| | ) | District Judge Atchley |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | Magistrate Judge Wyrick |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

---

**ORDER**

---

On July 21, 2021, the Court received a notice of settlement. [Doc. 19]. In the notice, the parties represented that they would file a stipulation of dismissal as soon as possible. [*Id.*] The Court ordered the parties to file a stipulation of dismissal by August 13, 2021. [Doc. 20]. No stipulation has been filed.

The Court stated that failure to file a stipulation of dismissal would result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 68.1. [*Id.*]. Because the parties have failed to meet the deadline, the Court **DISMISSES** all of Plaintiff's claims **WITH PREJUDICE**.

**SO ORDERED.**

***/s/ Charles E. Atchley, Jr.***
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**